UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>    *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>       *Defendants*. | No. 18 Civ. 9936 |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated October 29, 2018, Plaintiffs Jane Doe, Luke Loe, Richard Roe, and Mary Moe will move this Court in a courtroom to be designated at 500 Pearl Street, New York, New York, at such convenient time as counsel may be heard, pursuant to Federal Rules of Civil Procedure 10(a), for an Order permitting Plaintiffs to proceed under pseudonyms in this action until such time as the Court may order their names disclosed, and for such other relief as the Court deems appropriate and just.

  PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b), any answering papers shall be served within fourteen days after service of the moving papers, and any reply papers shall be served within seven days after service of the answering papers.

Dated: October 29, 2018 Respectfully submitted,

Roberta A. Kaplan, Esq.
John C. Quinn, Esq.
Joshua Matz, Esq.
Alexander J. Rodney, Esq.
Matthew J. Craig, Esq.

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
jmatz@kaplanhecker.com
arodney@kaplanhecker.com
mcraig@kaplanhecker.com


Katherine Rosenfeld, Esq.
Andrew G. Celli, Jr., Esq.
Matthew D. Brinckerhoff, Esq.
O. Andrew F. Wilson, Esq.

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
krosenfeld@ecbalaw.com
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com


*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

       *Plaintiffs*,

    *v.*

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

       *Defendants*.

No. 18 Civ. 9936

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

  WHEREAS Plaintiffs Jane Doe, Luke Loe, Richard Roe, and Mary Moe ("Plaintiffs") filed a Complaint in this action on October 29, 2018;

  WHEREAS by Notice of Motion dated October 29, 2018, and Memorandum of Law dated October 29, 2018, Plaintiffs requested that the Court permit them to proceed under pseudonyms in this action until such time as the Court may order their names disclosed;

  IT IS HEREBY ORDERED THAT Plaintiffs may proceed under pseudonyms in this action until such time as the Court may order their names disclosed.

Dated: October 29, 2018

                    _____
                    U.S.D.J.