UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>        *Defendants*. | No. 18 Civ. 9936 |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

WHEREAS Plaintiffs Jane Doe, Luke Loe, Richard Roe, and Mary Moe ("Plaintiffs") filed a Complaint in this action on October 29, 2018;

WHEREAS by Notice of Motion dated October 29, 2018, and Memorandum of Law dated October 29, 2018, Plaintiffs requested that the Court permit them to proceed under pseudonyms in this action until such time as the Court may order their names disclosed;

IT IS HEREBY ORDERED THAT Plaintiffs may proceed under pseudonyms in this action until such time as the Court may order their names disclosed.

Dated: October 29, 2018

                           _____
                              U.S.D.J.