UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　　　　　*v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>　　　　　　　　　*Defendants*. | No. 18 Civ. 9936 |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

　　　　Please enter my appearance as counsel for all Plaintiffs in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated:　New York, New York
　　　　October 29, 2018

　　　　　　　　　　　　　　　　　　　　　　　/s/ John C. Quinn
　　　　　　　　　　　　　　　　　　　　　　　John C. Quinn
　　　　　　　　　　　　　　　　　　　　　　　KAPLAN HECKER & FINK LLP
　　　　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 7110
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0883
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 564-0883
　　　　　　　　　　　　　　　　　　　　　　　jquinn@kaplanhecker.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*