UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

    *Plaintiffs*,

    *v.*

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

    *Defendants*.

No. 18 Civ. 9936

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel for all Plaintiffs in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 29, 2018

                                                  /s/ Joshua Matz
                                                  Joshua Matz
                                                  KAPLAN HECKER & FINK LLP
                                                  350 Fifth Avenue, Suite 7110
                                                  New York, New York 10118
                                                   Telephone: (212) 763-0883
                                                   Facsimile: (212) 564-0883
                                                   jmatz@kaplanhecker.com

                                                  *Counsel for Plaintiffs*