UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>     *Defendants*. | No. 18 Civ. 9936 |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

  Please enter my appearance as counsel for all Plaintiffs in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   October 29, 2018

                /s/ Alexander J. Rodney
                Alexander J. Rodney
                KAPLAN HECKER & FINK LLP
                350 Fifth Avenue, Suite 7110
                New York, New York 10118
                Telephone: (212) 763-0883
                Facsimile: (212) 564-0883
                arodney@kaplanhecker.com

                *Counsel for Plaintiffs*