UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

      *Plaintiffs*,

    *v.*

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

      *Defendants*.

No. 18 Civ. 9936

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

  Please enter my appearance as counsel for all Plaintiffs in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    October 29, 2018

            /s/ Matthew J. Craig
            Matthew J. Craig
            KAPLAN HECKER & FINK LLP
            350 Fifth Avenue, Suite 7110
            New York, New York 10118
            Telephone: (212) 763-0883
            Facsimile: (212) 564-0883
            mcraig@kaplanhecker.com

            *Counsel for Plaintiffs*