UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated<br><br>      *Plaintiffs*,<br><br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No. 18 Civ. 9936<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Matthew D. Brinckerhoff of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for Plaintiffs, in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at mbrinckerhoff@ecbalaw.com.

Dated: New York, New York
    October 29, 2018

                    EMERY CELLI BRINCKERHOFF
                     & ABADY LLP

                 By:   /s/
                    Matthew D. Brinckerhoff
                    600 Fifth Avenue, 10th Floor
                    New York, NY 10020
                    (212) 763-5000

                 *Counsel for Plaintiffs*