UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated<br><br>      *Plaintiffs*,<br><br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No.  18 Civ. 9936<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that O. Andrew F. Wilson of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for Plaintiffs, in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at awilson@ecbalaw.com.

Dated: New York, New York
    October 29, 2018

                 EMERY CELLI BRINCKERHOFF
                   & ABADY LLP

                By:    /s/
                  O. Andrew F. Wilson
                  600 Fifth Avenue, 10th Floor
                  New York, NY 10020
                  (212) 763-5000

                 *Counsel for Plaintiffs*