UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE, et al.,

                      Plaintiffs,

          -against-

THE TRUMP CORPORATION, et al.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2018

18 Civ. 9936 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs have moved to proceed under pseudonyms in this action (Dkt. No. 3).  It is hereby

      **ORDERED** that the pre-motion conference (pursuant to Individual Rule III.A.1) is waived.  It is further

      **ORDERED** that Defendants shall file their opposition to Plaintiffs' motion, if any, by **November 13, 2018**.  Plaintiffs shall file their reply by **November 20, 2018**.

Dated: October 30, 2018
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE