Form 27 - AFFIDAVIT OF SERVICE



**KAPLAN HECKER & FINK LLP**
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

JANE DOE, ET AL

- vs -

THE TRUMP CORPORATION ET AL

PLAINTIFF

DEFENDANT

index No.
**1:18-CV-09936-LGS**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **30TH** day of **OCTOBER, 2018 5:16PM** at
**C.O ERIC TRUMP, CEO 725 FIFTH AVENUE**
**NEW YORK NY 10022**
I served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, MEMORANDUM OF LAW, NOTICE OF MOTION, PROPOSED ORDER ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** upon **THE TRUMP CORPORATION** the **DEFENDANT** therein named by delivering to, and leaving personally with **NICHOLAS HANSEN, SECURITY OFFICER** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **50** APP. HT: **6'** APP. WT: **215**
OTHER IDENTIFYING FEATURES

COMMENTS: **DEPONENT CONFIRMED WITH INDIVIDUAL SERVED THAT HE WAS AUTHORIZED TO ACCEPT ON BEHALF OF RECIPIENT. INDIVIDUAL STATED THAT HE HAD AUTHORIZATION FROM THE OFFICES UPSTAIRS AND THAT HE WOULD TAKE THE PAPERS UPSTAIRS HIMSELF. INDIVIDUAL SERVED SIGNED AND PRINTED HIS NAME ON DEPONENT'S ROUTING SHEET, ATTACHED HERETO. ON 10/31/2018 ADDITIONAL COPY OF DOCUMENTS MAILED TO SERVICE LOCATION WITH CERTIFIED MAIL #70172620000038782436**

Sworn to before me this
31ST day of OCTOBER, 2018

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-KHF-923164

2a

S E R V E R S        C O P Y         mroth       
SC923164

RECORD #:3-LEG-923164            RELATED RECORDS: 923166   923169
                                 923173   923177

RECIPIENT: **THE TRUMP CORPORATION**          CLASS: **DEFENDANT**
                                              DATE RECEIVED: **10/30/2018**

ADDRESS 1:   **C.O ERIC TRUMP, CEO 725 5TH AVENUE**
             **NEW YORK, NY 10022**

SERVICE INSTRUCTIONS:        BY DATE: **10/30/2018**

DATE SERVED:   /   /     TIME: _____    SERVER: **108-MICHAEL ROTH**   TYPE: **{R0}**

HOW SERVED:    P[   ]    S[   ]   D[   ]    M[   ]        OTHER:

THIRD PARTY: _____

TITLE: _____

ATTEMPTS TO SERVE, DATE AND TIME            SEX: _____
                                            COLOR: _____
   /   /                                    HAIR: _____
                                            AGE: _____
   /   /                                    HEIGHT: _____
                                            WEIGHT: _____
   /   /                                    OTHER: _____

CLIENT: TAM ROTH & MALLOR

DOCUMENTS:
SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, MEMORANDUM OF LAW, NOTICE OF MOTION, PROPOSED ORDER ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

COURT: U S DISTRICT COURT SOUTHERN DISTRICT     INDEX #: 1:18-CV-09936-LGS
STATE OF NEW YORK NEW YORK

CAPTION:
JANE DOE, ET AL                        PLAINTIFF
                                       - vs -
THE TRUMP CORPORATION ET AL            DEFENDANT

TEAM : **MR**                          PHONE : **347-859-8927**

*[signature]*
Nicholas Hansen