Form 2 - AFFIDAVIT OF SERVICE

P923173

**KAPLAN HECKER & FINK LLP**
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

JANE DOE, ET AL

- vs -

THE TRUMP CORPORATION ET AL

PLAINTIFF

DEFENDANT

Index No.
**1:18-CV-09936-LGS**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **30TH** day of **OCTOBER 2018, 5:52PM** at
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
I served the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, MEMORANDUM OF LAW, NOTICE OF MOTION, PROPOSED ORDER ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**
upon **DONALD TRUMP JR.**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **NICHOLAS HANSEN, SECURITY OFFICER,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **50** APP. HT: **6'**  APP. WT: **215**
OTHER IDENTIFYING FEATURES

On **10/31/2018** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS: DEPONENT CONFIRMED WITH INDIVIDUAL SERVED THAT HE WAS AUTHORIZED TO ACCEPT ON BEHALF OF RECIPIENT. INDIVIDUAL STATED THAT HE HAD AUTHORIZATION FROM THE OFFICES UPSTAIRS AND THAT HE WOULD TAKE THE PAPERS UPSTAIRS HIMSELF. INDIVIDUAL SERVED SIGNED AND PRINTED HIS NAME ON DEPONENT'S ROUTING SHEET, ATTACHED HERETO. ADDITIONAL COPY OF DOCUMENTS MAILED TO SERVICE LOCATION WITH CERTIFIED MAIL #70172620000038782474 AND ADDITIONAL CERTIFIED MAIL # 70172620000038782481 SENT TO DONALD TRUMP JR., 425 E. 58TH STREET, APT. 12CD, NEW YORK, NY 10022.

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
31ST day of OCTOBER, 2018

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-KHF-923173

2a

S E R V E R S      C O P Y      mroth   

RECORD #:3-LEG-923173         RELATED RECORDS: 923164   923166
                              923169   923177

RECIPIENT: **DONALD TRUMP JR.**        CLASS: **DEFENDANT**
                                       DATE RECEIVED: **10/30/2018**

ADDRESS 1:   **425 E. 58TH STREET APT. 12CD**
             **NEW YORK, NY 10022**

SERVICE INSTRUCTIONS:    BY DATE: **10/30/2018**

DATE SERVED:   /  /    TIME: _____    SERVER: **486-FREDDI SIMON**    TYPE: {R0}

HOW SERVED:   P[ ]    S[ ]    D[ ]    M[ ]    OTHER:

THIRD PARTY: _____

TITLE: _____

ATTEMPTS TO SERVE, DATE AND TIME        SEX: _____
                                        COLOR: _____
   /  /                                 HAIR: _____
                                        AGE: _____
   /  /                                 HEIGHT: _____
                                        WEIGHT: _____
   /  /                                 OTHER: _____

CLIENT: TAM ROTH & MALLOR

DOCUMENTS:
SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, MEMORANDUM OF LAW, NOTICE OF MOTION,
PROPOSED ORDER ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

COURT: U S DISTRICT COURT SOUTHERN DISTRICT     INDEX #: 1:18-CV-09936-LGS
STATE OF NEW YORK NEW YORK

CAPTION:
JANE DOE, ET AL                                 PLAINTIFF
                                                - vs -
THE TRUMP CORPORATION ET AL                     DEFENDANT

TEAM : **MR**                                   PHONE : **347-859-8927**

*[signature]*
NICHOLAS Honzer