UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>        *Defendants*. | No. 18 Civ. 9936 |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 30, 2018, true and correct copies of Plaintiffs' Notice of Motion (ECF No. 3), Proposed Order on Motion for Leave to Proceed Under Pseudonyms (ECF No. 3-1), and Memorandum of Law in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (ECF No. 4) were duly served upon Defendants The Trump Corporation, Donald J. Trump, Donald Trump Jr., Eric Trump, and Ivanka Trump by certified mail at the addresses listed below:

  The Trump Corporation
  C/O Eric Trump, CEO
  725 Fifth Avenue
  New York, NY 10022

  Donald J. Trump
  725 Fifth Avenue
  New York, NY 10022

  Donald Trump Jr.
  425 East 58th Street, Apt. 12CD
  New York, NY 10022

  Eric Trump
  100 Central Park South, Apt. 14D
  New York, NY 10019

  Ivanka Trump
  502 Park Avenue, Penthouse 28
  New York, NY 10022

Copies of the above-listed papers were also left with individuals authorized to accept service on Defendants' behalf, as detailed in the Affidavits of Service entered on the docket in this action (ECF Nos. 31-35).

Dated: New York, NY
       October 31, 2018

_____
Roberta A. Kaplan, Esq.