UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                      *Plaintiffs*,

       v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

                      *Defendants*.
------------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears as counsel of record in the above-captioned action for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump. I certify that I am admitted to practice in this Court.

Dated: November 7, 2018
       New York, New York

                              Respectfully submitted,

                              SPEARS & IMES LLP
                              /s/ *David Spears*
                              David Spears
                              SPEARS & IMES LLP
                              51 Madison Avenue
                              New York, New York  10010
                              Tel:  (212) 213-6996
                              Fax: (212) 213-0849
                              E-mail: dspears@spearsimes.com

                              *Counsel for The Trump Corporation,*
                              *Donald J. Trump, in his personal capacity,*
                              *Donald Trump, Jr., Eric Trump, and Ivanka*
                              *Trump*