UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY
MOE, individually and on behalf of all others similarly
situated,

                   *Plaintiffs*,

           v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in
his personal capacity, DONALD TRUMP, JR., ERIC
TRUMP, and IVANKA TRUMP,

                   *Defendants*.
------------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears as counsel of record in the above-captioned action for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump. I certify that I am admitted to practice in this Court.

Dated: November 7, 2018
      New York, New York

                                         Respectfully submitted,

                                         SPEARS & IMES LLP
                                         /s/ *Bradley Pollina*
                                         Bradley Pollina
                                         SPEARS & IMES LLP
                                         51 Madison Avenue
                                         New York, New York  10010
                                         Tel:  (212) 213-6996
                                         Fax: (212) 213-0849
                                         E-mail: bpollina@spearsimes.com

                                         *Counsel for The Trump Corporation,*
                                         *Donald J. Trump, in his personal capacity,*
                                         *Donald Trump, Jr., Eric Trump, and Ivanka*
                                         *Trump*