UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY :
MOE, individually and on behalf of all others similarly :
situated, :
                                                     *Plaintiffs*, :
                                                                 : No. 1:18-cv-09936 (LGS)
          v. :
                                                                 : **NOTICE OF APPEARANCE**
THE TRUMP CORPORATION, DONALD J. TRUMP, in :
his personal capacity, DONALD TRUMP, JR., ERIC :
TRUMP, and IVANKA TRUMP, :
                                                      *Defendants*. :
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned appears as counsel of record in the above-captioned action for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump. I certify that I am admitted to practice in this Court.

Dated: November 7, 2018
       New York, New York

                                                        Respectfully submitted,

                                                        SPEARS & IMES LLP
                                                       /s/ *Cynthia Chen*
                                                       Cynthia Chen
                                                       SPEARS & IMES LLP
                                                       51 Madison Avenue
                                                       New York, New York  10010
                                                       Tel:  (212) 213-6996
                                                       Fax: (212) 213-0849
                                                       E-mail: cchen@spearsimes.com

                                                       *Counsel for The Trump Corporation,*
                                                      *Donald J. Trump, in his personal capacity,*
                                                      *Donald Trump, Jr., Eric Trump, and Ivanka*
                                                      *Trump*