UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                *Plaintiffs*,

   v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

                *Defendants*.
---------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

## THE TRUMP CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Trump Corporation (a private non-governmental party) hereby certifies that The Trump Corporation has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: November 7, 2018
      New York, New York

                                       Respectfully submitted,

                                       SPEARS & IMES LLP
                                       /s/ *David Spears*
                                       David Spears
                                       SPEARS & IMES LLP
                                       51 Madison Avenue
                                       New York, New York  10010
                                       Tel:  (212) 213-6996
                                       Fax: (212) 213-0849
                                       E-mail: dspears@spearsimes.com

                                       *Counsel for The Trump Corporation*