UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, et al.,

                              Plaintiffs,

-against-

THE TRUMP CORPORATION, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2018

18 Civ. 9936 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 20, 2018, an initial pretrial conference was held in this matter, and the Court entered an Order that discovery is stayed pending resolution of Defendants' motion to dismiss. For the reasons stated in the conference, it is hereby further

      **ORDERED** that, notwithstanding the stay of discovery, the parties are permitted to serve subpoenas on non-parties for the purpose of document preservation. Plaintiffs are permitted to serve a non-party subpoena on ACN Opportunity, LLC forthwith, and the parties shall meet and confer with respect to other recipients of such non-party subpoenas and bring disputes, if any, to the Court. Pending resolution of Defendants' motion to dismiss, any non-party subpoena shall not set a date for the production of responsive documents.

Dated: December 21, 2018
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE