## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | No.1:18-cv-09936 (LGS)<br>**NOTICE OF APPEARANCE** |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel for all Plaintiffs in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
December 25, 2018

/s/ Emily C. Cole
Emily C. Cole
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
Email: ecole@kaplanhecker.com

*Counsel for Plaintiffs*