UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

          *Plaintiffs*,

   v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

          *Defendants*.
---------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears as counsel of record in the above-captioned action for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump Jr., Eric Trump, and Ivanka Trump. I certify that I am admitted to practice in this Court.

Dated: January 14, 2019
      New York, New York

          Respectfully submitted,

          SPEARS & IMES LLP
          /s/ *Joanna C. Hendon*
          Joanna C. Hendon
          SPEARS & IMES LLP
          51 Madison Avenue
          New York, New York  10010
          Tel:  (212) 213-6996
          Fax: (212) 213-0849
          E-mail: jhendon@spearsimes.com

*Counsel for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump*