# EXHIBIT 2C



acninc.com



start your home-based business today
marketing essential services people use every day







home security

energy

satellite tv

home phone service

wireless

and more...

ACN's home-based business opportunity...
Personally endorsed by renowned entrepreneur and multi-billionaire
Donald J. Trump

THE CELEBRITY
APPRENTICE



**DualDisc**

Label side up plays as an audio CD.
Reverse side up plays as a DVD
with video.

For use in the U.S. only. All
rights reserved. Unless expressly
authorized in writing by ACN, any
copying, exhibition, export, or
other use of this product or any
part of it is strictly prohibited.



Closed Captioned
for the hearing impaired

U.S. Version 5.1 · ©ACN, Inc. 2011
OppDisc_RP_P_061011
Printed in the USA
71005 US ENG

*"There are a few simple things a company must have in order for me to believe in it...
and ultimately for the company to be a success. ACN has all these things and more."*

**— Donald J. Trump**



# home-based
# business

## Build a successful business of your very own

**Life's essentials**
Offer the services people use every day

**Residual income**
The more customers you acquire, the
more you earn – if it's on, you get paid

**Total support**
In business for yourself, but never
by yourself

