# EXHIBIT 2-T

**EXHIBIT 2-T**

**Transcript**

U.S. Version 5.1, OppDsc_RP_P_061011

ACN Opportunity Disc

**Exhibit 2A**

**Audio Clip**

| | |
|---|---|
| Announcer | It's happening right now. In millions of homes and businesses around the world, someone is surfing the internet, heating their home, or turning on a light. Someone is sending a text message, watching TV, cooking breakfast, and someone is most definitely making a phone call. Just imagine if you got paid because someone did any of those things. |
| | These essential services represent the largest and fastest growing industries in the world, exceeding 1.75 trillion dollars annually. And now, you can be a part of it. |
| | How is this possible? Well, most service providers spend millions of dollars on traditional advertising to attract new customers and to try to keep the ones they already have. ACN, instead, works with people just like you to go direct to the customer, eliminating the high costs of advertising, and the result is more choices for consumers, and a remarkable business opportunity for you. Through ACN, you can build a successful business of your very own by offering people an alternative on the services they are using anyway. |
| | ACN has attracted attention in very high places and among the world's most successful business leaders. One such leader is billionaire entrepreneur Donald J. Trump, who has built his career on recognizing, and taking advantage of, exceptional opportunities when he sees them. |
| DJT | ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be part of it. |
| Announcer | Founded in 1993, ACN has grown to 23 countries on four continents, with offices throughout North America, Europe, Asia, and the Pacific, creating a solid foundation that will stand the test of time. ACN was a pioneer in capitalizing on the deregulation of |

1

the telecommunications industry, and today, we are the largest direct seller of telecommunication and home services in the world.

Now, we are in a position to do the same thing in the emerging deregulation of energy services, which is nearly 600 billion dollars in North America, creating a modern-day gold rush.

The excitement around ACN is spreading, and the world is taking notice. After personal invitations from Donald J. Trump himself, ACN was featured on two episodes of *The Celebrity Apprentice*, NBC's hit reality television show in 2009 and again in 2011. ACN continues to grow by providing more choices on the essential services millions of consumers already use, and will continue to use every single day. Essential services such as phone service and video phone, where you can see the person you're talking to, plus wireless, high speed internet, gas and electricity, satellite TV, home security, and computer support. Everyone uses at least one or more of these services. In fact, these are the services people simply won't live without.

So, what does all of this mean for you? It means an opportunity for you to own your very own business, with the total support of ACN behind you every step of the way. For starters, ACN has developed and will provide, host, and maintain, your very own personalized website. Where you can direct people to go and shop for all their essential services. Every time someone becomes a customer of these essential services, through your personal website, and pays for their monthly services, you get paid, month after month, year after year, for as long as they remain on the ACN service.
But that's just the beginning, the time is now. Do not miss your chance to work with the leader in providing essential services: A proven giant positioning you for success and the next big opportunity.

Turn this disk over and place it in your DVD player to learn more about ACN, including how you can get paid residual income by marketing the essential services people use every day.

## Exhibit 2B

### Earnings Statement

On-Screen Text:   Product and service availability will vary based on geographic location. For more information on ACN's exciting products and services visit our website at www.acninc.com. Personal stories are

2

shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

**The ACN Home-Based Business**

Announcer:                It's happening right now. In millions of homes and businesses around the world, someone is surfing the internet, heating their home, or turning on a light. Someone is sending a text message, watching tv, cooking breakfast, and someone is most definitely making a phone call.

Just imagine if you got paid because someone did any of those things. These essential services represent the largest and fastest growing industries in the world, exceeding 1.75 trillion dollars annually. And now, you can be a part of it. How is this possible?

Well, most service providers spend millions of dollars on traditional advertising to attract new customers and to try to keep the ones they already have. ACN, instead, works with people just like you to go direct to the customer, eliminating the high costs of advertising, and the result is more choices for consumers, and a remarkable business opportunity for you.

Through ACN, you can build a successful business of your very own by offering people an alternative on the services they are using anyway. ACN has attracted attention in very high places and among the world's most successful business leaders. One such leader is billionaire entrepreneur Donald J. Trump, who has built his career on recognizing and taking advantage of exceptional opportunities when he sees them.

Donald J.                  ACN has a reputation for success, success that's really synonymous
Trump                      with the Trump name and other successful names, and you can be
("DJT"):                   part of it.

Announcer:                Founded in 1993, ACN has grown to 23 countries on four continents, with offices throughout North America, Europe, Asia, and the Pacific, creating a solid foundation that will stand the test of time. Our success has been profiled in *USA Today, Success Magazine, US Business Review, Fortune Magazine,* and *Success From Home Magazine*.

3

*Inc. Magazine* ranked ACN the 22nd fastest growing company in North America, within our first five years of business. ACN was a pioneer in capitalizing on the deregulation of the telecommunications industry, and today, we are the largest direct seller of telecommunication and home services in the world.

Now, we are in a position to do the same thing in the emerging deregulation of energy services, which is nearly 600 billion dollars in North America, creating a modern-day gold rush. The excitement around ACN is spreading, and the world is taking notice.

After personal invitations from Donald J. Trump himself, ACN was featured on two episodes of *The Celebrity Apprentice*, NBC's hit reality television show, in 2009, and again in 2011.

ACN continues to grow by providing more choices on the essential services millions of consumers already use, and will continue to use every single day. Essential services such as phone services and video phone, where you can see the person you're talking to, plus wireless, high speed internet, gas and electricity, satellite TV, home security, and computer support. Everyone uses at least one or more of these services. In fact, these are the services people simply won't live without.

So, what does all of this mean for you? It means an opportunity for you to own your very own business, with the total support of ACN behind you every step of the way. For starters, ACN has developed, and will provide, host, and maintain, your very own personalized website. Where you can direct people to go and shop for all their essential services.

One key component to our winning business model is how you get paid. At ACN, you can earn residual income. Every time someone becomes a customer of these essential services, through your personal website, and pays for their monthly services, you get paid, month after month, year after year, for as long as they remain on the ACN service. And, every time you acquire a new customer or help an existing customer add a new service, you give yourself a raise.

But that's just the beginning, introduce others to ACN, show them how to get customers through their own personal website, and as their customers use ACN's services, not only does their monthly residual income grow, so does yours. There is no limit to the number of customers you can acquire, and no limit to the number

4

|            | of people you can introduce to ACN. At ACN, if it's on, you get paid. It's really that simple. |
|------------|---------|
| DJT:       | You have a great opportunity before you at ACN without any of the risks most entrepreneurs have to take. You have the ability to market breakthrough technology before it hits the critical mass. I've experienced the opportunity that exists when you're able to jump ahead of the curve, and ACN gives you that opportunity. Believe me, it's ultimately a dream come true. |
| Announcer: | The time is now. Do not miss your chance to work with the leader in providing essential services: ACN, a proven giant positioning you for success and the next big opportunity. |
| DJT:       | I've found there are two types of people. Those who take action and those who let opportunity pass them by. Which one are you? |

**ACN Business Presentation**

| On-screen message | Success as an ACN representative is not guaranteed, but rather influenced by an individual's specific efforts. Individual results will vary. Bonuses are promotional and are earned monthly based on the number of new Team Trainers who acquire the minimum required customers within their first 30 days. For complete details, please see ACN's Compensation Plan overview. No compensation is earned at ACN unless customers are acquired. |
|---|---|
| Tony Cupisz ("TC"): | Hello, my name is Tony Cupisz, I'm one of the co-founders of ACN, and over the next few minutes, I'm gonna share with you one of the best opportunities available anywhere, an opportunity that can improve the quality of your life by offering you the ability to earn more income, and at the same time, give you more freedom in your life. |
| | But before I get started, I want to ask you a question. Knowing what you know today, looking back in time, were there any other opportunities that you missed out on, that you wish you would've taken advantage of? Now, I believe most of us would answer "yes". With that being said, this is one of those opportunities that you don't want to miss. |
| | Imagine an opportunity to participate in one of the largest and fastest-growing industries in the world. Now, what I'm referring to is the trillion-dollar telecommunications industry. Imagine being |

able to earn money by offering a better value on services that people use every day, services such as local and long-distance calling, high-speed internet, cell phones, satellite TV, and much more. Even better, imagine being positioned to be one of the first and a leader in the next big thing, a technology shift that will literally change the way people communicate. What I'm talking about is video phone communications – actually seeing the person you're talking to, not just hearing their voice.

It's like something we only saw in a futuristic movie, and it's happening for real. What if you had a chance to go back in time and participate in the wireless boom or the internet boom at the very beginning? Well, over the next few minutes, I'm gonna share with you how to participate in the next big thing, and in doing so, by partnering with a company with a proven track record of success. And the name of that company is ACN.

ACN is an international telecommunications and home service provider. It started in the United States in January of 1993 and has grown into numerous countries in four continents. ACN has built itself to over half a billion dollars in revenue and growing, acquired millions of customers, has been featured in *Inc. Magazine*, *Fortune Magazine*, *USA Today*, *Success Magazine*, *Success From Home Magazine,* and has appeared on the hit reality show *The Celebrity apprentice* in 2009, and again in 2011. Since the time ACN has started, it has become the world's largest direct selling telecommunications service provider. ACN offers a wide and growing range of telecommunications services.

With ACN wireless, you can represent the top carriers, latest plans, and most popular equipment. With ACN local and long-distance calling, we can offer consumers a better choice and a lower cost. ACN also offers internet service, satellite tv, home security, digital phone service, computer support, energy service, and what we're really excited about is video phone service, which offers you the ability to see the other person that you're talking to.

One of the reasons for ACN's tremendous success is our competitive advantage. Unlike most service providers, ACN bypasses traditional forms of marketing. Most companies have to spend tens of millions of dollars and more on media advertising, telemarketing, and mass mailings to attract new customers and keep the ones they already have. ACN, instead, partners with individuals like yourself, and the result is a better value on services to customers, and a remarkable income-generating opportunity for you.

6

Every time you acquire a customer, or help an existing customer get an additional service, you earn a percentage of your customer's bill. Now, what I am talking about is residual income. Imagine getting paid over and over again by doing something just one time. Now, most people earn money through some form of salary, hourly, or through commissions, by trading their time for money. And if you don't work, you don't get paid. Now imagine getting paid like an actor, they film a movie or a commercial once, however, they get paid every time it airs. That is residual income.

And with ACN, you earn residual income in two ways. The first is personal residual income. You can earn as high as 10% on your personal customers. The more customers you acquire over time, the more revenue is generated from your customers, and the more of a percentage you can earn. The second form of residual income is called overriding residual income. Introduce other people to the ACN opportunity, and when they acquire customers, not only does their monthly residual income grow, so does yours.

Have you ever asked yourself how great it would be if you could duplicate yourself? Can you imagine how much more you could accomplish if there were more than one of you working together? That is called leveraging your time. When you introduce others to the ACN opportunity, you are literally leveraging your time, and ACN compensates you through seven levels of growth of your team.

