# EXHIBIT 3A



SPEARS & IMES LLP

*Jane Doe, et al. v. The Trump Corporation, et al.*,
18-cv-09936 (LGS)

Exhibit 3A