# EXHIBIT 3B

**Honoring** Our Past.
**Treasuring** Our Present.
**Shaping** *Your* Future.







# ACN'S HOME-BASED BUSINESS OPPORTUNITY...
## Personally endorsed by renowned entrepreneur and multi-billionaire Donald J. Trump

*"There are a few simple things a company must have in order for me to believe in it... and ultimately for the company to be a success. ACN has all these things and more."*
Donald J. Trump

IBO Name:

Business ID #:



For use in the U.S. only. All rights reserved. Unless expressly authorized in writing by ACN, any copying, exhibition, export, or other use of this product or any part of it is strictly prohibited.

 Closed Captioned for the hearing impaired

U.S. Version 7.0
©ACN Opportunity, LLC
OppDsc_RP_P_011513
Printed in the USA
71005 US ENG



# It's happening right now in millions of homes and businesses around the world…

## SOMEONE IS…

MAKING a phone call…
TURNING on a light…
SENDING a text message…
SURFING the Internet…
WATCHING TV…

Imagine if you got paid because someone did any of those things.

## That's ACN!

# home-based business

## BUILD A SUCCESSFUL BUSINESS OF YOUR VERY OWN



**LIFE'S ESSENTIALS**
Offer the services people use every day

**RESIDUAL INCOME**
The more customers you acquire, the more you earn – if it's on, you get paid

**TOTAL SUPPORT**
In business for yourself, but never by yourself