EXHIBIT 4

# Reach New Heights

ACN Newsmagazine | Fourth Quarter 2005

**ACN & DONALD TRUMP - EXCITING PREVIEW INSIDE!**



## ACN | Digital Phone is here!



ACN's Digital Video Phones



ACN Announces 2006 COC Members



ACN Launches New Zealand



## 2005 Year in Review
*Plus* your first glimpse at 2006

## Highlights from **Anaheim** 2005

**ACN** unveils its **2006 Circle of Champions** Members

**ACN News** from *Europe* and *Australia*

## WHAT'S INSIDE:

| President's Message | 1 |

### news

| U.S. Update | 2 |
| Donald Trump Update | 3 |
| Canada Update | 4 |
| Global Update Europe and Australia | 5 |
| Success From Home Magazine | 6 |
| Read to Succeed Program | 6 |

### events

| Anaheim Event Highlights | 7 |
| Top 10 RVPs/TCs/SCs Anaheim Pre-Registration | 8 |
| Detroit Pre-Registration | 8 |
| Anaheim RVP Promos | 9 |

### recognition

| Team CAB Rewards | 11 |
| ETT in 30 Days | 12 |
| ETT – On the Move | 14 |
| TC – On the Move | 14 |
| Newly Qualified TCs | 14 |
| Top 50 TCs – TT Production | 15 |
| Top 50 TCs – Customer Production | 17 |
| Top 15 RVPs – TT Production | 19 |
| Top 15 RVPs - Customer Production | 20 |
| Top 15 RVPs - Global | 21 |
| President's Club | 23 |
| 2006 Retreats | 25 |
| Top 15 RVPs | 25 |
| Top 25 Global RVPs | 26 |
| 2006 Circle of Champions | 27 |

### other

| Attorney General Report | 27 |
| 2005 Year in Review | 29 |
| What to Expect in 2006 | 30 |
| TC Spotlight on Success | 31 |



## Hello Everyone!

Hello everyone and Happy New Year!

I usually focus my fourth quarter letter on all the progress ACN has made as a company over the course of the previous year. But for the first time, I'm not going to do that. It's not because ACN hasn't made incredible strides during the past year – because we have. And it's certainly not because the ACN Opportunity isn't bigger and better than it's ever been – because it definitely is. There is just way too much to be excited about in our future to look back now! But I do want to take a moment to recognize ACN's top performers for 2005 – those who have gone above and beyond. In fact, the pages of this final 2005 magazine are filled with the faces and stories of ACN's top producers, those who have achieved outstanding accomplishments in 2005. We look forward to officially recognizing each of ACN's top producers of 2005 during our upcoming 2006 International Convention in Fort Worth, Texas, February 10th – 12th.

Now onto the new year…and what an exciting year it's going to be!

I've said it before, but I think this is important enough to say again: I assure you that now more than ever, everything you have witnessed up to this point in ACN has simply been laying the foundation…and it all starts in 2006! In fact, the saying, "you ain't seen nothing yet" couldn't ring more true than at this very moment.

As part of my first message to you this year, I have the unique opportunity of providing a special sneak peek at ACN's theme for 2006 – a theme that will be carried throughout ACN this year. We have officially coined 2006 as the year "Without Boundaries." Whether it's ACN's Digital Phone Service allowing customers to "Communicate Without Boundaries," or the ACN Opportunity providing Independent Representatives with a chance to enjoy "Life Without Boundaries," at ACN, 2006 is about doing it all "Without Boundaries!"

I realize that for many people, thinking about life without boundaries is a little uncomfortable. After all, from the time we are babies – from our very first memories – boundaries are placed upon us. As infants, we can't go near the stairs or open the kitchen cabinets. These simple gates and child proofing set our boundaries for us as children. As young adults, we couldn't ride our bikes past a certain point, or stay out past our curfews. Our boundaries were set by our parents and the threat of being punished. And as adults, we experience the most strenuous boundaries of all – those placed upon us by our jobs. How many times have you said to yourself, "I can't go on vacation, I have to work" or "I can't ask for a raise; my company is struggling financially." At what point did it become OK for us to settle for the boundaries our jobs often place on us? No child has ever said, "I want to be stuck in a job where I am unappreciated and under-compensated when I grow up." At what point in our lives did we lose sight of our dreams and allow these boundaries to take over?

At ACN, 2006 is all about shattering these boundaries and changing our way of thinking. But perhaps you are already living without boundaries. That's why 2006 is also about helping others shatter their pre-conceived boundaries…for good. With the arrival of ACN Digital Phone

Service and Video Phones, customers can truly communicate face to face, eliminating the boundaries of traditional phone service. And what about the upcoming arrival of ACN's Wireless Service? The name itself – wireless – actually means no boundaries, and with ACN, customers will finally have a better alternative for their wireless provider. What about actual geographic boundaries? The ACN Opportunity isn't constrained by borders. In fact, ACN is gearing up to expand into new countries in both Europe and the Asia Pacific region. Simply put, there are no longer any excuses for not talking to everyone you come in contact with about the ACN Opportunity. After all, you never know who is living under the constant pressure of their boundaries.

And it has never been easier to present the ACN Opportunity to everyone you meet than right now. In fact, ACN is featured in the current issue of Success From Home magazine on newsstands now. Seventy percent of the entire issue focuses on ACN – our products and services, our industry and our business opportunity. Each copy also features our brand new Presentation DVD absolutely free. Make sure you get your hands on as many copies as possible as this is quickly becoming ACN's most powerful piquing interest tool.

I'd like to close this quarter's letter by asking you to put some thought into your life and your current situation. I recently read a quote that said, "When people go to work, they shouldn't have to leave their hearts at home." Are you leaving your heart at home every day? If so, you need to make a change in your life. ACN's most successful representatives aren't successful because they have a secret ingredient or a special skill. They're successful because they put their heart into their businesses, and that combined with hard work and 100 percent commitment is all it takes to discover true success.

Or maybe someone you know is leaving their heart at home because they are stuck in a traditional job. The sad truth is that the majority of people who work a traditional job, whatever that job may be, are leaving their hearts at home when they walk out their doors every morning. They go to work while putting families and personal lives on the backburner. That is just no way to live. Don't you owe it to these people to show them how they can bring their heart back into their every day? ACN is that vehicle. I encourage you to share this simple statement with everyone you encounter, and make sure that for you and your loved ones, your heart is always a part of your every day.

Remember, everything we have planned in 2006 is about eliminating emotional and physical boundaries – for you, your prospects and your customers. Here's to an incredible 2006!

God Bless,

*Greg Provenzano*

Greg Provenzano
ACN President and Co-Founder

US Update news

# DONALD
# TRUMP
# &ACN

*"ACN is a great company. How do I know? Because we have done a lot of research. I can't tell you how many proposals I turn down every day. I look forward to working with ACN and all the Independent Representatives."*

**Donald J. Trump**
Chairman & President, The Trump Organization



ACN was in search of the perfect person to endorse our company…a business person, a highly successful entrepreneur, someone at the top of their game, someone who perhaps was a millionaire, maybe even a billionaire…who we found is even better… announcing ACN and

Donald Trump has agreed to endorse and promote ACN and our vision. He will be featured in a variety of print and video media over the coming months, all designed to help you build your ACN business. He'll speak to important points, edifying ACN – the company and vision. He'll also speak to the importance of teamwork and the value of timing in the marketplace. In addition, Mr. Trump will be speaking at select upcoming ACN International Training Events, allowing you to experience his powerful message firsthand!

During this exciting time, please use the following statement to clarify his endorsement for those in your organization:

Donald Trump has agreed to endorse and promote ACN and our vision. He will be featured in a variety of print and video media over the coming months, all designed to help you build your ACN business. In addition, Mr. Trump will be speaking at select upcoming ACN International Training Events.

It is extremely important that ACN representatives respect the relationship that ACN has established with Mr. Trump:

ACN materials that will be approved for representative use are currently in production.

Everything associated with Donald Trump and ACN is copyright protected.

Representatives are not authorized to use Mr. Trump's name, image, footage, website or any other material in any form at any time.

ACN will not tolerate any violation of this policy. If any representative is witnessed acting in a way that might compromise ACN's relationship with Mr. Trump, ACN should be contacted immediately. Consequences will be severe and may include deactivation.



## U.S. Update

## Digital Phone Service is here!

### It's the next best thing, only it's here, now.



#### Incredible Savings, Numerous Features

For such a low monthly rate, you'll never believe all the features accompanying your ACN Digital Phone Service, including Voice Mail, Caller ID and more!

#### Sign Up Today!

Sign up for ACN Digital Phone Service by visiting www.myacn.com where you can manage your account, view your call log, and order additional services or equipment, such as Video Phones and Soft Phones. Plus, get all the information you need to grow your business with this powerful new product!



#### ACN Digital Phone Service Coverage Expands

With the recent addition of Basic 911, ACN Digital Phone service has expanded its coverage area! Many locations in which service was unavailable during our representative launch in Anaheim are now available. To sign up, visit www.myacn.com and complete the simple online process.

More information on E911 & Basic 911 is available in the Digital Phone section of MyACN for representatives.

## One Company, All Your Communication Needs

### Offer your customers the choice of the service that best suits their needs...

#### ACN Advantage:

This **bundle** gives customers local, long distance and DSL service all together in one bill. This product set is a powerful package that offers **competitive** rates and appeals to customers who do not have broadband service or who want to continue with **traditional phone service.** This is the optimal product for someone who doesn't want to change their type of phone service but wants to take advantage of ACN's competitive pricing and coverage.

#### ACN Wireless:

In mid-2006, ACN will unveil wireless in the U.S., further enriching for customers the current menu of services that ACN has to offer. Given the high number of wireless users, potential customers will already have or be familiar with wireless.

With ACN, you can provide your customer with the service they want, at a price they can afford!

#### ACN Digital Phone Service & Video Phones:

This exciting new service is bound to create excitement as you talk to people. It's a great service for customers who want to realize **significant savings** and have broadband service or the ability to purchase **broadband service**. This product will appeal to customers who want to take advantage of **new technology** and experience call quality that is similar to a wireless phone.



# Complete Solution:

## New Canada Long Distance Plans More Competitive

With the exciting January launch of the new Canada Long Distance plans, ACN offers you a complete communications solution for customers while making it easier to compete in the Canada marketplace. Now, you can attract more residential customers and provide options for customers with higher calling volumes.

