# EXHIBIT 8



"The ACN Opportunity has never been better than it is right now."
TONY CUPISZ, CO-FOUNDER

→ Start Today

"ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be a part of it."

Donald J. Trump

▶ Watch the Video

# Catching the Eye of a Billionaire

## Donald J. Trump and ACN

There's no denying Donald J. Trump knows a great business when he sees it. The multi-billionaire has developed countless successful commercial real estate ventures, has written several best-selling books, and even hosts his own hit reality television show. Clearly, he knows a winner when he sees it, and since 2006 the winning business **opportunity** he has put his support behind is ACN. A relationship of this caliber was a first of its kind in the direct sales industry.

In 2009, ACN was featured on the hit reality TV show, The Celebrity Apprentice, alongside Mr. Trump and the cast of celebrities. In 2011, ACN returned to primetime television, making an encore appearance on the show.

Since the beginning, Mr. Trump has continued to praise the company, its **Co-Founders**, **services portfolio**, and the winning home-based business model. Mr. Trump is a fixture at **ACN International Training Events**, setting the record for the most appearances from the ACN stage by any ACN special guest speaker. So why does one of the busiest men in business take time out for ACN? **Because he loves and believes in the industry – and more importantly, he believes in ACN!**



## At ACN, if it's on, you get paid!

→ Start Today

Opportunity    Success Stories    Company    News    Services    Events

IBO Login    Contact

© 2014, ACN Opportunity, LLC    Español

ACN on Celebrity Apprentice    Privacy Policy    Earnings Statement    DSA Code of Ethics

Stay Connected

F    T    G    ▶    L

ACN Opportunity, LLC | Donald Trump & ACN | ACN Opportunity, LLC | Page Not Found