# EXHIBIT 9



"ACN has given our family more time together, that's what means the most to us."
MARC ISAAC, CIRCLE OF CHAMPIONS MEMBER

→ Start Today

← Back

# ACN & The Celebrity Apprentice: Next Steps

To say that last Sunday night, March 27, was an incredible night in ACN's history would be an understatement! I've been blessed to be a part of ACN since the beginning, and I've been extremely excited during these 18 years, but never as excited as I am right now.

What happened as a result of this airing was absolutely astounding. This primetime opportunity has simply changed the game. Because of the show, many representatives were able to talk to people they've never talked with before, and without this show many of those people may have never heard of the ACN home-based business opportunity. When Mr. Trump acknowledged our Co-Founders as "friends" of his, at that moment, ACN was oozing with credibility in everyone's eyes.

If you go out there today and ask someone, "Did you watch The Celebrity Apprentice Sunday night?" The people who say yes will want to talk about it, and when you tell them that ACN's your company, they

ACN SVP Debbie Davis

Debbie Davis is a Senior Vice President with ACN and Circle of Champions Member

F  T  L  G

☐ Search All
☐ RSS Feed

**News**
ACN Company Blog
From the President
Media Placements
Press Releases

**ACN on Twitter**

#HappyEaster! We hope you enjoy some time with family & friends today! #WeAreACN #Easter ☐, Your #ACN Fa…
https://t.co/PWwo8UVcbZ
2 days ago

will be blown away – and they will really want to talk about it.

But did you do all you could have to promote this show? How many of us have done something in life, and afterward we wished we could have a redo? Well, for this show, we're actually getting that very rare, "second chance." Tonight and tomorrow, the show will air again on CNBC and Bravo. So you can use this as an opportunity to get that redo, or you can use it as an opportunity to continue the momentum you have created with folks that just heard about ACN by watching the show last Sunday night.

Then what's next? FOLLOW UP! It has been said there is a fortune in the follow-up and I believe there is. Make sure you follow up with everyone you told about the show, make sure you continue asking folks if they watched it, make sure you never stop talking about it.

It's time to start sharing the news. Ask everyone on your list if they watched The Celebrity Apprentice last Sunday. In my 18-year career with ACN, that question has become the easiest, most successful way for me to share this opportunity with someone new. With that question it has never been easier to talk to a family member, a friend, a co-worker or even a stranger.

In the moment history is made, most people don't recognize it. But don't underestimate the power this historical opportunity has given each of us to create massive momentum in our businesses. Don't miss a second of it. Be proud of what you have your hands on. Be as excited as all the Co-Founders, Circle of Champions Members, SVPs and RVPs about this very unique moment in time with ACN. Shout it from the rooftops. Remember, opportunities are never lost; they're just passed on to someone else!

I shared this on the leadership call earlier this week, and I want to share it with you again here:

**Whatever we do, we capitalize on. Whatever we don't do, someone else is going to capitalize on.**

So get out there and build your business like never before. Now is the time.

Debbie Davis
ACN Senior Vice President & Circle of Champions Member

**Learn more about ACN's home based business opportunity.**

Follow @acnnews

04/01/2011 by Debbie Davis

### Debbie Davis

ACN Senior Vice President and Circle of Champions Member

View all posts by Debbie Davis →

F  T  L  G

**Comments**   Community

☐ Login ▾

☐ Recommend  2

Sort by Best ▾

Join the discussion…

**Yvonne Rheaume** • 8 years ago

What an incredible night!I thought I had done a good job of promoting the show but wish I had done so much more. But now we can make up for anyone we missed by following up with everyone, even those we didn't get to. This can truly be a miraculous time for all of us if we take advantage of everything!

☐ ☐ • Reply • Share ›

**sandi dee** • 8 years ago

Hi Debbie. Thanks for your insight.
you are right.. I took with me today..
packed it up and off I went for my day.
Showed the phone three times and mentioned that it was on Donald Trumps Celebrity Apprentice all three times... that is very powerful... We all are so excited that Donald and Melania use the phone! that is terrific! If they have it in their

office and apartment.. well, so goes the world!
We are excited about the opportunity and plan to expand as much as we can.
Follow the leaders like you! thanks for the excellent training and support!
Sandi & Dee Janet and Jeff are our RVP's and Circle of Champions Members! We had a fantastic night in our town. Janet stopped by and Jeff was in Calif! It was a super night and we got a call from Michael Kane on our Video Phone.. guests are still talking about it! And one of the highlights of the night was one of our dear friends... a WWII Veteran. Was in the Merchant Marines and was on the Murmansk artic convoys from the United Kingdom to Murmansk Russia and Arkhangelsk... well.. on his convoy one time they rescured almost 400 civilians from Norway.. the Germans were invading... anyway.. we had.. oh yes... Norway ... on the Video phone... well.. he knew the story.. as this is part of the country's history... it was a moment! then.. we got the call from Michael Kane and that was the night... we all settled down for refreshments and snacks and watched the show after that... but that was a pretty good show in itself! Take care and look forward to meeting you one day.

- Reply - Share ›



**sandi dee** • 8 years ago

Hi Deb... you are right! I brought my video phone with me on three of my regular appointments today..
one for breakfast meeting! two people asked me about it over eggs and bacon!
lunch.. I packed it for my afternoon meetings.
two.. for afternoon meeting.. met friend on way to meeting and showed at gas station... had in car
three.. showed at afternoon meeting. will work great in their

## At ACN, if it's on, you get paid!

### Start Today

