# EXHIBIT 13

English | Español | Français



Publications    Press Releases    Contact Us



**Corporate Profile**
**Executive Team**
**Corporate Timeline**
**Charitable Giving**

## ACN Company Press Release

### ACN Welcomes Representatives to Hometown for International Training Event

CONCORD, NC— August 30, 2010 – More than 20,000 people from every corner of the globe will be networking with other business owners, learning more about the direct selling process, listening to key business-building advice and celebrating others' accomplishments at ACN's upcoming International Training Event. The weekend-long event, held September 10-12, 2010 in Time Warner Arena will be the second time ACN has hosted one of its quarterly events in Charlotte.

"We're thrilled to have our representatives in our own backyard," ACN President and Co-Founder Greg Provenzano said. "Not only will they benefit from the phenomenal training and announcements we have planned, but they will get the chance to visit our World Headquarters in Concord."

ACN provides individuals with a home-based business opportunity to offer essential communications and entertainment services to residential and business customers. ACN shares extensive training and the company's vision, bringing its Co-Founders, top-producing representatives and motivational speakers to the stage at events around the world each year.

The keynote speaker at the Charlotte event will be multi-billionaire entrepreneur Donald J. Trump. He has personally endorsed ACN since 2006 and featured ACN on his primetime reality show, The Celebrity Apprentice 2, in March 2009.

In addition to filling hotels and patronizing local businesses, ACN Independent Representatives will leave a more lasting mark on Charlotte during the event weekend. At every International Training Event, ACN collects contributions from thousands of generous representatives and employees for Ronald McDonald House Charities. The company then matches the donations dollar for dollar. ACN has already donated more than $2 million for the construction of a Ronald McDonald House in Charlotte. The house, which is under construction, is slated to open in 2011 and will serve the families of children being treated at Levine Children's Hospital and Presbyterian Healthcare's Hemby Children's Hospital.

**About ACN**
Founded in 1993, ACN is the world's largest direct seller of telecommunications and essential services for residential and business customers. ACN provides customers with leading-edge services such as Digital Phone Service with or without a Video Phone. ACN also provides budget-friendly options for services customers need and use every day such as Local and Long Distance Service bundled with High Speed Internet, Wireless, Satellite TV and Home Security. ACN operates in 21 countries with offices located throughout North America, Europe, Asia and the Pacific.  For more information, visit myacn.com. For information on ACN's business opportunity, visit acninc.com.

Learn more about ACN the company »

Back to ACN News »

ACN Company | MyACN Customer Portal | ACN Integrity | ACN TV | ACN on The Celebrity Apprentice | ACN Canada | ACN Events | ACN Blog

Copyright 2011 ACN, Inc. All rights reserved.