# EXHIBIT 14

▼ **Donald Trump:** How ACN is Leading the Way

# SUCCESS | FROM HOME

FROM THE PUBLISHER OF SUCCESS MAGAZINE

*Celebrating* **ACN 20 YEARS**
In a CLASS All Their OWN

If It's On, **YOU GET PAID**

Build a **Global Business** From Your Own Home

ACN featured on **THE CELEBRITY APPRENTICE**

$5.95 US
VOLUME 9 • ISSUE 9 • SEPTEMBER 2013



# Recognizing a Winner

Donald Trump and ACN recognize what it takes to succeed.

*by Beth Douglass Silcox*



© Dave Moser

A rmed with a tenacious spirit and extraordinary business savvy, Donald Trump mastered the art of the deal early in his career. He developed commercial real estate, hotels and golf courses across the globe. He has written best-selling business books such as *The Art of the Deal*, *Think Like a Billionaire*, *The Midas Touch* and his latest book, *Time to Get Tough*. He even produces and stars in his own television reality program, *The Apprentice/Celebrity Apprentice*. Clearly, he recognizes a winner, and for the last seven years he has recognized ACN as a winning business opportunity.

"Who could argue with a multibillionaire speaking so highly of our ACN opportunity?" President and Co-Founder Greg Provenzano explains.

"Direct selling is a business whose time has truly come," Trump says. "That is why the industry is growing when many others are suffering massive losses. Direct selling puts the people element back into business. And for thousands and thousands of people, that means good business and a solid opportunity."

For Trump, choosing the right industry or company to associate with goes deeper than data sheets; he looks to the character of corporate leadership to size up how he feels about any investment, whether of money or time.

**Character**

Seven years ago Trump stepped onto a golf course with ACN Co-Founders Greg Provenzano and Robert Stevanovski. The ACN guys were pitted against one another in the pairing and it wasn't sitting well with either of them. "We were winning and my partner didn't like beating his own business partner. Can you believe that? I had never heard of this before," Trump marvels. This behavior piqued his interest in ACN's co-founders individually, and he wanted to know more about their company, too.

Organizational success, Trump believes, is

predicated on the character of those who lead. Trump's decision to invest time or money with any company centers on that. And Trump's instincts about the character of ACN's co-founders told him he should work with them. "They are really good people with great ideas and they want to help others," he says. "I just like that. A company is only as good as the people at the top, and ACN has good people behind it. I met all four co-founders and discovered for myself that these guys are great. They're dedicated to building this company and supporting their people. They are some of the most selfless, dedicated businessmen I've met."

Over the years Trump has developed a unique relationship with ACN and an incredible respect for the company and its four co-founders. Trump has spoken at ACN's international events in front of tens of thousands of independent business owners and plans to speak at many additional ACN events. The company has also been featured twice on his NBC hit show, *The Celebrity Apprentice*.

## Choosing Correctly

While character might open Trump's door to investment, he only chooses to step through after performing due diligence. Newspapers, such as *The New York Times, The New York Post* and *The Wall Street Journal*, sit ready for Trump when he rises each day at 5 a.m. This regimen helps him decide how he feels about the world and the economy. Television and websites also factor in. He says, "It's good to get it all and filter and decide where you are and where the world is going. Put it together and say, 'I feel good. I'm making an investment.'"

The company's vision for the future, ACN's long history in the network marketing industry, and the character and integrity of its corporate leadership sealed the deal for Trump, who began his relationship with ACN seven years ago.

With all the personal appearance choices Trump could make, he recently chose an exclusive one with ACN. Trump's commitment to ACN reflects his belief that success is often determined by the field or industry or company in which someone works or invests. "I happen to think ACN is in the right business. Picking the right business is fundamentally important to me," Trump says.

## Protecting Against the Downside

"Other than family, the best thing is building a great company or getting to work with a great company like ACN. It's really something special," Trump says. He's been known to sneak into overflowing ACN events and soak up the enthusiasm from the back of the room. ACN events are electric. They are filled with people who possess



"A company is only as good as the people at the top, and ACN has good people behind it."
—Donald Trump

During ACN's second appearance on *The Celebrity Apprentice*, Co-Founders Mike Cupisz and Greg Provenzano joined Trump and two of his children - Ivanka and Donald Jr. - to present ACN's task to the celebrity cast.

Trump's spirit—independent business owners who have found a novel, entrepreneurial approach to protecting against the downside of a deal called "life," with its fluctuating economies, corporate layoffs and rising expenses.

"Home-based businesses and private business is what this country is all about. It has made this country great. It's created great wealth for the country and for people. When you think about wealth, you're talking about health care and education for your children. You're thinking about food, rent, homeowner's insurance. You're thinking about creating a good life. And if you do well, you can create an unbelievable life," Trump says.

ACN independent business owners often build their businesses on a part-time basis around full-time jobs and full-time family obligations. Diversifying their income streams with the ACN opportunity buffers them economically from life's downside.

"Direct selling is a business whose time has truly come," Trump says. "That is why the industry is growing when many others suffer massive losses. Direct selling puts the people element back into business. And for thousands and thousands of people, that means good business and a solid opportunity."



(From left) ACN Vice President of Sales in North America Mike Kane, ACN Co-Founder Robert Stevanovski, ACN Chief Operational Officer Dave Stevanovski and ACN Co Founder Mike Cupisz on board of Donald Trump's private jet.

## Cool Courage and Confidence

There is intrinsic value in looking back on successes and mistakes, yours and those of friends and enemies. "I see that some of those people who were not the best in school, but they stuck to it and were more driven, those are the people who tend to become the most successful," Trump says.

"People think it's all about work, and it is about work, but you also need the right business—finding the right business, learning it and loving it," Trump says. "If you love what you do, you'll try harder, work harder, and you'll get better at it. And you'll enjoy your life more."

It takes cool courage and confidence to succeed. "Confidence, to a certain extent, is about winning. You have to think of yourself as victorious. You have to get out there and win," Trump says. People transform when they win. Trump has seen it over and over. "When you are successful, you just feel so proud about yourself. Your family will be so proud of you, and you are able to take care of your family and do it with pride," Trump says.

ACN gives independent business owners the tools they need to succeed. "That's one of the reasons I like ACN. I really think these guys are leading in the right way," Trump says. He even pitches in to keep ACN's IBOs inspired and motivated. His messages include some key tactics for perseverance, such as:

- Work hard, even when you don't want to.
- Don't listen to other people's opinions of you.
- Love and care for your people.
- Commit to self-development.
- Never, never, never ever give up.

## Confront the Naysayers

Trump fully understands naysayers will always exist. When he shook television producer Mark Burnett's hand and agreed to star in *The Apprentice*, Trump recalls, "People said that it would never succeed because there had never been a business show in the history of television that succeeded in prime time." Even his longtime agent was against it, but Trump trusted his instincts and eventually told his agent, "You're fired." The show and Donald Trump's on-air celebrity soared in the ratings and succeeded where none other had before. It even expanded to include the immensely successful *The Celebrity Apprentice*.

Trump figures his experiences with *The Apprentice* serve as an analogy for ACN. "At the beginning, 20 years ago, nothing was easy when you were starting a business, and look now at how many people are successful and happy with ACN. Just like *The Apprentice* took off, this company took off and it's really an honor for me to be associated with ACN." **SfH**