# EXHIBIT 21-T

# EXHIBIT 21-T

## Transcript

*ACN ON THE APPRENTICE*, YouTube, Uploaded Jul. 31, 2011, available at https://www.youtube.com/watch?v=mxTqWtNSV2w

Participants:  Donald J. Trump ("DJT"); Greg Provenzano ("GP"); Mike Cupisz ("MC"); Ivanka Trump; Donald Trump Jr.; Contestants

| | | |
|---|---|---|
| 01:20 | DJT: | Good morning. |
| | Contestants: | Good morning. |
| | DJT: | Gary, how important has winning all of this money for your charity, what has it meant to you? |
| | Gary Busey: | Oh, it means everything. I've been nominated for an Oscar, a Golden Globe and this Project Manager winning with the Team Backbone is equal to that. They were there to pick me up. They criticized me properly, to make a better man out of me. |
| | DJT: | Gary, you do have heart. Alright. Very good. |
| | | Now, on my right are two friends of mine: Greg Provenzano and Mike Cupisz. They run a company called ACN, which I know very well. It's a home-based marketing company for individuals and it's in over twenty countries. Greg, tell us about your company. |
| | GP: | Thanks, Donald. We have primarily built our business based on a home-based business opportunity for individuals, marketing essential home services that people use every day. |
| | MC: | Your task is to create a thirty-second commercial showcasing ACN and our revolutionary new videophone. You will then present your commercial in front of 450 of ACN's independent representatives. Now, they will vote based on the following criteria: creativity and originality, company brand messaging and the integration of the ACN videophone. Good luck! |
| | DJT: | In other words, you're going to make your presentation to ACN leaders and they are going to tell me which team they like. Understood? |
| | Contestants: | Understood. |

| | |
|---|---|
| DJT: | Don and Ivanka will be my advisors. Now, who is going to be your project manager? Men, women, make your determination. |
| DJT: | Meat Loaf, who is your project manager? |
| Meat Loaf: | Lil Jon, he's gonna -- |
| DJT: | Lil Jon! About telephones, about everything! |
| Lil Jon (aside): | I've done many commercial spots and directed so many videos, so I have a lot of experience in this area, so I guess I was a good choice to be project manager. |
| DJT: | You do communicate, Lil Jon. That's what it's all about. Ok, Dionne, who is going to be your project manager? |
| Dionne Warwick: | Nene. |
| DJT: | Nene. |
| Nene Leakes: | Yes. |
| Nene Leakes (aside): | Coming off our second loss, we felt really down. Sort of like gosh, can we really do this? You know, like, are we all dumb? I just thought it was time for me to step up and be project manager. And when I make my mind up to do something, I just do it. |
| DJT: | Well, I saw you the other night on television. You were brutal, Nene! Woah! |
| Nene Leakes: | I hope I can be brutal on Lil Jon. You ready? |
| DJT: | Lil Jon, you got a problem. Come here, Nene, shake hands with Lil Jon. C'mon. |
| Nene Leakes: | Yeah, sure. |
| Lil Jon: | We got two in a row. We got this. |
| DJT: | It's alright. That's alright. Good luck, that'll be the last time. Woah! That's good. |
| Meat Loaf: | I saw her on TV, I was scared to meet her. |

2

|  |  |  |
|---|---|---|
| | DJT: | She was very, very good. |
| | | Ok, for the winning team's Project Manager, you'll get $20,000 for your charity. Now, Greg has just informed me that ACN will contribute another $20,000 to your charity. So, the winning Project Manager will get $40,000 to your charity. The losing team, it's back to the board room where somebody will be fired. |
| 04:27 | | |
| | Nene Leakes (aside): | Today we will show our thirty-second commercial to 450 leaders of the ACN family. We are not being judged on the presentation, but the presentation is very important because those 450 leaders are judging us. |
| | Nene Leakes: | Good morning, ladies and gentlemen of ACN. My name is Nene Leaks and we are Team A.S.A.P. Today we will introduce you to the latest innovation in staying connected. Here's Ms. Star Jones. |
| | Star Jones: | Connecting: to join, to link, to unite. As you know, ACN is the world's largest direct-selling telecommunications provider, with customers in twenty-one countries, spanning North America, Europe, Asia and Asia Pacific. |
| | Star Jones (aside): | I write a presentation specifically with pause points for applause. And in my head, I know where they should come. |
| | Star Jones: | With ACN telecommunications you literally have got the whole world in your hands. |
| | Star Jones (aside): | If they do, then I've hit my mark. I hit my mark today. |
| | Star Jones: | Staying in touch with the people you love really does connect your world. |
| 06:30 | | |
| | Character 1 [Daughter]: | Bonjour Dad! I'm in Paris. Thank you for the great gift. An ACN videophone! I can't believe how easy this is. |
| | Character 2 [Father]: | I can see and hear you clearly. |
| | Character 1 [Daughter]: | Let me introduce you to my host mother. |

