# EXHIBIT 1A

