# EXHIBIT 1B

