# EXHIBIT 1C








"Within 4 months of joining ACN, we not only replaced our current income, but doubled it. But it's not only about financial freedom; it's about choices. We have choices every day as to when we work and don't work."
**Darin & Jennifer Dowd**
*California*

"Before ACN, I worked. I had no life. So for me to have a life now, to be able to do what I want when I want, that just floors me. If I want to go on vacation, I go on vacation. I don't have to worry about things like that…that's the power of residual income. ACN has provided for my life."
**Cav. Franco Lofranco**
*Ontario*



"To build a business with your brother is a dream come true. We were coachable and teachable to the ACN system and by our third year, we had achieved more success than we could have imagined. Give it a try and go for it; you have nothing to lose and are going to gain everything."
**Michael Maser & Patrick Maser**
*Michigan & North Carolina*

"Before ACN we were just looking for something that would give us more of a lifestyle. We felt like we either had time or we had money, but we never had both at the same time… ACN allows us to spend time together and do the things we love to do together. That's been one of the greatest benefits of ACN."
**Jeremy & Mindy Deeble**
*Idaho*



"ACN was the catalyst that helped us achieve financially everything we have right now. You have to have a vehicle to accomplish great things…ACN was the vehicle for us. We couldn't have dreamed of what we have as a result of ACN."
**Debbie & Geoff Davis**
*Michigan*

"This opportunity works for busy people. My dreams and goals of living the lifestyle I wanted to live have become a reality for me through ACN… There's always going to be stresses and problems in life, but it's really nice to have that one stress out of my life for good because of a great opportunity like ACN."
**Spencer Hunn**
*Utah*



"ACN has given me total freedom to make all of the choices that I want. I can work when I want, with who I want, whenever I want. That's what ACN really means to me."
**Simon Abboud**
*Quebec*



At ACN, we understand that life can happen anywhere.
So we've found a way for you to...

# Live...Work...Play...Share...Communicate...

### All without boundaries!



It's a remarkable business opportunity marketing the services people need and use every day, as well as a breakthrough technology that ensures you never miss a moment...no matter where you are!

### Welcome to ACN.

### Welcome to your Life...*Without Boundaries*

"ACN has a reputation for success... Success that's synonymous with the Trump name and you can be part of it."

– Donald J. Trump

