# EXHIBIT 1-T

**EXHIBIT 1-T**

**Transcript**

U.S. Version 4.0, OppDsc_RP_P_061010

ACN Opportunity Disc

**Exhibit 1A**

**Audio Clip**

Announcer:          In the next few minutes, you are going to hear about a remarkable
business opportunity from a company who is experiencing
exponential growth, in a market that is ready to explode. Marketing
the next must-have device. A company with a proven track record,
that's endorsed by Donald J. Trump and was recently invited to be
featured on an episode of the NBC hit, *The Celebrity Apprentice.*

Regardless of your background, your circumstances, your
education or experience, this could be the company and the
opportunity you have been looking for. If you have ever wanted to
be financially independent, if you have ever wanted to be your own
boss, if you have ever wanted to wake up every day and do what
you love, not what you have to do, you're in the right place. The
place is ACN. And the time is now. Founded in January of 1993,
ACN combines telecommunications expertise with today's home-
based business model. It's a simple and proven method to bring
more money into your home and more freedom into your life.

Today, ACN has become the largest direct-selling
telecommunications company in the world by offering consumers a
better choice and greater value on the essential services they
already use every day. Services like local and long-distance,
internet, wireless, satellite TV, and home security services, as well
as the services of the future. At ACN, it's happening right now. In
fact, you can be on the ground floor of technology's newest
revolution, featuring the next must-have device: the ACN video
phone. Powered by ACN digital phone service, it's simple, real-
time, a true-to-life video experience, changing the face of
communications as we know it.

And, ACN is attracting attention in very high places and among the
world's most successful business leaders. One such leader is
billionaire entrepreneur Donald J. Trump, who has built his career
on recognizing an exceptional opportunity when he sees it.

| | |
|---|---|
| Donald J. Trump ("DJT"): | ACN is leading the way in a new technology that will literally revolutionize the way we communicate with: The ACN video phone. And trust me, it's changing everything. The absolute truth is that this technology will be present in every home within the next several years. The question you have to ask yourself is this: Will you get your piece of the pie? ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names. And you can be part of it. |
| Announcer: | The excitement around ACN's revolutionary videophone is spreading and the world is taking notice. After a personal invitation from Donald J. Trump himself, ACN was featured on an episode of *The Celebrity Apprentice,* NBC's hit reality television show. ACN's video phone took center stage during this episode, as the cast of celebrities helped launch the ACN video phone to the world. It just doesn't get much bigger than primetime television. One day soon, every home and office will have a video phone and ACN will meet the demand as the market continues its steady growth. It adds up to a lot of new customers, needing a lot of new videophones. Imagine the possibilities. |

But what does this all mean for you? The freedom to participate in the ACN opportunity at any level you choose, as a fulltime career or as a way to earn extra income on a part-time basis. In our fast-paced, increasingly impersonal global economy, job security is a thing of the past. It's critical to have a backup plan for your future.

ACN offers the most remarkable income-generating opportunity available in the world today. At ACN, our representatives earn residual income. Every time someone pays for their telecommunications services, you get paid. That's right. You receive a percentage of your customers' monthly bills. And every time you acquire a new customer, or help an existing customer add a new service, you give yourself a raise. But that's just the beginning.

Introduce others to the ACN opportunity and as their customers use ACN services, not only does their monthly residual income grow, so does yours. ACN is revolutionizing communications across the globe and helping create financial freedom for people just like you. There's no limit to the number of customers you can acquire and no limit to the number of people you can introduce to ACN. It's a remarkable system where everyone benefits, and everyone wins.

We have a ground floor opportunity that is positioned for rapid, exponential growth. Everyone has a wireless phone, a home phone,

a television, and certainly everyone uses the internet. And soon, everyone in the world will have a videophone. There is no doubt; video is the future and you can be on the ground floor of this history-making opportunity. It's about timing and your time is now.

ACN is designed for people who are motivated. People with a desire to change their lives once and for all. People just like you. Now, get the rest of the story. Take this dual-disc DVD and watch it, find out more, see the company, watch the success stories, and then seize the opportunity. ACN, live your life without boundaries.

## Exhibit 1B

### Earnings Statement

On-Screen Text:

Product and service availability will vary based on geographic location within the United States. For more information on ACN's exciting products and services visit our website at www.acninc.com. Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Representative is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN Independent Representatives make a profit and no one can be guaranteed success as an ACN Independent Representative.

