# EXHIBIT 2A

