# EXHIBIT 2B

