# EXHIBIT 2C


acninc.com

  

**start your home-based business today**
**marketing essential services people use every day**





energy

home security

satellite tv

home phone service

wireless

and more...





# home-based business

## Build a successful business of your very own

**Life's essentials**
Offer the services people use every day

**Residual income**
The more customers you acquire, the more you earn – if it's on, you get paid

**Total support**
In business for yourself, but never by yourself

