# EXHIBIT 2-T

**EXHIBIT 2-T**

**Transcript**

U.S. Version 5.1, OppDsc_RP_P_061011

ACN Opportunity Disc

**Exhibit 2A**

**Audio Clip**

| | |
|---|---|
| Announcer: | It's happening right now. In millions of homes and businesses around the world, someone is surfing the internet, heating their home, or turning on a light. Someone is sending a text message, watching TV, cooking breakfast, and someone is most definitely making a phone call. Just imagine if you got paid because someone did any of those things. |
| | These essential services represent the largest and fastest growing industries in the world, exceeding 1.75 trillion dollars annually. And now, you can be a part of it. |
| | How is this possible? Well, most service providers spend millions of dollars on traditional advertising to attract new customers and to try to keep the ones they already have. ACN, instead, works with people just like you to go direct to the customer, eliminating the high costs of advertising, and the result is more choices for consumers, and a remarkable business opportunity for you. Through ACN, you can build a successful business of your very own by offering people an alternative on the services they are using anyway. |
| | ACN has attracted attention in very high places and among the world's most successful business leaders. One such leader is billionaire entrepreneur Donald J. Trump, who has built his career on recognizing, and taking advantage of, exceptional opportunities when he sees them. |
| Donald J. Trump ("DJT"): | ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be part of it. |
| Announcer: | Founded in 1993, ACN has grown to 23 countries on four continents, with offices throughout North America, Europe, Asia, and the Pacific, creating a solid foundation that will stand the test of time. ACN was a pioneer in capitalizing on the deregulation of |

1

the telecommunications industry, and today, we are the largest direct seller of telecommunication and home services in the world.

Now, we are in a position to do the same thing in the emerging deregulation of energy services, which is nearly 600 billion dollars in North America, creating a modern-day gold rush.

The excitement around ACN is spreading, and the world is taking notice. After personal invitations from Donald J. Trump himself, ACN was featured on two episodes of *The Celebrity Apprentice*, NBC's hit reality television show in 2009 and again in 2011. ACN continues to grow by providing more choices on the essential services millions of consumers already use, and will continue to use every single day. Essential services such as phone service and video phone, where you can see the person you're talking to, plus wireless, high speed internet, gas and electricity, satellite TV, home security, and computer support. Everyone uses at least one or more of these services. In fact, these are the services people simply won't live without.

So, what does all of this mean for you? It means an opportunity for you to own your very own business, with the total support of ACN behind you every step of the way. For starters, ACN has developed and will provide, host, and maintain, your very own personalized website. Where you can direct people to go and shop for all their essential services. Every time someone becomes a customer of these essential services, through your personal website, and pays for their monthly services, you get paid, month after month, year after year, for as long as they remain on the ACN service. But that's just the beginning, the time is now. Do not miss your chance to work with the leader in providing essential services: A proven giant positioning you for success and the next big opportunity.

Turn this disk over and place it in your DVD player to learn more about ACN, including how you can get paid residual income by marketing the essential services people use every day.

### Exhibit 2B

### Earnings Statement

On-Screen Text:

Product and service availability will vary based on geographic location. For more information on ACN's exciting products and services visit our website at www.acninc.com. Personal stories are

2

shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

### The ACN Home-Based Business

Announcer:

It's happening right now. In millions of homes and businesses around the world, someone is surfing the internet, heating their home, or turning on a light. Someone is sending a text message, watching tv, cooking breakfast, and someone is most definitely making a phone call.

Just imagine if you got paid because someone did any of those things. These essential services represent the largest and fastest growing industries in the world, exceeding 1.75 trillion dollars annually. And now, you can be a part of it. How is this possible?

Well, most service providers spend millions of dollars on traditional advertising to attract new customers and to try to keep the ones they already have. ACN, instead, works with people just like you to go direct to the customer, eliminating the high costs of advertising, and the result is more choices for consumers, and a remarkable business opportunity for you.

Through ACN, you can build a successful business of your very own by offering people an alternative on the services they are using anyway. ACN has attracted attention in very high places and among the world's most successful business leaders. One such leader is billionaire entrepreneur Donald J. Trump, who has built his career on recognizing and taking advantage of exceptional opportunities when he sees them.

Donald J. Trump ("DJT"):

ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be part of it.

