# EXHIBIT 3A

