# EXHIBIT 3B







# home-based business

## BUILD A SUCCESSFUL BUSINESS OF YOUR VERY OWN

### LIFE'S ESSENTIALS
Offer the services people use every day

### RESIDUAL INCOME
The more customers you acquire, the more you earn — if it's on, you get paid

### TOTAL SUPPORT
In business for yourself, but never by yourself

