# EXHIBIT 3-T

**EXHIBIT 3-T**

**Transcript**

U.S. Version 7.0, OppDsc_RP_P_011513

ACN Opportunity Disc

**Exhibit 3A**

**Earnings Statement**

On-Screen
Text:
Product and service availability will vary based on geographic location. For more information on ACN's exciting products and services visit our website at www.acninc.com. Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO

**An Introductory look at ACN's Home-Based Business Opportunity[1]**

Announcer    00:05

It's happening right now. In millions of homes and businesses around the world, someone is surfing the internet, heating their home, or turning on a light. Someone is sending a text message, watching TV, cooking breakfast, and someone is most definitely making a phone call. Just imagine if you got paid because someone did any of those things.

These essential services represent the largest and fastest growing industries in the world, exceeding 1.75 trillion dollars annually. And now, you can be a part of it. How is this possible?

Well, most service providers spend millions of dollars on traditional advertising to attract new customers and to try to keep the ones they already have. ACN, instead, works with people just like you to go direct to the customer, eliminating the high costs of advertising, and the result is more choices for consumers, and a remarkable business opportunity for you. Through ACN, you can build a successful business of your very own by offering people an alternative on the services they are using anyway.

ACN has attracted attention in very high places, and among the world's most successful business leaders. One such leader is

---

[1] This video also plays upon selecting "Play" from the main menu.

billionaire entrepreneur Donald J. Trump, who has built his career on recognizing and taking advantage of exceptional opportunities when he sees them.

| | |
|---|---|
| Donald J. Trump ("DJT"): | ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be part of it. |
| Announcer: | Founded in 1993, ACN has grown to 23 countries on four continents, with offices throughout North America, Europe, Asia, and the Pacific, creating a solid foundation that will stand the test of time. Our success has been profiled in *USA Today, Success Magazine, The Wall Street Journal, US Business Review, Fortune Magazine,* and *Success From Home Magazine.* |

*Inc. Magazine* ranked ACN the 22nd fastest growing company in North America within our first five years in business. ACN was a pioneer in capitalizing on the deregulation of the telecommunications industry, and today, we are the largest direct seller of telecommunications and home services in the world.

Now, we are in a position to do the same thing in the emerging deregulation of energy services, which is nearly 600 billion dollars in North America, creating a modern day gold rush. The excitement around ACN is spreading, and the world is taking notice.

After personal invitations from Donald J. Trump himself, ACN was featured on two episodes of *The Celebrity Apprentice*, NBC's hit reality television show in 2009 and again in 2011.

ACN continues to grow by providing more choices on the essential services millions of consumers already use, and will continue to use every single day. Essential services such as phone service and video phone, where you can see the person you're talking to, plus wireless, high speed internet, gas and electricity, TV service, home security and automation, and computer support. Everyone uses at least one or more of these services. In fact, these are the services people simply won't live without.

So, what does all of this mean for you? It means an opportunity for you to own your very own business, with the total support of ACN behind you every step of the way. For starters, ACN has developed, and will provide, host, and maintain, your very own personalized storefront. Where you can direct people to go and shop for all their essential services.

One key component to our winning business model is how you get paid. At ACN, you can earn residual income. Every time someone becomes a customer of these essential services, through your personal storefront, and pays for their monthly services, you get paid, month after month, year after year, for as long as they remain on the ACN service. And, every time you acquire a new customer, or help an existing customer add a new service, you give yourself a raise.

But that's just the beginning. Introduce others to ACN, show them how to get customers through their own personal storefront, and as their customers use ACN's services, not only does their monthly residual income grow, so does yours. There is no limit to the number of customers you can acquire, and no limit to the number of people you can introduce to ACN. At ACN, if it's on, you get paid. It's really that simple.

DJT:                You have a great opportunity before you at ACN without any of the risks most entrepreneurs have you take. You have the ability to market breakthrough technology before it hits the critical mass. I've experienced the opportunity that exists when you're able to jump ahead of the curve, and ACN gives you that opportunity. Believe me, it's ultimately a dream come true.

Announcer:          The time is now. Do not miss your chance to work with the leader in providing essential services. ACN: a proven giant positioning you for success and the next big opportunity.

DJT:                I've found there are two types of people. Those who take action and those who let opportunity pass them by. Which one are you?

**The Complete ACN 10-Step Business Overview Presentation**

On-Screen Text:       Success as an ACN Independent Business Owner (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Individual results will vary. Bonuses are promotional and are earned monthly based on the number of new Team Trainers who acquire the minimum required customers within their first 30 days. For complete details, please see ACN's Compensation Plan Overview. No compensation is earned at ACN unless customers are acquired.

Announcer:          Take a moment and think about how much time everyone spends every day on the phone, watching television, sending text messages, surfing the internet, updating their FaceBook status,

3

using natural gas and electricity. Now, just imagine if you got paid every time someone did any of those things. Imagine how different your life could be. Imagine an opportunity to earn income on services people need and use every day, an opportunity that can improve the quality of your life. This is what ACN is all about.

ACN is an international company that started in the U.S. in January of 1993, and has grown into twenty-three countries on four continents. With over a half a billion dollars in revenue and growing, ACN has acquired millions of customers, and has been featured in *Inc. Magazine*, *Fortune Magazine*, *USA Today,* The *Wall Street Journal*, *Success Magazine¸* and *Success from Home Magazine.* Today, ACN is the largest direct seller of telecommunications and essential services in the world.

Our success has caught the attention of multi-billionaire Donald Trump, who personally endorses ACN and featured the company twice on his hit primetime show *The Celebrity Apprentice*, in 2009 and again in 2011.

|  |  |
|---|---|
| Donald J. Trump ("DJT"): | ACN has a reputation for success, success that's really synonymous with the Trump name and other successful names, and you can be part of it. |
| Announcer: | Through ACN, you can offer a wide and growing range of essential services for both residential and business customers. At ACN, we simply offer services that people are using and spending money on already. Services such as phone service, video phone service, internet service, wireless services, TV service, home security and automation, computer support, natural gas, and electricity. |

What really sets ACN apart is its competitive advantage. Unlike other service providers, ACN bypasses traditional forms of marketing. Most companies spend tens of millions of dollars on media advertising, telemarketing, and mass mailings to attract new customers and keep the ones they already have. And ultimately, those marketing costs are passed directly to the consumer. ACN, instead, goes direct to the customer, and the result is a better value on services to customers, and a remarkable income-generating opportunity for you: An opportunity to own your very own business without the large investment and risks associated with most businesses. And, with the total support of ACN.

Announcer:         To get started with ACN and become an Independent Business Owner, or IBO, the cost is only 499 dollars.

As an IBO, you are provided with your very own personalized online store. It's a fully-functioning virtual business that is hosted and updated daily by ACN, with the latest products, pricing, and promotional offers. Your online store offers people the ability to learn about all of ACN's services and sign up online.

And, for products and services that require additional attention, we provide live operators that can answer your customers' questions and help them order services. ACN also handles all customer service, IBO support, marketing, international expansion, and much more. All you have to do is direct customers to your online store for all their essential services, and ACN takes care of the rest.

DJT:  The beauty of ACN is that you're in business for yourself, but not by yourself. You have a great partner by your side with you every step of the way.

Announcer:  Most people earn money through some form of salary, hourly wage, or commissions. They trade their time for money, and if they don't work, they don't get paid.

Now, imagine getting paid over and over again for doing something just one time. With ACN, every time you acquire a customer, or help an existing customer get an additional service through your online store, you earn a percentage of your customer's bill, month after month, year after year, for as long as they remain an ACN customer. That's called residual income.

With ACN, you earn residual income in two ways. The first is personal residual income. Every time customers sign up for services through your online store, you earn up to ten percent of their bills every month. The more customers that sign up for services, the higher of a percentage you can earn, and the more your residual income grows.

The second form of residual income is called overriding residual income, and this is where you get paid on other people's stores. Introduce other people to the ACN opportunity, and when they become IBOs, they too can earn up to 10% on the customers who sign up for services through their online store. And, because you introduced them to ACN, and helped them get started, you also earn residual income on their customers as well. That means for every customer they acquire through their online store, not only does their monthly residual income grow, so does yours.

ACN pays you an overriding residual income through seven levels, ranging from a quarter percent on your first level, to as high as eight percent on your seventh level.

So, what is a level? If you personally introduce someone to ACN, and they become an IBO, or Independent Business Owner, their online store would be your first level. And, if the IBOs you personally introduced to ACN introduce someone else, their online store would be your second level, and so on, and so forth. Now, there is no limit to how many online stores you can have on each level, and there is no limit to how many customers each online store can have.

Announcer:                 Have you ever asked yourself how great it would be if you could duplicate yourself? Can you imagine how much more you could accomplish if there were more than one of you working together? This is called leverage. When you introduce others to the ACN opportunity, you are literally leveraging your time. The more successful online stores you have in our organization, the more success you will have.

Let me give you an example. Let's say every IBO, including yourself, introduced just two other people that become IBOs with ACN. Look at how many online stores you can have. If you add up your first seven levels, you have built an organization of around 250 online stores.

If you had a business that grew like this example, and each IBO store acquired customers totaling just ten services with an average monthly bill of just $40, you've built a residual income of around 5,800 dollars a month. The simple fact is, the more customers acquired through your online store and other people's online stores, the more residual income you can earn. The possibilities are limitless.

Here's the question to ask yourself: Can residual income enhance your life? Whether it starts out at as just enough to pay a few bills each month, or, over time, grows to provide a level of financial security most people only dream about, residual income can and will enhance your life. Imagine the possibilities! What's remarkable is that all of these customers are going to use these services anyway. And, ACN gives you the opportunity to redirect this revenue through your online business.

Announcer      :           When you get started, your IBO status is a Team Trainer or "TT." As a Team Trainer, when you meet the minimum requirement of

6

getting a few customers, you achieve the status of "Qualified Team Trainer," and are now eligible to earn income through the ACN Compensation Plan.

Your next goal is to earn Executive Team Trainer, or "ETT," and it's simple to achieve. All you need to do is acquire a minimum amount of customers through your online store, and help a minimum of two other IBOs acquire customers through their online stores, and earn Qualifying Team Trainer status. When you achieve this level, you are eligible to earn Team Customer Acquisition Bonuses, or TCABs, of up to 3,000 dollars a month. These are bonuses paid to you for assisting your new IBOs in acquiring enough customers to achieve Qualified Team Trainer status.

Your next goal is to earn executive Team Leader, or "ETL." You earn this status by acquiring a minimum amount of customers through your online store, and helping three other IBOs earn the status of Executive Team Trainer. And, as an Executive Team Leader, you are eligible to earn up to 7,000 dollars a month in Team Customer Acquisition Bonuses.

Your next goal is to earn the status of Team Coordinator, or "TC." You can achieve this by simply having three or more separate IBO organizations acquire a certain amount of customers. At this status, you are eligible to earn Team Customer Acquisition Bonuses of up to 25,000 dollars a month. And, you're also eligible for an annual all-expense paid retreat.

Beyond this, you can earn Regional Director, or "RD," Regional Vice President, or "RVP," and then the top status of Senior Vice President, or "SVP." As you advance in the plan, you are eligible for higher compensation such as increased residual income, higher Team CABS, and, an all-expense paid global retreat.

Announcer:          ACN's compensation plan is perfectly balanced, and all income is based on everyone acquiring customers through their online stores. So while you're getting paid bonuses, your residual income is automatically growing. Imagine the possibilities.

