# EXHIBIT 4

# Reach New Heights

ACN Newsmagazine | Fourth Quarter 2005

**ACN & DONALD TRUMP - EXCITING PREVIEW INSIDE!**



ACN Digital Phone is here!



ACN's Digital Video Phones

**2005 Year in Review**
*Plus* your first glimpse at 2006



ACN Announces 2006 COC Members

**Highlights from Anaheim 2005**

**ACN unveils its 2006 Circle of Champions Members**



ACN Launches New Zealand

**ACN News from *Europe* and *Australia***

# Donald Trump & ACN

*"ACN is a great company. How do I know? Because we have done a lot of research. I can't tell you how many proposals I turn down every day. I look forward to working with ACN and all the Independent Representatives."*

**Donald J. Trump**
Chairman & President, The Trump Organization

ACN was in search of the perfect person to endorse our company…a business person, a highly successful entrepreneur, someone at the top of their game, someone who perhaps was a millionaire, maybe even a billionaire…who we found is even better… announcing ACN and

Donald Trump has agreed to endorse and promote ACN and our vision. He will be featured in a variety of print and video media over the coming months, all designed to help you build your ACN business. He'll speak to important points, edifying ACN – the company and vision. He'll also speak to the importance of teamwork and the value of timing in the marketplace. In addition, Mr. Trump will be speaking at select upcoming ACN International Training Events, allowing you to experience his powerful message firsthand!

During this exciting time, please use the following statement to clarify his endorsement for those in your organization:

Donald Trump has agreed to endorse and promote ACN and our vision. He will be featured in a variety of print and video media over the coming months, all designed to help you build your ACN business. In addition, Mr. Trump will be speaking at select upcoming ACN International Training Events.

It is extremely important that ACN representatives respect the relationship that ACN has established with Mr. Trump:

ACN materials that will be approved for representative use are currently in production.

Everything associated with Donald Trump and ACN is copyright protected.

Representatives are not authorized to use Mr. Trump's name, image, footage, website or any other material in any form at any time.

ACN will not tolerate any violation of this policy. If any representative is witnessed acting in a way that might compromise ACN's relationship with Mr. Trump, ACN should be contacted immediately. Consequences will be severe and may include deactivation.



## Surround Yourself with Success

There's never been a more exciting time in the life of ACN than right now! With ACN's geographic and product expansion, you have the amazing chance to not only change your own life, but also change the lives of countless others by sharing the ACN Opportunity! ACN's new Read to Succeed program helps you maintain the motivation that's gotten you this far. Read from the industry's best and be your best! And with the debut of the March issue of Success from Home magazine, you can share with everyone you know the powerful vehicle that's allowed you to be your own boss and determine your own potential! Both of these powerful tools are available through MyACN.

### ACN's Read to Succeed Program

You can now purchase sales and motivational materials online from some of the industry's best authors and motivators – all at low ACN prices! The selection includes books, cassette tapes and CDs that were personally selected and recommended by ACN's Co-Founders.

Among the first added to the ACN Bookstore:
- *The 7 Habits of Highly Effective People;* by Stephen Covey
- *How to Win Friends & Influence People;* by Dale Carnegie
- *Think & Grow Rich*, by Napoleon Hill
- *Who Moved My Cheese?*, by Spencer Johnson
- *The Seasons of Life*, by Jim Rohn
- *The Purpose Driven Life*, by Rick Warren



**Expanded Offering!**

These materials should serve as an awesome source of inspiration that will help you grow as a person and learn effective ways of building your ACN business. The ACN Bookstore will be updated regularly with new titles in a variety of categories. Representatives can access the online bookstore in the Supplies section of MyACN and purchase the books online using a credit card.

What better way to motivate yourself than to listen to educated, motivated speakers? Whatever you select, you will be sure to get the motivation you need for your life and career.

## Success from Home Magazine Featuring ACN

### A Valuable Third-Party Validation Tool!



Never before has so much information been made available in one place. This high quality publication confirms what you've known all along – direct selling is the ultimate way to work from home – and there's no home-based business opportunity better than ACN!

Success from Home has dedicated its March issue to detailing the ACN Opportunity and how it has improved so many lives. The contents include:
- Success stories from ACN's top producers
- Validation of the Direct Selling Industry by best-selling authors and experts, including John Maxwell, Stephen Covey and Suze Orman
- ACN product, training and company information
- ACN's new Presentation DVD! - **not available anywhere else!**

**You'll want to put one in the hands of each of your top prospects!**

If you haven't already ordered your copies, you can place your order in the Supplies section of MyACN or by calling Representative Services at (248) 699-4000.

**And here's a tip:** personalize the magazine with pre-printed labels, which are also available in the Supplies section of MyACN.