# EXHIBIT 5

Case 1:18-cv-09936-LGS-SLC   Document 68-13   Filed 01/16/19   Page 2 of 5

# ACN NEWS MAGAZINE
# LIFE
## without boundaries
### 2Q • 2006



# The Stage is Set...

## DONALD J. TRUMP
**Featured on ACN's Opportunity Disc**

### PLUS
**Special Guest Speaker, Baltimore International Training Event**



### PLUS
- **North America Product Update**
- **Latest News from Europe & Asia Pacific**
- **ACN's 2nd Quarter Top Producers**

## President's Message



### Hello Everyone!

Normally I don't like to sound cliché, but it seems that right now – with where the ACN Opportunity is today and where it's going – a cliché can say it best! *There is no time like the present; strike while the iron is hot; get while the getting is good,* and most importantly – *time is money!* To anyone who's been around ACN lately, you know these simple phrases are very applicable and have powerful meaning! In fact, with the tools ACN has put in place for you, the iron can't get much hotter.

One of the most important tools available to ACN representatives today is obviously the Donald J. Trump endorsement. It's all about Trump this quarter at ACN – and all about what Trump can do for you! Those of you who have been a part of ACN for a while know what an impact the endorsement of entrepreneurial icon and renowned businessman Donald J. Trump is having for all of us at ACN. Those of you who are newer may be asking how the Trump endorsement can impact your business specifically. With that said, let me ask you a question:

If you held a winning lottery ticket, would you cash it in or would you hold onto it, forget about it and put it in your pocket until it expired and was too late to collect your winnings? Sure this question sounds silly and the answer obvious. But not taking advantage of the Trump endorsement – and cashing in on the benefits – is just as crazy as not cashing in on a winning lottery ticket.

Oftentimes, one of the scariest things for a new representative to overcome is the fear of approaching people about the opportunity and of course the fear of rejection. ACN's Opportunity Disc featuring Donald J. Trump virtually eliminates those fears. How much would it be worth to have Mr. Trump sit in your living room and personally endorse ACN as you present the ACN Opportunity to your prospects? It would be priceless – and ACN is making that happen. In fact, ACN's Opportunity Disc creates a perfectly level playing field for representatives at every stage in their ACN businesses; it gives an ETT the power of an SVP! And it doesn't get much better than that!

With that said, wouldn't you agree that getting people to look at ACN is one thing, but getting them to do something is quite another? ACN's Opportunity Disc gives you what you need to get your business started and to build excitement among new people, and while this is certainly important, it's only half the battle. So, how do you get someone to act, and how do you get them to act quickly?

The key to long-term and continuous success in ACN is getting your new business partners to take immediate action. The longer somebody waits to take action, two things happen: their excitement starts to go down and their fear starts to go up. It's simple human nature. You need to get your new representatives off to a fast start and in the right direction – and that's what ACN's 24 Hour Game Plan is designed to do for you.

The 24 Hour Game Plan is an outline for new Team Trainers to follow to ensure a successful launch of their businesses through a simple and easy to duplicate system. And the 24 Hour Game Plan accomplishes this goal at the height of your new Team Trainer's excitement. It's a fool-proof system! All you have to do is put it into practice in your business – every day and with every new Team Trainer. Remember, the Opportunity Disc might get them in, but it's the 24 Hour Game Plan that will get them building.

ACN's Opportunity Disc, the 24 Hour Game Plan and all the tools available to you eliminate any excuses for not being successful in ACN. We have literally given you the tools to get started, to build excitement and to keep business booming – all of which should eliminate self doubt. Many of you may not even know how good you have it. When I first started in the networking industry, the hot tools were postcards that we sent through the mail. Can you imagine? A 3-inch-by-5-inch card was all we had to help pique the interest of our prospects! And once we got a new person in the business, there was no formula for success, no 24 Hour Game Plan. In fact, keeping someone in the business was a gamble every day.

Just look at how far we've come and all that ACN has put in place for you.

Ask yourself…"Can I really afford not to take advantage of this?"

And it just keeps getting better! Donald J. Trump will be speaking at ACN's upcoming Baltimore Event, Sept. 8–10. Mr. Trump is extremely selective in his speaking engagements and in the companies he chooses to work with – and he chose ACN!

