# EXHIBIT 6



**ACN** NEWS MAGAZINE

# LIFE
### without boundaries

2Q • 2007

**ACN Digital Phone Service with Video Phone**

Infinite Possibilities...

Case 1:18-cv-09936-LGS-SLC   Document 68-14   Filed 01/16/19   Page 2 of 7

# Home Sweet Home



**Thousands Gather in Detroit to Celebrate ACN Canada, Launch New Products and Learn From the Best**

A festive atmosphere greeted representatives who gathered in ACN's hometown of Detroit in June. Over three exciting days, those in attendance celebrated ACN Canada's 10th anniversary, helped launch new products and benefited from crucial training and motivational speeches focused on the power of ACN tools.

From stage, the Founders explained why ACN is experiencing momentum like never before in the company's history. With amazing tools that level the playing field and a growing list of products in ACN's portfolio, the company is positioning every representative to take advantage of the trillion-dollar telecom industry and explode their business.

Just steps away from the Canadian border, representatives in Detroit cheered the official launch of ACN High Speed Internet in Ontario and Quebec and took advantage of product booths to sign up for service. The excitement continued as the Founders revealed important details of the summer launch of Digital Phone Service with Video Phones in Canada and announced plans for two Regional Events in Toronto and Montreal to capitalize on the momentum.

In Detroit, training sessions emphasized the use of ACN tools as the best way to pique interest from prospects. Speakers explained how each representative has a professional and consistent message available in various formats, including the updated ACN Opportunity Disc, the April 2007 edition of Success from Home magazine and the impressive Distributor Websites. In addition, a long list of representatives provided testimonials on the amazing power of these tools in sharing the ACN Opportunity.



ACN President Greg Provenzano delivered a powerful message on the need for representatives to commit to using ACN tools consistently: "With the tools, you can share the ACN story. It makes the brand new person be the messenger, not the message. You see what kind of difference that can make for a brand new person? It takes all the heat off, it reduces the anxiety, and it brings up their skill level."

The Detroit event delivered a weekend packed with training, networking, celebrations and recognition. Here are a few of the key announcements:

## ACN Tools Most Effective When Used Consistently

Mr. Provenzano explained that ACN has become an excuseless business with the resources that will help any representative turn their dreams into reality.



The ACN Opportunity Disc featuring Donald J. Trump has been refreshed with success stories from every member of the 2007 Circle of Champions. The disc includes updated product information and is now available in four languages.



Success from Home magazine featuring ACN continues to be a favorite among representatives looking for a third-party validation tool to share with prospects. The April 2007 edition contains 128 pages of company information, success stories and an article by Donald J. Trump on the power of network marketing.

Representatives crowded into the Success Store to take advantage of the Essentials Pack, which included Opportunity Discs, magazines and new product brochures – all at a 20% discount. Event participants were the first to see the new product brochures, which allow representatives to share with customers the long list of products now offered by ACN. The brochures are available in both U.S. and Canada formats.

From stage, the Founders revealed new features that allow customers to sign up for Wireless right from the Distributor Website. Prospects can also navigate the list of Business Opportunity Meetings by keynote speaker, title, meeting type, date, location and more!



Mr. Provenzano asked representatives to commit to piquing the interest of two people a day using ACN tools. "Get a tool in somebody's hands twice a day. I don't care if it's a disc or Success from Home magazine. I don't care if you direct someone to your ACN personal website. Just expose the ACN story twice a day with no reservation whatsoever," he said.

## ACN Canada – The Product Portfolio Expands

A crowd heavily populated by Canadian representatives erupted with excitement over the launch of High Speed Internet services for Ontario and Quebec customers. From stage, Co-Founder Tony Cupisz detailed the competitive pricing that makes ACN's newest product in Canada hard to beat. He also revealed introductory promotional pricing that provides a great way for representatives to market the product.

