# EXHIBIT 7

Case 1:18-cv-09936-LGS-SLC Document 68-15 Filed 01/16/19 Page 2 of 9

ACN Opportunity, LLC | News | Donald J. Trump Messages | From the Mind of Donald J. Trump

23 captures
12 Aug 2013 - 24 Oct 2015

http://acninc.com:80/news/donald-j-trump-me  Go

DEC  **JAN**  JUN
◄  **26**  ►
2014  **2015**  2016

About this capture



QUDDOOS AHMAD, CIRCLE OF CHAMPIONS
MEMBER - EUROPE

→ Start Today

← Back

# From the Mind of Donald J. Trump



Inside the Mind of a Billionaire!
Exclusively for ACN

As part of ACN's long-standing relationship with Mr. Donald J. Trump, he has graciously agreed to provide us with a regular inspirational note – prepared exclusively for ACN IBOs. I don't have to tell you how incredible this is. People pay big money to get inside the mind of a billionaire, and now, this valuable insight will be a regular feature on our website.

☐ Search All
☐ RSS Feed

## News

ACN Company Blog
From the President
Donald J. Trump Messages
Media Placements
Press Releases

## ACN on Twitter

ACN's 2015 Circle of Champions have just been announced! Check out the news from President Greg Provenzano here: http://t.co/UL8H46GZWT

*To be successful you have to be willing to do what successful people do. There are certain characteristics, certain practices that all successful people share and who better to communicate those than one of the world's foremost billionaires. I hope you will enjoy reading his first message below and I'm confident he has some exciting and insightful things in store for us that will be uniquely Trump.*

*Greg Provenzano*

**Rely on the Power of the Printed Word**

Hello ACN!

I don't think it's a surprise to anyone that I am in the media a lot — being in the public eye is a necessary part of what I do. It's always refreshing when I can pick and choose the media outlets I appear in — and that was certainly the case with the latest issue of *Success from Home Magazine*, which features ACN and is available on newsstands right now.

I know from my conversations with the Co-Founders that this magazine is an important tool, but here's my take on why this magazine could be important to you.

Don't get me wrong — I love technology. It's an important part of our lives today and an important part of helping me grow my own businesses, but there is something to be said about a printed piece — holding it in your hand, flipping its pages. I still read the paper (several of them actually) every day, and not on my computer but the "old fashioned" way. I'm a firm believer that a printed piece legitimizes something in a way an email or webpage can't. A printed piece often does the talking for you when perhaps you can't. Don't mistake that to mean I condone shyness as an excuse not to get out and talk to people — quite the contrary. I think using shyness as an excuse to not be successful is a cop-out, but that's a topic for another day — though we will touch on it here. Some of the most soft-spoken, seemingly reserved people I know can bring you to tears in a boardroom. But perhaps you aren't there yet and that is ok, because this magazine may do more to legitimize your business, more to communicate your company's values and business model than anything you could ever say.

Get to the newsstand and check out your company, and definitely

Follow @acnnews

share this magazine with others. I'm not just saying that because I'm in it. If talking about and sharing something you are passionate about isn't enough to get you outside of your comfort zone, then I don't know what is.

— Donald Trump

**Learn more about ACN's home based business opportunity.**

August 7, 2013 by Donald J. Trump

---

**Comments**     Community                          ☐ Login ▾

☐ Recommend  17                              Sort by Best ▾

[ Join the discussion… ]

**Adriano Palmieri** · 5 years ago
I think about the same, paper is more "direct" than an electronic file. Thanks for mentoring us Mr.Trump!!!

11 ☐   ☐ · Reply · Share ›

**Louise Erven** · 5 years ago
Thank you Mr. Trump! Well said!

10 ☐   ☐ · Reply · Share ›

**Bruce Danielson** · 5 years ago
I just got started in this business and organization 2 weeks ago. I went to Las Vegas' training and came home on fire. I am amazed at the clarity of it all. I am truly amazed at your endorsement, Mr Trump. Thank you for allowing me to use your powerful name in my presentations. To be honored with your wisdom, is exciting. I hope to meet you one day…

1 ☐   ☐ · Reply · Share ›



**Steven Anthony Millan** · 5 years ago

It is an absolute priviledge to receive direct messages from you Mr Trump. I will do what ever it takes to change the legacy of my family. It just so happens that Network Marketing is a very enjoyable and prosperous career. I strongly trust and believe in ACNs principles.

