# EXHIBIT 10

Case 1:18-cv-09936-LGS-SLC   Document 68-18   Filed 01/16/19   Page 2 of 3

Updated September 2011

→ **Jim Rohn:** Want a Better Future? You Must Work on You

# SUCCESS | FROM HOME

## If It's *On*, You Get Paid

The Powerful Earning Potential of ACN Essential Services

Why **Donald Trump** and **Robert Kiyosaki** Recommend Network Marketing

Giving Back is in ACN's DNA

ACN *Featured on*
**THE CELEBRITY APPRENTICE**
*2009 and 2011*

$5.95 US
VOLUME 7 • ISSUE 8 • AUGUST 2011

ADVISOR | *Robert Kiyosaki & Donald Trump*



# Why Network Marketing?
## by Donald Trump

Marketing is a powerful tool, and network marketing can increase that power, provided you're self-motivated. In a simple visual, see a product and remove the advertising agency from it. It's up to you to share your business.

That's a big job, but it can be done if you're passionate enough to get going on your own, and to keep the momentum and motivation going at a high level. It requires an entrepreneurial spirit, and that means focus and perseverance.

Another important aspect of network marketing is that it's inherently social. Getting coffee, having dinner with friends and meeting new people are all part of building your business. It's forming relationships and opportunities to share your network marketing company's products and services.

Just like in advertising, there's no point in having a fantastic advertising campaign if the product is unequally fantastic. Also, keep in mind that if you become a distributor, you'll be legally responsible for the claims you make about the product, the company and the available opportunities.

As with any undertaking, know everything you can about what you are doing before you begin. Network marketing has proven itself to be a viable and rewarding source of income, and the challenges could be just right for you. There have been some remarkable examples of success, and those successes have been earned through diligence, enthusiasm and the right product combined with timing. As with so many issues, there are tangibles and the intangibles involved, but success is not a total mystery, and that applies to network marketing, as well.

My advice about network marketing is do your research, and put everything you've got into your product. Genuine enthusiasm is hard to beat, and the odds will be with you.

*A portion of this article is an excerpt from Robert Kiyosaki and Donald Trump's book* Why We Want You to Be Rich. *Published with the permission of Rich Press, an imprint of Rich Publishing, L.L.C. Copyright © 2006 by Donald J. Trump and Robert T. Kiyosaki.*

### Democratic Wealth-Building

One of the principal reasons I have put so much energy into supporting and promoting the network marketing industry is simply this: Its systems are fairer than previous systems of acquiring wealth.

A network marketing system is set up to make it possible for anyone to share in the wealth. This is a very democratic way of wealth creation. The system is open to anyone who has drive, determination and perseverance. The system does not really care what college you went to or whether you went to one at all. It does not care how much money you are making today, what race or sex you are, how good-looking you are, who your parents are, or how popular you are. Most network marketing companies care primarily about how much you are willing to learn, to change and to grow, and whether you have the guts to stick it out through thick and thin while you learn to be a business owner.

> **One reason I have such strong respect for network marketing is that it is a genuine equal-opportunity business.**
> —Robert Kiyosaki

Network marketing is more than just a good idea; in many ways, it is the business model of the future. Why? Because the world is finally starting to awaken to the reality that the Industrial Age is over.

In the years ahead, I expect to see an explosion in the prevalence, penetration, visibility and maturation of leading network marketing companies.

Like Thomas Edison with the light bulb, young Henry Ford did not invent the automobile, but he did something radical that forever changed the invention's destiny, along with the destiny of millions of people. At the turn of the century, the automobile was seen as a curiosity, a rich person's toy. And indeed, they were so inordinately expensive that only the rich could afford to own one. Ford's radical idea was to make the automobile available to everyone.