# EXHIBIT 12







EPISODE AIRS
**March 27**

# ACN Goes Primetime with Encore Appearance on Donald J. Trump's *The Celebrity Apprentice*

March 16, 2011 – Concord, NC – ACN, the world's largest direct selling telecommunications company, will be featured for a second time on an episode of *The Celebrity Apprentice*, March 27, 2011. *The Celebrity Apprentice* premiere episode aired March 6, and subsequent episodes will be aired on Sundays, at 9 pm ET on NBC.

"I've come to know Greg, Robert, Tony and Mike, the Co-Founders of ACN, very well," said multi-billionaire entrepreneur Donald J. Trump, the executive producer of *The Apprentice* and *The Celebrity Apprentice*. "I think the ACN Video Phone is amazing. It's connecting people face-to-face regardless of where they are. I simply can't imagine anybody using this phone and not loving it!"

ACN made its first appearance on *The Celebrity Apprentice* in March 2009, where the company appeared in one of the highest-rated episodes of the season, showcasing its IRIS 3000 Video Phone. ACN has refined its video phone technology once again, and it's ready to show its latest video phone, the revolutionary IRIS $\overline{V}$, to a primetime television audience. The two-hour episode will feature the latest video phone, along with ACN's home-based business opportunity.

"ACN's first appearance on *The Celebrity Apprentice* was an opportunity like none other," said ACN President and Co-Founder Greg Provenzano. "But to have the opportunity to do it again – even bigger and better than before – is truly an honor. It's so exciting to share a product that has connected so many lives, whether it be families who can connect despite living miles apart, military heroes who are away from home, college students who are studying abroad or any number of other stories I've had the opportunity to take part in or hear about."

Each week, the cast of celebrities will use their fame, contacts and business skills to work in teams in hopes of winning the weekly task to raise money and awareness for their respective charities. The upcoming episode featuring ACN will task the celebrity teams with developing a commercial to showcase the latest video phone. During the episode, celebrities must win the approval of 500 ACN Independent Representatives who vote on the winning commercial.

"The next season of *The Celebrity Apprentice* will be the most exciting yet," Mr. Trump said. "We are thrilled to bring back the celebrity format with 16 new and unbelievably talented celebrities who will help me make *The Celebrity Apprentice* one of the hottest shows on television this spring. This will be season 11 – Amazing!"

In 2006, ACN received the personal endorsement of Mr. Trump. Since then, he has continued to praise the company, its Co-Founders and home-based business opportunity, making a record-breaking six appearances from the ACN stage and appearing with the company in SUCCESS Magazine in 2008. A natural progression of that relationship was ACN's 2009 appearance on *The Celebrity Apprentice* – in which Mr. Trump himself personally invited ACN to appear.







EPISODE AIRS
March 27

ACN has been in business nearly two decades and operates in 23 countries on four continents. The company offers essential communication, home and small business products and services including Local and Long Distance Service bundled with High Speed Internet, Wireless, Mobile Applications, Satellite TV, Home Security, Computer Support and Energy. In addition, ACN offers Digital Phone Service with Video Phones – the very latest in communications technology that is simple to use and requires a High Speed Internet connection.

**About ACN, Inc.**

Founded in 1993, ACN is the world's largest direct seller of telecommunications and essential services for residential and business customers. ACN provides customers with leading-edge services such as Digital Phone Service with or without a Video Phone. ACN also provides budget-friendly options for services customers need and use every day such as Local and Long Distance Service bundled with High Speed Internet, Wireless, Mobile Applications, Satellite TV, Home Security, Computer Support and Energy. ACN operates in 23 countries with offices located throughout North America, Europe, Asia and the Pacific. For more information, visit **myacn.com**. For information on ACN's home-based business opportunity, visit **acninc.com**.

**About *The Celebrity Apprentice***

*The Celebrity Apprentice* is produced by Mark Burnett in association with Trump Productions, LLC. Mark Burnett, Donald J. Trump, Eden Gaha and Page Feldman are the show's executive producers. Nancy Gunn is the co-executive producer.