# EXHIBIT 17



2-17-2008

English
Español
Français

A New Day at ACN
In Phoenix, ACN Marks 15 Years with
Incredible New Tools, an Explosion of Products,
Amazing Success Stories & Exciting News about Trump



As thousands of representatives wrap up a life-changing weekend at ACN's International Convention in Phoenix, we couldn't wait to give you the headlines on an historic event that has opened a new chapter for ACN and promises to shape the company's bright future for years to come. Those who traveled to Arizona witnessed a new day at ACN.

Representatives Cheer New Tools:
Opportunity Disc & Success From Home Magazine

2008 will usher in the relaunch of ACN! And it all starts with ACN's brand new piquing interest tools. If you think ACN has provided powerful tools in the past, you are right...but you haven't seen anything yet! "New" is the name of the game when it comes to ACN's completely redesigned **Opportunity Disc** - and it doesn't disappoint. In fact, take everything you know about ACN's Opportunity Disc and plan to be blown away. ACN's new Dual Disc features brand new content such as a new Opportunity video and Video Phone commercial, powerful lifestyle success stories - giving you a behind the scenes look at the lifestyles of some of ACN's top representatives - and cutting edge graphics - all packaged into *the* most powerful piquing interest tool the industry has ever seen. This disc hasn't just been redesigned - it's been reinvented!

Representatives at the convention also witnessed the unveiling of the April 2008 issue of **Success from Home magazine** which features ACN. The new magazine is sure to turn heads with an image of ACN's Video Phone on the cover and page after page of all the reasons why ACN is THE vehicle for individuals to achieve their dreams. Packed with 132 pages of success stories from ACN's top leaders; complete company history,

product and training information, and validation of the direct-selling industry from best-selling authors and advisors, this exciting publication paints the vision of ACN's future like no tool has ever done before.

The powerful piquing tools flew off the shelves of the onsite Success Store. In fact, the ACN staff sold out of the Phoenix stock. Representatives could not stop talking about the potential of both piquing tools to transform their businesses, a point emphasized by the Founders and speakers who told representatives that these new powerful piquing tools have transformed ACN into an excuseless business.

Both tools are now available to order from the Success Store of MyACN for Representatives. Auto-shipping is available for the disc - so you can keep the momentum in your business month after month.

Representatives Witness Product Explosion<br>with DIRECTV in U.S., Canada Wireless & More

Those in Phoenix cheered ACN's growing product portfolio. Never in ACN's 15-year history has there been more product news coming out of one event than this one – from ACN's new journey into satellite TV with ACN DirecTV to the Representative Launch of Canada Wireless and the powerful buzz of the revolutionary new ACN IRIS 2000™ Video Phoenix. And with multiple product booths onsite, those in Phoenix spoke to product experts and got all the details to return home and build their customer base with confidence. Details of ACN's exciting new products and launches are available in a PowerPoint presentation, which is linked here for your convenience: **ACN Product Announcements**.

2007 Top Producers Recognized;<br>New SVPs & RVPs Paraded to Stage

Proof that ACN creates more success stories every day was evident as hundreds of representatives walked the stage and accepted trophies in recognition of their hard work in 2007. The convention also featured countless testimonials to the life-changing power of the ACN Opportunity. On Saturday, the crowd witnessed seven powerful parades as the company promoted three new Senior Vice Presidents – Danny Bae, Jeff Weber and Spencer & Leanna Hunn – as well as four Regional Vice Presidents – Nekoda Bragg, Kurt Ludlow, Terry & Rhonda Porter and Denny & Elizabeth Hodgson.

**Donald Trump Will Speak at the Next Event**



Those in Phoenix were the first to reserve their seat for the next International Training Event featuring the return of multi-billionaire Donald J. Trump. The entrepreneurial icon will address representatives in Meadowlands, N.J., during the weekend of June 27-29 2008. He will provide a thrilling climax to a weekend filled with inspirational testimonials, top-notch training, motivational speeches from ACN's Founders and top producers and celebrations of recognition. Don't wait another minute to reserve your seat. With Mr. Trump speaking, we expect this event to sell out! Sign up now for $150 USD.

Use any of our convenient methods of registration:
**ONLINE:** Visit the Events section of MyACN for Representatives to register.
**MAIL/FAX:** Print the registration flyer here and fax in your form.

**CALL:** Representative Services: (248) 699-4000 [(514) 390-8666 in Canada].

Service of ACN, Inc.
We practice permission marketing. If you do not wish to receive these e-mail notices please go to the "My Preferences" page in MyACN, remove your address from the email address field and then click submit. This will remove you from our list of recipients.

To prevent this and other important ACN e-mails you have requested from being rejected by your SPAM filter or routed to your "junk mail" folder, simply add our "From" address (acnnews@acninc.com) to your address book.

© 2008, ACN Inc