**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

            *Plaintiffs,*

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

            *Defendants.*

------------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

**NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER**

**NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER**

PLEASE TAKE NOTICE that, upon the accompanying declaration of David Spears, dated January 23, 2019, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, David Spears hereby withdraws his individual appearance on behalf of Defendants in the above-captioned matter. Joanna C. Hendon, Cynthia Chen and Bradley Pollina, from the law firm of Spears & Imes LLP, will remain as counsel of record to Defendants.

Dated: January 23, 2019
       New York, New York

                                                Respectfully submitted,

                                                SPEARS & IMES LLP
                                                /s/ *David Spears*
                                                David Spears
                                                SPEARS & IMES LLP
                                                51 Madison Avenue
                                                New York, New York  10010
                                                Tel:  (212) 213-6996
                                                Fax: (212) 213-0849
                                                E-mail: dspears@spearsimes.com

                                                *Counsel for The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump*

SO ORDERED.

January _, 2019

                                                _____
                                                The Honorable Lorna G. Schofield
                                                United States District Judge