**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                *Plaintiffs*,

    v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

                *Defendants*.

-----------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

**DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, David Spears, declare and state as follows:

1. I am a partner at Spears & Imes LLP, co-counsel for Defendants The Trump Corporation, Donald J. Trump in his personal capacity, Donald Trump, Jr., Eric Trump and Ivanka Trump.  Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendants.  Joanna C. Hendon, Cynthia Chen and Bradley Pollina, from the law firm of Spears & Imes LLP, will continue to represent Defendants.

2. Because Joanna C. Hendon along with other attorneys at Spears & Imes LLP, will continue to represent Defendants, this withdrawal will not affect this action in any way, including the posture of the case.  Nor will this withdrawal prejudice the Plaintiffs.

Dated: January 23, 2019
      New York, New York

                                By: /s/ *David Spears*
                                     David Spears