USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

*Defendants.*

------------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

**NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER**

### NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of David Spears, dated January 23, 2019, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, David Spears hereby withdraws his individual appearance on behalf of Defendants in the above-captioned matter. Joanna C. Hendon, Cynthia Chen and Bradley Pollina, from the law firm of Spears & Imes LLP, will remain as counsel of record to Defendants.

Application DENIED without prejudice to renewal. An order granting leave to withdraw as counsel of record "may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien." Local Rule 1.4. Counsel must also serve his application to withdraw on his clients and all parties. Local Rule 1.4.

Dated: January 24, 2019
     New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: January 23, 2019
New York, New York

                                    Respectfully submitted,

                                    SPEARS & IMES LLP
                                    /s/ *David Spears*
                                    David Spears
                                    SPEARS & IMES LLP
                                    51 Madison Avenue
                                    New York, New York  10010
                                    Tel:  (212) 213-6996
                                    Fax: (212) 213-0849
                                    E-mail: dspears@spearsimes.com

                                    *Counsel for The Trump Corporation,*
                                    *Donald J. Trump, in his personal capacity,*
                                    *Donald Trump, Jr., Eric Trump, and Ivanka*
                                    *Trump*