**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY    :
MOE, individually and on behalf of all others similarly :
situated,                                    :
                                             :
                        Plaintiffs,          :
                                             :   No. 1:18-cv-09936 (LGS)
           v.                                :
                                             :
THE TRUMP CORPORATION, DONALD J. TRUMP, in   :
his personal capacity, DONALD TRUMP, JR., ERIC :
TRUMP, and IVANKA TRUMP,                     :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------------------------X
```

## NOTICE OF MOTION TO WITHDRAW APPEARANCE OF DAVID SPEARS

PLEASE TAKE NOTICE that, upon the accompanying declaration of David Spears, dated January 28, 2019, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the withdrawal of the appearance of David Spears, Esq. as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that the email address dspears@spearsimes.com be removed from the ECF service notification list for this case.

Joanna C. Hendon, Cynthia Chen and Bradley Pollina, from the law firm of Spears & Imes LLP, will remain as counsel of record to Defendants.

Dated: January 28, 2019
      New York, New York

                              Respectfully submitted,

                              SPEARS & IMES LLP
                              /s/ *David Spears*
                              David Spears
                              SPEARS & IMES LLP
                              51 Madison Avenue
                              New York, New York  10010
                              Tel:  (212) 213-6996
                              Fax: (212) 213-0849
                              E-mail: dspears@spearsimes.com

                              *Counsel for The Trump Corporation,*
                              *Donald J. Trump, in his personal capacity,*
                              *Donald Trump, Jr., Eric Trump, and Ivanka*
                              *Trump*

SO ORDERED.

January __, 2019

                              _____
                              The Honorable Lorna G. Schofield
                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY :
MOE, individually and on behalf of all others similarly :
situated, :
 :
                            *Plaintiffs*, :
 : No. 1:18-cv-09936 (LGS)
           v. :
 :
THE TRUMP CORPORATION, DONALD J. TRUMP, in :
his personal capacity, DONALD TRUMP, JR., ERIC :
TRUMP, and IVANKA TRUMP, :
 :
                            *Defendants*. :
 :
------------------------------------------------------------------------X

## DECLARATION OF DAVID SPEARS PURSUANT TO LOCAL RULE 1.4

I, David Spears, declare and state as follows:

1. I am a partner at Spears & Imes LLP, co-counsel for Defendants The Trump Corporation, Donald J. Trump in his personal capacity, Donald Trump, Jr., Eric Trump and Ivanka Trump. Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendants. Joanna C. Hendon, Cynthia Chen, and Bradley Pollina, also from the law firm of Spears & Imes LLP, will continue to represent Defendants.

2. Because my partner Joanna C. Hendon, along with other attorneys at Spears & Imes LLP, will continue to represent Defendants, this withdrawal will not affect this action in any way, including the posture of the case. Nor will this withdrawal prejudice the Plaintiffs.

3. Neither Spears & Imes LLP nor I is asserting any retaining or charging lien on our clients.

4. I am causing this motion, including all of the papers submitted with the motion, to be served on Spears & Imes LLP's clients in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 28, 2019
      New York, New York

                                                       By: /s/ *David Spears*
                                                             David Spears