**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY
MOE, individually and on behalf of all others similarly
situated,

                        *Plaintiffs,*

           v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in
his personal capacity, DONALD TRUMP, JR., ERIC
TRUMP, and IVANKA TRUMP,

                       *Defendants.*

No. 1:18-cv-09936 (LGS)

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2019, I have caused service of the Notice of Motion to Withdraw Appearance of David Spears and the Declaration of David Spears Pursuant to Local Rule 1.4, both dated January 28, 2019, to be made by electronic filing using the CM/ECF system, which will send a Notice of Electronic Filing to all parties, who have appeared and consent to electronic service in this action.

Dated:  New York, NY
        January 28, 2019

                                /s/ *Cynthia Chen*         
                                Cynthia Chen, Esq.