UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JANE DOE, et al.,<br><br>              Plaintiffs,<br><br>    -against-<br><br>THE TRUMP CORPORATION, et al.,<br>               Defendants. | 18 Civ. 9936 (LGS)<br><br>[PROPOSED] ORDER |

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on January 31, 2019, Plaintiffs filed an amended complaint.

  WHEREAS Defendants wish to file a motion to dismiss the amended complaint, it is hereby

  **ORDERED** that Defendants shall file their motion to dismiss the amended complaint by **February 21, 2019**, Plaintiffs shall file their opposition by **March 7, 2019**, and Defendants shall file their reply by **March 14, 2019**.  The parties are limited to thirty pages for their memoranda in support of an in opposition to the motion, and twelve pages for the reply.

SO ORDERED.

Dated: February ___, 2019
    New York, New York

                    _____
                    Lorna G. Schofield
                    United States District Judge