```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JANE DOE, et al.,                                             :
                                        Plaintiffs,           :
                                                              :
                      -against-                               :
                                                              :
THE TRUMP CORPORATION, et al.,                                :
                                        Defendants.           :
------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/4/2019 |

18 Civ. 9936 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 14, 2019, Defendants filed a motion to dismiss the Complaint (Dkt. No. 63);

WHEREAS, on January 31, 2019, Plaintiffs filed the Amended Complaint (Dkt. No. 77);

WHEREAS, Defendants wish to file a motion to dismiss the Amended Complaint (*see* Dkt. No. 79).  It is hereby

**ORDERED** that Defendants shall file their motion to dismiss the Amended Complaint by **February 21, 2019**, Plaintiffs shall file their opposition by **March 7, 2019**, and Defendants shall file their reply by **March 14, 2019**.  The parties are limited to thirty pages for their memoranda in support of and in opposition to the motion, and twelve pages for the reply.  It is further

**ORDERED** that Defendants' motion to dismiss the Complaint (Dkt. No. 63) is **DENIED** as moot.

The Clerk of Court is respectfully directed to close the motion at Docket No. 63.

Dated: February 4, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE