USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY :
MOE, individually and on behalf of all others similarly :
situated, :
                          :
            *Plaintiffs,* :
                          :  No. 1:18-cv-09936 (LGS)
      v. :
                          :
THE TRUMP CORPORATION, DONALD J. TRUMP, in :
his personal capacity, DONALD TRUMP, JR., ERIC :
TRUMP, and IVANKA TRUMP, :
                          :
          *Defendants.* :
                          :
---------------------------------------------------------------------X

### NOTICE OF MOTION TO WITHDRAW APPEARANCE OF DAVID SPEARS

      PLEASE TAKE NOTICE that, upon the accompanying declaration of David Spears,

dated January 28, 2019, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the

withdrawal of the appearance of David Spears, Esq. as counsel on their behalf.  Defendants

further request, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that

the email address dspears@spearsimes.com be removed from the ECF service notification list for

this case.

      Joanna C. Hendon, Cynthia Chen and Bradley Pollina, from the law firm of Spears &

Imes LLP, will remain as counsel of record to Defendants.

Application GRANTED.

Dated: February 4, 2019
     New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dated: January 28, 2019
         New York, New York

                              Respectfully submitted,

                              SPEARS & IMES LLP
                              /s/ *David Spears*
                              David Spears
                              SPEARS & IMES LLP
                              51 Madison Avenue
                              New York, New York  10010
                              Tel:  (212) 213-6996
                              Fax: (212) 213-0849
                              E-mail: dspears@spearsimes.com

                              *Counsel for The Trump Corporation,*
                              *Donald J. Trump, in his personal capacity,*
                              *Donald Trump, Jr., Eric Trump, and Ivanka*
                              *Trump*