UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                *Plaintiffs*,

    v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

                *Defendants*.

------------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affirmation of Cynthia Chen, together with its exhibits, Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an order (1) dismissing Counts One through Eight of the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted; and (2) dismissing Counts Three through Eight of the Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject-matter jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1332(d)(2).  The bases for the motion are set forth in the

accompanying Memorandum of Law and Affirmation of Ms. Chen.


Dated: February 21, 2019
      New York, New York

                                    Respectfully submitted,

                                    SPEARS & IMES LLP

                                    /s/ *Joanna C. Hendon*
                                    Joanna C. Hendon
                                    Cynthia Chen
                                    Bradley Pollina

                                    SPEARS & IMES LLP
                                    51 Madison Avenue
                                    New York, New York  10010
                                    Tel:  (212) 213-6996
                                    Fax: (212) 213-0849
                                    jhendon@spearsimes.com
                                    cchen@spearsimes.com
                                    bpollina@spearsimes.com

                                    *Counsel for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump*