# EXHIBIT 3

**Jim Rohn:** Want a Better Future? You Must Work on You

# SUCCESS FROM HOME

Updated September 2011

## If It's *On*, You Get Paid

The Powerful Earning Potential of ACN Essential Services

Why **Donald Trump** and **Robert Kiyosaki** Recommend Network Marketing

Giving Back is in ACN's DNA

ACN *Featured on* THE CELEBRITY APPRENTICE 2009 and 2011

$5.95 US
VOLUME 7 • ISSUE 8 • AUGUST 2011



# Catching the Eye of a Billionaire

**Donald Trump** knows a thriving business when he sees one. That's why he endorses ACN.

BY ANNE ARCHER



When Donald Trump was negotiating with ACN Inc. to personally endorse the company and speak at their events, he made it clear that he would not be doing it "for the money." He has plenty of money, so something else had to be the deciding factor. For him, it came down to the four ACN co-founders.

"ACN's four owners—they are some of the most selfless, dedicated businessmen I've met," Trump says. "They truly put the needs of their independent business owners above all else. They care about their people and they run ACN hands-on."

They also give back to others—they support causes they believe in and they give back both as individuals and as a company. It's something they believe in passionately. And so does Trump—he gives more than most people will ever know. He often gives and never says a word about it, and he likes it that way. That is something that Trump and the ACN co-founders have in common, and it is a very good place to begin.

Since endorsing the company in 2006, Trump has appeared numerous times onstage at ACN's North American International Training Events to speak to tens of thousands of ACN independent business owners. This spring, Trump made his first ACN overseas appearance when he spoke at an ACN event in Barcelona, Spain.

Regardless of location, at each event, Trump emphasizes one timeless message, "You have to love what you do! If you love what you do, you'll try harder, work harder, and you'll get better at it. And you'll enjoy your life more," Trump says.

# Primetime Exposure

In March 2011, ACN was featured for a second time on Donald Trump's hit primetime TV show *The Celebrity Apprentice*. The show pitted the two teams of celebrities—the men and the women—to see who could create the best commercial promoting the ACN Video Phone.

Greg Provenzano and Mike Cupisz, two of ACN's co-founders, appeared on the show, explaining ACN and the emotional connections possible with the ACN Video Phone to the contestants. Once the commercials were completed, they were played in front of many ACN leading independent business owners and ACN's co-founders. Both commercials showed the benefits of the video phone and how it can uniquely connect people hundreds of miles away. The episode drew in more than 10 million viewers and was one of the highest rated episodes of the season.

We talked with ACN President and Co-Founder Greg Provenzano about how important ACN's appearance on the show has been and the excitement it has generated among the field of independent business owners.

**SFH: What are some specific ways you are leveraging the second appearance on *The Celebrity Apprentice*?**

*GP:* When ACN made its second appearance on *The Celebrity Apprentice*, we had one central goal in mind: exposure, showcasing our company, products and business opportunity to a primetime audience for two solid hours.

But ACN's history-making appearance on the show has lasted far longer than the two-hour episode. I think we can all agree that there's no bigger stage than primetime television, and an appearance on this platform added credibility for our company like none other. It served as an opportunity for viewers to see ACN featured by entrepreneur Donald J. Trump—who also personally endorses ACN—as well as the cast of celebrities. It's been an additional launching pad for our independent business owners to succeed in ACN, giving them a new outlet to share the ACN home-based business opportunity with others. The wave of momentum the episode created is truly incredible!

**How well did the episode showcase ACN and its services?**

*GP:* The episode showcased ACN and its services so well that I'm truly convinced it was impossible for people to turn off their TV after watching the episode and not know about ACN. The branding throughout the entire episode was incredible! ACN's name, logo, posters, signs and leaders were displayed throughout the episode, creating a new wave of excitement about both our company and our opportunity!

**How are independent business owners using the appearance on the show to their advantage? What feedback have you gotten?**

*GP:* When ACN returned to primetime on *The Celebrity Apprentice* on March 27, 2011, it was the biggest meeting night in ACN history! Independent business owners held opportunity meetings in hotels, theaters, restaurants and other venues to introduce ACN in a whole new way through the episode, providing a new platform for them to share the ACN home-based business with their prospects. And the interest didn't die down during commercial breaks, as independent business owners used commercials as prime opportunities to answer questions, host contests about ACN and the episode, and share our opportunity through presentations and talks.

To help generate excitement, ACN created customizable flyers, invitations and newspaper advertisements independent business owners could use to pique their prospects and encourage them to tune into the show. ACN made a special piquing pack featuring a Primetime Presentation DVD which housed several key videos designed to be used during the show, including a special open and close video from myself, on behalf of all the co-founders. And during the episode, ACN interacted with our field of independent business owners on Facebook and Twitter, sharing insider information, quotes from company leaders and generating excitement and conversation around the historic episode. It was certainly a memorable night for all of us.

When he shows up to speak at an ACN event, everyone around can feel the pleasure this gives him. Here's why, in his own words: "I speak to packed houses at the ACN events. Talk about energy and excitement! There is so much light and love in the room and such a positive response. How could I not enjoy it?"

