# EXHIBIT 4

↘**Jim Rohn:** What Constitutes a Good Life?

# SUCCESS | FROM HOME

**Residual Income:**
The Better Way
to Earn

*The Art of
Developing People*
**Why It's Essential for
Growing Business**



# THE
# REINVENTION
## *of* ACN

## Meet the Men Behind the Vision



**ACN Featured on**
*The Celebrity Apprentice*

$5.95 US
**VOLUME 6 • ISSUE 8 • AUGUST 2010**

# Direct Selling in the Age of Donald J. Trump

Entrepreneur and multi-billionaire

by Anne Archer





Direct Selling in the Age of Donald J. Trump

Donald J. Trump has reached tremendous success in many different fields, not to mention he is an admired and respected individual. He has become an icon of our culture, and Trump is an extraordinary brand recognized the world over.

But there is also a side of Donald J. Trump that many people may not get the pleasure of seeing—a warm and generous person who truly cares about the people around him. "You have to be tough in business to really make it," he says. "People will try to eat you alive if you aren't careful." So he has a reputation for being tough, strong and successful, and surely he is all that. Yet, he is someone who didn't hesitate to have his limousine driver pull over so that he could sign autographs for a group of kids who waited outside the airport to wave at him. He got out of the car, let the kids take pictures, signed everything they gave him, and took time to give them a few words

## "ACN appeared on *The Celebrity Apprentice* and the ratings were sky-high for that episode! The ACN Video Phone is revolutionary!" —Donald J. Trump

of encouragement. Simply put, Donald J. Trump is a man who believes in giving back.

When Trump was negotiating with ACN, Inc. to represent the company and speak at their events, he made it clear that he would not be doing it "for the money." He has plenty of money, so something else had to be the deciding factor. For him, it came down to the four ACN co-founders.

"ACN's four owners—they are some of the most selfless, dedicated businessmen I've met," he says. "They truly put the needs of their representatives above all else. They care about their people and they run ACN hands-on."



They also give back to life—they support causes they believe in and they give back both as individuals and as a company. It's something they believe in passionately. And so does Trump—he gives more than most people will ever know. He often gives and never says a word about it, and he likes it that way. That is something that Trump and the ACN co-founders have in common, and it is a very good place to begin.

When speaking onstage to an ACN audience of thousands, his message never waivers. "You have to love what you do! If you love what you do, you'll try harder, work harder, and you'll get better at it. And you'll enjoy your life more," Trump says.

When he shows up to speak at an ACN event, everyone around can feel the pleasure this gives him. Here's why, in his own words, "I speak to packed houses at the ACN events. Talk about energy and excitement! There is so much light and love in the room and such a positive response. How could I not enjoy it?"

He may tease about having to give up a golf game for the event and get in his private jet to be there, but he is there, and it's not about the money. It is about something else entirely. Light? Love? Yes, indeed, and perhaps we now are learning more about the real Donald J. Trump, and about ACN, too.

When asked how he has created so much success in a life that has had its share of challenges, Trump makes comments onstage and in personal conversations that resonate like lines





## Phoning Donald J. Trump

One of the products Trump has endorsed is the ACN Video Phone. ACN likes to say that a face-to-face conversation is never more than a phone call away. This product is impacting the communications industry as a whole, and to Trump, it just makes sense.

"ACN appeared on *The Celebrity Apprentice* and the ratings were sky-high for that episode! The ACN Video Phone is revolutionary!" Trump says. "It's changing communications as we know it. People want to stay connected. The ACN Video Phone can lessen the distance between people, especially during the important moments in their lives. It's a product that practically sells itself."

from his books *Think Big—In Business and in Life* and *Think Like a Billionaire.*

Yet, even these statements clearly come from the heart—with gusto and zeal:

"The true principles of success never change. You have to be passionate about what you do. You should love what you do! And you have to think big—think like a champion. Champions think big. They are focused. They are disciplined. Those are important elements of success."

