**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

March 14, 2019

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
  for the Southern District of New York
40 Foley Square
New York, New York  10007

      Re:  *Jane Doe, et al. v. The Trump Corporation, et al.*, 18-cv-09936 (LGS)

Dear Judge Schofield:

      Pursuant to Rule III.B.6 of this Court's Individual Rules and Procedures for Civil Cases, the Defendants write to respectfully request oral argument on their Rule 12(b)(6) motion to dismiss the Amended Complaint with prejudice.  Defendants believe oral argument will aid the Court in light of the number and nature of the legal issues raised by the motion to dismiss under the wire fraud, mail fraud, and RICO statutes.

      Sincerely,

      Joanna C. Hendon