UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY  :
MOE, individually and on behalf of all others similarly  :
situated,  :
    :
                      *Plaintiffs*,  :
    :  No. 1:18-cv-09936 (LGS)
      v.  :
    :  **NOTICE OF APPEARANCE**
THE TRUMP CORPORATION, DONALD J. TRUMP, in  :
his personal capacity, DONALD TRUMP, JR., ERIC  :
TRUMP, and IVANKA TRUMP,  :
    :
                      *Defendants*.  :
    :
-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned appears as counsel of record in the above-captioned action for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump. I certify that I am admitted to practice in this Court.

Dated: July 19, 2018
       New York, New York

                                                      Respectfully submitted,

                                                      SPEARS & IMES LLP
                                                      /s/ *Andrew L. Kincaid*
                                                      Andrew L. Kincaid
                                                      SPEARS & IMES LLP
                                                      51 Madison Avenue
                                                      New York, New York  10010
                                                      Tel:  (212) 213-6996
                                                      Fax: (212) 213-0849
                                                      E-mail: akincaid@spearsimes.com

                                                      *Counsel for The Trump Corporation,*
                                                      *Donald J. Trump, in his personal capacity,*
                                                      *Donald Trump, Jr., Eric Trump, and Ivanka*
                                                      *Trump*