```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
 JANE DOE, et al.,                                            :
                                         Plaintiffs,          :
                                                              :      18 Civ. 9936 (LGS)
                 -against-                                    :
                                                              :           ORDER
 THE TRUMP CORPORATION, et al.,                               :
                                         Defendants.          :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 24, 2019, the Court granted in part and denied in part Defendants' motion to dismiss the Amended Complaint (Dkt. No. 97).  It is hereby

**ORDERED** that by **August 1, 2019**, the parties shall jointly file (1) a proposed Case Management Plan and Scheduling Order and (2) a joint letter, not to exceed ten pages, setting forth each party's position regarding Defendants' proposed motion to compel arbitration and any other issue the parties would like the Court to address.  The letter shall include a joint proposed briefing schedule for the motion to compel arbitration.  It is further

**ORDERED** that on **August 8, 2019, at 10:40 a.m.**, a status conference will be held to discuss the parties' joint letter and proposed Case Management Plan and Scheduling Order.

Dated: July 25, 2019
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**