UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JANE DOE, LUKE LOE, RICHARD ROE, and   :
MARY MOE, individually and on behalf of all   :
others similarly situated,   :
                                  Plaintiffs,   :
:
              -against-   :
:
THE TRUMP CORPORATION, DONALD J.   :
TRUMP, in his personal capacity, DONALD   :
TRUMP JR., ERIC TRUMP and IVANKA   :
TRUMP,   :
                                Defendants.   :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2019

18 Civ. 9936 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 29, 2019, the parties filed their joint letter setting forth each party's position regarding Defendants' proposed motion to compel arbitration;

      WHEREAS, a pre-motion conference was held on September 5, 2019.  As discussed at the conference, it is hereby

      **ORDERED** that Defendants may file a motion to compel arbitration, which shall be subject to the following schedule: Defendants shall file their motion by **September 12, 2019**; Plaintiffs shall file their opposition by **September 19, 2019**; and Defendants shall file their reply by **September 24, 2019**.  The parties shall assume only for purposes of the motion that Plaintiffs and the putative class members agreed with ACN to arbitrate as provided in the form arbitration agreement referenced at the conference, a copy of which shall be filed with Defendants' motion. Plaintiffs in their opposition shall principally address whether Defendants have waived their right to arbitrate, but (amending the Court's statement at the conference) may raise any other argument.  The parties shall follow the Court's Individual Rules concerning motions, including those concerning page limits and courtesy copies.  It is further

      **ORDERED** that Defendants shall email Chambers a proposed protective order, in

Microsoft Word format, with the terms previously submitted to the Court and agreed to by Plaintiffs at the pre-motion conference, copying Plaintiffs' counsel on the email.  It is further

**ORDERED** that the discovery stay is lifted.  A separate case management plan will follow.

Dated: September 5, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**