UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | | |
|---|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated, | : : : : | |
| *Plaintiffs,* | : : | No. 1:18-cv-09936 (LGS) |
| v. | : : | |
| THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, | : : : : | |
| *Defendants.* | : : | |

------------------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump Jr., Eric Trump, and Ivanka Trump will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an order staying the action and ordering Plaintiffs to submit their dispute with Defendants to individual arbitration. The bases for the motion are set forth in the accompanying Memorandum of Law.

Dated: September 17, 2019
      New York, New York

                                                   Respectfully submitted,

                                                   SPEARS & IMES LLP
                                                   /s/ *Joanna C. Hendon*
                                                 Joanna C. Hendon
                                                 Cynthia Chen
                                                 Andrew L. Kincaid

                                                 SPEARS & IMES LLP
                                                 51 Madison Avenue
                                                 New York, New York  10010
                                                 Tel:  (212) 213-6996
                                                 Fax: (212) 213-0849
                                                 jhendon@spearsimes.com
                                                 cchen@spearsimes.com
                                                 akincaid@spearsimes.com

                                                 *Counsel for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump*