UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                      *Plaintiffs*,

       v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

                      *Defendants*.

No. 1:18-cv-09936 (LGS)

---------------------------------------------------------------------X

## AFFIRMATION OF CYNTHIA CHEN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

I, Cynthia Chen, hereby affirm as follows:

1. I am an attorney duly admitted to practice in the State of New York and before this Court.

2. I am associated with the law firm of Spears & Imes LLP, counsel for Defendants in the above-captioned action.

3. I respectfully make this affirmation in reply to argument made by Plaintiffs in opposition to Defendants' Motion to Compel Arbitration (ECF No. 113). I have personal knowledge of the facts set forth herein based upon my participation in this case, including my receipt of correspondence between the parties' counsel in this matter.

4. On January 9, 2019, Plaintiffs provided notice of a subpoena to be issued by them to a third party ACN Opportunity, LLC ("ACN") compelling ACN to preserve evidence in this case. On January 18, 2019, Plaintiffs provided Defendants with notice of 40 additional such

subpoenas addressed to other third parties.  On June 13, 2019, Plaintiffs provided Defendants with notice of one more such subpoena.

5.      On January 16, 2019, Defendants provided Plaintiffs with copies of ten subpoenas addressed to friends and relations of Plaintiffs identified by Plaintiffs in the Complaint as having either encouraged Plaintiffs to become ACN Independent Business Owners or having been encouraged by Plaintiffs to become ACN Independent Business Owners or to purchase ACN goods and services.  Those subpoenas direct the recipients to preserve, but not produce, certain evidence.

6.      On September 10, 2019, at approximately 1:36 P.M., the Court entered a Protective Order in this case.  That same day, at approximately 3:30 P.M., Defendants requested that Plaintiffs disclose their names to Defendants.

7.      On September 11, 2019 at approximately 8:46 A.M., two of the four Plaintiffs disclosed their names to Defendants.  At approximately 10:32 A.M., the third Plaintiff disclosed their name to Defendants.  At approximately 12:50 P.M., the fourth Plaintiff disclosed their name to Defendants.

8.      On September 11, 2019 at approximately 6:19 P.M., ACN advised the parties that the Protective Order entered by the Court in this case "unduly restricts ACN's ability to exercise and enforce its own rights under the IBO Agreements, including its right to have any dispute between it and an IBO heard in arbitration."

9.      On September 25, 2019, ACN proposed changes to the Non-Disclosure Agreement under the Protective Order.  Attached hereto as Exhibit A is a true and correct copy of ACN's proposed edit to the Non-Disclosure Agreement.  A true and correct copy of Plaintiffs' response to ACN is attached hereto as Exhibit B.

- 3 -

10. The Protective Order bars Defendants from providing Plaintiffs' identities to ACN, so that ACN can locate Plaintiffs' IBO Agreements, until ACN has signed the Non-Disclosure Agreement under the Protective Order. (ECF No. 112 at 3.)

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2019
      New York, New York

By:   /s/ *Cynthia Chen*
      Cynthia Chen, Esq.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>    *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>       *Defendants*. | No. 1:18-cv-09936-LGS |

## NON-DISCLOSURE AGREEMENT

  I, _____, on behalf of non-party ACN Opportunity, LLC ("ACN") acknowledge that I have read and understand the Protective Order in this action governing the non-disclosure of Confidential Discovery Material and Confidential Identity Information (together, "Protected Material"). I agree that (1) I will hold in confidence all Protected Material to the extent required by the Protective Order and agree to be bound by the terms of that Order; (2) I will use such Protected Material only for purposes of this litigation and for no other purpose whatsoever; and (3) I will take all due precautions to prevent the unauthorized or inadvertent disclosure of such Protected Material.

  Notwithstanding the foregoing, as reflected by their counter-signatures below, the parties hereby stipulate and agree that nothing in this Non-Disclosure Agreement or the Protective Order in this action shall prevent or limit ACN in any way from exercising its rights and/or pursuing all remedies available to it under its agreement(s), through arbitration or otherwise as required by its agreement(s), with any Defendant and/or any Independent Business Owner, including but not limited to any plaintiff or any putative class member in this action.

  By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of ~~any issue or dispute arising hereunder~~enforcement of the Protective Order only, and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of court.

Dated: _____

Countersigned as to paragraph 2 above by:

Counsel for Plaintiffs: _____

Counsel for Defendants: _____

# EXHIBIT B

| | |
|---|---|
| **From:** | Andrew Wilson |
| **To:** | Niehaus, Stephanie E.; Joanna C. Hendon; Andrew Kincaid; Cynthia Chen; Alexander Rodney; Roberta Kaplan; John Quinn; Andrew G. Celli |
| **Cc:** | Colarossi, Alice D. |
| **Subject:** | RE: Doe v Trump; Proposed Revised NDA for ACN |
| **Date:** | Wednesday, September 25, 2019 18:18:17 |

Dear Stephanie,

The Court has already entered the form NDA that certain non-parties are required to sign before receiving protected information under the Protective Order. But ACN Opportunities, LLC does not need to sign that NDA to respond to the Plaintiffs' subpoena because responding to that subpoena does not require ACN to receive any protected information under the Protective Order. Nor is ACN required to sign the court-ordered NDA to mark any documents confidential that ACN produces in response to that subpoena. We look forward to receiving your written response to that subpoena.

Andrew

O. Andrew F. Wilson
Partner
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
212.763.5000

www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff & Abady LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (awilson@ecbalaw.com) immediately.

**From:** Niehaus, Stephanie E. <stephanie.niehaus@squirepb.com>
**Sent:** Wednesday, September 25, 2019 5:12 PM
**To:** Joanna C. Hendon <jhendon@spearsimes.com>; Andrew Kincaid <akincaid@spearsimes.com>; Cynthia Chen <cchen@spearsimes.com>; Alexander Rodney <arodney@kaplanhecker.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>; Andrew G. Celli <acelli@ecbalaw.com>; Andrew Wilson <awilson@ecbalaw.com>
**Cc:** Colarossi, Alice D. <alice.colarossi@squirepb.com>
**Subject:** Doe v Trump; Proposed Revised NDA for ACN

Dear all:

Following up on prior discussions regarding the parties' discovery directed to non-party ACN Opportunities, LLC in this matter, we have attempted to revise the NDA to satisfy ACN's concerns with signing on to the Protective Order and producing documents pursuant to it.  Please see our proposed revisions in the attached, which anticipates counter-signatures from both sides acknowledging ACN's reservation of rights and remedies.  Thank you for your consideration.

Stephanie



**Stephanie E. Niehaus**
Partner
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112

T  +1 212 872 9851
O  +1 212 872 9800
F  +1 212 872 9815
M  +1 440 897 1287

**stephanie.niehaus@squirepb.com** | squirepattonboggs.com

-------------------------------------------------------------------
44 Offices in 19 Countries.

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes EU personal data that is subject to the requirements of the EU General Data Protection Regulation, please see our Privacy Notice regarding the processing of EU personal data about clients and other business contacts pursuant to the GDPR at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
-------------------------------------------------------------------