**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated, <br><br>                       *Plaintiffs*, <br><br>                       *v.* <br><br> THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, <br><br>                       *Defendants*. | **NOTICE OF MOTION TO WITHDRAW APPEARANCE** <br><br> No. 18 Civ. 9936 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated October 15, 2019, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Joshua Matz as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

      Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff & Abady, LLP.

Dated: October 15, 2019                                  Respectfully submitted,

                                                                    /s/ Joshua Matz
                                                                     Joshua Matz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>       *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>       *Defendants*. | DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL<br><br><br>No. 18 Civ. 9936 |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Joshua Matz, declare and state as follows:

1. On October 29, 2018 I filed a Notice of Appearance (ECF 6) on behalf of all Plaintiffs in the above referenced action.

2. As of today, October 15, 2019, I am no longer affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request the Court withdraw my individual appearance as counsel for Plaintiffs.

3. Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff & Abady, LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Defendants.

Dated: October 15, 2019           Respectfully submitted,

                            /s/ Joshua Matz
                            Joshua Matz