UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>                *Plaintiffs*,<br><br>                  *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>                *Defendants*. | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>No. 18 Civ. 9936 |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Joshua Matz, declare and state as follows:

1. On October 29, 2018 I filed a Notice of Appearance (ECF 6) on behalf of all Plaintiffs in the above referenced action.

2. As of today, October 15, 2019, I am no longer affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request the Court withdraw my individual appearance as counsel for Plaintiffs.

3. Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff & Abady, LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Defendants.

Dated: October 15, 2019

Respectfully submitted,

/s/ Joshua Matz
Joshua Matz