UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>      *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | NOTICE OF RENEWED MOTION TO WITHDRAW APPEARANCE<br><br><br><br>No. 18 Civ. 9936 |

**NOTICE OF RENEWED MOTION TO WITHDRAW APPEARANCE**

  PLEASE TAKE NOTICE that, upon the accompanying declarations of Roberta A. Kaplan dated October 16, 2019, and Joshua Matz, dated October 15, 2019, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully renew their request for the withdrawal of the appearance of Joshua Matz as counsel on their behalf.  Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

  Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff & Abady, LLP.

Dated: October 16, 2019          Respectfully submitted,

                     /s/ Roberta A. Kaplan