UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>Defendants. | Case No.: 1:18 cv-09936-LGS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that **NICHOLAS R. BOURLAND** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for **PLAINTIFFS**, in the above-entitled action, and requests that all papers filed through the ECF system be served upon him via email at nbourland@ecbalaw.com.

Dated:  December 3, 2019
          New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: /s/ *Nick Bourland*
       Nick Bourland
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Plaintiffs*