UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>      *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No. 18 Civ. 9936 (LGS) |

### CERTIFICATE OF SERVICE

  I hereby certify that on December 10, 2019, I caused service of Plaintiffs' Letter Motion to Judge L. Schofield, dated December 10, 2019, concerning a discovery dispute with nonparty Metro-Goldwyn-Mayer Studios Inc. ("MGM") and its subsidiary JMBP, LLC ("JMBP" and, collectively with MGM, the "MGM Entities") (Doc. No. 129), to be made on the MGM Entities by certified overnight delivery service and electronic mail at the address of their attorneys listed below:

  LATHAM & WATKINS LLP
  c/o Jessica Stebbins-Bina
  10250 Constellation Blvd. Suite 1100
  Los Angeles, CA 90067
  jessica.stebbinsbina@lw.com

Dated: New York, NY
   December 10, 2019

                */s/ Roberta A. Kaplan*
                Roberta A. Kaplan, Esq.