UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

        *Plaintiffs*,

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

        *Defendants.*

Case No.: 1:18 cv-09936 (LGS)

**CERTIFICATE OF SERVICE**

---

I hereby certify on December 10, 2019, I caused service of Plaintiffs' Letter Motion addressed to Judge L. Schofield and dated December 10, 2019, requesting a pre-motion conference to compel the production of documents from non-party ACN Opportunity, LLC, ("ACN") (Docket No. 131) to be served upon ACN via Federal Express and electronic mail at the address of their attorneys listed below:

    ACN Opportunity, LLC
    SQUIRE PATTON BOGGS LLP
    c/o Stephanie E. Niehaus, Esq.
    30 Rockefeller Plaza, 23rd Floor
    New York, New York 10112
    stephanie.niehaus@squirepb.com

Dated:  December 10, 2019
         New York, New York

            EMERY CELLI BRINCKERHOFF
            & ABADY LLP

            By: _____
                Nick Bourland
            600 Fifth Avenue, 10th Floor
            New York, New York 10020
            (212) 763-5000

            *Attorneys for Plaintiffs*