## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all
others similarly situated,

<em>Plaintiffs</em>,

<em>v.</em>

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

<em>Defendants</em>.

No. 18 Civ. 9936 (LGS)

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I caused service of the Court's memo endorsement (Doc. No. 136) regarding Plaintiffs' Letter Motion to Judge L. Schofield, dated December 10, 2019, concerning a discovery dispute with nonparty Metro-Goldwyn-Mayer Studios Inc. ("MGM") and its subsidiary JMBP, LLC ("JMBP" and, collectively with MGM, the "MGM Entities") (Doc. No. 129), to be made on the MGM Entities by certified overnight delivery service and electronic mail at the address of their attorneys listed below:

| | |
|---|---|
| Metro-Goldwyn-Mayer Studios Inc.<br>LATHAM & WATKINS LLP<br>c/o Jessica Stebbins-Bina<br>10250 Constellation Blvd.<br>Suite 1100<br>Los Angeles, CA 90067<br>jessica.stebbinsbina@lw.com | JMBP, LLC<br>LATHAM & WATKINS LLP<br>c/o Jessica Stebbins-Bina<br>10250 Constellation Blvd.<br>Suite 1100<br>Los Angeles, CA 90067<br>jessica.stebbinsbina@lw.com |

Dated: New York, NY
        December 16, 2019

_____
Roberta A. Kaplan, Esq.