UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>                  *Plaintiffs*,<br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>                  *Defendants*. | Case No.: 1:18 cv-09936 (LGS)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on December 16, 2019, I caused service of the Court's Memo Endorsement (Doc. No. 135) regarding Plaintiffs' Letter Motion to Judge L. Schofield, dated December 10, 2019, concerning a discovery dispute with non-party ACN Opportunity, LLC, (Doc. No. 131), to be made on ACN Opportunity, LLC by Federal Express overnight delivery service and electronic mail at the address of their attorneys listed below:

                  ACN Opportunity, LLC
                  c/o Stephanie E. Niehaus, Esq.
                  SQUIRE PATTON BOGGS LLP
                  30 Rockefeller Plaza, 23rd Floor
                  New York, New York 10112
                  stephanie.niehaus@squirepb.com

Dated:  December 17, 2019
          New York, New York

                                                          Denise R. Edwards
                                                          Legal Assistant