**UNITED STATES DISTRICT COURT**
**Southern District of New York**


*205912*

**AFFIDAVIT OF SERVICE**

Index no :1:18-CV-09936-LGS

**Jane Doe, et al**

    Plaintiff(s),

vs.

**The Trump Corporation, et al**

    Defendant(s).

**STATE OF CONNECTICUT**
                        ss: East Hartford
**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **09/19/2019** at **3:10 PM**, I served the within **Cover Letter, Subpoena Pocket, Amended Complaint, Opinion and Order** on **Bernie Diamond** at **49 Hedge Brook Lane, Stamford, CT 06903** in the manner indicated below:

INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex  | Color of skin/race | Color of hair | Age | Height | Weight |
|------|--------------------|---------------|-----|--------|--------|
| Male | Caucasian          | White         | 65  | 6'     | 180    |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
September 20, 2019
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC     03/31/2023
My Commission Expires:

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023

X_____
Sandra Yade
AAA Attorney Service Co. of NY Inc.
20 Vesey Street, Room 1110
New York, NY 10007
212-233-3508
Atty File#: