UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>        Defendants. | Case No. 1:18-cv-09936 (LGS)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jessica Stebbins Bina, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Non-Parties Metro-Goldwyn-Mayer Studios Inc. ("MGM") and its subsidiary JMBP, LLC ("JMBP") in the above-captioned matter.

  I am a member in good standing of the Bar of the State of California and a certificate of good standing is attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 6, 2020　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jessica Stebbins Bina
　　　　　　　　　　　　　　　　　　　　　　Jessica Stebbins Bina
　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　10250 Constellation Blvd. Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　　　Tel: (424) 653-5525
　　　　　　　　　　　　　　　　　　　　　　Fax: (424) 653-5501
　　　　　　　　　　　　　　　　　　　　　　Email:  jessica.stebbinsbina@lw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Non-Parties Metro-Goldwyn-Mayer Studios Inc. and JMBP, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>Defendants. | Case No. 1:18-cv-09936 (LGS)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA        )
                                              )  ss.:
COUNTY OF LOS ANGELES )

I, Jessica Stebbins Bina, being duly sworn, hereby depose and say as follows:

1. I am a partner at the law firm of Latham & Watkins LLP.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of California, admitted February 28, 2007.

4. I attach a certificate of good standing from the State of California, which was issued within thirty days of this filing, as Exhibit A to my Motion for Admission *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by

any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

8. Counsel of record consent to the relief sought in this motion.

Wherefore I respectfully request to be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Non-Parties Metro-Goldwyn-Mayer Studios Inc. and JMBP, LLC.

Dated: January 6, 2020

_____
Jessica Stebbins Bina

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

Subscribed and sworn to (or affirmed) before me this 6th day of January, 2020 by Jessica Stebbins Bina who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
SIGNATURE OF NOTARY

DOREEN SUMMERS
Notary Public - California
Los Angeles County
Commission # 2308355
My Comm. Expires Oct 11, 2023

# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JESSICA LYN STEBBINS BINA*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JESSICA LYN STEBBINS BINA, #248485, was on the 28th day of February 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 11th day of December 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Karissa Castro, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>       Defendants. | Case No. 1:18-cv-09936 (LGS)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

  The motion of Jessica Stebbins Bina for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the Bar the State of California and that her contact information is as follows:

  Applicant's Name: Jessica Stebbins Bina
  Firm Name: Latham & Watkins LLP
  Address: 10250 Constellation Blvd. Suite 1100
  City/State/Zip: Los Angeles, CA 90067
  Telephone: (424) 653-5525 Fax: (424) 653-5501
  Email:  Jessica.StebbinsBina@lw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Non-Parties Metro-Goldwyn-Mayer Studios Inc. and JMBP, LLC in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2020          _____
                                                                 U.S. District Lorna G. Schofield