**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>　　　　　　　　Defendants. | Case No. 1:18-cv-09936 (LGS)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA　　　　　)
　　　　　　　　　　　　　　　) ss.:
COUNTY OF LOS ANGELES　　　)

　　I, Jessica Stebbins Bina, being duly sworn, hereby depose and say as follows:

1. I am a partner at the law firm of Latham & Watkins LLP.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of California, admitted February 28, 2007.

4. I attach a certificate of good standing from the State of California, which was issued within thirty days of this filing, as Exhibit A to my Motion for Admission *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by

any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

8. Counsel of record consent to the relief sought in this motion.

Wherefore I respectfully request to be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Non-Parties Metro-Goldwyn-Mayer Studios Inc. and JMBP, LLC.

Dated: January 6, 2020

Jessica Stebbins Bina

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA       )
                          ) ss:
COUNTY OF LOS ANGELES     )

Subscribed and sworn to (or affirmed) before me this 6th day of January, 2020 by Jessica Stebbins Bina who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

SIGNATURE OF NOTARY

DOREEN SUMMERS
Notary Public - California
Los Angeles County
Commission # 2308355
My Comm. Expires Oct 11, 2023

2