UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>                      Defendants. | Case No. 1:18-cv-09936 (LGS)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Jessica Stebbins Bina for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar the State of California and that her contact information is as follows:

    Applicant's Name: Jessica Stebbins Bina
    Firm Name: Latham & Watkins LLP
    Address: 10250 Constellation Blvd. Suite 1100
    City/State/Zip: Los Angeles, CA 90067
    Telephone: (424) 653-5525 Fax: (424) 653-5501
    Email: Jessica.StebbinsBina@lw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Non-Parties Metro-Goldwyn-Mayer Studios Inc. and JMBP, LLC in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2020             _____
                                                                            U.S. District Lorna G. Schofield