```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JANE DOE, et al.,                                            :
                                 Plaintiffs,   :   18 Civ. 9936 (LGS)
               -against-                                   :
THE TRUMP CORPORATION, et al.,                               :   ORDER
                                Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on December 10, 2019, Plaintiffs filed a letter motion for a conference regarding a proposed motion to compel non-party Metro-Goldwyn-Mayer Studios Inc., and its subsidiary JMBP, LLC (collectively "MGM Entities") to produce documents (Dkt. No. 129);

       WHEREAS, on January 6, 2020, MGM Entities emailed a letter response to the Court, pursuant to this Court's Order (Dkt. No. 136). In this letter, MGM Entities assert that this Court lacks jurisdiction to decide the motion under Federal Rule of Civil Procedure 45 because JMBP, LLC, the custodian of all documents sought by the subpoena, is headquartered and conducts business in California, which is not within 100 miles of this Court. *See* FED. RULE. CIV. P. 45(c)(2)(A). It is hereby

       **ORDERED** that Plaintiffs shall file a letter on ECF by **January 10, 2020**, not to exceed three pages, providing the factual and legal support for this Court's jurisdiction over this discovery dispute, citing to the extent available binding precedent (i.e., 2d Circuit reported decisions) and if not available, then non-binding precedent.

Dated: January 7, 2020
       New York, New York

                                                                           LORNA G. SCHOFIELD
                                                                      UNITED STATES DISTRICT JUDGE