UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2020
```

------------------------------------------------------------X

JANE DOE, et al.,                                :

                              Plaintiffs,     :          18 Civ. 9936 (LGS)

        -against-                           :

THE TRUMP CORPORATION, et al.,            :          ORDER

                            Defendants.     :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on December 10, 2019, Plaintiffs filed a letter motion for a conference regarding a proposed motion to compel non-party ACN Opportunity, LLC to produce documents (Dkt. No. 131);

       WHEREAS, on January 6, 2020, non-party ACN Opportunity, LLC emailed a letter response to the Court, pursuant to this Court's Order (Dkt. No. 135).  It is hereby

       **ORDERED** that, by **January 17, 2020**, Plaintiffs and non-party ACN Opportunity, LLC shall meet and confer to attempt to negotiate an agreement as to a scope of production.  It is further

       **ORDERED** that, if there remain disputes as to the scope of production, Plaintiffs shall file a motion to compel the production of documents, which shall be subject to the following schedule: Plaintiffs shall file the motion to compel, and a memorandum of law not to exceed ten pages, by **January 31, 2020**; non-party ACN Opportunity, LLC shall file its memorandum of law in opposition to Plaintiffs' motion, not to exceed ten pages, by **February 14, 2020**; and Plaintiffs shall file their reply in support of their motion, not to exceed five pages, by **February

**21, 2020**.  Each party shall make clear their latest position on each issue following the negotiation.  Plaintiffs shall include as exhibits the at-issue subpoena and non-party ACN Opportunity, LLC's objections and responses to the subpoena.  The parties shall otherwise follow the Court's Individual Rules concerning motions, including those concerning exhibits and courtesy copies.  It is further

**ORDERED** that Plaintiffs shall serve this Order on non-party ACN Opportunity, LLC and file proof of service on ECF by **January 9, 2020**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 131.

Dated:  January 7, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**