UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs,*<br> v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>     *Defendants.* | Case No.: 1:18 cv-09936 (LGS)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify on January 8, 2020, I caused service of Judge L. Schofield's January 7, 2020 Order (Docket No. 142) to be served upon ACN Opportunity, LLC via U.S.P.S. First-Class Mail and via electronic mail at the address of their attorneys as listed below:

  ACN Opportunity, LLC
  SQUIRE PATTON BOGGS LLP
  c/o Stephanie E. Niehaus, Esq.
  30 Rockefeller Plaza, 23rd Floor
  New York, New York 10112
  Stephanie.Niehaus@squirepb.com

Dated: January 8, 2020
    New York, New York

                EMERY CELLI BRINCKERHOFF
                & ABADY LLP

                By: _____
                  Nick Bourland
                600 Fifth Avenue, 10th Floor
                New York, New York 10020
                (212) 763-5000

                *Attorneys for Plaintiffs*