```
                                                          ┌─────────────────────────────────┐
                                                          │ USDC SDNY                       │
                                                          │ DOCUMENT                        │
                                                          │ ELECTRONICALLY FILED            │
UNITED STATES DISTRICT COURT                              │ DOC #:_____          │
SOUTHERN DISTRICT OF NEW YORK                             │ DATE FILED: 1/23/2020           │
                                                          └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE, et al.,                              :
                              Plaintiffs,      :           18 Civ. 9936 (LGS)
                                               :
            -against-                          :
                                               :           ORDER
THE TRUMP CORPORATION, et al.,                 :
                                               :
                              Defendants.      :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 10, 2019, Plaintiffs filed a letter proposing a motion to compel

non-parties Metro-Goldwyn-Mayer Studios Inc. and JMBP, LLC (the "MGM Entities") to

produce certain materials (Dkt. No. 129);

WHEREAS, on January 6, 2020, the MGM Entities emailed a letter response to the

Court, pursuant to the Court's Order (Dkt. No. 136).  It is hereby

**ORDERED** that Plaintiffs are granted leave to file the motion to compel, according to the

following schedule: (1) the motion to compel, and accompanying memorandum of law, not to

exceed ten pages, are due **February 7, 2020**; (2) the MGM Entities shall file an opposing

memorandum of law, not to exceed ten pages, by **February 21, 2020**; and (3) Plaintiffs shall file

the reply, not to exceed five pages, by **February 28, 2020**.  Plaintiffs shall include as exhibits the

at-issue subpoena and the MGM Entities' objections and responses to the subpoena.  Except as

provided in this Order, parties shall follow the Court's Individual Rules concerning motions,

including on exhibits and courtesy copies.  It is further

**ORDERED** that, should the parties come to an agreement to transfer the motion to

another District or otherwise on the motion, the parties shall file a letter with the Court by

**February 7, 2020**, in lieu of the motion.  It is further

**ORDERED** that Plaintiffs shall serve this Order on the MGM Entities and file proof of

service on ECF by **January 27, 2020**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 129.

Dated:  January 23, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**