UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>     *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>       *Defendants*. | No. 18 Civ. 9936 (LGS) |

## CERTIFICATE OF SERVICE

   I hereby certify that on January 24, 2020 I caused service of the Court's Order (Doc. No. 146) regarding Plaintiffs' Letter Motion to Judge L. Schofield, dated December 10, 2019, concerning a discovery dispute with nonparty Metro-Goldwyn-Mayer Studios Inc. ("MGM") and its subsidiary JMBP, LLC ("JMBP" and, collectively with MGM, the "MGM Entities") (Doc. No. 129), to be made on the MGM Entities by certified overnight delivery service and electronic mail at the address of their attorneys listed below:

| | |
|---|---|
| Metro-Goldwyn-Mayer Studios Inc.<br>LATHAM & WATKINS LLP<br>c/o Jessica Stebbins-Bina<br>10250 Constellation Blvd.<br>Suite 1100<br>Los Angeles, CA 90067<br>jessica.stebbinsbina@lw.com | JMBP, LLC<br>LATHAM & WATKINS LLP<br>c/o Jessica Stebbins-Bina<br>10250 Constellation Blvd.<br>Suite 1100<br>Los Angeles, CA 90067<br>jessica.stebbinsbina@lw.com |

Dated: New York, NY
   January 24, 2020

                /s/ Alexander J. Rodney
                Alexander J. Rodney