UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>     *Defendants*. | **NOTICE OF MOTION**<br><br>Case No.: 1:18-cv-09936 (LGS) |

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiffs Jane Doe, Luke Loe, Richard Roe, and Mary Moe will move this Court at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, before the Honorable Lorna G. Schofield, United States District Judge, on a date to be determined by the Court, for an order compelling non-party ACN Opportunity, LLC to produce documents in response to Plaintiffs' subpoena *duces tecum*. The bases for the motion are set forth in the accompanying Memorandum of Law.

2

Dated: January 31, 2020
New York, New York

        EMERY CELLI BRINCKERHOFF &
        ABADY LLP

        By:      /s/
            Andrew G. Celli
            O. Andrew F. Wilson
            Nick Bourland

        600 Fifth Avenue, 10th Floor
        New York, New York 10020
        (212) 763-5000

        *Attorneys for Plaintiffs*