UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>　　　　　　　　*Defendants*. | Case No.: 1:18-cv-09936 (LGS) |

# DECLARATION OF NICK BOURLAND IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL NON-PARTY ACN OPPORTUNITY, LLC

　　　NICK BOURLAND, an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

　　　1.　　　I am associated with the law firm of Emery Celli Brinckerhoff & Abady LLP, attorneys for Plaintiffs Jane Doe, Luke Loe, Richard Roe, and Mary Moe.

　　　2.　　　I respectfully submit this Declaration in support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Compel Non-Party ACN Opportunity, LLC ("ACN").

　　　3.　　　Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' September 6, 2019 Subpoena *Duces Tecum* to ACN.

　　　4.　　　Attached hereto as Exhibit B is a true and correct copy of non-party ACN's Objections and Responses to Plaintiffs' Subpoena *Duces Tecum*.

5. Attached hereto as Exhibit C is a true and correct copy of non-party ACN's Proposed Revised Non-Disclosure Agreement.

Dated: January 31, 2020
       New York, New York

                                                          /s/
                                          NICK BOURLAND