# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>        *v*.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>        *Defendants*. | No. 1:18-cv-09936-LGS |

**NON-DISCLOSURE AGREEMENT**

  I, _____, on behalf of non-party ACN Opportunity, LLC ("ACN") acknowledge that I have read and understand the Protective Order in this action governing the non-disclosure of Confidential Discovery Material and Confidential Identity Information (together, "Protected Material"). I agree that (1) I will hold in confidence all Protected Material to the extent required by the Protective Order and agree to be bound by the terms of that Order; (2) I will use such Protected Material only for purposes of this litigation and for no other purpose whatsoever; and (3) I will take all due precautions to prevent the unauthorized or inadvertent disclosure of such Protected Material.

  Notwithstanding the foregoing, as reflected by their counter-signatures below, the parties hereby stipulate and agree that nothing in this Non-Disclosure Agreement or the Protective Order in this action shall prevent or limit ACN in any way from exercising its rights and/or pursuing all remedies available to it under its agreement(s), through arbitration or otherwise as required by its agreement(s), with any Defendant and/or any Independent Business Owner, including but not limited to any plaintiff or any putative class member in this action.

  By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of ~~any issue or dispute arising hereunder~~enforcement of the Protective Order only, and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of court.

Dated: _____

Countersigned as to paragraph 2 above by:

Counsel for Plaintiffs: _____

Counsel for Defendants: _____