February 3, 2020

**VIA ECF**

The Honorable Lorna G Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    *Jane Doe, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's September 5, 2019 Civil Case Management Plan and Scheduling Order (Doc. No. 110 (the "Scheduling Order")), the parties write respectfully to jointly submit to the Court their proposed schedule for expert disclosures.

    The parties propose the following schedule for expert discovery:

| | |
|---|---|
| Expert Identification | 15 days after the close of fact discovery |
| Expert Reports Exchange | 60 days after the close of fact discovery |
| Rebuttal Expert Identification | 75 days after the close of fact discovery |
| Rebuttal Expert Reports Exchange | 120 days after the close of fact discovery |
| Expert depositions to be completed | 150 days after the close of fact discovery |

    The parties propose that the above deadlines be subject to modification without application to the Court upon the written consent of all parties, provided that all expert discovery is completed by the date set forth in the applicable scheduling order.

    Finally, given that Plaintiffs are in the process of filing motions to compel document productions in response to certain non-party subpoenas (*see* Doc. Nos. 141, 142, 146), and received Defendants' first production of documents on January 30, 2020 (*see* Doc. No. 148), the parties anticipate that it may be necessary to seek an appropriate extension of the current discovery schedule. Plaintiffs are pursuing discovery expeditiously (*see* Doc. No. 148), and the parties will present any requests for extension to the Court in due course.

                                                                                     Respectfully submitted,

<table>
<tr><td>

/s/ Roberta A. Kaplan
Roberta A. Kaplan
John C. Quinn
Alexander J. Rodney

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
arodney@kaplanhecker.com

</td><td>

/s/ Joanna C. Hendon
Joanna C. Hendon
Cynthia Chen
Andrew L. Kincaid

SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 213-6996
Facsimile: (212) 213-0849
jhendon@spearsimes.com
cchen@spearsimes.com
akincaid@spearsimes.com

</td></tr>
</table>

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
Katherine Rosenfeld
David Berman
Nick Bourland

*Attorneys for Defendants*

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

*Attorneys for Plaintiffs*