# EXHIBIT M

2/5/2020 Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice' - New York Daily News

Case 1:18-cv-09936-LGS-SLC Document 158-13 Filed 02/07/20 Page 2 of 8

GOSSIP    ENTERTAINMENT

# Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice'



By KATE FELDMAN
MAR 19, 2018 | 6:54 PM



Donald Trump Jr.'s marriage was reportedly rocky long before his wife Vanessa filed for divorce.

2/5/2020 Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice' - New York Daily News

Case 1:18-cv-09936-LGS-SLC Document 158-13 Filed 02/07/20 Page 3 of 8

The President's first born son had an affair with former Danity Kane singer Aubrey O'Day after meeting on the set of "Celebrity Apprentice" in 2011, according to Us Weekly and Perez Hilton.

"When it started, they were very serious all of a sudden," a source close to O'Day told Us Weekly.

"He told her it was over with his wife, that they were separated and he didn't love her — all of that stuff ... Aubrey fell for him hard. She thought they were going to be together for real."



Donald Trump Jr. reportedly had an affair with Danity Kane alum Aubrey O'Day after she appeared on "Celebrity Apprentice" in 2011. (Reuters / Getty)

Trump Jr. and Vanessa Trump married in 2005 and have five children together. Their son Spencer was born about a year after the alleged affair began.

Trump and O'Day continued the alleged affair until March 2012, when Vanessa found emails between the two, according to Us Weekly.

2/5/2020 Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice' - New York Daily News

Case 1:18-cv-08936-LGS-SLC Document 158-13 Filed 02/07/20 Page 4 of 8

The future First Son told the now-34-year-old singer that he was splitting from his wife, [Perez Hilton](#) reported.

"Don Jr. was very aggressive, pursuing her, telling her he loved her and that he wanted to be with her," a source told the gossip site.

**RELATED GALLERY**



(Richard Corkery/New York Daily News)

1 / 15

## Donald Trump Jr. and Vanessa Trump's relationship through the years

O'Day, who has not commented on the reports and did not return the Daily News' request for comment, released a song in 2013 titled "DJT."

**MOST READ**

Fugitive Brooklyn dad 'Bobby

"You can say it was all a f--king fairytale or you can say it was real, but I need to know and you know," read

2/5/2020 Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice' - New York Daily News

Case 1:18-cv-09936-LGS-SLC Document 158-13 Filed 02/07/20 Page 5 of 8

Love' goes free after a year in prison

EXCLUSIVE: Cops nab bank robber who escaped N.C. prison 37 years ago, built new life in New York

Trump tweets attacks on Nancy Pelosi for ripping up State of the Union speech as 'tantrum'

the lyrics for the song off her "Between Two Evils" EP.

"Whatever the truth is defines the reality of you and I forever, and I need to be able to define that before I can walk away."

The reports of the alleged affair come just days after Vanessa Trump filed for divorce. The couple has been married for more than a decade.



O'Day, seen here shooting "Celebrity Apprentice" in New York, reportedly "fell for him hard." (Bobby Bank/WireImage)

"After 12 years of marriage, we have decided to go our separate ways. We will always have tremendous respect for each other and our families," the couple said in a joint statement. "We have five beautiful children together and they remain our top priority. We ask for your privacy during this time."

A rep for Trump Jr. did not immediately return a request for comment.

Topics: donald trump jr, aubrey o'day, celebrity apprentice

  

### KATE FELDMAN
New York Daily News

Kate Feldman covers national and breaking news, as well as TV.

Tabo͡o͡la Feed

### Disney heiress calls Kobe Bryant a rapist in tweet
Disney heiress Abigail Disney called Kobe Bryant a rapist in a Wednesday tweet.
NY Daily News

### Bronx daycare provider's husband repeatedly raped young girl in his wife's care…
The husband of a Bronx daycare provider repeatedly raped and abused a young girl under his wife's care, police said, and cops are trying to find out if he's victimized more children.
NY Daily News



### The Daily News Flash Newsletter - New York Daily News
Weekdays

2/5/2020 Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice' - New York Daily News

Case 1:18-cv-09936-LGS-SLC Document 158-13 Filed 02/07/20 Page 7 of 8

Catch up on the day's top five stories every weekday afternoon delivered to your inbox from the Daily News.

**SUBSCRIBE**

### Longtime Connecticut news anchor Denise D'Ascenzo dies

Emmy-winning Connecticut news anchor Denise D'Ascenzo died suddenly Saturday.

NY Daily News

RECOMMENDED

Autopsy finds that Maryland couple visiting Dominican Republic died of respiratory failure and pulmonary edema

N.J. trooper shared sexually explicit photo of 5-year-old with girl's own mother, authorities say

Florida teen installs security cameras in bedroom to get proof of abuse after her allegations go ignored for years

Bronx mom charged with murder five months after her baby dies from heroin, cocaine

'My heart is destroyed': Man left in anguish after wearing wire to bust NYPD cop girlfriend plotting hit on his teen daughter

by Taboola

2/5/2020 Donald Trump Jr. reportedly had affair with Danity Kane alum Aubrey O'Day after 'Celebrity Apprentice' - New York Daily News

Case 1:18-cv-09936-LGS-SLC Document 158-13 Filed 02/07/20 Page 8 of 8

### SEE IT: Man snatches woman off Bronx subway train, later beaten by good Sams

Sonny Alloway, 48, allegedly hauled a young woman off a No. 6 train at the Morrison Ave.-Soundview/Westchester Ave. station about 2:30 a.m. Monday.

NY Daily News

**Sign up for our newsletters**

**Subscribe for unlimited access**

   

| About Us | Contact Us |
| Careers | Frequently Asked Questions |
| Site Map | |
| Media Kit | Place an Ad |
| Special Sections | Contests |
| Manage Subscription | BestReviews |
| Privacy Policy | The Daily Meal |
| Do Not Sell My Info | The Active Times |
| TAG disclosure | Terms of Service |

Copyright © 2020, New York Daily News