Plaintiffs' application to seal is preliminarily GRANTED pending the MGM Entities' letter regarding Plaintiffs' sealing request.

The MGM Entities shall file a consolidated letter by March 3, 2020, explaining to the Court why they seek to have any information included in Plaintiffs' motion to compel, the MGM Entities' opposition and Plaintiffs' reply redacted or sealed. If Plaintiffs' bear the burden of persuasion for any redaction or sealing requests, the letter shall be jointly filed by both parties.

Plaintiffs shall serve this Order on the MGM Entities and file proof of service by February 12, 2020.

Dated: February 10, 2020
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2020

February 7, 2020

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Jane Doe, et al.* v. *The Trump Corporation, et al.,* 18-cv-09936 (LGS)

Dear Judge Schofield:

  We write on behalf of Plaintiffs in the above-referenced action, pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases ("Individual Rules"), to respectfully request provisional approval to file under seal certain materials submitted in support of Plaintiffs' Motion to Compel Metro-Goldwyn-Mayer Studios Inc. ("MGM") and its subsidiary JMBP, LLC ("JMBP" and, collectively with MGM, the "MGM Entities").

  As set forth in the Memorandum of Law in Support of Plaintiffs' Motion to Compel the MGM Entities filed herewith, the MGM Entities produced certain documents to Plaintiffs that the MGM Entities designated as "Confidential" under Paragraph 3 of the Protective Order (Doc. No. 112) (the "Designated Documents"). Plaintiffs submit certain of those Designated Documents in support of their Motion to Compel and describe the contents of those Designated Documents in their Memorandum of Law and Declaration of Alexander J. Rodney in support of that motion.

  In accordance with Paragraph 16 of the Protective Order and this Court's Individual Rules, Plaintiffs have provisionally filed the Designated Documents under seal and have provisionally redacted references to the Designated Documents in Plaintiffs' motion papers on the public docket.[1] Pursuant to Rule I.D.3 of this Court's Individual Rules, however, the entity or entities

---

[1] In accordance with Rule I.D.3, unredacted copies of Plaintiffs' motion papers with redactions highlighted will be filed contemporaneously with this letter motion, and the Designated Documents will be filed under seal with appropriate slipsheets on the publicly available versions. *See* Standing Order, 19-mc-00583 (Dec. 19, 2019); Electronic Case Filing Rules & Instructions, Rule 6.8. Plaintiffs will timely serve those unredacted materials on the MGM Entities and Defendants, which they respectfully request be deemed filed today.

KAPLAN HECKER & FINK LLP

2

"with an interest in confidential treatment bears the burden of persuasion." Individual Rules, Rule I.D.3.

In this case, the MGM Entities, as the entities that made the relevant confidentiality designations, are those with an interest in confidential treatment. Accordingly, on February 6, 2019, counsel for Plaintiffs met and conferred with counsel for the MGM Entities concerning Plaintiffs' prospective filing and Rule I.D.3 of this Court's Individual Rules. The MGM Entities have confirmed that they intend to promptly email a letter to Your Honor "explaining why" the MGM Entities "seek[] to have certain documents filed in redacted form or under seal," pursuant to Rule I.D.3. *Id*.

Finally, for the avoidance of doubt, Plaintiffs take no position at this time on whether the Designated Documents were properly designated as confidential or whether they ought to remain sealed from the public. Plaintiffs further respectfully reserve the right to challenge the MGM Entities' confidentiality designations in the future pursuant to Paragraph 15 of the Protective Order.

Thank you for your attention to this matter.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (*via* ECF)
Counsel for the MGM Entities (*via* certified overnight delivery service and email)