USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2020

# KAPLAN HECKER & FINK LLP

February 11, 2020

**BY EMAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Jane Doe, et al.* v. *The Trump Corporation, et al.*, 18-cv-09936 (LGS)

Dear Judge Schofield:

      We write on behalf of Plaintiffs in the above-referenced action to promptly advise the Court of certain actions taken by nonparty ACN Opportunity, LLC ("ACN") that attempt to interfere with Plaintiffs' motion to compel production from ACN (Doc. No. 150), the Court's jurisdiction to enforce Rule 45 subpoenas issued to ACN and certain other nonparties, and this Court's administration of discovery in this action.

      As this Court is aware, on January 7, 2020, this Court ordered Plaintiffs and ACN to "meet and confer to attempt to negotiate an agreement as to a scope of production." (Doc. No. 142.) After ACN refused to negotiate any agreement concerning the "scope of production," Plaintiffs filed their motion to compel ACN, consistent with the Court's Order. (Doc. Nos. 150; 142.) Pursuant to that Order, ACN's opposition to Plaintiffs' motion is due on Friday, February 14, 2020. (Doc. No. 142.)

      Today, we were surprised to receive from ACN four separate putative demands for arbitration (each totaling hundreds of pages) directed to each of the pseudonymous Plaintiffs seeking, among other things, an injunction from an arbitrator purporting to:[1]

- "Limit the scope of the Subpoena or declare that ACN has no obligation to respond to it";

---

[1] ACN has made no reference to its intended issuance of any such putative demands in its prior correspondence, meet-and-confers, or letters to the Court.

KAPLAN HECKER & FINK LLP                                                                                          2

- enjoin Plaintiffs from "litigating or pursuing [their] dispute with ACN in any other forum";

- require Plaintiffs "to submit the dispute regarding the [ACN] Subpoena to arbitration"; and

- prohibit Plaintiffs from "deposing any current or former employees of ACN without permission of the arbitrator(s)."

While we are still reviewing the putative demands, we write to bring ACN's actions to the Court's immediate attention in light of the pending motion to compel production of documents from ACN and ACN's apparent improper attempt to interfere with this Court's Orders and jurisdiction.

In the meantime, Plaintiffs respectfully reserve all rights to object to the putative arbitration demands and ACN's attempts to interfere with this Court's jurisdiction, including through seeking appropriate relief from Your Honor. We are submitting this letter by email in light of the fact that the putative arbitration demands purport to be confidential; we would be happy to hand deliver copies of the voluminous demands to Your Honor's chambers tomorrow or follow any other instruction the Court deems appropriate.

Respectfully submitted,

Roberta A. Kaplan

cc:  Counsel of Record
     Counsel for ACN Opportunity, LLC

To the extent ACN Opportunity, LLC intends to take the position that this Court does not have jurisdiction to rule on Plaintiffs' motion to compel, ACN Opportunity, LLC shall provide the factual and legal support for that position in its opposition to Plaintiffs' motion to compel.

Plaintiffs shall serve this order on ACN Opportunity, LLC and file proof of service on ECF, by February 13, 2020.

Dated: February 12, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE