# EXHIBIT A
# (REDACTED)

KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

February 11, 2020

**BY EMAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Jane Doe, et al.* v. *The Trump Corporation, et al.*, 18-cv-09936 (LGS)

Dear Judge Schofield:

We write on behalf of Plaintiffs in the above-referenced action to promptly advise the Court of certain actions taken by nonparty ACN Opportunity, LLC ("ACN") that attempt to interfere with Plaintiffs' motion to compel production from ACN (Doc. No. 150), the Court's jurisdiction to enforce Rule 45 subpoenas issued to ACN and certain other nonparties, and this Court's administration of discovery in this action.

As this Court is aware, on January 7, 2020, this Court ordered Plaintiffs and ACN to "meet and confer to attempt to negotiate an agreement as to a scope of production." (Doc. No. 142.) After ACN refused to negotiate any agreement concerning the "scope of production," Plaintiffs filed their motion to compel ACN, consistent with the Court's Order. (Doc. Nos. 150; 142.) Pursuant to that Order, ACN's opposition to Plaintiffs' motion is due on Friday, February 14, 2020. (Doc. No. 142.)

Today, we were surprised to receive from ACN four separate putative demands for arbitration (each totaling hundreds of pages) directed to each of the pseudonymous Plaintiffs seeking, among other things, an injunction from an arbitrator purporting to:[1]

[REDACTED]

---

[1] ACN has made no reference to its intended issuance of any such putative demands in its prior correspondence, meet-and-confers, or letters to the Court.

KAPLAN HECKER & FINK LLP

2



While we are still reviewing the putative demands, we write to bring ACN's actions to the Court's immediate attention in light of the pending motion to compel production of documents from ACN and ACN's apparent improper attempt to interfere with this Court's Orders and jurisdiction.

In the meantime, Plaintiffs respectfully reserve all rights to object to the putative arbitration demands and ACN's attempts to interfere with this Court's jurisdiction, including through seeking appropriate relief from Your Honor. We are submitting this letter by email in light of the fact that the putative arbitration demands purport to be confidential; we would be happy to hand deliver copies of the voluminous demands to Your Honor's chambers tomorrow or follow any other instruction the Court deems appropriate.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record
Counsel for ACN Opportunity, LLC