UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD J. TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

*Defendants.*

Case No.: 1:18 cv-09936 (LGS)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I caused service of the Court's Order dated February 12, 2020, concerning the Plaintiffs' Letter Motion to Compel Non-Party, ACN Opportunity, LLC, to Produce Documents in Response to Plaintiffs' Subpoena Duces Tecum to be served upon:

>ACN Opportunity, LLC
>SQUIRE PATTON BOGGS LLP
>c/o Stephanie E. Niehaus, Esq.
>30 Rockefeller Plaza, 23rd Floor
>New York, NY 10112
>Stephanie.Niehaus@squirepb.com

by emailing and by enclosing same in a properly addressed envelope and sending via Federal Express Overnight Delivery.

Dated: February 12, 2020
       New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
David B. Berman
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorneys for Plaintiffs*