UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD J. TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants.* | Case No.: 1:18 cv-09936 (LGS)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 13, 2020, I caused service of the Court's Order dated February 13, 2020, concerning the Plaintiffs' Letter Motion to Seal Document to be served upon:

>ACN Opportunity, LLC
>SQUIRE PATTON BOGGS LLP
>c/o Stephanie E. Niehaus, Esq.
>30 Rockefeller Plaza, 23rd Floor
>New York, NY 10112
>Stephanie.Niehaus@squirepb.com

by emailing and by enclosing same in a properly addressed envelope and sending via Federal Express Overnight Delivery.

Dated: February 13, 2020
      New York, New York

                                                  EMERY CELLI BRINCKERHOFF
                                                  & ABADY LLP

                                                  By: _/s/ David B. Berman_
                                                            David B. Berman
                                                  600 Fifth Avenue, 10th Floor
                                                  New York, NY 10020
                                                  (212) 763-5000

                                                  *Attorneys for Plaintiffs*