# EXHIBIT 1

**From:**          DolphinEnt@aol.com
**To:**            Page Feldman
**CC:**            rgraff@trumporg.com
**Sent:**          7/7/2008 11:59:46 AM
**Subject:**       Anne Archer regarding The Apprentice and ACN
**Attachments:**   ACNCorpProfile_07018.pdf


Dear Page,

Thanks for the great talk last week. I appreciate the overview you gave me and agree that this looks like an excellent opportunity for ACN.

Attached, please find a corporate profile of ACN.  I am happy to answer any other questions you may have about the company or send additional information.

I spoke with Rhona this morning about our conversation and the corporate fee for the segment. ACN is offering to pay  Hopefully we can negotiate something in that range.

The dates you mentioned for a creative meeting around July 22 should work just fine.

Thanks again and I look forward to working with you on this project.

Best wishes,

*Anne*

Anne Archer
704-658-0342

CC
Rhona Graff
Vice President
Assistant to the President
The Trump Organization

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.

Confidential Information Governed by Protective Order