# EXHIBIT 2

| | |
|---|---|
| From: | Libby Greenberg <lgreenberg@jinslaw.com> on behalf of Andrew M. Schauer |
| To: | Keith U. Kuder; abuhler@acninc.com; Anne Archer; Eric Cowan |
| CC: | Page Feldman; Sadoux Kim |
| BCC: | sadoux kim |
| Sent: | 9/11/2008 10:22:39 AM |
| Subject: | ACN Task Agreement |
| Attachments: | APPRENTICE 8 TASK AGREEMENT 091108 .pdf; REDLINED_APPRENTICE 8 TASK AGREEMENT 091008 (PM)-APPRENTICE 8 TASK AGREEMENT 091108.pdf |

Message from Andy Schauer.

Please see the final edits to the Task Agreement based on Andy's conversation with Alan.   Please sign and fax the signature page to us at 720-889-2222.  Also, please send five (5) original executed signature pages to us by Federal Express, overnight mail.  As discussed, you will receive an invoice for the Task Assistant Fee.  Please contact Andy with any questions.

Andrew M. Schauer



direct: 720-889-2214 • aschauer@jinslaw.com
main: 720-889-2211 • fax: 720-889-2222
600 Seventeenth Street • Suite 2700 South Tower
Denver, Colorado 80202

This electronic message transmission contains information from the law firm of Jin & Schauer L.L.C. which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by e-mail by replying to this e-mail or at info@jinslaw.com, by phone at 720-889-2211, or via facsimile at 720-889-2222.