# EXHIBIT 3

| | |
|---|---|
| **From:** | George Sealey <gsealey@markburnettprod.com> |
| **To:** | Tom Ruff; DolphinEnt@aol.com; Allan van Buhler |
| **CC:** | Lisa Krass; Sadoux Kim; Syd Leier |
| **BCC:** | sadoux kim |
| **Sent:** | 10/10/2008 4:18:59 PM |
| **Subject:** | Re: Debrief Time Change |

Hi Anne,

We're very sorry for the late notice, but we had no choice in the matter. Mr. Trump has an engagement that cannot be changed. Thank you for your help in making this happen.

Best,

George


--
George Sealey
Supervising Producer
Apprentice 8
Mark Burnett Productions
725 5th Avenue, 5th Floor
NY, NY 10022
212.872.1333 NY Office
310.903.5676 Office


On 10/10/08 7:09 PM, "Tom Ruff" <███████████████> wrote:

Hi Anne:
FYI, due to a scheduling conflict with Donald on Tuesday evening, we have had to move our boardroom from 7pm to 4pm, which means that his on camera debrief with Tony and Greg at Trump Tower has to now take place at 330pm, with a 3pm call time. I apologize for the inconvenience; unfortunately this is necessary due to his schedule.
Thanks,
Tom


Tom Ruff
Task Producer
"The Celebrity Apprentice"
o 212.872.1333 x146