# EXHIBIT 4

<div align="center">**FINAL (1/3/07)**</div>

Contacts: Julie Weeks, El Pollo Loco, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Lauren Boukas, Fishman Public Relations, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**FOR IMMEDIATE RELEASE**

<div align="center">**El Pollo Loco is Newest 'Recruit' on NBC's *The Apprentice: Los Angeles***
*Prime-Time TV Appearance to Fuel Grilled Chicken Leader's National Expansion;*
*Segment Airs Sunday, January 28, 2007 from 9:00 – 10:00 p.m. PT/ET*</div>

**IRVINE, CA** – (January X, 2007) El Pollo Loco, the nation's leading grilled chicken franchise, will get a major boost of exposure as a featured brand on season six of NBC-TV's hit reality show, *The Apprentice: Los Angeles.* When El Pollo Loco CEO Steve Carley steps into "The Donald's" shoes atop a hill overlooking Los Angeles, it will mark the first time in the show's six-season history that someone other than Mr. Trump delivers the all-important task to contestants.

"It's a great time for El Pollo Loco. We are experiencing continued strong growth in our existing markets and great momentum with our national franchise expansion, so when the show's producers approached us to participate in this popular national reality series, the timing could not have been more perfect," said Carley. "Our visibility on *The Apprentice: Los Angeles* will heighten awareness of our brand in both new and existing El Pollo Loco markets, as well as ignite excitement in regions we are exploring as part of our national expansion." Carley noted that El Pollo Loco recently inked a series of multi-unit development agreements for 61 new restaurants in new markets outside its core West Coast base.

El Pollo Loco will be featured on episode four of the highly-anticipated sixth season, *The Apprentice: Los Angeles.* Set to air on Sunday, January 28, 2007 from 9:00 – 10:00 p.m. PT/ET, the segment will feature two teams of ambitious contestants as they roll up their sleeves at two Los Angeles-area El Pollo Loco restaurants. Trying not to ruffle the feathers of fellow team members, contestants test their culinary aptitude as they create, market and sell their own version of El Pollo Loco's signature Pollo Bowl®. El Pollo Loco's Original Pollo Bowl®, a longtime customer favorite, combines plenty of the chain's famous citrus-marinated, flame-grilled chicken breast with pinto beans, rice, cilantro, onion and Pico de Gallo.

To provide El Pollo Loco fans their own apprentice opportunity, beginning January 28 and continuing through February 11, the chain will host a mock online version of *The Apprentice:*

<div align="center">--more--</div>

*Los Angeles* task with an enter-to-win "Create Your Own Pollo Bowl®" contest on the El Pollo Loco website at www.elpolloloco.com.  All who enter will receive a coupon toward their next purchase of the Original Pollo Bowl® at any of El Pollo Loco's 359 locations nationwide.  The winner will receive tickets to *The Apprentice: Los Angeles* live season finale.

Joining Carley on the show and as an advisor to Mr. Trump is El Pollo Loco's Chief Marketing Officer Karen Eadon.

No stranger to national reality television, El Pollo Loco was also featured earlier this year on NBC's *The Biggest Loser* in a segment where trainers coached contestants on how they can dine out healthfully and still enjoy food that's fresh and delicious.

Founded in Guasave, Mexico in 1975, El Pollo Loco, pronounced "L Po-yo Lo-co," is famous for the unique preparation of its award-winning "pollo"-- fresh chicken marinated in a special recipe of herbs, spices and citrus juices passed down from the founding family.  The marinated chicken is then flame-grilled, hand cut and served hot off the grill with warm tortillas, freshly prepared salsas, and a wide assortment of side dishes.  Rounding out the menu are fresh flavorful entrées inspired by the kitchens of Mexico, including signature grilled burritos, The Original Pollo Bowl®, Pollo Salads, Tacos al Carbon, quesadillas, and more.

**About El Pollo Loco**

El Pollo Loco currently operates 359 restaurants (208 franchised locations and 151 company-owned restaurants) located in California, Arizona, Nevada, Texas, Colorado, Illinois and Connecticut.  Headquartered in Irvine, California, El Pollo Loco, Inc. is a privately held company owned by Trimaran Capital Partners and company management.  For more information about El Pollo Loco, visit the company's website at www.elpolloloco.com.

This news release contains forward-looking statements about, among other items, the sales, revenues, products, consumer acceptance, growth rates and growth and franchising potential of El Pollo Loco, Inc.  The statements reflect management's current expectations regarding future events.  Risk factors that could cause actual results to differ materially from those expressed in the forward-looking statements include, but are not limited to, food-borne-illness incidents; increases in the cost of chicken; our dependence upon frequent deliveries of food and other supplies; our vulnerability to changes in consumer preferences and economic conditions; our ability to compete successfully with other quick service and fast casual restaurants; our ability to expand into new markets; our reliance in part on our franchises; our ability to support our expanding franchise system; and the possibility of unforeseen events affecting the industry in general.  Statements about El Pollo Loco, Inc.'s past performance are not necessarily indicative of its future results.  El Pollo Loco, Inc. undertakes no obligation to publicly update or revise any forward-looking statement, whether as the result of new information, future events or otherwise.

This information is not offered or disclosed in connection with an offer to sell or the solicitation of any offer to buy any franchise.  Any such offer or solicitation is made only through our offering circular and only in jurisdictions where such offers are lawful.

###






SolesUnited℠

# wear a pair. shair a pair

there are more than one billion people worldwide that are living in extreme poverty and that don't have access to the most basic of necessities, including clothing and shoes. we invite you to join crocs, inc. in launching SolesUnited℠, the first-of-its-kind recycled footwear donation program, dedicated to providing new recycled shoes to people in need around the world.

as crocs™ shoes customers, we encourage you to be some of the first people to participate in SolesUnited℠ and to make the commitment to return your crocs™ shoes when they've reached their end of life so that the croslite™ material can be recycled into new footwear for donation. to make this pledge today, to locate the closest authorized crocs™ shoes collection center, and to obtain more information about this humanitarian initiative, go to www.SolesUnited.com.

crocs, inc. has teamed up with "the celebrity apprentice" to raise awareness of the SolesUnited℠ program - tune in to nbc tonight to see this special episode!

**when:** today, thursday, january 31st, 2008
**where:** NBC
**time:** 9/8c

crocs™

The Celebrity Apprentice and related logos TM and © JMBP, Inc. All Rights Reserved.