# EXHIBIT 5

| | |
|---|---|
| **From:** | Tyre, Jenna (NBC Universal) <jenna.tyre@nbcuni.com> |
| **To:** | Sheila Marcello; Sadoux Kim |
| **BCC:** | sadoux kim |
| **Sent:** | 2/18/2009 7:13:50 PM |
| **Subject:** | RE: Rep magazine for approval |

Sheila,

The cover is approved. With regards to the inside spread, we will have an updated photo/ad for you to use - I'm hoping to get this to you tomorrow. In addition, our Legal team would like to request that the ACN logo not be so prominent in the photo of the cast - should be smaller and placed differently so as not to imply endorsement, etc.

Let me know if that is okay and I will send you new assets when I receive them.

Thanks,
Jenna

---

**From:** Sheila Marcello [mailto:smarcell@acninc.com]
**Sent:** Monday, February 16, 2009 12:19 PM
**To:** Tyre, Jenna (NBC Universal); Sadoux@markburnettprod.com
**Subject:** FW: Rep magazine for approval

Last email today – I promise!

Here is our Newsmagazine cover and the inside spread. The inside spread is your celebrity apprentice shot you sent us. This magazine is sold at our events to our representatives.

Thank you very much for your help.

Sheila Marcello

---

**From:** Monica Hancock
**Sent:** Monday, February 16, 2009 3:08 PM
**To:** Sheila Marcello
**Subject:** <no subject>


Monica L. Hancock
Multimedia Producer

ACN, Inc.
1000 Progress Place
Concord, NC 28025
P. 704.260.3327
E. mhancock@acninc.com

P think green.
please recycle and consider the environment before printing this e-mail