# EXHIBIT 6

**From:** Sadoux Kim <SKim@markburnettprod.com>
**To:** Anne Archer
**Sent:** 7/16/2010 10:21:42 AM
**Subject:** Re: Anne about ACN

Anne, finale has pretty much been spoken for (contract went out yesterday). If A.C.N. were to do this, we can only have two (2) executives on the show; just like last time.

Kauai is great! I hope that we can work on this together again :-)

Aloha,

Sadoux

On 7/16/10 6:19 AM, "Anne Archer Butcher" <dolphinent@aol.com> wrote:

Talked to Robert. They want to know if the finale is still open...trying to make decision today...
Could Robert and the twins all three be on the show...or only two?
How's the beach???

-----Original Message-----
From: Sadoux Kim <sadoux@markburnettprod.com>
To: Anne Archer <dolphinent@aol.com>
Sent: Mon, Jul 12, 2010 5:23 am
Subject: Re: Anne about ACN

Hey Anne,

I'm heading to Hawaii tomorrow morning, but I'll have access to e-mail :-)

I've attached the PDF deck for next season.

With respect to what is on the table, we can offer A.C.N. a task, which is priced @ ▇▇▇▇ for The Celebrity Apprentice, which tapes in mid-October thru mid-December; these episodes will air late February thru late May 2010, Sunday nights. The other brands that are vying for The Finale episode need a final decision by tomorrow/Tuesday and that price point is ▇▇▇▇ and I can't hold them much longer as they have a lot to prepare as well.

Let me know...would love to feature the "new" technology on the show!

Sadoux

P.S. Please confirm receipt of this e-mail, due to its size.

On 7/10/10 3:47 AM, "Anne Archer Butcher" <dolphinent@aol.com> wrote:

Hey, there! The guys return from various parts of the world on Monday and *we meet on Tuesday*...I know you are on vacation around that time...so just send me the offers again and I will let you know their decision asap. OK?

Thanks and have fun!

Anne

Anne Archer Butcher
111 Spartina Court
Mooresville, NC 28117
704-658-0342
▇▇▇▇▇▇▇▇
704-658-0354 fax