# EXHIBIT 7

| | |
|---|---|
| **From:** | Sadoux Kim <SKim@markburnettprod.com> |
| **To:** | Katie Mapel |
| **Sent:** | 10/13/2010 8:40:44 AM |
| **Subject:** | Re: Follow up questions |

30 second traditional commercial spots

We (production) have a policy of not releasing the list of celebrities.

On 10/13/10 11:39 AM, "Katie Mapel" <kmapel@acninc.com> wrote:

Sadoux, thanks for your time on the call today. We are working on revised scripting now and will send over shortly. In the meantime, do you have a feel for how long the commercials the celebrities are creating should be? What is a good length for TV, but also long enough to ensure we get a good message? Secondly, are you able to release the list of celebrities to us yet? Thanks!

Katie Mapel
ACN, Inc
Senior Marketing Manager
704-260-3491 (direct)

www.acninc.com <http://www.acninc.com>

1000 Progress Place
Concord, NC 28025

Confidential Information Governed by Protective Order

JMBP00002081