# EXHIBIT 8

| | |
|---|---|
| **From:** | Eric Barron |
| **To:** | Lisa Krass; Sadoux Kim |
| **CC:** | Nakia Williams |
| **BCC:** | Sadoux Kim |
| **Sent:** | 10/25/2010 3:37:25 PM |
| **Subject:** | Re: Updates |

Hi Lisa,

It looks like the executive brief will happen on Thursday at 4p at Trump Tower.

Eric

Eric Barron | Task Producer | NBC "Celebrity Apprentice"
o: 212-754-6000 x107 | ▇: ▇▇▇▇▇▇▇1 | f: 212-754-6011
MBP | 725 Fifth Ave. 5th Floor | NY, NY 10022

---

**From:** Lisa Krass <lkrass@acninc.com>
**To:** Eric Barron
**Sent:** Mon, October 25, 2010 11:01:27 AM
**Subject:** Updates

Good morning,

Hope you had a great weekend!

Just wondering if you got the details regarding the location of the "task delivery"? Hopefully not on the roof terrace since it's supposed to rain on Wed. J

Also, is Tuesday's meeting at 4pm or 5pm?

When and where is dinner on Wednesday?

Will there be an "on-camera executive debrief" on Thursday? If so, when and where?

I think that is it. We're almost there! Looking forward to it! Make sure to order up some great weather for us!

See you soon!

Lisa

*Lisa Krass, CMP*
Global Director, Event Planning
ACN, Inc.

1000 Progress Place
Concord, NC 28025

Confidential Information Governed by Protective Order                                JMBP00002131