```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2020
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JANE DOE, et al.,                                 :

                              Plaintiffs,     :          18 Civ. 9936 (LGS)

          -against-                              :

THE TRUMP CORPORATION, et al.,         :          ORDER

                            Defendants.    :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference is scheduled for March 12, 2020, at 11:15 a.m.  It is hereby

       **ORDERED** that the March 12, 2020, 11:15 a.m. conference is adjourned to **March 12, 2020, at 3:20 p.m.**  The conference will remain telephonic.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The Court will call the parties once the conference is ready to begin.  It is further

       **ORDERED** that, by **March 11, 2020**, the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  The parties shall ensure they are all dialed into the conference call by the appointed conference time. If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **March 11, 2020, at noon,** to make other arrangements.

Dated:  March 9, 2020
         New York, New York

                                                        _____
                                                          LORNA G. SCHOFIELD
                                                          **UNITED STATES DISTRICT JUDGE**