UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

JANE DOE, LUKE LOE, RICHARD ROE, :           18-cv-09936 (LGS)
and MARY MOE, individually and on behalf :
of all others similarly situated,          :

              *Plaintiffs,*         :          **MOTION FOR ADMISSION**
                             :              **PRO HAC VICE**
v.                          :

THE TRUMP CORPORATION, DONALD :
J. TRUMP, in his personal capacity, :
DONALD TRUMP, JR., ERIC TRUMP, and :
IVANKA TRUMP,             :

              *Defendants.*       :
                             :

------------------------------------------------------ X

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern District of New York, Mark P. Henriques hereby moves this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Non-Party ACN Opportunity, LLC

in the above-captioned action.[1]

     I am in good standing of the bar of the state of North Carolina, and am admitted to

practice and in good standing before the United States District Courts for the Eastern, Middle,

and Western Districts of North Carolina and the Fourth Circuit Court of Appeals.

     There are no pending disciplinary proceedings against me in any state or federal court.

---

    [1] ACN's appearance in these proceedings remains limited, as necessitated only to respond to
Plaintiffs' improper discovery attempts, and ACN does not consent to jurisdiction. ACN expressly
reserves all rights and remedies available to it, including without limitation its rights under its
Independent Business Owner Agreements with Plaintiffs.

Dated: March 9, 2020

Respectfully submitted,

Mark P. Henriques
Womble Bond Dickinson (US) LLP
One Wells Fargo Center
Suite 3500
301 South College Street
Charlotte, NC 28202-6037
T:  704-331-4912
F:  704-338-7830
Mark.Henriques@wbd-us.com

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby

certify that on March 21, 1992,  license to practice as an Attorney and Counselor at Law in

all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## MARK P. HENRIQUES

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this March 5, 2020.

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

JANE DOE, LUKE LOE, RICHARD ROE, :
and MARY MOE, individually and on behalf :
of all others similarly situated, :

           *Plaintiffs,* :

v. :

THE TRUMP CORPORATION, DONALD :
J. TRUMP, in his personal capacity, :
DONALD TRUMP, JR., ERIC TRUMP, and :
IVANKA TRUMP, :

           *Defendants.* :

-------------------------------------------------------- X

18-cv-09936 (LGS)

**AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern District of New York, Mark P. Henriques in support of his Motion for an Order for

admission to practice Pro Hac Vice to appear as counsel for Non-Party ACN Opportunity, LLC

in the above-captioned action[1] states as follows:

    1.     I have never been convicted of a felony.

    2.     I am in good standing of the bar of the state of North Carolina, have never been

censured, suspended, disbarred or denied admission or readmission by any court.

    3.     I am admitted to practice and in good standing before the United States District

Courts for the Eastern, Middle, and Western Districts of North Carolina and the Fourth Circuit

Court of Appeals.

---

[1] ACN's appearance in these proceedings remains limited, as necessitated only to respond to
Plaintiffs' improper discovery attempts, and ACN does not consent to jurisdiction.  ACN expressly
reserves all rights and remedies available to it, including without limitation its rights under its
Independent Business Owner Agreements with Plaintiffs.

4.      There are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 9 , 2020

Further affiant sayeth not.

Respectfully submitted,

Mark P. Henriques
Womble Bond Dickinson (US) LLP
One Wells Fargo Center
Suite 3500
301 South College Street
Charlotte, NC 28202-6037
T:  704-331-4912
F:  704-338-7830
Mark.Henriques@wbd-us.com

Sworn to and subscribed
Before me this 9ᵗʰ day
Of March, 2020.

Notary Public
My Commission Expires: 09|11|2023



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JANE DOE, LUKE LOE, RICHARD ROE, :
and MARY MOE, individually and on behalf :
of all others similarly situated, :
                                 :
         *Plaintiffs,*           :

v.                                 :

THE TRUMP CORPORATION, DONALD :
J. TRUMP, in his personal capacity, :
DONALD TRUMP, JR., ERIC TRUMP, and :
IVANKA TRUMP, :
                                 :
         *Defendants.*         :

------------------------------------------------------- X

18-cv-09936 (LGS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Mark P. Henriques, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

North Carolina; and that his contact information is as follows

    Mark P. Henriques
    Womble Bond Dickinson (US) LLP
    One Wells Fargo Center
    Suite 3500
    301 South College Street
    Charlotte, NC 28202-6037
    T: 704-331-4912
    F: 704-338-7830
    Mark.Henriques@wbd-us.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Non-Party ACN Opportunity, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District Judge