UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JANE DOE, LUKE LOE, RICHARD ROE, :          18-cv-09936 (LGS)
and MARY MOE, individually and on behalf :
of all others similarly situated, :

              *Plaintiffs,* :

v. :         **AFFIDAVIT IN SUPPORT OF MOTION**
                                     **FOR ADMISSION**
THE TRUMP CORPORATION, DONALD :            **PRO HAC VICE**
J. TRUMP, in his personal capacity, :
DONALD TRUMP, JR., ERIC TRUMP, and :
IVANKA TRUMP, :

           *Defendants.* :

------------------------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern District of New York, Mark P. Henriques in support of his Motion for an Order for

admission to practice Pro Hac Vice to appear as counsel for Non-Party ACN Opportunity, LLC

in the above-captioned action[1] states as follows:

    1.     I have never been convicted of a felony.

    2.     I am in good standing of the bar of the state of North Carolina, have never been

censured, suspended, disbarred or denied admission or readmission by any court.

    3.     I am admitted to practice and in good standing before the United States District

Courts for the Eastern, Middle, and Western Districts of North Carolina and the Fourth Circuit

Court of Appeals.

---

[1] ACN's appearance in these proceedings remains limited, as necessitated only to respond to Plaintiffs' improper discovery attempts, and ACN does not consent to jurisdiction.  ACN expressly reserves all rights and remedies available to it, including without limitation its rights under its Independent Business Owner Agreements with Plaintiffs.

4.      There are no pending disciplinary proceedings against me in any state or federal

court.

Dated: March 9 , 2020

Further affiant sayeth not.

Respectfully submitted,

Mark P. Henriques
Womble Bond Dickinson (US) LLP
One Wells Fargo Center
Suite 3500
301 South College Street
Charlotte, NC 28202-6037
T:  704-331-4912
F:  704-338-7830
Mark.Henriques@wbd-us.com

Sworn to and subscribed
Before me this 9th day
Of March, 2020.

Notary Public
My Commission Expires: 09|11|2023

010-9009-7256/1/AMERICAS