UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
JANE DOE, LUKE LOE, RICHARD ROE,  :
and MARY MOE, individually and on behalf :     18-cv-09936 (LGS)
of all others similarly situated, :
                            *Plaintiffs*, :
                              :     **ORDER FOR ADMISSION**
v.                                    :     **PRO HAC VICE**

THE TRUMP CORPORATION, DONALD :
J. TRUMP, in his personal capacity, :
DONALD TRUMP, JR., ERIC TRUMP, and :
IVANKA TRUMP, :
                                 *Defendants*. :
---------------------------------------------------------- X

      The motion of Mark P. Henriques, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of North Carolina; and that his contact information is as follows

      Mark P. Henriques
      Womble Bond Dickinson (US) LLP
      One Wells Fargo Center
      Suite 3500
      301 South College Street
      Charlotte, NC 28202-6037
      T: 704-331-4912
      F: 704-338-7830
      Mark.Henriques@wbd-us.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Non-Party ACN Opportunity, LLC in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District Judge