```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JANE DOE, et al.,                            :
                              Plaintiffs,   :          18 Civ. 9936 (LGS)

        -against-                            :

THE TRUMP CORPORATION, et al.,   :          ORDER

                              Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference was held on March 12, 2020. As discussed at conference, it is hereby

      **ORDERED** that, **by March 20, 2020**, Defendants shall complete production of documents collected from the initial nine custodians. It is further

      **ORDERED** that the parties shall meet and confer and, by **March 20, 2020**, the parties shall file a joint letter explaining the agreement reached with respect to the production of organizational charts and/or other discovery necessary to permit Plaintiffs to understand the organizational positions of individuals who were involved in the at-issue communications and activities over the relevant period of time, to whom those individuals reported, and the individuals' organizational relationships with each other. Any remaining disputes requiring the Court's attention with respect to this issue shall also be identified. It is further

      **ORDERED** that the limitations placed on Electronic Discovery by this Court's Individual Rule II.A.1(a), (b) and (d) are WAIVED. Discovery of responsive ESI created as early as 2005 is allowed. It is further

**ORDERED** that the parties shall meet and confer on the scope of Defendants' production and, by **March 27, 2020**, the parties shall file a joint letter explaining the agreement reached, including the number of additional custodians to be searched and the anticipated timeline of Defendants' productions.  Any remaining disputes requiring the Court's attention shall also be identified.  It is further

**ORDERED** that, to the extent that the anticipated timeline of production, and any remaining disputes requiring the Court's attention, cannot be addressed in the letter on March 27, 2020, the parties shall jointly file a supplemental letter on **March 30, 2020**.  It is further

**ORDERED** that a telephonic status conference shall occur on **April 1, 2020, at 3:00 p.m.**  The Court will call the parties once the conference is ready to begin.  The parties shall file a joint letter by **March 30, 2020**, providing the Court with one telephone call-in number for a conference call and, to the extent necessary, a passcode.  The parties shall ensure they are all dialed into the conference call by the appointed conference time.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 185.

Dated: March 13, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**