UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2020
```

------------------------------------------------------------X

JANE DOE, et al.,                                :

                           Plaintiffs,    :        18 Civ. 9936 (LGS)

        -against-                           :

THE TRUMP CORPORATION, et al.,         :        ORDER

                          Defendants.    :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 31, 2020, Plaintiffs moved to compel nonparty ACN Opportunity, LLC to produce documents in response to Plaintiffs' subpoena duces tecum (Dkt. No. 150).  It is hereby

      ORDERED that a telephonic conference will be held on **April 9, 2020, at 10:40** a.m. to discuss the motion.  Nonparty ACN Opportunity, LLC shall appear.  The Court will call the conference participants once the conference is ready to begin.  The participants shall file a joint letter by **April 8, 2020**, providing the Court with one telephone call-in number for a conference call and, to the extent necessary, a passcode.  The participants shall ensure they are all dialed into the conference call by the appointed conference time.

Dated: March 13, 2020
       New York, New York

                                                            _____
                                                            LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE