```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOE, et al.,                                :

                         Plaintiffs,    :    18 Civ. 9936 (LGS)

     -against-                                 :

THE TRUMP CORPORATION, et al.,      :    ORDER

                     Defendants.  :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on February 7, 2020, Plaintiffs moved to compel nonparties Metro-Goldwyn Mayer Studios, Inc. and JMBP, LLC (collectively, "the MGM Entities") to make available to Plaintiffs certain video footage (Dkt. No. 155).  It is hereby

     ORDERED that a telephonic conference will be held on **April 9, 2020, at 10:40** a.m. to discuss the motion.  The MGM Entities shall appear.  The Court will call the conference participants once the conference is ready to begin.  The participants shall file a joint letter by **April 8, 2020**, providing the Court with one telephone call-in number for a conference call and, to the extent necessary, a passcode.  The participants shall ensure they are all dialed into the conference call by the appointed conference time.

Dated: March 13, 2020
      New York, New York

                                     _____
                                     LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE