March 30, 2020

**VIA ECF**
The Honorable Lorna G Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    *Jane Doe, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's March 13, 2020 Order (Doc. No. 198), the parties write to provide the following telephone call-in number and passcode for a conference call with the Court scheduled for 3:00 p.m. on Wednesday, April 1, 2020:

- Telephone Call-In Number: +1-415-655-0001
- Passcode: 471 328 123

                                                                           Respectfully submitted,

| | |
|---|---|
| /s/ Roberta A. Kaplan | /s/ Joanna C. Hendon |
| Roberta A. Kaplan | Joanna C. Hendon |
| John C. Quinn | Cynthia Chen |
| Alexander J. Rodney | Andrew L. Kincaid |

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
arodney@kaplanhecker.com

SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 213-6996
Facsimile: (212) 213-0849
jhendon@spearsimes.com
cchen@spearsimes.com
akincaid@spearsimes.com

*Attorneys for Defendants*

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
Katherine Rosenfeld
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

*Attorneys for Plaintiffs*