April 8, 2020

**VIA ECF**
The Honorable Lorna G Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    *Jane Doe, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's March 13, 2020 Order (Doc. No. 199), the parties and nonparty ACN Opportunity, LLC write to provide the following telephone call-in number and passcode for a conference call with the Court scheduled for 10:40 a.m. on Thursday, April 9, 2020:

- Telephone Call-In Number:  +1-415-655-0001
- Passcode: 477 058 159

                                  Respectfully submitted,

2

| | |
|---|---|
| /s/ Roberta A. Kaplan | /s/ Joanna C. Hendon |
| Roberta A. Kaplan | Joanna C. Hendon |
| John C. Quinn | Cynthia Chen |
| Alexander J. Rodney | Andrew L. Kincaid |
| | |
| KAPLAN HECKER & FINK LLP | SPEARS & IMES LLP |
| 350 Fifth Avenue, Suite 7110 | 51 Madison Avenue |
| New York, New York 10118 | New York, New York 10010 |
| Telephone: (212) 763-0883 | Telephone: (212) 213-6996 |
| Facsimile: (212) 564-0883 | Facsimile: (212) 213-0849 |
| rkaplan@kaplanhecker.com | jhendon@spearsimes.com |
| jquinn@kaplanhecker.com | cchen@spearsimes.com |
| arodney@kaplanhecker.com | akincaid@spearsimes.com |
| | |
| | *Attorneys for Defendants* |

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
Katherine Rosenfeld
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com


*Attorneys for Plaintiffs*

/s/ Stephanie Niehaus
Stephanie Niehaus
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212) 872 9800
Facsimile: (212) 872 9825
stephanie.niehaus@squirepb.com

*Attorneys for nonparty ACN Opportunity, LLC*