UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

      *Plaintiffs*,

    *v.*

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

      *Defendants*.

No. 18 Civ. 9936 (LGS)

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020 I caused service of the Court's Order dated April 9, 2020 (Doc. No. 230) and non-party ACN's Letter to the Court dated April 8, 2020 (Doc. No. 227) to be made on non-parties Anne Archer Butcher and Dolphin Entertainment Company by certified overnight delivery service and electronic mail at the address of their attorneys listed below.

| | |
|---|---|
| Anne Archer Butcher<br>ARKIN SOLBAKKEN LLP<br>c/o Deanna Davidian<br>900 Third Avenue, 18th Floor<br>New York, New York 10022<br>ddavidian@arkin-law.com | Dolphin Entertainment Company<br>ARKIN SOLBAKKEN LLP<br>c/o Deanna Davidian<br>900 Third Avenue, 18th Floor<br>New York, New York 10022<br>ddavidian@arkin-law.com |

Dated: New York, NY
   April 10, 2020

            /s/ Alexander J. Rodney
            Alexander J. Rodney