UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and MARY : 
MOE, individually and on behalf of all others similarly : 
situated, :
 :
                        *Plaintiffs*, :
     v. :   No. 1:18-cv-09936 (LGS)
 :
THE TRUMP CORPORATION, DONALD J. TRUMP, in :
his personal capacity, DONALD TRUMP, JR., ERIC :
TRUMP, and IVANKA TRUMP, :
 :
                        *Defendants*. :
------------------------------------------------------------------------X

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Title 9, United States Code, Sections 16(a)(1)(A) & (B), Defendants The Trump Corporation, Donald J. Trump, Donald Trump Jr., Eric Trump, and Ivanka Trump ("Defendants"), appeal to the United States Court of Appeals for the Second Circuit from the Opinion & Order signed by the Honorable Lorna G. Schofield of this Court on April 8, 2020 (ECF No. 229), denying Defendants' Motion to Compel Arbitration, and from any and all of the Court's rulings adverse to Defendants incorporated in, antecedent to, or ancillary to the Opinion & Order.

Dated:  April 13, 2020

                                                      By:    */s/ Joanna C. Hendon*
                                                               Joanna C. Hendon
                                                                Cynthia Chen
                                                                Andrew L. Kincaid
                                                                SPEARS & IMES LLP
                                                                51 Madison Avenue
                                                                New York, NY 10010
                                                                Tel: (212) 213-6996
                                                                jhendon@spearsimes.com
                                                                cchen@spearsimes.com
                                                                akincaid@spearsimes.com

                                                               *Counsel for Defendants*

- 2 -

To:    CLERK OF COURT
United States District Court for the Southern District of New York
The Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007