UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated<br><br>      *Plaintiffs*,<br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No. 18 Civ. 9936<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jonathan S. Abady of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for Plaintiffs, in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at jabady@ecbalaw.com.

Dated: New York, New York
   April 13, 2020

                EMERY CELLI BRINCKERHOFF
                 & ABADY LLP

                By:   /s/
                   Jonathan S. Abady
                   600 Fifth Avenue, 10th Floor
                   New York, NY 10020
                   (212) 763-5000

                *Counsel for Plaintiffs*