UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JANE DOE, LUKE LOE, RICHARD ROE, :
and MARY MOE, individually and on behalf :
of all others similarly situated, :
                                   :
         *Plaintiffs,* :

v. :

THE TRUMP CORPORATION, DONALD J. :
TRUMP, in his personal capacity, DONALD :
TRUMP, JR., ERIC TRUMP, and IVANKA :
TRUMP, :
                                   :
         *Defendants.* :
                                   :

------------------------------------------------------- X

18-cv-09936 (LGS)

## __ACN OPPORTUNITY, LLC'S NOTICE OF APPEAL__

      Notice is hereby given that non-party ACN Opportunity, LLC ("ACN") appeals to the

United States Court of Appeals for the Second Circuit from the Order signed by the Honorable

Lorna G. Schofield of this Court on April 9, 2020 (ECF No. 232), and from any and all of the

Court's rulings adverse to ACN incorporated in, antecedent to, or ancillary to such Order.


Dated: New York, New York
       April 16, 2020

SQUIRE PATTON BOGGS (US) LLP

 /s/ Stephanie E. Niehaus
Stephanie E. Niehaus
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
+1 212 872 9800
+1 212 872 9815 (fax)
stephanie.niehaus@squirepb.com

*Counsel for Non-Party ACN Opportunity, LLC*