# EXHIBIT



Gab Pushshift

# Eric_Striker's Profile

Created On September 06, 2018 By **Eric_Striker**

**Eric_Striker** on Sep 06, 2018 05:55:39 UTC

Roger Stone and Jerome Corsi are being subpoenaed and threatened by the Robert Mueller "investigation" for the crime of using InfoWars to get `Trump` elected.

Free speech is a load of shit. The smaller potatoes (alt-right) get hit with `Roberta Kaplan` and SPLC lawfare, while the bigger fish like InfoWars get to face direct government repression.

**Gab Pushshift**

# PolarVortex42'S Profile

Created On May 04, 2018 By PolarVortex42

---

**PolarVortex42** on May 04, 2018 00:14:22 UTC

The C'Ville lawfare charade seems to imply that if any Gab user posts something implying, suggesting self defense before an event, and if something happens (regardless if intentional) to a member of a protected class at said event then....

It's a grand conspiracy of Gabbers to start WW3. So all Gab user identities will have to be revealed. This is a level of Guilt by association which even i could not have imagined.

The [Roberta Kaplan] types should just confess: they want all [Trump] voters in a Gulag.





