UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| JANE DOE, et al., | : | |
| Plaintiffs, : | | 18 Civ. 9936 (LGS) |
| -against- | : | |
| THE TRUMP CORPORATION, et al., | : | ORDER |
| Defendants. | : | |

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 31, 2020, Plaintiffs moved to compel nonparty ACN Opportunity, LLC ("ACN") to produce documents in response to Plaintiffs' subpoena duces tecum (Dkt. No. 150). On April 9, 2020, the Court granted Plaintiffs' motion to compel production of responsive documents by ACN and directed Plaintiffs and ACN to meet and confer (Dkt. No. 232);

    WHEREAS, on April 8, 2020, ACN filed a letter objecting to the production of documents by non-parties Anne Butcher and Dolphin Entertainment (herein "Ms. Butcher") (Dkt. 227). On April 9, 2020, the Court directed Ms. Butcher to stay production pending further Court Order (Dkt. No. 230);

    WHEREAS, on April 16, 2020, ACN filed a Notice of Interlocutory Appeal of the Court's Order at Dkt. 323;

    WHEREAS, on April 17, 2020, ACN filed a letter motion to stay proceedings pending resolution of the appeal and requested that the Court defer any further meet and confer requirements until ACN's stay request is resolved (Dkt. No. 244);

WHEREAS, on May 18, 2020, the Court denied ACN's motion to stay (Dkt. 264). It is hereby

**ORDERED** that Plaintiffs and ACN shall resume meet and confers pursuant to this Court's Order at Dkt. No. 232. Plaintiffs and ACN shall file a joint letter by June 2, 2020, not to exceed three pages, to apprise the Court of their progress in negotiations, ACN's estimated timeline for production and remaining disputes. It is further

**ORDERED** that Plaintiffs, ACN and Ms. Butcher shall meet and confer to determine what, if any, documents sought from Ms. Butcher are uniquely in Ms. Butcher's possession or not within the scope of ACN's production. To the extent there exist documents under Ms. Butcher's control that will not be produced by ACN and that ACN continues to object to Ms. Butcher producing, Plaintiffs, ACN and Ms. Butcher shall jointly file a letter by June 9, 2020, not to exceed three pages, identifying those documents or categories of documents and their respective positions as to production.

Dated: May 19, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**