UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOE, et al.,                                   :

                         Plaintiffs,   :       18 Civ. 9936 (LGS)

      -against-                           :

THE TRUMP CORPORATION, et al.,       :       <u>ORDER</u>

                             Defendants.  :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 25, 2020, Defendants filed a letter motion requesting that the Court revisit, in toto, the question of whether Plaintiffs may continue to prosecute this case pseudonymously (Dkt. No. 208). On April 1, 2020, Plaintiffs filed a letter in opposition (Dkt. No. 221);

      WHERAS, on April 9, the Court directed the parties to meet and confer on the issue of whether Plaintiffs should be able to continue to proceed anonymously and to file a joint letter by April 24, 2020, to apprise the Court of (1) the extent to which the parties have reached agreement; and (2) any remaining disputes and the factual and legal support for the parties' respective positions (Dkt. No. 232);

      WHEREAS, on April 24, 2020 and April 27, 2020, the parties filed letters regarding their positions as to whether should be permitted to continue to proceed under pseudonyms (Dkt. Nos. 257, 258, 259).  It is hereby

      **ORDERED** that the parties shall brief a motion for leave for Plaintiffs to continue to proceed pseudonymously according to the following schedule:

- By **June 9, 2020** Plaintiffs shall file their motion for leave to continue to proceed pseudonymously, with a memorandum of law not to exceed fifteen pages.

- By **June 30, 2020**, Defendants shall file their opposition, not to exceed fifteen pages.

- By **July 14, 2020**, Plaintiffs shall file any reply in support of their motion, not to exceed eight pages.

The parties shall comply with this Court's Individual Rules in filing the motions and supporting papers.

Dated: May 19, 2020
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**