# IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br>*Plaintiffs*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br>*Defendants* | No. 1:18-cv-09936-LGS |

## ORDER GRANTING MOTION TO INTERVENE

The Court having reviewed the Motion to Intervene, and it appearing that good cause exists for the granting of such Motion,

It is therefore ORDERED that the Mr. Patel's Motion to Intervene is hereby GRANTED.

ORDERED, this _____ day of _____, 20__.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**