UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doe et. al

Plaintiff(s),

-against-

The Trump Corp. et. al.

Defendant(s).

Docket No: 1:18CV09936 (LGS) (  )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☒ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Patel, Raj K
Name (Last, First, MI)

☒ Plaintiff
☐ Defendant

501 N. Capitol Ave., Apt. 2114-D   Indianapolis   IN   46202
Address   City   State   Zip Code

317-450-6651
Telephone Number

rajp2010@gmail.com
e-mail address

5/21/2020
Date

Signature