Plaintiffs and the MGM Entities shall file a status letter regarding the production of the responsive material by June 18, 2020.

Dated: May 26, 2020
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

May 22, 2020

The Honorable Lorna G Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    *Jane Doe, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

    We write jointly on behalf of Plaintiffs and the MGM Entities, pursuant to the Court's April 27, 2020 Order, to provide the Court with an update concerning the timing and logistics of Plaintiffs' access to certain relevant unaired video footage from *The Celebrity Apprentice* (Doc. No. 260) since we last updated the Court on April 24, 2020 (Doc. No. 254).

    Plaintiffs and the MGM Entities have continued to work cooperatively to identify relevant footage from the March 22, 2009 and March 27, 2011 episodes of *The Celebrity Apprentice* (the "Relevant Episodes"). To that end, on April 28, 2020, the MGM Entities provided Plaintiffs with additional documents relating to the Relevant Episodes as set forth in Plaintiffs' April 24 letter. (Doc. No. 254.)

    Plaintiffs and the MGM Entities also have continued to meet and confer concerning the timing and logistics of Plaintiffs' access to the relevant footage in light of the ongoing COVID-19 pandemic. At the time of our last status update letter, the MGM Entities represented that, based on information then available to them, their offices would remain closed at least through Friday, May 15, 2020, if not later. (Doc. No. 254.) On May 15, 2020, Los Angeles County's "Safer at Home" order was extended indefinitely, with a series of phased re-openings rather than a definite endpoint. The MGM Entities' understanding is that the Safer at Home order, as extended, precludes them from opening their offices, accessing the footage storage site, or setting up a physical location to review the footage until June 15, 2020, at the earliest. The MGM Entities have further represented that it will likely take some time after reopening to address logistical matters relating to the footage. Plaintiffs and the MGM Entities have agreed to continue meeting and conferring as June 15 approaches.

    Accordingly, Plaintiffs and the MGM Entities jointly and respectfully propose that we file a further joint status update letter by June 18, 2020, apprising the Court of our further discussions regarding the timing and logistics of Plaintiffs' access to the relevant footage. We recognize that this jointly proposed deadline for a further update is only twelve days before the current June 30, 2020 deadline for completion of fact discovery, and we will work to complete this process as expeditiously as possible, while respectfully reserving rights to seek modification of the current schedule if and to the extent necessary.

Respectfully submitted,

/s/ Roberta A. Kaplan
Roberta A. Kaplan
John C. Quinn
Alexander J. Rodney

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
arodney@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

*Attorneys for Plaintiffs*

/s/ Jessica Stebbins Bina
Jessica Stebbins Bina

LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067
Telephone: (424) 653-5525
Facsimile: (424) 653-5501
jessica.stebbinsbina@lw.com

*Attorneys for nonparties Metro-Goldwyn Mayer Studios Inc. and JMBP, LLC*