# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Doe, et. al.
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:18 CV 09936 (LGS )(   )

-against-

**NOTICE OF APPEAL**

The Trump Corporation, et. al.
_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Raj K. Patel
_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: May 26, 2020
(date that judgment or order was entered on docket)

that:

Common questions of law exist on whether President Trump enaged in an "enterprise"; common question of law on fraud; facts are distinct, but not the law, with the main action.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

May 27, 2020
Dated

[Signature]
Signature

Patel, Raj K.
Name (Last, First, MI)

501 N. Capitol Ave., Apt. 2114-D   Indianapolis,   IN   46204
Address                              City            State   Zip Code

317-450-6651
Telephone Number

rajp2010@gmail.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13