UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| JANE DOE, et al., | : |
| Plaintiffs, : | 18 Civ. 9936 (LGS) |
| -against- : | |
| THE TRUMP CORPORATION, et al., : | ORDER |
| Defendants. : | |

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on May 19, 2020, Plaintiffs and ACN Opportunity LLC ("ACN") were ordered to resume meet and confers pursuant to this Court's Order at Dkt. No. 232 and to file a joint letter by June 2, 2020, not to exceed three pages, to apprise the Court of their progress in negotiations, ACN's estimated timeline for production and remaining disputes (Dkt. No. 265);

     WHEREAS, in the same order, Plaintiffs, ACN, Anne Butcher and Dolphin Entertainment (herein "Ms. Butcher") were ordered to meet and confer to determine what, if any, documents sought from Ms. Butcher are uniquely in Ms. Butcher's possession that ACN continues to object to Ms. Butcher producing, and to jointly file a letter by June 9, 2020, not to exceed three pages, identifying those documents or categories of documents and their respective positions as to production (Dkt. No 265);

     WHEREAS, on May 27, 2020, Plaintiffs filed a letter asserting that Ms. Butcher has informed Plaintiffs that they have "'provided ACN with copies of all' of the documents in the putative production, such that none of the documents are, any longer, uniquely in their possession" and that "ACN will have to advise as to its position on these documents." Plaintiffs

further assert that ACN has informed Plaintiffs that it "does not believe it is a fair or efficient use of its resources to proceed with further meet and confer efforts at this time." It is hereby

**ORDERED** that, by **June 4, 2020**, to the extent that ACN does not address Plaintiffs' assertions in the status letter to be filed on June 2, 2020 pursuant to this Court's Order at Dkt. No 265, ACN shall file a letter response to Plaintiffs' letter. It is further

**ORDERED** that, by **June 4, 2020**, Ms. Butcher shall file a letter response to Plaintiffs' letter. It is further

**ORDERED** that a conference will be held on **June 9, 2020, at 2:00 p.m.** at dial-in 888-363-4749, access code 5583333. Plaintiffs, ACN and Ms. Butcher shall attend and shall be dialed-in by that time. It is further

**ORDERED** that, by **June 1, 2020**, Plaintiffs shall serve this order on Ms. Butcher, and file proof of such service.

Dated: May 28, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**