UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>                              *Plaintiffs*,<br><br>                   *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>                              *Defendants*. | No. 18 Civ. 9936 (LGS) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2020, I caused service of the Court's Order dated May 28, 2020 (Doc. No. 276) to be made on non-parties Anne Archer Butcher and Dolphin Entertainment Company by certified overnight delivery service and electronic mail at the address of their attorneys listed below.

| | |
|---|---|
| Anne Archer Butcher<br>ARKIN SOLBAKKEN LLP<br>c/o Deanna Davidian<br>900 Third Avenue, 18th Floor<br>New York, New York 10022<br>ddavidian@arkin-law.com> | Dolphin Entertainment Company<br>ARKIN SOLBAKKEN LLP<br>c/o Deanna Davidian<br>900 Third Avenue, 18th Floor<br>New York, New York 10022<br>ddavidian@arkin-law.com> |

Dated: New York, NY
        May 28, 2020

                                        /s/ Alexander J. Rodney
                                        Alexander J. Rodney