UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe, Luke Loe, Richard Roe, and Mary Moe, individually and on behalf of all others similarly situated Plaintiff(s),

-against-

The Trump Corp, Donald J. Trump, in his individual capacity, Donald Trump Jr., Eric Trump, and Ivanka Trump. Defendant(s).

Docket No: 1:18 CV 09936 (LGS)( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[✓] that all future correspondence be mailed to me at the address below, or

[ ] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Patel, Raj, K

[✓] Plaintiff
[ ] Defendant

Name (Last, First, MI)

501 North Capitol Avenue, Apt. 2114-D | Indianapolis | IN | 46204

Address | City | State | Zip Code

317-450-6651 | rajp2010@gmail.com

Telephone Number | e-mail address

5/21/20

Date | Signature

RECEIVED
MAY 28 2020
PRO SE OFFICE