Case 20-1228, Document 79, 05/29/2020, 2850674, Page1 of 1
Case 1:18-cv-09936-LGS   Document 280   Filed 05/29/20   Page 1 of 1

N.Y.S.D. Case #
18-cv-9936(LGS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty.

Before:     Raymond J. Lohier, Jr.,
              *Circuit Judge.*

_____

Jane Doe, *et al.*,

    Plaintiffs - Appellees,

v.

Trump Corporation, Donald J. Trump, Donald J. Trump, Jr., Eric Trump, Ivanka Trump,

    Defendants - Appellants,

ACN Opportunity, LLC,

    Non-Party - Appellant.
_____

**ORDER**

Docket Nos. 20-1228(L), 20-1278(Con)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **May 29, 2020**

---

    Appellants Trump Corporation, Donald J. Trump, Donald J. Trump, Jr., Eric Trump, and Ivanka Trump seek an administrative stay of the district court's April 8, 2020 order while the Court resolves their motion for a stay pending appeal or for expedited review. Appellees do not oppose the entry of a temporary administrative stay.

    IT IS HEREBY ORDERD that the request for an administrative stay is GRANTED. Appellants' motion for a stay pending appeal is REFERRED to the next available three-judge motions panel. Appellees' response to the motion for a stay pending appeal must be filed by close of business on June 5, 2020. Any reply in support of the motion must be filed by close of business on June 12, 2020.

                                                 For the Court**:**
                                                 Catherine O'Hagan Wolfe,
                                               Clerk of Court