UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOE, et al., :

                              Plaintiffs, : 18 Civ. 9936 (LGS)

           -against- :

THE TRUMP CORPORATION, et al., : <u>ORDER</u>

                           Defendants. :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 29, 2020, the Second Circuit issued an order granting Defendants' request for an administrative stay (Dkt. No. 280). It is hereby

      ORDERED that the conference scheduled for June 9, 2020, is CANCELED and all deadlines are stayed, pending further Court order. It is further

      ORDERED that, within one week of the Second Circuit's ruling on the motion to stay pending appeal, the parties shall file a joint letter either (1) proposing new dates for all deadlines affected by the administrative stay, if the motion to stay is denied; or (2) proposing a schedule for proposed status letters during the pendency of the stay, if the motion to stay is granted.

Dated: June 1, 2020
       New York, New York

                                                                    **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**