UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Jane Doe, et al.

                Plaintiff,

     -against-

The Trump Corporation, et al.

                Defendant.
-------------------------------------------------------

Case No. 18 Civ. 9936 (LGS)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                **Joanna C. Hendon**
                FILL IN ATTORNEY NAME

My SDNY Bar Number is: JH 8462     My State Bar Number is 2503266

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Spears & Imes LLP
              FIRM ADDRESS: 51 Madison Ave.
              FIRM TELEPHONE NUMBER: 212 213 6996
              FIRM FAX NUMBER: 212 213 0849

NEW FIRM:   FIRM NAME: Alston & Bird LLP
              FIRM ADDRESS: 90 Park Avenue
              FIRM TELEPHONE NUMBER: 212 210 9400
              FIRM FAX NUMBER: 212 210 9444

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 10, 2020                    s/Joanna C. Hendon
                                        ATTORNEY'S SIGNATURE