UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

          *Plaintiffs*,

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

          *Defendants*.

-----------------------------------------------------------------------X

No. 1:18-cv-09936 (LGS)

## NOTICE OF MOTION TO WITHDRAW APPEARANCE OF ANDREW L. KINCAID

PLEASE TAKE NOTICE that, upon the accompanying declaration of Andrew L. Kincaid, dated June 10, 2020, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the withdrawal of the appearance of Andrew L. Kincaid, Esq. as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that the email address akincaid@spearsimes.com be removed from the ECF service notification list for this case.

Joanna C. Hendon, now of Alston & Bird LLP, will remain as counsel of record to Defendants.

Dated: June 10, 2020
      New York, New York

Respectfully submitted,

SPEARS & IMES LLP
/s/ *Andrew L. Kincaid*

Andrew L. Kincaid
SPEARS & IMES LLP
51 Madison Avenue
New York, New York  10010
Tel:  (212) 213-6996
Fax: (212) 213-0849
E-mail: akincaid@spearsimes.com

*Counsel for The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump*

SO ORDERED.

June __, 2020

_____
The Honorable Lorna G. Schofield
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                        *Plaintiffs*,

      v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

                        *Defendants*.

No. 1:18-cv-09936 (LGS)

-------------------------------------------------------------------------X

## DECLARATION OF ANDREW L. KINCAID PURSUANT TO LOCAL RULE 1.4

I, Andrew L. Kincaid, declare and state as follows:

1. I am an associate at the law firm of Spears & Imes LLP, counsel for Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump, Jr., Eric Trump, and Ivanka Trump. Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendants.

2. I am associated with the law firm Spears & Imes LLP. Joanna C. Hendon, the partner responsible for this matter, has departed Spears & Imes LLP and is now a partner at Alston & Bird LLP. Ms. Hendon has represented Defendants in this action since January 14, 2019 and will continue to do so.

3. Because Ms. Hendon will continue to represent Defendants, this withdrawal will not affect this action in any way, including the posture of the case. Nor will this withdrawal prejudice Plaintiffs.

4. Neither Spears & Imes LLP nor I is asserting any retaining or charging lien on Defendants.

5. I am causing this motion, including all of the papers submitted with the motion, to be served on Defendants and all parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2020
      New York, New York

By: /s/ *Andrew L. Kincaid*
     Andrew L. Kincaid