# RAJ K. PATEL

501 North Capitol Avenue, Apt. 2114-D, Indianapolis, IN 46204
rajp2010@gmail.com | 317-450-6651

June 16, 2020

| | |
|---|---|
| Clerk of the Court | Clerk of the Court |
| Court of Appeal for the Second Circuit | Southern District of New York |
| Thurgood Marshall U.S. Courthouse | Daniel Patrick Moynihan U.S Courthouse |
| 40 Foley Square | 500 Pearl Street |
| New York, NY 10007 | New York, NY 10007 |
| Case No: 20-1706 | Case No. 1:18-cv-09936-LGS |

RE: Intervenor Patel's Change of Address

Respective Clerk of Court,

Starting Wednesday, July 1, 2020, my mailing address will be changed from the one written in the header of this page, which is also the one on file with your office, to the one below:

        1239 Spring Lake Drive
        Brownsburg, IN 46112

*Doe v. The Trump Corp.* (20-1706) (2d Cir. ____); *Doe et al. v. The Trump Corporation et al.* (1:18-cv-09936-LGS) (S.D.N.Y. ____). I have scheduled mail forwarding with the United States Postal Service.

Respectfully submitted,

Raj Patel (*Pro se*)