# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.linkedin.com/in/rpatel1992

---

July 9, 2020

Hon. Victor Marrero, Judge
c/o Clerk of Court
500 Pearl Street
New York, NY 10007
No.: 1:19-cv-08694-VM

RE: Possible Related Material to *Doe v. The Trump Corp.*, No. 20-1706 (2d Cir. \_\_\_\_) from the Doctrine of Comity in *Trump v. Vance, Jr. et al.* (S.D.N.Y. 20\_\_), *Trump v. Vance*, No. 19-3204 (2d. Cir. Nov. 4, 2019), and *Trump v. Vance*, No. 19-635, 591 U.S. \_\_\_ (2020)

ATTACHMENT: Appendix A (one page in total)

TOTAL PAGES: 3 (including this page and attachment)


Hello Your Honor:

     I am letting this court know that I am searching the dockets of No.: 1:19-cv-08694-VM to see if President Trump's taxes show relationships to Emory University, Inc., University of Notre Dame Law School, the State of Indiana or Federal Government because I had my word patterns stolen by President Trump and because I hope to find supportive material for my issues in *Doe v. The Trump Corp.*, No. 20-1706 (2d. Cir. \_\_\_\_). Appendix A, *Doe v. The Trump Corp.*, No. 20-1706 (2d Cir. \_\_\_\_), and *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. \_\_\_\_), Dkt. 272. *See also Doe et al. v. The Trump Corp. et al.*, No. 18-1228 (2d Cir. \_\_\_\_). In addition, I think that President Trump engaged in unlawful and unconstitutional R.I.C.O., honest services fraud, social engineering, corrective efforts, amongst other claims, even if a lower tribunal (*en camera*) held a proceeding in these cases. Appendix A, *see generally Doe v. The Trump Corp.*, No. 20-1706 (2d. Cir. \_\_\_\_), Dkt. 8, and U.S. const. amend. XIV and amend. V.

     I would also like to ask the District Attorney, to assist, in this case, and in *Doe v. The Trump Corp.* to see if he can publicly state that he is aware of the aforementioned efforts of R.I.C.O., social engineering, or correction efforts.

     Court of Appeals Chief Judge Katzmann, joined by circuit judges Chin and Droney, stated that violations of important state functions is a violation of the doctrine of comity. *Trump v. Vance*, No. 19-3204 (2d. Cir. Nov. 4, 2019), Dkt. 151 at 10-11. The Doctrine of Comity "includes 'a proper respect for state functions, a recognition of the fact that the entire country is made up of a Union of separate states governments, and a continuance of the belief that the National Government will fare best if the States and their institutions are left free to perform their separate functions in their separate ways.'" *Trump v. Vance*, No. 19-3204 (2d. Cir. Nov. 4, 2019), Dkt. 151 at 10-11 (quoting *Younger v. Harris*, 401 U.S. 37, 43-44 (1971) (internal citations omitted)). Important state, separate functions include chartering organizations (i.e. corporations, schools, and universities) and maintaining Order around and within that chartered space, per its police powers. *But see* the Foreign Commerce Clause and Interstate Commerce Clause. Should my allegations be true, then President Trump et al. have violated the Doctrine of Comity by interfering the important work of the state, a chartered organization. *Doe v. The Trump Corp.*, No.

20-1706 (2d. Cir. \_\_\_\_) and *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. \_\_\_\_), Dkt. 272. As I have heard, "Friends don't steal from friends."

I add that the United States Constitution and the Federalist Project is oftentimes considered a social agreement or a social experiment, respectively. From an Originalist perspective, and possibly other perspectives, the United States Constitution is a friendship contract, per the Doctrine of Comity (e.g. "comity" meaning "friendship"), and the Federalist Project is a friendship experiment, per *Federalist Paper* No. 10. The friends, include but are not limited to, the individual Americans, Sister States, after formation, the Federal Sovereign and charted organization. In support of my proposition, we may also look at other Common Law Projects, including the former Britannic Colony of British India, now primarily within the political boundaries of the Sovereign Socialist Secular Democratic Republic (e.g. "India"), whose Constitution's preamble includes the value of "Fraternity." India Const. pmbl. (JUSTICE…LIBERTY…EQUALITY…to promote among them all FRATERNITY assuring the dignity of the individual and the unity and integrity of the Nation").

I am happy to discuss further over e-mail at rajp2010@gmail.com or through my cell phone at 317-450-6651. Thank you for time and consideration, and I look forward to hearing back from you.

Best,

Raj Patel
J.D. Candidate, Notre Dame Law School 2021 or 2022

Student Body President, Student Government Associaton 2013-2014
Vice President of Finance (Independent), College Republicans 2011-2012
Student Body President, Brownsburg Community School Corporation 2009-2010
Vice Chair, Indiana High School Democrats 2009-2010
Deputy Regional Director, Young Democrats of America-High School Caucus 2008-2009

Representative from the Notre Dame Student Bar Ass'n to the Ind. State Bar Ass'n 2017

Mr. Patel shall file no further substantive filings in this action, pending resolution of the appeal of this Court's Order at Dkt. No. 272.

The Clerk of Court is respectfully requested to mail this order to pro se litigant Patel and to docket this order in Case No. 18-cv-9936.

Dated: July 13, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

APPENDIX A

The following amended expert from my pending Motion In Support of My Notice of Appeal (*Pro Se*) Seeking to Overturn the Southern District Court of New York's Denial of My Motion For Permissive Intervention in *Doe v. The Trump Corp.*, No. 20-1706 (2d. Cir. \_\_\_\_), Dkt. 8:

I, Raj K. Patel (*pro se*), respectfully move…Court of Appeals in support to overturn the Southern District Court of New York, New York's decision to deny my permissive intervention. Pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure, I share, with Jane Doe et al.'s main action, at least one common question of law or fact. Fed. R. Civ. P. 24(b)(1)(B); *Doe v. The Trump Corp.*, No. 20-1706 (2d. Cir. \_\_\_\_); *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. \_\_\_\_); and *Doe et al. v. The Trump Corp. et al.*, No. 18-1228 (2d Cir. \_\_\_\_). Doe et al.'s action involves (i) the interpretation of Section 1961 of Title 18 of the United States Code, Racketeer Influenced and Corrupt Organizations ("R.I.C.O.") Act against President Donald J. Trump, in his personal capacity, with wire fraud or honest services fraud, Section 1343 of Title 18 of the United States Code, embedded in the R.I.C.O. claim as its predicate crime, which, I argue, are the same laws that President Donald J. Trump, in his personal capacity, United States Presidential Candidate capacity, and United States Presidential capacity, has violated and is violating, (ii) the interpretation of conspiracy to conduct R.I.C.O. racketeering activities, which, I argue, is related to the aforementioned R.I.C.O. violations, (iii) the interpretation of common law fraud, which, I argue, is related to the R.I.C.O.-honest services fraud and honest services fraud claim, and (iv) the interpretation of five total counts of wrongful business practices, which, I argue, is related to the wrongful practices of R.I.C.O., honest services fraud, and theft. 18 U.S.C. §§ 1961–1968; 18 U.S.C. §§ 1343–1346; *see also* Compl. at 131 and 137-160, *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. \_\_\_\_), Dkt. 1.