October 27, 2020

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

  *Jane Doe, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

  Pursuant to this Court's June 1, 2020 Order in this action (Doc. No. 282), we write to provide the Court with an update on the status of the consolidated appellate proceedings in the United States Court of Appeals for the Second Circuit following this Court's June 1, 2020 Order, which, among other things, stayed all deadlines in this action pending further Court order. (*Id.*).

  As this Court is aware, one business day prior to this Court's June 1, 2020 Order, the Second Circuit entered a temporary administrative stay in this action and referred Defendants' motion for a stay pending appeal "to the next available three-judge motions panel." (*Doe* v. *Trump Corp.*, No. 20-1228, Doc. No. 78 (2d Cir.).)[1]

  In connection with further motion practice, on August 3, 2020, a Second Circuit motions panel granted Plaintiffs' motion to set an expedited briefing schedule on the merits, denied Plaintiffs' motion to lift the administrative stay, granted Defendants' motion for a stay pending appeal "only to the extent of granting the stay until the appeal is heard (or submitted in the event argument is not requested)," and denied Plaintiffs' motion to deny Defendants' pending stay motion as moot. (2d Cir. Doc. No. 139.)

  On October 20, 2020, the Second Circuit issued a Notice of Hearing Date, which provided that argument on the consolidated appeals would be heard on December 1, 2020 via Zoom. (2d Cir. Doc. No. 214-1.)

  Consistent with this Court's June 1, 2020 Order, the parties jointly and respectfully propose that they provide a further joint status update to the Court no later than seven days after argument on the merits before the Second Circuit, and that the parties continue to update the Court every 60 days thereafter until the Second Circuit issues a decision on the merits of the consolidated appeals.

---

[1] Citations to the Second Circuit docket for the lead case, No. 20-1228, take the form "2d Cir. Doc. No. __."

                                                                  Respectfully submitted,

| | |
|---|---|
| /s/Roberta A. Kaplan<br>Roberta A. Kaplan<br>John C. Quinn<br>Alexander J. Rodney<br><br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, Suite 7110<br>New York, New York 10118<br>Telephone: (212) 763-0883<br>Facsimile: (212) 564-0883<br>rkaplan@kaplanhecker.com<br>jquinn@kaplanhecker.com<br>arodney@kaplanhecker.com<br><br>Andrew G. Celli, Jr.<br>Matthew D. Brinckerhoff<br>O. Andrew F. Wilson<br>David Berman<br>Nick Bourland<br><br>EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>600 Fifth Avenue at Rockefeller Center<br>New York, NY 10020<br>Telephone: (212) 763-5000<br>acelli@ecbawm.com<br>mbrinckerhoff@ecbawm.com<br>awilson@ecbawm.com<br>dberman@ecbawm.com<br>nbourland@ecbawm.com<br><br>*Attorneys for Plaintiffs* | /s/ Joanna C. Hendon<br>Joanna C. Hendon<br><br>ALSTON & BIRD<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 210-1244<br>Facsimile: (212) 210-9444<br>joanna.hendon@alston.com<br><br>*Attorneys for Defendants* |