> The application is **GRANTED**. The parties shall file a joint status letter **seven days after argument before the Second Circuit and every sixty days thereafter**, until the Second Circuit issues a decision on the merits of the consolidated appeals.
>
> Dated: October 28, 2020
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

VIA ECF
The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    *Jane Doe, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

    Pursuant to this Court's June 1, 2020 Order in this action (Doc. No. 282), we write to provide the Court with an update on the status of the consolidated appellate proceedings in the United States Court of Appeals for the Second Circuit following this Court's June 1, 2020 Order, which, among other things, stayed all deadlines in this action pending further Court order. (*Id.*).

    As this Court is aware, one business day prior to this Court's June 1, 2020 Order, the Second Circuit entered a temporary administrative stay in this action and referred Defendants' motion for a stay pending appeal "to the next available three-judge motions panel." (*Doe* v. *Trump Corp.*, No. 20-1228, Doc. No. 78 (2d Cir.).)[1]

    In connection with further motion practice, on August 3, 2020, a Second Circuit motions panel granted Plaintiffs' motion to set an expedited briefing schedule on the merits, denied Plaintiffs' motion to lift the administrative stay, granted Defendants' motion for a stay pending appeal "only to the extent of granting the stay until the appeal is heard (or submitted in the event argument is not requested)," and denied Plaintiffs' motion to deny Defendants' pending stay motion as moot. (2d Cir. Doc. No. 139.)

    On October 20, 2020, the Second Circuit issued a Notice of Hearing Date, which provided that argument on the consolidated appeals would be heard on December 1, 2020 via Zoom. (2d Cir. Doc. No. 214-1.)

    Consistent with this Court's June 1, 2020 Order, <u>the parties jointly and respectfully propose that they provide a further joint status update to the Court no later than seven days after argument on the merits before the Second Circuit, and that the parties continue to update the Court every 60 days thereafter until the Second Circuit issues a decision on the merits of the consolidated appeals</u>.

---

[1] Citations to the Second Circuit docket for the lead case, No. 20-1228, take the form "2d Cir. Doc. No. __."

Respectfully submitted,

/s/Roberta A. Kaplan  
Roberta A. Kaplan  
John C. Quinn  
Alexander J. Rodney  

KAPLAN HECKER & FINK LLP  
350 Fifth Avenue, Suite 7110  
New York, New York 10118  
Telephone: (212) 763-0883  
Facsimile: (212) 564-0883  
rkaplan@kaplanhecker.com  
jquinn@kaplanhecker.com  
arodney@kaplanhecker.com  

Andrew G. Celli, Jr.  
Matthew D. Brinckerhoff  
O. Andrew F. Wilson  
David Berman  
Nick Bourland  

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP  
600 Fifth Avenue at Rockefeller Center  
New York, NY 10020  
Telephone: (212) 763-5000  
acelli@ecbawm.com  
mbrinckerhoff@ecbawm.com  
awilson@ecbawm.com  
dberman@ecbawm.com  
nbourland@ecbawm.com  

*Attorneys for Plaintiffs*

/s/ Joanna C. Hendon  
Joanna C. Hendon  

ALSTON & BIRD  
90 Park Avenue  
New York, New York 10016  
Telephone: (212) 210-1244  
Facsimile: (212) 210-9444  
joanna.hendon@alston.com  

*Attorneys for Defendants*