# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.linkedin.com/in/rpatel1992

---

November 4, 2020

Hon. Lorna Schofield, Judge
c/o Clerk of Court
500 Pearl Street
New York, NY 10007
No.: 1:18-cv-09936-LGS

RE: Appeal to the United States Supreme Court and Motions in a Related Case No. 1:20-cv-07311-LAK

Your Honor:

  Prior to U.S.C.A. Mandate at Dkt. 295 appearing on the docket reports, on October 12, 2020, I filed a petition for a writ of certiorari on the U.S.C.A. for the Second Circuit's decision to the Supreme Court of the United States. *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 20__), *appeal denied* No. 20-1706 (2d Cir. 20__), *pending cert.*, No. __-___ (U.S. 20__). With my writ of certiorari, I also filed a motion for court-appointed counsel. *Id.* (not appearing on public dockets yet).

  After my petition to the Supreme Court, on October 27, 2020, I filed a motion for permissive intervention in another case which President Trump is a party. *Carroll v. Trump*, No. 1:20-cv-07311-LAK (S.D.N.Y. 20__), Dkt. 33. On the same date, Ms. Kaplan filed a memorandum ofin opposition to my motion for permissive intervention. *Carroll v. Trump*, No. 1:20-cv-07311-LAK (S.D.N.Y. 20__), Dkt. 35. On October 28, 2020, the *Carroll* court denied my motion for permissive intervention. *Carroll v. Trump*, No. 1:20-cv-07311-LAK (S.D.N.Y. 20__), Dkt. 36. Then, before the Southern District Court of New York, I filed a motion for court-appointed counsel. *Carroll v. Trump*, No. 1:20-cv-07311-LAK (S.D.N.Y. 20__), Dkt. 37. The District Court has not ruled on my motion for court-appointed counsel yet. *Carroll v. Trump*, No. 1:20-cv-07311-LAK (S.D.N.Y. 20__).

  Not unusual in the court of events, I am planning on waiting for the Supreme Court and the *Carroll* court to rule, before any further action.

Sincerely,


/s/ Raj Patel