UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, <br><br> *Defendants*. | NOTICE OF MOTION TO WITHDRAW APPEARANCE <br><br> No. 18 Civ. 9936 |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated January 15, 2021, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Joshua Matz as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff Abady Ward & Maazel LLP.

Dated: January 15, 2021

Respectfully submitted,

/s/ Joshua Matz
Joshua Matz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>     *Defendants*. | DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL<br><br>No. 18 Civ. 9936 |

## **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**

I, Joshua Matz, declare and state as follows:

1. On October 29, 2018, I filed a Notice of Appearance (Doc. No. 6) on behalf of all Plaintiffs in the above-captioned action.

2. On October 17, 2019, my appearance was withdrawn (Doc. No. 125) on behalf of all Plaintiffs in the above-captioned action, as I was no longer affiliated with Kaplan Hecker & Fink LLP.

3. I later rejoined Kaplan Hecker & Fink LLP, and on March 16, 2020 I filed a second Notice of Appearance (Doc. No. 203) on behalf of all Plaintiffs in the above-captioned action.

4. As of today, January 15, 2021, I am no longer affiliated with Kaplan Hecker & Fink LLP.

5. Plaintiffs shall continue to be represented by their remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff Abady Ward & Maazel LLP. My withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Defendants.

6. Neither myself nor either of the firms acting as counsel for Plaintiffs in the above-captioned action are asserting a retaining or charging lien.

7. For the reasons set forth herein, and pursuant to Local Civil Rule 1.4, I respectfully request the Court withdraw my individual appearance as counsel for Plaintiffs.

8. I am causing this motion, including all of the papers submitted with the motion, to be served on the parties and the clients of Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff Abady Ward & Maazel LLP in this action.

Dated: January 15, 2021                                                         Respectfully submitted,

                                                                                /s/ Joshua Matz
                                                                                Joshua Matz