UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>      *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>No. 18 Civ. 9936 |

## **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**

I, Joshua Matz, declare and state as follows:

1. On October 29, 2018, I filed a Notice of Appearance (Doc. No. 6) on behalf of all Plaintiffs in the above-captioned action.

2. On October 17, 2019, my appearance was withdrawn (Doc. No. 125) on behalf of all Plaintiffs in the above-captioned action, as I was no longer affiliated with Kaplan Hecker & Fink LLP.

3. I later rejoined Kaplan Hecker & Fink LLP, and on March 16, 2020 I filed a second Notice of Appearance (Doc. No. 203) on behalf of all Plaintiffs in the above-captioned action.

4. As of today, January 15, 2021, I am no longer affiliated with Kaplan Hecker & Fink LLP.

5. Plaintiffs shall continue to be represented by their remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff Abady Ward & Maazel LLP. My withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Defendants.

6. Neither myself nor either of the firms acting as counsel for Plaintiffs in the above-captioned action are asserting a retaining or charging lien.

7. For the reasons set forth herein, and pursuant to Local Civil Rule 1.4, I respectfully request the Court withdraw my individual appearance as counsel for Plaintiffs.

8. I am causing this motion, including all of the papers submitted with the motion, to be served on the parties and the clients of Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff Abady Ward & Maazel LLP in this action.

Dated: January 15, 2021                               Respectfully submitted,

                                                      /s/ Joshua Matz
                                                      Joshua Matz