UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>                    *Plaintiffs*,<br><br>               *v.*<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>                    *Defendants*. | **NOTICE OF MOTION TO WITHDRAW APPEARANCE**<br><br>No. 18 Civ. 9936 |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated January 15, 2021, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Joshua Matz as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP and Emery Celli Brinckerhoff Abady Ward & Maazel LLP.

Dated: January 15, 2021                                Respectfully submitted,

So Ordered.                                                        /s/ Joshua Matz
                                                                           Joshua Matz

Dated: January 19, 2021
          New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**