# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.linkedin.com/in/rpatel1992

---

March 23, 2021

Hon. Lorna Schofield, Judge
c/o Clerk of Court
500 Pearl Street
New York, NY 10007
No.: 1:18-cv-09936-LGS

RE: Update about Supreme Court Matter, No. 20-1706 (2d Cir. ___).

Your Honor:

    Last Friday, March 19, 2021, I called and spoke to United States Supreme Court Assistant Clerk Redmond Barnes, after several weeks worth of unanswered phone calls and voicemails, to follow up on my petition of writ of *certiorari*, filed in October 2020.

    Assistant Clerk Barnes asked for a corrected-copy of the petition of writ of *certiorari* because I exceed the word limit and page limit; so, I sent him the corrected copy. Assistant Clerk Barnes also said the corrected-copy of the petition of writ of *certiorari* would be docketed if e-mailed to him before 5:00pm. I sent it to him at 4:48pm, but the petition for *certiorari* still has not been docketed, as of Tuesday, March 23, 2021 at 9:45pm EST.

    I also think that Assistant Clerk Redmond Barnes might have incorrectly told me that I needed to re-file a corrected copy because *Fed. Exp. Corp. v. Holowecki*, 552 U.S. 389, 402 (2008) states that motions drafted by *pro se* plaintiffs "are construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." *Fed. Exp. Corp. v. Holowecki*, 552 U.S. 389, 402 (2008) (internal citations omitted) (underline and bold added). Therefore, I guess that a corrected-copy was not needed.

    As Alexander Hamilton, in Federalist No. 80, writes, and as *Dred Scott* shows, the Privileges and Immunities Clause is the "basis of the union." *See also* U.S. const. amend XIV (broadening art. IV, § 2, cl. 1). I look forward to an upcoming docketing at the United States Supreme Court.

May it please the court,

*/s/ Raj Patel signature/*

/s/ Raj Patel, J.D. Candidate, Notre Dame L. Sch. '21 or '22
• President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 13-14
• Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 09-10
• Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 17 (he/they/their)

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the preceding letter by e-mail, and I certify that I provided notice of filing to all counsel of record listed below by e-mail:

Mark Henriques
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 S. College Street
Charlotte, NC 28202
Telephone: (704)-331-4912
Fax: (704)-338-7830
mark.henriques@wbd-us.com

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424)-653-5500
Fax: (424)-653-5500
jessica.stebbinsbina@lw.com

Stephanie E. Neihaus, Esq.
SQUIRE PATTON BOGGS LLP
1121 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
+1 212 872 9800
stephanie.neihaus@squirepb.com

Roberta A. Kaplan, Esq.
John C. Quinn, Esq.
Alexander J. Rodney, Esq.
Benjamin White, Esq.
Emily C. Cole, Esq.
Matthew J. Craig, Esq.
KAPLAN HECKER & FINK LLP
350 5th Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jguinn@kaplanhecker.com
arodney@kaplanhecker.com
bwhite@kaplanhecker.com
ecole@kaplanhecker.com
mcraig@kaplanhecker.com

Anne Archer Butcher
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Dolphin Entertainment Company
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Andrew G. Celli, Jr., Esq.
Matthew D. Brinckerhoff, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Katherine Rosenfeld, Esq.
Jonathan S. Abady, Esq.
David B. Berman, Esq.
Nicholas Bourland, Esq.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
jabady@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

Joanna C. Hendon
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: 212-210-1244
joanna.hendon@alston.com

Dated: March 23, 2021

Respectfully submitted,

*[signature]*

Raj K. Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

*Pro se*

J.D. Candidate, Notre Dame L. Sch. 2021 or 2022
President/Student Body President, Student Gov't
    Ass'n of Emory U., Inc. 2013-2014
Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch.
    Student Gov't 2009-2010
Rep. from the Notre Dame L. Sch. Student B. Ass'n
    to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of
    Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch.
    Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C.
    Republicans of Emory U., Inc. 2011-2012