IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants* | No. 1:18-cv-09936-LGS |

## MOTION FOR CM/ECF USERNAME AND PASSWORD

I, Raj K. Patel (pro se), respectfully move this court for permission to file and receive documents electronically on a regular basis. U.S. Court of Appeals for the Seventh Circuit has activated my e-file status.

Dated: April 14, 2021

Respectfully submitted,

Raj K. Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

*Pro se*

1

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify I filed the foregoing Motion and provided notice of filing to all counsel and individuals of record listed below via e-mail:

ACN Opportunity, LLC
SQUIRE PATTON BOGGS LLP
c/o Stephanie E. Neihaus, Esq.
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
+1 212 872 9800
Stephanie.Neihaus@squireb.com

Roberta A. Kaplan, Esq.
John C. Quinn, Esq.
Alexander J. Rodney, Esq.
KAPLAN HECKER & FINK LLP
350 5th Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplaohecker.com
jguinn@kaplanhecker.com
arodney@kaplanhecker.com

Anne Archer Butcher
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
davidian@arkin-law.com

Dolphin Entertainment Company
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Andrew G. Celli, Jr., Esq.
Matthew D. Brinckerhoff, Esq.
Andrew F. Wilson, Esq.
Katherine Rosenfeld, Esq.
Jonathan S. Abady, Esq.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
jabady@ecbalaw.com

President Donald J. Trump
THE WHITE HOUSE
1600 Pennsylvania Ave NW
Washington, DC 20500

Joanna C. Hendon
Cynthia Chen
Andrew L. Kincaid
SPEARS & IMES LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212)-213-6553
jhendon@spearsimes.com
cchen@spearsimes.com
akincaid@spearsimes.com

Dated: April 14, 2021