IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants* | No. 1:18-cv-09936-LGS |

## MOTION FOR CM/ECF USERNAME AND PASSWORD

I, Raj K. Patel (pro se), respectfully move this court for permission to file and receive documents electronically on a regular basis. U.S. Court of Appeals for the Seventh Circuit has activated my e-file status.

Dated: April 14, 2021

Respectfully submitted,

/s/ Raj K. Patel

Raj K. Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

*Pro se*

---

The application is **DENIED**. Electronically filed documents are a matter of public record available on the Pacer system. As a member of the public, Mr. Patel is welcome to access documents filed in this case there.

Dated: April 15, 2021
        New York, New York

/s/ LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1