# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.linkedin.com/in/rpatel1992

---

April 20, 2021

Hon. Lorna G. Schofield, Judge
c/o Clerk of Court
500 Pearl Street
New York, NY 10007
No.: 1:18-cv-09936-LGS

RE: Filings in N.D.I.N., D.D.C., and United States Supreme Court.

Your Honor:

    In addition to what I mentioned in Dkt. 301, on April 7, 2021, I filed another-corrected copy with the United States Supreme Court in *Doe v. The Trump Corp.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 20__), *appeal denied* No. 20-1706 (2d Cir. 2020), *pending certiorari* (U.S. 20__), based on a U.S.P.S. letter from United States Supreme Court Assistant Clerk Redmond Barnes requesting to do so, and the Clerk of the United States Supreme Court still has not docketed my matter.

    On April 6, 2021, I filed *Raj Patel v. Veronica Syretia Root Martinez, University of Notre Dame Du Lac, Joe Biden, The President of the United States, and Federal Bureau of Investigations*, No. 3:21-cv-00241-RLM-JPK (N.D.I.N. April 8, 2021), Dkt. 2 (opinion dismissing case for lack of jurisdiction).

    On April 12, 2021, I filed, in U.S.P.S. overnight mail, *Raj Patel v. The President of The United States Joe Biden, Veronica Syretia Root Martinez, University of Notre Dame Du Lac, United States, State of Indiana, Emory University, President Donald J. Trump, United States Military, and the Federal Bureau of Investigations*, No. _____ (D.D.C. 20__), Dkt. 1 (citing *H.J. Inc. v. NW Bell Tel. Co.*, 492 U.S. 229, 248-250 (1989)), and a case number has yet to be assigned. Nonetheless, the respective clerk with the District Court of the District of Columbia told me that the complaint was in the office on Thursday, April 20, 2021.

    I will do my best to keep this court updated.

Sincerely,

/s/ Raj Patel, J.D. Candidate, Notre Dame L. Sch. '21 or '22
   • President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-14
   • Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch.
     Student Gov't 2009-10
   • Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify I filed the foregoing letter and provided notice of filing to all counsel and individuals of record listed below via e-mail:

Mark Henriques
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 S. College Street
Charlotte, NC 28202
Telephone: (704)-331-4912
Fax: (704)-338-7830
mark.henriques@wbd-us.com

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424)-653-5500
Fax: (424)-653-5500
jessica.stebbinsbina@lw.com

Stephanie E. Neihaus, Esq.
SQUIRE PATTON BOGGS LLP
1121 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
+1 212 872 9800
stephanie.neihaus@squirepb.com

Roberta A. Kaplan, Esq.
John C. Quinn, Esq.
Alexander J. Rodney, Esq.
Benjamin White, Esq.
Emily C. Cole, Esq.
Matthew J. Craig, Esq.
KAPLAN HECKER & FINK LLP
350 5th Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jguinn@kaplanhecker.com
arodney@kaplanhecker.com
bwhite@kaplanhecker.com

ecole@kaplanhecker.com
mcraig@kaplanhecker.com

Anne Archer Butcher
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Dolphin Entertainment Company
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Andrew G. Celli, Jr., Esq.
Matthew D. Brinckerhoff, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Katherine Rosenfeld, Esq.
Jonathan S. Abady, Esq.
David B. Berman, Esq.
Nicholas Bourland, Esq.
EMERY CELLI BRINCKERHOFF &
ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
jabady@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

Joanna C. Hendon
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: 212-210-1244
joanna.hendon@alston.com


Dated: April 20, 2021

                                              Respectfully submitted,

                                              */s/ Raj K. Patel*

                                              Raj K. Patel
                                              1239 Spring Lake Drive
                                              Brownsburg, IN 46112
                                              Hendricks County
                                              317-450-6651 (cell)
                                              rajp2010@gmail.com
                                              raj@rajpatel.live

                                              *Pro se*


                                              J.D. Candidate, Notre Dame L. Sch. 2021 or 2022
                                              President/Student Body President, Student Gov't
                                                    Ass'n of Emory U., Inc. 2013-2014
                                              Student Body President, Brownsburg Cmty. Sch.
                                                    Corp./President, Brownsburg High Sch.
                                                    Student Gov't 2009-2010
                                              Rep. from the Notre Dame L. Sch. Student B. Ass'n
                                                    to the Ind. St. B. Ass'n 2017
                                              Deputy Regional Director, Young Democrats of
                                                    Am.-High Sch. Caucus 2008-2009
                                              Co-Founder & Vice Chair, Ind. High Sch.
                                                    Democrats 2009-2010
                                              Vice President of Fin. (Indep.), Oxford C.
                                                    Republicans of Emory U., Inc. 2011-2012