# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.linkedin.com/in/rpatel1992

---

May 25, 2021

Hon. Lorna G. Schofield, Judge
c/o Clerk of Court
500 Pearl Street
New York, NY 10007
No.: 1:18-cv-09936-LGS

RE: *Patel v. Trump Corp. et al.*, No. 20-1513 (U.S.) now in Conference for June 10

Your Honor:

    On May 25, 2021, the United States Supreme Court docket for *Doe v. The Trump Corp et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 20__), *appeal denied* No. 20-1706 (2d Cir. 2020), *pending certiorari*, *Patel v. The Trump Corp. et al.*, No. 20-1513 (U.S. 202_) showed an update that it is "DISTRIBUTED for Conference of 6/10/2021." And, the "Waiver of right of respondent Trump Corporation, et al. to respond [was] filed," earlier, on May 14, 2021.

    I look forward to further proceedings.

Sincerely,

/s/ Raj Patel, J.D. Candidate, Notre Dame L. Sch. '21 or '22
• President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 13-14
• Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 09-10
• Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 17 (he/they/their)

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the preceding letter by e-mail, and I certify that I provided notice of filing to all counsel of record listed below by e-mail:

Mark Henriques
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 S. College Street
Charlotte, NC 28202
Telephone: (704)-331-4912
Fax: (704)-338-7830
mark.henriques@wbd-us.com

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424)-653-5500
Fax: (424)-653-5500
jessica.stebbinsbina@lw.com

Stephanie E. Neihaus, Esq.
SQUIRE PATTON BOGGS LLP
1121 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
+1 212 872 9800
stephanie.neihaus@squirepb.com

Roberta A. Kaplan, Esq.
John C. Quinn, Esq.
Alexander J. Rodney, Esq.
Benjamin White, Esq.
Emily C. Cole, Esq.
Matthew J. Craig, Esq.
KAPLAN HECKER & FINK LLP
350 5th Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jguinn@kaplanhecker.com
arodney@kaplanhecker.com
bwhite@kaplanhecker.com
ecole@kaplanhecker.com
mcraig@kaplanhecker.com

Anne Archer Butcher
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Dolphin Entertainment Company
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Andrew G. Celli, Jr., Esq.
Matthew D. Brinckerhoff, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Katherine Rosenfeld, Esq.
Jonathan S. Abady, Esq.
David B. Berman, Esq.
Nicholas Bourland, Esq.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
jabady@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

Joanna C. Hendon
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: 212-210-1244
joanna.hendon@alston.com

Dated: May 25, 2021

Respectfully submitted,

*/s/ Raj K. Patel*

Raj K. Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

*Pro se*

J.D. Candidate, Notre Dame L. Sch. 2021 or 2022
President/Student Body President, Student Gov't
 Ass'n of Emory U., Inc. 2013-2014
Student Body President, Brownsburg Cmty. Sch.
 Corp./President, Brownsburg High Sch.
 Student Gov't 2009-2010
Rep. from the Notre Dame L. Sch. Student B. Ass'n
 to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of
 Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch.
 Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C.
 Republicans of Emory U., Inc. 2011-2012