# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.rajpatel.live

---

August 2, 2021

Hon. Lorna G. Schofield, Judge
Southern District Court of New York
500 Pearl Street
New York, NY 10007
No. 1:18-cv-09936-LGS


RE: Supreme Court Denies Re-Hearing


Your Honor:

    The United States Supreme Court has denied re-hearing.

    On-going other matters including:

- *Patel v. Trump Corp.*, No. 20-1513 (U.S. 202_), *pending re-hearing*
- *Patel v. Biden et al.*, No. 1:21-cv-1076-TSC (D.D.C. 202_), *on appeal*, *In Re Raj K. Patel*, No. 21-5153 (D.C. Cir. 202_) (seeking writ of mandamus; likely moot).
- *Patel v. Biden et al.*, No. 1:21-cv-1076-TSC (D.D.C. 202_), *on appeal*, No. 21-5155 (D.C. Cir. 202_)
- *Patel v. Biden et al.*, No. 2:21-cv-01345-APG-EJY (D. Nev. 202_)
- *Patel v. The United States*, No. 1:21-cv-22729-BB (S.D. Fla. 202_).
- *TE Raj Patel v. The United States, TH TE Joe Biden, in all capacities, and TH TE Donald J. Trump, in all capacities*, No. _____ (S.D.N.Y. 202_)

    I look forward to further proceedings.


Respectfully submitted,


/s/ Raj K. Patel
T.E. T.E. Raj Patel (*Pro se*)

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the preceding letter by e-mail, and I certify that I provided notice of filing to all counsel of record listed below by e-mail:

Mark Henriques
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 S. College Street
Charlotte, NC 28202
Telephone: (704)-331-4912
Fax: (704)-338-7830
mark.henriques@wbd-us.com

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424)-653-5500
Fax: (424)-653-5500
jessica.stebbinsbina@lw.com

Stephanie E. Neihaus, Esq.
SQUIRE PATTON BOGGS LLP
1121 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
+1 212 872 9800
stephanie.neihaus@squirepb.com

Roberta A. Kaplan, Esq.
John C. Quinn, Esq.
Alexander J. Rodney, Esq.
Benjamin White, Esq.
Emily C. Cole, Esq.
Matthew J. Craig, Esq.
KAPLAN HECKER & FINK LLP
350 5th Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jguinn@kaplanhecker.com
arodney@kaplanhecker.com
bwhite@kaplanhecker.com
ecole@kaplanhecker.com
mcraig@kaplanhecker.com

Anne Archer Butcher
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Dolphin Entertainment Company
ARKIN SOLBAKKEN LLP
c/o Deanna Davidian
900 Third Avenue, 18th Floor
New York, New York 10022
ddavidian@arkin-law.com

Andrew G. Celli, Jr., Esq.
Matthew D. Brinckerhoff, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Katherine Rosenfeld, Esq.
Jonathan S. Abady, Esq.
David B. Berman, Esq.
Nicholas Bourland, Esq.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbalaw.com
mbrinckerhoff@ecbalaw.com
awilson@ecbalaw.com
krosenfeld@ecbalaw.com
jabady@ecbalaw.com
dberman@ecbalaw.com
nbourland@ecbalaw.com

Joanna C. Hendon
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: 212-210-1244
joanna.hendon@alston.com

Dated: August 2, 2021

                Respectfully submitted,

                /s/ Raj K. Patel
                T.E. T.E. Raj Patel
                1239 Spring Lake Drive
                Brownsburg, IN 46112
                Hendricks County
                317-450-6651 (cell)
                rajp2010@gmail.com
                raj@rajpatel.live

*Pro se*

J.D. Candidate, Notre Dame L. Sch. 2021 or 2022
President/Student Body President, Student Gov't
    Ass'n of Emory U., Inc. 2013-2014
Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch.
    Student Gov't 2009-2010
Rep. from the Notre Dame L. Sch. Student B. Ass'n
    to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of
    Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch.
    Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C.
    Republicans of Emory U., Inc. 2011-2012