UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | Case No. 1:18-cv-09936-LGS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court, and hereby appears on behalf of Defendants The Trump Corporation, Donald J. Trump, in his personal capacity, Donald Trump Jr., Eric Trump, and Ivanka Trump, and requests that all copies of all notices and other papers in this action be sent to: Clifford S. Robert, Esq., Robert & Robert PLLC, 526 RXR Plaza, Uniondale, New York 11556 and to the e-mail address crobert@robertlaw.com.

Dated:  Uniondale, New York
        August 5, 2021

                                         **ROBERT & ROBERT PLLC**

                                     By:    *Clifford S. Robert*
                                              Clifford S. Robert, Esq.
                                              526 RXR Plaza
                                              Uniondale, NY 11556
                                              (516) 832-7000
                                              crobert@robertlaw.com

                                              *Attorneys for Defendants*