UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JANE DOE, LUKE LOE, ROCHARD ROE, and
MARY MOE, individually and on behalf of all        Case No. 18-cv-09936 (LGS)
others similarly situated,

                       Plaintiffs,
                                                                **NOTICE OF APPEARANCE**

   - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity, DONALD
TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

                       Defendants.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that Peter T. Shapiro, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as co-counsel for defendants The Trump Corporation, Donald J. Trump, Donald Trump Jr., Eric Trump, and Ivanka Trump, and requests that all papers be served upon him and all communications herein be directed to him.

Dated:  New York, New York
           August 10, 2021

                                                  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                 BY:     /s/ Peter T. Shapiro
                                            Peter T. Shapiro
                                            *Co-counsel for Defendants*
                                            77 Water Street, Suite 2100
                                            New York, NY  10005
                                            (212) 232-1300
                                            Peter.Shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on August 10, 2021 he caused his Notice of Appearance to be filed and served by ECF.

/s/ Peter T. Shapiro
Peter T. Shapiro
