UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated, | Case No. 18-cv-09936 (LGS) |
| Plaintiffs, | **MOTION FOR ADMISSION PRO HAC VICE** |
| - against - | |
| THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, | |
| Defendants. | |

-----------------------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Greg L. Johnson, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump in the above-captioned action. As set forth in the accompanying declaration, movant is in good standing with the bar of the State of California and there are no pending disciplinary proceedings against him in any state or federal court.

Dated:    August 26, 2021

                                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Greg L. Johnson_____
Greg L. Johnson, Esq.
2020 W El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: (916) 564.5400
Greg.Johnson@lewisbrisbois.com
*Co-counsel for Defendants*

4834-6111-6152.1