UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all       Case No. 18-cv-09936 (LGS)
others similarly situated,

                Plaintiffs,       **DECLARATION OF GREG L. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

       - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                Defendants.
-----------------------------------------------------------X

I, Greg L. Johnson, Esq., declare as follows subject to the penalties of perjury:

1. I am a Partner with the firm of Lewis Brisbois Bisgaard & Smith LLP.

2. I submit this Declaration in Support of my motion for admission to practice *pro hac vice* in the above captioned matter as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump.

3. As shown in the attached certificate of good standing I am a member in good standing of the bar in every jurisdiction where I am admitted to practice. Attached hereto is my certificate of good standing from the California Supreme Court dated August 25, 2021.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

4812-6566-0152.1

1

7. I am familiar with the Local Rules of the United States District Court for the Southern District of New York and Judge Schofield's Individual Rules.

8. If the Court grants my *pro hac vice* admission, I agree that I shall be subject to the orders and be amenable to disciplinary action and the civil jurisdiction of the Court in all respects as if I were regularly admitted and a licensed member of the Bar of this Court in good standing.

9. I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Defendants.

Dated: August 26, 2021

Greg L. Johnson, Esq.
2020 W El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: (916) 564.5400
Greg.Johnson@lewisbrisbois.com