UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all      Case No. 18-cv-09938 (LGS)
others similarly situated,

                Plaintiffs,            **ORDER FOR ADMISSION**
                                         **PRO HAC VICE**

   - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                Defendants.
-----------------------------------------------------------X

      The motion of Greg L. Johnson, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted.  Applicant has declared that he is a member of good standing of the bar of the State of California; and that his contact information is as follows:

      Greg L. Johnson, Esq.
      Lewis Brisbois Bisgaard & Smith LLP
      2020 W El Camino Avenue, Suite 700
      Sacramento, California 95833
      Tel:  (916) 564.5400
      Greg.Johnson@lewisbrisbois.com

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant in the above entitled action,

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                      United States District Judge

4834-6111-6152.1