UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all       Case No. 18-cv-09936 (LGS)
others similarly situated,

                Plaintiffs,       **MOTION FOR ADMISSION PRO HAC VICE**

   - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                Defendants.
-------------------------------------------------------------X

     Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Eric Y. Kizirian, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump in the above-captioned action. As set forth in Movant's accompany declaration, movant is in good standing with the bar of the State of California and there are no pending disciplinary proceedings against him in any state or federal court.

Dated:    August 31, 2021

                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       By: _____
                                             Eric y. Kizirian, Esq.
                                             633 West 5th Street, Suite 4000
                                             Los Angeles, CA 90071
                                             Tel: (213) 250-1800
                                             Eric.Kizirian@lewisbrisbois.com
                                             *Co-counsel for Defendants*

4821-2490-2392.1