UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all         Case No. 18-cv-09936 (LGS)
others similarly situated,

                Plaintiffs,            **DECLARATION OF ERIC Y.**
                                                       **KIZIRIAN IN SUPPORT OF**
            - against -                **MOTION FOR ADMISSION**
                                                       **PRO HAC VICE**

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                Defendants.
------------------------------------------------------------X

      I, Eric Y. Kizirian, Esq., declare as follows subject to the penalties of perjury:

      1.     I am a Partner with the firm of Lewis Brisbois Bisgaard & Smith LLP.

      2.     I submit this Declaration in Support of my motion for admission to practice *pro hac vice* in the above captioned matter as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump.

      3.     As shown in the attached certificate of good standing I am a member in good standing of the bar in every jurisdiction where I am admitted to practice. Attached hereto is my certificate of good standing from the California Supreme Court dated August 26, 2021.

      4.     I have never been convicted of a felony.

      5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

      6.     There are no pending disciplinary proceedings against me in any state or federal court.

7. I am familiar with the Local Rules of the United States District Court for the Southern District of New York and Judge Schofield's Individual Rules.

8. If the Court grants my *pro hac vice* admission, I agree that I shall be subject to the orders and be amenable to disciplinary action and the civil jurisdiction of the Court in all respects as if I were regularly admitted and a licensed member of the Bar of this Court in good standing.

9. I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Defendants.

Dated: August 31, 2021

Eric Y. Kizirian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250.1800
Fax: (213) 250.7900
Eric.Kizirian@lewisbrisbois.com