UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,

                *Plaintiffs*,

-against-

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

                *Defendants*.

Case No. 1:18-cv-09936-LGS

STIPULATION AND [Proposed] ORDER SUBSTITUTING COUNSEL AND PERMITTING WITHDRAWAL OF COUNSEL

WHEREAS, the above-captioned action is still in the early phases of discovery; and

WHEREAS, Defendants, have decided on their own accord that they wish to retain Robert & Robert PLLC as their attorneys in place of Alston & Bird LLP;

The undersigned attorneys, with Defendants' consent, hereby stipulate and agree that:

1. Robert & Robert PLLC, 526 RXR Plaza, Uniondale, NY 11556, by Clifford S. Robert and Michael Farina hereby appears in the above-captioned action as counsel of record for Defendants THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, in the place and stead of their former counsel, Alston & Bird LLP, 90 Park Avenue, New York, NY 10016, by Joanna C. Hendon.

2. Alston & Bird LLP agrees that it is not asserting a charging or retaining lien against any of the Defendants.

3. Alston & Bird LLP, by Joanna C. Hendon is hereby permitted to withdraw as counsel to Defendants in this matter.

4. This stipulation may be executed in counterparts and exchanged via facsimile or electronic mail, and may be subsequently filed with the Court electronically without further notice to the parties.

Dated: Uniondale, New York
August 5, 2021

**ROBERT & ROBERT PLLC**

By: _____
Clifford S. Robert, Esq.
Michael Farina, Esq.
526 RXR Plaza
Uniondale, NY 11556
(516) 832-7000
crobert@robertlaw.com
mfarina@robertlaw.com

*Substitute Counsel for Defendants*

Dated: New York, New York
August 5, 2021

**ALSTON & BIRD LLP**

By: _____
Joanna C. Hendon
90 Park Avenye
New York, NY 10016
(212) 210-1244
joanna.hendon@alston.com

*Withdrawing Counsel for Defendants*

Consented to:

THE TRUMP CORPORATION

By: Donald J. Trump Jr., Executive Vice President

DONALD J. TRUMP, in his personal capacity

DONALD TRUMP JR.

ERIC TRUMP

IVANKA TRUMP