# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL  rkaplan@kaplanhecker.com

December 21, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      *Re:*    *Catherine McKoy et al., et al. v. The Trump Corporation, et al.,* 18-cv-9936
              (LGS)

Dear Judge Schofield:

      We write to inform Your Honor that Justice Sotomayor has denied non-party ACN
Opportunity, LLC's application to stay proceedings in this Court pending a decision on its
petition for a writ of certiorari.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via ECF)