January 13, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Catherine McKoy, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

    The parties write in response to the Court's order dated January 6, 2022. (Doc. No. 354.) Pursuant to that order, the parties have conferred on a revised discovery schedule to account for the current challenges associated with reviewing unaired *Celebrity Apprentice* footage in the custody of non-parties JMBP, LLC and Metro-Goldwyn-Mayer Studios Inc. In doing so, the parties have sought to minimize disruption to the existing schedule, while being guided by current estimates from the scientific community about the expected length and trajectory of the Omicron surge. The parties agree that any extension of the existing discovery schedule is not an extension on or reason to delay any discovery matters unrelated to the *Celebrity Apprentice* footage.

    Accordingly, as reflected in the attached proposed Fifth Amended Case Management Plan and Scheduling Order, the parties would request that the end of the fact discovery period be extended by two months (from April 29 to June 29, 2022), while the other deadlines, including the deadline for expert discovery, be extended by one month only. The parties would further request that the interim deadlines for expert discovery, which were separately proposed in a joint letter on August 13, 2021 (Doc. No. 319), be modified as follows:

| **Event** | **Original Date (Doc. No. 319, as amended by Doc. No. 326)** | **Revised Date** |
| --- | --- | --- |
| Affirmative Expert Identification | June 30, 2022 | July 15, 2022 |
| Affirmative Expert reports | August 19, 2022 | September 2, 2022 |
| Rebuttal Expert Identification | August 26, 2022 | September 9, 2022 |
| Rebuttal Reports | October 21, 2022 | November 4, 2022 |
| Close of Expert Depositions & Expert Discovery | November 18, 2022 | December 19, 2022 |

The parties agree to meet and confer should Omicron or another variant pose additional challenges besides the ones currently known and foreseen. We thank the Court for its attention to this matter.

<div style="display: flex;">

Respectfully submitted,

</div>

| | |
|---|---|
| /s/ Roberta A. Kaplan | /s/ Peter T. Shapiro |
| Roberta A. Kaplan | Peter T. Shapiro |
| John C. Quinn | |
| Alexander J. Rodney | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 77 Water Street |
| KAPLAN HECKER & FINK LLP | Suite 2100 |
| 350 Fifth Avenue, 63rd Floor | New York, New YorkY 10005 |
| New York, New York 10118 | Peter.shapiro@lewisbrisbois.com |
| Telephone: (212) 763-0883 | |
| Facsimile: (212) 564-0883 | Clifford S. Robert |
| rkaplan@kaplanhecker.com | Michael Farina |
| jquinn@kaplanhecker.com | |
| arodney@kaplanhecker.com | ROBERT & ROBERT PLLC |
| | 526 RXR Plaza |
| Andrew G. Celli, Jr. | Uniondale, New York 11556 |
| Matthew D. Brinckerhoff | 516-832-7000 |
| O. Andrew F. Wilson | crobert@robertlaw.com |
| David Berman | mfarina@robertlaw.com |
| Nick Bourland | |
| | *Attorneys for Defendants* |
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | |
| 600 Fifth Avenue at Rockefeller Center | |
| New York, NY 10020 | |
| Telephone: (212) 763-5000 | |
| acelli@ecbawm.com | |
| mbrinckerhoff@ecbawm.com | |
| awilson@ecbawm.com | |
| dberman@ecbawm.com | |
| nbourland@ecbawm.com | |
| | |
| *Attorneys for Plaintiffs* | |