Application **GRANTED**. The deadline for fact discovery is extended to **June 29, 2022**. The deadline for expert discovery is extended to **December 19, 2022**. A revised case management plan will issue separately.

Dated: January 13, 2022
New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Catherine McKoy, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)

Dear Judge Schofield:

The parties write in response to the Court's order dated January 6, 2022. (Doc. No. 354.) Pursuant to that order, the parties have conferred on a revised discovery schedule to account for the current challenges associated with reviewing unaired *Celebrity Apprentice* footage in the custody of non-parties JMBP, LLC and Metro-Goldwyn-Mayer Studios Inc. In doing so, the parties have sought to minimize disruption to the existing schedule, while being guided by current estimates from the scientific community about the expected length and trajectory of the Omicron surge. The parties agree that any extension of the existing discovery schedule is not an extension on or reason to delay any discovery matters unrelated to the *Celebrity Apprentice* footage.

Accordingly, as reflected in the attached proposed Fifth Amended Case Management Plan and Scheduling Order, the parties would request that the end of the fact discovery period be extended by two months (from April 29 to June 29, 2022), while the other deadlines, including the deadline for expert discovery, be extended by one month only. The parties would further request that the interim deadlines for expert discovery, which were separately proposed in a joint letter on August 13, 2021 (Doc. No. 319), be modified as follows:

| Event | Original Date (Doc. No. 319, as amended by Doc. No. 326) | Revised Date |
|---|---|---|
| Affirmative Expert Identification | June 30, 2022 | July 15, 2022 |
| Affirmative Expert reports | August 19, 2022 | September 2, 2022 |
| Rebuttal Expert Identification | August 26, 2022 | September 9, 2022 |
| Rebuttal Reports | October 21, 2022 | November 4, 2022 |
| Close of Expert Depositions & Expert Discovery | November 18, 2022 | December 19, 2022 |

The parties agree to meet and confer should Omicron or another variant pose additional challenges besides the ones currently known and foreseen. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Roberta A. Kaplan
Roberta A. Kaplan
John C. Quinn
Alexander J. Rodney

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
arodney@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dberman@ecbawm.com
nbourland@ecbawm.com

*Attorneys for Plaintiffs*

/s/ Peter T. Shapiro
Peter T. Shapiro

LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street
Suite 2100
New York, New YorkY 10005
Peter.shapiro@lewisbrisbois.com

Clifford S. Robert
Michael Farina

ROBERT & ROBERT PLLC
526 RXR Plaza
Uniondale, New York 11556
516-832-7000
crobert@robertlaw.com
mfarina@robertlaw.com

*Attorneys for Defendants*