UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CATHERINE MCKOY, MILLARD WILLLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated

*Plaintiffs*,

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,

*Defendants*.

No. 1:18-cv-09936-LGS

---

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Benjamin D. White, dated February 25, 2022, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully requests the withdrawal of the appearance of Benjamin D. White as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address bwhite@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: February 25, 2022
       New York, New York

Respectfully submitted,

/s/ Benjamin D. White
Benjamin D. White