UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
CATHERINE MCKOY, et al., :
                            Plaintiffs, :       18 Civ. 9936 (LGS)
:
        -against- :       <u>ORDER</u>
:
THE TRUMP CORPORATION, et al., :
                            Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 1, 2022, Plaintiffs filed a letter motion seeking a pre-motion conference concerning certain redactions made by third parties Anne Archer Butcher and Dolphin Media Group (collectively, the "Marketing Consultants"), at the request of ACN Opportunity, LLC ("ACN") on attorney-client privilege and/or work product protection grounds. (Dkt. No. 365).

    WHEREAS, on March 9, 2022, ACN filed a response stating, in part, that "ACN and the Marketing Consultants are willing to provide the communications at issue to the Court for in camera review." (Dkt. No. 367.)

    WHEREAS, on March 9, 2022, Defendants separately responded "tak[ing] no position as to the merits of the application." (Dkt. No. 368.) It is hereby

    **ORDERED** that, by **March 15, 2022**, Plaintiff shall identify a sampling of ten documents containing redactions that Plaintiffs would like the Court to review. It is further

    **ORDERED** that, by **March 22, 2022**, ACN shall submit these ten documents to the Court *in camera*. In addition, ACN shall publicly file via ECF a letter not exceeding four pages with an explanation of each document's redactions and why those redactions are subject to the attorney-client privilege and/or work product protection. ACN shall include as an exhibit excerpts from its privilege log pertaining to each document.

Dated: March 11, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE