# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.rajpatel.live

---

March 23, 2022

Hon. Lorna G. Schofield, Judge
Southern District Court of New York
500 Pearl Street
New York, NY 10007
No. 1:18-cv-09936-LGS

RE: Related On-Going Matters Update

Your Honor:

    I last filed an update on on-going matters on August 2, 2021 at Dkt. 313. The following is a list of on-going matters:

- *Patel v. United States*, No. 21-cv-2004-LAS (Fed. Cl. Nov. 5, 2021), *on appeal*, No. 22-1131 (Fed. Cir. 202_).
- *Patel v. Biden et al.*, No. 22-cv-394-UNA (D.D.C. Mar. 9, 2022), *on appeal*, No. 22-2057 (D.C. Cir. 202_).
- *Patel v. Biden et al.*, No. 22-cv-465-LSM-MG (S.D.I.N. 202_).

*See* Appendix A (complete list of related federal cases).

    I look forward to further proceedings.

Respectfully submitted,


/s/ Raj K. Patel
T.E., T.E. Raj Patel (*Pro se*)

---

Mr. Patel's March 23, 2022, letter is not properly before the court. On May 26, 2020, the Court denied Mr. Patel's motion to intervene in this action. (Dkt. No. 272.) The Second Circuit denied Mr. Patel's appeal of that Order on October 9, 2020. The Court hereby STRIKES Dkt. No. 372. Mr. Patel shall file no further substantive filings in this action.

The Clerk of Court is respectfully requested to strike Dkt. No. 372 and to mail Mr. Patel a copy of this order.

Dated:  March 27, 2022
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE

1