UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | Civ. No. 1:18-cv-09936-LGS<br><br>**NOTICE OF MOTION TO WITHDRAW APPEARANCE** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Alexander J. Rodney, dated April 1, 2022, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Alexander J. Rodney as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address arodney@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: April 1, 2022
New York, New York

Respectfully submitted,

/s/ Alexander J. Rodney
Alexander J. Rodney
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
arodney@kaplanhecker.com

Application **GRANTED**.  The Clerk of Court is respectfully directed to terminate Alexander J. Rodney's receipt of ECF notifications and to close the motion at Dkt. No. 378.

Dated:  April 4, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**