

200 Park Avenue
Suite 1700
New York, NY 10166
nelson.legal

Stephanie E. Niehaus
C: 440 897 1287 • O: 212 457 1668
stephanie.niehaus@nelson.legal

April 11, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *McKoy, et al. v. The Trump Corp., et al.*, **Case No. 18-cv-09936 (LGS)**

Dear Judge Schofield:

  This firm represents non-party ACN Opportunity, LLC ("ACN"). We respectfully submit this letter on behalf of ACN and, with consent, on behalf of non-parties Anne Archer Butcher and Dolphin Entertainment (the "Marketing Consultants") regarding Plaintiffs' April 8, 2022 Letter Motions to Seal [ECF Nos. 382, 385]. Those Letter Motions relate in turn to Plaintiffs' Pre-Motion Conference Letters of the same date [ECF Nos. 383, 387], in which Plaintiffs redacted certain statements that Plaintiffs indicate refer to information "found in" documents that the Marketing Consultants and ACN designated confidential pursuant to the operative Protective Order in this case [ECF No. 112]. Plaintiffs do not attach any of these confidential documents to their letters.

  We have reviewed unredacted versions of the statements that Plaintiffs believe implicate ACN and the Marketing Consultants' confidential documents, and do not believe that the statements in and of themselves reveal confidential information. Accordingly, ACN and the Marketing Consultants do not object to unredacted versions of Plaintiffs' letters appearing in the public record.[1] In taking this position, ACN and the Marketing Consultants do not waive their confidentiality designations as to any of the actual documents referenced in or implicated by Plaintiffs' April 8 Letters, or as to any other documents in their respective productions.

---

[1] ACN and the Marketing Consultants understand that Plaintiffs' letters also contain reference to or information drawn from documents that have been designated confidential by the Defendants, to which ACN and the Marketing Consultants have not been made privy. ACN and the Marketing Consultants take no position on those references or information.

The Honorable Lorna G. Schofield
April 11, 2022
Page | 2

Respectfully,

Stephanie E. Niehaus


cc:     All Counsel of Record (via ECF)