UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants.* | Civil Action No.: 1:18-cv-09936-LGS |

## NOTICE OF APPEARANCE

TO: The Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned matter as co-counsel for defendant, Donald J. Trump, in his personal capacity. I certify that I am admitted to practice in this Court.

Dated: April 15, 2022
　　　New York, New York

Respectfully submitted,

_____
Alina Habba, Esq.
**HABBA MADAIO & ASSOCIATES LLP**
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
　　　-and-
112 West 34th Street, 17th & 18th Fl.
New York, New York 10120
Phone: (908) 869-1188
Fax: (908) 450-1881
Email: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump, in his personal capacity*