UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>  *Plaintiffs,*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>  *Defendants.* | Civ. No. 18-cv-09936 (LGS) |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Mark P. Henriques, declare and state as follows:

1. On March 9, 2020, I filed a Notice of Appearance (ECF No. 195) on behalf of Non-Party ACN Opportunity, LLC.

2. As of April 18, 2022, I will no longer be representing Non-Party ACN Opportunity, LLC.

3. Non-Party ACN Opportunity, LLC will continue to be represented by Stephanie Niehaus of Nelson Legal.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar, nor will it prejudice Non-Party ACN Opportunity, LLC.

5. Neither myself nor Womble Bond Dickinson (US) LLP acting as counsel for Non-Party ACN Opportunity, LLC are asserting a retaining or charging lien.

6. For the reasons set forth herein and pursuant Local Civil Rule 1.4, I respectfully request the Court withdraw my appearance as counsel for Non-Party ACN Opportunity, LLC.

Dated: April 18, 2022.

                                              Respectfully submitted,

<u>/s/ Mark P. Henriques</u>
Mark P. Henriques
Womble Bond Dickinson (US) LLP
301 S. College St., Suite 3500
Charlotte, NC 28202-6037
T:  704-331-4912
Mark.Henriques@wbd-us.com