UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs,*<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>   *Defendants.* | Civ. No. 18-cv-09936 (LGS)<br><br>NOTICE OF MOTION TO WITHDRAW APPEARANCE |

  PLEASE TAKE NOTICE that, upon the accompanying declaration of Mark P. Henriques, dated April 18, 2022, and pursuant to Local Civil Rule 1.4, Non-Party ACN Opportunity, LLC respectfully request the withdrawal of the appearance of Mark P. Henriques as counsel on their behalf. Non-Party ACN Opportunity, LLC further request, pursuant to Section 2.4 of the Electronic Case Filing Rules and Instructions, that the email address Mark.Henriques@wbd-us.com be removed from the ECF service notification list for this case.

  Non-Party ACN Opportunity, LLC will continue to be represented by Stephanie Niehaus of Nelson Legal.

Dated: April 18, 2022.

                Respectfully submitted,

                /s/ Mark P. Henriques
                Mark P. Henriques
                WOMBLE BOND DICKINSON (US) LLP
                301 S. College St., Suite 3500
                Charlotte, NC 28202-6037
                T:  704-331-4912
                Mark.Henriques@wbd-us.com

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate Mark Henriques' receipt of ECF notifications and to close the motion at Dkt. No. 399.

Dated:  April 19, 2022
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE