UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CATHERINE MCKOY, et al.,

                              Plaintiff(s),        18 Civ. 9936 (LGS)

-against-                      ORDER OF REFERENCE
                                                                        TO A
THE TRUMP CORPORATION, et al.,           MAGISTRATE JUDGE

                              Defendant(s).
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Sarah L. Cave United States Magistrate Judge, for the following purpose(s):

✔ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

___ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

___ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

___ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

___ HABEAS CORPUS

___ INQUEST AFTER DEFAULT / DAMAGES HEARING

___ SOCIAL SECURITY

___ SETTLEMENT

___ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

___ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

___ JURY SELECTION

SO ORDERED.

Dated: April 27, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

* Do not check if already referred for General Pre-Trial.