UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

           Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

           Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An in-person discovery conference is scheduled for **Monday, May 9, 2022 at 11:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York, to discuss the issues raised in Plaintiffs' letters at ECF Nos. 383, 386, and 396. Non-party ACN Opportunity LLC's attendance at the conference is required.

Dated:      New York, New York
              April 29, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**