

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

May 3, 2022

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

      Re:    *Catherine McKoy, et al.* v. *Trump Corp., et al.*, 1:18-cv-9936 (LGS)(SLC)

Dear Judge Cave:

      I represent defendants in this matter. I write to request that the May 9, 2022 discovery conference recently scheduled by the Court [DE 408] be adjourned. I am obligated to participate on May 9 in a mediation with a court-appointed mediator in several multi-party SDNY cases consolidated for mediation which starts at 9:30 a.m.. The case in which I represent a defendant that is part of the virtual group mediation is Byron v. Bronx Parent Housing Network, et al, 21-cv-02568 (MKV). I have conferred with plaintiffs' counsel who advises that they do not oppose my adjournment request. The only date in the two weeks after May 9 on which all counsel for the parties and non-party ACN Opportunity, LLC are available is May 18. In the event that date is not convenient to the Court, I will reach out to counsel for alternative dates.

      Thank you for your attention to this matter.

      Respectfully,

      /s/Peter T. Shapiro

      Peter T. Shapiro of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)