UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIERA, and LYNN CHADWICK, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-09936 (LGS) |
| *Plaintiffs*, | **NOTICE OF MOTION TO WITHDRAW APPEARANCE OF JOANNA C. HENDON** |
| -against- | |
| THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, | |
| *Defendants.* | |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Joanna C. Hendon dated May 4, 2022, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the withdrawal of the appearance of Joanna C. Hendon, Esq. as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that the e-mail address joanna.hendon@alston.com be removed from the ECF service notification list for this case.

Clifford S. Robert and Michael Farina of Robert & Robert PLLC, and Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP, will remain as counsel of record for Defendants.

Dated: May 4, 2022
     New York, New York

Respectfully submitted,

/s/ *Joanna C. Hendon*
Joanna C. Hendon
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-1244
joanna.hendon@alston.com
*Withdrawing Counsel for Defendants*