UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has received a request from a member of the press for the discovery conference scheduled for May 18, 2022 (ECF No. 412) to be accessible by telephone. Accordingly, members of the public or the press, in addition to being able to observe the discovery conference in the Courtroom, may dial in using the following information: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           May 5, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1