UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIERA, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>-against-<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | Case No. 1:18-cv-09936 (LGS)<br><br>**NOTICE OF MOTION TO WITHDRAW APPEARANCE OF <u>JOANNA C. HENDON</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Joanna C. Hendon dated May 4, 2022, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the withdrawal of the appearance of Joanna C. Hendon, Esq. as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that the e-mail address joanna.hendon@alston.com be removed from the ECF service notification list for this case.

Clifford S. Robert and Michael Farina of Robert & Robert PLLC, and Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP, will remain as counsel of record for Defendants.

Dated: May 4, 2022
   New York, New York

Respectfully submitted,

/s/ *Joanna C. Hendon*
Joanna C. Hendon
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-1244
joanna.hendon@alston.com
*Withdrawing Counsel for Defendants*

---

Attorney Joanna Hendon's motion to withdraw as counsel for Defendants (ECF No. 413) is GRANTED.

The Clerk of Court is respectfully directed to terminate Ms. Hendon as counsel for Defendants, and to close ECF No. 413.

SO ORDERED   5/5/2022

*[signature]*
SARAH L. CAVE
United States Magistrate Judge