# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

### No. 1:18-cv-09936-LGS

| | |
|---|---|
| **CATHERINE MCKOY, MILLARD WILLIAMS,**<br>**MARKUS FRAZIER, and LYNN CHADWICK,**<br><br>      Plaintiffs,<br><br>v.<br><br>**THE TRUMP CORPORATION, DONALD J. TRUMP,**<br>**in his personal capacity, DONALD TRUMP JR.,**<br>**ERIC TRUMP, and IVANKA TRUMP,**<br><br>      Defendants. | **AFFIDAVIT OF DAVID G. REDDING** |

I, David G. Redding, being duly sworn, hereby depose and say as follows:

1. I am an attorney, with the law firm of TLG Law;

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned manner;

3. As shown in the certificates of good standing annexed hereto, I am a member in good standing of the Bar of the state of North Carolina;

4. There are no pending disciplinary proceedings against me in any state or federal court;

5. I have never been convicted of a felony;

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

7. My Attorney Registration Number for the state of North Carolina is 24476; and

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:18-cv-09936-LGS for ACN Opportunity, LLC.

This the 4th day of May, 2022.

_____
David G. Redding

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

Sworn to and subscribed before me this
4th day of May, 2022.



_____
Notary Public
My commission expires: 06/07/2023

(SEAL) ELIZABETH VERES
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
June 07, 2023