UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, <br><br> Defendants. | MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Ryan B. Simpson hereby moves this court for an order for admission to appear Pro Hac Vice as counsel of record for non-party ACN Opportunity, LLC in the above-captioned action.

I am in good standing of the Bar of the states of North Carolina and South Carolina, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. I have also attached an affidavit pursuant to Local Rule 1.3 certifying the same.

Dated: 05/04/2022

Respectfully Submitted,

/s/ Ryan B. Simpson
Ryan B. Simpson
TLG-Law
2907 Providence Road, Suite 303
Charlotte, NC, 28211
(704) 900-2215
rsimpson@tlg-law.com