UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>    Defendants. | AFFIDAVIT OF RYAN B. SIMPSON |

I, Ryan B. Simpson, being duly sworn, hereby depose and say as follows:

1. I am an attorney, with the law firm of TLG Law;

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned manner;

3. As shown in the certificates of good standing annexed hereto, I am a member in good standing of the Bar of the states of North Carolina and South Carolina;

4. There are no pending disciplinary proceedings against me in any state or federal court;

5. I have never been convicted of a felony;

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

7. My Attorney Registration Number for the state of North Carolina is 53608;

8. My Attorney Registration Number for the state of South Carolina: 104254; and

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:18-cv-09936-LGS for ACN Opportunity, LLC.

This the 4th day of May, 2022.

_____
Ryan B. Simpson

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

Sworn to and subscribed before me this
4th day of May, 2022.

_Elizabeth Veres_
Notary Public
My commission expires: 06/07/2023

(SEAL)
ELIZABETH VERES
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
June 07, 2023