UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| **CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK,**<br><br>   Plaintiffs,<br><br>v.<br><br>**THE TRUMP CORPORATION, DONALD J. TRUMP,** in his personal capacity, **DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,**<br><br>   Defendants. | **PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DAVID G. REDDING *PRO HAC VICE*** |

The Court has reviewed non-party ACN Opportunity, LLC's motion for admission of attorney David G. Redding pro hac vice. Upon consideration of that motion, the Court grants attorney David G. Redding's pro hac vice admission to this Court.

   IT IS SO ORDERED

Date:_____   _____
                                   Lorna G. Schofield
                                   U.S. District Court for the Southern
                                   District of New York