UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, <br><br> Defendants. | MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Ryan B. Simpson hereby moves this court for an order for admission to appear Pro Hac Vice as counsel of record for non-party ACN Opportunity, LLC in the above-captioned action.

I am in good standing of the Bar of the states of North Carolina and South Carolina, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. I have also attached an affidavit pursuant to Local Rule 1.3 certifying the same.

Dated: 05/04/2022

Respectfully Submitted,

/s/ Ryan B. Simpson
Ryan B. Simpson
TLG-Law
2907 Providence Road, Suite 303
Charlotte, NC, 28211
(704) 900-2215
rsimpson@tlg-law.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>Defendants. | AFFIDAVIT OF RYAN B. SIMPSON |

I, Ryan B. Simpson, being duly sworn, hereby depose and say as follows:

1. I am an attorney, with the law firm of TLG Law;

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned manner;

3. As shown in the certificates of good standing annexed hereto, I am a member in good standing of the Bar of the states of North Carolina and South Carolina;

4. There are no pending disciplinary proceedings against me in any state or federal court;

5. I have never been convicted of a felony;

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

7. My Attorney Registration Number for the state of North Carolina is 53608;

8. My Attorney Registration Number for the state of South Carolina: 104254; and

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:18-cv-09936-LGS for ACN Opportunity, LLC.

This the 4th day of May, 2022.

Ryan B. Simpson

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

Sworn to and subscribed before me this
4th day of May, 2022.

Elizabeth Veres
Notary Public
My commission expires: 06/07/2023



(SEAL)
ELIZABETH VERES
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
June 07, 2023

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Ryan B. Simpson was duly sworn and admitted as an attorney in this state on November 19, 2019, and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY *Margaret C. McGee*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

April 20, 2022

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 27, 2018, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Ryan Bennett Simpson

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this April 21, 2022.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina