UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP, <br><br> Defendants. | AFFIDAVIT OF RYAN B. SIMPSON |

I, Ryan B. Simpson, being duly sworn, hereby depose and say as follows:

1. I am an attorney, with the law firm of TLG Law;

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned manner;

3. As shown in the certificates of good standing annexed hereto, I am a member in good standing of the Bar of the states of North Carolina and South Carolina;

4. There are no pending disciplinary proceedings against me in any state or federal court;

5. I have never been convicted of a felony;

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

7. My Attorney Registration Number for the state of North Carolina is 53608;

8. My Attorney Registration Number for the state of South Carolina: 104254; and

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:18-cv-09936-LGS for ACN Opportunity, LLC.

This the 4th day of May, 2022.

Ryan B. Simpson

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

Sworn to and subscribed before me this 4th day of May, 2022.

Elizabeth Veres
Notary Public
My commission expires: 06/07/2023



(SEAL)
ELIZABETH VERES
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
June 07, 2023