UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:18-cv-09936-LGS

| | |
|---|---|
| **CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK,**<br><br>    Plaintiffs,<br><br>v.<br><br>**THE TRUMP CORPORATION, DONALD J. TRUMP,** in his personal capacity, **DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,**<br><br>    Defendants. | **PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY RYAN B. SIMPSON *PRO HAC VICE*** |

The Court has reviewed non-party ACN Opportunity, LLC's motion for admission of attorney Ryan B. Simpson pro hac vice. Upon consideration of that motion, the Court grants attorney Ryan B. Simpson's pro hac vice admission to this Court.

IT IS SO ORDERED

Date:_____                    _____
                                             Lorna G. Schofield
                                             U.S. District Court for the Southern
                                             District of New York