UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK<br><br>    *Plaintiffs*,<br><br> -against-<br><br>THE TRUMP CORPORTATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANK TRUMP,<br>    *Defendants*. | **NOTICE OF APPEARANCE**<br><br>Case No. 18 Civ. 9936 |

PLEASE TAKE NOTICE that **SAMUEL SHAPIRO** of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, hereby appears as counsel for **PLAINTIFFS**, in the above entitled action, and requests all papers filed through the ECF system be served upon him by email at sshapiro@ecbawm.com.

Dated: New York, New York
    May 16, 2022

                  EMERY CELLI BRINCKERHOFF ABADY
                  WARD & MAAZEL LLP

                  By:   /s/
                    Samuel Shapiro

                  600 Fifth Avenue, 10th Floor
                  New York, New York 10020
                  (212) 763-5000
                  sshapiro@ecbawm.com

                  *Attorney for Plaintiffs*