# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated<br><br>      *Plaintiffs*,<br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No. 1:18-cv-09936-LGS<br><br>**NOTICE OF MOTION TO WITHDRAW APPEARANCE** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Emily C. Cole, dated May 27, 2022, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Emily C. Cole as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address ecole@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated:  May 27, 2022
   New York, New York

                   Respectfully submitted,

                    /s/ Emily C. Cole
                    Emily C. Cole