UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs,*<br><br> v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>   *Defendants.* | No. 1:18-cv-09936-LGS |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel for all Plaintiffs in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   June 2, 2022

Respectfully submitted,

/s/ Maximillian L. Feldman
Maximillian L. Feldman
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
mfeldman@kaplanhecker.com
*Counsel for Plaintiffs*