UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MILLARD WILLLIAMS, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | No. 1:18-cv-09936-LGS<br><br>**NOTICE OF MOTION TO WITHDRAW APPEARANCE** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Emily C. Cole, dated May 27, 2022, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Emily C. Cole as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address ecole@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated:  May 27, 2022
        New York, New York

Respectfully submitted,

 /s/ Emily C. Cole
Emily C. Cole

---

Attorney Emily C. Cole's motion to withdraw as counsel for Plaintiffs (ECF No. 429) is GRANTED. The Clerk of Court is respectfully directed to terminate Ms. Cole as counsel for Plaintiffs and to close ECF No. 429.

SO ORDERED     6/6/2022

SARAH L. CAVE
United States Magistrate Judge