UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

              Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

              Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, June 8, 2022, by **June 17, 2022**, the parties shall file a joint letter, not exceeding five pages in length, regarding the status of (i) the parties' compliance with the Court's May 18, 2022 Order (ECF No. 424) and (ii) the issues raised in the parties' June 3, 2022 letter (ECF No. 432).

Dated:       New York, New York
                June 8, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**