June 17, 2022

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

    *Catherine McKoy, et al. v. Trump Corp., et al.*, 1:18-cv-9936 (LGS-SLC)

Dear Judge Cave:

    The parties submit this joint letter pursuant to the Court's June 8, 2022 Order, ECF No. 434, and further to the parties' joint update on June 3, 2022, ECF No. 432, concerning the status of the parties' compliance with the Court's May 18, 2022 Order, ECF No. 424, which addressed certain discovery motions. The parties have continued to make progress toward resolving these issues in accordance with the Court's guidance, as set forth more fully below.

    *First*, the parties have agreed to a schedule for the depositions of the Individual Defendants and Defendants' employees and former employees, which will take place on the following dates in June, July, and August, consistent with the Court's guidance.

| Deponent | Date |
| --- | --- |
| Amanda Miller | June 27, 2022 |
| Meredith McIver | July 12, 2022 |
| Lynne Patton | July 21, 2022 |
| Rhona Graff | July 27, 2022 |
| Donald Trump, Jr. | August 2, 2022 |
| Ivanka Trump | August 4, 2022 |
| Eric Trump | August 16, 2022 |
| Cathy Glosser | August 23, 2022 |
| Hope Hicks | August 25, 2022 |
| Donald J. Trump | August 31, 2022 |

    The parties are continuing to negotiate the scope of Plaintiffs' Rule 30(b)(6) deposition of the Trump Corporation, and expect to schedule that deposition (or depositions) on the same timetable as the depositions listed above. For their part, Defendants have taken depositions of two of the named Plaintiffs, and a deposition of a third Plaintiff is scheduled for June 21, 2022. Discussions concerning scheduling of the deposition of the fourth Plaintiff are ongoing.

    Plaintiffs also are in discussions with counsel for non-party Anne Archer Butcher concerning logistics and scheduling of Ms. Butcher's deposition, and with counsel for ACN concerning the scope and timing of the Rule 30(b)(6) deposition of ACN. Plaintiffs and these non-parties are discussing potential dates in July and August. Finally, Plaintiffs have informed Defendants that Plaintiffs are in the process of serving non-party deposition subpoenas on three *Celebrity Apprentice* contestants who Plaintiffs allege participated in the relevant episodes and engaged in relevant discussions concerning the ACN business opportunity and Defendants' alleged endorsement. Plaintiffs have not yet provided the names of those contestants, but have

confirmed for Defendants that Plaintiffs will provide notice including such names promptly upon completion of service, in accordance with Rule 30(b)(1). Defendants reserve all rights in connection with such subpoenas.

In view of these deposition dates, and consistent with the parties' discussion at the May 18 conference, the parties have met and conferred concerning certain adjustments to the operative case management plan. Accordingly, the parties expect to jointly submit next week a proposed further amended case management plan, with a fact discovery deadline of August 31, 2022, and certain adjustments to other pre-trial deadlines in order to complete expert discovery and class certification briefing by the current deadline of April 23, 2023.

*Second*, turning to the document issues set forth in the Court's May 18 Order, the parties are continuing to meet and confer and have made significant progress. More specifically, Defendants have made certain representations relating to the Individual Defendants' compensation, and have agreed to identify by bates number certain previously-produced documents that may bear on that issue, and to consider certain requests for admission proposed by Plaintiffs. Defendants also have confirmed that they will produce information and documents next week addressing the donations and transcript issues. Although the parties are hopeful that the document issues set forth in the May 18 Order will be resolved in short order, in view of the forthcoming deposition dates, the parties respectfully propose to provide the Court with a further update on their progress by June 30, 2022.

Respectfully submitted,

/s/ Roberta A. Kaplan
Roberta A. Kaplan
John C. Quinn

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dberman@ecbawm.com
nbourland@ecbawm.com

*Attorneys for Plaintiffs*

/s/ Peter T. Shapiro
Peter T. Shapiro

LEWIS BRISBOIS BISGAARD
& SMITH LLP
77 Water Street
Suite 2100
New York, NY 10005
Peter.shapiro@lewisbrisbois.com

Clifford S. Robert
Michael Farina

ROBERT & ROBERT PLLC
526 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 832-7000
crobert@robertlaw.com
mfarina@robertlaw.com

*Attorneys for Defendants*

Alina Habba

HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
Telephone: (909) 869-1188
ahabba@habbalaw.com

*Attorneys for Defendant Donald J. Trump, in his personal capacity*