June 24, 2022

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

   *Catherine McKoy, et al. v. Trump Corp., et al.*, 1:18-cv-9936 (LGS-SLC)

Dear Judge Cave:

  The parties submit this joint letter-motion pursuant to Section I.E of the Court's Individual Rules and the Court's June 17, 2022 Order, ECF No. 438, to respectfully propose a Sixth Amended Case Management Plan and Scheduling Order.[1]

  As we previously reported, ECF No. 437, the parties have worked cooperatively to schedule depositions during June, July, and August, in accordance with the Court's guidance during the May 18 conference. In view of these deposition dates, the parties require a modest extension of the fact discovery deadline set forth in the Fifth Amended Case Management Plan and Scheduling Order, ECF No. 357, and have proposed certain other modifications to the schedule in order to remain on substantially the same track toward trial, as set forth below and in the proposed Sixth Amended Case Management Plan and Scheduling Order submitted herewith:

|  | **Current** | **Proposed** |
| --- | --- | --- |
| Completion of Fact Discovery | June 29, 2022 | Aug. 31, 2022 |
| Completion of Expert Discovery | Dec. 19, 2022 | Jan. 24, 2023 |
| Plaintiffs' Class Certification Motion | Feb. 6, 2023 | Feb. 14, 2023 |
| Joint Letter pursuant to Individual Rule IV.A.2 | Feb. 13, 2023 | Feb. 21, 2023 |
| Defendants' Opposition to Class Certification | Mar. 24, 2023 | Apr. 1, 2023 |
| Plaintiffs' Reply in Support of Motion for Class Certification | Apr. 23, 2023 | Apr. 28, 2023 |

  If this joint proposal is acceptable to the Court, the parties will also confer on interim expert discovery deadlines and make a further joint submission relating thereto. *See generally* ECF No. 356.

                   Respectfully submitted,

---

[1] We note that the parties have continued to use Judge Schofield's form Case Management Order, for the sake of consistency, and have removed the paragraph mandating monthly status letters pursuant to the Court's Order dated May 23, 2022, ECF No. 426.

| | |
|---|---|
| /s/ Roberta A. Kaplan | /s/ Peter T. Shapiro |
| Roberta A. Kaplan<br>John C. Quinn | Peter T. Shapiro |

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dberman@ecbawm.com
nbourland@ecbawm.com

*Attorneys for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street
Suite 2100
New York, NY 10005
Peter.shapiro@lewisbrisbois.com

Clifford S. Robert
Michael Farina

ROBERT & ROBERT PLLC
526 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 832-7000
crobert@robertlaw.com
mfarina@robertlaw.com

*Attorneys for Defendants*

Alina Habba

HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
Telephone: (909) 869-1188
ahabba@habbalaw.com

*Attorneys for Defendant Donald J. Trump, in his personal capacity*