UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**SIXTH AMENDED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 439) for an extension of the discovery schedule is GRANTED, and the case management plan is amended as follows:

1. All fact discovery, including depositions, shall be completed by **August 31, 2022**;

2. By **September 7, 2022**, the parties shall file a joint letter certifying the completion of fact discovery;

3. All expert discovery shall be completed by **January 24, 2023**;

4. By **January 31, 2023**, the parties shall file a joint letter certifying the completion of expert discovery and advising whether they wish for the Court to conduct a settlement conference; and

5. The briefing schedule for Plaintiffs' anticipated motion for class certification (the "Motion") is amended as follows:

    a. By **February 14, 2023**, Plaintiffs shall file the Motion;

    b. By **April 1, 2023**, Defendants shall file their opposition to the Motion; and

    c. By **April 28, 2023**, Plaintiffs shall file their reply, if any.

The Clerk of Court is respectfully directed to close ECF No. 439.

Dated: New York, New York
June 27, 2022

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**