IH-34                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Doe et al.
_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Trump Corp. et al.
_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

____ 18 CV 09936 (LGS)(____)

NOTICE OF CHANGE OF
ADDRESS

I hereby notify the Court that my address has changed  to the following:

Patel, Raj K.
_____
Name (Last, First, MI)

| 6850 E. 21st Street | Indianapolis | IN | 46219 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 317-450-6651 | rajp2010@gmail.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

| 07/05/2022 | |
|---|---|
| Date | Signature |