UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all         Case No. 18-cv-09936 (LGS)
others similarly situated,

                Plaintiffs,         **MOTION FOR ADMISSION
                                              PRO HAC VICE**

    - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Joseph P. Murphy, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump in the above-captioned action. As set forth in Movant's accompany declaration, Movant is in good standing with the bar of the State of Rhode Island and there are no pending disciplinary proceedings against him in any state or federal court.

Dated: July 18, 2022

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By: /s/ Peter T. Shapiro
                            Peter T. Shapiro
                            77 Water Street
                            New York, NY 10005
                            (212) 232.1300
                            Peter.Shapiro@lewisbrisbois.com
                            *Attorneys for Defendants*

4876-4313-5785.1