UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all    Case No. 18-cv-09936 (LGS)
others similarly situated,

                         Plaintiffs,   **DECLARATION OF JOSEPH P.**
                                                          **MURPHY IN SUPPORT OF MOTION**
        - against -                               **FOR ADMISSION**
                                                          **PRO HAC VICE**

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                         Defendants.
-----------------------------------------------------------X

I, Joseph P. Murphy, Esq., declare as follows subject to the penalties of perjury:

1.     I am an Associate with the firm of Lewis Brisbois Bisgaard & Smith LLP.

2.     I submit this Declaration in Support of my motion for admission to practice *pro hac vice* in the above captioned matter as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump.

3.     I am a member in good standing of the bar in every jurisdiction where I am admitted to practice (Massachusetts, Rhode Island and New Hampshire).

4.     I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.     This motion is being filed on an expedited basis because I am scheduled to defend a non-party deposition to be conducted in Rhode Island on July 19, 2022. Attached to this Declaration is a certificate of good standing from the Rhode Island Supreme Court.

6.     There are no pending disciplinary proceedings against me in any state or federal court.

2

7. I am familiar with the Local Rules of the United States District Court for the Southern District of New York and Judge Schofield's Individual Rules.

8. If the Court grants my *pro hac vice* admission, I agree that I shall be subject to the orders and be amenable to disciplinary action and the civil jurisdiction of the Court in all respects as if I were regularly admitted and a licensed member of the Bar of this Court in good standing.

9. I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Defendants.

Dated: July 18, 2022

Joseph P. Murphy
joseph.murphy@lewisbrisbois.com