UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| JANE DOE, LUKE LOE, RICHARD ROE, and MARY MOE, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>- against -<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>                     Defendants. | Case No. 18-cv-09936 (LGS)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

------------------------------------------------------------X

The motion of Joseph P. Murphy, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member of good standing of the bar of the States of Rhode Island, Massachusetts and New Hampshire; and that his contact information is as follows:

>Joseph P. Murphy, Esq.
>Lewis Brisbois Bisgaard & Smith LLP
>One Citizens Plaza
>Providence, RI 02903
>401.406.3310
>joseph.murphy@lewisbrisbois.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant in the above entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
                                                          United States Magistrate Judge

4876-4313-5785.1