UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE, LUKE LOE, RICHARD ROE, and
MARY MOE, individually and on behalf of all          Case No. 18-cv-09936 (LGS)
others similarly situated,

                      Plaintiffs,          **ORDER FOR ADMISSION**
                                      **PRO HAC VICE**

    - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                       Defendants.
-------------------------------------------------------------X

      The motion of Joseph P. Murphy, Esq., for admission to practice Pro Hac Vice in the above-

captioned action is granted.  Applicant has declared that he is a member of good standing of the bar

of the States of Rhode Island, Massachusetts and New Hampshire; and that his contact information is

as follows:

           Joseph P. Murphy, Esq.
           Lewis Brisbois Bisgaard & Smith LLP
           One Citizens Plaza
           Providence, RI 02903
           401.406.3310
           joseph.murphy@lewisbrisbois.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

the Defendant in the above entitled action,

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in

the above-captioned case in the United States Court District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

  Dated:      7/19/2022

                                         Sarah L. Cave
                                        United States Magistrate Judge

4876-4313-5785.1