UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a dispute that arose yesterday, July 28, 2022, during the deposition of non-party Rhona Graff. The Court granted Plaintiffs' request to compel Ms. Graff's testimony regarding specific topics, which are reflected, along with the Court's full ruling, in the transcript of the call made by the deposition court reporter. The Court also recorded the call.

Dated:     New York, New York
            July 29, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**