UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CATHERINE MCKOY, MILLARD WILLIAMS,
MARKUS FRAZIER and LYNN CHADWICK
individually and on behalf of all others similarly           Case No. 18-cv-09936 (LGS)
situated,

                                                             **MOTION FOR ADMISSION**
                          Plaintiffs,                        **PRO HAC VICE**

          - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity, DONALD
TRUMP, JR., ERIC TRUMP, and IVANKA
TRUMP,

                          Defendants.
-----------------------------------------------------------X


        Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, Lawrence D. Jackson, Esq., hereby moves this Court for an

Order for admission to practice Pro Hac Vice as co-counsel for Defendants The Trump Corporation,

Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump in the above-captioned action.

As set forth in Movant's accompanying declaration, Movant is in good standing with the bar of the

Commonwealth of Pennsylvania and the State of New Jersey, and there are no pending disciplinary

proceedings against him in any state or federal court.

Dated:  August 2, 2022

                          LEWIS BRISBOIS BISGAARD & SMITH LLP


                          By: /s/ Peter T. Shapiro
                              Peter T. Shapiro
                              77 Water Street
                              New York, NY 10005
                              (212) 232.1300
                              Peter.Shapiro@lewisbrisbois.com
                              *Attorneys for Defendants*