UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE MCKOY, MILLARD WILLIAMS,
MARKUS FRAZIER and LYNN CHADWICK
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

      - against -

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity, DONALD
TRUMP, JR., ERIC TRUMP, and IVANKA
TRUMP,

                    Defendants.
------------------------------------------------------------X

Case No. 18-cv-09936 (LGS)

**DECLARATION OF LAWRENCE D. JACKSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Lawrence D. Jackson, Esq., declare as follows subject to the penalties of perjury:

1. I am a Partner with the firm of Lewis Brisbois Bisgaard & Smith LLP.

2. I submit this Declaration in Support of my motion for admission to practice *pro hac vice* in the above captioned matter as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump.

3. I am a member in good standing of the bar in every jurisdiction where I am admitted to practice. Attached hereto is my certificate of good standing for the Commonwealth of Pennsylvania.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. This motion is being filed so that I can appear at and participate in a non-party deposition to be conducted in Pennsylvania.

1

2

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I am familiar with the Local Rules of the United States District Court for the Southern District of New York and Judge Schofield's Individual Rules.

8. If the Court grants my *pro hac vice* admission, I agree that I shall be subject to the orders and be amenable to disciplinary action and the civil jurisdiction of the Court in all respects as if I were regularly admitted and a licensed member of the Bar of this Court in good standing.

9. I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Defendants.

Dated: August 2, 2022

*Larry Jackson*
Lawrence D. Jackson
Larry.Jackson@lewisbrisbois.com