UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CATHERINE MCKOY, MILLARD WILLIAMS,
MARKUS FRAZIER and LYNN CHADWICK
individually and on behalf of all others similarly situated,

    Case No. 18-cv-09936 (LGS)

           Plaintiffs,

    - against -

**ORDER FOR ADMISSION
PRO HAC VICE**

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

           Defendants.
----------------------------------------------------------X

The motion of Lawrence D. Jackson, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member of good standing of the bar of the Commonwealth of Pennsylvania and the District of New Jersey, and that his contact information is as follows:

> Lawrence D. Jackson, Esq.
> Lewis Brisbois Bisgaard & Smith LLP
> 550 E. Swedesford Road, Suite 270
> Wayne, PA 19087
> (215) 977.4063
> Larry.Jackson@lewisbrisbois.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendants in the above entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                          _____
                                                United States Magistrate Judge