UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE MCKOY, MILLARD WILLIAMS,
MARKUS FRAZIER and LYNN CHADWICK
individually and on behalf of all others similarly situated,

                        Plaintiffs,

    - against -

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

                       Defendants.
------------------------------------------------------------X

Case No. 18-cv-09936 (LGS)

**AMENDED MOTION FOR ADMISSION PRO HAC VICE**

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Lawrence D. Jackson, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice as co-counsel for Defendants The Trump Corporation, Donald J. Trump, Donald Trump, Jr., Eric Trump and Ivanka Trump in the above-captioned action. As set forth in Movant's accompanying declaration, Movant is in good standing with the bar of the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against him in any state or federal court.

Dated: August 4, 2022

                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By: /s/ Peter T. Shapiro
                                          Peter T. Shapiro
                                          77 Water Street
                                          New York, NY 10005
                                          (212) 232.1300
                                          Peter.Shapiro@lewisbrisbois.com
                                          *Attorneys for Defendants*

4864-2466-6669.1