

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Lawrence D. Jackson, Esq.*

**DATE OF ADMISSION**

*November 17, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 2, 2022

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk