UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                    Plaintiffs,

            -v-

THE TRUMP CORPORATION, et al.,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**SEVENTH AMENDED CIVIL CASE
MANAGEMENT PLAN AND SCHEDULING
ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 455) for an extension of the discovery schedule is GRANTED, and the case management plan is amended as follows:

1.  All fact discovery, including depositions, shall be completed by **September 30, 2022**;

2.  By **October 7, 2022**, the parties shall file a joint letter certifying the completion of fact discovery;

3.  All expert discovery, including depositions, shall be completed by **February 17, 2023,** and shall proceed as follows:

    a.  By **November 3, 2022**, affirmative experts shall be identified;

    b.  By **November 18, 2022**, affirmative expert reports shall be served;

    c.  By **January 1, 2023**, rebuttal experts shall be identified; and

    d.  By **January 16, 2023**, rebuttal expert reports shall be served;

4.  By **February 24, 2023**, the parties shall file a joint letter certifying the completion of expert discovery and advising whether they wish for the Court to conduct a settlement conference; and

5. The briefing schedule for Plaintiffs' anticipated motion for class certification (the "Motion") is amended as follows:

    a. By **March 3, 2023**, Plaintiffs shall file the Motion;

    b. By **April 18, 2023**, Defendants shall file their opposition to the Motion; and

    c. By **May 15, 2023**, Plaintiffs shall file their reply, if any.

Dated:      New York, New York
            August 9, 2022

                        SO ORDERED.

                        **SARAH L. CAVE**
                        **United States Magistrate Judge**