# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0886
DIRECT EMAIL jquinn@kaplanhecker.com

> Application **GRANTED**. The sealing application is granted for substantially the reasons stated in Plaintiffs' April 15, 2022, letter. The materials at Dkt. No. 397 shall remain under seal with access limited to counsel of record. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 395.
>
> Dated: August 10, 2022
>    New York, New York
>
> *[Signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

April 15, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Catherine McKoy, et al.* v. *The Trump Corporation, et al.,* 18-cv-09936 (LGS)

Dear Judge Schofield:

We write on behalf of Plaintiffs in the above-referenced action, pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases ("Individual Rules"), to respectfully request provisional approval to file under seal an unredacted version of a letter to the Court ("Letter") concerning certain categories of discovery sought from ACN.

In the Letter, Plaintiffs refer to information found in and quote from a document produced by ACN that has been designated as "Confidential" under Paragraph 3 of the operative Protective Order (ECF 112).

In accordance with Paragraph 16 of the Protective Order and this Court's Individual Rules, Plaintiffs have provisionally filed the unredacted Letter under seal and have provisionally redacted references to the information designated as Confidential in the Letter filed on the public docket.[1] Pursuant to Rule I.D.3 of this Court's Individual Rules, however, the entity or entities "with an interest in confidential treatment bears the burden of persuasion." Individual Rules, Rule I.D.3.

In this case, ACN, as the entity that made the relevant confidentiality designations, has the "interest in confidential treatment." Accordingly, on April 15, 2022, counsel for Plaintiffs met and conferred with counsel for ACN concerning Rule I.D.3 of this Court's Individual Rules and

---

[1] In accordance with Rule I.D.3, an unredacted copy of the Letter, with redactions highlighted, will be filed under seal contemporaneously with this letter motion. *See* Standing Order, 19-mc-00583 (Dec. 19, 2019); Electronic Case Filing Rules & Instructions, Rule 6.8. Plaintiffs will timely serve the unredacted version on Defendants and on ACN.

KAPLAN HECKER & FINK LLP

2

ACN's obligation thereunder to promptly submit a letter "explaining why" ACN "seeks to have certain documents filed in redacted form or under seal," pursuant to Rule I.D.3.

Finally, for the avoidance of doubt, Plaintiffs take no position at this time on whether the redacted information was properly designated as confidential or whether it ought to remain sealed from the public. Plaintiffs further respectfully reserve the right to challenge the relevant confidentiality designations in the future pursuant to Paragraph 15 of the Protective Order.

Respectfully submitted,

John C. Quinn

cc: Counsel of Record (via ECF)
Counsel for ACN (via ECF and email)