# EXHIBIT A

| | |
|---|---|
| **From:** | Allan van Buhler |
| **Sent:** | Thursday, February 16, 2006 10:33 AM |
| **To:** | Greg Provenzano <GProvenz@ACNINC.COM>; Robert Stevanovski <RStevano@ACNINC.COM>; Tony Cupisz <TCupisz@ACNINC.COM>; Mike Cupisz <MCupisz@ACNINC.COM>; Sheila Marcello <smarcell@acninc.com>; Larry Raskin <LRaskin@ACNINC.COM> |
| **Subject:** | RE: Trump |

I'll ensure Anne and Alden understand.

-----Original Message-----
From: Greg Provenzano
Sent: Thu Feb 16 10:30:26 2006
To: Robert Stevanovski; Tony Cupisz; Mike Cupisz; Allan van Buhler; Sheila Marcello; Larry Raskin
Subject: Trump

This is just a friendly reminder of the importance of having the particulars of the Trump agreement remain STRICTLY confidential. In particular the amount that was paid and how the deal was established and by whom. These details should remain closely held as I'm sure that the Trump organization would not appreciate this information to be on the street and I believe that it diminishes the effectiveness for us.
Thanks for adhering to this very important request. Please contact Ann and Alden as I do not have their e-mail address.