UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The letter-motion at ECF No. 464 to file the document at ECF No. 465 with redactions and at 465-1 under seal is GRANTED. The documents at ECF Nos. 466 and 466-1 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 464.

Dated:      New York, New York
             September 20, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**