# LAW OFFICES
# ROBERT & ROBERT PLLC

526 RXR PLAZA
UNIONDALE, NEW YORK 11556
(516) 832-7000
FACSIMILE (516) 832-7080

R. DIETER ROBERT (1933-2001)
CLIFFORD S. ROBERT*
MICHAEL FARINA*

CHRIS D. KRIMITSOS
JASON O. BRAIMAN* **

* ALSO ADMITTED TO NEW JERSEY BAR

** ALSO ADMITTED TO CALIFORNIA BAR

---

> The parties' request to take Ms. Hick's deposition after the fact discovery deadline is GRANTED. The parties are reminded that all communications with Chambers should be filed on ECF, and to follow the Court's practices for filing under seal. An unredacted copy of the parties' letter, which contains personal medical information, will be filed under seal.
>
> SO ORDERED   9/30/2022
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

---

**Via E-mail**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Catherine McKoy, et al. v. Trump Corp., et al.*, No. 1:18-cv-9936 (LGS)

Dear Judge Cave:

This firm, along with Lewis Brisbois Bisgaard & Smith LLP, represents the Defendants in the above-referenced action.[1]

We write to advise the Court that the deposition of Hope Hicks, which was scheduled for September 23, 2022, could not proceed because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The parties have agreed to reschedule Ms. Hicks's deposition, but due to counsels' and the witness's respective schedules are unable to do so until October 4. Although the parties have agreed to take Ms. Hope's deposition on October 4, the parties thought it prudent to jointly advise the Court of the circumstances giving rise to the rescheduling since the new date is four days after the September 30 deadline for fact discovery.

This letter is being transmitted to the Court by e-mail rather than e-filing as it contains personal medical information.

---

[1] Donald J. Trump, in his personal capacity, is also represented by Alina Habba, Esq. of Habba Madaio & Associates, LLP.

LAW OFFICES
ROBERT & ROBERT PLLC

The Honorable Sarah L. Cave
United States Magistrate Judge
September 29, 2022
Page 2

  Should the Court have any questions, we are available for a telephone conference.

                Respectfully submitted,

                ROBERT & ROBERT PLLC

                *Clifford S. Robert*

                CLIFFORD S. ROBERT

cc: All Counsel of Record (*via* e-mail)