UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated<br><br>       *Plaintiffs*,<br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>       *Defendants*. | Civ. No. 1:18-cv-09936-LGS<br><br>**NOTICE OF MOTION TO**<br>**WITHDRAW APPEARANCE** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Jessica Heller dated October 7, 2022, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully requests the withdrawal of the appearance of Jessica Heller as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jheller@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: October 7, 2022
   New York, New York

                      Respectfully submitted,

                      /s/ Jessica Heller
                      Jessica Heller
                      KAPLAN HECKER & FINK LLP
                      350 Fifth Avenue, 63rd Floor
                      New York, New York 10118
                      Telephone: (212) 763-0883
                      Facsimile: (212) 564-0883
                      jheller@kaplanhecker.com