UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | Civ. No. 1:18-cv-09936-LGS |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Jessica Heller, declare and state as follows:

1. On December 6, 2021, I filed a Notice of Appearance (ECF. No. 347) on behalf of Plaintiffs Catherine McKoy, Millard Williams, Markus Frazier, and Lynn Chadwick.

2. As of October 8, 2022, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Plaintiffs.

3. Plaintiffs shall continue to be represented by the remaining counsel of record from Kaplan Hecker & Fink LLP.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Defendants. I am not asserting a retaining or charging lien.

Dated: October 7, 2022                                         Respectfully submitted,

/s/ Jessica Heller
Jessica Heller
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
jheller@kaplanhecker.com

*Counsel for Plaintiffs*