October 7, 2022

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Catherine McKoy, et al. v. The Trump Corporation, et al.*, 18-cv-9936 (LGS) (SLC)

Dear Judge Cave:

    We write on behalf of all parties pursuant to the Court's August 9, 2022 order, *see* ECF 456 at 1, to certify that the parties have completed fact discovery, subject only to the exceptions previously approved by the Court, *see* ECF 469; ECF 479; ECF 481.

                                                     Respectfully submitted,

| | |
|---|---|
| /s/ *John C. Quinn*<br>Roberta A. Kaplan<br>John C. Quinn<br><br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, New York 10118<br>Telephone: (212) 763-0883<br>Facsimile: (212) 564-0883<br>rkaplan@kaplanhecker.com<br>jquinn@kaplanhecker.com<br><br>Andrew G. Celli, Jr.<br>Matthew D. Brinckerhoff<br>O. Andrew F. Wilson<br>David Berman<br>Nick Bourland<br><br>EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>600 Fifth Avenue at Rockefeller Center<br>New York, NY 10020<br>Telephone: (212) 763-5000<br>acelli@ecbawm.com<br>mbrinckerhoff@ecbawm.com<br>awilson@ecbawm.com<br>dberman@ecbawm.com<br>nbourland@ecbawm.com<br><br>*Attorneys for Plaintiffs* | /s/ *Michael Farina*<br>Clifford S. Robert<br>Michael Farina<br><br>ROBERT & ROBERT PLLC<br>526 RXR Plaza<br>Uniondale, New York 11556<br>Telephone: (516) 832-7000<br>crobert@robertlaw.com<br>mfarina@robertlaw.com<br><br>Peter T. Shapiro<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>77 Water Street<br>Suite 2100<br>New York, NY 10005<br>peter.shapiro@lewisbrisbois.com<br><br>*Attorneys for Defendants*<br><br>Alina Habba<br><br>HABBA MADAIO & ASSOCIATES LLP<br>1430 U.S. Highway 206, Suite 240<br>Bedminster, NJ 07921<br>Telephone: (909) 869-1188<br>ahabba@habbalaw.com<br><br>*Attorneys for Defendant Donald J. Trump, in his personal capacity* |