November 4, 2022

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Catherine McKoy, et al. v. The Trump Corporation, et al.*, 18-cv-9936 (LGS) (SLC)

Dear Judge Cave:

  We write jointly pursuant to the Court's October 11, 2022 order. ECF 486. We are pleased to report that the parties have completed all fact-witness depositions, including the depositions of Donald J. Trump, Eric Trump (as 30(b)(6) designee of The Trump Corporation), and Hope Hicks, with two exceptions addressed in prior filings with the Court.

  *First*, Defendants have given notice of their intent to serve a deposition subpoena on former Plaintiff Millard Williams, *see* ECF 469, and have provided Plaintiffs' counsel with a copy of a deposition subpoena with a deposition date of November 8, 2022.

  *Second*, Plaintiffs have filed a pre-motion letter seeking leave to serve one additional deposition subpoena (for a deposition not to exceed three hours) on a former employee of The Trump Corporation following testimony at the depositions of Defendant Donald J. Trump and Eric Trump (as 30(b)(6) designee). ECF 490. Defendants intend to respond to Plaintiffs' pre-motion letter in accordance with this Court's individual practices.

  The parties also have exchanged the initial expert disclosures required by the Court's Seventh Amended Civil Case Management Plan and Scheduling Order, ECF 456 ¶ 3(a), and are continuing apace with expert discovery.

Respectfully submitted,

| | |
|---|---|
| /s/ John C. Quinn | /s/ Michael Farina |
| Roberta A. Kaplan | Clifford S. Robert |
| John C. Quinn | Michael Farina |

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dberman@ecbawm.com
nbourland@ecbawm.com

*Attorneys for Plaintiffs*

ROBERT & ROBERT PLLC
526 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 832-7000
crobert@robertlaw.com
mfarina@robertlaw.com

Peter T. Shapiro

LEWIS BRISBOIS BISGAARD
& SMITH LLP
77 Water Street
Suite 2100
New York, NY 10005
Peter.shapiro@lewisbrisbois.com

*Attorneys for Defendants*

Alina Habba

HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
Telephone: (909) 869-1188
ahabba@habbalaw.com

*Attorneys for Defendant Donald J. Trump, in his personal capacity*