UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

    *Plaintiffs*,

-against-

THE TRUMP CORPORTATION, et al.,

    *Defendants*.

**NOTICE OF APPEARANCE**

Case No. 18 Civ. 9936

    PLEASE TAKE NOTICE that **Vasudha Talla** of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, hereby appears as counsel for **PLAINTIFFS**, in the above entitled action, and requests all papers filed through the ECF system be served upon her by email at vtalla@ecbawm.com.

Dated:   New York, New York
           November 7, 2022

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

By: _____/s/_____
    Vasudha Talla

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*