UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

              Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

              Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Plaintiffs' request for "leave to serve one additional deposition subpoena beyond the fact discovery cutoff on a former employee of The Trump Corporation[.]" (ECF No. 489 (the "Request")). In the Request, Plaintiffs claim that "the parties met and conferred about potential alternatives, but were unable to find a solution[.]" (Id. at 1). Defendants oppose the Request and argue, inter alia, that they had "agreed in principle to Plaintiffs' 'compromise proposal' and were merely waiting on the applicable page and line numbers to formalize such agreement." (ECF No. 492 at 2).

In light of the above, Plaintiffs' Request is DENIED WITHOUT PREJUDICE. The parties shall meet and confer to attempt to resolve their dispute. If the parties are unable to reach a compromise, then Plaintiffs may renew their Request.

The Clerk of Court is respectfully directed to close ECF Nos. 489, 490, 492, and 494.

Dated:     New York, New York         SO ORDERED.
             November 10, 2022

                                                          _____
                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**