UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CATHERINE MCKOY, et al.,   :
                           Plaintiffs,   :      18 Civ. 9936 (LGS)
               -against-   :      ORDER
THE TRUMP CORPORATION, et al.,   :
                          Defendants.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 21, 2022, Plaintiffs filed a letter seeking an October 2023 trial date and a briefing schedule regarding the anticipated motions for class certification and summary judgment that would require the parties to brief the motions simultaneously. On November 22, 2022, Plaintiffs filed a second letter amending their request for a trial date, due to an Order issued in *People of the State of New York v. Donald J. Trump*, No. 452564/2022 (Sup. Ct. N.Y. Cnty.), setting a trial date in that case for October 2, 2023. On November 30, 2022, Defendants filed a letter opposing both requests.

      WHEREAS, the Seventh Amended Case Management Plan, issued August 9, 2022, sets a briefing schedule for Plaintiff's motion for class certification. It further requires the parties to file a status letter by February 24, 2023, regarding the close of expert discovery and a potential settlement conference. It is hereby

      **ORDERED** that the briefing schedule for Plaintiffs' anticipated motion for class certification is amended as follows: Plaintiffs shall file the motion by **February 24, 2023**. Defendants shall file any Memorandum of Law in Opposition by **March 24, 2023**. Plaintiffs shall file a Reply by **April 7, 2023**. The parties are directed to the Court's Individual Rules regarding page limitations and other requirements for motions. It is further

      **ORDERED** that any party wishing to file a motion for summary judgment shall submit a

pre-motion letter by **April 21, 2023**.  If such a letter is filed, the opposing parties shall file a response by **April 28, 2023**.  It is further

    **ORDERED** that a pre-motion conference will be held on **May 3, 2023**, at **4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749, access code: 558-3333.  The start time is approximate, but the parties shall be prepared to begin at the scheduled time.  It is further

    **ORDERED** that by **December 9, 2022**, the parties shall each file a letter on ECF stating their availability for trial from October 2023 to June 2024, so that a trial date may be set.

    The Clerk of Court is respectfully directed to calendar a conference for May 3, 2023, at 4:10 P.M. as a pre-motion conference, even though the conference will be held by telephone.

Dated: December 5, 2022
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**