UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request for a conference (ECF Nos. 510–11 (the "Request")) is GRANTED, and a telephone conference is scheduled for **Thursday, February 16, 2023 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Per the Court's Individual Practices, Defendants shall file a response to the issues raised in the Request by **February 15, 2023**.

The Clerk of Court is respectfully directed to close ECF Nos. 510 and 511.

Dated:     New York, New York
            February 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**