UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No. 1:18-cv-09936-LGS-SLC |

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, Yotam Barkai, declare and state as follows:

1. On March 24, 2022, I filed a Notice of Appearance (ECF No. 374) on behalf of Plaintiffs Catherine McKoy, Millard Williams, Markus Frazier, and Lynn Chadwick.

2. On September 29, 2022, an order was entered dismissing the claims of Plaintiff Millard Williams (ECF No. 480), and Plaintiff Williams was terminated from the case docket.

3. As of March 3, 2023, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Plaintiffs.

4. Plaintiffs Catherine McKoy, Markus Frazier and Lynn Chadwick shall continue to be represented by the remaining counsel of record from Kaplan Hecker & Fink LLP.

5. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Defendants. I am not asserting a retaining or charging lien.

Dated: March 3, 2023                                                         Respectfully submitted,

/s/ Yotam Barkai
Yotam Barkai
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
ybarkai@kaplanhecker.com