UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br> v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>    *Defendants.* | No. 1:18-cv-09936-LGS-SLC |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Christopher R. Le Coney, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter his appearance on behalf of Plaintiffs in the above-captioned action.

Dated: March 3, 2023
    New York, New York

                     Respectfully submitted,

                     /s/ Christopher R. Le Coney
                     Christopher R. Le Coney
                     KAPLAN HECKER & FINK LLP
                     350 Fifth Avenue, 63rd Floor
                     New York, New York 10118
                     Telephone: (212) 763-0883
                     cleconey@kaplanhecker.com

                     *Counsel for Plaintiffs*