UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

*Defendants*.

Civ. No. 1:18-cv-09936-LGS-SLC

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Yotam Barkai, dated March 3, 2023, and pursuant to Local Civil Rule 1.4, Plaintiffs respectfully request the withdrawal of the appearance of Yotam Barkai as counsel on their behalf. Plaintiffs further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address ybarkai@kaplanhecker.com be removed from the ECF service notification list for this case.

Plaintiffs will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Attorney Yotam Barkai's motion (ECF No. 519) to withdraw as counsel for Plaintiffs is GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Barkai as counsel for Plaintiffs, and to close ECF No. 519.

SO ORDERED    3/6/2023

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,

/s/ Yotam Barkai
Yotam Barkai
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
ybarkai@kaplanhecker.com