# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

March 8, 2023

*Via ECF*

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  *McKoy, et al. v. The Trump Corp., et al.*, No 18 Civ. 9936

Dear Judge Schofield:

   Together with Kaplan Hecker & Fink LLP, this firm represents Plaintiffs in the above-captioned matter. Pursuant to Your Honor's February 21, 2023 Order, Plaintiffs' motion for class certification is due on March 10, 2023. Dkt. 516. We write to respectfully request that the Court grant Plaintiffs leave to file a 40-page memorandum of law (15 excess pages) with up to 40 accompanying exhibits.

   The parties have conducted extensive party, non-party, and expert discovery in this case concerning Defendants' nearly decade-long endorsement of ACN, including depositions of 28 witnesses. Plaintiffs seek leave to file excess pages and exhibits in order to sufficiently apply the Federal Rule of Civil Procedure 23 factors for class certification to this voluminous record.

   The additional exhibits Plaintiffs seek to file include data and information relevant to the Rule 23 factors, including: (1) print articles, videos, websites, and other marketing materials documenting the various statements Defendant Donald Trump made as an ACN paid endorser concerning the ACN Independent Business Owner ("IBO") Opportunity, which give rise to Plaintiffs' claims; (2) documents detailing ACN IBO enrollment data, which will be used to ascertain and quantify the proposed Classes; (3) excerpts of reports by three expert witnesses, whose opinions will be used to demonstrate the falsity and materiality of Trump's statements; (4)

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

transcript excerpts from the 30(b)(6) deposition of non-party ACN, which describe how Trump's endorsement of ACN was communicated and used to recruit prospective IBOs.

      Plaintiffs sought Defendants' consent in this request, which is made in good faith based on what Plaintiffs believe is necessary to address the issues raised by Plaintiffs' class certification motion. Defendants consent only to Plaintiffs filing a 30-page brief.

      For the reasons stated, Plaintiffs respectfully request leave to file a 40-page brief and up to 40 exhibits in support of their motion for class certification.

      Respectfully submitted,

      /s/

      Matthew D. Brinckerhoff
      Katherine Rosenfeld
      Nick Bourland