# EXHIBIT 4

# [RESERVED]