# EXHIBIT 18

*Filed under seal*

*Provided to Court on DVD*