# EXHIBIT 19

*Filed under seal*

*Provided to Court on DVD*