# EXHIBIT 20

*Filed under seal*

*Provided to Court on DVD*