# EXHIBIT 21

# Filed under seal

*Provided to Court on DVD*