# EXHIBIT 22

# *Filed under seal*

*Provided to Court on DVD*