# EXHIBIT 24

# *Filed under seal*

## *Provided to Court on DVD*