# EXHIBIT 25

# [RESERVED]