# EXHIBIT 29

*Filed under seal*

*Filed under seal*