# EXHIBIT 6

| | |
|---|---|
| **From:** | Robert Stevanovski <rstevano@acninc.com> |
| **Sent:** | Wednesday, February 15, 2006 11:39 AM |
| **To:** | Tony Cassara |
| **Subject:** | RE: Trump |

It went great, he said some perfect things that we can use for our reps.

We got the biggest response that we ever got at a event with a announcement. The reps are more excited then I ever had seen them.

---

**From:** Anthony Cassara [mailto:acassara@cassaramgi.com]
**Sent:** Wednesday, February 15, 2006 7:59 AM
**To:** Robert Stevanovski
**Subject:** Trump

Roberto...how did things go with Donald?

Anthony J. Cassara
Cassara Management Group, Inc.
2440 Ridgeway Avenue, Suite 120
Rochester, NY 14626
585-720-1730 (office)
585-720-1790 (fax)
585-721-9151 (cell)
acassara@cassaramgi.com

1

**CONFIDENTIAL**                                                                                                           **ACN004304**