# EXHIBIT 7

EXECUTION COPY

## ENDORSEMENT AGREEMENT

This agreement (this "**Endorsement Agreement**") is entered into this ____ day of February, 2008 between ACN, Inc. of Farmington Hills, Michigan (hereinafter referred to as "**ACN**"), and Donald J. Trump of New York, New York (hereinafter referred to as "**Mr. Trump**"). The parties agree that Mr. Trump will endorse ACN and will commit to promoting ACN on the following terms:

1. Mr. Trump will provide celebrity endorsement services; specifically, Mr. Trump will appear on-camera to be taped to produce finished video content of Mr. Trump (the "Production Content"); provided such taping can and shall be done in the offices of The Trump Organization located at 725 Fifth Avenue, New York, NY, ("**Mr. Trump's Office**") and shall take no more than three (3) hours of Mr. Trump's time. Additionally, Mr. Trump agrees to film three (3) "Video Pick-Ups" (as defined below) during the term of this agreement; provided the shooting of each Video Pick-Up can and shall be done in Mr. Trump's Office and shall take no more than one (1) hour of Mr. Trump's time. "**Video Pick-Ups**" shall mean video segments that revise Production Content that had previously been filmed, either to update the Production Content in connection with current events concerning ACN's business, or to reflect particular events at which the Production Content will be shown. In return for the rights granted to ACN under this Endorsement Agreement, ACN agrees to pay Mr. Trump $2,250,000 USD (the "**Fee**"), which shall be paid as follows: $875,000 will be paid on signing of this agreement, $750,000 will be paid on the day of the first video shoot, $325,000 will be paid on the day of the second shoot, and $300,000 shall be paid on the day of the third shoot. Notwithstanding the foregoing, the entire Fee shall have been paid on or before June 1, 2009, regardless of the timing of any video shoots.

2. Concepts to be incorporated into Mr. Trump's endorsement could include, but would not be limited to: edification of ACN—the company, their products and their vision; importance of teamwork; entrepreneurial message; value of having a personal vision; how one must seize an opportunity and make the most of it; taking advantage of timing in the marketplace; and greetings from Mr. Trump to the ACN sales representatives. Content will be outlined and agreed upon by both parties before and during filming to allow both spontaneity on the part of Mr. Trump and consistency with the corporate strategy of ACN. Notwithstanding anything in this Endorsement Agreement to the contrary, Mr. Trump shall have approval rights over any and all uses of his voice, likeness, image, name and all Production Content before any are used, in his sole discretion.

3. The content determination will be completed as promptly as possible after execution of this agreement, such that the filming of Mr. Trump will be completed in Mr. Trump's Office within 120 days of the execution of this agreement, at a mutually convenient time but in all events subject to Mr. Trump's schedule.

4. Mr. Trump hereby grants to ACN the right during the Term (as defined below) to use Production Content that was approved by Mr. Trump in activities promoting ACN and its vision to prospective or existing ACN sales representatives, or use in sales, training and motivational aids prepared for ACN's sales representatives, including DVDs and CD ROMs. ACN's permitted use shall not include movie theatre, television, or television advertising, and shall not include any mass distribution not targeted specifically to prospective or existing ACN sales representatives.

5. Mr. Trump agrees to permit during the Term, but all subject to his prior approval in his sole discretion, the use of still images of Mr. Trump, written quotes from Mr. Trump and short video clips from the video production of Mr. Trump for publication on the ACN website during the Term.

6. The "**Term**" shall commence on the date hereof and shall expire on December 31, 2010 (the "**Expiration Date**"). All rights granted hereunder to ACN shall expire on the Expiration Date. Without limitation, ACN shall destroy or return to Mr. Trump all video footage including all copies shot under this Endorsement Agreement and any CDs and DVDs still in ACN's possession. On or before the Expiration Date, ACN shall remove all content used on its website under this Endorsement Agreement. Notwithstanding anything herein to the contrary, the provisions of paragraphs 7 and 8 shall survive the expiration of the Term.

7. Notwithstanding anything to the contrary contained herein, ACN understands and agrees that it shall not use Mr. Trump's name, image, likeness or voice in any manner that would hold up to ridicule any of Mr. Trump or his family members or businesses that he or they own or control, directly or indirectly, or the affiliates of such businesses (collectively the "**Trump Parties**"), or damage the name, image or reputation of any of the Trump Parties.

8. ACN hereby agrees to indemnify, defend, and hold free and harmless the Trump Parties from and against any and all liabilities, claims, losses, causes of action (including without limitation under contract or tort) and reasonable out-of-pocket expenses, including, without limitation, interest, penalties, reasonable attorneys' fees and expenses and third party fees, and all amounts paid in the investigation, defense, and/or settlement of any claims, suits, proceedings, judgments, losses, damages, costs, liabilities and the like (individually and collectively, "**Claims**"), which may be suffered, incurred or paid by any of the Trump Parties

**Confidential Treatment Pursuant to Protective Order**

EXECUTION COPY

arising, in whole or in part, directly or indirectly, from ACN's negligence or willful misconduct or actions in connection with or breach of this Endorsement Agreement.

9. This agreement is the entire agreement between the parties and may be amended or altered only in writing, signed by both parties. Notwithstanding anything herein to the contrary, (i) ACN acknowledges that, in addition to the Fee, it shall pay to Mr. Trump the amount of $333,333.33 to satisfy ACN's obligations under a previous agreement between ACN and Mr. Trump, dated February 6, 2006 (the "**2006 Agreement**"); and (ii) Mr. Trump acknowledges and agrees that he shall give one live speech as provided in the 2006 Agreement, to satisfy his obligation to do so thereunder.

ACN, Inc.
By: _[signature]_
Robert Stevanovski
Chairman and Co-founder, ACN

_[signature]_
Donald J. Trump

10/28/08

Donna

For Your

Records

Confidential Treatment Pursuant to Protective Order

TTO_000592