# EXHIBIT 8

Appearance and Endorsement Agreement

This agreement (this "**Agreement**") is entered into this 28th day of January, 2009 between ACN, Inc. of Concord, North Carolina (hereinafter referred to as "**ACN**"), and Donald J. Trump of New York, New York (hereinafter referred to as "**Mr. Trump**") and is entered into in conjunction with the agreements entered into between Mr. Trump and ACN dated as of February 6, 2006 and February 2008 (the "**Prior ACN Agreements**"). Mr. Trump and ACN may be referred to herein collectively as the "**Parties**". The Parties agree that in accordance with this Agreement, Mr. Trump will commit to speaking engagements at ACN National Events on the following terms:

1. Mr. Trump will appear live and speak on stage before an ACN audience at four distinct ACN National Events (with Mr. Trump, in his sole discretion, having the right to substitute an ACN International Event for any of the four National Events) on or before December 31, 2010 (the "**Trump Obligations**"). The dates of the Trump Obligations will be determined by coordinating the dates of ACN's International Events and the availability of Mr. Trump; the December 31, 2010 date may be extended by mutual agreement of ACN and Mr. Trump to accommodate this scheduling (with such extension being subject to Mr. Trump's sole discretion). The Parties agree that the first of the Trump Obligations will be held in Charlotte, NC on Sunday, June 28th, 2009. Each Trump Obligation will be approximately one hour. ACN will pay Mr. Trump $375,000 in US dollars for each of the Trump Obligations and shall transfer the full amount to Mr. Trump within 10 days prior to the scheduled date of the corresponding Trump Obligation. Mr. Trump and ACN will mutually agree on speech content. The fee for the Trump Obligations is $1,500,000 in US dollars, to be paid in accordance with the terms of this Agreement. Mr. Trump acknowledges and agrees that ACN may video record these appearances, and that the footage, in an amount not to exceed 5 minutes ("**Appearance Footage**"), may be used by ACN for promotion of the Trump Obligations through December 31, 2010 (unless otherwise extended in the sole discretion of Mr. Trump); provided however, such footage and its use must be approved by Mr. Trump, in his sole discretion. Mr. Trump gives ACN the right through the expiration of the Term (as defined herein) to use the Appearance Footage for the sole purpose of, and as limited by, fulfillment of this Agreement.

2. This Agreement is the entire agreement between the Parties with respect to the Trump Obligations, and may be amended or altered only in writing, signed by the Parties. This Agreement does not supersede or modify in any way the Prior ACN Agreements, and is intended by the Parties to be in addition to and in conjunction with the Prior ACN Agreements. This Agreement is governed by the laws of the State of New York.

3. The term of this Agreement shall commence on the date hereof and shall expire on December 31, 2010 (the "**Term**"); provided however, that to the extent that ACN and Mr. Trump agree to extend the Term to accommodate the scheduling of appearances as described in Section 1 of this Agreement (with such extension being subject to Mr. Trump's sole discretion), the Term shall automatically extend to the date of the final appearance hereof.

4. Notwithstanding anything to the contrary contained herein, ACN understands and agrees that it shall not use Mr. Trump's name, image, likeness or voice in any manner that would hold up to ridicule Mr. Trump or any of his family members or businesses that he or they own or control, directly or indirectly, or the affiliates of such businesses (collectively the "**Trump Parties**"), or damage the name image or reputation of any of the Trump Parties.

5. ACN hereby agrees to indemnify, defend, and hold free and harmless the Trump Parties from and against any and all liabilities, claims, losses, causes of action (including without limitation under contract or tort) and reasonable out-of-pocket expenses, including, without limitation interest penalties, reasonable attorneys' fees and expenses and third party fees, and all amounts paid in the investigation, defense and/or settlement of any claims, suit proceedings, judgments, losses, damages, costs liabilities and the like (individually and collectively, "**Claims**"), which may be suffered, incurred or paid by any of the Trump Parties arising in whole or in part, directly or indirectly, from ACN's negligence or willful misconduct or action in connection with or breach of this Agreement.

ACN, Inc.
By: _____
Robert Stevanovski
Chairman & Co-Founder

_____
Donald J. Trump

Page 1 of 1

**Confidential Treatment Pursuant to Protective Order**

TTO_000597