# EXHIBIT 11

Message
---

**From**: Rhona Graff [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RGRAFF]
**Sent**: 10/30/2015 5:15:15 PM
**To**: Jessica Macchia [jmacchia@trumporg.com]
**Subject**: FW: ACN Mutual Termination Agreement
**Attachments**: Executed ACN Agreement.pdf

**Rhona Graff**
Senior Vice President – Assistant to the President
725 Fifth Avenue | New York, NY | 10022
p. 212.832.2000 | p. 212.715.7209 | f. 212.755.3230
rgraff@trumporg.com | trump.com

**From:** Owen Reidy
**Sent:** Monday, October 26, 2015 1:26 PM
**To:** Kim Johnson <Kim.Johnson@acninc.com>; Paul Gagnier <Paul.Gagnier@acninc.com>
**Cc:** Rhona Graff <rgraff@trumporg.com>
**Subject:** RE: ACN Mutual Termination Agreement

Kim,

With my apologies for the delay, attached please find a countersigned agreement executed by Mr. Trump. Thank you for your help with this matter.

Best,
Owen

**Owen Reidy**
Assistant General Counsel
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3242
oreidy@trumporg.com | trump.com

**From:** Kim Johnson [mailto:Kim.Johnson@acninc.com]
**Sent:** Thursday, October 01, 2015 12:29 PM
**To:** Paul Gagnier <Paul.Gagnier@acninc.com>; Owen Reidy <OReidy@trumporg.com>
**Cc:** Rhona Graff <rgraff@trumporg.com>
**Subject:** RE: ACN Mutual Termination Agreement

Attached please find the Agreement signed by Robert Stevanovski. Please let me know if you need anything futher.

Kind regards,

Kim Johnson
Assistant to Robert Stevanovski, Chairman
704 260 3677

**From:** Paul Gagnier
**Sent:** Thursday, October 01, 2015 6:40 AM
**To:** 'Owen Reidy'

**Cc:** 'Rhona Graff'; Kim Johnson; Robert Stevanovski
**Subject:** ACN Mutual Termination Agreement

Hi Owen –

Conceptually, this change is fine as it is also our intent to cease use of Mr. Trump's images, marks, etc. Note, however, that those images etc. are on some existing print materials. We are undertaking efforts to get those materials out of the market, and will continue to do so, but I assume that you understand that that will not occur instantly and that there will be some legacy materials in the hands of our distributors.

Best
Paul

---

**From:** Owen Reidy [mailto:OReidy@trumporg.com]
**Sent:** Wednesday, September 30, 2015 11:19 PM
**To:** Paul Gagnier; Robert Stevanovski
**Cc:** Rhona Graff; Kim Johnson
**Subject:** RE: ACN Mutual Termination Agreement

Dear Paul and Robert,

My apologies for the delay in getting a countersigned agreement back to you, there has been a lot of activity around here as of late, as I am sure you can imagine. As Rhona mentioned to Kim earlier this afternoon, Mr. Trump finally has a chance to review the agreement earlier today and he asked that we include one additional concept. I am attaching a revised agreement together with a blackline against the version that you had approved and executed which shows the change Mr. Trump is requesting. I would appreciate it if you would review this change and, assuming it's acceptable to you, send over an executed copy of this revised agreement. Once we have your signature Mr. Trump will countersign and I will circulate a fully executed document.

Please let me know any questions.

Thank you.
Owen



**Owen Reidy**
Assistant General Counsel
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3242
oreidy@trumporg.com | trump.com

---

**From:** Paul Gagnier [mailto:Paul.Gagnier@acneuro.com]
**Sent:** Friday, August 28, 2015 2:01 PM
**To:** Owen Reidy <OReidy@trumporg.com>
**Cc:** Rhona Graff <rgraff@trumporg.com>; Robert Stevanovski <RStevano@acninc.com>
**Subject:** ACN Mutual Termination Agreement

Dear Owen –

Robert asked me to forward the signed agreement to you. Please have it signed and return it to me. I assume that you are okay with using scanned signatures, but I am happy to send originals if you need them.

Best
Paul


Paul O. Gagnier
Executive Vice President, General Counsel & Secretary
ACN, Inc.
+1 (704) 305-9218
+31 (0)6 5101 3598
paul.gagnier@acninc.com
pgagnier@acneuro.com


**From:** Robert Stevanovski
**Sent:** Friday, August 28, 2015 10:40 AM
**To:** Owen Reidy
**Cc:** Rhona Graff; Paul Gagnier
**Subject:** RE: ACN Termination Agreement

Hi Owen, its fine the way you have it, I have copied Paul ( our GC )
I will sign and send back

Thank you for the effort ☺☺☺


**From:** Owen Reidy [mailto:OReidy@trumporg.com]
**Sent:** Friday, August 28, 2015 10:01 AM
**To:** Robert Stevanovski
**Cc:** Rhona Graff
**Subject:** ACN Termination Agreement

Dear Robert,

I received your contact information from Rhona Graff and she asked me to reach out to you to share my minor comments to the Mutual Termination Agreement. Attached please find a revised draft of that agreement and a blackine which shows the changes from your initial draft; as you can see it's really just some clean up changes but I am happy to discuss if you have any concerns.

Best,
Owen Reidy



Owen Reidy
Assistant General Counsel
725 Fifth Avenue |
New York, NY | 10022
p. 212.836.3242
oreidy@trumporg.com
| trump.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the

company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

This email and any files transmitted with it is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. Please do not disclose, copy, distribute or otherwise use this email or its contents without the author's permission.

This email and any files transmitted with it is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. Please do not disclose, copy, distribute or otherwise use this email or its contents without the author's permission.

**Confidential Treatment Pursuant to Protective Order**　　　　　　　　　　　　　　　　　　　　　TTO_000576

## Mutual Termination of Appearance Agreement

**WHEREAS**, ACN, Inc. ("ACN") and Donald J. Trump ("Mr. Trump") (each a "Party" and together the "Parties") have determined that it is in their mutual interest to terminate the Appearance Agreement entered into by the Parties as of February 13, 2013 (the "Agreement");

**IT IS THEREFOR AGREED**, that the Agreement shall be terminated effective as of the date of this document (the "Termination Date"). For the avoidance of doubt, effective immediately as of the Termination Date, ACN shall cease all use of Mr. Trump's name and likeness and any trademarks owned by Mr. Trump and all indicia or connection between ACN and Mr. Trump, including without limitation any references to Mr. Trump on any websites owned, controlled or operated by ACN, shall in each case be eliminated.

**IT IS FURTHER AGREED**, that, for good and valuable consideration, the receipt and sufficiency of which is acknowledged by the Parties, each Party releases the other Party (and such other Party's parent companies, affiliates, subsidiaries, officers, directors, employees, agents, representatives, and successors and assigns), from any and all past, present, or future obligations, claims, or liabilities arising from the Agreement, whether or not such obligations, claims, or liabilities are currently known or unknown. Each Party confirms that the other Party has met its obligations under the Agreement through the Termination Date, and neither Party shall have any further obligations under the Agreement after the Termination Date.

**AGREED** this 20th day of June 2015

ACN, Inc.
By: _____
Robert Stevanovski, Chairman

_____
Donald J. Trump