# EXHIBIT 12

| | |
|---|---|
| **From:** | Sheila Marcello <sheila.marcello@acninc.com> |
| **Sent:** | Monday, November 17, 2008 10:31 AM |
| **To:** | Greg Provenzano; Dave Merriman; Allan van Buhler; Tony Cupisz; Mike Cupisz; Robert Stevanovski |
| **Subject:** | 24 HR Game Plan |
| **Attachments:** | 24HRPlan_USENG_111208.pdf |

Here is the proposed language for the 24 hour game plan that discusses the Celebrity Apprentice. Greg, you had said you wanted to have a discussion about this before we finalized.   Please let me know your thoughts and we will load to the websites following the event. ADT Security has been added as well.

Thanks!
sheila

1

ACN010983

# 24 HOUR GAME PLAN



**STEP 1**

## Invite 5 - 7 of your closest friends to your 1st presentation

**When Inviting:  Be Natural (Enthusiasm + Urgency = Great Results)**

"Hello (Name),
I just saw something I'm very interested in that Donald Trump is endorsing and featuring on an upcoming episode of the Celebrity Apprentice this Spring.  It may or may not be for you, however I'm having a few of my closest friends over to take a look at it.  We're getting together at (Time/Location).  Would you do me a favor and stop by?"

**OR**

"Hello (Name),
I just saw something I'm really excited about. Donald Trump is endorsing it and featuring on an upcoming episode of the Celebrity Apprentice this Spring.  Trust me, I know you are going to want to hear about it!  I'm having a few of my closest friends over tonight to take a look at it.  We're getting together at (Time/Location).  Can you make it?"

**If they ask questions:**

"I was just introduced to it myself so I'd rather not try to explain it.  I can tell you this, it's a business opportunity and Donald Trump is endorsing it.  You really need to see this in the same way I did.  Based on our relationship, would you do me a favor and stop by to take a look?"

**If they can't make it:**

"When is the soonest we can get together?"

## GOAL

1. **Have prospects become representatives or customers from your presentations**
2. **Earn Executive Team Trainer (ETT) and Executive Team Leader (ETL) in your 1st 30 days**





[1] To qualify for the Executive Team Trainer position, a representative must be a qualified TT with at least 1 qualified TT in 2 separate legs (at any level). [2] To qualify for the Executive Team Leader position, a representative must have at least 15 Points and at least 1 qualified ETT in 3 separate legs (at any level). *Team Customer Acquisition Bonuses (T-CABs) are paid based on the number of Team Trainers that start in a calendar month and get qualified within their first 30 days.  Points: Digital Phone Service = 1–7 Points (depending on plan selected); Bundled Local and Long Distance Service = 2 Points; Satellite TV = 2 Points; Home Security = 2 points; Long Distance = 1 Point; Wireless = 1–4 Points (depending on plan selected);  DSL = 1 Point; Your Business Assistant = 1 Point.

## Your Initial Customer Sources:

1. Yourself (you can become your own customer)
2. Prospects (who are not interested in the opportunity or who have not yet joined ACN)
   - Digital Phone Service (VoIP), Internet, Satellite TV, ACN Wireless and Home Security
     - sign up at www.myacn.com
   - Local, Long Distance Bundle or Long Distance Stand Alone- call ACN Order Entry at (866) 864-3822

**CUSTOMERS ARE VERY IMPORTANT!!**

**STEP 2**

# Repeat Step 1
**Your 2nd Presentation**

**STEP 3**

# Repeat Step 1 Again
**Your 3rd Presentation**



Success as an ACN representative is not guaranteed, but rather influenced by an individual's specific efforts. Not all ACN Independent Representatives make a profit and no one can be guaranteed success as an ACN Independent Representative.

©ACN 2008 24HrPlnUS_RP_W_070108

**CONFIDENTIAL**

**ACN010984**