# EXHIBIT 15

*Provided to Court on DVD*