# EXHIBIT 17

*Provided to Court on DVD*