# EXHIBIT 18

*Provided to Court on DVD*