# EXHIBIT 19

*Provided to Court on DVD*