# EXHIBIT 20

*Provided to Court on DVD*