# EXHIBIT 21

*Provided to Court on DVD*