# EXHIBIT 22

*Provided to Court on DVD*