# EXHIBIT 24

*Provided to Court on DVD*