# EXHIBIT 26

*Provided to Court on DVD*