# EXHIBIT 27

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Index No. 1:18-cv-09936-LGS

CATHERINE MCKOY, MILLARD WILLIAMS,
MARKUS FRAZIER, and LYNN CHADWICK
individually and on behalf of all
others similarly situated,

    Plaintiffs,

-vs-

THE TRUMP CORPORATION, DONALD J. TRUMP,
in his personal capacity,
DONALD TRUMP, JR.,
ERIC TRUMP, and IVANKA TRUMP,

    Defendants.
_____/

VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

Tuesday, October 11, 2022
9:37 a.m. - 3:16 p.m.

The Mar-a-Lago Club
1100 South Ocean Boulevard
Palm Beach, Florida 33480

Stenographically Reported By
Pamela J. Pelino, RPR, FPR, CLR
Notary Public, State of Florida
TSG REPORTING
Job #:218087

    - - -

Page 60

1                         D.J. TRUMP
2              MR. ROBERT:  If we could take five
3        minutes.  And the time, Ms. Reporter, just to
4        be clear.
5              THE VIDEOGRAPHER:  Off the record.  The
6        time is 10:33.
7              (A brief recess was taken.)
8              MS. KAPLAN:  On the record.
9              THE VIDEOGRAPHER:  On the record.  The
10       time is 10:43.
11  BY MS. KAPLAN:
12       Q.    I'm going to shift gears a little bit,
13  Mr. Trump, and we're going to go to a different
14  topic.
15             Are you familiar with the company known
16  as ACN?
17       A.    Yes.
18       Q.    Do you know what ACN stands for?
19       A.    No.  I did at one time.  I don't remember
20  now.
21       Q.    Isn't it true that ACN is a multilevel
22  marketing company?
23       A.    I believe so, yes.
24       Q.    And do you understand that to be the same
25  thing as a network marketing company?

1        D.J. TRUMP
2    A.   No, I don't.
3    Q.   What's the difference?
4    A.   I don't know.  I don't know.
5    Q.   What is a multilevel marketing company?
6    A.   It's a company that has various
7  platforms, various things that they sell, and they
8  sell them in different manner and form.
9    Q.   And can you explain how a multilevel
10 marketing company differs from a direct selling
11 company?
12   A.   No, I can't.
13   Q.   What's an IBO?
14   A.   I don't know.
15   Q.   I take it from your last answer that you
16 never became an IBO in ACN?
17   A.   What is an IBO?
18   Q.   Let me represent to that you IBO stands
19 for independent business operator.
20   A.   Yeah.  I wouldn't have known that, no.
21   Q.   And it's fair to say that you were never
22 an ACN IBO?
23   A.   No.
24   Q.   And is it fair to say that to the best of
25 your knowledge, no one in your family was a ACN IBO?

Page 62

1                           D.J. TRUMP

2        A.    I believe that to be true.

3        Q.    Sitting here today, do you know how a
4    person became an IBO?

5        A.    No.

6        Q.    Sitting here today, do you know how much
7    it costs to become an IBO?

8        A.    No, I don't.

9        Q.    Sitting here today, do you know how an
10   IBO made money?

11       A.    No, I don't.

12       Q.    Sitting here today, do you know how an
13   IBO's commissions were calculated by ACN?

14       A.    No, I don't.

15       Q.    Sitting here today, have you every heard
16   the phrase "customer acquisition bonus" as used by
17   ACN?

18       A.    No.

19       Q.    I take it, given that, you wouldn't know
20   how IBOs earned customer acquisition bonuses?

21       A.    No, I wouldn't.  Had nothing to do with
22   the company.

23       Q.    Have you ever heard of the ACN phrase "A
24   qualified team trainer"?

25       A.    No.

1       D.J. TRUMP

2       Q.    So you wouldn't know how an IBO became a
3  qualified team trainer?
4       A.    No.
5       Q.    Do you know anything -- I take it for the
6  same thing you wouldn't know the different levels
7  above a qualified team trainer?
8       A.    I wouldn't know that, no.
9       Q.    Okay. Sitting here today, do you know
10 whether attaining certain levels within ACN required
11 IBO -- an IBO to recruit new IBOs into ACN?
12      A.    No, I wouldn't know that.
13      Q.    Have you seen an ACN compensation plan?
14      A.    No.
15      Q.    I take it you would therefore have no
16 understanding of how their compensation plan worked?
17      A.    No, I don't know that.
18      Q.    Have you ever heard, in connection with
19 ACN, the phrase "a downline"?
20      A.    No.
21      Q.    I take it you've never heard the phrase
22 "an upline"?
23      A.    No, I have not.
24      Q.    I take it for the same reasons you
25 have -- sitting here today, you don't know how IBOs

