# EXHIBIT 36

*Provided to Court on DVD*