# EXHIBIT 37

*Provided to Court on DVD*