UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>          Defendants. | No. 1:18-cv-09936 (LGS) |

## DECLARATION OF MARKUS FRAZIER

I, Markus Frazier, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I enrolled as an ACN Independent Business Owner ("IBO") in 2016 and pursued the opportunity for one year.

2.      During my time as an ACN IBO, I was a resident of Maryland.

3.      I relied on Donald Trump's endorsement of ACN and his statements about the ACN IBO Opportunity when I decided to spend $499 to enroll as an ACN IBO.

4.      I never made any money with ACN. I did not even recover my $499 sign-up fee.

5.      I understand that as a proposed class representative, I am responsible for representing other ACN IBOs who, like me, relied on Trump's endorsement and statements about ACN and the IBO Opportunity.

6.      I take my duties as a proposed class representative seriously. Since this lawsuit was first filed in 2018, I have received updates about the case from my lawyers about the case.

7.      I have reviewed the Complaint in filed in this case. It includes allegations based on my experience with the ACN.

8.      I provided my attorneys information they requested for discovery and also sat for a deposition in 2022.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: March  9 , 2023                      MARKUS FRAZIER