

<div style="text-align:right">
Peter T. Shapiro<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Peter.Shapiro@lewisbrisbois.com<br>
Direct: 212.232.1322
</div>

March 14, 2023

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re: <u>*Catherine McKoy, et al. v. Trump Corp., et al.*,
          No. 18-cv-9936 (LGS) (SLC)</u>

Dear Judge Schofield:

    I am co-counsel for defendants. On March 10, 2023, Plaintiffs filed a sealing application with respect to their motion for class certification (Docket no. 529). We understand that our response thereto was due today under Your Honor's individual rule I.D.3.. Because I have been ensconced yesterday and today in expert depositions in this case per the March 8, 2023, memo endorsed order of Judge Cave (Docket no. 525), I respectfully request that we be given until Friday February 17, 2023 to submit that letter. Plaintiffs' counsel has graciously agreed to this application. This is the first request for an extension.

    Thank you for your attention to this matter.

<div style="margin-left:50%">
Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP
</div>

cc:    all counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

91733370.1