

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

March 14, 2023

**Application GRANTED.** Defendants shall file any letter application to seal portions of Plaintiff's class certification filing by March 17, 2023. So Ordered.

Dated: March 15, 2023
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    <u>*Catherine McKoy, et al. v. Trump Corp., et al.*,
No. 18-cv-9936 (LGS) (SLC)</u>

Dear Judge Schofield:

    I am co-counsel for defendants. On March 10, 2023, Plaintiffs filed a sealing application with respect to their motion for class certification (Docket no. 529). We understand that our response thereto was due today under Your Honor's individual rule I.D.3.. Because I have been ensconced yesterday and today in expert depositions in this case per the March 8, 2023, memo endorsed order of Judge Cave (Docket no. 525), I respectfully request that we be given until Friday February 17, 2023 to submit that letter. Plaintiffs' counsel has graciously agreed to this application. This is the first request for an extension.

    Thank you for your attention to this matter.

        Respectfully,

        /s/ Peter T. Shapiro

        Peter T. Shapiro of
        LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    all counsel of record (via ECF)