UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                      Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a dispute that arose today, Friday, March 17, 2023, during the deposition of ACN Opportunity, LLC ("ACN") executive Robert Stevanovski ("Stevanovski").  The Court denied Plaintiffs' request to compel Stevanovski to answer a question concerning whether and when ACN sent "talking points" to Defendant Donald J. Trump, and provided guidance to Plaintiffs' counsel on non-objectionable questions.  As set forth in the February 16, 2023 order, the questioning in Stevanovski's deposition shall be limited to the substance of Stevanovski's discussions with Defendants' experts.  (ECF No. 541 at 2).

The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter, and in the recording of the call, which the parties may request be transcribed by submitting a request to: etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
           March 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**