# LAW OFFICES
# ROBERT & ROBERT PLLC

526 RXR PLAZA
UNIONDALE, NEW YORK 11566
(516) 832-7000
FACSIMILE (516) 832-7000

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET, SUITE 6400
NEW YORK, NEW YORK 10165*
(212) 858-9270
*NOT FOR MAIL OR SERVICE OF PROCESS

WWW.ROBERTLAW.COM

March 23, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Catherine McKoy, et al. v. Trump Corp., et al.*, No. 1:18-cv-9936 (LGS-SLC)

Dear Judge Schofield:

As you are aware, this firm along with Lewis Brisbois Bisgaard & Smith LLP represents the Defendants in the above-referenced action.[1]

We write in accordance with the Court's March 16, 2023 Order directing Defendants to "file a letter" regarding any decision by "Justice Engoron in the state court action regarding Defendants' motion to vacate and modify the preliminary conference order." Although a formal order has yet to be issued, during the March 21, 2023 conference Justice Engoron declined to adjourn the October 2, 2023 trial date.

We thank the Court for its time and attention to this action.

    Respectfully submitted,

    ROBERT & ROBERT PLLC

    *Clifford S. Robert*

    CLIFFORD S. ROBERT

cc:    All Counsel for Record (via ECF)

---

[1] Donald J. Trump, in his personal capacity, is also represented by Alina Habba, Esq. of Habba Madaio & Associates, LLP.