# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0883
DIRECT EMAIL     rkaplan@kaplanhecker.com

March 23, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

  Re:  *McKoy, et al. v. The Trump Corp., et al.*, No. 18 Civ. 9936

Dear Judge Schofield:

  We write on behalf of Plaintiffs to follow up on Defendants' letter of today's date (ECF 546) concerning trial scheduling issues in this case and the case brought against Defendants by the New York Attorney General. *See People of the State of New York v. Donald J. Trump, et al.*, Index No. 452564/2022 (Sup. Ct. N.Y. Cnty.) (Engoron, J.) (the "NYAG case").

  We refer Your Honor to page 8 of the enclosed transcript from the hearing held earlier this week in the NYAG case where Justice Engoron said the following:

> Another troubling aspect of this case is the role of certain defendants' counsel in the Southern District of New York case captioned Catherine McKoy, M-c-K-O-Y, et al., versus the Trump Corporation, et al., and asking Judge Lorna G. Schofield to delay the trial of that case until early 2024, so as not to conflict with this case. Accordingly, she set a firm trial date of January 29, 2024. Some of the state counsel are now asking this Court to delay this Court -- this case, in particular, the trial thereof, until early 2024, which would conflict with a trial of that case, which would occasion time-consuming negotiations, and necessitate the further delay of one case or the other as defendants might hope, both, in a domino effect. One case delays the other which delays the next. Judges respect each other's prerogatives and disingenuously playing one judge against another is disrespectful and evinces bad faith.

Respectfully submitted,

Roberta A. Kaplan

cc:     Counsel of Record (via ECF)

```
                                                                    1

 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK - CIVIL TERM - PART 37
 2   ---------------------------------------------------X
     PEOPLE OF THE STATE OF NEW YORK,
 3   by LETITIA JAMES,
     Attorney General of the State of New York,
 4
                               Plaintiff,
 5                                          Index No.
            -against-                       452564/22
 6
     DONALD J. TRUMP, DONALD TRUMP, JR.,
 7   ERIC TRUMP, IVANKA TRUMP, ALLEN
     WEISSELBERG, JEFFREY MCCONNEY,
 8   THE DONALD J. TRUMP ORGANIZATION, INC.,
     TRUMP ORGANIZATION LLC, DJT HOLDINGS
 9   LLC, DJT HOLDINGS MANAGING MEMBER,
     TRUMP ENDEAVOR 12 LLC, 401 NORTH
10   WABASH VENTURE LLC, TRUMP OLD POST
     OFFICE LLC, 40 WALL STREET LLC, and
11   SEVEN SPRINGS LLC,

12                               Defendants.
     ---------------------------------------------------X
13   Motion                      New York, New York
                                  March 21, 2023
14

15   B E F O R E :

16            HONORABLE ARTHUR ENGORON,

17                           JUSTICE.

18
     A P P E A R A N C E S :
19
              STATE OF NEW YORK
20            OFFICE OF THE ATTORNEY GENERAL
              LETITIA JAMES
21            ATTORNEYS FOR THE PLAINTIFF
                  28 LIBERTY STREET
22            NEW YORK, NEW YORK 10005
              BY: KEVIN WALLACE, ESQ.,
23                ANDREW AMER, ESQ.,
                  COLLEEN FAHERTY, ESQ.,
24                LOUIS M. SOLOMON, ESQ.,

25                           CONTINUED:
```

2

```
 1   APPEARANCES CONTINUED:

 2           HABBA MADAIO & ASSOCIATES, LLP
             ATTORNEYS FOR DEFENDANT DONALD J. TRUMP
 3           AND THE TRUMP ENTITIES
                 1430 US HIGHWAY 206
 4               BEDMINSTER, NEW JERSEY  07921
             BY: ALINA HABBA, ESQ.,
 5               ARMEN MORIAN, ESQ.,

 6           ROBERT & ROBERT, PLLC
             ATTORNEYS FOR DEFENDANTS
 7           DONALD TRUMP, JR., AND ERIC TRUMP
                 526 RXR PLAZA
 8               UNIONDALE, NEW YORK  11556
             BY: CLIFFORD ROBERT, ESQ.,

 9
             KELLOGG HANSEN TODD FIGEL & FREDERICK, PLLC
10           ATTORNEYS FOR DEFENDANT IVANKA TRUMP
                 1615 M STREET NW
11               WASHINGTON, DC  20036
             BY: REID FIGEL, ESQ.,

12
             CONTINENTAL, PLLC
13           ATTORNEYS FOR DEFENDANTS DONALD J. TRUMP
             REVOCABLE TRUST, DJT HOLDINGS LLC, DJT
14           HOLDINGS MANAGING MEMBER LLC, TRUMP
             ENDEAVOR 12 LLC, 401 NORTH WABASH VENTURE LLC,
15           TRUMP OLD POST OFFICE LLC, 40 WALL STREET LLC
             and SEVEN SPRINGS LLC
16               101 NORTH MONROE STREET
                 TALLAHASSEE, FLORIDA  32301
17           BY: CHRISTOPHER M. KISE, ESQ.,

18

19

20
                         VINCENT J PALOMBO
21                     OFFICIAL COURT REPORTER

22           *           *           *

23

24

25
```

Vincent J Palombo

**Proceedings** 8

1         Another troubling aspect of this case is the role

2    of certain defendants' counsel in the Southern District of

3    New York case captioned Catherine McKoy, M-c-K-O-Y, et al.,

4    versus the Trump Corporation, et al., and asking Judge Lorna

5    G. Schofield to delay the trial of that case until early

6    2024, so as not to conflict with this case.

7         Accordingly, she set a firm trial date of

8    January 29, 2024.

9         Some of the state counsel are now asking this Court

10   to delay this Court -- this case, in particular, the trial

11   thereof, until early 2024, which would conflict with a trial

12   of that case, which would occasion time-consuming

13   negotiations, and necessitate the further delay of one case

14   or the other as defendants might hope, both, in a domino

15   effect.  One case delays the other which delays the next.

16        Judges respect each other's prerogatives and

17   disingenuously playing one judge against another is

18   disrespectful and evinces bad faith.

19        The final troubling aspect has three related parts.

20   First, according to plaintiff, defendants are subpoenaing

21   third parties and asking whether these third parties are

22   aware of other investigations of defendants.  The harm that

23   this could cause is fairly self-evident.  Targets of

24   investigations could be tipped off prematurely and unfairly.

25        Second, the subject matter of these questions would