March 24, 2023

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Catherine McKoy, et al. v. The Trump Corporation, et al.*, 18-cv-09936 (LGS) (SLC)

Dear Judge Cave:

    We write jointly pursuant to the Court's March 8, 2023 Order, ECF 525, to report that the parties have completed all expert witness depositions and the two-hour deposition of ACN executive Robert Stevanovski. Accordingly, all discovery has now been completed.

    Additionally, the parties have conferred and at this time, the parties do not believe that a settlement conference would be productive and plan to proceed to dispositive motions.

    The parties thank the Court for its attention to this matter.

Respectfully submitted,

---

The Court appreciates the parties' cooperation and certification of the completion of the outstanding discovery.

SO ORDERED 03/24/23

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

| | |
|---|---|
| */s/ John C. Quinn* | */s/ Peter T. Shapiro* |
| Roberta A. Kaplan | Peter T. Shapiro |
| John C. Quinn | |
| Christopher R. Le Coney | LEWIS BRISBOIS BISGAARD |
| Maximillian Feldman | & SMITH LLP |
| | 77 Water Street |
| KAPLAN HECKER & FINK LLP | Suite 2100 |
| 350 Fifth Avenue, 63rd Floor | New York, NY 10005 |
| New York, New York 10118 | peter.shapiro@lewisbrisbois.com |
| Telephone: (212) 763-0883 | |
| Facsimile: (212) 564-0883 | Clifford S. Robert |
| rkaplan@kaplanhecker.com | Michael Farina |
| jquinn@kaplanhecker.com | |
| cleconey@kaplanhecker.com | ROBERT & ROBERT PLLC |
| mfeldman@kaplanhecker.com | 526 RXR Plaza |
| | Uniondale, New York 11556 |
| Andrew G. Celli, Jr. | Telephone: (516) 832-7000 |
| Matthew D. Brinckerhoff | crobert@robertlaw.com |
| O. Andrew F. Wilson | mfarina@robertlaw.com |
| David Berman | |
| Nick Bourland | *Counsel for Defendants* |
| | |
| EMERY CELLI BRINCKERHOFF ABADY | Alina Habba |
| WARD & MAAZEL LLP | |
| 600 Fifth Avenue at Rockefeller Center | HABBA MADAIO & ASSOCIATES LLP |
| New York, NY 10020 | 1430 U.S. Highway 206, Suite 240 |
| Telephone: (212) 763-5000 | Bedminster, NJ 07921 |
| acelli@ecbawm.com | Telephone: (909) 869-1188 |
| mbrinckerhoff@ecbawm.com | ahabba@habbalaw.com |
| awilson@ecbawm.com | |
| dberman@ecbawm.com | *Counsel for Defendant Donald J. Trump, in* |
| nbourland@ecbawm.com | *his personal capacity* |
| | |
| *Counsel for Plaintiffs* | |