# REDACTED
# Exhibit Filed Under Seal

# **EXHIBIT B**