# REDACTED
# Exhibit Filed Under Seal

# EXHIBIT F