REDACTED
Exhibit Filed Under Seal

# EXHIBIT S