

745 Fifth Avenue
Suite 500
New York, NY 10151
nelson.legal

Stephanie E. Niehaus
C: 440 897 1287 • O: 212 457 1668
stephanie.niehaus@nelson.legal

April 11, 2023

VIA ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *McKoy, et al. v. The Trump Corp., et al.*, Case No. 18-cv-09936 (LGS)

Dear Judge Schofield:

    This firm represents non-party ACN Opportunity, LLC ("ACN") in these proceedings. On April 7, 2023, Defendants filed redacted and unredacted versions of their memorandum of law in opposition to Plaintiffs' motion for class certification [ECF Nos. 551 (under seal), 553] and a declaration in support with multiple exhibits filed under seal [ECF Nos. 552 (under seal), 554]. Much of the redacted material in the memorandum and the related exhibits filed under seal implicate ACN's non-public, sensitive business and financial information, which ACN designated confidential in discovery. For the same reasons identified in my March 14, 2023 letter regarding Plaintiffs' class certification submissions [ECF No. 539], and pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases, ACN respectfully requests that its non-public materials submitted under seal by Defendants remain sealed in the public record.

Respectfully,

*/s/ Stephanie E. Niehaus*

Stephanie E. Niehaus


cc:   All Counsel of Record (via ECF)