UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br> v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      *Defendants*. | No. 1:18-cv-09936 (LGS)<br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Nicholas Bourland of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel for Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at nbourland@ecbawm.com.

Dated: New York, New York
   April 12, 2023

            EMERY CELLI BRINCKERHOFF ABADY
            WARD & MAAZEL LLP

            By:     */s/*
               Nicholas Bourland
               600 Fifth Avenue, 10th Floor
               New York, New York 10020
               (212) 763-5000

               *Attorney for Plaintiff*