UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | No. 1:18-cv-09936 (LGS)<br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew G. Celli, Jr. of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel for Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at acelli@ecbawm.com.

Dated: New York, New York
April 12, 2023

                              EMERY CELLI BRINCKERHOFF ABADY
                              WARD & MAAZEL LLP

                              By:        /s/       
                                   Andrew G. Celli, Jr.
                                   600 Fifth Avenue, 10th Floor
                                   New York, New York 10020
                                   (212) 763-5000

                                   *Attorney for Plaintiffs*