UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>      Defendants. | No. 1:18-cv-09936-LGS-SLC |

**DECLARATION OF MATTHEW D. BRINCKERHOFF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

  MATTHEW D. BRINCKERHOFF, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. My name is Matthew D. Brinckerhoff. I am a partner in the firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs Catherine McKoy, Markus Frazier, and Lynn Chadwick ("Plaintiffs"). I submit this declaration in further support of Plaintiffs' Motion for Class Certification.

  2. Annexed as **Exhibit 1** is a true and accurate copy of an ACN Opportunity Disc sleeve produced by non-party ACN.

  3. Annexed as **Exhibit 2** is a true and accurate copy of excerpts of the November 18, 2022 Expert Report of Stacie Bosley.

  4. Annexed as **Exhibit 3** is a true and accurate copy of excerpts of the March 20, 2023 deposition of Joseph F. Hair, Ph.D.

Dated: April 21, 2023

                                                                                               _____
                                                                                                MATTHEW D. BRINCKERHOFF