# EXHIBIT 3

*Filed under seal*