# EXHIBIT 1



**CONFIDENTIAL**                                                                                                                                   **ACN009649**



**CONFIDENTIAL**

**ACN009650**