UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE MCKOY, et al., :
                                     Plaintiffs, :      18 Civ. 9936 (LGS)
                                     -against- :      ORDER

THE TRUMP CORPORATION, et al., :
                                  Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued December 5, 2022, scheduled a pre-motion conference for May 3, 2023, at 4:10 P.M.  That Order directed any party seeking to move for summary judgment to file a letter in advance of the conference.

       WHEREAS, on April 21, 2023, Defendants filed a pre-motion letter in contemplation of a motion for summary judgment.  On April 28, 2023, Plaintiffs filed a response.  It is hereby

       **ORDERED** that the conference scheduled for May 3, 2023, is **CANCELLED**.  It is further

       **ORDERED** that Defendants' motion shall be briefed as follows:

- By **May 26, 2023**, Defendants shall file their motion.  Any memorandum of law in support of the motion shall not exceed twenty-five (25) pages.
- By **June 16, 2023**, Plaintiffs shall file their opposition, not to exceed twenty-five (25) pages.
- By **June 23, 2023**, Defendants shall file their reply, not to exceed ten (10) pages.

The parties shall comply with the Court's Individual Rules regarding motions.  In accordance with those rules, any expert report (or portions of an expert report) submitted as an exhibit shall count to the page total.  If a party submits portions of an expert report as an exhibit, they shall

provide the Court with an electronic, text-searchable courtesy copy of the entire document. The parties shall email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload such a courtesy copy.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 559 and to remove the conference scheduled for May 3, 2023, from the Court's calendar.

Dated: May 1, 2023
       New York, New York

                                    LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE