UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | No. 1:18-cv-09936-LGS-SLC |

**NOTICE OF PLAINTIFFS' MOTION TO EXCLUDE DR. PETERSON'S EXPERT OPINIONS AND TO PRECLUDE DR. HAIR'S SUPPLEMENTAL DECLARATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Christopher R. Le Coney with exhibits annexed thereto, Plaintiffs Catherine McKoy, Markus Frazier, and Lynn Chadwick ("Plaintiffs"), by and through their undersigned counsel, will move this Court, before the Hon. Lorna G. Schofield, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order: (1) excluding Defense Expert Dr. Robert A. Peterson's expert opinions; and (2) precluding Defense Expert Dr. Joseph F. Hair's Supplemental Declaration, ECF 552-20.

Dated: May 5, 2023
New York, New York

/s/ John C. Quinn
Roberta A. Kaplan
John C. Quinn
Christopher R. Le Coney
Maximillian L. Feldman

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
cleconey@kaplanhecker.com
mfeldman@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
Vasudha Talla
Nick Bourland

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, New York 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
vtalla@ecbawm.com
nbourland@ecbawm.com

*Attorneys for Plaintiffs*