UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,

*Defendants*.

No. 1:18-cv-09936-LGS-SLC

**DECLARATION OF CHRISTOPHER R. LE CONEY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DR. PETERSON'S EXPERT OPINIONS AND TO PRECLUDE DR. HAIR'S SUPPLEMENTAL DECLARATION**

I, Christopher R. Le Coney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member in good standing of the Bar of the State of New York and am admitted to practice before this Court. I am associated with the firm Kaplan Hecker & Fink LLP, counsel for Plaintiffs Catherine McKoy, Markus Frazier, and Lynn Chadwick ("Plaintiffs") and the putative classes. I respectfully submit this declaration in support of Plaintiffs' Motion to Exclude Dr. Peterson's Expert Opinions and to Preclude Dr. Hair's Supplemental Declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the March 14, 2023 deposition of Defense Expert Dr. Robert A. Peterson.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the March 20, 2023 deposition of Defense Expert Dr. Joseph F. Hair.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the March 1, 2012 ACN U.S. Compensation Plan Overview that was produced in this litigation with the Bates numbers ACN000151-ACN000156.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the 2012 ACN U.S. Policies and Procedures that was produced in this litigation with the Bates numbers ACN000574-ACN000586.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2023  
New York, New York

*/s/ Christopher R. Le Coney*  
Christopher R. Le Coney