UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CATHERINE McKOY, MARKUZ FRAZIER, and
LYNN CHADWICK, individually and on behalf of
all others simiarly situated,

                              *Plaintiffs*,

              v.

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP, and
IVANKA TRUMP,

                              *Defendants*.
-----------------------------------------------------------------X

Case No. 18-cv-09936 (LGS) (SLC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Carrie C. Turner, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as co-counsel for defendants The Trump Corporation, Donald J. Trump, Donald J. Trump, Jr., Eric Trump and Ivanka Trump, and requests that all papers be served upon her and all communications herein be directed to her.

Dated: New York, New York
        May 18, 2023

                                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                By: __/s/ Carrie C. Turner_____
                                      Carrie C. Turner
                                      *Co-counsel for Defendants*
                                      77 Water Street, Suite 2100
                                      New York, NY 10005
                                      (212) 232-1300
                                      Carrie.Turner@lewisbrisbois.com

95149776.1

2

**<u>CERTIFICATE OF SERVICE</u>**

Carrie. C. Turner, an attorney duly admitted to practice before this Court, certifies that on May 18, 2023, she caused her Notice of Apperance to be filed and served by ECF.

                                                                                   /s/ Carrie C. Turner
                                                                                       Carrie. C. Turner