So, what is a level? If you personally introduce someone to the business, and you directly sponsor them into ACN, those individuals would be considered your first level representatives. And if the representatives you personally introduced to ACN introduced someone else, those individuals would be considered your second level representatives, and so on, and so forth. Now, there is no limit to how many representatives you can have on each level, and there is no limit to how many customers each representative can have.

Now again, ACN pays you overriding residual income through seven levels, ranging from one quarter percent on your first level, to as high as eight percent on your seventh level.

Now, the first question people ask is, "why does the company pay so much more on levels four, five, six, and seven, compared to the first three levels?" And the answer to that question is simple: as your team matures over time, you will always have more reps on

your level four, five, six, and seven, than you will on levels one, two, and three. So the company pays you the most where ultimately the most customers will be coming in.

Let me give you an example. Let's say every representative including yourself, introduced just two other people to the business. Look how your team grows. If you add it up, you have built a team of around 250 people.

So, let me give you an example of what you could earn. If you had a team that grew just like this, and each representative in this example acquired customers totally ten services, with an average monthly bill of 40 dollars, you've just built yourself a residual income of around 5,800 dollars a month. Now, keep in mind that all the people in this example are going to use these services anyway, and ACN gives you the opportunity to redirect this revenue through your business.

Now I know for some people, 5,800 dollars a month isn't enough, and for other people, it's more than they believe is possible. But regardless of the amount, here is the question I want you to ask yourself: Can residual income enhance your life?

Now, imagine one day having enough residual income to do what you want, when you want, every day is just another day, it doesn't matter if it's Monday or Saturday, because now you are in control of your time. Imagine having the freedom to pursue your favorite hobbies, or to follow through with your dream. Residual income can offer just that.

Long-term, you can build a large residual income for yourself. But between the time that you start, and the time that you get to the level of success that you're working towards, ACN has put together a compensation plan that rewards you for helping other representatives get started and accumulate customers. This is called Team Customer Acquisition Bonuses. All income is earned based on everyone acquiring customers.

Now, with that being said, the next thing I'd like to cover is how to get started. Every representative gets started the same way: you can either fill out a paper representatives agreement, or sign up online, with a start-up cost of $499. Now, when you get started, keep in mind: this is your own business. You don't work for the person who introduced you to ACN, and you're not an employee of ACN. You are an independent representative, and you work for yourself.

The value in partnering with ACN comes in the form of support. Like any business someone may own, there is always a lot of support and expense usually associated with it. However, with ACN's support, a lot of this has been eliminated for you so you can focus on building your business. For example, ACN handles all customer support, representative support, marketing, international expansion, and much, much more. All you have to do is focus on acquiring customers and building your team, and let ACN do the rest.

Now, when you first start, you're considered a Team Trainer, or "TT." And as a Team Trainer, everyone has a minimum requirement to get a few customers. Now when you do that, you're considered a Qualified Team Trainer. Now, as a Qualified Team Trainer, your first goal is to earn the position of Executive Team Trainer, or "ETT." And earning this position is relatively simple. All you need to do is acquire a certain amount of customers and help two other people get started that also become Qualified Team Trainers. Now, at this level, you can start earning Team Customer Acquisition Bonuses of up to $3,000 a month. As an Executive Team Trainer, you're just getting your business started.

Your next goal is to earn the level of Executive Team Leader, or "ETL." Now, you earn this level by helping three people earn the position that you just did, Executive Team Trainer. And as an Executive Team Leader, you can earn up to $7,000 a month in Team Customer Acquisition Bonuses.

Your next goal is to earn the position of Team Coordinator, or "TC." You can achieve this position by simply having three or more teams grow underneath you that have accumulated a certain amount of customers. This is when your business really starts to grow. At this level, you can earn team customer acquisition bonuses of up to $25,000 a month, and you're eligible for an annual retreat.

Next, you want to earn the Regional Director position or "RD." You can earn this position by having one person achieve Team Coordinator anywhere in three separate teams. At this level, you earn all TC compensation, plus RD compensation, for a total of up to $31,000 a month in Team Customer Acquisition Bonuses, and you're eligible for an annual retreat.

Beyond this, you can earn the position of Regional Vice President, or "RVP." Now, as you go up the plan, it just keeps getting better.

As a Regional Vice President, you earn all TC compensation, plus RVP compensation. And one of the benefits of a RVP is earning residual income beyond the seven levels that I showed you earlier. Now we all know that if you build a team of seven levels, your team is probably going to grow to an eighth level, a ninth level, and beyond.

The top position in ACN is Senior Vice President, or SVP, and again, it all accumulates. You earn all TC compensation, plus RVP compensation, and now, SVP compensation. You get increased residual income on your entire organization, and at this level, you are also eligible for an annual retreat.

The plan is perfectly balanced. Initially, most of your income will come in the form of team customer acquisition bonuses. And the bonuses are from new representatives acquiring customers.  So while you are getting paid bonuses, your residual income is automatically growing. You want to get to the point when your residual income is so large, it surpasses the bonuses you're earning.

Now, I know when most people learn about the ACN opportunity, it's pretty hard not to see the potential and get excited about it. However, no matter how good an opportunity is, if you do the wrong things, you will not have the right results, and that is why ACN believes so strongly in providing the very best training and support possible. All you have to do is decide whether or not you want to be a part of ACN, and then get trained. We offer training on exactly how to build your business from A to Z. We offer local, regional, and international training events. You may be in business for yourself, but never by yourself. If you're a success, we're a success.

The information that you just went over is meant to be a brief overview of the ACN opportunity. It is designed to get you enough information so you can decide whether the timing is right for you to pursue it. Please get with the person who shared this information with you, and let them know if (a) you'd like to try one of our services, and the latest technology, ACN's new video phone, or (b) if you'd like to know more about the opportunity, or (c) you are ready to get started. Thank you so much for your time, and take care.

## SPOTLIGHTS ON SUCCESS

### Simon Abboud

On-Screen
Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Simon Abboud:

My name is Simon Abboud and what ACN has done for me is given me total freedom to make all of the choices that I want. I could work when I want, with who I want, wherever I want, I pretty much do whatever I want whenever I want to and that is what ACN really means to me.

I remember before getting involved in this business, I was actually 19 years old. I had never had a job in my life. I had never had a business in my life. As a matter of fact, this is the only thing I've ever done.

And back in the day, my dream was to be a lawyer and I was gonna study for many, many years. Actually, my dream was to go study in Europe, in famous universities and come back and be the great lawyer. And I studied hard, but I got myself about $25,000 in debt, and I had to find a way to get out of that. So I actually looked in a newspaper at one point and I saw a little ad. And what that ad said was: get paid every time the phone rings. My car at the time was a Chevette 1987. I mean the whole car was worth less than 500 bucks. I mean, it was two colors, it was black and rust. It was beautiful. So, I got involved, and it was kinda hard for the first few years. It took a few years to get it right. I remember going to school, going into the cafeteria, stopping people, trying to explain to them ACN, people laughing at me. People telling me, you want me to get into a business that costs more to get involved than your car. You know, people telling me, you live with your parents; you have no credibility; you have all this debt. You know, it was kinda hard. A lot of friends didn't believe at first. It's funny how things change with time though. You know, the result has been unbelievable.

I live in Old Montreal which is a very European-like little part of North America. It's probably the oldest city in North America. Just walking around here is a great feeling, you

know. It's just some atmosphere that you cannot find anywhere else in North America. And I just, you know, walk around, go to different restaurants, go to different cafes. And we're constantly among friends.

I've never been the type of person that really loves cars or wants to buy cars or been motivated by cars or different things like that. But one day I just told myself, hey you know, if it's possible, why not get a great car? And now driving around in that car in the city of Montreal, you know, it's just a great thing. It's just a great car, you know. And it's a lot of fun.

Correct. Well, actually, I'm in town tonight. I just got back from Europe. Yeah, we had a convention in Italy. It was awesome.

See I just want to wake up whenever I want. And I could wake up and call a few friends. Go for a cup of coffee. Just walk around. Eventually you know, we just end up on a boat or something and have some fun.

And after we do that, we just, like, rent a big suite of a hotel or something with a big terrace, and just have a party there, or whatever we need to do. And the bonds that you create by doing activities like that with your organization is something not only extremely solid for life in general, but is amazing for this business as well.

The part that I love the most about ACN is that what you're really building is a business, yes, but you're building a family. As you're growing your group, you meet so many great individuals that actually end up being your friends for life. And you travel the world and do different things with them.

The future starts now and we're all in front of it. So, are you guys ready?

We have big goals financially. We have big goals for the organization. What will be ultimate satisfaction is to be, even the smallest part, just to help a little bit, in making ACN by far the largest network marketing company in the world. And we know that that's going to happen. It's just a question of time. So being a little part of that is going to bring the biggest amount of joy that I could ever get in my life.

## James Adlam

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| James Adlam: | What has ACN brought to my life? What hasn't ACN brought to my life? My background's in corporate America, and uh, I hated, I hated the grind, you know, I was working 70 hours a week, 80 hours a week, I was freedom-driven, you know, my family's from Jamaica, I just wanted freedom. That's the reason why my family came here, was for the American dream of being able to do what we wanted, when we wanted, and now that's what ACN has given me, that's the opportunity I have now. |

And when I saw the presentation, within ten minutes, I said, "did they just say what I think they just said?" And I found myself leaning forward, and I found myself, really thinking, like, "what if this was as big as they said it was? And what if this thing called residual income was real? What if I could get paid in, like, 2020 for the work I did in 2005?"

And, I just got on board, because to me, here's what I looked at: You know, I'm sitting here at my company, I'm working 60, 70, sometimes 80 hours a week, to generate a number. In ACN, I'm working 10 to 15 hours a week to generate the same number. Well, y'know, I'm not a math wizard, but I put two and two together, and said, well, if I put more time over here, then I'll obviously do better than what I was generating over there.

I wasn't thinking about, necessarily, trying to get rich. I knew that if I could replace the same income I was generating, full-time, in this business, I would get my quality of life. I got in, I-you know, I didn't look to the left, I didn't look to the right, I just ran as fast as I possibly could.

And it was nothing more than the system. Every person in our company is a product of the system. And here's the thing about a system: A system makes talent irrelevant. You know, it doesn't matter how much talent you have, if you can follow a system, you can be successful in the model. They told me how

to build my business, they told me how to acquire a customer base, they told me how to teach people the business. They had a support center, in case I didn't have the answers, people could get the answers. That means that the most seasoned veteran in this industry or the person who's just getting started, you're starting at this- a level playing field.  As long as you can duplicate what's already been in place, anyone can win in this company.

You know, we're not a product-driven company. These are services that people already have. They're already paying someone. Think about it like this: You pay your cell phone bill, for instance, thoughtless every month. You pay your energy bill, thoughtlessly every month. Someone gets paid from that, or some entity gets paid from that every thirty days.

What we're simply saying is, "what if you could create a business for yourself, maybe small at first, where you became that entity?" It's so logical, it's so obvious, like, what we do is so obvious, getting paid on services that people must pay for the rest of their lives.