The Unlimited Plans allow customers to make endless calls for one low price…and with no network fees! Or, customers may choose from our province-specific plans which provide long distance service for cheap per-call rates that are impossible to beat. Use these plans as stand-alone services or bundled with our local ACN Flex Advantage plan.



### Highlights of the new plans:

#### Two New Unlimited Long Distance Plans

ACN Connect Canada – $19.99
- Unlimited calling anytime within Canada
- $.05 per minute for calls terminating in the U.S.
- No network fees

ACN Connect Complete – $24.50
- Unlimited calling anytime within Canada and the U.S.
- No network fees

#### Province-Specific Plans Offering Great Long Distance Rates

ACN Connect
- No monthly recurring charge
- ACN-2-ACN Free Calling

ACN Connect Value
- Canada – $.039 per minute
- U.S. – $.049 per minute
- Does not include ACN-2-ACN Free Calling

To help you sell these exciting products, ACN has created new LOAs and competitive comparisons that show customers how well the Canada LD plans stand up against similar plans offered by other telephone service providers. Access these resources in the MyACN for Representatives.

## ACN Europe

The first quarter of 2006 is going to be as exciting as roller coaster ride for our European representatives with the introduction of five new services in the coming weeks!

The UK and Denmark will see the introduction of line rental, enabling them to offer a complete end-to-end fixed telephone service to their customers with single billing. Switzerland will be the first European country to offer high-speed Internet services, opening up additional revenue streams as well as paving the way for future services such as VoIP. Netherlands and Denmark are a few weeks away from being able to offer mobile services to their customers. Anticipation is running high with our representatives, so it's hardly surprising that the forthcoming International Convention in Nice, France (Palais Nikaia, March 3-5, 2006) is promising to be our best yet with record pre-registration numbers.

The new year ahead of us promises to be the most action-packed period in ACN history with a new compensation plan to drive momentum even further. Europe is set to break records in 2006 with new countries, products and services further expanding the opportunity for new representatives and adding new revenue streams for our existing ones. So buckle up because this ride is just about to start!



ACN Europe Experiences Exponential Growth!




## ACN Australia

Adjustments to the Australian Compensation Plan give ACN representatives great new opportunities to elevate their business to the next level. Plus, new position qualifications make it easier than ever for Australian representatives to attain the positions of ETT and RVP!

The news is just as great for Australian customers, who can now choose between five mobile rate plans, including two new plans launched in November. Plus, customers now have access to ACN's Mobile Data services, which provide the ability to quickly and wirelessly browse the Internet and send and receive MMS picture messages, photos, videos and emails from their mobiles!



ACN's highly anticipated launch in New Zealand in 2006 has generated amazing buzz with ACN representatives around the world! With the unveiling of long distance service in New Zealand, ACN will now offer exciting, life-changing opportunities in 18 countries! Pre-launch events are set for March in the New Zealand cities of Auckland, Christchurch and Wellington.



# Surround Yourself with Success

There's never been a more exciting time in the life of ACN than right now! With ACN's geographic and product expansion, you have the amazing chance to not only change your own life, but also change the lives of countless others by sharing the ACN Opportunity! ACN's new Read to Succeed program helps you maintain the motivation that's gotten you this far. Read from the industry's best and be your best! And with the debut of the March issue of Success from Home magazine, you can share with everyone you know the powerful vehicle that's allowed you to be your own boss and determine your own potential! Both of these powerful tools are available through MyACN.

## ACN's Read to Succeed Program

You can now purchase sales and motivational materials online from some of the industry's best authors and motivators – all at low ACN prices! The selection includes books, cassette tapes and CDs that were personally selected and recommended by ACN's Co-Founders.

Among the first added to the ACN Bookstore:



Expanded Offering!

- *The 7 Habits of Highly Effective People;* by Stephen Covey
- *How to Win Friends & Influence People;* by Dale Carnegie
- *Think & Grow Rich*, by Napoleon Hill
- *Who Moved My Cheese?*, by Spencer Johnson
- *The Seasons of Life*, by Jim Rohn
- *The Purpose Driven Life*, by Rick Warren

These materials should serve as an awesome source of inspiration that will help you grow as a person and learn effective ways of building your ACN business. The ACN Bookstore will be updated regularly with new titles in a variety of categories. Representatives can access the online bookstore in the Supplies section of MyACN and purchase the books online using a credit card.

What better way to motivate yourself than to listen to educated, motivated speakers? Whatever you select, you will be sure to get the motivation you need for your life and career.



# Success from Home Magazine Featuring ACN

## A Valuable Third-Party Validation Tool!



Never before has so much information been made available in one place. This high quality publication confirms what you've known all along – direct selling is the ultimate way to work from home – and there's no home-based business opportunity better than ACN!

Success from Home has dedicated its March issue to detailing the ACN Opportunity and how it has improved so many lives. The contents include:

- Success stories from ACN's top producers
- Validation of the Direct Selling Industry by best-selling authors and experts, including John Maxwell, Stephen Covey and Suze Orman
- ACN product, training and company information
- ACN's new Presentation DVD! - **not available anywhere else!**

**You'll want to put one in the hands of each of your top prospects!**

If you haven't already ordered your copies, you can place your order in the Supplies section of MyACN or by calling Representative Services at (248) 699-4000.

**And here's a tip:** personalize the magazine with pre-printed labels, which are also available in the Supplies section of MyACN.



# A DIGITAL DEVELOPMENT
## IN ANAHEIM

The excitement at the Anaheim International Training Event was so thick, you could cut it with a knife. Thousands traveled to this beautiful city December 2-4, to experience the official Representative launch of ACN Digital Phone Service as well as receive critical training and hear the awesome opportunities that promise to make 2006 a wild ride.

During the weekend, participants enjoyed powerful and inspiring testimonials from the company's top performers. In addition, many were recognized for success in their ACN business, walking the stage in a thrilling celebration of their hard work.

Anaheim provided the venue for a history-making weekend of announcements in a number of key areas regarding ACN's exciting future:

### ACN Digital Phone Service

ACN is offering the technology people want from a company they can trust. Those in attendance discovered the benefits of selling ACN Digital Phone Service, the fastest growing communications tool that allows you to use your broadband Internet connection to place and receive calls.

The official U.S. Representative launch of ACN Digital Phone Service was an overwhelming success. Plus, Anaheim participants were introduced to the new ACN Video Phones and Soft Phone as well as product features and sales applications. Participants clamored to the ACN demonstration booths to experience it for themselves and be among the first to sign up.

### ACN Wireless Arrives in 2006

Adding to the excitement, those in attendance learned more about ACN's plan to introduce Wireless in mid 2006. With competitive pricing, ACN Wireless will include national coverage with free nights and weekends as well as free ACN mobile-to-mobile calling and more! Stay tuned.

### New Compensation Enhancements

Exciting new compensation enhancements were announced that will help you explode your business! ACN implemented a new point system.

### ACN Advantage Update

New Local Markets – Customer Launch February 20, 2006

- South Carolina
- Massachusetts
- Indiana

### ACN Advantage Redesign

As announced on stage in Anaheim, you can now access new rate sheets for Advantage markets through MyACN Representative Portal. In addition, you will find new LOAs with long distance and local monthly fees now listed separately. And with new competitive comparisons, you can easily relay to customers how well ACN Advantage is positioned against similar plans offered by the incumbent telephone service provider.

### Canadian Update

New Canadian Long Distance Plans launched in January:

Two New Canadian Unlimited Long Distance Plans

ACN Connect Canada – $19.99
- Unlimited calling within Canada
- $.05 per minute for calls terminating in the U.S.

ACN Connect Complete – $24.50
- Unlimited calling within Canada and to the U.S.

Province-Specific Plans Offering Great Long Distance Rates

ACN Connect
- Province-specific pricing
- ACN-2-ACN Free Calling

ACN Connect Value
- Canada – $.039 per minute
- U.S. – $.049 per minute
- No ACN-2-ACN Free Calling

### Anaheim Charity Starlight Starbright Children's Foundation

As is ACN tradition, over the course of the weekend, representatives raised money for a local charity, Starlight Starbright Children's Foundation. Starlight is a non-profit organization dedicated to brightening the lives of seriously-ill children and their families. Working with more than 1,000 hospitals worldwide, Starlight provides a wide variety of in-hospital and outpatient programs and services that educate, entertain and inspire. ACN matched the amount donated by representatives for a total contribution of $28,891.74.





# TOP RVPs, SCs, & TCs - Pre-Registration for Anaheim

## Regional Vice Presidents

1. **Systems, Inc. – Spencer Hunn**
2. MCB Enterprises, Inc. – Mike Bisutti
3. Tim & Jill Herr
4. Choices, Inc. – Debbie & Geoff Davis
5. Jamie Forte
6. SAC Global Founders, LLC – Jeremy Rose, Shawn Herrick, Adrian & Lyndi Eimerl
7. Patrick Maser
*8. Jeff S. Weber
*8. Corey R. Anderson Inc.
10. Team One Love – Kempton Griffiths & Alvin Day



## Team Coordinators

1. **Hurd of Us Partnership – Ronald, Takesha & Quinton Hurd**
2. Dean W. Tarrolly
3. Brandon Westrup
4. Nicole Sinquefield
5. Incredicorp – Steve & Teresa Niumatalolo
*6. Bash Holdings/ Steven Strachan
*6. George Mirzayan
*8. Trevor & Tatum Haugen
*8. MCB Enterprises, Inc. – Mike Bisutti
10. Marlene Brehm

*Ties for 6th and 8th place




# ACN INTERNATIONAL TRAINING EVENT

**June 23-25, 2006 • Detroit, MI • Cobo Conference & Exhibition Center**

**PRE-REG** ➡ **$109.00** ($126* CAD) **– Ends June 7**

**ON-SITE** ➡ **$129.00** ($149* CAD)

Don't miss this opportunity to join thousands of ACN representatives from around the world in ACN's hometown of Detroit, Michigan. Give your career the extra jolt it deserves during an exciting weekend packed with inspirational testimonials, top-notch training, motivational speeches from ACN's Founders and top producers, and celebrations of recognition. Experience how quickly the enthusiasm you take with you can spread through all that you do! No two ACN events are the same – make today the most important day in the life of your business and commit to attending the Detroit event.