3

| | | |
|---|---|---|
| | Character 3 [Host Mother]: | Bonjour. |
| | Character 2 [Father]: | Bonjour. Thank you for taking care of our daughter. Hey, we really miss you and mom wants to say hello. |
| | Character 4 [Mother]: | It's so good to see you. I miss you. I love you. |
| | Character 1 [Daughter]: | I love you too. |
| | Narrator: | ACN, connecting your world. |
| 07:00 | Star Jones (aside): | I'm absolutely positive that we knocked it out of the park on brand messaging and we emotionally connected to our audience. That made me feel very proud, very proud. |
| | Lil Jon: | Hello, good afternoon ACN. ACN! |
| | Lil Jon (aside): | I'm like a light switch. I flip that switch and it's lights, camera, action, guns blazing. And I own that crowd. |
| | Lil Jon: | Today is all about ACN. We got the privilege to meet Greg and Mike yesterday. We went out and drank a lot of shots. No, I'm just kidding. |
| | | Uh, our commercial is gonna take you to the ultimate coolness level. As we all know, viral video is very crucial in selling any kind of product. If ACN created a Super Bowl commercial, it would be our commercial. Ladies and gentlemen, and Donald Trump, I present to you 'Tommy Gets Engaged.' Can I get a "Yeah!" |
| 08:30 | | |
| | Character 1 [Father]: | Oh look, a package. We got a gift from Tommy. It's a brand new ACN videophone. It says, 'plug me in and call.' |
| | Character 2 [Son]: | Hello? |
| | Character 1 [Father]: | Tommy! Where in the world are you? |

4

|  |  |  |
|---|---|---|
|  | Character 2 [Son]: | I'm in Argentina. I'm engaged! |
|  | Character 1 [Father]: | We're so happy for you! |
|  | Character 2 [Son]: | I want to introduce you to my new fiancée. Honey? Pablo. |
|  | Character 3 [Fiancé]: | Hola. |
|  | Narrator: | ACN, life without boundaries. Sometimes you just have to see it. |
| 09:00 |  |  |
|  | Lil Jon: | Can we get some applause in this place? |
|  | John Rich (aside): | On stage, there's nobody better than Lil Jon at hyping the crowd. But are they going to want to use this commercial beyond this? Will it be what the ACN folks were looking for? No idea. |
|  | Lil Jon: | Ladies and gentlemen, we are Team Backbone. Thank you for your time. Enjoy your commercial. |
|  | Lil Jon (aside) | Definitely proud of my team. Proud of myself. That room told me we won. |
|  | GP: | If you want the first team, the women's team, turn your electronic dial to the number one. To vote for the men's team, turn your dial to the number two. |
|  | Lil Jon (aside): | We left them with a high that I know the girls didn't leave them with. Vote for Backbone. |
| 09:55 | DJT: | Hello Greg – |
|  | GP: | Mr. Trump. |
|  | DJT: | Mike. |
|  | DJT: | So, how'd you like the men? |
|  | GP: | Men did a phenomenal job. Great response for them. |
|  | DJT: | And the women? |

5

| | |
|---|---|
| GP: | The women were right on point and they also were very good. |
| MC: | What was really interesting is both commercials were completely different. One was more heartfelt and one focused more on humor. |
| DJT: | I mean I absolutely thought the women won until I saw the men. And now I'm totally confused because they both really did a good job. |
| | Ok, give me the strong points of the men. |
| GP: | Men drew in the audience. Lil Jon, mentioned the world viral, which, you know, perked everybody's ears up and got their attention. |
| DJT: | And the women? |
| GP: | The women really took our task to heart. They had strong emotional appeal. |
| DJT: | Now I heard something that was very interesting. Your 450 people that are leaders and great people, they were devastated that somebody had to lose. Is that a correct statement? |
| GP: | That's exactly right. They thought both presentations were fantastic. |
| DJT: | Ok, it was very close. Who won? |
| GP: | It was an amazing thing, and it was very close. And the winner is… |