### The ACN Opportunity

Announcer:

What if you had been an investor in the internet boom or the explosion in wireless? Can you imagine how different your life would be? Any great technology shift presents great opportunity. And it's here for you today. An opportunity that equips you for the future and gives you greater control in today's uncertain economy. Thanks to digital phone service and the revolutionary video phone from ACN you have the power to ride the next wave of technology as far as you want to take it.

Imagine being part of a company that creates life-changing financial freedom for thousands of people all over the world. That's ACN. We're attracting attention in very high places, and among the world's most successful business leaders. One such leader is billionaire entrepreneur Donald Trump, who has built his career on recognizing an exceptional opportunity when he sees it.

3

| | |
|---|---|
| Donald J. Trump ("DJT"): | ACN is leading the way in a new technology that will literally revolutionize the way we communicate with the ACN Video Phone. And trust me, it's changing everything. The absolute truth is that this technology will be present in every home within the next several years. The question you have to ask yourself is this: "will you get your piece of the pie?" ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be part of it. Simply take a few minutes to view this important information, and you will be well on your way to living the life you deserve. |
| Announcer: | Founded in 1993, ACN continues to grow by offering more choices and greater value on the essential services millions of consumers already use and will continue to use every single day, as well as the services of the future. These are the markets of the 21st century and it now exceeds 1.75 trillion dollars annually. ACN remains perfectly positioned to capitalize on this incredible opportunity. So can you. ACN combines telecommunications expertise with today's home-based business model. It's a simple and proven method to bring more money into your home and more freedom into your life. A formula for success, and a lucrative future. |
| Customer: | How do you have freedom to do you want you want with your time without having to always be out working at the office? |
| Customer: | Starting off in ACN, it's been a phenomenal experience, a great experience for my wife and I. |
| Customer: | The company had a system in place. They took care of all the hard stuff. |
| Customer: | I believe anybody can do it and they need to give themselves the opportunity to try. |
| Announcer: | Our greatest growth lies ahead, and you can be on the ground floor of technology's newest revolution, featuring the next must-have device, the ACN video phone. Simple. Real-time. A true-to-life video experience. Changing the face of communications as we know it. |
| DJT: | Imagine seeing the person you're talking to, not just hearing their voices. No matter who you are, no matter what you do, everyone can find value in this technology. With my busy schedule, the ACN video phone keeps me personally connected to my contacts around the world, without ever leaving my office. |

| | |
|---|---|
| Announcer: | The excitement around ACN's revolutionary video phone in spreading, and the world is taking notice. After a personal invitation from Donald Trump himself, ACN was featured on an episode of *The Celebrity Apprentice*, NBC's hit reality television show. ACN's video phone took center-stage during this episode as the cast of celebrities helped launch the ACN video phone to the world. And this is only the beginning. |
| Customer: | You're either gonna spend money on this technology. Or you're gonna make money from the technology. |
| Customer: | When I looked at ACN I knew that this was going to be my last stop. |
| Announcer | One day soon, every home or office will have the videophone and ACN will meet the demand as the market continues its steady growth. It adds up to a lot of new customers needing a lot of new video phones. |
| Customer: | I mean, we're talking about a trillion dollar industry. Imagine the possibilities that are there. It's endless. |
| Customer: | Being able to pioneer in this technology has been really a huge opportunity for us. |
| DJT | To be truly successful in today's global economy, you have to keep your eye on the big picture, and ACN is doing that every day around the world. |
| Announcer: | Innovation is nothing new at ACN, with offices throughout North America, Europe, Asia, and Asia Pacific. We support the businesses of tens of thousands of successful independent representatives in 21 countries and growing. Our success has been profiled in *USA TODAY, Success Magazine*, *US Business Review*, *Fortune Magazine*, and *Success From Home Magazine*. |
| | *Inc. Magazine* ranked ACN the 22nd fastest growing company in North America within our first five years of business. Now we have evolved into the largest direct seller of telecommunication and home services in the word. What does this mean for you? The freedom to participate in the ACN opportunity at any level you choose. As a full-time career, or as a way to earn extra income on a part-time basis. In our fast-paced and increasingly impersonal global economy, job security is a thing of the past. It's critical to have a back-up plan for the future. |

DJT                  Direct-selling is actually one of the oldest, most respected business models in the world, and has stood the test of time, most importantly. ACN approaches it with a fresh perspective that you won't find anywhere else. I know what it takes to be a success, and ACN has a winning business model. And I mean winning.