Announcer:

Founded in 1993, ACN has grown to 23 countries on four continents, with offices throughout North America, Europe, Asia, and the Pacific, creating a solid foundation that will stand the test of time. Our success has been profiled in *USA Today, Success Magazine, US Business Review, Fortune Magazine,* and *Success From Home Magazine*.

*Inc. Magazine* ranked ACN the 22nd fastest growing company in North America, within our first five years of business. ACN was a pioneer in capitalizing on the deregulation of the telecommunications industry, and today, we are the largest direct seller of telecommunication and home services in the world.

Now, we are in a position to do the same thing in the emerging deregulation of energy services, which is nearly 600 billion dollars in North America, creating a modern-day gold rush. The excitement around ACN is spreading, and the world is taking notice.

After personal invitations from Donald J. Trump himself, ACN was featured on two episodes of *The Celebrity Apprentice*, NBC's hit reality television show, in 2009, and again in 2011.

ACN continues to grow by providing more choices on the essential services millions of consumers already use, and will continue to use every single day. Essential services such as phone services and video phone, where you can see the person you're talking to, plus wireless, high speed internet, gas and electricity, satellite TV, home security, and computer support. Everyone uses at least one or more of these services. In fact, these are the services people simply won't live without.

So, what does all of this mean for you? It means an opportunity for you to own your very own business, with the total support of ACN behind you every step of the way. For starters, ACN has developed, and will provide, host, and maintain, your very own personalized website. Where you can direct people to go and shop for all their essential services.

One key component to our winning business model is how you get paid. At ACN, you can earn residual income. Every time someone becomes a customer of these essential services, through your personal website, and pays for their monthly services, you get paid, month after month, year after year, for as long as they remain on the ACN service. And, every time you acquire a new customer or help an existing customer add a new service, you give yourself a raise.

But that's just the beginning, introduce others to ACN, show them how to get customers through their own personal website, and as their customers use ACN's services, not only does their monthly residual income grow, so does yours. There is no limit to the number of customers you can acquire, and no limit to the number

4

|   | of people you can introduce to ACN. At ACN, if it's on, you get paid. It's really that simple. |
|---|---|
| DJT: | You have a great opportunity before you at ACN without any of the risks most entrepreneurs have to take. You have the ability to market breakthrough technology before it hits the critical mass. I've experienced the opportunity that exists when you're able to jump ahead of the curve, and ACN gives you that opportunity. Believe me, it's ultimately a dream come true. |
| Announcer: | The time is now. Do not miss your chance to work with the leader in providing essential services: ACN, a proven giant positioning you for success and the next big opportunity. |
| DJT: | I've found there are two types of people. Those who take action and those who let opportunity pass them by. Which one are you? |

**ACN Business Presentation**

| On-screen message | Success as an ACN representative is not guaranteed, but rather influenced by an individual's specific efforts. Individual results will vary. Bonuses are promotional and are earned monthly based on the number of new Team Trainers who acquire the minimum required customers within their first 30 days. For complete details, please see ACN's Compensation Plan overview. No compensation is earned at ACN unless customers are acquired. |
|---|---|
| Tony Cupisz ("TC"): | Hello, my name is Tony Cupisz, I'm one of the co-founders of ACN, and over the next few minutes, I'm gonna share with you one of the best opportunities available anywhere, an opportunity that can improve the quality of your life by offering you the ability to earn more income, and at the same time, give you more freedom in your life. |
|  | But before I get started, I want to ask you a question. Knowing what you know today, looking back in time, were there any other opportunities that you missed out on, that you wish you would've taken advantage of? Now, I believe most of us would answer "yes". With that being said, this is one of those opportunities that you don't want to miss. |
|  | Imagine an opportunity to participate in one of the largest and fastest-growing industries in the world. Now, what I'm referring to is the trillion-dollar telecommunications industry. Imagine being |

able to earn money by offering a better value on services that people use every day, services such as local and long-distance calling, high-speed internet, cell phones, satellite TV, and much more. Even better, imagine being positioned to be one of the first and a leader in the next big thing, a technology shift that will literally change the way people communicate. What I'm talking about is video phone communications – actually seeing the person you're talking to, not just hearing their voice.

It's like something we only saw in a futuristic movie, and it's happening for real. What if you had a chance to go back in time and participate in the wireless boom or the internet boom at the very beginning? Well, over the next few minutes, I'm gonna share with you how to participate in the next big thing, and in doing so, by partnering with a company with a proven track record of success. And the name of that company is ACN.