When most people see the ACN opportunity for the first time, it's easy for them to recognize the potential and get excited about it. However, no matter how good an opportunity is, you have to do the right things to get the right results, and that is why ACN believes so strongly in providing the very best training and support possible. We offer training on exactly how to build your business from A to

Z. we offer local, regional, and international training events. The only way we succeed is if you succeed. It is that simple.

With ACN, the timing has never been better than it is right now. ACN puts you right in the middle of some of the largest and fastest growing industries in the world. All you have to do is decide to take action. At ACN, if it's on, you get paid.

DJT:   I've found there are two types of people. Those who take action and those who let opportunity pass them by. Which one are you?

### ACN's Company-Wide Commitment to Integrity

On-Screen Text:   For over 20 years, ACN has provided a business opportunity with unlimited earning potential that has changed the lives of tens of thousands of people.

On-Screen Text:   Commitment to Integrity

Art Napolitano:   ACN is an incredible opportunity, hands-down, I would say it's the best opportunity in network marketing today.

On-Screen Text:   ACN is the largest provider of essential home services worldwide.

Nathan Goldberg:   What sets us apart from all these other companies, it all starts with, number one, the solidity of the company.

On-Screen Text:   Founded in 1993, ACN operates in 23 countries on four continents.

Adrian Eimerl:   This company has always under-promised and over-delivered, and the company has really progressed and evolved.

On-Screen Text:   ACN World Headquarters are located in Concord, NC, with 5 other headquarters located around the world. (United States, Canada, Australia, Korea, Amsterdam.)

Janel Presant:   That gave me confidence to know that, you know, it was an established company, that you're getting a key to, and get to open the door to unlimited opportunity.

On-Screen Text:   ACN employs over 1,300 employees dedicated to supporting tens of thousands of IBOs around the world.

| | |
|---|---|
| On-Screen Text: | ACN's commitment to integrity ensures the company and its Independent Business Owners adhere to the highest ethical standards and comply with consumer protection laws. |
| Colleen Jones: | The Legal Advisory Committee has a very special role at ACN. They are a group of highly-experienced professionals in a very particular area of the law, and that area is multi-level marketing, and consumer issues. |
| Robert Stephan: | Robert Stephanowski talked to me about being a legal consultant at ACN, and I said "what kind of trouble are you in?" and he said, "we're not in any trouble, and we don't wanna be, and that's why we want to have you on the board." |
| Colleen Jones: | ACN values, above all, its reputation, and therefore, integrity has become one of our core values, and will always be one of our core values. |
| On-Screen Text: | "Integrity is at the core of each and every thing that we do. It's who we are as individuals and as a company." – Greg Provenzano, ACN President and Co-Founder |
| Shawn Herrick: | I would say the number one thing that drew us to ACN was the integrity of the co-founders, I was so impressed with their truthfulness and their honesty. |
| Debbie Davis: | It's really their integrity, their ethics, their generous spirit, which is amazing. You know, it's really in helping and serving other people that they shine. |
| Franco Lofranco: | They have our interests at heart. They have the company's interests at heart, and the customer's interest at heart, and when you have all those three things, you can't lose. |
| Jeremy Deeble: | I think the growth of the company speaks for itself in what they've done, and the relationship they've developed with Donald Trump, I think that speaks for itself. |
| Jeremy Rose: | The company itself has done a phenomenal job of aligning itself with the right partners. |
| Max Knowles: | Before these corporations, and before Donald Trump partnered with our company, what do think they did? They researched us. And after their research, they saw value, they saw credibility. After you look at all the facts, it's kind of hard not to believe in ACN. |

| | |
|---|---|
| James Adlam: | There's so much third-party credibility at our company. I would encourage that people take the time for themselves to actually look at what we're doing. |
| George Zalucki: | We built this thing with one product, basically, long distance. Now look what we've got to offer people. I mean, this company is constantly looking forward, they've got a long-term vision. |
| On-Screen Text: | ACN is dedicated to developing its business with integrity, ensuring our home-based business opportunity is the best in the world today. |
| Robert Stephan: | When I first started as a legal consultant, they were only in the United States, and man, have they grown and grown and grown. |
| Colleen Jones: | Despite its growth, the company has retained all the values that were present at its formation. |
| Mathieu Lamontagne: | ACN is big right now, and getting bigger. You know, they're helping a lot more people. I'm proud to be in ACN, not just because, you know, of what they're accomplish, it's because also they give it back to the community. |
| On-Screen Text: | ACN believes in giving back to the community, and has donated millions to causes locally and worldwide. |
| Al Thomas: | Most companies, they talk about giving back, but here's a company that has given back. I mean, that says a lot. There's very few companies that have that integrity. |
| On-Screen Text: | A major supporter of Ronald McDonald House Charities, ACN has contributed more than $2 million to the local chapter in Charlotte, NC. |
| Simon Abboud | One of the things that amazed me the most was just how committed they were to helping charities locally, and all over the world. |
| On-Screen Text: | ACN is a proud member, active participant and Board Members in the Direct Selling Association. It is also an upstanding member of the BBB and the Direct Selling Education Foundation. |
| Robert Stephan: | I don't know of anyone or any company that at times won't have some negative statement made, and there isn't much you can do about that, but the record speaks for itself. |

| | |
|---|---|
| Leanne Gabriel: | Y'know, people say it's a scam, it's a pyramid, I mean that makes me laugh as a lawyer. Like, do a little homework. If you do some homework on the company, you would never say anything like that. |
| Robert Stephan: | A pyramid scheme is when you are paid to recruit others. And ACN is a customer acquisition company. And, as a result, it complies with consumer protection laws, and is not an illegal pyramid. |
| On-Screen Text: | "Direct Selling is actually one of the oldest, most respected business models in the world and has stood the test of time." – Donald J Trump, Founder and CEO of the Trump Organization |
| Spencer Hunn: | When people have concerns about network marketing, they have a misconception of the industry. It's an incredible industry. The philosophy of the industry is to help others succeed so you can succeed. |
| Patrick Maser: | That's the great thing about this industry, is that there's someone who's had success and willing to show you how they did it, as long as you're willing to go find out the information from wherever they have it. |
| Danny Volonino: | I mean, you could right now, take ACN and its business model, and go toe-to-toe with any traditional business, and I think hands-down this is the best place to be right now for your financial futures. |
| Mike Maser: | You know, closed-minded kept me in a job, closed-minded kept me skeptical and broke. |
| Jennifer Dowd: | The most expensive things that any one of us owns is a closed mind, at least look at ACN and know what you're saying no to before you let the opportunity of a lifetime pass you by. |
| On-Screen Text: | Commitment to Integrity |

### INSPIRING STORIES OF ACN'S TOP PRODUCERS

### Simon Abboud

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather |

influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Simon
Abboud:

My name is Simon Abboud and what ACN means to me is total freedom to make all of the choices that I want. I can work when I want, where I want, with whoever I want and whenever I want to, and that's what ACN really means to me.

Before getting involved with this business, I was a nineteen-year-old broke student. I was about 25,000 dollars in debt and I had no idea how I would get out of it. And I met a total stranger from Miami; he introduced me to the business. I understood nothing at first, but I just thought it was a great way to make some money.

I had a Chevette 1987. It was beautiful. It was two colors; it was black and rust. And the entire car was worth less than what it costs to get involved in the business today. At the beginning, I had a lot of people laughing at me, telling me I had absolutely no credibility. You know, a lot of people told me I should quit. And it was really hard, and I kept on going. I kept on going through all the no's. Did as many presentations that I could, and the results started showing. Within three years in the business, I started making some serious money.

One of the defining moments that I had was the first time that I ever made more than six digits in one month. You know, before getting involved with this business, if you would've told me that a person can earn six digits a month with such a simple business, I would've told you you're completely crazy. If I would've known how great life could be after a few short years of hard work in this business, I would've done it ten times over. I would've worked ten times as hard.

ACN to me is an opportunity to design your life the way you want to design it. Montreal is an amazing city. You know, I live in the- in the theater district, the show district. On a regular day, I get to wake up whenever I want and pretty much do whatever I want. I'll just go out and walk around, meet a couple of friends, grab a cup of coffee, have some fun. And maybe at one point in the day, we invite a bunch of friends over and have a little party on the terrace.

I've always dreamt about having a house in the sky – not just an apartment – literally a house in the sky, where you have all of the space that you want and literally a rooftop terrace that would be

the equivalent of having a backyard in the suburbs. Over the last two years, I've been designing and building a place that was a place of my dreams literally for my entire life.

One of the most rewarding aspects of this business is being able to spend more time with my family. To me, my parents are like my best friends. My brothers and sisters, we're extremely close.

I love cooking. I love inviting people over and cooking for them. I even got my own garden on my rooftop. I grow my own herbs, grow my own tomatoes. It makes it a lot more fun to have fresh ingredients and to entertain people all the time.

Living in Montreal, it's just like the hockey mecca of the world. I get to go to Habs games, which are the Montreal Canadians, pretty much every single game. On top of that, I play hockey video games with my little nephews. A lot of the times we get together with the whole ACN group, and just play some pickup hockey. Now, I'm not the greatest hockey player in the world, but it's a lot of fun to get together with a group of friends, and actually builds team chemistry.

When somebody gets involved with us, we make them a part of our team. We get to know each other on a personal level, get to know each other's families because we believe that the stronger your bonds are, the stronger your business will ultimately be.

The ultimate satisfaction would be to be a little part, a tiny little part, of helping ACN become, by far, the largest direct sales company in the world. And we know that that's going to happen; it's just a question of time. If you're looking for a way to completely change your life financially and personally, ACN is that vehicle that might just allow you to get that.

**Jason Adlam**

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Jason Adlam: | What has ACN brought to my life? What hasn't ACN brought to my life? My background's in corporate America, and uh, I hated, |

I hated the grind, you know, I was working 70 hours a week, 80 hours a week, I was freedom-driven, you know, my family's from Jamaica, I just wanted freedom. That's the reason why my family came here, was for the American dream of being able to do what we wanted, when we wanted, and now that's what ACN has given me, that's the opportunity I have now.

And when I saw the presentation, within ten minutes, I said, "did they just say what I think they just said?" And I found myself leaning forward, and, like, I found myself, really thinking, like, "what if this was as big as they said it was? And what if this thing called residual income was real? What if I could get paid in, like, 2020 for the work I did in 2005?"

And, I just got on board, because to me, here's what I looked at: You know, I'm sitting here at my company, I'm working 60, 70, sometimes 80 hours a week, to generate a number. In ACN, I'm working 10 to 15 hours a week to generate the same number. Well, y'know, I'm not a math wizard, but I put two and two together, and said, well, if I put more time over here, then I'll obviously do better than what I was generating over there.

I wasn't thinking about, necessarily, trying to get rich. I knew that if I could replace the same income I was generating, full-time, in this business, I would get my quality of life. I got in, I- you know, I didn't look to the left, I didn't look to the right, I just ran as fast as I possibly could.

And it was nothing more than the system. Every person in our company is a product of the system. And here's the thing about a system: A system makes talent irrelevant. You know, it doesn't matter how much talent you have, if you can follow a system, you can be successful in the model. They told me how to build my business, they told me how to acquire a customer base, they told me how to teach people the business. They had a support center, in case I didn't have the answers, people could get the answers. That means that the most seasoned veteran in this industry or the person who's just getting started, you're starting at this- a level playing field.  As long as you can duplicate what's already been in place, anyone can win in this company.