If you're not taking advantage of all ACN has in place for you now, ask yourself why. Is it fear…of rejection, of failure or of just trying something new? Isn't it scarier to think about what you could be passing up by not taking action?

It just doesn't get much bigger or better than Donald J. Trump. And the beauty of ACN is that you don't have to determine for yourself the best way – ACN provides it all for you! All it takes is to pique someone's interest, hand them a disc, enroll them in the vision and follow through with them using the 24 Hour Game Plan. Hard to believe? The reality is that the key to success in anything is keeping things simple and easy to duplicate. Even Donald J. Trump would agree with that!

My point is that there are no excuses. The only way you can fail is by quitting on yourself and on your dreams. The only defeat in life is the defeat from within.

So as the sayings go, strike while the iron is hot, get while the getting is good and most definitely – *time is money!* I just couldn't say it any better myself! I look forward to seeing each of you in Baltimore for what promises to be a turning point in ACN – and a catalyst for unprecedented growth in your businesses.

Grow, Grow, Grow!

God Bless,

*Greg Provenzano*

Greg Provenzano
ACN President and Co-Founder

# BALTIMORE INTERNATIONAL TRAINING EVENT
## SEPT. 8-10, 2006

SPECIAL GUEST SPEAKER -
# DONALD J. TRUMP

The Baltimore International Training Event is destined to go down in ACN history. This is the moment we've been waiting for since ACN first announced Donald J. Trump's agreement to endorse the company back in February at the Fort Worth Convention. Since that time, ACN representatives have seen their businesses grow as they make the most of ACN's Opportunity Disc which features Mr. Trump.

This endorsement serves as a huge testament to the integrity of the ACN Opportunity – never before has a company in the direct selling industry received an endorsement from someone of such stature. Donald J. Trump is an entrepreneurial icon. He's a multi-billionaire, Founder and CEO of The Trump Organization, a globally-renowned property mogul, Executive Producer and host of *The Apprentice*, Founder of Trump University, and a best-selling author.

You've seen what the Opportunity Disc can do for your business – now experience the power of Donald J. Trump's words in person and feel the power of his presence at the Baltimore Event. Mr. Trump will share from stage his personal experience and insight on what it takes to achieve your dreams. ACN has already celebrated numerous successes over the past few months, but it all culminates here. Be prepared for the event of a lifetime – then get ready to watch your business explode!

### BUILD YOUR BUSINESS USING THE ACN OPPORTUNITY DISC



In order to make the most out of the Baltimore Event, use the ACN Opportunity Disc to pique interest in ACN and get existing prospects off the fence. With success stories from ACN's top producers and the powerful endorsement of Donald J. Trump, this disc provides a complete overview of ACN and showcases why it's the best opportunity on the planet!

Plus, the ACN Opportunity Disc empowers representatives, no matter what level they've reached. It gives an ETT the power of an SVP!

To order a supply of Opportunity Discs, visit the online Success Store on MyACN for Representatives and sign up for auto-shipping to save 50%! You can also order a one-time shipment by visiting the online Success Store or by printing an order form and faxing or mailing in your order.

Keep the momentum in your business!

### How Auto-Shipping works…

Simply visit the ACN Success Store on MyACN for Representatives, click on the auto-ship link to access our convenient auto-ship website and select the number of each item you would like to order. Then, each month your credit card will be billed automatically and your discs will arrive at your home within a few days. It's that simple! The online store is also the place to request any changes to your order or to cancel at any time.

> "You've got that incredible disc with Donald Trump on it. I am a believer that whoever hands out the most of those discs will get the most results. It's simple. The message is powerful. It's consistent. Donald Trump is promoting your business for you."
>
> – ACN Co-Founder, Tony Cupisz

> "There has never been in the history of network marketing any other company besides ours that has been able to obtain the endorsement at the level that we have today with Donald Trump."
>
> – ACN Co-Founder, Greg Provenzano

> "We have got Donald Trump – a multi-billionaire – giving us the highest level endorsement than any other network marketing company has ever had in history."
>
> – ACN Co-Founder, Mike Cupisz