The good news only got better for ACN Canada as Mr. Cupisz discussed the summer launch of ACN Digital Phone Service and Video Phones, which operates on ACN's own network. Representatives learned that 67% of households – or 8.2 million people – already use broadband Internet, providing endless possibilities for growth.

## U.S. Product Explosion

Already buzzing from the 2007 launch of ACN Wireless and the resounding success of Digital Phone Service on ACN's own network, U.S. representatives heard more exciting news in Detroit. The Founders discussed plans for enhancements to the Wireless website featuring more detailed carrier pages, a Phone Finder tool and an improved accessories store.

Those in attendance learned that the New Video Phone is allowing representatives to offer their customers affordability and quality with a larger screen, easy-to-use menu, four language options and a new low price. Also, Co-Founder Tony Cupisz announced the upcoming expansion of U.S. Digital Phone Service to Hawaii this year and the move to Commercial Digital Phone Service in 2008. A Europe launch of Digital Phone Service is also planned in 2008.

## Detroit Charity: Mothers Against Drunk Driving

As is ACN tradition, over the course of the weekend, representatives raised money for a local charity, Mothers Against Drunk Driving, an organization with a mission to stop drunk driving, support the victims of this violent crime and prevent underage drinking. ACN matched the amount donated by representatives for a total contribution of $34,384.30.



Those who attended the Detroit International Training Event had the added bonus of touring ACN's Headquarters in Farmington Hills, Michigan.



EVENTS



# DETROIT
## at a glance





# DETROIT RVP PROMOTIONS

## Marlene Brehm

At age 21, Marlene Brehm was pursuing a singing and acting career in California while working 70 hours a week in the real estate business. A real estate agent convinced her to attend an ACN presentation and she was overwhelmed by the excitement.

But success did not come as quickly as her decision to start. Old habits were hard to break. Marlene recalls hanging out with her friends one day instead of attending a weekly ACN meeting. While at her friend's house, she took a call from an upline leader who told her it was crucial for her to attend the team's regular meeting.

"I looked over to my friends who were hanging out and so excited about whatever TV show they were watching but not excited about anything in their lives, always complaining all the time but not willing to do anything about it. And I thought, 'Are these the people who I am following?' Then I have someone who just took a vested interest in me and called me so I could build a business that could change my life," Marlene said. "And I drew a line in the sand at that point. I made a choice right then and there who I was going to surround myself with."

With the motivation of her mentors and her own persistence, Marlene began building a team and a business. Her name was a regular on the President's Club over four and a half years, a result of hard work that led to her promotion as Regional Vice President at the Detroit International Training Event. On stage, Marlene told the crowd how ACN had provided her freedom to spend with family and the ability to pursue her singing and acting career on her own terms.

"I am a totally different person than I was when I started," she said. "I feel like I grew up in this business. My spiritual life is so much bigger and clearer than ever before. Financially, I can now invest in my own acting and singing career rather than waiting for someone else."





## Nathan Goldberg

While working as a waiter, Nathan Goldberg got a pretty good tip: A customer introduced him to network marketing. He was very ambitious and was looking for the right opportunity to shine. After six years at the restaurant, he needed a change in his life, so he decided to try it.

While working for two other network marketing companies, Nathan learned a lot and worked very hard, but he did not find the success he was dreaming of. A friend later introduced him to the ACN Opportunity, and he was extremely impressed with what he heard.

With a steady focus and a never-quit attitude, Nathan built a powerful ACN business and rose to the position of Regional Vice President in only 15 months. During the Detroit International Training Event, Nathan's team paraded him to the stage, where he told the crowd that he loved helping others.

"I got the bug and the dream of people helping people and having unlimited income potential," he said. "ACN has changed me, teaching me that the more blessings I give out, the more I receive. Financially, I'm making more than what I dreamed of."

Nathan attributes his success to a personal goal of talking to a minimum of 10 people a day about the ACN Opportunity. He also advised new representatives to keep a positive attitude and follow the advice of their mentors. "If a waiter from Montreal can do it, you can do it," he said.