1 · Reply · Share ›



**Guy Draper** · 5 years ago

AWESOME!!!!

1 · Reply · Share ›



**Ansie Moolman** · 5 years ago

Stunning! What is there not to love or understand about our business?! Just look at WHO we are associated with. Mr Trump, you really are an inspiration! Thank you.

· Reply · Share ›



**Josette** · 5 years ago

Thanks Mr. Trump, you are an inspiration to us all and we appreciate you and what you do for ACN.

· Reply · Share ›



**RICHARD REID, M.D.** · 5 years ago

I have a real appreciation for Mr.Trump's message. He has what a lot of people want and aspire to be. When a Billionaire talks I tend to listen. He shares experiences that most of us will never realize. When he talks I LISTEN. The ears out number the mouth, be quiet an LISTEN.

· Reply · Share ›



**Maria Conway** · 5 years ago

Thank you Mr. Trump & Mr. Provenzano for your words of wisdom! I love Success from home magazine! It has a great

reputation through the years! It's a privilege to learn about our bussiness at our international events from the best leaders in the world! Maria Conway M.D.

· Reply · Share ›

**jeanne cushing** · 5 years ago

Mr. Trump I'm blessed to have you as a business partner. You are my inspiration to be a successful independent businesses owner. And to provide my kids with the business tools I've learned along the way.

· Reply · Share ›

**Guest** · 5 years ago

Thank you, Mr. Trump, for mentoring us - I will definitely be promoting
this as a benefit of joining ACN! I became an IBO less than two months
ago, I have never seen a company or opportunity as solid and exciting as
this is my life, and I've been in MLM since 1990! See you all in
Charlotte!

· Reply · Share ›

**Guest** · 5 years ago

Thank you, Mr. Trump, for mentoring us - I will definitely be promoting
this as a benefit of joining ACN! I became an IBO less than two months
ago, I have never seen a company or opportunity as solid and exciting as
this in my life, and I've been in MLM since 1990! See you all in
Charlotte!

· Reply · Share ›

**Judy Slater** · 5 years ago

I love the statement that a printed page "legitimizes"



information beyond what email or other electronic communication does. I had never thought of it that way. But, of course, you are a billionaire entrepeneur, and I am not! Thank you for your association with ACN. It certainly "legitimizes" our business, too.
Judy Slater
August 11, 2013

· Reply · Share ›



**javier Gonzales** · 5 years ago

LOVE IT, Thank you Mr Trump and Co- founders. I will be looking forward to your next inspiration notes.

· Reply · Share ›



**Unni Johansen** · 5 years ago

I started ACN 3 mnts ago to help my Lyme stricken daughter have an income in the future. What a blessing this business can be for her!
Your involvement and endorsement Mr. Trump adds credibility and excitement to Network marketing and will have a direst effect on our success!
We are proud to use your name, thank you so very very much for your involvment.
God bless!

· Reply · Share ›



**Tim Hooks Jr.** · 5 years ago

I'm very humbled to have you as a part of our organization, Mr. Trump! Thanks for being our mentor!

· Reply · Share ›



**Daniel** · 5 years ago

Thank you Mr Trump for your big thoughts!

· Reply · Share ›

**King Freeman** · 5 years ago

Great insight....

· Reply · Share ›

**michael finn** · 5 years ago

Thank you Mr. Trump.
Great advise and perspective on the importance of all the ACN tools.
"Everything we could ever want in our life lives on the other side of fear" time to get passionate and get sharing.

· Reply · Share ›

## At ACN, if it's on, you get paid!

→ Start Today

Opportunity    Success Stories    Company    **News**    Services    Events

IBO Login    Contact

© 2015, ACN Opportunity, LLC    Español    Site Credit:    UNION
ACN on Celebrity Apprentice    Privacy Policy    Earnings Statement    DSA Code of Ethics

Stay Connected

F   T   G   ▶   L