He may tease about having to give up a golf game for the event and get in his private jet to be there, but he is there, and it's not about the money. It is about something else entirely. Light? Love? Yes, indeed, as Trump donates part of the money he receives for speaking to charitable organizations. Perhaps now we are learning more about the real Donald J. Trump, and about ACN, too.

## Why Trump Partnered with ACN

When Trump was initially deciding to work with ACN, his organization did a great deal of research on the company and took a hard look before deciding to endorse ACN and its products. In addition, Trump took time to meet the ACN co-founders and to get to know them—and to know what motivates them.

"A company is only as good as the people at the top, and ACN has good people behind it," Trump says. "I met the four co-founders and discovered for myself that these guys are great and dedicated to building this company and supporting their people."



Before Trump headed into the boardrooom during ACN's 2011 episode of *The Celebrity Apprentice* he consulted with ACN co-founders Greg Provenzano and Mike Cupisz about the results of the task.

And then, of course, Trump came to know more about the company itself and what it offers. ACN offers essential services people already use every day and will continue to use—no matter what is going on in the economy. As Trump says, "That makes for good business."

His relationship with ACN began with talks at their events and as an endorser of the company. But over time, Trump says he has built a deeper relationship with ACN and its owners.

"We've spent time together on the golf course, and I have really gotten to know these men running the

Case 1:18-cv-09936-LGS-SLC   Document 85-3   Filed 02/21/19   Page 6 of 6



*During ACN's second appearance on The Celebrity Apprentice, co-founders Mike Cupisz and Greg Provenzano joined Trump and two of his children—Ivanka and Donald Jr.—to present ACN's task to the celebrity cast.*

company—and what kind of men they are. The ACN co-founders are men of integrity who put the needs of their people above their own needs. They define success by how many people they can help become successful right along with them, which is not a characteristic often seen typically in business."

### History-Making Success

It's been five years since Trump first endorsed ACN, and since then a lot has happened. In addition to making numerous appearances at ACN International Training events, Trump and ACN have worked closely on other projects, always focusing on success.

In 2008, ACN appeared with Trump in *SUCCESS* magazine and later that year, the multibillionaire entrepreneur personally invited ACN to be featured on his hit prime-time reality television show *The Celebrity Apprentice*. ACN took Trump up on his offer, making network marketing history when it appeared on the show March 22, 2009. The episode was the second-highest rated of the season (the finale was the highest). And that was only the beginning.

In 2010, ACN was invited back for an encore appearance on the show, returning to the primetime spotlight on March 27, 2011, with more than 10 million viewers tuning in to watch the exciting episode.

"We knew the incredible impact the show had on our business and our independent business owners in 2009," says ACN President and Co-Founder Greg Provenzano. "So when we were asked to join Mr. Trump back on the show, there was no way we were going to pass up the opportunity. Direct selling is all about sharing your business with the people you know, and *The Celebrity Apprentice* allowed our independent business owners to do just that, creating another avenue for them to showcase their businesses."

### An Inviting Business Opportunity

In addition to all the things that drew Trump to ACN was the direct selling industry. The direct selling industry provides a viable business option for someone looking for a new opportunity. For a very small startup cost, average individuals can build a business of their very own. They don't need experience, education or the considerable resources most traditional businesses require. In fact, anyone can take advantage of this opportunity: from a retired executive to a young, ambitious kid, to a mom who wants to help her family. This is all about providing a level playing field for anyone who wants to take advantage of the home-based business ACN offers.

Trump really appreciates that aspect of direct sales and is a firm believer in people making it because of their spirit, natural intelligence, determination and commitment. Direct sales gives people from all walks of life an opportunity to be successful in business and have a successful life.

"Direct selling is a business whose time has truly come," Trump says. "That is why the industry is growing when many others are suffering massive losses. What most people don't realize is that direct selling is actually one of the oldest, most respected business practices in the world. Long before there was mass advertising, people were using direct selling to move products. Direct selling puts the people element back into business—and for thousands and thousands of people, that means good business and a solid opportunity."

### Commit to Success

Success is all about our commitment to it. It's about taking any opportunity and making the most of it. So how does someone like Trump stay tuned in and ready to go day after day, regardless of the circumstances in the moment?

"To be successful, you have to change from the inside out," he says. "Spend a portion of every day working on your personal development. It's just as important as the time you spend building your business."

ACN's co-founders have a similar belief, providing independent business owners with numerous personal-development tools

> **"Spend a portion of every day working on your personal development. It's just as important as the time you spend building your business."**
> *—Donald Trump*

and training on building self-awareness and confidence. And what breeds confidence more than a passionate belief in the company with which you choose to work and build your future? ACN has been acknowledged within the industry for its revolutionary and robust product line of essential services, its outstanding compensation plan and its great leadership. One thing perhaps stands out above all the rest, and Trump said it best: "You won't meet four better guys than the ACN co-founders." **SfH**