Spend any amount of time with Trump and his staff, and it's immediately apparent that those who work for him truly admire this man. They readily confirm that they respect him and are delighted to be working with "the Boss," as one can affectionately hear him called. He seems to bring out the best in the people around him and his company looks like

> "Spend a portion of every day working on your personal development. It's just as important as the time you spend building your business."
> —Donald J. Trump

an amazingly well-run organization. Trump commented on how he chooses the people who work for him, and the wisdom he shared clearly applies equally to business and life in general.

"You should surround yourself with the best people you can," he says. "Work with the best people who are positive and have enthusiasm and it will help you stay on your course of success."

### Catching the Eye of a Billionaire

When Trump was initially deciding to work with ACN, his organization did a great deal of research on the company and took a hard look before deciding to endorse ACN and its products. In addition, Trump took time to meet the

Direct Selling in the Age of Donald J. Trump

ACN co-founders and to get to know them—and to know what motivates them.

"A company is only as good as the people at the top, and ACN had good people behind it," Trump says. "I met the four co-founders and discovered for myself that these guys are great and dedicated to building this company and supporting their people."

And then, of course, Trump came to know more about the company itself and what it offers. ACN offers services people already use and will continue to use—no matter what is going on in the economy. As Trump says, "That makes for good business."

Onstage at ACN, Trump acknowledged, "Breakthrough products like the ACN Video Phone reveal ACN's commitment to pioneering technologies of the future. With the ACN Video Phone, they are leading the way in a communication revolution. Staying at the forefront of innovation is key to long-term business success, and ACN is doing just that."

His relationship with ACN began with talks at their events and as an endorser of the company. But over time, Trump says he has built a relationship with ACN and its owners. "We've spent time together on the golf course and I have really gotten to know these men running the company—and what kind of men they are. The ACN co-founders are men of integrity who put the needs of their people above their own needs. They define success by how many people they can help become successful right along with them, which is not a characteristic often seen typically in business."

### An Inviting Business Opportunity

The direct selling industry is definitely a viable business option for someone looking for a new opportunity. For a very small startup cost, average individuals can build a business of their very own. They don't need experience,

education or the considerable resources most traditional businesses require. In fact, anyone can take advantage of this opportunity: from a retired executive to a young, ambitious kid, to a mom who wants to help her family. This is all about providing a level playing field for anyone who wants to take advantage of the opportunity presented.

Trump really appreciates that aspect of direct sales and is a firm believer in people making it because of their spirit, natural intelligence, determination and commitment. Direct sales gives people from all walks of life an opportunity to be successful in business and have a successful life.

> # "The ACN co-founders are men of integrity who put the needs of their people above their own needs."
>
> ## —Donald J. Trump

"Direct selling is a business whose time has truly come," Trump says. "That is why the industry is growing when many others are suffering massive losses. What most people don't realize is that direct selling is actually one of the oldest, most respected business practices in the world. Long before there was mass advertising, people were using direct selling to move products. Direct selling puts the people element back into business—and

for thousands and thousands of people, that means good business and a solid opportunity."

Yet, like any business, there are those who make it and those who don't. When asked what advice he would give to someone who has been working on their business for a few months, but isn't seeing a lot of success yet, Trump's response was no surprise—and it is also sage advice: "Anything worth doing takes commitment and hard work. Do what you are passionate about and stay committed, and you can't help but see success. My businesses weren't built in a day, so don't think success is going to happen overnight. As you build your business, there are also a lot of opportunities to learn and grow along the way."

### Commit to Success

Success is all about our commitment to it. It's about taking any opportunity and making the most of it. So how does someone like Trump stay tuned in and ready to go day after day, regardless of the circumstances in the moment? "To be successful, you have to change from the inside out," he says. "Spend a portion of every day working on your personal development. It's just as important as the time you spend building your business."

And to the ACN representatives he spoke to recently in California, he reminded them, "Confidence is key. If you speak with confidence, people will want to follow your lead. No one wants to follow someone who isn't steadfast in their beliefs."

And what breeds confidence more than a passionate belief in the company with which you choose to work and build your future? ACN has been acknowledged within the industry for a product line that is leading a technological revolution, an outstanding compensation plan and great leadership. One thing perhaps stands out above all the rest, and Trump said it best: "You won't meet four better guys than the ACN co-founders." **SFH**