1  D.J. TRUMP
2  earn commissions, either, on downline sales?
3       A.    No, I don't.
4       Q.    Sitting here today, do you -- withdrawn.
5             Do you know -- sitting here today, do you
6  recall ever knowing how many ACN IBOs made a profit
7  in their first year?
8       A.    I don't know.  But I did speak to --
9  during many speeches, I would speak to people that
10 were involved with ACN.  I'm not talking management;
11 I'm talking about people that were involved.  And
12 they were tremendously happy, very happy.
13            I'd see large groups of people before I'd
14 speak and sometimes after I'd speak, and they were
15 tremendously happy.  Some were in there for a long
16 time.  And I always remember that.
17            But I would see them almost all the time
18 in large groups -- you know, fairly large groups or
19 smaller groups or even individually, just by being
20 there, by waiting to speak, et cetera, et cetera,
21 and I'd meet people that were involved with ACN and
22 they loved the company.  That's one of the things
23 that were -- you know, I mean, it was a company that
24 was liked very much by the people I got to meet.
25      Q.    So if I understand your testimony,

```
 1                      D.J. TRUMP
 2   Mr. Trump, when you would give speeches for ACN,
 3   sometimes before the speech or sometimes after the
 4   speech --
 5        A.    Yeah.  Randomly, yeah.
 6        Q.    -- you would meet with groups of people
 7   who were there who were involved with ACN; correct?
 8        A.    Yeah.  As an example, they would come up
 9   and say could we have a picture.  I'd say, what do
10   you do?  I don't know if you call the word
11   "investor" or whatever you'd call it, but we're
12   involved with ACN.  I'd say, Good.  How are you
13   doing?  Oh, we love the company, we love the
14   company.  They were very happy people.
15              And they were there for a long time, too.
16   It wasn't just like they just joined.  They were
17   there for a long time.
18        Q.    Okay.  So some of those conversations
19   would happen as a result of photo opportunities?
20   They wanted to get your picture?
21        A.    Yeah, photo opportunities and just being
22   there.
23        Q.    Okay.  And --
24        A.    And it wasn't set up by ACN.  I mean,
25   you'd just have -- you know, if I'd speak in front
```

1  D.J. TRUMP
2  of thousands of people, there were a lot of people
3  around.
4      Q.   Yeah.  So just natural conversations that
5  would take place either before or after speeches,
6  sometimes --
7      A.   Yeah.
8      Q.   -- people would want to take --
9           (Simultaneous speakers.)
10          THE WITNESS:  Just being there.
11 BY MS. KAPLAN:
12     Q.   And during those conversations, the
13 general sense you had is the people who you spoke
14 with in that capacity said they were very happy with
15 the company?
16     A.   I think in every instance.  I don't think
17 I ever had one that wasn't like somebody with a long
18 face, somebody that wasn't happy.  And these were
19 people that were in that whole ACN system or
20 whatever you might call it.  They'd been there for a
21 long time in many cases.  Some were quicker, but
22 they'd been there for -- in other words, they've had
23 a long time and they were all happy.  They all made
24 money.  I said, Have you done well?  They said,
25 We've done so great.

1                       D.J. TRUMP
2    BY MS. KAPLAN:
3        Q.    So, just to pack that apart if we can --
4    or unpack that statement if we can.
5              The four people you met that you're
6    referring to, those were the four founders of ACN?
7        A.    Yes.
8        Q.    Okay.  And you said that after you met
9    them, you had "One of my very smart people do
10   research on the company"?
11       A.    Yeah.
12       Q.    Who was that person?
13       A.    I think it was George Ross, who worked
14   for me.  I believe.  It was a long time ago.  But I
15   believe -- George was a great guy, smart guy.
16   He's -- I hope he's still around.  I don't know if
17   he is or not.
18       Q.    I was just going to ask the question do
19   you know if he's still alive?
20       A.    I don't know.  He may not be.
21       Q.    What was his job for you?
22       A.    He was a lawyer.
23             MR. ROBERT:  Mr. Trump, sir, I'm just
24         going to respectfully advise you that to the
25         extent you had conversations getting legal

Case 1:18-cv-09936-LGS-SLC   Document 534-27   Filed 03/10/23   Page 11 of 11

Page 91

```
 1                       D.J. TRUMP
 2         advice from him or anyone else, that these
 3         questions would be subject --
 4              THE WITNESS:  Well, he was a lawyer, so I
 5         don't know how you'd respond to that.  But he
 6         was a --
 7              He's an older guy, but very smart.  He
 8         was an older guy then, so I haven't spoken to
 9         him in years.
10    BY MS. KAPLAN:
11         Q.   Do you know when he left the Trump Org?
12         A.   Well, he retired long time ago.  Ten
13    years ago, whatever.
14         Q.   And do you know if as part of the
15    research that he did, he produced any document?
16         A.   I don't think so.  I think he did
17    research.  He was a smart person, and he was just
18    one of many people that liked it.  They liked the
19    company.  The company is still here.  Remember that:
20    They're still here.  Lot of companies aren't around
21    anymore.
22         Q.   I want to follow up with a question your
23    counsel asked or the point that your counsel made,
24    which is I take it from this video that you were
25    asking Mr. Ross to do research about the company
```