And I love the fact that I get to work with the people I actually like, and these are my friends, we've created a team of people that there's something common with all of us, we all want- we all want more, we want to do more, we want to be more, we want to have more, and we want to help other people be, do, and have more, as well. The greatest thing, for me, is the people that we've been able to help along the way, um, I love seeing for-sale signs come out of the yard, you know, I love seeing a stay-at-home mom, who wasn't a stay-at-home mom before she started in the business, so to be able to see people gain their lives back. You realize that a lot of people think it's all about money, but it's actually not, it's about quality-of-life, and our team is really focused in on helping develop an amazing quality-of-life.

### Mike Bisutti

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |

| | |
|---|---|
| Mike Bisutti: | Before ACN, I was a waiter. Uh, I was coaching volleyball at the local high school and I was doing property management and I was a fulltime student at Cal State Northridge. So, I was super, super busy, and at the same time, though, I was $30,000 in debt, so I was super, super broke. |

I got introduced to ACN by a buddy of mine. He invited me down to training, and it made so much sense. Right from the very beginning, when Jeff Weber started talking. I was like, wow this makes a lot of sense. At the end of it, I walked right up to Jeff, I go, I'm your man, I'll do whatever you tell me to do. And he kinda looked at me. And I went to my first meeting in flipflops, shorts and a tank top. You know, my hair was crazy curlier than this even, way out to here. He kinda looks at me and looks at a suit and goes, "Get a haircut, get a suit and have a meeting at your house on Monday night." And that's how I started ACN. I had a meeting and it was just, uh, took off from there.

My early goals in ACN was simply just get out of debt. And I was $30,000 in debt. And so, I was like ok, if I can just do ACN and make an extra 1,000 bucks a month, that would be awesome because I could start paying down my debt. Even though I was working three jobs and I was a fulltime student, I would squeeze ACN in every chance I had. Because of that, I saw my business start to grow. People joined my team, and I understood the concept of leverage. If I just keep putting in as much energy as I can over a consistent amount of time, over a period of time, and keep helping people get in and get going, even though majority of us only had a little bit of time each day and a little bit of time every week to build our business, once you have a bunch of people doing a little bit, that adds to a whole lot.

And that's how the business started just exploding upward and, um, my motivations and the things I wanted to accomplish became a lot larger than just getting out of debt, you know. It ended up being, ok I could be debt free and I could get the home I want, and I can drive the car that I want. I can give to who I want. I can do some phenomenal things. Help my family. It's really a lifestyle ACN has given us to do the things we want to do. I mean, here's my lifestyle. Wake up when I'm done sleeping. That's always a good thing. My wife Kylie and I have gone to different countries, we've been on cruises. You know, we go out – we love to hunt. So we go hunting and

camping and fishing, go on the lake, or we just jump right on to our Sea-doos and go out there all day long. We can do whatever we want to do. You know, go to the movies. Hey, there's been like a week straight one time where we said, you know what? We're just going to watch movies all week long and I just cooked a bunch of food up. We were having pasta and meatballs and, you know, eating coffee ice cream at night and just chilling. Having time and money together has been, uh, just an incredible blast. There's no restrictions, do what you want to do. That's pretty cool.

It's really, really neat cause we do a lot of family stuff, you know, when we're with Noah, we'll go out and we'll just goof off the whole entire time we're together. Noah actually, he's kinda a little king. He gets to do what he wants to do. You know, he just runs around and plays with whatever. And we take him to different places; the park and fairs and you name it. He's just – it's just a lot of fun to be able to just all of us be able to do what we want when we want to. I'm able to go and goof off with the family and you know, spend time with them and not worry about any of the stresses of life when it comes financially, because that residual income keeps coming in.

One of my driving forces now is to work with the people that I've developed relationships with and help them do the same things. Help them be able to have a car payment covered, have their bills in their house covered. And whether it'd be me going out and doing some meetings for them, some trainings for them, conference calls for them, or just hanging out with them and just talking and give 'em some personal coaching, that motivates me. I really enjoy doing that.

### Courtney Borelli & Gerald Borelli

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Greg Borelli: | We started ACN kind of in a real distressful place. We were losing our house, we were losing our businesses, and I really had no hope. I had lost hope. It put me on my knees, literally, physically and mentally. And I prayed for a solution, I was |

16

|                    | looking for some hope, and thank God, somebody put me in front of this opportunity. |
|--------------------|--------------------|

Courtney Borelli:      When we saw ACN, um, I instantly knew that this was the company for us, and it was going to be the vehicle for us to achieve everything we wanted to achieve. And I feel like ACN has given us the vehicle to create something long-term, financially, for our family. I believe when you have children, something changes instantly. There is nothing and no one that will stop you from creating a world of possibilities that they deserve.

Greg Borelli:      For the first time ever, I was able to put my family in front of the business, and being a traditional business owner, you can't do that. Being in ACN, having partnerships and creating some incredible bonds with some people, there's a real team environment here. You can put the family schedule first and work ACN around that schedule, and that's been the biggest blessing to me personally.

Courtney Borelli:      Most people get started in ACN for either financial reasons or a lack of time.

Greg Borelli:      I can speak from our own experiences – we had no time, we had no money. We just, we got some customers, we put some people in front of us, some experts, and about six months later, we were making more money than we were making in the best of times, running those businesses. If you can invest ten or twelve hours a day, do you want to do it building somebody else's business for their family, or your own? This isn't a get rich quick business, but they have a system in place that really teaches you the things you need to know.

Courtney Borelli:      It literally is a no-brainer, you know, again, ACN has just literally made it that simple for anybody to plug into this system and become successful, it's the perfect storm.

What I love best about ACN is that they pay for your self-worth. Meaning, opposed to a job that says you're worth minimum wage, or you're worth $20 an hour, you get paid what your self-worth is, within ACN.

I'm able to go out and build a business, be an example for my daughter, and help make a little difference in somebody's life the same way, you know, that somebody came in our lives almost four years ago and made a difference.

17

| | |
|---|---|
| Greg Borelli: | When ACN keeps expanding product lines, keeps expanding international in the marketplaces, that just opens up more opportunity for more people to take advantage of this opportunity. I just think it's unlimited with the technology that's available, the industry that we're in is the hottest industry on the planet, it's nothing but a positive upswing here, for people that are willing to take advantage of it.

I love ACN, I love what it's done for myself and our family, and I love what it's done for other people. This isn't about money. This is about the freedom that that money can give you, and that's worth it for anybody to go after it. |
| Courtney Borelli: | ACN has allowed me to grow as a person. That just made me a better mother a better friend a better business partner. ACN just makes you better, it just makes you more of who you already are. |
| Greg Borelli: | I'm free. I'm free and I don't have to answer to anybody, I don't have to put a business in front of my children anymore, and that's worth everything to me. |

**Debbie & Geoff Davis**

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Debbie Davis: | My name is Debbie Davis. My husband Geoff. We have our three kids, we live in Leonard, Michigan. Um, we are proud ACN representatives. We've been involved with the company for 15 years. And our lives have been completely changed as a result of this incredible opportunity.

When my husband Geoff and I got married, we had this dream that we just wanted to design our own home and we wanted to build it ourselves. We wanted to decorate it, you know. We just wanted our hands on every single part of it. And we got excited about thinking about that and that became a common goal of ours from our, the beginning of our married lives that we had together to find a way to be able to afford what we |

|  | wanted to build and to have money not be an issue. So that became just this quest that we had for ourselves and our married lives together, that was really fun for us to dream about and have that common goal. And it was an 18-year process. |
|--|--|

Some of the obstacles that we had to deal with when we were trying to have one of our dreams come to life was the fact that, um, the lack of money was number one. That was probably the biggest thing because we knew we had to have a certain amount of money in order to break ground. Geoff made a very good living with his job and he was doing very well but we, but it was paying the bills. It wasn't giving us the extras that we wanted.

Geoff Davis:            The house that we designed was way bigger than our wallet could afford at that point. So, we needed a way to be able to have some extra income coming in on the side. And that's when we started to look at other things.

Debbie Davis:           I really wanted to contribute to the finances as well, to help and reach our goals faster. I really wanted to be able to do something on the side that could be very flexible for me, that could fit into my lifestyle, and that I could be in control of.

Geoff Davis:            In 1993, this amazing business came along, ACN, and we got involved. Actually, my wife got involved, and I was supporting her at home. Because we had, we did find a parcel of land that we could build on. And we got a pretty good price for it, but it was fully wooded. So, I spent every free moment that I had, which, you know, there weren't many, and I was clearing the property. It was about two and a half acres, fully wooded. And I was clearing the property of trees to someday, somehow, maybe build our house on it. At that point, Debbie was putting her head down and she was going to work with ACN.

Debbie Davis:           ACN has just been an incredible vehicle for us to be able to realize that dream as one of our dreams. And in 15 months, we actually had enough money to break ground on our dream home.

Geoff Davis:            We started building this home in 1995, of course we wouldn't have been able to do that without having the financial means to do it. But when we started, there was really no looking back.

| | |
|---|---|
| Debbie Davis: | The seventeenth month after that, we moved in and two weeks after that, I pulled a big stretch limousine up in front of the Chrysler building. And I had a big heart on the back of it, like people do when they say 'Just Married' and ours said 'Just Quit.' And our three kids were inside, and we came to work and walked upstairs and put 'em in that thing and drove 'em away into the sunset. And it was just an incredible day. And, so, to be able to move into your dream home that you just built, two weeks later quit your job. Um, it was pretty extraordinary. |

We do use the house to entertain a lot. You know, we love it. We love our friends. We like having people over. Kinda hard to draw the line right now between our friends and our business partners, because they really have become so much of our family. So, we like to have barbecues. We like to, you know, just have people over for fun. You know, have people over, watch movies, you know, whatever. We actually just re-did our landscaping a few years ago to have more patios to fit more people. We just love being here, it's a wonderful place, and we enjoy it. We like to share it.

Welcome, everybody. How many of you know people that own their own business? How would you like to do something one time and get paid a lifetime? Because most people have jobs.

My organization is amazing. I just can't take credit for most of it. It's just incredible to me, though. I woke up starting, um, just like everybody does, by talking to people. And I woke up one day with an organization that literally spans the globe.

Everybody knows about it. It's ultimately a dream come true. That's what's exciting.