**Join ACN's Co-Founders for the Charity Golf Classic!** Details coming soon!

## 4 WAYS TO REGISTER:

1. **REGISTER ONLINE:** www.acninc.com – MyACN
2. **FAX FORM:** 248-489-5883   CANADA:  514-390-2549
   ATTN: Rep Entry (Be sure to check your registration status using MyACN to ensure your registration has been confirmed)
3. **MAIL FORM:** ACN World Headquarters, PO Box 9000, Farmington Hills, MI 48333-9000
4. **CALL REPRESENTATIVE SERVICES:** M-F 9 am - 9 pm ET; US:  248-699-4000;  CANADA:  514-390-8666

Name as it should appear on badge & photo ID (Individuals only - no partnership names)

| Team ID#, S.S.#, Fed. Tax ID#, or Soc. Ins.# | | Name of Upline RVP |
|---|---|---|
| Address | | P.O. Box |
| City | State/Province | Zip/Postal Code |
| Phone | Fax | Email Address |

# PAYMENT INFORMATION

Check is enclosed; number_____
Money order is enclosed; number_____
Paying by: Visa / Mastercard / AMEX / Discover (please complete form below)

I, the undersigned, hereby authorize ACN to charge this credit card for the pre-registration amount.  I acknowledge that I have legal authority to enter into this agreement.  I have carefully read the terms and conditions and by signing this document, I agree to the content thereof.

| Visa, Mastercard, AMEX or Discover Number *(Please double check number for accuracy)* | Expiration Date |
|---|---|
| Name as it appears on credit card (please print) | Total amount being charged on this credit card |
| Signature, | Team ID#, S.S.#, |

☐  Please check here if you require a sign language interpreter.
- There are **NO** refunds, exchanges, cancellations or transfers.
- One form per person. (Members of a partnership **MUST** fax in a separate form for each individual attending.  Name badges cannot be in a business name.)
- If credit card payment is selected, you **MUST** complete credit card information, or representative will have to register at the higher rate of $129 USD, $149* CAD (at the door).
- Please do not include payment for other ACN products or services with the pre-registration fee.
- Faxed copies of checks are **NOT** acceptable forms of payment.

*DUE TO THE CURRENCY FLUCTUATIONS IN CANADA, PRICES MAY VARY.

# ACN'S NEWEST



## Deven Davis

Deven and wife Kim were at the lowest points of their lives when they were introduced to ACN. A failed business had put them into heavy debt. The Utah couple was so financially strapped that they were living in a relative's basement to avoid bankruptcy. But hearing the ACN Opportunity gave the couple renewed hope.

When Deven saw how ACN made dreams come true, he asked a few questions and signed a Representative Agreement on the spot. The hard work of Deven and Kim Davis paid off as they climbed out of debt and established a solid ACN business. Their success culminated in Anaheim where they were promoted to Regional Vice Presidents.

"What I saw in ACN was a chance to be a champion," Deven told the Anaheim crowd. "I looked at the kids, and I thought, 'They need to have the life that they deserve, and this is the vehicle.'"

Deven said he found no magic formula for success. But he discovered many common traits shared by ACN's top leaders – a long-term commitment, strong work ethic and 100 percent coachability to the ACN system.

*"I believe that people often overestimate what they can do in one to two years and grossly underestimate what they can accomplish in three to five. Make that long term commitment. Believe in the 'you' that can emerge five years from now and work everyday to make that person a reality."*

Regional Vice President, Deven Davis



## Bobby Jo and Kerm Jackson

Bobby Jo and Kerm Jackson proved early in their lives that hard work and determination would bring success. The Utah couple just didn't like the kinds of returns they were getting for their efforts.

After starting her own medical transcription company, Bobby Jo found little free time to take care of her family. And Kerm's expertise as a mechanical engineer meant long hours and an exhausting commute.

When they heard about the ACN Opportunity, they signed up immediately. With ACN, it took Bobby Jo just eight short months to walk away from what she had done for 20 years. And Kerm's hard work allowed him to rely on residual income from ACN when he was laid off from his job.

They worked hard and realized their dream, riding it all the way to Anaheim to be recognized as ACN's newest Regional Vice Presidents. On stage, Bobby Jo thanked her team and said she believed her faith played a role in her success at ACN.

*"The only way not to succeed is to quit. Don't quit!"*

Regional Vice Presidents, Bobby Jo and Kerm Jackson

# REGIONAL VICE PRESIDENTS

## Keith and Crystal McMullin



Running a struggling day care center and working for a faltering Internet business were already enough to try the spirit of Keith and Crystal McMullin. But the Utah couple's biggest heartbreaker was watching their son nearly die in a car accident. They quickly began to question their priorities.

"The thing that got me was I had to fight to keep my job while I was fighting to save my son's life. That's because my job was not forgiving. And that is not worth it," Keith said.

When someone introduced them to ACN, they fell in love with the possibility of more freedom and residual income. They signed up immediately. And with persistence and patience, Keith and Crystal rose through the ranks while building a solid business.

In December, they were promoted to Regional Vice Presidents during the Anaheim International Training Event. On stage, the couple said ACN has given them a better life and new friends.

"I love this company because it's given me everything that I've ever wanted and that is just to be with my family and friends and be involved with amazing people," Crystal said.

Keith added, "This business is absolutely amazing. It has given me back time that I didn't have with my son and my wife. And the greatest thing about this is I am watching people on our team succeed, and that means more to me than anything else."

*"I love this company because it's given me everything that I've ever wanted and that is just to be with my family and friends and be involved with amazing people."*

Regional Vice Presidents
Keith and Crystal McMullin

## Danny Bae

Danny Bae is proof that anyone with determination can be successful with ACN. The Las Vegas resident came to the United States in 1997 and spoke very little English. He became known to many as the "hello man."

But this Korean native had a strong will to learn the language and make a life in America.  A few years after studying at UNLV, Danny was introduced to network marketing. He found nothing but disappointment until he was introduced to ACN. He didn't understand much, but he saw the numbers. And they made sense.

Danny memorized the ACN presentation and delivered it frequently. His system worked so well, he rose through the ranks and was promoted to Regional Vice President during the International Training Event in Anaheim.



*"If I could give everyone in this room advice, it's believing in yourself.  It's been an incredible past few years of my life and I just cannot wait to see what's going to happen next."*

Regional Vice President, Danny Bae

recognition • 4th quarter

# TEAM CAB REWARDS

The following representatives have taken advantage of ACN's T-CAB Promotion during the fourth quarter of 2005

4182669 Canada, Inc.
9090-1646 Quebec, Inc. -
    Simon Abboud
9135-0827 Quebec, Inc. -
    Maxime Butera
Ryan Abalos
Kimberly R. Adams
James Adlam
Juan C. Aguayo
Sajjad Ahmad
Suzie Ahn
Barry Alexander
Abdiel E. Ali
American Telecom Consultants
    Corporation
Michael Sejun An
Nicole M. Andersch
J. D. Asensio
Rhonda Auguste
Robert Aumann
Michael Azzariti
Sajili D. Bacallo
Mattew J. Backert
Danny Bae
Sandra P. Barber-Moore
Deborah Barker
Rasheen L. Barkley-Lawrence
Agnes Bartusek
Bash Holdings -
    Steven Strachan
Marie-Eve Begin
David Bell
Robert Benigno
Johanne Berard
Paul Beyl
Athena Boman
Marquis A. Bond
Kellie Bradt
Blessyl Ann M. Bravo
Swannie Bray

Mary B. Brooksbank
Heber M. Brown
Scott R. Bruce
Bryan S. Burrell
Rebecca M. Bursell
Aaron Burt
Susana Bustillo
Oliver W. Byington III
Kelly Bystrom
Shawn Caesar
Tommy R. Calvert
Isaiah P. Castilleja
Kelly M. Cervantes
Alex K. Cho
Robert Cho
Andrew W. Choe
Angela Gahyun Choi
Michelle M. Clinger
Vicky Cloutier
Angie Coats
Arsha M. Contreras
Chris & Mary Contreras
Jeff & Courtney Cooper
Evelyne Cossette
Leslie A. Craig
David Craig
CRB Telecom
Noel C. Dalton
Anna A. Davila
Jerome Davis
Deven R. Davis
Death Star
Terry L. Deeble
Yosanni M. Delacruz
Michael DeMaria
Latisha Demille
Chris Desypris Sr.
Christopher Djurovski
Andre L. Dodd
Andree P. Donnell

Charles Dorris
Francois Dorris
Simone Douglas
Catherine Dowrey
Eric Dumont
Dynasty Marketing, Inc. -
    Nekoda Bragg & Maggie
    Holmes
Don L. Edwards
Simon Edwards
John N. Egwuonwu
Michael G. Eidem
Emond Et Associe's -
    Michel Emond & Dany Vachon
Jose Escarcega
Stephen A. Espinoza
Aurelio S. Evans
Bengie Evans
Jeremy A. Evans
Timothy Evans
Andy Fagan
Damien Feuerborn
Peter Foltz
Mathieu Fontaine
Schyler Frost
Carl Gagne
Marcos J. Garcia
Charles D. Gardner
Jolaine Garner
Allyson Gideon
William W. Gideon Jr.
Dwight F. Giesmann
Michel Girard
Jason Glasmann
Ulysses N. Gonzales
Marco Goulet
Jeffrey L. Grady
Amanda B. Gray
Gabriel Gray
Stacy L. Green

Vera Greenstein
Zach J. Gregersen
Vincent Grenier
Gaetan Grimard
Pierre Grondin
Ruben A. Gutierrez
Tammy Hackett
Marjorie Hall
Kalyn M. Hamblin
Randy L. Harden
Jared R. Harris
Trevor & Tatum Haugen
Becky J. & Harold M. Haugen
Ashford Heeralal
Josh Hegard
Debby Hendrickson
Tim & Jill Herr
Marvin Hite
Nam-Hai Hoang
Christina S. Hong
James Hsu
Matt Huff
Hurd Of Us Partnership - Ronald,
    Takesha & Quinton Hurd
Incredicorp - Steve & Teresa
    Niumatalolo
Kamila & Kurt Jackson
Ronald Jefferson
Brandonn J. Jewell
Francis Jobin
Toni Johns
Lakisha A. Johnson
Erik Johnson
Caleb A Jones
Jamie Juliano
Anthony L Key
Dong-Hyun William Kim
Tae J. Kim
Wesley J. Kim
Dennis Kong
Domo Kovacevic
Jaklyn A. Kraft
Mary E. LaForet
Carlo Lammare
Mathieu LaMontagne
Joshua W. Landis
Robin LaPointe
Jonathan LaRoche
Ernest Lattimer
Launchpad Ventures, LLC -
    Clayton & Heather Tycksen
Richard M. Laurente
Joan Lawson
Michael Lawson
Desiree Ledezma
Andrew Lee
Bonita A. Lee
Richard Lee
Daniel L. Lehrner
Life, LLC - Jamila Steele
Richard Y. Lim
Christie Lim
Regan S. Lim
Yeon H. Lim
Jacson Long
Ibeeth Lopez
Charles Lowe
Joshua Ludington
Gabriel A. Lullo
Jonathan E. Macias
Andres Marin
Felipe Martinez
Monica Maser
Patrick Maser
Eric Maura