Announcer            At ACN, our representatives earn residual income: every time someone pays for their essential services, you get paid. You receive a percentage of your customers monthly bills, and every time you acquire a new customer, or help an existing customer add a new service, you give yourself a raise. But that's just the beginning, introduce others to the ACN opportunity, and as their customers use ACN's services, not only does their monthly residual income grow, so does yours.

Customer:            I did not know that was possible, that life, until I saw the ACN opportunity. And then I started dreaming.

Customer:            You can really build a true residual.

Customer:            And the checks keep on coming in. Every single week, we get the weekly bonuses, every single month, we get our residual income.

Customer:            We have a quality of life where we can get up in the morning and decide what we wanna do then, if we want to.

Customer:            We're completely debt-free, our college education for all our kids is set up, our retirement is put away.

Customer:            It's not just about money, it's about time and helping people.

Customer:            So this business has just allowed a better lifestyle for us, it's given us a lot of options, it's been incredible.

Announcer:           There's no limit to the number of customers you can acquire, and no limit to the number of people you can introduce to ACN, it's a remarkable system where everyone benefits, and everyone wins.

DJT:                 You have a great opportunity before you at ACN without any of the risks most entrepreneurs have to take. You have the ability to market breakthrough technology before it hits the critical mass. I've experienced the opportunity that exists when you're able to jump ahead of the curve, and ACN gives you that opportunity. Believe me, it's ultimately a dream come true. I've found there are two types of people. Those who take action and those who let opportunity pass them by. Which one are you?

| | |
|---|---|
| Announcer: | So instead of asking "what if? Ask "what's next" and get there first. With ACN. |

## ACN Business Presentation

| | |
|---|---|
| On-screen text: | Success as an ACN representative is not guaranteed, but rather influenced by an individual's specific efforts. Individual results will vary. Bonuses are promotional and are earned monthly based on the number of new Team Trainers who acquire the minimum required customers within their first 30 days. For complete details, please see ACN's Compensation Plan overview. No compensation is earned at ACN unless customers are acquired. |
| Tony Cupisz: | Hello, my name is Tony Cupisz, I'm one of the co-founders of ACN and over the next few minutes, I'm gonna share with you one of the best opportunities available anywhere, an opportunity that can improve the quality of your life by offering you the ability to earn more income and at the same time, give you more freedom in your life. |
| | But before I get started, I want to ask you a question. Knowing what you know today, looking back in time, were there any other opportunities that you missed out on, that you wish you would've taken advantage of? Now, I believe most of us would answer "yes." With that being said, this is one of those opportunities that you don't want to miss. |
| | Imagine an opportunity to participate in one of the largest and fastest-growing industries in the world. Now, what I'm referring to is the trillion-dollar telecommunications industry. Imagine being able to earn money by offering a better value on services that people use every day, services such as local and long-distance calling, high-speed internet, cell phones, satellite TV, and much more. Even better, imagine being positioned to be one of the first and a leader in the next big thing, a technology shift that will literally change the way people communicate. What I'm talking about is video phone communications – actually seeing the person you're talking to, not just hearing their voice. |
| | It's like something we only saw in a futuristic movie, and it's happening for real. What if you had a chance to go back in time and participate in the wireless boom or the internet boom at the very beginning? Well, over the next few minutes, I'm gonna share with you how to participate in the next big thing, and in doing so, by |

partnering with a company with a proven track record of success, and the name of that company is ACN.

ACN is an international telecommunications service provider. It started in the U.S. in January of 1993 and has grown into numerous countries in three continents. ACN has built itself to over a half a billion dollars in revenue and growing, acquired millions of customers, has been featured in *Inc. Magazine*, *Fortune Magazine*, *USA Today*, *Success Magazine*, and *Success From Home Magazine*. Since the time ACN has started, it has become the world's largest direct selling telecommunications service provider. ACN offers a wide and growing range of telecommunications services.

With ACN wireless, you can represent the top carriers, latest plans, and most popular equipment. With ACN local and long-distance calling, we can offer consumers a better choice and a lower cost. ACN also offers internet service, satellite tv, home security, digital phone service, and what we're most excited about, is video phone service. Not only does it cost less than cable or traditional phone service, but it offers you the ability to see the other person that you are talking to. ACN's video phone offers the latest state-of-the-art technology and all kinds of features. Now one day, everyone will have a videophone, and with ACN, you have an opportunity to be ahead of the curve.