ACN is an international telecommunications and home service provider. It started in the United States in January of 1993 and has grown into numerous countries in four continents. ACN has built itself to over half a billion dollars in revenue and growing, acquired millions of customers, has been featured in *Inc. Magazine*, *Fortune Magazine*, *USA Today*, *Success Magazine*, *Success From Home Magazine,* and has appeared on the hit reality show *The Celebrity apprentice* in 2009, and again in 2011. Since the time ACN has started, it has become the world's largest direct selling telecommunications service provider. ACN offers a wide and growing range of telecommunications services.

With ACN wireless, you can represent the top carriers, latest plans, and most popular equipment. With ACN local and long-distance calling, we can offer consumers a better choice and a lower cost. ACN also offers internet service, satellite tv, home security, digital phone service, computer support, energy service, and what we're really excited about is video phone service, which offers you the ability to see the other person that you're talking to.

One of the reasons for ACN's tremendous success is our competitive advantage. Unlike most service providers, ACN bypasses traditional forms of marketing. Most companies have to spend tens of millions of dollars and more on media advertising, telemarketing, and mass mailings to attract new customers and keep the ones they already have. ACN, instead, partners with individuals like yourself, and the result is a better value on services to customers, and a remarkable income-generating opportunity for you.

Every time you acquire a customer, or help an existing customer get an additional service, you earn a percentage of your customer's bill. Now, what I am talking about is residual income. Imagine getting paid over and over again by doing something just one time. Now, most people earn money through some form of salary, hourly, or through commissions, by trading their time for money. And if you don't work, you don't get paid. Now imagine getting paid like an actor, they film a movie or a commercial once, however, they get paid every time it airs. That is residual income.

And with ACN, you earn residual income in two ways. The first is personal residual income. You can earn as high as 10% on your personal customers. The more customers you acquire over time, the more revenue is generated from your customers, and the more of a percentage you can earn. The second form of residual income is called overriding residual income. Introduce other people to the ACN opportunity, and when they acquire customers, not only does their monthly residual income grow, so does yours.

Have you ever asked yourself how great it would be if you could duplicate yourself? Can you imagine how much more you could accomplish if there were more than one of you working together? That is called leveraging your time. When you introduce others to the ACN opportunity, you are literally leveraging your time, and ACN compensates you through seven levels of growth of your team.

So, what is a level? If you personally introduce someone to the business, and you directly sponsor them into ACN, those individuals would be considered your first level representatives. And if the representatives you personally introduced to ACN introduced someone else, those individuals would be considered your second level representatives, and so on, and so forth. Now, there is no limit to how many representatives you can have on each level, and there is no limit to how many customers each representative can have.

Now again, ACN pays you overriding residual income through seven levels, ranging from one quarter percent on your first level, to as high as eight percent on your seventh level.

Now, the first question people ask is, "why does the company pay so much more on levels four, five, six, and seven, compared to the first three levels?" And the answer to that question is simple: as your team matures over time, you will always have more reps on

your level four, five, six, and seven, than you will on levels one, two, and three. So the company pays you the most where ultimately the most customers will be coming in.

Let me give you an example. Let's say every representative including yourself, introduced just two other people to the business. Look how your team grows. If you add it up, you have built a team of around 250 people.

So, let me give you an example of what you could earn. If you had a team that grew just like this, and each representative in this example acquired customers totally ten services, with an average monthly bill of 40 dollars, you've just built yourself a residual income of around 5,800 dollars a month. Now, keep in mind that all the people in this example are going to use these services anyway, and ACN gives you the opportunity to redirect this revenue through your business.

Now I know for some people, 5,800 dollars a month isn't enough, and for other people, it's more than they believe is possible. But regardless of the amount, here is the question I want you to ask yourself: Can residual income enhance your life?

Now, imagine one day having enough residual income to do what you want, when you want, every day is just another day, it doesn't matter if it's Monday or Saturday, because now you are in control of your time. Imagine having the freedom to pursue your favorite hobbies, or to follow through with your dream. Residual income can offer just that.

Long-term, you can build a large residual income for yourself. But between the time that you start, and the time that you get to the level of success that you're working towards, ACN has put together a compensation plan that rewards you for helping other representatives get started and accumulate customers. This is called Team Customer Acquisition Bonuses. All income is earned based on everyone acquiring customers.