You know, we're not a product-driven company. These are services that people already have. They're already paying someone. Think about it like this: You pay your cell phone bill, for instance, thoughtless every month. You pay your energy bill,

thoughtlessly every month. Someone gets paid from that, or some entity gets paid from that every thirty days.

What we're simply saying is, "what if you could create a business for yourself, maybe small at first, where you became that entity?" It's so logical, it's so obvious, like, what we do is so obvious, getting paid on services that people must pay for the rest of their lives.

And I love the fact that I get to work with the people I actually like, and these are my friends, we've created a team of people that there's something common with all of us, we all want- we all want more, we want to do more, we want to be more, we want to have more, and we want to help other people be, do, and have more, as well. The greatest thing, for me, is the people that we've been able to help along the way, um, I love seeing for-sale signs come out of the yard, you know, I love seeing a stay-at-home mom, who wasn't a stay-at-home mom before she started in the business, so to be able to see people gain their lives back. You realize that a lot of people think it's all about money, but it's actually not, it's about quality-of-life, and our team is really focused in on helping develop an amazing quality-of-life.

## Michael An

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Michael An: | I was a completely lost college student, uh, two years into it I still didn't have a major. I was just barely making eight dollars an hour working at Disneyland scooping ice cream, so when I saw this business, my reason why, was to support my mom who had a business that was closing down. She was also diagnosed with thyroid cancer. |
| | The challenge was, most people, uh,  didn't really believe me. I was the type of guy with no credibility. I had five roommates during college – not one got involved, uh,  in the business. Every single day, they made fun of me, saying this will never work. |

And I said, "no matter what it takes, what I have to do, no one's gonna take care of my mom but me." So I just ignored everything, and listened to the mentors, and kept putting one foot in front of the other. Now, she's a cancer survivor, and more than the money I send her, or the car I was able to provide for her, or even the business we started together, she's more proud of the person I became, uh, through the process, and I just feel so blessed I'm still in my twenties, soon to be thirties, but I have a whole life ahead of me, and I'm excited to give my future children a life they truly deserve, a kind of a life I didn't have when I was growing up.

And now that I'm able to support my mom, uh  y'know, I have bigger dreams, I have bigger goals, y'know, I wanna be able to travel the world, without any headaches. One of my goals with my fiancée, we want to go just country-hopping, we want to go to a different country every single month without a plan, and as we get older, we want to go do different missionaries, and, you know, help people throughout the world, and go back to our home countries, and just give back to the people that helped us get here.

It's just amazing, that's all because of ACN's system. I'm nobody special. ACN has tools, ACN has the right, right business model, that if you just show the plan, with excitement, with confidence, with 100% belief, you're gonna get people to see the vision, you're gonna get people to see the value of ACN, and they're gonna follow the same system, and you're gonna get to hear success stories happening in areas that you'd never thought was possible.

There's people in my team right now that are living their dream, making their goals and dreams become a reality. For instance, I see many people be able to fire their boss, walk away from careers they have for twenty-seven years. Seeing young individuals, at 19, 20, retire parents that were earning six figures already, and being able to see husband and wives, uh, be able to spend more time with their kids has been so rewarding.

I got started in ACN in 2010, which is eighteen years into the company. So last two years, I have been a part of ACN, I've been able to see a lot of success, I feel so blessed, it's never too late.

In fact, in my opinion, right now is the best time to get started, because of timing. You see, ACN has less than one percent market penetration anywhere they do business in, but more importantly, we have new products rolling in, we have more

16

countries we're gonna be going into, and we're taking advantage of a trillion-dollar industry.

A lot of people, y'know, try to make a lot of excuses, they either say they have no time, they're too busy, uh, it's not for them. But what they don't realize, is that they've don't have time? That's the main reason why they should be part of a business like this – so they can get more time in their life.

What's funny, is they work in a cubicle, or work for a boss, that they don't even like. They don't even like their job, but they say ACN is not for them, and that's funny to me, because at the end of the day, every single one of us go out there to work, because we wanna provide for our family and for our future. And if we could get it out of the way in a lot shorter time, than go clock in forty hours a week for forty years of your life, I believe, why not do it fast?

### Nekoda & Monica Bragg

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Nekoda Bragg: | You know, I had a previous experience in- Other than ACN in this industry. However, it wasn't build on integrity, it wasn't built on the things that ACN was put together with. It didn't have the quality of leadership that ACN had, and the company ended up going out of business. And, uh, you know, that was a very, very, very hard time in my life. |
| | Then, I met Monica, and just fell in love. |
| Monica Bragg: | Since I was four years old I had wanted to be an attorney, and so I was living on student loans to put myself through law school, not only just was I surviving on student loans, but my- I was raising two children by myself on those same student loans, and so it was tough making ends meet. |
| | I met Nekoda, um, through a friend of his that was dating a friend of mine, and we hit it off. |

17

| | |
|---|---|
| Nekoda Bragg: | You know, I made the decision to come to ACN, and I rebuilt a brand new organization, you know, then I approached her about the business. |
| Monica Bragg: | It made sense, to be able to make money on services I knew, even with my tight budget, I was paying for anyway, it made sense. |
| Nekoda Bragg: | And the rest is history. |

See it's not just about money, it's about lifestyle. We're not money-motivated, we're lifestyle-motivated. And a lot of times, people put that in the back burner because they don't know it's possible. So those things, being able to dream again, being able to have lifestyle, being able to have the money, time, freedom, and being able to enjoy it together as a family is priceless.

Monica Bragg:  I think the best thing has been that we've been able to give, um, our kids a lifestyle that I had never even knew existed. They've got more stamps in their passports than most adults. They've been to multiple different countries. They speak two languages each, now working on their third.

Um, the advantages of being able to stay home with them on our own hours, and choose the times that we're with them and the influence that we have with our kids and our family is so huge. In addition to creating that for ourselves, we've been able to lead other people to do the exact same things for their family. We're able to help other people to win, and get paid for it, and that creates something that is unlike anything I've ever seen before.

Nekoda Bragg:  It's just an exciting time to know that a company like ACN actually exists, and if you actually bring your work ethic to the table, ACN allows the average person, or the person who's had success, lost it, and wants it, and feels they deserve it, to get involved in a company like this, and literally go out there and allow them to dream again and accomplish those goals and dreams.

See, there's a lot of companies out here, you know, they've been here for one year, two years, five years, but there is no ACN out there. Knowing this is a twenty year-old company, but ground-floor opportunity, gives the average person advantages that almost makes us a little jealous of. I mean, think about it, when we got involved in this business, we didn't have one-fifth of what they have today, to go out there and win for their family.

|  | So you just gotta draw a line in the sand and say "enough is enough," it's time to make it happen and go out there, have the courage to do something great for your family. |
|---|---|
| Monica Bragg: | Had I gone on the course of life that I had originally planned, I would still be putting in eighty hours-plus a week just hoping to be able to one day go take my family on one vacation and be able to see my kids' high school graduation. And in ACN, it's the exact opposite. In ACN, we've been able to experience life. |
| Nekoda Bragg: | I mean, you've gotta ask yourself: y'know, do you feel that your family deserves more than where they're currently at? If not, don't take action, but if so, what are you waiting for? |

**Aaron & Chanelle Burt**

| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
|---|---|
| Aaron Burt: | Before ACN, I was a fifth-grade schoolteacher in Baltimore city, um, at the time, I had just finished my Master's degree, and my paycheck went up $74. You know, my student loan repayment was more than my raise, so, when ACN came into my life, I just found it as a way to make some extra money, and a couple months into it, was able to match my income as a teacher, eight months into it, you know, left my job completely when I was twenty-four years old. |
| Chanelle Burt: | Aaron and I met in the business. He was my mentor at first, and before I got involved with the company, I was an electrical engineer, and getting involved with ACN, it just really opened my eyes to a different way of life, you know. I simply was tired of the mundane, you know, I was tired of waking up when I didn't feel like it, and driving somewhere I didn't feel like driving to, and working for somebody I didn't really like. |
|  | ACN allows you to really live the life that you deserve. |
| Aaron Burt: | I see a lot of times people make excuses on why ACN won't work for them as opposed to, you know, letting those excuses be the reason to fuel the fire for them to become successful in the |

company. If you feel like you're too busy to do it, then that's why you need to do it, so you can become less busy.

You know I believe it's for the ordinary person to do some extraordinary things. I see all different types of people from every walk of life get started with ACN, but one common factor with all the top people in the company is that they wanted something more. You know, they wanted this company to work, and no matter what the ups were, no matter what the downs were, no matter what the lefts or rights, they went for it, you know, and that's what you have to understand, as far as when you're getting started with ACN, you know, there's gonna be a rollercoaster involved, but we just tell people to keep the bar down, keep the seatbelt strapped in, and just go long-term.

| | |
|---|---|
| Chanelle Burt: | Um, this is for everybody, you know, for the everyday average person that is tired of the rat race, you know, for the business owner who is actually owned by their business. They can get involved with ACN where it's a level playing field, and anybody, and everybody can live an extraordinary lifestyle because of it.<br><br>Our lifestyle is just amazing, you know, for us to be able to spend all the time that we want with our kids is just an absolute blessing. |
| Aaron Burt: | We have an eighteen month old and a five year old daughter, and I think the best part about our lifestyle is the ability to raise our kids the way we want our kids to be raised.<br><br>Um, yeah, I'm a stay-at-home dad pretty much, and just being able to be there every step of the way through my wife's pregnancy, every step of the way through my child's birth and, you know, I've seen my son every single day for the last eighteen months that he's been alive, and, you know, that means a lot to me, you know, and I like to be able to treat my wife the way she wants to be treated, she's a queen to me, and I want her to be, I want her to be happy. And you know, happy wife, happy life, it's just so important to me to make sure she's taken care of. |
| Chanelle Burt: | You know, I see couples that aren't able to spend time with each other, like we are, you know. But we can wake up together, not to an alarm clock, you know, we can do whatever we want whenever we want, with whoever we want, and that's because of the work that we've put in with ACN. |

It is very important to be supportive as a spouse or significant other in this company because it takes a lot of sacrifice sometimes, but we know the rewards will outweigh all the sacrifices. You know, it's not gonna happen overnight, but it's just an unbelievable opportunity to be able to do things for your entire family that you can't do working for somebody else.

Aaron Burt: The business model just makes complete sense with ACN along with the cofounders' leadership, along with the entire in-house staff, you know, it's just a win-win for everyone who gets involved.

### Debbie & Geoff Davis

On-Screen Text: Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Debbie Davis: My name is Debbie Davis. My husband Geoff. We have our three kids, we live in Leonard, Michigan. Um, we are proud ACN representatives. We've been involved with the company for 15 years. And our lives have been completely changed as a result of this incredible opportunity.

When my husband Geoff and I got married, we had this dream that we just wanted to design our own home and we wanted to build it ourselves. We wanted to decorate it, you know. We just wanted our hands on every single part of it. And we got excited about thinking about that and that became a common goal of ours from our, the beginning of our married lives that we had together to find a way to be able to afford what we wanted to build and to have money not be an issue. So that became just this quest that we had for ourselves and our married lives together, that was really fun for us to dream about and have that common goal. And it was an 18-year process.