I'm just so honored. It really honored and feels so very privileged to just be a little part of their lives in some way. They've blessed me and I'm just so grateful for them.

| | |
|---|---|
| Geoff Davis: | Ok, Mark, I talked to your friend John and we've got a meeting tentatively setup tomorrow at noon at the office. |

I really do enjoy working with Debbie. She- To this day, she constantly amazes me. She is such a leader, such a tremendous motivator. We don't have motivators in the corporate

|  | environment, but in this- in this world, you do, and Debbie is one of the best. |
|---|---|
| Debbie Davis: | Geoff and I have three beautiful children. Awesome kids. Um, we've really, really been blessed. |
|  | Our oldest one, Brad, he's 24. He's just a great kid, great sense of humor. Has, you know, he's a tremendous artist. He's also done a lot of the artwork in my home. He's also a musician. He sings in a band that the boys have. |
|  | Our youngest son, Devon, um, he plays the guitar. Just picked it up one day. He asked for a guitar. I said, only if you promise me you'll practice. That has been about five years and he hasn't put the guitar down. |
|  | Casey, our daughter, she's in the middle of the boys. And she's out in California doing the acting thing. You know, she's trying to find her away out there as far as what she wants to do, standup comedy or acting or whatever. Um, all of our kids just are very, seem to be very motivated in the things that interest them and have the most incredible sense of humor. So, they're a lot of fun and just, you know, really good, caring kids. We love them to death. |
| Geoff Davis: | ACN was the catalyst that helped us achieve financially everything that we have in life right now. You have to have a vehicle, right? To accomplish great things. ACN was that vehicle for us. This really has been a life-changing experience for us. I couldn't even have dreamt what we actually have now as a result of this amazing business that we have. |

**Jeremy & Mindy Deeble**

| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
|---|---|
| Jeremy Deeble: | Mindy and I, we've been married now for uh, coming up on nineteen years. We've always been business owners. When I first saw ACN, I really had one main goal and that was to get home for my family. I was traveling. I never saw 'em. Really I |

was gone 5 to 6 days a week and I just really wanted to be home.

Mindy Deeble:    Um, I felt like a single mom because he was always gone. And working full-time, you know, it was really, really hard. Uh, we were just looking for something that would give us more of a lifestyle. We felt like we either had time or we had money, but we never had both at the same time.

Jeremy Deeble:    We got married to spend time together, and we weren't able to do that in our other businesses. But ACN allows us to spend time together and do the things that we love to do together, and that's probably been one of the greatest benefits of ACN. My brother actually is the one who introduced us to it, and he called us up and just said "man you gotta take a look at this thing".

Mindy Deeble:    And I kept saying, No I'm not going to look at that. We've got way too much going on, we're way too busy. But I'm so grateful. It took us two months to finally look at it. But when we looked at it, it was the– you know, we knew this was it. This was where we were going to be. And it's been incredible

I just don't know of any other company that can create the lifestyle that we have today. And with the economy and everything that's happening right now today, so many people are looking for something that's going to give them more in their life. Before ACN, I remember just wondering, ok, how are we going to pay this payment, how are we going to pay the next payment? What's great about ACN is we're not stressed. I don't have to worry when things are going to be paid because it's done. It's all taken care of.

Jeremy Deeble:    We have an opportunity to be a part of a business that truly is recession-proof. We're – you know the product and services that we offer, people are going to continue to use no matter what. And no matter how tight things get, people are going to continue to pay to communicate. We really believe that every household in America is going to have some sort of video phone in the next few years, just like everybody is carrying cell phones around now. And you know, ACN has kinda been the leader in that technology and at the very forefront of that.

There's just a few simple things that it takes in order to be successful in ACN and one of them is a consistent work ethic. And if people come to the table with a consistent work ethic

22

and they're willing to follow the ACN system, there's no reason why they can't make whatever goals or dreams that they have come true.

We had a goal to have a cabin on a lake and last year we were able to accomplish that. We've been able to spend great time up with our kids on the lake, you know, Tuesday, Wednesday, Thursday, nobody else is up there. You've got the entire lake to yourself. It's beautiful and you're just up there with your family by yourself. And in my opinion, there's nothing better than that freedom. It really has given us the freedom to work when we want to work, play when we want to play, and just live the lifestyle that we really always dreamed about.

Mindy Deeble:                 If you're looking for more time or more money in your life, I say ACN is the very best option for you. You can create whatever kinda paycheck you want to create in ACN.

Jeremy Deeble:               And if you're willing to come to the table with a work ethic and again, follow the system that we have in place, then you can truly accomplish all the goals and dreams that you have, that you've ever had in your life. And I truly believe that ACN is the vehicle that will allow you to do that. You have an opportunity to be a part of something very special. And ACN will change your life just like it changed our life, if you're willing to follow the system.

### Darin & Jennifer Dowd

On-Screen Text:               Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Darin Dowd:                    Basically, I've been a hard worker my whole life. And I was in a situation about um, uh- three or four years ago where I'd been a business owner for about ten years and kinda came to a point in my life to where I'd worked very hard, but not having any time with the family.

Jennifer Dowd:                We had this bright idea that if we were willing to make a two-hour commute into the San Francisco Bay Area every day, we could make two to three times the income. So that's really

what we did. And for the first little bit, it seemed pretty good, but after a while, we realized, "what did we do?" Here we are making a better income, but now having no time together with our four kids. And really it was just getting to be a frustrating situation.

Darin Dowd:

It kinda came to a point to where I wanted to get home with the family, and was really looking for a vehicle to do that.

Jennifer Dowd:

I was actually contacted by one of my best friends about ACN. They said, we found this incredible business, you've got to check it out. Pretty much blew her off for three months. Um, and then eventually she actually called me from an international training event with ACN and I could hear the excitement in the background on the phone. And basically, I realized they were moving on with this with or without us. And I really didn't want to go visit 'em in a year when they'd made their millions and go oh man I'd wish I would've.

So, we figured the smartest thing we could do is to go check it out. We knew the most expensive thing any of us can own is a closed mind and pretty much fell in love with it the minute we saw it. Well, the great thing for us was that our friends who introduced us to ACN had had success very, very quickly. They have an incredible work ethic, and so they'd been able to replace the income that they were currently making working with the company for just a few short months. And so our goal was just to do exactly what they did. And in fact, in four months, we did reach a position at the company that not only replaced Darin's income, but doubled it.

One of our favorite things to do is we love to go boating with our kids. And so, you know, being able to take that boat out several times during the week with the kids and boat all day long when there's no traffic at the lake.

Darin Dowd:

The awesome thing about it is it's, it's not only freedom, but it's choices now. Before I didn't get to choose. It wasn't a choice about the traffic and the commuting and the day that I had to put in. And now, we have choices every single day and we can swim in the pool longer, you know. We can hang out together as a family. I can actually help my kids with their homework. So, there's just a lot of choices and options for me, working out of the home, in an awesome home-based business it just creates, every single minute of the day you can have

|                    | choice in what you can do with the family or not do or when you're going to work or when you're not going to work. |
|---|---|
| Jennifer Dowd: | You know, just all of us being able to jump in the pool together and play a quick game of pool volleyball or whatever. You know, there's- there's times that, you know, the kids are out at the pool and our work day – this is kinda crazy—but our work day consists of sitting on a floating chair with our cell phone in our hand in the pool making phone calls while the kids are playing in the pool. I mean that's pretty rough. |

### Nathan Goldberg

| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
|---|---|
| Nathan Goldberg: | I was not a big business person. I wasn't someone that had a lot of experience. I was a waiter. And I did waitering for about seven years and I just tell people this: to be successful in this business, it starts with a bunch of different factors. |
|  | Number one, it starts with belief. First thing you gotta do is you gotta believe in the company. And the best way to believe in the company is coming to an international training event and getting a chance to meet the owners and who's behind this opportunity. |
|  | Number two, it starts with belief in yourself. This is where ACN's personal development program – if you're willing to stick it out and make a decision to come to every single possible Saturday training, briefing, and ACN's international training events, which I call ACN university – if you're willing to stick it out and go through the learning curve, everyone could be as successful as they want to, but they gotta make sure they're willing to learn the business model. |
|  | After three months of doing this on a part time basis, things went a lot, lot better than I thought. Went full time with the business. I, personally, in my ACN business in my sixth month, made more money that month than I made in a year as a waiter. |

I love the fact that I can wake up when I want. I get to work with the people I want. Have a lot of fun. I don't have any of that stress, like oh my god Monday is coming. Every day is Saturday in the ACN world.

I start my day at 11 o'clock every day. That's something that I really enjoy, the fact that I can wake up kinda when I wanna wake up, there's no real alarm clock. To be able to change some major things in my life. I was able to actually retire my mother after working for 41 years for the US consulate. It's been now sixteen or seventeen months my mother's been able to stay home and enjoy her retirement, all because of ACN's opportunity.

I love the fact that I get to travel.

Travel has been a major passion of mine. Because ACN operates in over twenty different countries, I have a chance to travel to all these countries. Not only get the chance to visit and have some fun, but create relationships in those marketplaces where I would've never met anyone in the past. It's funny, I have relationships with people in France; people all over the United States, in Australia. All because of this wonderful opportunity.

What I love about ACN the fact is, that not only do we put a lot of hard work in, but we also play hard as well. All the people that we work hard with, we also go and have a great time. We love going out on a night on the town. Having a great steak dinner with some friends. Enjoy some great wines and great company. Hanging back with some friends and playing pool at home. Out with some different friends and taking a stroll down beautiful Toronto. It gives us a chance to not only build a long-term relationship, but share common goals and dreams of where we're going.

### Spencer Hunn

On-Screen
Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO

26

Spencer Hunn:    You know, I grew up in a, I guess you could say, a typical middle-class family. My father, mother, very educated. My father was a graduate from West Point and then later a colonel. And I have five sisters. So however much money you have with five sisters was to say, life's tough, ok? And so financially I didn't come from having a lot of nice things. But you know, always happy, always having a lot of fun with the family. And that's really my main motivator to having success is to spend time with the family.

Before ACN, I played baseball. I got a scholarship at the University of Utah. I was probably as busy as anyone could be. And I was- It was basically busy with baseball, school, church activities and other things like that, but it was still 70, 80 hours a week. So the idea of even getting a part time job was out of the question. Which I think is pretty funny now, that I was able to start a multi-million-dollar company, because I had time for that, but I didn't have time to make eight dollars an hour. And that's one of the pretty magical things about this opportunity is that it works for busy people. A lot of those, you know, dreams and goals about living the lifestyle that I wanted to live as a professional baseball player can become a reality in ACN as being a Senior Vice President.

You can live wherever you want to live. And also as your organization grows, you know, you find other places that you never even knew about.

My latest, I guess you could say, goal or project was to buy a house in every city that I like. So I can always be going home. Going to college in Utah and starting my business there, it's just a great place to live. You know the mountains are beautiful there. I love it. You know, it's an amazing home. It's a great place. You know, waking up in that home, it feels that you're, you know, perhaps in like a five-star resort and you know, it's kinda in the mountains there and it gives you that feel. And, you know, in the winter time it's snowing. You know, one of the athletes in Utah lived in a hotel and I said, man that would be a crazy lifestyle, to live in a hotel.

And so uh, you know, one of the nicest hotels in Bellevue has residential units and so I got one of those, and it is just absolutely amazing. Every time I go home to work in Washington, it feels like I'm on vacation. The view is

unbelievable. We're on the thirty-fourth floor and it's just, it's amazing.

You know, it's mainly just very humbling that I could be in this position, to never really have to worry about, you know, finances. You know, there's always going to be stresses and problems in life and, and- you know, money does not buy happiness. It's a choice. But it's really nice to never have to worry about it and to have that one stress out of your life for good because of a great opportunity like ACN. You know, what we can realize is that, you know, without the courage to do it, you know, you're never going to know. Because that's really the only thing that holds people back is perhaps a little bit of fear of the unknown, or the fear of failure.

My father used to always say, you can't hit a home run unless you swing the bat. And you gotta go for it. And that attitude is what got me started in ACN. And that's the only way that you're going to connect big is if you go for it.