Daniel L. Mayfield
Thomas J. McElrath
Jennifer M. McElwain
Miller L. McMillen
Brandon D. Meredith
Jeffrey L. Merkley
Enrique Miller
Hersey Mitchell
Aaron K. Moering
Paula T. Molnau
Louis Mongrain
John Moschetti
Andy Munoz
Murphy II
Jeffery Murphy
Leslie Murrell
Daniel Nadeau
Marcia & Craig Neff
Joshua D. Nelson
Yuhang Ng
Mike Nkwocha
Rob Northington & Gayle Tondro
Amel M. Odom
Jinette Olmeda
Angel Olvera
Brandon C. Otte
Patricia Overton
Sung Pak
Joeseph R. Perez
Jean-Michel Perron
Courtney Petrie
Chanthou Pev
Nolan Pillay
David W. Poeschl
Devin M. Polk
Amity C. Pope
Sheila Pope
Gerald R. Potter
Orion A. Poulin
Bryan A. Puglio
Christina M. Puglio
Nathan D. Pugmire
Daniel P. Rascon
Tauseef Rashidi
Sarai M. Rayo
Red Apple Marketing Partners,
    Inc.- Teresa Moir &
    Peter Sallaway
Claudia R. Respicio
Wagner Rich
Steven Riswick
Nathaniel Roc
Oscar Rodriguez Jr.
Claudia Rodriguez
Michael Rosenbaum
SAC Global Founders, LLC -
    Jeremy Rose, Shawn Herrick,
    Adrian & Lyndi Eimerl
Krystal Salas
Diane Sancartier

**New Team-CABs Coming March 1st!**



are you ready for wireless?

we are!

coming soon

ACN Wireless

4 t h  q u a r t e r  -  r e c o g n i t i o n

# ETT IN 30 DAYS

The following representatives qualified for the ETT position within their first 30 days during the fourth quarter of 2005

Moises Sanchez
William D. Sanchez
Patrice Scalabrini
Kathryn Schafer
Brian K. Scheele
Jade P. Schenk
Trina E. Schoenle
Samuel Schuder
Rod Scott
Sean Wycliffe, LLC
Search Solutions, LLC
Martin C. Seludo
Randi K. Shannon
Leland C. Simmons
Amar Singh
Kelly Nicole Sinquefield
Antwone Smith
Derek Smoot
Shadiah Soliman
Andre Sparks
Rod D. Spikes
Dustin Staff
Sharrol A. Stevens
Jeffrey R. Stoltenberg
Denis St-Onge
Owen B. Story
Anna L. Stowe
Jeffrey J. Street
Systems, Inc. - Spencer Hunn
Mark Taber
Mark A. Takacs
Miguel Tapia
Dean W. Tarrolly
John W. Tayles
Telvar Marketing, Inc.
Titan Global, LLC -
    Matt & Lisa Rasmussen
Gayle Tondro
Leonard L. Trojan
Bradley Trzecieski
Simon Turcotte & Jonathan Deziel
Jason Uhrin
Rommel & Carol Upshur
Stephan J. Valle
Travis Vander Loop
Anthony J. Vann
James H. Vaughn
Darin L. Vaughner
Nikki D. Vogel
Lam Vong
Cory Washko
Edward E. Weary
Brandon Westrup
Amy Whitston
Kristopher L. Williams
Derrick Williams
Johnnie B. Williams
Randy K. Williams
Renea Williams
Trinae M. Williams
Dari Wininger
Karen L. Wren
Ryan Wycliffe
Antonio Zayas
Bradley Zirnhelt
Jennifer Zuffinetti

## OCTOBER 2005

4182669 Canada, Inc. (Quebec)
Abdiel E. Ali (California)
Jeremy S. Allen (Washington)
Nicole M. Andersch (New Jersey)
John E. Baer (Pennsylvania)
Gary Bell (Maryland)
Marquis A. Bond (California)
Susana Bustillo (California)
Clara Castro (Florida)
Angela Gahyun Choi (California)
Matthew C. Clomera (California)
Todd V. Colston (Maryland)
Guillaume Couture (Quebec)
Sylvain Dalpe (Quebec)
Cole M. Darrington (Idaho)
Kim Davis (California)
Jeremy L. Deeble (Idaho)
Dominic G. Del Duca (California)
Gina Desgagne (Quebec)
Shaashawn S. Dial (Pennsylvania)
Jason & Jessica Diego (California)
Robert Djurovski (Michigan)
Julian P. Doan (California)
Andree P. Donnell (California)
Charles Dorris (Quebec)
Eric Dumont (Quebec)
Roy L. Eaddy (Pennsylvania)
Kyle F. Ellis (Utah)
Karen L. Elzy (California)
Bengie Evans (Georgia)
Jaclyn M. Fiorie (New York)
Karen L. Foster (Pennsylvania)
Christine Gauthier (Quebec)
Rose M. Gordon (Pennsylvania)
Amanda B. Gray (Idaho)
Gary V. Hagler (Idaho)

Karla J. Hagler (Idaho)
Kalyn M. Hamblin (Idaho)
Steven R. Hauer (California)
Pedro J. Hernandez (New York)
Tham Hua (California)
Daniel R. Hunting (Idaho)
John Inferrera (New York)
Steven S. Jones (California)
Jamie Juliano (Idaho)
Frank M. Juliano Jr. (Idaho)
Amy E. Kidd (Pennsylvania)
Hyung S. Kim (California)
Arman Kucukkoseoglu (California)
Francesca Penny Kyne Lavoie (Quebec)
Monia LaChance (Quebec)
Carole LaChapelle (Quebec)
Yves LaMothe (Quebec)
Pauline Langlois (Quebec)
Michel Francois LaRocque (Quebec)
Ernest Lattimer (Maryland)
Richard Y. Lim (California)
James S. Lopez (California)
Sharon L. Lopez (New Jersey)
Jonathan E. Macias (California)
Janna M. Magnuson (Connecticut)
Maria C. Majano (Maryland)
Ausencio J. Mayorga (Nevada)
Douglas McAllister (Idaho)
Ricky R. McCardell (New York)
Takiya S. McClain (Pennsylvania)
Thomas J. McElrath (Pennsylvania)
Erwin Mendoza (California)
Diana Berumen Mendoza (California)
Latreece M. Miller (New York)
Bonnie Mulholland (California)
Tawanda Neal (Pennsylvania)
Brittney C. Nicholas (Pennsylvania)
Jinette Olmeda (Pennsylvania)
Dat B. Phan (California)
Yolaine Rioux (Quebec)
Beti Ristoski (Michigan)
Steven Riswick (Ontario)
Esmeralda Rodriguez (California)
John J. Rodriguez Jr. (California)
Ray A. Rosen (Idaho)
Pauline Roy (Quebec)
Jolie Rufrano (Florida)
Ileana Ruperti Jr. (New York)
Brian K. Scheele (Texas)
Andrew D. Simms (California)
Amar Singh (Ontario)
Tabatha L. Spagnoletti (Pennsylvania)
Antonette K. Spencer (Pennsylvania)
Denis St-Onge (Quebec)
FlorenceStubina (Quebec)

Marilou Tavio (Quebec)
Arthur Toch (Minnesota)
Mayra P. Trujillo (New Mexico)
Damon Umscheid (Alberta)
Marty G. Vandenburg (New York)
James H. Vaughn (Georgia)
Annick Vezina (Quebec)
Tim Walz (Maryland)
Mae N. Weary (Pennsylvania)
Priya A. Yonagie (New York)
Ailun Zheng (California)

## NOVEMBER 2005

Lukki Adams (Pennsylvania)
Jay L. Alldredge (Utah)
Vickie D. Allen (Idaho)
Alberto Arellano (California)
Jaime Arrequin (California)
Ismael M. Barrios (California)
Jose A. Basulto (Florida)
Zoila Basulto II (Florida)
Francis Beaulieu (Quebec)
Marie-Josee Bergeron (Quebec)
Diane N. Berte (Pennsylvania)
Paul Beyl (California)
Johanne Bilodeau (Quebec)
Marie L. Bodily (Utah)
Rob F. Boyko (Ontario)
Shawn Caesar (New York)
Benoit Campeau (Quebec)
Benjamim J. Cano (Idaho)
David Chamberland (Quebec)
Angelic B. Church (New Jersey)
Jeff R. Coats (Idaho)
Christopher J. Comer (Utah)
Michel Cyr (Quebec)
Ronald C. Darrington (Idaho)
Sheena D. Davila (Pennsylvania)
Maria De Jesus Barrios (California)
Brianna C. Domanico (Nevada)
Carmen Dupont (Quebec)
Nate A. Felker (Colorado)
Marcos Fonseca (California)
Mathieu Fontaine (Quebec)
Michael Gagne (Quebec)
Yves Gagnon (Quebec)
Katrina A. Galla (New York)
Lorena Gonzales (California)
Alberta Gore (Tennessee)
Daisy L. Gray (Tennessee)
Camille M. Gregersen (Idaho)

continued on next page

> All our dreams can come true—if we have the courage to pursue them.
>
> -Donald Trump

recognition · 4th quarter

# ETT IN 30 DAYS

The following representatives qualified for the ETT position within their first 30 days during the fourth quarter of 2005