One of the reasons for ACN's tremendous success is our competitive advantage. Unlike most service providers, ACN bypasses traditional forms of marketing. Most companies have to spend tens of millions of dollars and more on media advertising, telemarketing, and mass mailings to attract new customers and keep the ones they already have. ACN, instead, partners with individuals like yourself, and the result is a better value on services for customers, and a remarkable income-generating opportunity for you.

Every time you acquire a customer, or help an existing customer get an additional service, you earn a percentage of your customer's bill. Now, what I am talking about is residual income. Imagine getting paid over and over again by doing something just one time. Now, most people earn money through some form of salary, hourly or through commissions by trading their time for money. And if you don't work, you don't get paid. Now imagine getting paid like an actor, they film a movie or a commercial once, however, they get paid every time it airs. That is residual income.

And with ACN, you'll earn residual income in two ways. The first is personal residual income. You can earn as high as 10% on your

personal customers. The more customers you acquire over time, the more revenue is generated from your customers, and the more of a percentage you can earn. The second form of residual income is called overriding residual income. Introduce other people to the ACN opportunity and when they acquire customers, not only does their monthly residual income grow, so does yours.

Have you ever asked yourself how great it would be if you could duplicate yourself? Can you imagine how much more you could accomplish if there were more than one of you working together? That is called leveraging your time. When you introduce others to the ACN opportunity, you are literally leveraging your time, and ACN compensates you through seven levels of growth of your team.

So, what is a level? If you personally introduce someone to the business, and you directly sponsor them into ACN, those individuals would be considered your first level representatives. And if the representatives you personally introduced to ACN introduced someone else, those individuals would be considered your second level representatives, and so on, and so forth. Now, there is no limit to how many representatives you can have on each level, and there is no limit to how many customers each representative can have.

Now again, ACN pays you overriding residual income over seven levels, ranging from one quarter percent on your first level, to as high as ten percent on your seventh level.

Now the first question people ask is, "why does the company pay so much more on levels four, five, six, and seven, compared to the first three levels?" And the answer to that question is simple: as your team matures over time, you will always have more reps on your level four, five, six, and seven, than you will on levels one, two, and three. So the company pays you the most where ultimately the most customers will be coming in.

Let me give you an example. Let's say every representative including yourself introduced just two other people to the business. Look how your team grows. If you add it up, you have built a team of around 250 people.

So, let me give you an example of what you could earn. If you had a team that grew just like this, and each representative in this example acquired just 20 customers, you've just built a residual income of around 11,000 dollars a month. Now keep in mind that all the people in this example are going to be using these services anyway, and

9

ACN gives you the opportunity to redirect this revenue through your business.

Now I know for some people, 11,000 dollars a month isn't enough, and for other people it's more than they believe is possible. But regardless of the amount, here is the question I want you to ask yourself: can residual income enhance your life? Now, imagine one day having enough residual income to do what you want, when you want, every day is just another day, it doesn't matter if it's Monday or Saturday, because now you are in control of your time. Imagine having the freedom to pursue your favorite hobbies or to follow through with your dream. Residual income can offer just that.

Now, let's go back to the example. Let's say you set a goal to hit 11,000 dollars a month, and when you attempted it, you hit fifty percent of your mark. You still earn over 5,000 dollars a month. Let's say you hit ten percent of your goal. You would still earn a little over 1,000 dollars a month.

The question I want you to ask yourself is, whether it's 1,000 dollars a month or more in residual income, can that help most families? And I'm sure that everyone listening to this will agree that the answer is, "yes."

Long-term, you can build a large residual income for yourself. But between the time that you start, and the time that you get to the level of success that you're working towards, ACN has put together a compensation plan that rewards you for helping other representatives get started and accumulate customers. This is called Team-Customer Acquisition Bonuses. All income is earned based on everyone acquiring customers.

The plan is perfectly balanced. Initially, most of your income will come in the form of team customer acquisition bonuses, and the bonuses are from new representatives acquiring customers. So, while you are getting paid bonuses, your residual income is automatically growing.

You wanna get to the point where your residual income is so large, it surpasses the bonuses that you're earning. Now, with that being said, the next thing I want to cover is how to get started. Every representative gets started the same way: you can either fill out a paper representatives agreement, or sign up online, with a start-up cost of $499.