Now, with that being said, the next thing I'd like to cover is how to get started. Every representative gets started the same way: you can either fill out a paper representatives agreement, or sign up online, with a start-up cost of $499. Now, when you get started, keep in mind: this is your own business. You don't work for the person who introduced you to ACN, and you're not an employee of ACN. You are an independent representative, and you work for yourself.

8

The value in partnering with ACN comes in the form of support. Like any business someone may own, there is always a lot of support and expense usually associated with it. However, with ACN's support, a lot of this has been eliminated for you so you can focus on building your business. For example, ACN handles all customer support, representative support, marketing, international expansion, and much, much more. All you have to do is focus on acquiring customers and building your team, and let ACN do the rest.

Now, when you first start, you're considered a Team Trainer, or "TT." And as a Team Trainer, everyone has a minimum requirement to get a few customers. Now when you do that, you're considered a Qualified Team Trainer. Now, as a Qualified Team Trainer, your first goal is to earn the position of Executive Team Trainer, or "ETT." And earning this position is relatively simple. All you need to do is acquire a certain amount of customers and help two other people get started that also become Qualified Team Trainers. Now, at this level, you can start earning Team Customer Acquisition Bonuses of up to $3,000 a month. As an Executive Team Trainer, you're just getting your business started.

Your next goal is to earn the level of Executive Team Leader, or "ETL." Now, you earn this level by helping three people earn the position that you just did, Executive Team Trainer. And as an Executive Team Leader, you can earn up to $7,000 a month in Team Customer Acquisition Bonuses.

Your next goal is to earn the position of Team Coordinator, or "TC." You can achieve this position by simply having three or more teams grow underneath you that have accumulated a certain amount of customers. This is when your business really starts to grow. At this level, you can earn team customer acquisition bonuses of up to $25,000 a month, and you're eligible for an annual retreat.

Next, you want to earn the Regional Director position or "RD." You can earn this position by having one person achieve Team Coordinator anywhere in three separate teams. At this level, you earn all TC compensation, plus RD compensation, for a total of up to $31,000 a month in Team Customer Acquisition Bonuses, and you're eligible for an annual retreat.

Beyond this, you can earn the position of Regional Vice President, or "RVP." Now, as you go up the plan, it just keeps getting better.

9

As a Regional Vice President, you earn all TC compensation, plus RVP compensation. And one of the benefits of a RVP is earning residual income beyond the seven levels that I showed you earlier. Now we all know that if you build a team of seven levels, your team is probably going to grow to an eighth level, a ninth level, and beyond.

The top position in ACN is Senior Vice President, or SVP, and again, it all accumulates. You earn all TC compensation, plus RVP compensation, and now, SVP compensation. You get increased residual income on your entire organization, and at this level, you are also eligible for an annual retreat.

The plan is perfectly balanced. Initially, most of your income will come in the form of team customer acquisition bonuses. And the bonuses are from new representatives acquiring customers. So while you are getting paid bonuses, your residual income is automatically growing. You want to get to the point when your residual income is so large, it surpasses the bonuses you're earning.

Now, I know when most people learn about the ACN opportunity, it's pretty hard not to see the potential and get excited about it. However, no matter how good an opportunity is, if you do the wrong things, you will not have the right results, and that is why ACN believes so strongly in providing the very best training and support possible. All you have to do is decide whether or not you want to be a part of ACN, and then get trained. We offer training on exactly how to build your business from A to Z. We offer local, regional, and international training events. You may be in business for yourself, but never by yourself. If you're a success, we're a success.

The information that you just went over is meant to be a brief overview of the ACN opportunity. It is designed to get you enough information so you can decide whether the timing is right for you to pursue it. Please get with the person who shared this information with you, and let them know if (a) you'd like to try one of our services, and the latest technology, ACN's new video phone, or (b) if you'd like to know more about the opportunity, or (c) you are ready to get started. Thank you so much for your time, and take care.

## SPOTLIGHTS ON SUCCESS

[Transcripts of IBO testimonials not included.]

10

**ACN and Donald J. Trump**

| | |
|---|---|
| Announcer | ACN continues writing history with its partner in success, multibillionaire entrepreneur Donald J. Trump. In 2006, ACN made network marketing history when it received a personal endorsement of Mr. Trump, a world-renowned businessman, best-selling author, and the executive producer of hit reality shows *The Apprentice* and *The Celebrity Apprentice*. |

Since then, Mr. Trump has continued to praise the company, its co-founders, and home-based business opportunity, making numerous appearances from the ACN stage, and taking time to meet with many of ACN's representatives. He was featured in *Success Magazine* with ACN in 2008, as well as in three issues of *Success From Home Magazine*. In short, Mr. Trump is more than just an endorser of ACN, he has become a friend of ACN, and has developed an excellent relationship with ACN co-founders.