Some of the obstacles that we had to deal with when we were trying to have one of our dreams come to life was the fact that, um, the lack of money was number one. That was probably the biggest thing because we knew we had to have a certain amount of money in order to break ground. Geoff made a very good

|  | living with his job and he was doing very well but we, but it was paying the bills. It wasn't giving us the extras that we wanted. |
|---|---|
| Geoff Davis: | The house that we designed was way bigger than our wallet could afford at that point. So, we needed a way to be able to have some extra income coming in on the side. And that's when we started to look at other things. |
| Debbie Davis: | I really wanted to contribute to the finances as well, to help and reach our goals faster. I really wanted to be able to do something on the side that could be very flexible for me, that could fit into my lifestyle, and that I could be in control of. |
| Geoff Davis: | In 1993, this amazing business came along, ACN, and we got involved. Actually, my wife got involved, and I was supporting her at home. Because we had, we did find a parcel of land that we could build on. And we got a pretty good price for it, but it was fully wooded. So, I spent every free moment that I had, which, you know, there weren't many, and I was clearing it. It was about two and a half acres, fully wooded. And I was clearing the property of trees to someday, somehow, maybe build our house on it. At that point, Debbie was putting her head down and she was going to work with ACN. |
| Debbie Davis: | ACN has just been an incredible vehicle for us to be able to realize that dream as one of our dreams. And in 15 months, we actually had enough money to break ground on our dream home. |
| Geoff Davis: | We started building this home in 1995, of course we wouldn't have been able to do that without having the financial means to do it. But when we started, there was really no looking back. |
| Debbie Davis: | The seventeenth month after that, we moved in and two weeks after that, I pulled a big stretch limousine up in front of the Chrysler building. And I had a big heart on the back of it, like people do when they say 'Just Married' and ours said 'Just Quit.' And our three kids were inside, and we came to work and walked upstairs and put 'em in that thing and drove 'em away into the sunset. And it was just an incredible day. And, so, to be able to move into your dream home that you just built, two weeks later quit your job. Um, it was pretty extraordinary.

We do use the house to entertain a lot. You know, we love it. We love our friends. We like having people over. Kinda hard to draw the line right now between our friends and our business partners, because they really have become so much of our family. So, we |

like to have barbecues. We like to, you know, just have people over for fun. You know, have people over, watch movies, you know, whatever. We actually just re-did our landscaping a few years ago to have more patios to fit more people. We just love being here, it's a wonderful place, and we enjoy it. We like to share it.

Welcome, everybody. How many of you know people that own their own business? How would you like to do something one time and get paid a lifetime? Because most people have jobs.

My organization is amazing. I just can't take credit for most of it. It's just incredible to me, though. I woke up starting, um, just like everybody does, by talking to people. And I woke up one day with an organization that literally spans the globe.

Everybody knows about it. It's ultimately a dream come true. That's what's exciting.

I'm just so honored. It really honored and feels so very privileged to just be a little part of their lives in some way. They've blessed me and I'm just so grateful for them

Geoff Davis:     Ok, Mark, I talked to your friend John and we've got a meeting tentatively setup tomorrow at noon at the office.

I really do enjoy working with Debbie. She- To this day, she constantly amazes me. She is such a leader, such a tremendous motivator. We don't have motivators in the corporate environment, but in this- in this world, you do, and Debbie is one of the best.

Debbie Davis:     Geoff and I have three beautiful children. Awesome kids. Um, we've really, really been blessed.

Our oldest one, Brad, he's 24. He's just a great kid, great sense of humor. Has, you know, he's a tremendous artist. He's also done a lot of the artwork in my home. He's also a musician. He sings in a band that the boys have.

Our youngest son, Devon, um, he plays the guitar. Just picked it up one day. He asked for a guitar. I said, only if you promise me you'll practice. That has been about five years and he hasn't put the guitar down.

23

Casey, our daughter, she's in the middle of the boys. And she's out in California doing the acting thing. You know, she's trying to find her away out there as far as what she wants to do, standup comedy or acting or whatever. Um, all of our kids just are very, seem to be very motivated in the things that interest them and have the most incredible sense of humor. So, they're a lot of fun and just, you know, really good, caring kids. We love them to death.

Geoff Davis:    ACN was the catalyst that helped us achieve financially everything that we have in life right now. You have to have a vehicle, right? To accomplish great things. ACN was that vehicle for us. This really has been a life-changing experience for us. I couldn't even have dreamt what we actually have now as a result of this amazing business that we have.

**Jeremy & Mindy Deeble**

On-Screen
Text:    Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Jeremy
Deeble:    Mindy and I, we've been married now for uh, coming up on nineteen years. We've always been business owners. When I first saw ACN, I really had one main goal and that was to get home for my family. I was traveling. I never saw 'em. Really I was gone 5 to 6 days a week and I just really wanted to be home.

Mindy
Deeble:    Um, I felt like a single mom because he was always gone. And working full-time, you know, it was really, really hard. Uh, we were just looking for something that would give us more of a lifestyle. We felt like we either had time or we had money, but we never had both at the same time.

Jeremy
Deeble:    We got married to spend time together, and we weren't able to do that in our other businesses. But ACN allows us to spend time together and do the things that we love to do together, and that's probably been one of the greatest benefits of ACN. My brother actually is the one who introduced us to it, and he called us up and just said "man you gotta take a look at this thing".

| | |
|---|---|
| Mindy<br>Deeble: | And I kept saying, No I'm not going to look at that. We've got way too much going on, we're way too busy. But I'm so grateful. It took us two months to finally look at it. But when we looked at it, it was the– you know, we knew this was it. This was where we were going to be. And it's been incredible. |
| | I just don't know of any other company that can create the lifestyle that we have today. And with the economy and everything that's happening right now today, so many people are looking for something that's going to give them more in their life. Before ACN, I remember just wondering, ok, how are we going to pay this payment, how are we going to pay the next payment? What's great about ACN is we're not stressed. I don't have to worry when things are going to be paid because it's done. It's all taken care of. |
| Jeremy<br>Deeble: | We have an opportunity to be a part of a business that truly is recession-proof. We're – you know the product and services that we offer, people are going to continue to use no matter what. And no matter how tight things get, people are going to continue to pay to communicate. We really believe that every household in America is going to have some sort of video phone in the next few years, just like everybody is carrying cell phones around now. And you know, ACN has kinda been the leader in that technology and at the very forefront of that. |
| | There's just a few simple things that it takes in order to be successful in ACN and one of them is a consistent work ethic. And if people come to the table with a consistent work ethic and they're willing to follow the ACN system, there's no reason why they can't make whatever goals or dreams that they have come true. |
| | We had a goal to have a cabin on a lake and last year we were able to accomplish that. We've been able to spend great time up with our kids on the lake, you know, Tuesday, Wednesday, Thursday, nobody else is up there. You've got the entire lake to yourself. It's beautiful and you're just up there with your family by yourself. And in my opinion, there's nothing better than that freedom. It really has given us the freedom to work when we want to work, play when we want to play, and just live the lifestyle that we really always dreamed about. |
| Mindy<br>Deeble: | If you're looking for more time or more money in your life, I say ACN is the very best option for you. You can create whatever kinda paycheck you want to create in ACN. |

| | |
|---|---|
| Jeremy Deeble: | And if you're willing to come to the table with a work ethic and again, follow the system that we have in place, then you can truly accomplish all the goals and dreams that you have, that you've ever had in your life. And I truly believe that ACN is the vehicle that will allow you to do that. You have an opportunity to be a part of something very special. And ACN will change your life just like it changed our life, if you're willing to follow the system. |

### Shane Douglas

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Shane Douglas: | I was a traditional businessowner, and I owned a couple businesses, worked all the time, seven days a week, it seemed like, on call all the time. The thing that changed for me, was, I was looking for some, you know, time freedom.

And when I saw home-based business, I thought, "wow, am I the first person ever to see something that's so special?" I saw it as a way to make money helping other people make money. ACN, to me, it's just a no-brainer, because it's service-based industry, everyone's going to pay bills for the rest of their lives, whether they're wealthy or poor. So why not get paid on that? It just makes so much sense to me. You know, when I sit down with a prospect, one of the things I say to them is, "Why would you not get paid the next forty years of your life, for services you're going to use anyways?"

For example, when you go out and you acquire a customer into this system of ACN, and they go out and they pay their monthly bill, ACN's gonna give you a percentage of that bill, every single month, month after month, year after year, long after you've acquired the customer. And as you grow a team of people out there, who are also gathering customers as well, you're gonna get paid a percentage of those phone bills and those internet bills and those gas and electricity bills every single month, and the fact that everyone on the planet uses these services, I mean it just makes sense that over time you could grow a very large team, create a very large residual income. |

You start to realize that you can have extreme success. Probably even more success than you can really dream about. But you have to have decided that you're done with that other part of your life. You're done with, um, average, you know, because a job is just that. It's something that's gonna help you survive, and maybe you'll be able to go on a vacation once in a while, but it's not gonna give you lifestyle. And until you're willing to say you know what? I wanna leave that behind, and it's hard, you have to have a lot of inner strength, because if you're not interested in doing something different, you're probably gonna have the same results the rest of your life.

Shane Douglas:

When I first joined ACN, we had a long-distance and local phone service in a few cities, and to look at it now, you're like, wow. I guess I'm always wondering what they can do, and they keep surprising me all the time, so I'm just always so excited about the future, that's the thing. How many people can say they've done something like I have for eight years, and be just as excited the following year as I was the year before? I mean, I don't even know what ACN can do in the future, but I know it'll be exciting, so, you know, I'm definitely gonna be around for it.

My life is not what I ever thought it could be, but as you get older and as you have a family, and you start to understand that really the exciting part of your life is the memories that you have with your kids and your wife. You know, I don't think about driving to work every day or being stuck in traffic, you know, I think about going to my son's state basketball championship, y'know, seeing my daughter succeed in volleyball and basketball, being at every single event. I've never missed one of my children's event, only because of residual income.

I've been able to kind of operate my life around my family, I've been able to operate my business around my family. Uh, it's exciting to know that I've had that opportunity, and it's sad to think that other people haven't. And they don't even know what they're missing because it's normal. It's normal to make those sacrifices, and for so little, you know, when you think about it, in the end you've sacrificed all that, growing up years of your children, to go out and work, because you have to earn income, You don't even know what you missed. And the realization I have now is the power of that is priceless, there's just absolutely no, nothing that can replace that.

27

And just understand that ACN, here we are, twenty years later, still growing, people are still earning massive incomes, um, you can be that person. This can change your life, if you decide to let it change your life.

### Darin & Jennifer Dowd

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Darin Dowd: | Basically, I've been a hard worker my whole life. And I was in a situation about um, uh- three or four years ago where I'd been a business owner for about ten years and kinda came to a point in my life to where I'd worked very hard, but not having any time with the family. |
| Jennifer Dowd: | We had this bright idea that if we were willing to make a two-hour commute into the San Francisco Bay Area every day, we could make two to three times the income. So that's really what we did. And for the first little bit, it seemed pretty good, but after a while, we realized, "what did we do?" Here we are making a better income, but now having no time together with our four kids. And really it was just getting to be a frustrating situation. |
| Darin Dowd: | It kinda came to a point to where I wanted to get home with the family, and was really looking for a vehicle to do that. |
| Jennifer Dowd: | I was actually contacted by one of my best friends about ACN. They said, we found this incredible business, you've got to check it out. Pretty much blew her off for three months. Um, and then eventually she actually called me from an international training event with ACN and I could hear the excitement in the background on the phone. And basically, I realized they were moving on with this with or without us. And I really didn't want to go visit 'em in a year when they'd made their millions and go oh man I'd wish I would've. |
| | So, we figured the smartest thing we could do is to go check it out. We knew the most expensive thing any of us can own is a closed mind and pretty much fell in love with it the minute we saw it. Well, the great thing for us was that our friends who |

introduced us to ACN had had success very, very quickly. They have an incredible work ethic, and so they'd been able to replace the income that they were currently making working with the company for just a few short months. And so our goal was just to do exactly what they did. And in fact, in four months, we did reach a position at the company that not only replaced Darin's income, but doubled it.