### Mathieu Lamontagne

On-Screen Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Mathieu Lamontagne:

Before starting ACN, I was a fulltime student, basketball player. So I was working also part-time, so I had a lot of, you know, work to do and you know, when you're nineteen years old, you go out, so I was very busy. The reason I started is because I wanted to make more money to help my family. You know, my mom used to, she used to work sixty hours a week as a nurse. So I saw her work a lot, so I wanted to help her financially.

Well, after basketball practice, one of my friends asked me if I wanted to make more money. I said obviously I want to make more money, right? So I went to a meeting and it was about two hundred people and I just, you know, loved the concept. When I started I didn't wanted to reinvent the wheel, because my mentor told me you gotta follow the system. And I think ACN, if you look right now, ACN has the ability for ordinary

28

people, to make, you know, big things in this company. So I didn't wanted to change the system, I just followed the system, part-time at the beginning, and once I saw a good result, I went full-time.

My defining moment in this company in, in the last four years, was that my mom used to work as a fulltime nurse and we, had the chance to retire her on Christmas 2007. But what we did, also that same year of 2007, we bought her a condo in front of a golf course. It's amazing. She wakes up every morning at 7 am and she just watches the view. And she's always saying, thank you Mathieu, that's a good view.

I think that's something that freedom with ACN helps you help people in your family, to get that. Now it's not about just the money, it's about, you know, you know- I have more time right now to do what I want. You know, I love basketball. I love sports. I can play sports anytime. I travel a lot, which I couldn't do before because of money or because of time. So, you know, right now with everything that ACN gives me, it's not just money, it's about time and you know, helping people in my family, so that's what ACN does right now.

I compare a lot of ACN with basketball, because I know that, you know, ACN is a team sport also like basketball. You know, you gotta use your teammates, and some are better in that position and you know, you got to treat everyone as your own players when you do ACN. And I think that in basketball you gotta play hard, you gotta go to the gym, same thing with ACN. If you go play basketball, if you don't play hard, if you don't go to the gym, same thing with ACN; if you don't go hard, and you don't do presentations, you don't go to meetings, you're not going to have success any of both. And I think also that in basketball you need to have a coach, you need to have someone that's going to tell you what to do, not because he wants- you know he wants the team to win. And I think you need to find a mentor because of that, you need to find someone that's going to coach you.

And ACN has a system for people that start to have, you know, simple stuff like that: a coach, teammates and you know, you gotta have fun also. If you don't have fun, it's not going to be worth the journey in ACN. But you know what, I really think that any sport you can compare to ACN: work hard, find a mentor and, you know, just really focus on your goals.

### Franco Lofranco

On-Screen
Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Franco
Lofranco:

ACN has completely changed my life in many ways: From a business perspective, from a financial perspective, family perspective, time perspective, having time. I went from being a traditional business owner for many years, since I was twenty-two years old to now owning a company within ACN that pays me residual income. You know, I was working from six, seven in the morning until midnight every single day. In fact, I used to have a couch in my office I would sleep on. I showered next door, back to work, back to the couch, and that was my life for years. But when you're in that life, you don't realize you have no life. That's just how it is. I barely saw my friends, almost never saw my family.

Then one of my really good friends called me up, and he said to me, Franco, I really want you to come look at a business opportunity. And I remember saying – I forget what I said to him. I said, listen, I cannot take on any more business that's it, I'm done. I just told him I don't have any time. And then he says something to me that changed my life: what good is all your money with no time? And that really hit home. I go, what do you mean? He said, well, you know, what if I could show you a way to have time and money together. And that intrigued me, and I went to go look at an ACN business opportunity for the very first time, and I couldn't believe that something like that existed. It's like, what you don't know that you don't know. I did not know that was possible, that life, until I saw the ACN opportunity.

And then I started dreaming, like is that possible? Can I really do that? Is that really – can that really be done? And then I started talking to people that actually had done it. I got to meet some incredible people that have had some incredible success in ACN and I started to follow them. I didn't understand network marketing. Didn't know anyone that did network marketing. Never did network marketing before. So my first year in the business, I wasn't very good. I was learning. I was

patient. Being a business owner, I know that you have to be patient.

I'll never forget, it was two years in the business and I was kinda getting it a nod, and then you know, it's kinda like it all comes together and the whole picture makes sense to you. When you get that you can never forget it. And you love this business forever and you can master it now and you can be almost everywhere you want, anywhere in the world and you can have success when it all comes together.

One of the reasons why I wanted to do ACN was to retire my mom and dad. My mom and dad, um, you know, were in their sixties. My father was coming off, you know, heart surgery. My mother, a brain tumor. And I wanted to be able to give them financial freedom, and thanks to ACN, they'll never have to work another day in their life. And there is nothing that can replace that, nothing.

On top of that, for me personally, it gives me a chance to even have a life. I had no life. So for me to have a life now, to be able to do what I want when I want, that- that just floors me. If I want to go on vacation, I go on vacation. If I want to take off for a week, I'm gone. I don't have to worry about that. Because that's the power of residual income, what ACN's provided for my life. I probably would never do a network marketing company that wasn't– what- the products and services that ACN offers. Because you know, I've seen people in other network marketing companies struggle, trying to sell a juice, or a lotion or a potion. These are not something that everybody can use, or has value for, the – they might be really good products for some people.

But what we have is for everybody. Everybody uses it. You use it. I use it. Every single person watching this video uses it. We all use it. What we have is perpetual and it's eternal and that's what got me excited about this business. That's what real, true residual income is. You can build something, and it keeps paying you over and over and over again on the work you did one time. I'd tell you right now, today, you couldn't pay me enough money to go back to traditional business ever again. I'm done with it.

## Patrick Maser & Mike Maser

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Patrick Maser: | Uh, you know, it's great, I mean, to work with your brother, to have time to hang out and spend time. We've been friends all our life. We grew up together, and to build a business is just a dream come true. |
| Mike Maser: | Pretty simple for me, I was selling cars and, uh, you know, realizing I was never going to get rich working for somebody else. Took a look at this. Liked what I saw, but you know, I realized the phone was not a fad; it was going to be with us long term. |
| Patrick Maser: | I think by our first year we really knew we had a hold of something. By our second year, it was obvious to everybody. |
| Mike Maser: | I was working hard for somebody else. The problem was the vehicle I was in was only going to make me so much money. There's only so much time in the day. And, you know, I hit a glass ceiling in any company I worked for. You know, I think the real thing here was the system. The company had a system in place. They took care of all the hard stuff. They took care of the customers. They took care of the group. And you know, I didn't have to go out and rethink anything. |
| | The same thing I did here was just became very coachable and teachable to the system. Learned from the people that have already walked in the, and you know, became successful and I walked in their footsteps. |
| Patrick Maser: | That's the great thing about this industry is that there's someone that's had success and willing to show you how they did it, as long as you're willing to go find out the information from wherever they have it. And, uh, that's all that I did. |
| Mike Maser: | You know, there's sacrifice here. We were hard workers at whatever we've done. And you know, there were sacrifices here. The benefit to this is, you know, getting farther ahead quicker, without putting a forty-year commitment in with the |

|  | company, you can do it in four, five, seven years here and then enjoy the next thirty. And that's the big thing, but it's looking outside the box, you know. Closed minded kept me in a job. Close minded kept me skeptical and broke and when I opened my mind, I really started seeing- seeing things differently and it allowed other people to sort of steer my vision that've already went there, you know. |
|---|---|
| Patrick Maser: | I believe anybody can do it, and they need to give themselves the opportunity to try. And once you start getting around positive people and people that truly want to help you – and I think the big value that both of us have found in this business is when you get behind somebody and you help someone and you support somebody, they usually haven't had that from their family. They usually haven't had that from their friends. So the relationship you have with individuals that you've really got in with and helped is far beyond any other relationship I've had with other people. And they know you're there for genuine, authentic reasons, to do nothing but to help improve them, improve their lifestyle, improve their bank account. So I tell everybody, try it. I mean, go for it. There's nothing – you're going to lose nothing and gain everything. |

**Art & Jennifer Napolitano**

| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
|---|---|
| Art Napolitano: | My name is Art Napolitano. This is my wife Jennifer. And ACN has given us financial security. It has given us the freedom and time to spend with our children. And we have a lifestyle that few people even dare to dream about. The exciting part of network marketing is, everybody has a story. And when I first looked at network marketing, I was playing lead guitar for a rock and roll band. I mean I had hair down the middle of my back. Met my wife playing in a band. She's out there in spandex, and the funny thing is I wore spandex too back then. |
| Jennifer Napolitano: | Yeah. |

33

| Art Napolitano: | We had minor success back in the 80s. We had one record sold about 50,000 copies in Europe of all places, and after ten years of that, I took a step back from my life at the point I hit twenty-nine years old, and we thought about maybe someday getting married, having children, buying a home, and I really looked at my financial picture a little differently than I had in the past. I loved music, you know, it was something I worked ten years at to try to get big recording contracts, but I was at a point where I had to be realistic in my situation; I was driving a car that had a hole in the floor. You know, we covered it with a mat. I've had my phone shut off, cause every month was juggling my bills. I've had my bank account closed at twenty-nine years old. I didn't even have a legitimate bank account to cash a check. And you know, when I took a step back, I realized I was sick and tired of that. I didn't want to be broke and I just wondered what was next. |
|---|---|

It was, uh, six years into ACN's existence that I stepped back, and I said, you know what, the timing has changed in my life, you know, what's going on here? We got started, actually, together and we're doing presentations. We started to learn the industry. Um, we worked real hard. Made a lot of calls. A lot of people laughed at me. A lot of people said, oh you're going to get wealthy, just like you're gonna be a rock and roll star. They don't laugh too much when they see where we live, and the fact that, you know, we're at every one of our kids' events; you know, we're at the open house for the school, or the teacher's workshop. I can plan around those activities, you know, daytime soccer games after school or going to see our daughter in gymnastics.