continued from previous page

Josiane Guillemette (Quebec)
Mike L. Hamblin (Idaho)
Charlie B. Hampton (California)
Joan J. Han (California)
Ramy Hefnawy (California)
Sean G. Hennigar (Pennsylvania)
Nam-Hai Hoang (Quebec)
Shareef Holly (California)
Mary E. Horbachewski (New York)
Shanta M. Howard (Pennsylvania)
Shafqut Hussain (Quebec)
Juan Icabalzeta (Georgia)
Jeffery T. Jansson (Idaho)
Teresita Jarquin (Georgia)
Terri C. Johnson (Texas)
Aalok K. Joshi (Pennsylvania)
Philip Kang (California)
Sung M. Kang (California)
Tae W. Kim (California)
Dennis Kong (California)
Solon Kontis (Quebec)
Robin LaPointe (Quebec)
Gilles LaRocque (Quebec)
Lynn Leach (Ontario)
Ed Lemus (Texas)
Raphael J. Lumpkin (California)
Eva Lyons (New York)
Mark Malatesta (New Jersey)
Amber Mann-Miller (Utah)
Charles T. McElrath (Pennsylvania)
Niels B. Meissner (Colorado)
Martha Molina (Georgia)
Christopher Monroe (North Carolina)
Jung H. Moon (California)
Oscar A. Morales (California)
Angie Nguyen (California)
Melissa O'Donnell (Pennsylvania)
Glenn M. Olexa (Ontario)
Peter Oppel (Quebec)
Mike Pae (California)
Tran N. Paula (California)
Joeseph R. Perez (New Jersey)
Frances Perry (Utah)
Robert A. Polk (Maryland)
Orion A. Poulin (California)
Marcos S. Ramirez (Nevada)
Janette S. Rempe (Nevada)
Lisa Sofia Restrepo Avalos (Maryland)
Anthony Richard (Quebec)
Sergio Rodriquez (California)
Andrea C. Ruiz (California)
William D. Sanchez (California)

Patrice Scalabrini (Quebec)
Michael Sideris (Ontario)
Lynn M. Simms (Maryland)
Travis J. Simon (California)
Thin T. Soe (California)
Rachelle H. Solesbee (California)
Dhamir R. Steward (New Jersey)
Eugenia Stovall (Massachusetts)
Anna L. Stowe (Idaho)
Kent J. Stowe (Idaho)
Jeffrey J. Street (Rhode Island)
Gopal Sukhraj (New York)
Fabio Taveras (New York)
David M. Taylor (California)
Frederick L. Thomas Jr. (Pennsylvania)
Yves Turgeon (Quebec)
Gerald E. Vargas (California)
Ceasar D. Vazquez (California)
Mark Vogel (California)
Nikki D. Vogel (California)
Trinae M. Williams (Maryland)
Joy A. Williams-Hewitt (Ontario)
Jeffrey Yakaski (Pennsylvania)
Mazen Youssef (California)
Don & Lisa Zazula (Ontario)
Joel Zendejas (California)
Feiyue Zhu (Quebec)

## DECEMBER 2005

Rebecca C. Ahn (California)
Jodi Algeri (New Jersey)
Zachary S. Allen (Washington)
Aaron M. Alquisola (California)
Henry Alvarez (Utah)
Edward J. An Sr. (California)
Chad D. Anable (Ohio)
Aaron G. Babcock (Minnesota)
William L. Bardwell (Minnesota)
Glenn P. Barrow (Texas)
Jose A. Basulto (Florida)
Brian E. Beaton (California)
Bruce T. Becker (New York)
Nancy L. Benedict (Maryland)
Kathy Berube (Quebec)
Mark A. Bodary (New Jersey)
Frederic Boily (Quebec)
Mark Botsford (Florida)
Joy B. Brashears (California)
Lisa Brownwell (New York)
Jose & Isaac Carranza (California)
David Chance (Maryland)
Lok P. Chhantyal (Pennsylvania)

Man Chhantyal (Pennsylvania)
Yung Chia (New Jersey)
Danny Choe (California)
Kathleen A. Chong-Lee (California)
Tondeleyo L. Claybrook (Pennsylvania)
Randy H. Cohen (Pennsylvania)
CRB Telecom (Quebec)
Cross Temple Holiness Cogic
    (Tennessee)
Gary L. Crum (Colorado)
Jeremiah Curvers (Quebec)
Ryan N. Darrington (Idaho)
Sheena D. Davila (Pennsylvania)
Diane R. Demers (Quebec)
John P. DiFolco (New Jersey)
Andrew G. Fish (New York)
Marcos Fonseca (California)
Justin M. Goode (Maryland)
Johnnie L. Grimes (Massachusetts)
Thurman L. Hargrove (Virginia)
Jeromy A. Hasbun (New York)
Margaret K. Heaven (New York)
Sean G. Hennigar (Pennsylvania)
Kim T. Huynh (California)
Pamela J. Izatt (Utah)
Jarrod L Jcobus (California)
Evangeline A. Jennings (Pennsylvania)
Claudia Jimenez (California)
Evan W. Karcie (California)
Samuel Kim (California)
Christopher J. Kirlin (Pennsylvania)
Denise Knight (California)
Alain Lemieux (Quebec)
Wei Ting Lin (California)
Franco Lofranco (Ontario)
Manuel Lopez Jr. (Idaho)
John C. Lynch (Colorado)
Mark Malatesta (New Jersey)
Olivier Marceau (Quebec)
Paula Marcelino (Ontario)
Zachary W. Mathers (Idaho)
Manuel Mathew (Virginia)
Thomas J. McElrath (Pennsylvania)
Kelsey M. McLeod (California)
Michael J. Merisier (Florida)
Martha Molina (Georgia)
Alexandre Montminy (Quebec)
Krystian E. Mora (California)
Jose A. Moreno (California)
Charlotte Myers (Idaho)
Daniel M. Ostrowski (New York)
Mike Pae (California)
Carmen Pagan (Pennsylvania)
Marc Andre Paquet (Quebec)

Oliver C. Patric (California)
Frederic Perron (Quebec)
Robert F. Presner (Pennsylvania)
Paula L. Richie (California)
Melissa A. Rivera (California)
Lorie Rose (Ontario)
Parag Shah (New Jersey)
Omar A. Shaheed (California)
Rae L. Shotwell (Idaho)
Ilene D. Sinclair (Florida)
Jeanette S. Sirkin (California)
Jeffrey J. Soboleski (California)
Steven S. Stanley (Idaho)
Marv Stanton (California)
Brian I. Steward (Ohio)
Gregg R. Stowe (Idaho)
Shannon P. Stowe (Idaho)
Sum Corporation Of Hawaii (Hawaii)
Daniel B. Taylor (California)
Gina Toro (Idaho)
Kristi L. Toste (California)
Chau M. Tran (California)
Eric M. Valencia (California)
Lindsy M. Vanhoosen (Idaho)
Onecimo E. Velazquez (Georgia)
Luis F. Villegas (California)
Kwana L. Walker (New Jersey)
Shayla M. Warnock (Oregon)
Kade C. West (Idaho)
Adriene L. Williams (California)
Dari Wininger (Utah)
Eric Winkelmann (Ontario)
Corey A. Yerdon (New York)
Mazen Youssef (California)



# TC on the Move
## Robert Cho

Robert Cho and his parents immigrated to the United States from South Korea in search of the American dream. ACN helped him find it.

While sweating 60-hour weeks at his parent's fast-food restaurant, his friends introduced him to the ACN Opportunity. Robert had no network marketing experience or any kind of business background, but his determination to learn the ACN system led to instant success and ultimately a solid organization.

Robert appreciated the positive environment with ACN and the concept of working as a team. It was unlike anything he heard about in "normal corporate America." It was different.

"When I first saw the business, I thought it was the best opportunity to achieve my American dream," he said. "ACN gave me an equal opportunity. If you do the work, you get paid."

Working with ACN even improved his English, Robert said. It also made him grow as a person, giving him more business sense and providing a different perspective on life.

His advice to others? Go to ACN's International Training events and follow the proven system that ACN built.

"As long as people don't give up and they try hard, they can make it happen," he said.

> His advice for others... *"Go to ACN's International Training events and follow the proven system that ACN built. "As long as people don't give up and they try hard, they can make it happen."*

## NEWLY QUALIFIED TCs

| october | november | december |
|---|---|---|
| Brian D. McIntosh (Virginia) | Michael Albers (Nevada) | Beaumont Networks, Inc. (Nevada) |
| Cory Washko (California) | Robert Cho (California) | Jenifer Byington (California) |
| Derrick Williams (Pennsylvania) | Felipe Martinez (California) | Dong-Hyun William Kim (California) |
| | Samuel Schuder (California) | Domo Kovacevic (Ontario) |



# ETT on the Move
## Jeffrey Street

Year after year, Jeffrey rejected the ACN Opportunity presented by one of his friends. Instead of spending a small amount to start an ACN business, he risked $50,000 to start a cell phone business.

At home one day, Jeffrey zeroed in on a quote hanging on his wall: "The day that you know that you've made it is when you can't go to sleep because reality is better than your dreams." He suddenly realized how far off his intended path he had fallen. The same day, Jeffrey's ACN friend returned with a new red convertible and a picture of a Video Phone. This time, Jeffrey said yes.

"I thought I was too busy to do it because I didn't understand how powerful a system there was in place for me to plug into," he said. "I have never had the level of commitment and support from anyone that I have ever worked with."

Jeffrey found great reward with ACN, earning a sizable commission check that convinced him the sky was the limit. Success became a numbers game. It didn't matter whether someone said yes or no. The more people he showed the opportunity to, the more representatives he had on his team.

"I look for quality, not quantity. Quality business partners will lead you to enormous quantities of business partners automatically," he said.

Jeffrey still regrets not saying yes to the ACN Opportunity the first time.

"It took me five years to see this opportunity. If I had taken this seriously the first time I saw it, I would be financially independent today," he said.