Now, when you get started, keep in mind: this is your own business. You don't work for the person who introduced you to ACN, and you're not an employee of ACN. You are an independent representative, and you work for yourself.

The value in partnering with ACN comes in the form of support. Like any business someone may own, there is always a lot of support and expense usually associated with it. However, with ACN's support, a lot of this has been eliminated for you so you can focus on building your business. For example, ACN handles all customer support, representative support, marketing, international expansion, and much, much more. All you have to do is focus on acquiring customers and building your team, and let ACN do the rest.

Now, when you first start, you're considered a Team Trainer, or "TT." And as a Team Trainer, everyone has a minimum requirement to get a few customers. Now when you do that, you're considered a qualified team trainer. As a Qualified Team Trainer, your first goal is to earn the position of Executive Team Trainer, or ETT. And earning this position is relatively simple. All you need to do is help two other people get started, and also become Qualified Team Trainers. Now when you hit this position at ACN, not only are you building your residual income, but at this level, you can start earning Team Customer Acquisition Bonuses of up to 3,000 dollars a month. As an Executive Team Trainer, you're just getting your business started.

Your next goal is to earn the level of Executive Team Leader, or "ETL." Now you earn this level by helping three people earn the position that you just did, Executive Team Trainer. And as an Executive Team Leader, you can earn up to 7,000 dollars a month in Team Customer Acquisition Bonuses.

Your next goal is to earn the position of Team Coordinator, or "TC." You can achieve this position by simply having three or more teams grow underneath you that have accumulated a certain amount of customers. This is when your business really starts to grow. At this level, you can earn team customer acquisition bonuses of up to 25,000 dollars a month and you're eligible for our annual retreat.

Next, you want to earn the Regional Director position or "RD." You can earn this position by having one person achieve Team Coordinator anywhere in three separate teams. In this level, you earn all TC compensation, plus RD compensation, for a total of up to 31,000 dollars a month in Team Customer Acquisition Bonuses, and you're eligible for an annual retreat.

Beyond this, you can earn the position of Regional Vice President, or "RVP." Now as you go up the plan, it just keeps getting better. As a Regional Vice President, you earn all TC compensation, all RD Compensation, plus RVP compensation. And one of the benefits of RVP is earning residual income beyond the seven levels that I showed you earlier. Now we all know if you build a team of seven levels, your team is probably going to grow to an eighth level, a ninth level, and beyond. You can also earn a car allowance of up to 2,000 dollars a month, you can qualify for an expense allowance of up to 4,000 dollars a month, and monthly team customer acquisition bonuses of up to 44,000 dollars in a single month, and you are eligible for an annual retreat.

The top position in ACN is Senior Vice President, or SVP, and again, it all accumulates. You earn all TC compensation, plus RVP compensation, and now, SVP Compensation, you get increased residual income on your entire organization, and at this level, you are also eligible for an annual retreat.

Now, I know when most people learn about the ACN opportunity, it's pretty hard not to see the potential and get excited about it. However, no matter how good an opportunity is, if you do the wrong things, you will not have the right results, and that is why ACN believes so strongly in providing the very best training and support possible. All you have to do is decide whether or not you want to be a part of ACN, and then get trained.

We offer training on exactly how to build your business from A to Z. We offer local, regional, and international training events. You may be in business for yourself, but never by yourself. If you're a success, we're a success.

The information that you just went over is meant to be a brief overview of the ACN opportunity. It is designed to give you enough information so you can decide whether the timing is right for you to pursue it. Please get with the person who shared this information with you, and let them know if (A) you'd like to try one of our services, and the latest technology, ACN's new video phone, or (B) if you'd like to know more about the opportunity, or (C) you're ready to get started. Thank you so much for your time, and take care.

**See Life's Moments: ACN's Video Phone**

Announcer:                    The road to life can take us places we never expected. The ACN Iris 5000 can help you get there. Share all of life's moments – face-to-face, anytime, anywhere. Invite out-of-town guests over to see your

new place. Real moments, in real time. Always on, always connected. No matter where you are, loved ones can now see life as you experience it. Unwrap surprises together, cheering along with the team, celebrating everyday moments.