Donald J.
Trump
("DJT"):

When evaluating a business opportunity, people need to look for strong leadership, a solid track record, success stories, a strong product people really need and want, and a clear plan for the future. ACN has all of these things.

Announcer:

In 2009, Mr. Trump personally invited ACN to be a featured company on *The Celebrity Apprentice*. That spring, ACN appeared on the show in one of the highest-rated episodes of the series.

So when Mr. Trump invited ACN back on the show for the 2011 season, ACN jumped at the primetime opportunity. On its second appearance on *The Celebrity Apprentice*, ACN was featured for two solid hours. The celebrities were asked to create a thirty-second commercial showcasing ACN's home-based business opportunity and its revolutionary videophone, drawing more than ten million viewers, making it one of the highest-rated episodes of the season, for a second time. ACN's appearance, not once, but twice on the landmark episode was a first in the direct-sales industry, and a history-making experience for the company.

DJT:

I've been working with ACN for a few years now. Since that time, I've developed a great relationship with ACN, and the more I learn about them, the more I like and respect them. I

see incredible potential in the things they're doing now, and they are planning in the future.

Announcer:  There's never been a better time for you to learn more about ACN, its products, or its home-based business opportunity. Donald J. Trump is making history with a company he believes in, and the exciting thing is, you can, too.

## Power Your World with Energy

Announcer  ACN now connects your business to the world in an all new way, with energy! Think of everything that uses energy, from kitchen essentials, to home lighting, from the laundry room to the home office. There is an extraordinary opportunity to earn residual income by offering energy. If it's on, you get paid.

Deregulation has taken the power out of the hands of the giant monopolies. This provides an environment for ACN entrepreneurs to participate in one of the largest service markets that virtually everyone buys from.

And, there are more than 100 million households in the United States using one or more energy-hungry devices. That usage is expected to triple over the next two decades. Just imagine the impact on your ACN business by offering energy in the select energy markets offered through ACN. Every time someone you know turns on a switch, charges a wireless phone, checks emails, watches TV, protects their family, or makes a phone call- If it's on, you get paid additional income on the power they use. And, bundled with ACN services, it's like getting paid twice. What better way to spark your ACN home-based business than with energy?

For nearly two decades, ACN's home-based business opportunity has changed the lives of countless individuals, without the high up-front costs of owning a traditional business. Capitalize on the enormous opportunity of the 500 billion dollar energy market, so you can have the financial freedom to do the things you love the most.

Energy: unlimited earning potential in a service everyone is already using. It's simple to understand: If it's on, you get paid.

**See Life's Moments – ACN's Video Phone**

| Announcer | The road to life can take us places we never expected. The ACN Iris 5000 can help you get there. Share all of life's moments – face-to-face, anytime, anywhere. Invite out-of-town guests over to see your new place. Real moments, in real time. Always on, always connected. No matter where you are, loved ones can now see life as you experience it. Unwrap surprises together, cheering along with the team, celebrating everyday moments. |

Make distance obsolete by bringing the conversation up close and personal.  Even from across the street or across the globe. Whether it's talking fashion, catching up, or just saying, "I miss you," every call brings you closer. It's the moments we share with friends and family that connect us. It's those connections that ACN is all about. Admire a work of art. Let someone know you care. Or, just hang out with friends. Life moments you don't want to miss, and we want you to be there, face-to-face, anytime, anywhere. The ACN Iris 5000 Video Phone: say goodbye to long distances, and say hello to life without boundaries.

**Behind the Scenes at ACN**

On-Screen Text:

WELCOME TO YOUR PRIVATE, BEHIND THE SCENES TOUR

ACN'S WORLD HEADQUARTERS IS LOCATED JUST NORTH OF THE MAJOR FINANCIAL CENTER OF CHARLOTTE, NORTH CAROLINA

17 ACRES WITH OVER 140,000 SQUARE FEET OF OFFICE SPACE

STATE OF THE ART WORLD HEADQUARTERS

CENTRAL SUPPORT SYSTEM FOR NORTH AMERICA

MARKETING

EVENT PLANNING

CUSTOMER AND REPRESENTATIVE SERVICES

PRODUCT AND BUSINESS DEVELOPMENT

NETWORK OPERATIONS CENTER

RECORDING STUDIO AND TRANING CENTER

AND EVERYTHING ELSE YOU NEED TO HELP BUILD YOUR BUSINESS

ACN AROUND THE WORLD

AMSTERDAM NETHERLANDS

SYDNEY AUSTRALIA

MONTREAL CANADA

WROCLAW POLAND

AMAL SWEDEN

SEOUL SOUTH KOREA

UNPARALLELED SERVICE AND SUPPORT

SO YOU CAN BE IN BUSINESS FOR YOURSELF

BUT NEVER BY YOURSELF

**Commitment to Integrity**

On-Screen
Text:

The members of the ACN Legal Advisory Committee represent and advise the Company, not its independent representatives or those considering an opportunity to become an independent representative. The following comments should not be interpreted as legal advice. You should make your own decision about whether the ACN opportunity is right for you. These comments are not intended to influence your decision and you should rely only on your own research when deciding whether to pursue the ACN opportunity.

On-Screen
Text:

ACN's Commitment to Integrity

14

| | |
|---|---|
| On-Screen Text: | ACN is a proud member, active participant and Board Member in the Direct Selling Association with a company-wide Commitment to Integrity. |
| Colleen Jones ("CJ"): | I am the Company's Global General Counsel, I am a Global Vice President and General Counsel of the company overall. So, I oversee all of the many in-house professionals that we have here at the company, and I interface with the legal advisory committee, and I am responsible for all the company's legal matters on a day-to-day basis. |
| Robert Stephan ("RS"): CJ | I was formerly a judge of the district court for thirteen years in Wichita, Kansas, and then served as the Attorney General of the State of Kansas for sixteen years. Jim Barker found me, I was over in London on a special project, and, uh, we met, and we liked each other, and I met the founders, I was very impressed by the founders. |
| RS: | So, I got a telephone call from Robert Stephanowski, and he talked to me about being a legal consultant to ACN, and I said, "what kind of trouble are you in?" and he said, "we're not in any trouble, and we don't wanna be, and that's why want to have you on the board." |
| On-Screen Text: | Commitment |
| CJ: | The Legal Advisory Committee has a very special role at ACN, they are a group of highly-experienced, highly-educated and expert professionals in a very particular area of the law that of course greatly affects ACN every day, and that area is multi-level marketing, and consumer issues. |
| RS: | The role of the legal advisory committee is to be aware of the consumer protection laws in the various jurisdictions, to examine the ACN business opportunity, and to make sure there is compliance with those laws. |
| On-Screen Text: | Integrity |
| RJ: | Integrity is important for a number of reasons. Number one, it's the founders personal code of behavior, and they demand that from the senior executives that guide the company's growth and affairs with them. |

Number two, it's important to them because they know that our independent representative group, and our employees, are the face of the company out in the business marketplace.  And so when we ask our independent representatives to step up to the same level of integrity standards that we ourselves honor, we're doing that because, number one, we believe that, but number two, we know that as our ambassadors out in the business community, they're the face of ACN, and if one of them, any one of them, acts without integrity, that's a reflection on ACN's integrity and we take that very seriously.

RS:              Independent representatives come into the company and they expect the policies to be in conformity with consumer protection laws, because that will help ensure their prosperity in the future.

CJ:              I think the beauty of the internet, which has brought many changes to ACN's business and the manner in which we communicate with, and contract with our independent representatives, is that it is pure free speech in its organic form. Anybody with a computer can get up and post anything they want. ACN is aware of the bad press that's out there on the internet, and we pretty much ignore it.

RS:              I don't know of anyone or any company that, at times won't, have some negative statement made, and there isn't much you can do about that, but the record speaks for itself, and ACN has been very successful in complying with the law. A pyramid scheme is when you are paid to recruit others. And ACN is a customer acquisition company. And, as a result, it complies with consumer protection laws, and is not an illegal pyramid.

On-Screen        Vision
Text:

RS:              Well, I've been with the company about twelve years, and when I first started as a legal consultant, they were only in the United States, and, man, have they grown and grown and grown, and they're now in, I believe, twenty countries.

CJ:              Despite its growth, the company has retained all the values that were present at its formation, and it's been a pleasure to be present to watch that, it's been an honor to participate and to have had hand in guiding the growth of the company.

16

On-Screen
Text:

ACN has been successfully providing services since 1993 in a growing number of countries of 4 continents around the world.