One of our favorite things to do is we love to go boating with our kids. And so, you know, being able to take that boat out several times during the week with the kids and boat all day long when there's no traffic at the lake.

Darin Dowd:           The awesome thing about it is it's, it's not only freedom, but it's choices now. Before I didn't get to choose. It wasn't a choice about the traffic and the commuting and the day that I had to put in. And now, we have choices every single day and we can swim in the pool longer, you know. We can hang out together as a family. I can actually help my kids with their homework. So, there's just a lot of choices and options for me, working out of the home, in an awesome home-based business it just creates, every single minute of the day you can have choice in what you can do with the family or not do or when you're going to work or when you're not going to work.

Jennifer
Dowd:                 You know, just all of us being able to jump in the pool together and play a quick game of pool volleyball or whatever. You know, there's- there's times that, you know, the kids are out at the pool and our work day – this is kinda crazy—but our work day consists of sitting on a floating chair with our cell phone in our hand in the pool making phone calls while the kids are playing in the pool. I mean that's pretty rough.

**Leanne Gabriel**

On-Screen
Text:                 Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Leanne
Gabriel:             I became a lawyer because it was really important to me to help people and to make a difference. It's what I wanted to do always. And I thought, how perfect, if you're an attorney, you can do it

29

and you can make a great living at the same time, but what happened for me when I became a lawyer, it was the most disillusioning experience ever. And I started to become unhappy. One year I had to work on Thanksgiving day, and I'll never forget it, 'cause I was sitting in my office, and I thought "is this really how I want to live?" And I looked around the law firm, and everyone else was working too, on Thanksgiving Day, and that's when I started thinking "I've gotta get out of here, and I don't know how I'm gonna do it."

ACN came into my life, and the second I saw the business, I got started right away. I was so ready for an opportunity. I saw a way to make money without having somebody own me, and I thought I could get my time back, I could be the person I want to be, I wouldn't have to compromise who I was, and I couldn't see myself trying to sell a product to somebody- It just wasn't in my personality, it was out of my comfort zone. But, I could help my mom with her phone bill, her TV bill, her electric bill – that I could definitely do.

When I first started with ACN, um, my husband was really, really upset with me. I saw the opportunity, and I did not come home and discuss it with him, you know, I just got excited, signed up on the spot, opened up a business, and then I came home and, you know, told him. There's that old expression, it's "better to ask for forgiveness than permission," So I went with that one, and it didn't go over so well. Um, he was really skeptical. So for several months I had a really hard time, because I was trying to grow the business, and he didn't believe in it.

But, then what was awesome is we went to an international convention, and through a long crazy story, I got him to go with me. And that really was the turning point for us, because he could see the integrity of the company as well, and it's given us a great, great quality of life. And he loves ACN now.

Leanne Gabriel:          Uh, the day I quit my law firm was the greatest day ever I remember it so well because I was so tired of that whole world, and I just wanted to go somewhere where I could feel good about what I was doing, and I could make a difference. See, ironically, I became a lawyer to help people, and then when I saw ACN, I only initially saw the financial opportunity, and a way to get out of law. But what was crazy, was when I got into ACN, it ended up being everything I was always looking for. So, when I left, it wasn't just the great pleasure that I had of being able to leave all the other lawyers behind, but it was also knowing that now I

could design a life where I could help people, empower people, and really achieve the things that I wanted my life to be about.

I think one of the best parts of ACN is being a parent, and being in ACN. My son is the light of my life, I absolutely love my son, and I- I love that I'm never going to have to miss anything important for him. And it's amazing to me that I can be a mom for him and be there for him, but still make more money in ACN than I made as a lawyer, and my husband made in his career combined.

To have that lifestyle, I mean, who wouldn't want to have that, it's such a great opportunity ACN provides. For me, at this point, it's really not the material items, it's really about making a difference for people. So, the milestones that matter to me now are when I see somebody going across the stage in my team, I see somebody else is able to quit their job or be with their child, those things mean more to me than anything else, because that's really what matters at the end of the day, you can't take all the toys with you. But it is fun to have them, but you can't take them with you.

### Nathan Goldberg

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Nathan Goldberg: | I was not a big business person. I wasn't someone that had a lot of experience. I was a waiter. And I did waitering for about seven years and I just tell people this: to be successful in this business, it starts with a bunch of different factors.

Number one, it starts with belief. First thing you gotta do is you gotta believe in the company. And the best way to believe in the company is coming to an international training event and getting a chance to meet the owners and who's behind this opportunity.

Number two, it starts with belief in yourself. This is where ACN's personal development program – if you're willing to stick it out and make a decision to come to every single possible Saturday training, briefing, and ACN's international training events, which I call ACN university – if you're willing to stick it |

out and go through the learning curve, everyone could be as successful as they want to, but they gotta make sure they're willing to learn the business model.

After three months of doing this on a part time basis, things went a lot, lot better than I thought. Went full time with the business. I, personally, in my ACN business in my sixth month, made more money that month than I made in a year as a waiter.

I love the fact that I can wake up when I want. I get to work with the people I want. Have a lot of fun. I don't have any of that stress, like oh my god Monday is coming. Every day is Saturday in the ACN world.

I start my day at 11 o'clock every day. That's something that I really enjoy, the fact that I can wake up kinda when I wanna wake up, there's no real alarm clock. To be able to change some major things in my life. I was able to actually retire my mother after working for 41 years for the US consulate. It's been now sixteen or seventeen months my mother's been able to stay home and enjoy her retirement, all because of ACN's opportunity.

I love the fact that I get to travel.

Travel has been a major passion of mine. Because ACN operates in over twenty different countries, I have a chance to travel to all these countries. Not only get the chance to visit and have some fun, but create relationships in those marketplaces where I would've never met anyone in the past. It's funny, I have relationships with people in France; people all over the United States, in Australia. All because of this wonderful opportunity.

What I love about ACN the fact is, that not only do we put a lot of hard work in, but we also play hard as well. All the people that we work hard with, we also go and have a great time. We love going out on a night on the town. Having a great steak dinner with some friends. Enjoy some great wines and great company. Hanging back with some friends and playing pool at home. Out with some different friends and taking a stroll down beautiful Toronto. It gives us a chance to not only build a long-term relationship, but share common goals and dreams of where we're going.

**Spencer Hunn**

On-Screen
Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Spencer
Hunn:

You know, I grew up in a, I guess you could say, a typical middle-class family. My father, mother, very educated. My father was a graduate from West Point and then later a colonel. And I have five sisters. So however much money you have with five sisters was to say, life's tough, ok? And so financially I didn't come from having a lot of nice things. But you know, always happy, always having a lot of fun with the family. And that's really my main motivator to having success is to spend time with the family.

Before ACN, I played baseball. I got a scholarship at the University of Utah. I was probably as busy as anyone could be. And I was- It was basically busy with baseball, school, church activities and other things like that, but it was still 70, 80 hours a week. So the idea of even getting a part time job was out of the question. Which I think is pretty funny now, that I was able to start a multi-million-dollar company, because I had time for that, but I didn't have time to make eight dollars an hour. And that's one of the pretty magical things about this opportunity is that it works for busy people. A lot of those, you know, dreams and goals about living the lifestyle that I wanted to live as a professional baseball player can become a reality in ACN as being a Senior Vice President.

You can live wherever you want to live. And also as your organization grows, you know, you find other places that you never even knew about.

My latest, I guess you could say, goal or project was to buy a house in every city that I like. So I can always be going home. Going to college in Utah and starting my business there, it's just a great place to live. You know the mountains are beautiful there. I love it. You know, it's an amazing home. It's a great place. You know, waking up in that home, it feels that you're, you know, perhaps in like a five-star resort and you know, it's kinda in the mountains there and it gives you that feel. And, you know, in the winter time it's snowing. You know, one of the athletes in Utah

lived in a hotel and I said, man that would be a crazy lifestyle, to live in a hotel.

And so uh, you know, one of the nicest hotels in Bellevue has residential units and so I got one of those, and it is just absolutely amazing. Every time I go home to work in Washington, it feels like I'm on vacation. The view is unbelievable. We're on the thirty-fourth floor and it's just, it's amazing.

You know, it's mainly just very humbling that I could be in this position, to never really have to worry about, you know, finances. You know, there's always going to be stresses and problems in life and, and- you know, money does not buy happiness. It's a choice. But it's really nice to never have to worry about it and to have that one stress out of your life for good because of a great opportunity like ACN. You know, what we can realize is that, you know, without the courage to do it, you know, you're never going to know. Because that's really the only thing that holds people back is perhaps a little bit of fear of the unknown, or the fear of failure.

My father used to always say, you can't hit a home run unless you swing the bat. And you gotta go for it. And that attitude is what got me started in ACN. And that's the only way that you're going to connect big is if you go for it.

**Max Knowles**

On-Screen Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Max
Knowles:

When I was growing up, you know, we didn't have, you know, a lot of money. And obviously, being from Miami, you see it everywhere you go, I mean the nice cars, the nice houses, I mean, it's just what it is. I always knew I wanted to have those things, I just didn't know how to get there.

You know, I was gonna become a lawyer, but after I saw the tuition costs and how many hours would be involved with working as an attorney I was kind of, like, not excited about that lifestyle. So when I got introduced to ACN, initially it was gonna be my way to pay for college, uh, but after I got involved in seeing the opportunity, seeing the potential, after about a year of doing the business, I started making some really good money, so I walked away from that idea of being a lawyer, and went full-time with the company.

When I saw the example of residuals off essential services, I freaked out, I didn't know what to do, and I couldn't sleep for like a month. To this day, I'm still jacked up and fired up about it; I mean, I don't think I'll ever not be excited about ACN.

Max
Knowles:

My first success? I think that would be when I hit ETT. The first position in the company, because that right there, was huge. Because obviously that's when you can start generating income. Made my first bonus, was able to get my first check with a comma on it, which was huge, because uh, that was the first time I had ever seen a paycheck with my name and a comma on it at the same time, you know, that was pretty awesome.

I felt, you know, empowered. I was like, wow if I can go out there and put some work and effort into this, and get a check like this, imagine if I just worked a little harder, a little longer, how I can grow this paycheck.

We make great money, and you can make money while you sleep, you know. And where we're from in South Florida, it's a really diverse city, you got people from everywhere, and I think that's one of our biggest advantages, because everyone in Miami knows someone else, somewhere else, so your business can go international just like that.

Today, I do live a pretty cool life. I live where I wanna live, drive what I wanna drive, go where I wanna go, and do all the things that I wanna do. So, it's pretty amazing what we've been able to accomplish with this business.

Not only am I a Regional Vice President, but my sister's a Regional Director, and my father's also a Team Coordinator. You know, uh, we all get to have fun, we all get to talk about things that we like to do, and go out there and actually do them, not just talk about them. And what's even better than that, is just looking towards the future of what we're able to do, not just for my parents and myself, but for my kids and my kids' kids' kids.

Y'know, our goal is to basically change the family tree, and that's what's happening as we speak, because no one before us has ever made the type of money we're making right now, uh, and we know the best is yet to come.

Max
Knowles:

I just never quit and to be able to stick with something so long, I've never done anything in my life this long.  Seven years, I'm 26, seven years, I got involved when I was 18 years old. You know, I'm just proud of that, because that just means that, you know, I'm strong, not just on the outside, but on the inside you know and that's really what matters. Your core strength, who you are as an individual.