As a parent, we all want to do the best we can for our children. And I even remember how many hours my dad worked in a normal corporate situation. You know, it was very difficult to leave that corporate job or that normal job and be at your kids' activities. Because obviously the commitments are serious, especially the higher you go in an organization. And what I've found is the higher I've gone in this organization, the more freedom I had to be able to do those things and give time. You know, like being able to coach the baseball team this past year, like being at my daughter's gymnastics, whether it's practice or meets. You know, I get to build my own schedule around the things that are important. Of course, my business is important and you gotta work. But I also get to take care of business at home. You know, that's- I want to be known first

|  | as a father, you know, to my kids and a good husband to my wife, and then have a good business as well. |
|---|---|
| Jennifer Napolitano: | Well, I'm a stay-at-home mom, but I am so busy I don't even know what I do every day, but I am so busy at it. After running around, running the kids around to all their events, it's nice to jump on my horse and just go out where it's nice and quiet and go for a nice trail ride. It's peaceful. It was almost like I can be a kid; I can still be a kid. I can go up there and play and just have a ball, while he's in there doing conference calls. |
| Art Napolitano: | One of the benefits of being with ACN is that we get to travel for business a lot, and we mix a lot of fun in. So in the last couple of years, I've actually done seminars for ACN in 19 countries, mostly focusing in Western Europe, but we had our first chance to go to Australia. |
| Jennifer Napolitano: | To get to go on a helicopter to a private sandy beach and have a picnic lunch, it's great. |
| Art Napolitano: | You know I think everybody would love to have a dream house. And through ACN and network marketing, we've been able to achieve that. We have a great swimming pool and a hot tub, which is great for the kids. And I've built myself a nice, artificial golf green. 2,700 square feet. Three tee boxes. |
|  | Nice shot! Get it on the green! |
|  | What's really nice is my son is a really good golfer. He gets to go to golf camp every year and he's taken all kinds of trophies. He doesn't even know why he's good, because he's been golfing since he was just in diapers even. But that's been a fun thing to have. |
|  | And then inside we have seven bedrooms, we have ten baths, seven showers. Also, we have, you know, an incredible game room. You know, we really enjoy sharing this with our friends and with our family, because only when we have friends and family visiting, is it really exciting to live here. You know, it's really not that much fun if you don't have people to share it with. It's so exciting to build the relationships I've built around the world. You know, to be able to see them succeed, to see people start to earn money that they never earned before, to have confidence in themselves that they never had before. And I learned that once I started focusing on helping someone else, helping build people and helping them su- to succeed, and |

then it came back to me in multiples. And that's what's the power of network marketing: a few people sharing an idea with a few people. It's so much simpler than people understand. It's such a new way for people to make a living and to really have the life, the life they deserve.

It's amazing how life comes in a full circle sometimes; because it was lack of the success I was looking for in music that led me to looking for new opportunities, which landed me in network marketing in ACN. After I developed that financial success I was looking for, I started back in music again. I got together with some of my old bandmates and we started playing with an idea that eventually we'd record a new album, and maybe even go to Europe and tour and you know, that's just what happened.

We had shows in Holland; we played at a convention, it was over five thousand people partying with us, having a great time. And we got to play all our original music and the reaction was just awesome. It was like "we made it." You know, it's like, you know, I get a lifelong dream come true after all these years. In fact, at forty-seven years old, I told my kids, never give up your dreams. Never give up! Because here's a situation where, you know, many, many years after I put music on a backburner, it's come full circle again. And it's just a lot of fun. And I don't need hit records any more, but it's what I love to do.

### Janel Presant

On-Screen Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Janel Presant:

ACN was brought to me at a time of need. I was in financial disaster, emotional disaster, as a single mom trying to keep the bills paid and my doors open in my business. I was working harder than I'd ever worked in my career in the real estate mortgage industry, and I was going nowhere. Actually I felt like I was going backwards, on the verge of losing everything, not knowing how I was going to pay the mortgage next month. I was out of options, I had no hope, I was so unhappy, just

financially spiraling down a hole that I didn't even know how I was gonna get out of.

So, ACN was introduced to me at the right time, and I can tell you it was the answer to our prayers. Um, we grabbed a hold of it, the business plan, it speaks to everyone, it is brilliant, it is a simple plan, and I knew that if I just followed the incredible leaders that were introduced to me, that I could have success.

And as a result of that, within five months, I walked away from my fifteen-year career, and I've never looked back. I'm so grateful every single day that ACN was introduced to me that day.

I loved that ACN was not a product-driven business. We offer household essentials. Like, we offer what people cannot live without. ACN allows us to partner with them. And the average person, you know, it gives them a chance to go from ordinary to extraordinary, and you can't find that in this day and age, of something you can walk into, for a company that's been established an Inc. 500 infrastructure that you're getting a key and get to open the door to unlimited opportunity. I could not be more excited to build my business than I am today.

I feel, still, that I'm very new to ACN, it'll be four years next month, which kind of, it's been a whirlwind, so I am still working hard, but we also play hard.

What ACN has allowed us to do is really just feel free and for the first time, I have a peace of mind, and I feel free, I get to laugh like I've never laughed before because there's not this financial strain, and this burden, it felt like a monkey on my back. Y'know, for the first time in our lives my boys and I, I feel alive, I mean, they, they have a different mom that they have probably never even seen before in their whole lives.

We have fun, and we sit and laugh. It doesn't matter, it doesn't matter what we're doing, we just hang out, and it's that time together that I love the most. I love that I've gotten to share with my kids that, you know, it's, you have to work hard in life, but I love that I've taught them that anything is possible. If you have a hope, you have a dream, you have to fight for it, and if we just don't quit, this is, the sky is the limit, and you can have anything possible.

People were born for greatness, and people just don't understand right now, because they're in need, and they've been beat up, whether it's been, you know, their job, their economy, their situations, people are down and out. Um, so, I love that we're offering hope, and I just tell them, look, I'm reaching my hand out, all you have to do is grab it, if they just stand beside us, and if they take a step and are willing to have the faith in us and the system, their opportunity is unlimited.

## SAC Global (Adrian Eimerl, Jeremy Rose, Shawn Herrick)

On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Jeremy Rose: | What I've discovered in ACN is that we can make money by helping people. And the greatest part is that we get to help the people we really like. You know, our very best friends have come from ACN. Um, I'm just so excited about the team that we have, that we've put together. We take a lot of trips together, we do a lot of, uh, like family-type activities together because really our team is kinda like a big family. Um, personally for my wife and I, I think the greatest thing for us is that it's given us the ability to work when we want to, and just being able to be there for my kids when they want to go to the park in the middle of the day. We take a lot of vacations.

When I used to have a job working in a seafood restaurant, I worked forty hours a week, every week, every month, every year, in order to get paid. Um, I couldn't take a vacation. If I took a vacation, I couldn't pay my bills. The beautiful thing about ACN is that we've been able to actually go on vacation and we can afford to bring the kids with us. Um, we've been able to travel and see a lot of places. And just being able to be around my kids, my grandma, my brother, his wife, their kids, it's probably the thing that ACN's given us that we love the most.

Shawn Herrick: | The greatest gift that, uh, ACN has given me is freedom. And I really think that freedom is priceless. It's one of those things where, if you can have time and money together; it's just amazing.

38

One of my greatest passions in life is to be out on my boat. I think that when I'm out on my boat, I'm at peace. I'm most relaxed. It's one of my favorite things to do. It's uh- You know, get out there on the lake, just the beauty of being in nature, the water. I'm out there with my friends, my reps, my dogs. It's just an amazing time being out there relaxing, just kind of chilling with your friends and just enjoying a beautiful day at the lake.

Being with ACN, it allows me to, you know, be on the lake on a Tuesday afternoon when most people are at work, and you know, the hustle bustle of the corporate nine to five, that's when the lake is empty. It's just been an incredible, incredible, rewarding career, uh, with ACN and it gives me the freedom to do my passion. So many people give up on their dreams, their hopes and their goals so quickly. Uh, I just tell people, you know, make a five-year commitment that you're going to be here, whether it's part time or full time, just make that commitment that you'll be here five years from now, and enjoying success with all of us.

Adrian Eimerl:    The way I look at this is I think about myself personally. I owed it to my children to go out there and build something. I owed it to my family to go out there and create a lifestyle for them that- that I wanted to provide for them. Both my wife and I have been able to stay home and literally be full time stay at home parents. It allows us to really schedule all of our family time first and our business time second.

In terms of the material things, you know, we were able to build our own custom dream home. We live exactly where we want to. You know, we've been able to drive whatever kinda cars we want to drive, and, you know, take vacations where we want to go spend time together as a family and have the quality of life with our children.

I've spent more time with my daughter in her first five years than most people spend with their kids by the time they're thirty years old. Not because they don't want to, but because they can't, because they're forced going to work and providing for their families. So the lifestyle that ACN has provided for us, I mean it's a dream lifestyle. I know people that make really good money that spend no time with their family. And I know people that have a lot of time with their family, and they have no money to go out there to enjoy a quality of life. And

39

ACN gives us both, both time and money to spend together and do the things we want as a family, and that's obviously the best thing.

**Jeff Street & Janet Thacker**

On Screen Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Jeff Street:

It's about 83, maybe 84 degrees here in Huntington Beach, What- how, uh, what's the weather like in Rhode Island, about twenty degrees?

My name's Jeff Street.

Janet Thacker:

And I'm Janet Thacker and we work our ACN business together.

Jeff Street:

Janet's, uh, my best friend, and it's really awesome for us to go out and work and build this business together, and, uh, right now, you know, we're living coast to coast, I'm out building in California, Janet's out building in the Northeast part of the country, and, you know, we talk every day, we're always strategizing, game planning, and we have a lot of fun with this business, we're always doing different things with our team, we keep the business fun, I mean, I love this business, I have so much of a passion for this business, and you know, to go out and work together as a team it's just absolutely awesome.

Janet Thacker:

Both of us have different strengths that we bring to the table, we've really created a family atmosphere, you know, with the groups that we're working with.

And, you know, our goal is to be able to build and develop in all different markets, show people what's possible, you know, let people know that they can go out and create a national or even an international business, you know, from right where they live. It is a business that can take you on so many different directions, and that to me is exciting.

Jeff Street:                We complement each other, uh, you know, very, very nicely and we have a ton of fun working this together as a team, we've got a common vision.

Janet Thacker:          The people that we're- we look to get started in ACN are people I believe that have the same goals, the same dreams, the same desires that we did, and not necessarily specifically, but more importantly, maybe have a desire to go out and, um, have more time in their life, or something that's really important to them is to be able to not have to be so stressed out about their finances, that, don't necessarily see that having a traditional job or being in a traditional business is gonna go out and create that type of freedom, that type of financial security, um, that having something like this would. This really give you the ability to have control over where your future's headed.

Jeff Street:                Well, I think there's a couple of thing that really go out and help somebody have success in this business.

Number one is you gotta have a strong reason why. You gotta have a mission statement, for me when I first got started it was to get out of debt. When you have that burning desire, when you have that strong reason why it allows you to go out and just keep pushing yourself for the finish line.

And at first I just saw this is as a plan B, something that could help me make some extra money on the side, maybe go and help me pay off some debt, all of a sudden as I got myself into the business, and I started following the system, things just exploded, and we started hitting some financial uh, you know, uh figures that I didn't think were possible.

Janet Thacker:         It was great to see how our income grew with our efforts, so the harder we worked, you know, the more that we got better at the business, the checks really followed.

I tell people all the time, the best thing that I've gotten out of this opportunity today is, you know, the person that I've become in the process. I just had never done anything like this before, I had no background in business, I had never done network marketing in the past, so when I got started, I was really excited about the opportunity, but I was a little bit like ignorance on fire, so I didn't really know what I was doing.

You know, if I can go out and do it, anybody can go out and do it. Uh, you just really have to have the commitment, have

the vision of where it can take you, and I believe, you know, have some goals and dreams that you want to accomplish, and if you combine all those components, it's something that absolutely can happen for you.

Jeff Street:        That's my favorite part about this business is just the freedom that it goes out and gives you, to go out and really live the type of life that you want to live. And at the same time, know that you're living a life with a purpose, because we have the opportunity to inspire others, to go out and talk to people that were in situations similar to the one that I was in, where they're scared about their future, and really go out and give them direction and work with them on a daily basis to go out and show them that, as long as they go out really give the business a shot, and, you know, they go out and work on themselves at the same time, the sky's the limit with ACN.