> His advice for others... *"I look for quality, not quantity. Quality business partners will lead you to enormous quantities of business partners automatically."*

# TOP 5
### team trainers

SCs & RVPs qualify for this category based on

**Top 25 positions are pictured:**


1. Danny Bae
Nevada


2. Simon Turcotte and Jonathan Deziel
Quebec


*3. Brandon Westrup
California


7. Ulysses N. Gonzales
Nevada


8. Michael Sejun An
California


10. Francis Jobin
Quebec


*11. Damien Feuerborn
California


14. Titan Global, LLC
Matt & Lisa Rasmussen
California


*19. Dynasty Marketing, Inc. -
Nekoda Bragg & Maggie Holmes
California


*19. Red Apple Marketing
Partners, Inc. -
Teresa Mair & Peter Sallaway
Quebec



*23. SAC Global Founders, LLC - Jeremy Rose, Shawn Herrick, Adrian & Lyndi Eimerl
California

**Positions 26-50:**

| | | | |
|---|---|---|---|
| 26. | Death Star (California) | 40. | Bryan A. Puglio (Pennsylvania) |
| *27. | Tim & Jill Herr (California) | *41. | Marlene Brehm (California) |
| *27. | Jason Uhrin (California) | *41. | 9135-0827 Quebec, Inc. - Maxime Butera (Quebec) |
| 29. | Kelly Bystrom (Minnesota) | *43. | James Adlam (Maryland) |
| 30. | Debby Hendrickson (Oregon) | *43. | Sung Pak (California) |
| *31. | Life, LLC - Jamila Steele (Pennsylvania) | *43. | Mathieu Lamontagne (Quebec) |
| *31. | Incredicorp - Steve & Teresa Niumatalolo (Utah) | *46. | Bash Holdings - Steven Strachan (California) |
| *33. | Joshua Ludington (California) | *46. | Megan H. Williams (California) |
| *33. | Gabriel A. Lullo (New York) | *48. | Team One Love - Kempton Griffiths & Alvin Day (New York) |
| 35. | Dean W. Tarrolly (California) | *48. | Robert Cho (California) |
| *36. | Efrain Tejada (California) | 50. | Lam Vong (Ontario) |
| *36. | Angel Olvera (California) | | |
| *38. | MCB Enterprises, Inc. - Mike Bisutti (California) | | |
| *38. | Amy Whitston (Colorado) | | |

*Two representatives tied for 17th, 19th, 27th, 31st, 33rd, 36th, 38th , 41st, 46th & 48th positions
*Three representatives tied for 21th and 43rd positions

# 0  T C s
**r  p r o d u c t i o n**

Team Trainer production in their TC open-line

   

*3. Hurd Of Us Partnership - Ronald Hurd, Quinton and Takesha Hurd
Massachusetts

5. Andre Maronian
New York

  

16. Felipe Martinez
California

*17. Emond Et Associe's-
Michel Emond & Dany Vachon - Quebec

*17. Stepnen J. Valle
California

 

24. Matt Huff
Idaho

25. 9090-1646 Quebec,
Inc. - Simon Abboud
Quebec

**Not pictured:**

6. Monica Maser (Pennsylvania)
9. Jade P. Schenk (Idaho)
*11. Trevor and Tatum Haugen (Utah)
13. Michael Rosenbaum (California)
15. Cory Washko (California)
*21. Sean Wycliffe, LLC (California)
*21. J.D. Asensio (Ontario)

## top 10
## team coordinators –
## team trainer production

### october

1. Simon Turcotte & Jonathan Deziel (Quebec)
2. Brandon Westrup (California)
3. Michael Sejun An (California)
4. Trevor & Tatum Haugen (Utah)
5. Danny Bae (Nevada)
6. Jade P. Schenk (Idaho)
7. Hurd Of Us Partnership - Ronald, Takesha & Quinton Hurd (Massachusetts)
*8. Damien Feuerborn (California)
*8. Ulysses N. Gonzales (Nevada)
*10. SAC Global Founders, LLC - Jeremy Rose, Shawn Herrick, Adrian & Lyndi Eimerl (California)
*10. Michael Rosenbaum (California)
*Two representatives tied for 8th & 10th

### november

1. Andre Maronian (New York)
2. Simon Turcotte & Jonathan Deziel (Quebec)
3. Titan Global, LLC - Matt & Lisa Rasmussen (California)
4. Cory Washko (California)
5. Francis Jobin (Quebec)
6. Damien Feuerborn (California)
*7. Monica Maser (Pennsylvania)
*7. Michael Sejun An (California)
9. Dynasty Marketing, Inc. - Nekoda Bragg & Maggie Holmes (California)
*10. J. D. Asensio (Ontario)
*10. Red Apple Marketing Partners, Inc. - Teresa Moir & Peter Sallaway (British Columbia)
*Two representatives tied for 7th & 10th

### december

1. Danny Bae (Nevada)
2. Hurd Of Us Partnership - Ronald, Takesha & Quinton Hurd (Massachusetts)
3. Simon Turcotte & Jonathan Deziel (Quebec)
4. Monica Maser (Pennsylvania)
5. Brandon Westrup (California)
6. Felipe Martinez (California)
7. Andre Maronian (New York)
*8. Robert Cho (California)
*8. Matt Huff (Idaho)
10. Debby Hendrickson (Oregon)
*Two representatives tied for 8th

# T O P 5
## customer

RVPs qualify for this category based on c

**Top 25 positions are pictured:**


1. Simon Turcotte &
Jonathan Deziel
Quebec


2. Danny Bae
Nevada




4. Hurd Of Us Partnership - Ronald, Quinton & Takesha Hurd
Massachusetts


*8. Dynasty Marketing, Inc.
- Nekoda Bragg & Maggie
Holmes,  California


*8. Emond Et Associe's- Michel Emond & Dany Vachon
Quebec


12. Brandon Westrup
California


13. Life, LLC -
Jamila Steele
Pennsylvania


18. Dean W. Tarrolly
California


19. 9135-0827 Quebec,
Inc. - Maxime Butera
Quebec


21. Francis Jobin
Quebec


23. Carlos Rey and Andy McWilliams
Florida

**Positions 26-50:**

| | |
|---|---|
| 26.  Incredicorp - Steve & Teresa Niumatalolo (Utah) | 39.  Bash Holdings - Steven Strachan (California) |
| 27.  Leslie Murrell (Pennsylvania) | 40.  9090-1646 Quebec, Inc. - Simon Abboud (Quebec) |
| 28.  Matt Huff (Idaho) | 41.  Jean-Michel Perron (Quebec) |
| 29.  James Adlam (Maryland) | 42.  Chris & Mary Contreras (California) |
| 30.  Amy Whitston (Colorado) | 43.  Stephan J. Valle (California) |
| 31.  Rebecca M. Bursell (California) | 44.  Jason Uhrin (California) |
| 32.  Andre Maronian (New York) | 45.  George Mirzayan (California) |
| 33.  Angela Valentine (Pennsylvania) | 46.  Death Star (California) |
| 34.  MCB Enterprises, Inc. - Mike Bisutti (California) | 47.  Debby Hendrickson (Oregon) |
| 35.  Bryan A. Puglio (Pennsylvania) | 48.  Angel Olvera (California) |
| 36.  Next World Development, Inc. - Byron Nelson (California) | 49.  Karen L. Wren (California) |
| 37.  Cory Washko (California) | 50.  Maurice P. Burnside (Ontario) |
| 38.  Titan Global, LLC - Matt & Lisa Rasmussen (California) | |

*Three representatives tied for 8th

4th quarter - recognition

# 0 TCs
## production

customer production in their TC open-line


5. Damien Feuerborn
California


6. Ulysses N. Gonzales
Nevada


7. Michael Sejun An*
California


14. Patrick Maser
Pennsylvania


15. Tim and Jill Herr
California


17. Felipe Martinez
California







24. SAC Global Founders, LLC- Jeremy Rose, Shawn Herrick, Adrien &Lyndi Elmerl
California

**Not pictured:**

3.    Jade P. Schenk (Idaho)
*8.   Monica Maser (Pennsylvanio)
11.   J.D. Asensio (Ontario)
16.   Sean Wycliffe, LLC (California)
20.   Michael Rosenbaum (California)
22..  Timothy Evans (Illinois)
25.   Trevor and Tatum Haugen (Utah)

## top 10
## team coordinators –
## customer production

### october

1    Simon Turcotte & Jonathan Deziel
     (Quebec)
2    Damien Feuerborn (California)
3    Sean Wycliffe, LLC (California)
4    Ulysses N. Gonzales (Nevada)
5    Michael Sejun An (California)
6    Hurd Of Us Partnership - Ronald,
     Takesha & Quinton Hurd
     (Massachusetts)
7    Dynasty Marketing, Inc. - Nekoda Bragg
     & Maggie Holmes (California)
8    Rebecca M. Bursell (California)
9    Carlos Rey and Andy McWilliams (Florida)
10   Jade P. Schenk (Idaho)

### november

1    Jade P. Schenk (Idaho)
2    Simon Turcotte & Jonathan Deziel
     (Quebec)
3    Danny Bae (Nevada)
4    J. D. Asensio (Ontario)
5    Michael Sejun An (California)
6    Hurd Of Us Partnership - Ronald,
     Takesha & Quinton Hurd
     (Massachusetts)
7    Angela Valentine (Pennsylvania)
8    Emond Et Associe's - Michel Emond &
     Dany Vachon (Quebec)
9    Patrick Maser (Pennsylvania)
10   Brandon Westrup (California)

### december

1    Danny Bae (Nevada)
2    Monica Maser (Pennsylvania)
3    Judy Anselmo (Idaho)
4    Hurd Of Us Partnership - Ronald, Takesha
     & Quinton Hurd (Massachusetts)
5    9090-1646 Quebec, Inc. - Simon Abboud
     (Quebec)
6    Life, LLC - Jamila Steele (Pennsylvania)
7    Shadiah Soliman (New York)
8    Cory Washko (California)
9    Simon Turcotte & Jonathan Deziel
     (Quebec)
*10  Ulysses N. Gonzales (Nevada)
*10  Jade P. Schenk (Idaho)