Make distance obsolete by bringing the conversation up close and personal.  Even from across the street or across the globe. Whether it's talking fashion, catching up, or just saying, "I miss you," every call brings you closer. It's the moments we share with friends and family that connect us. It's those connections that ACN is all about. Admire a work of art. Let someone know you care. Or, just hang out with friends. Life moments you don't want to miss, and we want you to be there, face-to-face, anytime, anywhere. The ACN Iris 5000 Video Phone: say goodbye to long distances, and say hello to life without boundaries.


**SPOTLIGHTS ON SUCCESS**

[Transcripts of IBO testimonials not included.]


**Behind the Scenes at ACN**

On-Screen Text:

WELCOME TO YOUR PRIVATE, BEHIND THE SCENES TOUR

ACN'S WORLD HEADQUARTERS IS LOCATED JUST NORTH OF THE MAJOR FINANCIAL CENTER OF CHARLOTTE, NORTH CAROLINA

17 ACRES WITH OVER 140,000 SQUARE FEET OF OFFICE SPACE

STATE OF THE ART WORLD HEADQUARTERS

CENTRAL SUPPORT SYSTEM FOR NORTH AMERICA

MARKETING

EVENT PLANNING

CUSTOMER AND REPRESENTATIVE SERVICES

PRODUCT AND BUSINESS DEVELOPMENT

NETWORK OPERATIONS CENTER

RECORDING STUDIO AND TRANING CENTER

AND EVERYTHING ELSE YOU NEED TO HELP BUILD YOUR BUSINESS

ACN AROUND THE WORLD

AMSTERDAM NETHERLANDS

SYDNEY AUSTRALIA

MONTREAL CANADA

WROCLAW POLAND

AMAL SWEDEN

SEOUL SOUTH KOREA

UNPARALLELED SERVICE AND SUPPORT

SO YOU CAN BE IN BUSINESS FOR YOURSELF

BUT NEVER BY YOURSELF

### Commitment to Integrity

| | |
|---|---|
| On-Screen Text: | The members of the ACN Legal Advisory Committee represent and advise the Company, not its independent representatives or those considering an opportunity to become an independent representative. The following comments should not be interpreted as legal advice. You should make your own decision about whether the ACN opportunity is right for you. These comments are not intended to influence your decision and you should rely only on your own research when deciding whether to pursue the ACN opportunity. |
| On-Screen Text: | ACN's Commitment to Integrity |
| On-Screen Text: | ACN is a proud member, active participant and Board Member in the Direct Selling Association with a company-wide Commitment to Integrity. |
| Colleen Jones ("CJ"): | I am the Company's Global General Counsel, I am a Global Vice President and General Counsel of the company overall. So, I oversee |

|  | all of the many in-house professionals that we have here at the company, and I interface with the legal advisory committee, and I am responsible for all the company's legal matters on a day-to-day basis. |
|---|---|
| Robert Stephan ("RS") | I was formerly a judge of the district court for thirteen years in Wichita, Kansas, and then served as the Attorney General of the State of Kansas for sixteen years. |
| CJ | Jim Barker found me, I was over in London on a special project, and, um, we met, and we liked each other, and I met the founders, and I was very impressed by the founders. |
| RS | So, I got a telephone call from Robert Stephanowski, and he talked to me about being a legal consultant to ACN, and I said, "what kind of trouble are you in?" and he said, "we're not in any trouble, and we don't wanna be, and that's why want to have you on the board." |
| On-Screen Text: | Commitment |
| CJ | The Legal Advisory Committee has a very special role at ACN, they are a group of highly-experienced, highly-educated, and expert professionals in a very particular area of the law that of course greatly affects ACN every day, and that area is multi-level marketing, and consumer issues. |
| RS | The role of the legal advisory committee is to be aware of the consumer protection laws in the various jurisdictions, to examine the ACN business opportunity, and to make sure there is compliance with those laws. |
| On-Screen Text: | Integrity |
| CJ | Integrity is important for a number of reasons. Number one, uh, it's the founders personal code of behavior, and they demand that from the senior executives that guide the company's growth and affairs with them. Number two, it's important to them because they know that our independent representative group, and our employees, are the face of the company out in the business marketplace.  And so when we ask our independent representatives to step up to the same level of integrity standards that we ourselves honor, we're doing that because, number one, we believe that, but number two, we know that as our ambassadors out in the business community, they're the face of ACN, and if one of them, any one of them, acts without integrity, that's a reflection on ACN's integrity and we take that very seriously. |