ACN is a proud member, active participant and Board Member in the Direct Selling Association.

### Experience the Excitement of ACN's Events

On-Screen
Text:

ARE YOU READY

TO BE INSPIRED

MOTIVATED

MENTORED

ARE YOU READY

TO NETWORK

BUILD RELATIONSHIPS

GROW YOUR BUSINESS

ACN
INTERNATIONAL
TRAINING EVENTS

Speaker:                This could be the weekend of dramatic change for you.

Speaker:                This is your chance to change your life.

Speaker:                These events will be your greatest tools in allowing people to see the big picture of ACN.

Speaker:                So many great things are gonna happen.

Speaker:                You guys excited?

On-Screen
Text:                     ARE YOU EXCITED?

Speaker:                There's no better time to be in ACN than right now.

| | |
|---|---|
| On-Screen Text: | RIGHT HERE |
| | RIGHT NOW |
| Speaker: | Right now's the time to make a difference. |
| Donald J. Trump: | You have all of the basics to be an unbelievable company well into the future. |
| Speaker: | Your life can go from tragic to magic in a short period of time. |
| Speaker: | We're looking for people that wanna change their lives. |
| Speaker: | Who's gonna be committed, and who's gonna step up and say, this is mine, and I'm gonna take it. |
| Speaker: | We're in this game to win, that's all there is to it. And we're gonna win, and you have to have that same attitude. |
| On-Screen Text: | ARE YOU READY TO WIN? |
| Speaker: | Today we're over a half a billion dollars in annual revenue, going to a billion and two and three and four and five… |
| Speaker: | Are we afraid of competition? We have no competition. There is no other company like ACN. |
| Speaker: | You know what? This is a business that crosses cultures, race, religion. We have an opportunity to bring the world together, and more people should learn from us. |
| On-Screen Text: | UNITED STATES<br>CANADA<br>AUSTRIA<br>BELGIUM<br>DENMARK<br>FRANCE<br>GERMANY<br>IRELAND<br>ITALY<br>NETHERLANDS<br>NORWAY<br>PORTUGAL<br>POLAND |

18

|  | SPAIN |
|---|---|
|  | SWEDEN |
|  | SWITZERLAND |
|  | UNITED KINGDOM |
|  | FINLAND |
|  | NEW ZEALAND |
|  | AUSTRALIA |
|  | SOUTH KOREA |
|  | CZECH REPUBLIC |
|  | HUNGARY |

Speaker:              You know things are happening, you know the company is growing and going.

Speaker:              We are now the largest direct-selling telecommunications company in the world.

On-Screen Text:       COMMUNICATION SERVICES…

Digital Phone Service
Video Phone
Local & Long Distance
High Speed Internet
WiMAX
Wireless
Mobile App

HOME SERVICES…

Satellite TV
Home Security
Computer Support
Energy

BUSINESS SERVICES…

ACN DigitalTalk
Satellite TV for Business
Computer Support
Energy
Long Distance

Speaker:              Go live your dreams, that's why we created ACN.

Speaker               I think that you are right at the very top of all the direct marketing companies in the world. You know that, don't you?

| | |
|---|---|
| Speaker: | This is a great time to be in an organization like this. |
| Speaker: | You came here to change our lives, change our future, change our world. |
| Speaker: | Nobody has the right to define you but you. |
| Speaker: | The ACN business is crucial, not just for yourself, not just for your friends, but for this country, and for the world. |
| Speaker: | Think about that thing that used to be a "should," and now is a "must." |
| Speaker: | I would never, ever tell you "I hope you do great things with your life", I'm expecting it. |
| Speaker: | When you get to the end of your life, you're gonna be able to able to say I made a difference and that's what it's all about. |
| Speaker: | I will see you, and yes, I really do mean *you*. Not just at the top, I'm gonna see you over the top. |
| Speaker: | You got it, it's here, it's laying at your front door. Quit praying, it's here, the opportunity is here. |
| On-Screen Text: | THE OPPORTUNITY IS HERE |
| Speaker: | Are you ready to make a difference? Are you ready to make some huge income? You need to start living the life that you deserve right now. |
| Speaker: | This is it. |
| On-Screen Text: | CHANGE YOUR LIFE<br><br>RIGHT NOW |
| Crowd: | ACN! ACN! ACN! ACN! [repeats] |
| On-Screen Text: | ACN |