Through ACN, I've learned how to become a leader. I've learned everything I need to know to be successful, and I'm so thankful for the education I got here because it's priceless, you can't put a price tag on what you learn here in this business. And anyone who gets involved in this opportunity will grow, there's no question about it. You're going to have to grow. You can't get to where you want to be, being who you are right now so we do have to make some changes, but understand that it's gonna be changes for the best. The question is, do you have a desire to separate yourself from the masses? Y'know, so you can have the lifestyle, so you can make the income, so you can have the choices and freedom to do what you wanna do.

See, I don't know about you, I don't wanna wait until I'm 35, 45, 55, 65 to finally, you know, enjoy life. I want that right now. If I can get that right now at age 20, 21, 22, 25, 30, why not?

See, I'm willing to go to work really hard for two, three, four, five years, so I can enjoy the rest of my life; you can have that opportunity with ACN, be your own boss. No one telling you when to wake up, when to show up. You can have it all, it's really up to you.

**Mathieu Lamontagne**

On-Screen Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Mathieu Lamontagne:

I was nineteen years old when I, uh, got the chance to see a presentation and I was a fulltime basketball player here in Montreal, and I was working hard, go to school, play basketball and then somebody introduced me to ACN. I listened to the presentation, was really excited about it. Uh, the next day got started and since then it's been awesome.

It took me a few weeks to get my first check. It was 97 dollar and a few cents. That got me excited not because of the amount, just because it was real, you know. What the company says that you're gonna get paid for what you do, uh was real for me. So after nine months, I decided to go full-time and I was really motivated to get my mom out of her work. So, uh, after three years in the business, I had the chance to retire my mom from a full-time work and the next year, had the chance to retire my mother-in-law, so that was a big defining moments in my life.

Now it's not just about money. It's about time. It's about spending quality time. Uh, you know, I have a lot of people that I know that are, you know, really successful, but they don't have time. And the other way around; a lot of people that maybe don't have money, so they can't have the quality of life and spending time with their children. I think ACN has that balance and making sure I'm there for my family, which is my priority in my life right now.

My son's been a blessing, the last year now. You know, it's a lot of, um, effort to be a parent. And I think that because of ACN right now, I can be there as a fulltime dad, and not just, you know, physically there, but mentally there also. Most of the people, what they do, they decide what type of job they're going to get, and then that job will determine their lifestyle.

In ACN, when you do ACN, you know, you're going to do ACN, but you're going to determine your own lifestyle. If you want more money, there's more money on the table. If you want more time, there's more time. If you want both, there's both.

My wife and I will always have a dream to, uh, get our own house and customize it the way we wanted. We got our house, we did a lot of renovation. It's a custom house. Uh, you know, I have an indoor pool, which is great. I can go everyday with my son and just play with him and I know that's a really fun part of my day. I also have a basketball court, which for me, I'm really a big fan of basketball. I play every day, two days.

I have a lot of friends coming up, a lot of ACN IBOs that are playing with me, so it's kind of a family. Anybody can have success in ACN, I mean, people from all different backgrounds. And I think people that succeed in ACN, it's people that have work ethic, and that are coachable, and I think that's two elements for success in ACN.

I'm a big believer. if you want to go up, you gotta grow up. And for me, the person that I am now is different from what I was eight years ago, just because of personal growth. I know that my-my brain is like a muscle and I need to nourish it. And I think that every day, if I'm positive and I'm reading something positive, it just going to impact my days and other people's days.

You know, in life you gotta be skeptical, but not cynical. If you do your due diligence, if you talk to people that are successful in ACN, if you read the magazine, if you go see the owners in the events that we're doing, you'll see that ACN is for real. You just gotta make a decision: Is this something you wanna do? Once you take the decision to do it, you gotta be committed to it. And once you're committed, you'll have success.

Would you rather work 40 years of your life, 40 hours a week and get 40, you know, percent of your pension or would you rather maybe put five, ten years, hard work – you could be part time at the beginning -- but hard work, then after that you can get residual income for the rest of your life? And, you know, I think that a lot of people, when it's too good to be true, sometimes people they just, you know, turn their switch off because they say, you know what, that cannot happen for me. But guess what, it's been happening to tens of thousands of people so why not you; that's the question. Why not you?

**Cav. Franco Lofranco**

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Franco Lofranco: | ACN has completely changed my life in many ways: From a business perspective, from a financial perspective, family perspective, time perspective, having time. I went from being a traditional business owner for many years, since I was twenty-two years old to now owning a company within ACN that pays me residual income. You know, I was working from six, seven in the morning until midnight every single day. In fact, I used to have a couch in my office I would sleep on. I showered next door, back to work, back to the couch, and that was my life for years. But when you're in that life, you don't realize you have no life. That's just how it is. I barely saw my friends, almost never saw my family. |

Then one of my really good friends called me up, and he said to me, Franco, I really want you to come look at a business opportunity. And I remember saying – I forget what I said to him. I said, listen, I cannot take on any more business that's it, I'm done. I just told him I don't have any time. And then he says something to me that changed my life: what good is all your money with no time? And that really hit home. I go, what do you mean? He said, well, you know, what if I could show you a way to have time and money together. And that intrigued me, and I went to go look at an ACN business opportunity for the very first time, and I couldn't believe that something like that existed. It's like, what you don't know that you don't know. I did not know that was possible, that life, until I saw the ACN opportunity.

And then I started dreaming, like is that possible? Can I really do that? Is that really – can that really be done? And then I started talking to people that actually had done it. I got to meet some incredible people that have had some incredible success in ACN and I started to follow them. I didn't understand network marketing. Didn't know anyone that did network marketing. Never did network marketing before. So my first year in the business, I wasn't very good. I was learning. I was patient. Being a business owner, I know that you have to be patient.

I'll never forget, it was two years in the business and I was kinda getting it a nod, and then you know, it's kinda like it all comes together and the whole picture makes sense to you. When you get that you can never forget it. And you love this business forever and you can master it now and you can be almost everywhere you want, anywhere in the world and you can have success when it all comes together.

One of the reasons why I wanted to do ACN was to retire my mom and dad. My mom and dad, um, you know, were in their sixties. My father was coming off, you know, heart surgery. My mother, a brain tumor. And I wanted to be able to give them financial freedom, and thanks to ACN, they'll never have to work another day in their life. And there is nothing that can replace that, nothing.

On top of that, for me personally, it gives me a chance to even have a life. I had no life. So for me to have a life now, to be able to do what I want when I want, that- that just floors me. If I want to go on vacation, I go on vacation. If I want to take off for a week, I'm gone. I don't have to worry about that. Because that's the power of residual income, what ACN's provided for my life. I probably would never do a network marketing company that wasn't– what- the products and services that ACN offers. Because you know, I've seen people in other network marketing companies struggle, trying to sell a juice, or a lotion or a potion. These are not something that everybody can use, or has value for, the – they might be really good products for some people

But what we have is for everybody. Everybody uses it. You use it. I use it. Every single person watching this video uses it. We all use it. What we have is perpetual and it's eternal and that's what got me excited about this business. That's what real, true residual income is. You can build something, and it keeps paying you over and over and over again on the work you did one time. I'd tell you right now, today, you couldn't pay me enough money to go back to traditional business ever again. I'm done with it.


**Patrick Maser & Mike Maser**


On-Screen
Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs

|                    | make a profit and no one can be guaranteed success as an ACN IBO. |
|--------------------|-------------------------------------------------------------------|
| Patrick Maser:     | Uh, you know, it's great, I mean, to work with your brother, to have time to hang out and spend time. We've been friends all our life. We grew up together, and to build a business is just a dream come true. |
| Mike Maser:        | Pretty simple for me, I was selling cars and, uh, you know, realizing I was never going to get rich working for somebody else. Took a look at this. Liked what I saw, but you know, I realized the phone was not a fad; it was going to be with us long term. |
| Patrick Maser:     | I think by our first year we really knew we had a hold of something. By our second year, it was obvious to everybody. |
| Mike Maser:        | I was working hard for somebody else. The problem was the vehicle I was in was only going to make me so much money. There's only so much time in the day. And, you know, I hit a glass ceiling in any company I worked for. You know, I think the real thing here was the system. The company had a system in place. They took care of all the hard stuff. They took care of the customers. They took care of the group. And you know, I didn't have to go out and rethink anything.

The same thing I did here was just became very coachable and teachable to the system. Learned from the people that have already walked in the, and you know, became successful and I walked in their footsteps. |
| Patrick Maser:     | That's the great thing about this industry is that there's someone that's had success and willing to show you how they did it, as long as you're willing to go find out the information from wherever they have it. And, uh, that's all that I did. |
| Mike Maser:        | You know, there's sacrifice here. We were hard workers at whatever we've done. And you know, there were sacrifices here. The benefit to this is, you know, getting farther ahead quicker, without putting a forty-year commitment in with the company, you can do it in four, five, seven years here and then enjoy the next thirty. And that's the big thing, but it's looking outside the box, you know. Closed minded kept me in a job. Close minded kept me skeptical and broke and when I opened my mind, I really started seeing- seeing things differently and it allowed other |

|  | people to sort of steer my vision that've already went there, you know. |
|---|---|
| Patrick Maser: | I believe anybody can do it, and they need to give themselves the opportunity to try. And once you start getting around positive people and people that truly want to help you – and I think the big value that both of us have found in this business is when you get behind somebody and you help someone and you support somebody, they usually haven't had that from their family. They usually haven't had that from their friends. So the relationship you have with individuals that you've really got in with and helped is far beyond any other relationship I've had with other people. And they know you're there for genuine, authentic reasons, to do nothing but to help improve them, improve their lifestyle, improve their bank account. So I tell everybody, try it. I mean, go for it. There's nothing – you're going to lose nothing and gain everything. |

### Art Napolitano and George Zalucki

| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
|---|---|
| Art Napolitano: | My name is Art Napolitano. This is my wife Jennifer. And ACN has given us financial security. It has given us the freedom and time to spend with our children. And we have a lifestyle that few people even dare to dream about. |
|  | When I first looked at network marketing, I was playing lead guitar for a rock and roll band. I mean I had hair down the middle of my back. Met my wife playing in a band. She's out there in spandex, and the funny thing is I wore spandex too back then. |
| Jennifer Napolitano: | Yeah. |
| Art Napolitano: | Uh, I loved music, you know, it was something I worked ten years at to try to get big recording contracts, but I was at a point where I had to be realistic in my situation; I was driving a car that had a hole in the floor. You know, we covered it with a mat. I've had my phone shut off, cause I- every month was juggling my |

bills. I've had my bank account closed at twenty-nine years old. I didn't even have a legitimate bank account to cash a check. And you know, when I took a step back, I realized I was sick and tired of that. I didn't want to be broke, um, and I just wondered what was next.

ACN is an incredible opportunity. Hands down, I would say it's the best opportunity in network marketing today. We got started actually, together, and we're doing presentations. We started to learn the industry. Um, we worked real hard. Made a lot of calls. A lot of people laughed at me. A lot of people said, oh you're going to get wealthy, just like you're gonna be a rock and roll star. They don't laugh too much when they see where we live, and the fact that we're at every one of our kids' events. I can plan around those activities.

Jennifer Napolitano: I am a stay-at-home mom, but I am so busy. I don't even know what I do every day, but I am so busy at it. After running around, running the kids around to all their events, it's nice to jump on my horse and just go out where it's nice and quiet and go for a nice trail ride. It's peaceful. It's almost like I can be a kid; I can still be a kid. I can go up there and play, and just have a ball, while he's in there doing conference calls.