**Danny Volonino**

On-Screen Text:     Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Danny Volonino:     Coming out of college, I made the decision to start my own business, it was a wholesale clothing company. Uh, by the time I was 29, couple of thriving companies, I had a horrible car accident, left me unable to run those businesses. Financially devastated, 35 bucks in my account, 110,000 dollars in debt, living on mom and dad's couch.

Uh, during that recovery, ACN is put in my life. Got involved with it right away, did it spare time, about 14 months, uh, been full-time ACN for the past fifteen years, and it has been an absolute blessing to be a part of.

My lifestyle has changed dramatically, I mean, within three years I went from that existence to a Regional Vice President with this company, and I went from financial and spiritual ruins to, you know, having wealth on a lot of different levels, um, all because of my experience in ACN.

In my first year, you know, I went through the rollercoaster ride, I was very stubborn, very uncoachable, I really wasn't listening to what I was being taught, so I struggled. I actually mentally, I didn't physically quit, but I mentally quit probably three or four times in my first year. And the minute I shifted and treated ACN with respect, like, the stre- the business that it is, is when my business changed dramatically. I then began to, uh, follow some of the people that were successful in the company, and then my business blossomed.

Uh, I went full-time with the fourteenth month mark. Today, I have over 60,000 active independent reps spanning every country ACN's in, and the lifestyle it creates is tremendous.

You can make decisions based on what you wanna do, not what you can do. Obviously, the finances are important, but it's not the money, it's getting money as an issue out of your lives, so you can spend more time on what's important to you, spending more time with your children, your significant others. There's a lot of people skip this stuff, because they have to work so much, or there is no work for them.

If you look at the opportunity today, in my opinion, ACN is by far the superior opportunity in this country, I mean you could right now take ACN and its business model, and go toe-to-toe any high-paying job, any traditional business, and I think, hands-down, this industry, the technologies we're involved with, and the time that everything's happening, this is the best place to be right now for your financial futures. I've seen success here across the board. And it's all just up to the attitude of the individual.

My encouragement is, if you're looking at ACN for the first time, you need to get involved now. It was an absolute blessing to be put in my life when it was. This has been a phenomenal journey.


### George & Eloise Zalucki

On-Screen Text:   Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

43

George          Hi, I'm George Zalucki and this is my wife Eloise. We've
Zalucki:        been in this industry now, at least I have, for I think back to
                1975 and my wife has been at it for at least twenty years. So
                we had quite a bit of experience to evaluate an opportunity like
                this. And I'll tell you, this is a home run.

                You know, I've been inducted into the hall of fame at my high
                school for athletics. I was voted the most athletic when I
                graduated. My forecast was, I was going to play for the New
                York Knickerbockers. I had all kinds of athletic scholarship
                offers in three sports. And I ended up actually going into the
                Marine Corps because I was confused. I didn't know- What
                direction do I want to go? When I come out of the Marine
                Corps, I really lucked out. I was in tremendous shape and I
                was playing basketball in one of the old gyms in the city, and
                my high school coach was working his part time job, and he
                saw me there and this was three years later, and he said,
                "George what are you doing?" And I said, "coach, who's
                going to remember me?" And he said, I can tell you somebody
                who might. He said, Providence College is, you know, one or
                two players away from really making their mark. And so I
                went up to the college. They talked to me. And back then, if
                you got a scholarship and it was four years, they said, you've
                got four years. And in my second year there, we won the
                national championship in Madison Square Garden. And, and- I
                had a heck of a game. I was not the star of that team, but I was
                the star of that championship game.

                I went on and then actually ended up teaching and- and
                coaching. I coached, you know, junior college basketball, and
                then I was teaching psychology and sociology. And then I
                became faculty coordinator and dean.

                Then I worked in the criminal justice system, as a chief
                probation officer and counselor. In that capacity, I really got to
                know the soul of people, the people who are messing up in life.
                And I was able to see insights there that I couldn't find in a
                textbook. And so that's when I saw the marriage of my
                interpersonal skills and psychology and personal development,
                ok, and enlightenment, I saw those things in a network
                marketing context. Wow, what would happen when these two
                come together? A person wanting to change their life, has
                some dreams but have never been taught how does success
                really come together. What are the elements and components?
                What do I need to learn? What do I need to do? What

44

disciplines, what do I need to change in my thinking? And how do I use my emotions? And there's where I came in and so it's- it's- it's been a very good marriage, you know, for us personally because of our passion for helping people become all they can become.

Well you know, one of the things people always ask me how I got started in music. And at nineteen years old, I actually had two offers to record. And at the same time, I had an athletic scholarship in basketball. They converged. Never lost my love for- When people come over, they love me to sing and do what I do and I, of course, I love it. Because it's my soul food. I just love music. And it's something I'll pursue for the rest of my life, you know. I'm- this is something I'm not going to leave. It's a passion I have, music and singing and playing.

Eloise Zalucki:          I think, too, in the business in ACN, it's a wonderful thing as a couple, to be able to do. It gives a whole different dimension to your life. And it's a very exciting thing to know that we're doing something to help other people and we're doing it together. You know, it's not just George going out there doing things. I know what he's doing. And it's a part of our life.

George
Zalucki:          She's very modest. She's phenomenal, ok? She is so supportive, and you know, does all the computer work and creates stuff. I'll find her, when she's on a project, you know, that we're doing, I'll find her sleeping at the computer. She's relentless. Don't give her a task and expect her to stop. But she's very modest. She stays in the background. She doesn't want the limelight. But I'm going to tell you something, I give it to her.

One of the great things you get – and I don't mean to overstress the material things – we have a huge home up in Michigan on two acres of land. It's got an Italian courtyard in back, a full kitchen and you know, it's a beautiful place, and that's our place up in Michigan, ok? When our son got the scholarship to play basketball at Tusculum College, we decided that we wanted to be close enough to be able to follow his college career.

Eloise found it in the paper when we were looking for a home down here, a second home. And we saw it, and when we came over, we looked through those front doors and we said, "woah, this is us." What we love about it is the location is beautiful. We come in on a nice country road going along the water on

|  | the Tennessee river. We were shocked. We are only five to seven minutes from our yacht, the marina, a beautiful restaurant. And we said we like this little air tight compartment at this stage of our lives, and then we designed the backyard. And we wanted that to be very peaceful with flowers and a fountain, and so that we could have that tranquility when we needed it to get away. And, you know, it's fabulous. |
|---|---|
| Eloise Zalucki: | And then when we walked in and saw the kitchen, because he loves to cook so much, you know, it was perfect for him. And, you know, I liked everything about the house. I loved the columns, and just the way the house flows. And plenty of room for everybody to come and stay. And to us that's really what it was all about. |
| George Zalucki: | This house has a, I call it almost like an Italian charm. You know, that you come in here and you see the pillars and the curves and the millwork is phenomenal. You feel at home here. This is a warm home.

We were able to buy a yacht and be able take our family – we've got a large family, you know. Nine kids and seven grandchildren and one more on the way very shortly and who knows what's coming next, you know. And so we said, look we have set ourselves up through this opportunity, not only to have good things for ourselves, but to share it with friends and family. And I'll tell you that- that's pretty neat. |
| Eloise Zalucki: | I think the most fun that we've had, uh, since we bought the boat is when the kids have come down and brought the grandkids. And it is just so much fun, 'cause they go out there and those little kids love jumping off the back of the boat and swimming. And we've got one grandson that loves to fish, and so he's had a lot of fun fishing off the back and the front of the boat. And to me that just makes it worthwhile. It's a fun family thing for us. |
| George Zalucki: | And you know who's the captain? This is the captain.

It's just fantastic to have the success, the material and financial success, to be able to do these things. Again, not as possessions, but as a sharing type of thing. And having so many people we love to share it with. |

**ACN and Donald J. Trump**

| | |
|---|---|
| Announcer | ACN continues writing history with its partner in success, multibillionaire entrepreneur Donald J. Trump. In 2006, ACN made network marketing history when it received a personal endorsement of Mr. Trump, a world-renowned businessman, best-selling author, and the executive producer of hit reality shows *The Apprentice* and *The Celebrity Apprentice*. |

Since then, Mr. Trump has continued to praise the company, its co-founders, and home-based business opportunity, making numerous appearances from the ACN stage, and taking time to meet with many of ACN's representatives. He was featured in *Success Magazine* with ACN in 2008, as well as in three issues of *Success From Home Magazine*. In short, Mr. Trump is more than just an endorser of ACN, he has become a friend of ACN, and has developed an excellent relationship with ACN co-founders.

Donald J.
Trump
("DJT"):
When evaluating a business opportunity, people need to look for strong leadership, a solid track record, success stories, a strong product people really need and want, and a clear plan for the future. ACN has all of these things.

Announcer:
In 2009, Mr. Trump personally invited ACN to be a featured company on *The Celebrity Apprentice*. That spring, ACN appeared on the show in one of the highest-rated episodes of the series.

So when Mr. Trump invited ACN back on the show for the 2011 season, ACN jumped at the primetime opportunity. On its second appearance on *The Celebrity Apprentice*, ACN was featured for two solid hours. The celebrities were asked to create a thirty-second commercial showcasing ACN's home-based business opportunity and its revolutionary videophone, drawing more than ten million viewers, making it one of the highest-rated episodes of the season, for a second time. ACN's appearance, not once, but twice on the landmark episode was a first in the direct-sales industry, and a history-making experience for the company.

DJT:
I've been working with ACN for a few years now. Since that time, I've developed a great relationship with ACN, and the more I learn about them, the more I like and respect them. I see incredible potential in the things they're doing now, and they are planning in the future.

Announcer:                           There's never been a better time for you to learn more about
                                     ACN, its products, or its home-based business opportunity.
                                     Donald J. Trump is making history with a company he
                                     believes in, and the exciting thing is, you can, too.


                           **Power Your World with Energy**

Announcer                            ACN now connects your business to the world in an all new
                                     way, with energy! Think of everything that uses energy, from
                                     kitchen essentials, to home lighting, from the laundry room to
                                     the home office. There is an extraordinary opportunity to earn
                                     residual income by offering energy. If it's on, you get paid.

                                     Deregulation has taken the power out of the hands of the giant
                                     monopolies. This provides an environment for ACN
                                     entrepreneurs to participate in one of the largest service
                                     markets that virtually everyone buys from.

                                     And, there are more than 100 million households in the
                                     United States using one or more energy-hungry devices. That
                                     usage is expected to triple over the next two decades. Just
                                     imagine the impact on your ACN business by offering energy
                                     in the select energy markets offered through ACN. Every time
                                     someone you know turns on a switch, charges a wireless
                                     phone, checks emails, watches TV, protects their family, or
                                     makes a phone call- If it's on, you get paid additional income
                                     on the power they use. And, bundled with ACN services, it's
                                     like getting paid twice. What better way to spark your ACN
                                     home-based business than with energy?