# TOP 15 RVPS - NORTH AMERICA
## Team Trainer Production



1. Tim & Jill Herr
   California



2. Systems, Inc. -
   Spencer Hunn
   Utah



3. 9090-1646 Quebec, Inc.
   Simon Abboud
   Quebec




4. SAC Global Founders, LLC - Jeremy Rose, Shawn Herrick,
   Adrian & Lyndi Eimerl - California



5. Global Communications Network,
   Inc. - Shane & Debbie Gates -
   North Carolina



6. Patrick Maser
   Pennsylvania



7. MCI Enterprises Inc.
   - Mike Bisutti
   California



8. Choices Inc. -
   Debbie and Geoff Davis
   Michingan



9. Jamie Forte
   New York



10. Corey R. Anderson,
    Inc. - New York



11. Brian & Andrea Sax
    California



12. Andre Maronian
    New York



13. Michael P. Kane
    New Jersey



14. Team One Love -
    Kempton Griffiths & Alvin Day
    New York

**Not Pictured:**

15. Charles W. Spear - Ohio

# TOP 15 RVPS - NORTH AMERICA
## Customer Production


1. Systems, Inc. -
Spencer Hunn
Utah


2. Tim & Jill Herr
California


3. Patrick Maser
Pennsylvania


4. 9090-1646 Quebec,
Inc. Simon Abboud
Quebec


5. Carlos Rey and Andy McWilliams
Florida


6. Corey R. Anderson,
Inc. - New York


7. SAC Global Founders, LLC - Jeremy Rose, Shawn Herrick,
Adrian & Lyndi Eimerl - California




8. MCI Enterprises Inc.
- Mike Bisutti
California


9. Choices Inc. -
Debbie and Geoff Davis
Michingan


10. Global Communications
Network, Inc. - Shane & Debbie Gates
- North Carolina


11. Brian & Andrea Sax
California


12. Jamie Forte
New York


13. Team One Love -
Kempton Griffiths & Alvin Day
New York


14. Michael P. Kane
New Jersey

Not Pictured:
15. Gottesman Brothers, Inc. - Tim and Dan Gottesman - Washington

# TOP 25 RVPS-



1. Tim & Jill Herr



2. UN International 1, LLC -
Art Napolitano & George Zalucki



3. Systems, Inc.
Spencer Hunn



4. Jonas Rappe



5. 9090-1646 Quebec, Inc.
Simon Abboud



6. Above & Beyond
Limited - Elliot Hiller



7. Team Midas - Andreas Pascher & Janco
Oberbandscheid



8. Team CAV 2004 S.R.L.
Filippo Silvi



9. SAC Global Founders, LLC - Jeremy Rose, Shawn Herrick, Adrian &
Lyndi Eimerl




10. Global Communications Network,
Inc. - Shane & Debbie Gates





12. Patrick Maser



13. MCB Enterprises, Inc.
Mike Bisutti



# GLOBAL



14. Choices, Inc. -
Debbie & Geoff Davis



15. Jamie Forte



16. Corey R. Anderson,
Inc.



17. Brian & Andrea Sax



19. Kimberly & Martin Dubbeld



20. Andre Maronian



21. Michael P. Kane



23. Guenther - Miles - Ullrich -
Jörg Günther, Michael Zwikirsch, Frank Lippert





24. Team One Love - Kempton Griffiths & Alvin Day



25. Lutz Furla

**Not pictured:**

11.  Self Transformation Center PTY - Ron Diarmid
18.  Kreutzer-Michel GDBR
22.  Michael Wenner

22

# P R E S I D E N T ' s

The President's Club is an honorary organization of the top producing TCs and RVPs that exemplify the vision of ACN, possess qualities of leadership and demonstrate compliance with ACN's operating and marketing philosophies.

To be considered for the President's Club:

A TC must have reached one of the following qualifications: 60 TTs* in their TC Openline, 2 New TCs in their TC Openline or 30 TTs *in their TC Openline & 2 President's Club members in their TC Openline.

An RVP must have reached one of the following qualifications: 60 TTs* in TC Openline, 30 TTs* in their TC Openline & 250 TTs in their RVP Openline, 2 President's Club Members in their RVP Openline and 30 TTs* in their TC Openline, or 30 TTs* in their TC Openline & 2 New TCs in their TC Openline.

*New TTs can count under a newly qualified TC for 60 days after the TC qualifies.


Simon Abboud


Danny Bae


Mike Bisutti


Gaetan Grimard


Tim and Jill Herr


Francis Jobin


Andre Maronian


Felipe Martinez




Jeremy Rose, Shawn Herrick, Adrian Eimerl


Brian & Andrea Sax


Michael Sejun An

# C L U B



Nekoda Bragg & Maggie Holmes



Damien Feuerborn



Ulysses N. Gonzales



Michel Emond & Dany Vachon



Matt Huff



Spencer Hunn





Ronald, Quinton & Takesha Hurd



Teresa Moir & Peter Sallaway



Steve & Teresa Niumatalolo



Matt & Lisa Rasmussen



Jamila Steele



Simon Turcotte and Johnathan Deziel



Stepnen J. Valle



Brandon Westrup

**Not pictured:**

J. D. Asensio
Trevor & Tatum Haugen
Monica Maser

Michael Rosenbaum
Jade P. Schenk
Cory Washko

Amy Whitston
Sean Wycliffe

24



# 2006 Retreats

# RVP Retreat 2006
## TENERIFE, CANARY ISLAND

The Grand Hotel Bahia Del Duque constitutes the perfect place for anyone seeking paradise. This colonial-style hotel provides the breathtaking setting for the RVP retreat, where ACN's most successful leaders are invited to "live the difference."

With staff dressed in traditional Canarian costumes, personalized service and amazing architectural designs, the Bahia Del Duque is ideal for spending several relaxing days. The hotel complex has been built on the slopes of a hill, overlooking the beach and offering wonderful views of the silhouette of the nearby isle of La Gomera. It is surrounded by gardens that are perfect for a peaceful walk.

Amenities include five swimming pools, furnished sun terrace, three pool bars, children's playground, four lounges, five bars, hairdresser, shops, evening entertainment, putting green, game rooms, table tennis, volleyball, gym, massage, sauna and Jacuzzi.



Tenerife, Canary Island

You can also tour Tenerife, the main island of the Canaries, which is said to be the highest point of Atlantis before the continent sunk. This island now hosts a thriving tourist industry in the shadow of the third largest volcano on Earth.  One of the island's most popular attractions is the Loro Parque, home to the world's most important Parrot collection with over 300 species, an amazing Sea-Lion show, Parrot Show, Aquarium with Shark tunnel, Gorillas, Orchid House, and the world's largest Penguinarium.   Whether you want to sip sangria in the heat, make the most of the fiesta atmosphere or roam the islands' rugged terrain, Tenerife has something for everyone.



## ACN's RVP Retreat Rewards…

New RVPs promoted during the calendar year (January – December) who remain qualified as an RVP from November 1, 2005 through February 28, 2006.

- President's Council members who reach a goal of 250 qualified Team Trainers in their open line TC organizations during a calendar year or 1,000 qualified Team Trainers in their openline RVP organizations during a calendar year. Open line production is defined as all the Team Trainer production in your organization not under another representative at the TC or RVP level.
- 2006 Circle of Champions members



- In order to attend the retreat, all qualified representatives must also be in adherence of the ACN Philosophy and receive an invitation from ACN.
- Each member is invited to bring a guest, and ACN picks up the bill for six days of fun, including coach airfare, group meals, spending allowance and accommodations!
  *Important Note: ACN covers expenses for two people although other team members (under the same Team ID Number) are welcome to attend at their own expense.*

In addition to five-star accommodations in a vacationer's paradise, participants on the retreats are also given the opportunity to spend personal time with the Co-Founders of ACN, as well as fellow top producers. The networking opportunities available exclusively through these annual retreats provide representatives with an even stronger understanding of the vision and integrity behind ACN, while adding fresh insight into new techniques for building their businesses when they return home.

# President's Club Retreat

## LAS VEGAS, NEVADA

The Hyatt Regency Lake Las Vegas Resort, Spa and Casino is just 17 miles from the Strip, but it feels like it's worlds away. Even though Vegas is a desert town, the Hyatt is located on the shores of the beautiful, private Lake Las Vegas. The desert and mountain scenery is breathtaking and so are the amenities within the Mediterranean-themed resort. There is a 10,000-square-foot casino and a luxurious spa.

Relaxation and escape is the name of the game at the Hyatt. Whether it's spending your time on one of two Jack Nicklaus-designed golf courses, fishing on the lake or shopping in the quaint MonteLago Village shopping area, you are sure to enjoy your vacation.



Valley of Fire

This special retreat is for ACN's most promising TCs who are President Club members, and have earned a minimum goal of 250 qualified Team Trainers in their open line organizations during the calendar year (January – December). This annual retreat includes a unique training session with ACN Co-Founders. Each TC President Club member is invited to bring one guest, and we will pick up the tab for four days of fun, including coach airfare, group meals, spending allowance and accommodations! In order to attend the retreat, all qualified representatives must also be in adherence of the ACN Philosophy and receive an invitation from ACN.



The networking opportunities available exclusively through these annual retreats provide representatives with an even better understanding of the vision and integrity behind ACN, while adding fresh insight into new techniques for building their businesses when they return home.

ACN covers expenses for two people although other team members (under the same Team ID Number) are welcome to attend at their own expense.



## Law and the International ACN Family
### By Robert T. Stephan

In October, I had the privilege of attending the ACN International Training Event in Munich, Germany. Little did I realize that many of the same legal issues that confront ACN in North America are also of concern in all of the countries that embrace the ACN family. There is the old saying that "it's a small world" and this becomes readily apparent at ACN meetings throughout the world.

To be sure, each country has a unique set of laws, but within those legal codes there is a common strand that is embraced by ACN. ACN does everything in its power to adhere to the legal principles that are mandated in the many countries in which its Independent Representatives maintain their business opportunities. Along with the variances in law, ACN has a set of guiding principles that apply universally.

I addressed the approximately 7,000 people attending the Munich event on the important issue of slamming. A reputable Independent Representative does not and would not submit the name of a customer for telephone service unless that person had actually requested the service. To do otherwise would not only violate the law of a nation but the rules set out by ACN. This is, of course, referred to as slamming and ACN has zero tolerance for anyone who slams a customers. It results in deactivation.

In addition to the specific issue of slamming, ACN does not permit any unethical or illegal activity of any kind. Each Independent Representative is presumed to know and follow the law of any country in which he or she is operating. Throughout the world, ACN prohibits Independent Representatives from making false or misleading representations of any kind including but not limited to misrepresentations about ACN services or the ACN Compensation Plan.

The bottom line is that adherence to law is not only expected but demanded by ACN. Those who violate the rules of ACN or the laws of the country in which they operate not only hurt themselves but also the ethical Independent Representatives who are properly operating their business.

It is out of respect for the law of all nations in the ACN family that ACN must exercise its judgment to determine if a representative should be suspended or deactivated for violations.