| | |
|---|---|
| RS | Independent representatives come into the company and they expect the policies to be in conformity with consumer protection laws, because that will help ensure their prosperity in the future. |
| CJ | I think the beauty of the internet, which has brought many changes to ACN's business and the manner in which we communicate with, and contract with our independent representatives, is that it's pure free speech in its organic form. Anybody with a computer can get up and post anything they want. ACN is aware of the bad press that's out there on the internet, and we pretty much ignore it. |
| RS | I don't know of anyone or any company that, at times, won't have some negative statement made, and there isn't much you can do about that, but the record speaks for itself, and ACN has been very successful in complying with the law. A pyramid scheme is when you are paid to recruit others. And ACN is a customer acquisition company. And, as a result, it complies with consumer protection laws, and is not an illegal pyramid. |
| On-Screen Text: | Vision |
| RS | Well, I've been with the company about twelve years, and when I first started as a legal consultant, they were only in the United States, and, man, have they grown and grown and grown, and they're now in, I believe, twenty countries. |
| CJ | Despite its growth, the company has retained all the values that were present at its formation, and it's been a pleasure to be present to watch that, it's been an honor to participate and to have had a hand in guiding the growth of the company. |
| On-Screen Text: | ACN has been successfully providing services since 1993 in a growing number of countries of 4 continents around the world. |
| | ACN is a proud member, active participant and Board Member in the Direct Selling Association with a company-wide Commitment to Integrity. |
| On-Screen Text: | Colleen Jones<br>Global Vice President & ACN General Counsel |
| | ACN Full-Time Legal Counsel<br>Telecom Legal Strategist<br>Expert – Consumer Affairs |

| | |
|---|---|
| On-Screen<br>Text: | Robert Stephan<br>Former Attorney General – State of Kansas<br><br>ACN Legal Advisory Committee<br>Former President of the National Association of Attorneys General<br>Former judge for 13 years |
| On-Screen<br>Text: | Chris Gorman<br>Former Attorney General – State of Kentucky<br><br>Former County Commissioner<br>ACN Legal Advisory Committee<br>Expert – Direct Selling Regulations |
| On-Screen<br>Text: | Grant Woods<br>Former Attorney General – State of Arizona<br><br>Selected as Nation's Top Attorney General by peers in 1995<br>ACN Legal Advisory Committee<br>Expert – Consumer Affairs |
| On-Screen<br>Text: | William P McKeown<br>Former Federal Court Judge – Canada<br><br>ACN Legal Advisory Committee<br>Former Chairman of the Canadian Competition Tribunal<br>Supreme Court of Ontario Judge for 7 years |

**ACN on The Celebrity Apprentice**

| | |
|---|---|
| DJT | The telecommunications industry is a 1 trillion dollar industry. ACN does a half a billion dollars worth of sales a year. To my right are Greg and Tony from ACN, who will tell you what to do. |
| GP | We're very excited to be here, to have you help us introduce to the world the new ACN Video Phone. |
| TC | Your task is to launch this product to hundreds of ACN representatives. |
| GP | 500 salespeople from ACN are going to be judging you. |
| GP | Hello. |

17

| Contestant 1 | Hi. |
| --- | --- |
| TC | I'm Greg, nice to meet you. |
| Contestant 2 | We'd love to hear from you guys what kind of, you know, message you're trying to get across. |
| TC | What we would like is an exciting, high-energy launch of this product. |
| GP | Why would I want to have this product in my home? How much emotional appeal can you draw into this presentation? |
| | The men's team, it seemed like they were very engaged with what we were trying to accomplish as a company, and so I think that they are going to be on the right track. |
| | I think that the girls were very well organized. It was very obvious that they had done some research on our company. We know that the future is bigger and brighter with this Video Phone technology, which we believe is going to be the next major revolution in communications. |
| Contestant 3 | I've got a blue shell light |
| Contestant 4 | Here we go. |
| Male Actor in Women's Commercial: | Bye… I love you… Bye… I gotta go. |
| Female Actor in Women's Commercial: | Bye |
| Male Actor in Commercial: | To me, to serve in the military is to express my patriotism for my country and how proud I am to be an American. This product will allow me to, not only hear my family and friends, but also see them, up close and personal. |
| Female Actor in Commercial: | Hi, baby. |
| Contestant | C'mon and help me welcome to the stage Mr. Brian McKnight. |

| | |
|---|---|
| Brian McKnight | C'mon now, yeah, yeah, everybody now, oh… |
| DJT | Wasn't even close. The men, absolutely, easily defeated the women. Claudia, I believe you have an amazing future, I think you're totally beautiful, you're gonna be a big star, but I'm sorry, Claudia, you're fired. |