Art Napolitano: And at some point in life, you have to take a step back and say, you know, what's really important to me. I mean life is so short. ACN is really different from what most people think, because all they know is: go to school, learn a trade, get a job. They're not really understanding how to get time and money.

And I really think people need to step back and really take a look at what's important to them. If they only look beyond this week's check, or this month's paycheck, then they might see why this is a great place for them to be.

You know, there's a price to pay for any of this. You know, there was definitely a sacrifice in terms of a lot nights away from home, giving up some weekend time, to get to this point. But it's worth it. And I think that's what a lot of people don't realize; they only see the work. You know, and they don't see what the result can be, and it's such a new way for people to make a living and to really have the life, the life that you deserve.

George Zalucki: Now my story is, uh, kind of interesting. I had polio as a child, and I wasn't supposed to make it. I was in, in an isolation

43

hospital. And then they sent me home and told my mother, you have your son, but he'll never walk again.

And I probably learned the first thing about motivation that was stuck with me forever, and that was that I needed to exercise to get my legs to work and my back. And never once did I want to do it. And yet I knew the end game, ok, if I did it; I'd probably be able to get out of this.

And here's what I learned there: if people wait to be motivated before they move, they're never going to make it. You have to have a goal and you have to have the discipline and the belief that if you do the rights things, sooner or later, good things are going to show up for you.

We've been in this industry now, at least I have, for I think back to 1975, and my wife has been at it for at least twenty years. So, we had quite a bit of experience to evaluate an opportunity like this. And I'll tell you, this is a home run.

Eloise
Zalucki:               It's a wonderful thing as a couple to be able to do. And it's a very exciting thing to know that we're doing something to help other people and we're doing it together. And it's a part of our life.

As a mom, I mean, I've been able to be there at everything that my kids do. And George and I oftentimes have gone as a couple to their programs at school, or their sporting events, or whatever. And if I was out at a job doing something else, I couldn't, I wouldn't have that flexibility. And ACN has truly given us that flexibility.

George
Zalucki:               And it's great to share our dreams, and to see them materialize, and to be able to do things that, you know, you only dream of when you're in the mundane things of everyday doing the same thing. You know, it's not wrong, but there's another way. And you know, and it's a big way.

Because people everywhere are looking for opportunity. They're very well fed up with the confinement that they see economically in their lives today. They just don't have a way out, and if they can take the time to see what we're doing and how we're doing it, they may very well say, "this is my way out." It's a chance for the average guy to do exceptional things, the average woman to do exceptional things, if they have a work ethic and they can build relationships. I mean, that's it.

So, it's been a very good marriage of my interpersonal skills and psychology and personal development in a network marketing context. Wow, what would happen when these two come together? A person wanting to change their life, has some dreams but have never been taught how does success really come together. What do successful people do that I'm not doing? Are they things I could learn, adapt to, and do if I wanted to? And I say, in most cases, yes.

But if they don't know what they are, if they're not taught the elements, then how do they have a chance? You know, we love seeing them get inspired and see somebody who started with nothing, and maybe a year or two later, they go, "hey, look what's happened." And you had that much to do with it. Man, that's a payday.

### Janel Presant

On-Screen Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

Janel Presant:

ACN was brought to me at a time of need. I was in financial disaster, emotional disaster, as a single mom trying to keep the bills paid and my doors open in my business. I was working harder than I'd ever worked in my career in the real estate mortgage industry, and I was going nowhere. Actually I felt like I was going backwards, on the verge of losing everything, not knowing how I was going to pay the mortgage next month. I was out of options, I had no hope, I was so unhappy, just financially spiraling down a hole that I didn't even know how I was gonna get out of.

So, ACN was introduced to me at the right time, and I can tell you it was the answer to our prayers. Um, we grabbed a hold of it, the business plan, it speaks to everyone, it is brilliant, it is a simple plan, and I knew that if I just followed the incredible leaders that were introduced to me, that I could have success.

And as a result of that, within five months, I walked away from my fifteen-year career, and I've never looked back. I'm so

45

grateful every single day that ACN was introduced to me that day.

I loved that ACN was not a product-driven business. We offer household essentials. Like, we offer what people cannot live without. ACN allows us to partner with them. And the average person, you know, it gives them a chance to go from ordinary to extraordinary, and you can't find that in this day and age, of something you can walk into, for a company that's been established an Inc. 500 infrastructure that you're getting a key and get to open the door to unlimited opportunity. I could not be more excited to build my business than I am today.

I feel, still, that I'm very new to ACN, it'll be four years next month, which kind of, it's been a whirlwind, so I am still working hard, but we also play hard.

What ACN has allowed us to do is really just feel free and for the first time, I have a peace of mind, and I feel free, I get to laugh like I've never laughed before because there's not this financial strain, and this burden, it felt like a monkey on my back. Y'know, for the first time in our lives my boys and I, I feel alive, I mean, they, they have a different mom that they have probably never even seen before in their whole lives.

We have fun, and we sit and laugh. It doesn't matter, it doesn't matter what we're doing, we just hang out, and it's that time together that I love the most. I love that I've gotten to share with my kids that, you know, it's, you have to work hard in life, but I love that I've taught them that anything is possible.  If you have a hope, you have a dream, you have to fight for it, and if we just don't quit, this is, the sky is the limit, and you can have anything possible.

People were born for greatness, and people just don't understand right now, because they're in need, and they've been beat up, whether it's been, you know, their job, their economy, their situations, people are down and out. Um, so, I love that we're offering hope, and I just tell them, look, I'm reaching my hand out, all you have to do is grab it, if they just stand beside us, and if they take a step and are willing to have the faith in us and the system, their opportunity is unlimited.

**SAC Global (Adrian Eimerl, Jeremy Rose, Shawn Herrick)**

| | |
|---|---|
| On-Screen Text: | Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO. |
| Jeremy Rose: | What I've discovered in ACN is that we can make money by helping people. And the greatest part is that we get to help the people we really like. You know, our very best friends have come from ACN. Um, I'm just so excited about the team that we have, that we've put together. |
| | Before ACN, I worked at a seafood restaurant. And it's what I did full-time. I made enough money to pay my bills. I worked forty hours a week, every week, every month, every year, in order to get paid. I couldn't take a vacation. If I took a vacation, I couldn't pay my bills. So, whether I was sick or not, I was going to work every day. I went to work sick many, many times. And if I were to quit or stop working, I just made nothing. |
| | The best part about ACN, financially, for my wife and I, is that we make more in one week than I used to make in a whole year waiting tables. And the reason that that's possible, it's not because I'm great or because I have some type of super skills, it's just, we're getting compounding money; we get paid off what we did five years ago. We're getting paid off what we did four years ago. We're getting paid off what we did three years ago, and two years ago, and one year ago and off of what we do today. And when you start adding it all up, it can become substantial. |
| Shawn Herrick: | The greatest gift that, uh, ACN has given me is freedom. And I really think that freedom is priceless. It's one of those things where, if you can have time and money together; it's just amazing. |
| | One of my greatest passions in life is to be out on my boat. I think that when I'm out on my boat, I'm at peace. I'm most relaxed. It's one of my favorite things to do. It's uh- You know, get out there on the lake, just the beauty of being in nature, the water. I'm out there with my friends, my reps, my dogs. It's just an amazing time being out there relaxing, just kind of chilling with your friends and just enjoying a beautiful day at the lake. |

Being with ACN, it allows me to, you know, be on the lake on a Tuesday afternoon when most people are at work, and you know, the hustle bustle of the corporate nine to five, that's when the lake is empty. It's just been an incredible, incredible, rewarding career, uh, with ACN and it gives me the freedom to do my passion. So many people give up on their dreams, their hopes and their goals so quickly. Uh, I just tell people, you know, make a five-year commitment that you're going to be here, whether it's part time or full time, just make that commitment that you'll be here five years from now, and enjoying success with all of us.

Adrian
Eimerl:

The way I look at this is I think about myself personally. I owed it to my children to go out there and build something. I owed it to my family to go out there and create a lifestyle for them that- that I wanted to provide for them. Both my wife and I have been able to stay home and literally be full time stay at home parents. It allows us to really schedule all of our family time first and our business time second.

In terms of the material things, you know, we were able to build our own custom dream home. We live exactly where we want to. You know, we've been able to drive whatever kinda cars we want to drive, and, you know, take vacations where we want to go spend time together as a family and have the quality of life with our children.

I've spent more time with my daughter in her first five years than most people spend with their kids by the time they're thirty years old. Not because they don't want to, but because they can't, because they're forced going to work and providing for their families. So the lifestyle that ACN has provided for us, I mean it's a dream lifestyle. I know people that make really good money that spend no time with their family. And I know people that have a lot of time with their family, and they have no money to go out there to enjoy a quality of life. And ACN gives us both, both time and money to spend together and do the things we want as a family, and that's obviously the best thing.

**Al Thomas**

On-Screen
Text:

Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs

make a profit and no one can be guaranteed success as an ACN IBO.

Al Thomas:        My name is Al Thomas, I'm proud to be part of ACN. I've been a part of ACN for a little over eight years now, and, uh, for me it's just a part of my lifestyle. I enjoy what I do. ACN's in me, I'm not in ACN, ACN's in me. So, I do it passionately as I go through my life, everyday I talk to people.

I've been doing network marketing for over 21 years today, and it's all about people helping people, because there's so many people worldwide that are needing today. You know, I travel, I hear a lot of people complain about jobs, and about what they're doing and don't have time for family and friends, period.

And ACN has a lifestyle you can buy your time back. You can get up and do things that you wanna do, and take off when you wanna take off, and I think a lot of people don't have that. For me, it's more important to see new people succeed, or people from my team succeed, because that give me a sense of accomplishment.

You know, it thrills me, I see other kids, go to private school, or parents, zip codes change, or they come to a meeting in a car that backfires, and they're ashamed that they park four blocks away, now they can drive up with their brand new car. Just the idea that marriages are saved, people don't have to file bankruptcy, and anybody can do this. The potential is there. It's just upon: Are you ready to change?

Al Thomas:        We have services that everybody uses everyday, so how do you say no to this? You gonna get on your cell phone, cha-ching, you can be making money. You drive up to your house, you turn your garage door opener on, cha-ching you're making money. You walk in the house, you turn the alarm system on or off, cha-ching you're making money. You walk down the hall, there's your wife or husband or significant other watching TV, cha-ching you're making money. You walk down the hall, the kids are on the internet, doing their homework, whatever, cha-ching, you're making money. You go in the house, you change your clothes, you go into the kitchen, you warm up some food, cha-ching, you're making money. So, I mean, these are services that everybody uses daily.

The opportunity is easier today than ever before to do network marketing with ACN, because we have more products and

services than we had three years ago, five years ago, so it's easier for people to succeed. It's not too late. The opportunity goes back to the individual, how bad do you want to succeed?

Al Thomas:   It's not your education, not your background, not where you're born, it doesn't make a difference. Here's a business you can start in the comfort of your home, and build it over time into a city business, a state business. It could be international, if you build it right, as more people you touch, the bigger your network grows, the more money you make. So here again, you could be just an average person getting involved with the work ethic. That's so important to have a strong work ethic, have desire, be committed, and be persistent in this business, this business will take you places. Look where you want to be two, to three, four years down the road, because this is not a job, it's an opportunity. Any kind of opportunity takes a while to build it.