                                     For nearly two decades, ACN's home-based business
                                     opportunity has changed the lives of countless individuals,
                                     without the high up-front costs of owning a traditional
                                     business. Capitalize on the enormous opportunity of the 500
                                     billion dollar energy market, so you can have the financial
                                     freedom to do the things you love the most.

                                     Energy: unlimited earning potential in a service everyone is
                                     already using. It's simple to understand: If it's on, you get
                                     paid.

                                     48

**See Life's Moments – ACN's Video Phone**

| | |
|---|---|
| Announcer | The road to life can take us places we never expected. The ACN Iris 5000 can help you get there. Share all of life's moments – face-to-face, anytime, anywhere. Invite out-of-town guests over to see your new place. Real moments, in real time. Always on, always connected. No matter where you are, loved ones can now see life as you experience it. Unwrap surprises together, cheering along with the team, celebrating everyday moments. |
| | Make distance obsolete by bringing the conversation up close and personal.  Even from across the street or across the globe. Whether it's talking fashion, catching up, or just saying, "I miss you," every call brings you closer. It's the moments we share with friends and family that connect us. It's those connections that ACN is all about. Admire a work of art. Let someone know you care. Or, just hang out with friends. Life moments you don't want to miss, and we want you to be there, face-to-face, anytime, anywhere. The ACN Iris 5000 Video Phone: say goodbye to long distances, and say hello to life without boundaries. |

**Behind the Scenes at ACN**

| | |
|---|---|
| On-Screen Text: | WELCOME TO YOUR PRIVATE, BEHIND THE SCENES TOUR |
| | ACN'S WORLD HEADQUARTERS IS LOCATED JUST NORTH OF THE MAJOR FINANCIAL CENTER OF CHARLOTTE, NORTH CAROLINA |
| | 17 ACRES WITH OVER 140,000 SQUARE FEET OF OFFICE SPACE |
| | STATE OF THE ART WORLD HEADQUARTERS |
| | CENTRAL SUPPORT SYSTEM FOR NORTH AMERICA |
| | MARKETING |
| | EVENT PLANNING |
| | CUSTOMER AND REPRESENTATIVE SERVICES |
| | PRODUCT AND BUSINESS DEVELOPMENT |

49

NETWORK OPERATIONS CENTER

RECORDING STUDIO AND TRANING CENTER

AND EVERYTHING ELSE YOU NEED TO HELP BUILD YOUR BUSINESS

ACN AROUND THE WORLD

AMSTERDAM NETHERLANDS

SYDNEY AUSTRALIA

MONTREAL CANADA

WROCLAW POLAND

AMAL SWEDEN

SEOUL SOUTH KOREA

UNPARALLELED SERVICE AND SUPPORT

SO YOU CAN BE IN BUSINESS FOR YOURSELF

BUT NEVER BY YOURSELF

### Commitment to Integrity

| | |
|---|---|
| On-Screen Text: | The members of the ACN Legal Advisory Committee represent and advise the Company, not its independent representatives or those considering an opportunity to become an independent representative. The following comments should not be interpreted as legal advice. You should make your own decision about whether the ACN opportunity is right for you. These comments are not intended to influence your decision and you should rely only on your own research when deciding whether to pursue the ACN opportunity. |
| On-Screen Text: | ACN's Commitment to Integrity |

| On-Screen Text: | ACN is a proud member, active participant and Board Member in the Direct Selling Association with a company-wide Commitment to Integrity. |
|---|---|
| Colleen Jones ("CJ"): | I am the Company's Global General Counsel, I am a Global Vice President and General Counsel of the company overall. So, I oversee all of the many in-house professionals that we have here at the company, and I interface with the legal advisory committee, and I am responsible for all the company's legal matters on a day-to-day basis. |
| Robert Stephan ("RS"): CJ | I was formerly a judge of the district court for thirteen years in Wichita, Kansas, and then served as the Attorney General of the State of Kansas for sixteen years. Jim Barker found me, I was over in London on a special project, and, uh, we met, and we liked each other, and I met the founders, I was very impressed by the founders. |
| RS: | So, I got a telephone call from Robert Stephanowski, and he talked to me about being a legal consultant to ACN, and I said, "what kind of trouble are you in?" and he said, "we're not in any trouble, and we don't wanna be, and that's why want to have you on the board." |
| On-Screen Text: | Commitment |
| CJ: | The Legal Advisory Committee has a very special role at ACN, they are a group of highly-experienced, highly-educated and expert professionals in a very particular area of the law that of course greatly affects ACN every day, and that area is multi-level marketing, and consumer issues. |
| RS: | The role of the legal advisory committee is to be aware of the consumer protection laws in the various jurisdictions, to examine the ACN business opportunity, and to make sure there is compliance with those laws. |
| On-Screen Text: | Integrity |
| RJ: | Integrity is important for a number of reasons. |
| | Number one, it's the founders personal code of behavior, and they demand that from the senior executives that guide the company's growth and affairs with them. |

|        | Number two, it's important to them because they know that our independent representative group, and our employees, are the face of the company out in the business marketplace.  And so when we ask our independent representatives to step up to the same level of integrity standards that we ourselves honor, we're doing that because, number one, we believe that, but number two, we know that as our ambassadors out in the business community, they're the face of ACN, and if one of them, any one of them, acts without integrity, that's a reflection on ACN's integrity and we take that very seriously. |
|--------|------------|
| RS:    | Independent representatives come into the company and they expect the policies to be in conformity with consumer protection laws, because that will help ensure their prosperity in the future. |
| CJ:    | I think the beauty of the internet, which has brought many changes to ACN's business and the manner in which we communicate with, and contract with our independent representatives, is that it is pure free speech in its organic form. Anybody with a computer can get up and post anything they want. ACN is aware of the bad press that's out there on the internet, and we pretty much ignore it. |
| RS:    | I don't know of anyone or any company that, at times won't, have some negative statement made, and there isn't much you can do about that, but the record speaks for itself, and ACN has been very successful in complying with the law. A pyramid scheme is when you are paid to recruit others. And ACN is a customer acquisition company. And, as a result, it complies with consumer protection laws, and is not an illegal pyramid. |
| On-Screen Text: | Vision |
| RS:    | Well, I've been with the company about twelve years, and when I first started as a legal consultant, they were only in the United States, and, man, have they grown and grown and grown, and they're now in, I believe, twenty countries. |
| CJ:    | Despite its growth, the company has retained all the values that were present at its formation, and it's been a pleasure to be present to watch that, it's been an honor to participate and to have had hand in guiding the growth of the company. |

| | |
|---|---|
| On-Screen Text: | ACN has been successfully providing services since 1993 in a growing number of countries of 4 continents around the world. |
| | ACN is a proud member, active participant and Board Member in the Direct Selling Association. |

## Experience the Excitement of ACN's Events

| | |
|---|---|
| On-Screen Text: | ARE YOU READY |
| | TO BE INSPIRED |
| | MOTIVATED |
| | MENTORED |
| | ARE YOU READY |
| | TO NETWORK |
| | BUILD RELATIONSHIPS |
| | GROW YOUR BUSINESS |
| | ACN INTERNATIONAL TRAINING EVENTS |
| Speaker: | This could be the weekend of dramatic change for you. |
| Speaker: | This is your chance to change your life. |
| Speaker: | These events will be your greatest tools in allowing people to see the big picture of ACN. |
| Speaker: | So many great things are gonna happen. |
| Speaker: | You guys excited? |
| On-Screen Text: | ARE YOU EXCITED? |
| Speaker: | There's no better time to be in ACN than right now. |

| | |
|---|---|
| On-Screen Text: | RIGHT HERE |
| | RIGHT NOW |
| Speaker: | Right now's the time to make a difference. |
| Donald J. Trump: | You have all of the basics to be an unbelievable company well into the future. |
| Speaker: | Your life can go from tragic to magic in a short period of time. |
| Speaker: | We're looking for people that wanna change their lives. |
| Speaker: | Who's gonna be committed, and who's gonna step up and say, this is mine, and I'm gonna take it. |
| Speaker: | We're in this game to win, that's all there is to it. And we're gonna win, and you have to have that same attitude. |
| On-Screen Text: | ARE YOU READY TO WIN? |
| Speaker: | Today we're over a half a billion dollars in annual revenue, going to a billion and two and three and four and five… |
| Speaker: | Are we afraid of competition? We have no competition. There is no other company like ACN. |
| Speaker: | You know what? This is a business that crosses cultures, race, religion. We have an opportunity to bring the world together, and more people should learn from us. |
| On-Screen Text: | UNITED STATES |
| | CANADA |
| | AUSTRIA |
| | BELGIUM |
| | DENMARK |
| | FRANCE |
| | GERMANY |
| | IRELAND |
| | ITALY |
| | NETHERLANDS |
| | NORWAY |
| | PORTUGAL |
| | POLAND |

|  | SPAIN<br>SWEDEN<br>SWITZERLAND<br>UNITED KINGDOM<br>FINLAND<br>NEW ZEALAND<br>AUSTRALIA<br>SOUTH KOREA<br>CZECH REPUBLIC<br>HUNGARY |
|---|---|
| Speaker: | You know things are happening, you know the company is growing and going. |
| Speaker: | We are now the largest direct-selling telecommunications company in the world. |
| On-Screen Text: | COMMUNICATION SERVICES…<br><br>Digital Phone Service<br>Video Phone<br>Local & Long Distance<br>High Speed Internet<br>WiMAX<br>Wireless<br>Mobile App<br><br>HOME SERVICES…<br><br>Satellite TV<br>Home Security<br>Computer Support<br>Energy<br><br>BUSINESS SERVICES…<br><br>ACN DigitalTalk<br>Satellite TV for Business<br>Computer Support<br>Energy<br>Long Distance |
| Speaker: | Go live your dreams, that's why we created ACN. |
| Speaker | I think that you are right at the very top of all the direct marketing companies in the world. You know that, don't you? |

| | |
|---|---|
| Speaker: | This is a great time to be in an organization like this. |
| Speaker: | You came here to change our lives, change our future, change our world. |
| Speaker: | Nobody has the right to define you but you. |
| Speaker: | The ACN business is crucial, not just for yourself, not just for your friends, but for this country, and for the world. |
| Speaker: | Think about that thing that used to be a "should," and now is a "must." |
| Speaker: | I would never, ever tell you "I hope you do great things with your life", I'm expecting it. |
| Speaker: | When you get to the end of your life, you're gonna be able to able to say I made a difference and that's what it's all about. |
| Speaker: | I will see you, and yes, I really do mean *you*. Not just at the top, I'm gonna see you over the top. |
| Speaker: | You got it, it's here, it's laying at your front door. Quit praying, it's here, the opportunity is here. |
| On-Screen Text: | THE OPPORTUNITY IS HERE |
| Speaker: | Are you ready to make a difference? Are you ready to make some huge income? You need to start living the life that you deserve right now. |
| Speaker: | This is it. |
| On-Screen Text: | CHANGE YOUR LIFE<br><br>RIGHT NOW |
| Crowd: | ACN! ACN! ACN! ACN! [repeats] |
| On-Screen Text: | ACN |