**It's really pretty simple. Just tell the truth – do what is right – respect the rights of others. That is what ACN expects.**

*The former Kansas Attorney General, Robert T. Stephan, serves on the ACN Legal Advisory Committee along with former Kentucky Attorney General Chris Gorman and former Arizona Attorney General Grant Woods.*

**C I R**

# Introducing the 2006 COCs



Andy McWilliams



Carlos Rey



Shane & Debbie Gates



Spencer Hunn



Jamie Forte

# CLE OF CHAMPIONS

Teaching leadership, illuminating inspiration and awakening motivation.  This phenomenal class of Regional Vice Presidents and Senior Vice Presidents has reached ACN's pinnacle – attaining all that ACN tries to instill in its representatives.  Membership in this elite group is based on achievements in 2005, as well as a commitment and determination to share the ACN vision with others.  ACN holds the Circle of Champions in highest esteem as they exemplify the success that can be achieved – both in business and in life – through hard work and dedication.



Tim and Jill Herr



Debbie & Geoff Davis



Jeff Weber



Simon Abboud



Mike Bisutti



Brian & Andrea Sax



Andre Maronian



Patrick Maser



Shane & Dana Douglas

# 2005

## Stepping into a New Age

## The Year in Review

3 … 2… 1… We have liftoff! In December, ACN Representatives gathered in Anaheim and witnessed the representative launch of **ACN Digital Phone Service**. This new and exciting service utilizes VoIP technology to allow customers to make local and long distance calls over their broadband Internet connection with substantial savings. This new product offers representatives an exciting way to grow their business.

But the launch wasn't all. Representatives previewed the **Video Phones** that are available with ACN Digital Phone Service. Using cutting-edge technology, these devices allow subscribers to place video calls in real-time to other subscribers. In Anaheim, hundreds of representatives became the first to sign up for this revolutionary device.

Details were also unveiled about the **Soft Phone** feature, an add-on service that converts a PC or laptop computer into a full-functioning telephone. The Soft Phone allows users to make calls from anywhere in the world without lugging around bulky equipment.

The year 2005 also witnessed the launch of **Canada Local** with a Flex Advantage Plan that has swept the Canadian marketplace. ACN Flex Advantage bundles local and long distance calling services, all in one, easy-to-understand bill. It also includes great features such as Voice Mail, ACN-2-ACN Free Calling, Call Waiting and Call Forwarding.

Expansion was the name of the game in 2005 with South Carolina, Massachusetts and Indiana added as **new local markets in the United States.** This greatly expands the potential people your ACN Advantage customers can talk to absolutely free with ACN-2-ACN Calling.

ACN also rolled out **new pricing** for Advantage Home, Plus and Unlimited plans for new customers in a long list of markets. Each new plan includes two domestic long distance calling options to best suit the needs of your customers, and the same great calling features remain available.



## PRODUCTS






## EVENTS

ACN's first North American Event in 2005 took place in **Dallas** on February 25-27 and included incredible announcements, not to mention a wonderful spirit that brought together thousands of representatives from around the world. New business tools were announced, updated Piquing Interest CD-ROMs and Opportunity Presentation DVDs were available for the first time and participants got the first look at a new Team Trainer Success System.

In May, ACN's International Training Event was back in our hometown of **Detroit** to celebrate the company's presence in 18 countries and welcome Excel Canada to the ACN family. Plus, ACN was able to help two charities this time with the help of donations from ACN representatives. A total donation of $33,571 was presented to Mothers Against Drunk Driving and Variety Children's Charity.

**Philadelphia** was host to one of the most memorable weekends ever as thousands gathered in September for ground-breaking announcements and crucial training. Participants heard about ACN Digital Phone Service and new marketing tools to help them reach new heights.

No one could contain the excitement in December as representatives converged on **Anaheim** to participate in the official Representative launch of ACN Digital Phone Service and view demonstrations of the Video Phones and Soft Phone. This final event of 2005 was a great way to prepare for a wild ride in 2006.

# SUPPORT

The outstanding support system ACN provides has grown with the **new online rate sheets** for Advantage markets, as well as new LOAs featuring separate listings for long distance and local monthly fees. The support system also includes new competitive comparisons, allowing you to easily relay to customers how well ACN Advantage is positioned against similar plans offered by the incumbent.

In the fall, ACN introduced the monthly **Opportunity Call**, a wonderful tool to allow representatives to share the ACN Opportunity with prospects directly from President and Co-Founder Greg Provenzano and other company leaders. The conference call always includes powerful success stories from ACN representatives and allows prospects to hear firsthand the vision our leaders have for ACN's future. It can also provide a spark in both new and seasoned representatives to build their businesses to new heights. Each call is recorded and placed on MyACN.

Also, ACN introduced a new **North American Team Trainer Success System** during the year. The revised kit contains everything a new representative needs to begin building their business.

And to continue the motivation needed not just for business, but for life, ACN launched its **ACN Bookstore**: Read to Succeed program. The ACN Bookstore, found on MyACN, includes books, cassette tapes and CDs that were personally selected and recommended by ACN's Co-Founders.



# THIRD PARTY VALIDATION

In the fall, ACN was featured in multiple editions of the national publication of **USA Today**. Articles and advertisements featuring ACN appeared in the Life section of the newspaper in September and October 2005. USA Today has approximately 5.6 million readers and is America's best-selling newspaper.

Also, ACN was the spotlight for the December issue of **Smart Business Detroit** magazine. The article was titled "Tapping the Network," and explained how the founders of ACN built a $500 million company by using a business-unusual approach to selling services direct.

Achievements made both by the company and representatives in 2005 also prompted **Success from Home** magazine to feature ACN in their March 2006 issue. (See more on page 6.)

# What to Expect in 2006

ACN is becoming like your favorite buffet. It's hard to decide what to eat because everything is so good. In 2006, ACN adds several tasty items to the menu of services, allowing you to meet all the communication needs of your customers.

ACN steps into the future with **ACN Digital Phone Service**. This cutting-edge technology adds more to your menu of telecommunications products and provides new opportunities to increase your business. It will create a lot of excitement for customers who want to stay in touch with family and friends without a costly telephone bill. And if that isn't thrilling enough, ACN offers Video Phones that allow live face-to-face communication across the world.

In mid-2006, get ready for the official launch of **ACN Wireless**. With this new service, we are giving you even more reasons to get involved in the ACN Opportunity. And ACN Wireless promises great plans with exciting features such as free nights and weekends and ACN-2-ACN Free Calling.

A thorough **training** presentation on ACN Digital Phone Service will be made available online, giving you a better understanding of VoIP technology and great tips on selling this cutting-edge service to customers.

In addition, ACN's Co-Founders will introduce an enhanced training program that's been simplified and can easily be duplicated. Representatives will experience this crucial training and priceless networking opportunities at our life-changing International Training **Events**. These high-energy events will take place at various locations across the country and allow you to give your business a boost with motivational messages from the founders, inspiring testimonials and the chance to network with thousands of other ACN representatives.

Due to our growth, ACN will open a **new Corporate Headquarters** in Charlotte, North Carolina, and our facilities in Farmington Hills, Michigan, will continue their focus on the core customer and representative operations. The Michigan offices will continue their focus on the core customer operations, while at our new corporate headquarters, a small team of executives will work daily with the Founders to focus on new strategic business opportunities for our company.

Also, ACN continues to grow throughout the world with plans in 2006 for expansion into **New Zealand** and additional European countries.

Get ready for a **fresh look for MyACN**, your Representative Portal. The new design has more resources, an easier-to-use format and a useful search tool that allows you quick access to the documents and information you want. The updated portal also gives you access to new Distributor Web Sites and Downline Reporting Tools.

**Distributor Web Sites** provide you an exciting way to market your business online with little work by you. ACN will ask for certain information and then create the web site, providing a personalized and customizable online tool for promoting all of ACN's products and allowing prospects an easy way to take advantage of the ACN Opportunity. Plus, ACN Representatives with a distributor web site have access to special reports created through a new reporting framework.

**Downline Reporting Tools** provide enhanced reporting and replace the WebTools application. This key business tool offers updated reporting capabilities in an easier-to-use framework. Reports are interactive and allow you to customize the information you want and monitor the status of representatives in your downline.

ACN's new **Compensation Plan** will go into effect March 1st. This enhanced plan includes a new position of Executive Team Leader and new qualifications for some existing positions. It's designed to help you motivate your team and grow your business. **Team-CAB Bonuses** will also be enhanced. Look for more details coming soon…



# TC Spotlight on Success

## Simon Turcotte & Jonathan Deziel

Before ACN, Jonathan Deziel spent four years making doors and windows with his hands. The grueling job usually required 60 to 70 hours a week.

Someone finally asked the Quebec man if he was tired of slaving for long hours and small wages, and he found out about ACN and the opportunity to have hard work rewarded. With little knowledge of network marketing, Jonathan soaked up everything he heard at an ACN presentation.

"I was so exhausted mentally and physically at my job that ACN looked like a miracle! After I heard the presentation, I understood that my life would have meaning from that point forward. I was so excited and happy that I cried all night long!" Jonathan said.

Meanwhile, friend Simon Turcotte was supplementing his accounting job by working as a representative for a telecommunications company that was struggling. Like ACN, it was a network marketing company but was lacking stability and commitment.

"The leadership and training were non-existent. The founders never put into action what they promised us," Simon recalls. "The company was going down. So my mentor invited me to meet the ACN Co-Founders in Montreal. That's when I realized I had found a real family!"

Soon, friends Jonathan and Simon teamed up and became part of the same ACN family. The hard-working entrepreneurs built a solid ACN organization together. They were recently honored as President's Club members and the top Team Coordinators in North America for the fourth quarter of 2005.

For them, the most appealing aspect of ACN has always been the compensation plan and the chance to be paid month after month, year after year, on a single sale. And they are selling products and services that people use every day. Plus, ACN gives them both a chance to meet positive people who share their same values.

The friends who once doubted Jonathan for considering ACN are still stuck in the same dead-end jobs. Jonathan looks back and wonders how he ever survived his job with the door and window industry.

"My previous career was a job, and ACN isn't! So everything is different. But the most important thing for me is that I wake up every morning with a smile!"

This powerful pair has the following advice for new representatives: always think long-term, avoid negative people, and believe in yourself.

"If you keep working on the bad days and the good days, you will reach the top!" Simon said. "In ACN, you can't fail!"

> *"If you keep working on the bad days and the good days, you will reach the top!" Simon said. "In ACN, you can't fail!"*

ACN

ACN World Headquarters
32991 Hamilton Court
Farmington Hills, MI  48334

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 104
Hickory, NC

©ACN, Inc. 2006, Printed in the USA