### Experience the Excitement of ACN's Events

| | |
|---|---|
| On-Screen Text: | ARE YOU READY |
| | TO BE INSPIRED |
| | MOTIVATED |
| | MENTORED |
| | ARE YOU READY |
| | TO NETWORK |
| | BUILD RELATIONSHIPS |
| | GROW YOUR BUSINESS |
| | ACN |
| | INTERNATIONAL |
| | TRAINING EVENTS |
| Speaker: | This could be the weekend of dramatic change for you. |
| Speaker: | This is your chance to change your life. |
| Speaker: | These events will be your greatest tools in allowing people to see the big picture of ACN. |
| Speaker: | So many great things are gonna happen. |
| Speaker: | You guys excited? |
| On-Screen Text: | ARE YOU EXCITED? |

| | |
|---|---|
| Speaker: | There's no better time to be in ACN than right now. |
| On-Screen Text: | RIGHT HERE |
| | RIGHT NOW |
| Speaker: | Right now's the time to make a difference. |
| Donald J. Trump: | You have all of the basics to be an unbelievable company well into the future. |
| Speaker: | Your life can go from tragic to magic in a short period of time. |
| Speaker: | You're a champion. This is a blessed company, we're blessed people. You deserve to win in ACN. |
| On-Screen Text: | YOU DESERVE |
| | TO WIN! |
| Speaker: | We're looking for people that wanna change their lives. |
| Speaker: | Who's gonna be committed, and who's gonna step up and say, this is mine, and I'm gonna take it. |
| Speaker: | We're in this game to win, that's all there is to it. And we're gonna win, and you have to have that same attitude. |
| On-Screen Text: | ARE YOU READY TO WIN? |
| Speaker: | Today we're over a half a billion dollars in annual revenue, going to a billion and two and three and four and five. |
| Speaker: | Are we afraid of competition? We have no competition There is no other company like ACN. |
| Speaker: | You know what? This is a business that crosses cultures, race, religion. We have an opportunity to bring the world together, and more people should learn from us. |
| On-Screen Text: | UNITED STATES CANADA AUSTRIA BELGIUM |

|  | DENMARK |
|---|---|
|  | FRANCE |
|  | GERMANY |
|  | IRELAND |
|  | ITALY |
|  | NETHERLANDS |
|  | NORWAY |
|  | PORTUGAL |
|  | POLAND |
|  | SPAIN |
|  | SWEDEN |
|  | UNITED KINGDOM |
|  | FINLAND |
|  | NEW ZEALAND |
|  | AUSTRALIA |
| Speaker: | You know things are happening, you know the company is growing and going. |
| Speaker: | We are now the largest direct-selling telecommunications company in the world. |
| On-Screen Text: | LOCAL & LONG DISTANCE WITH HIGH SPEED INTERNET |
|  | DIGITAL PHONE SERVICE WITH HIGH SPEED INTERNET |
|  | VIDEO PHONE WIRELESS HOME SECURITY SATELLITE TV ENERGY |
| Speaker: | Go live your dreams, that's why we created ACN. |
| Speaker: | I recommend ACN very highly. |
| Speaker: | This is a great time to be in an organization like this… |
| Speaker: | You came here to change our lives, change our future, change our world. |
| Speaker: | Nobody has the right to define you but you. |
| Speaker: | Think about that thing that used to be a "should" and now is a "must" |

| | |
|---|---|
| Speaker: | When you get to the end of your life you're gonna be able to able to say I made a difference and that's what it's all about. |
| Speaker: | I will see you, and yes, I really do mean *you*. Not just at the top, I'm gonna see you over the top. |
| Speaker: | You guys, it's here, it's laying at your front door. Wuit praying, it's here, the opportunity is here. |
| On-Screen Text: | THE OPPORTUNITY IS HERE |
| Speaker: | Are you ready to make a difference? Are you ready to make some huge income? you need to start living the life that you deserve right now. |
| Speaker: | This is it. |
| On-Screen Text: | CHANGE YOUR LIFE

RIGHT NOW |
| Crowd: | ACN! ACN! ACN! ACN! [repeats] |