Take your time and build it right, give it a couple years, and follow the system. There's a step-by-step system that works, but the key is, if you stick with it, it will pay off big dividends.

You know, I've been in the industry for 21 years, and I've seen people come in time and time again that may have tried at one or two other network marketing companies and didn't succeed. And I says, "I don't care how many companies you tried before, this'll be the last one you'll ever have to do," and I look 'em straight in the eye, they believe that, because it's true. This is the last one, because it makes total sense, it's growing, it has everything you need, that you didn't get in the other companies: the mentorship, uh, the system, uh, even track to run on.

But here's – here again, it takes sacrifice, I don't care if you do it for the corporate or you can do it for yourself a little bit, for your future, for your family. Because once those residuals comin' up, trust me, you could be there with them the whole way. And that's the beauty of ACN.

**Danny Volonino**

On-Screen Text:   Personal stories are shared by some of ACN's top producing Regional and Senior Vice Presidents. Success as an ACN Independent Business Owners (IBO) is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN IBOs make a profit and no one can be guaranteed success as an ACN IBO.

| Danny Volonino: | Coming out of college, I made the decision to start my own business, it was a wholesale clothing company. Uh, by the time I was 29, couple of thriving companies, I had a horrible car accident, left me unable to run those businesses. Financially devastated, 35 bucks in my account, 110,000 dollars in debt, living on mom and dad's couch. |
|---|---|

Uh, during that recovery, ACN is put in my life. Got involved with it right away, did it spare time, about 14 months, uh, been full-time ACN for the past fifteen years, and it has been an absolute blessing to be a part of.

My lifestyle has changed dramatically, I mean, within three years I went from that existence to a Regional Vice President with this company, and I went from financial and spiritual ruins to, you know, having wealth on a lot of different levels, um, all because of my experience in ACN.

In my first year, you know, I went through the rollercoaster ride, I was very stubborn, very uncoachable, I really wasn't listening to what I was being taught, so I struggled. I actually mentally, I didn't physically quit, but I mentally quit probably three or four times in my first year. And the minute I shifted and treated ACN with respect, like, the stre- the business that it is, is when my business changed dramatically. I then began to, uh, follow some of the people that were successful in the company, and then my business blossomed.

Uh, I went full-time with the fourteenth month mark. Today, I have over 60,000 active independent reps spanning every country ACN's in, and the lifestyle it creates is tremendous.

You can make decisions based on what you wanna do, not what you can do. Obviously, the finances are important, but it's not the money, it's getting money as an issue out of your lives, so you can spend more time on what's important to you, spending more time with your children, your significant others. There's a lot of people skip this stuff, because they have to work so much, or there is no work for them.

If you look at the opportunity today, in my opinion, ACN is by far the superior opportunity in this country, I mean you could right now take ACN and its business model, and go toe-to-toe any high-paying job, any traditional business, and I think, hands-down, this industry, the technologies we're involved with, and the

time that everything's happening, this is the best place to be right now for your financial futures. I've seen success here across the board. And it's all just up to the attitude of the individual.

My encouragement is, if you're looking at ACN for the first time, you need to get involved now. It was an absolute blessing to be put in my life when it was. This has been a phenomenal journey.

### ACN and Donald J. Trump

Announcer                ACN continues writing history with its partner in success, multibillionaire entrepreneur Donald J. Trump. In 2006, ACN made network marketing history when it received a personal endorsement of Mr. Trump, a world-renowned businessman, best-selling author, and the executive producer of hit reality shows *The Apprentice* and *The Celebrity Apprentice*.

Since then, Mr. Trump has continued to praise the company, its co-founders, and home-based business opportunity, making numerous appearances from the ACN stage, and taking time to meet with many of ACN's independent business owners. He was featured in *Success Magazine* with ACN in 2008, as well as in three issues of *Success From Home Magazine*. In short, Mr. Trump is more than just an endorser of ACN, he has become a friend of ACN, and has developed an excellent relationship with ACN co-founders.

Donald J.                When evaluating a business opportunity, people need to look for
Trump                    strong leadership, a solid track record, success stories, a strong
("DJT"):                 product people really need and want, and a clear plan for the future. ACN has all of these things.

Announcer:               In 2009, Mr. Trump personally invited ACN to be a featured company on *The Celebrity Apprentice*. That spring, ACN appeared on the show in one of the highest-rated episodes of the series.

So when Mr. Trump invited ACN back on the show for the 2011 season, ACN jumped at the primetime opportunity. On its second appearance on *The Celebrity Apprentice*, ACN was featured for two solid hours. The celebrities were asked to create a thirty-second commercial showcasing ACN's home-based business opportunity and its revolutionary videophone, drawing more than ten million viewers, making it one of the highest-rated episodes of the season, for a second time. ACN's appearance,

|  | not once, but twice on the landmark episode was a first in the direct-sales industry, and a history-making experience for the company. |
|---|---|
| DJT: | I've been working with ACN for a few years now. Since that time, I've developed a great relationship with ACN, and the more I learn about them, the more I like and respect them. I see incredible potential in the things they're doing now, and they are planning in the future. |
| Announcer: | There's never been a better time for you to learn more about ACN, its products, or its home-based business opportunity. Donald J. Trump is making history with a company he believes in, and the exciting thing is, you can, too. |

**ACN's Essential Services For all the Ways You Live, Work and Play**

| Actor | We've got one minute to get this done. |
|---|---|
| Announcer | We're obsessed with it, aren't we? Time, it's the one thing they can't make more of, and if time was money, the next best thing to making more, is saving more, to save it up and spend it on what you love doing most. |
|  | Regardless of how you live, work, or play, ACN has all the essential services you need: digital phone, energy, wireless, local and long distance, high-speed internet, television, and much, much more. |
|  | You're free to choose from limitless ways to stay connected to the precious moments of life. |
|  | While you can't stop time, you can control yours, which leaves you more quality time with the people you like to spend time with most. |
| Actor | I'll be home on time tonight. Great work, guys. |
| Announcer | No matter how you like to live, work, or play, the place for all your essential services that will let you connect without boundaries is at ACN. |

**Power Your World with Energy**

| | | |
|---|---|---|
| Announcer | 00:01 | ACN now connects your business to the world in an all new way, with energy! Think of everything that uses energy, from kitchen essentials, to home lighting, from the laundry room to the home office. There is an extraordinary opportunity to earn residual income by offering energy. If it's on, you get paid. |

Deregulation has taken the power out of the hands of the giant monopolies. This provides an environment for ACN entrepreneurs to participate in one of the largest service markets that virtually everyone buys from.

And, there are more than 100 million households in the United States using one or more energy-hungry devices. That usage is expected to triple over the next two decades. Just imagine the impact on your ACN business by offering energy in the select energy markets offered through ACN. Every time someone you know turns on a switch, charges a wireless phone, checks emails, watches TV, protects their family, or makes a phone call- If it's on, you get paid additional income on the power they use. And, bundled with ACN services, it's like getting paid twice. What better way to spark your ACN home-based business than with energy?

For nearly two decades, ACN's home-based business opportunity has changed the lives of countless individuals, without the high up-front costs of owning a traditional business. Capitalize on the enormous opportunity of the 500 billion dollar energy market, so you can have the financial freedom to do the things you love the most.

Energy: unlimited earning potential in a service everyone is already using. It's simple to understand: If it's on, you get paid.

**Experience the Excitement of ACN's Events**

| | |
|---|---|
| On-Screen Text: | ARE YOU READY |
| | TO BE INSPIRED |
| | MOTIVATED |
| | MENTORED |
| | ARE YOU READY |
| | TO NETWORK |
| | BUILD RELATIONSHIPS |
| | GROW YOUR BUSINESS |
| | ACN |
| | INTERNATIONAL |
| | TRAINING EVENTS |
| Speaker: | This could be the weekend of dramatic change for you. |
| Speaker: | This is your chance to change your life. |
| Speaker: | These events will be your greatest tools in allowing people to see the big picture of ACN. |
| Speaker: | So many great things are gonna happen. |
| Speaker: | You guys excited? |
| On-Screen Text: | ARE YOU EXCITED? |
| Speaker: | There's no better time to be in ACN than right now. |
| On-Screen Text: | RIGHT HERE |
| | RIGHT NOW |
| On-Screen Text: | Right now's the time to make a difference. |

55

| | |
|---|---|
| Donald J. Trump: | You have all of the basics to be an unbelievable company well into the future. |
| Speaker: | Your life can go from tragic to magic in a short period of time. |
| Speaker: | We're looking for people that wanna change their lives. |
| Speaker: | Who's gonna be committed, and who's gonna step up and say, this is mine, and I'm gonna take it. |
| Speaker: | We're in this game to win, that's all there is to it. And we're gonna win, and you have to have that same attitude. |
| TEXT | ARE YOU READY TO WIN? |
| Speaker: | Today we're over a half a billion dollars of annual revenue, growing to a billion and two and three and four and five. |
| Speaker: | Are we afraid of competition? We have no competition There is no other company like ACN. |
| Speaker: | You know what? This is a business that crosses cultures, race, religion. We have an opportunity to bring the world together, and more people should learn from us. |
| On-Screen Text: | UNITED STATES<br>CANADA<br>AUSTRIA<br>BELGIUM<br>CZECH REPUBLIC<br>DENMARK<br>FINLAND<br>FRANCE<br>GERMANY<br>HUNGARY<br>IRELAND<br>ITALY<br>NETHERLANDS<br>NORWAY<br>PORTUGAL<br>POLAND<br>SPAIN<br>SWEDEN |

56

SWITZERLAND
UNITED KINGDOM
NEW ZEALAND
AUSTRALIA
SOUTH KOREA

Speaker:                You know things are happening, you know the company
                        is growing and going.

Speaker:                We are now the largest direct-selling
                        telecommunications company in the world.

On-Screen                COMMUNICATION SERVICES…
Text:
                        Digital Phone Service
                        Video Phone
                        Local & Long Distance
                        High Speed Internet
                        Wireless

                        HOME SERVICES…

                        Energy
                        Television
                        Home Security & Automation
                        Computer Support

                        BUSINESS SERVICES…

                        DigitalTalk Express
                        Satellite TV for Business
                        Computer Support
                        Energy

Speaker:                Go live your dreams, that's why we created ACN.

Speaker:                I think that you are right at the very top of all the direct
                        market companies in the world. You know that, don't
                        you?

Speaker:                This is a great time to be in an organization like this.

Speaker:                You came here to change our lives, change our future,
                        change our world.

Speaker:                Nobody has the right to define you but you.

57

| | |
|---|---|
| Speaker: | The ACN business is crucial, not just for yourself, not just for your friends, but for this country, and for the world. |
| Speaker: | Think about that thing that used to be a "should," and now is a "must." |
| Speaker: | I would never, ever tell you "I hope you do great thigs with your life," I'm expecting it. |
| Speaker: | When you get to the end of your life, you're gonna be able to say I made a difference and that's what it's all about. |
| Speaker: | I will see you, and yes, I really do mean *you*. Not just at the top, I'm gonna see you over the top. |
| Speaker: | You got it, it's here, it's laying at your front door. Quit praying, it's here, the opportunity is here. |
| On-Screen Text: | THE OPPORTUNITY IS HERE! |
| Speaker: | Are you ready to make a difference? Are you ready to make some huge income? You need to start living the life that you deserve right now. |
| Speaker: | This is it. |
| On-Screen Text: | CHANGE YOUR LIFE

RIGHT NOW |
| Crowd | ACN! ACN! ACN! ACN! [repeats] |