UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CATHERINE McKOY, MARKUS FRAZIER, and
LYNN CHADWICK, individually and on behalf of
all others simiarly situated,

                             *Plaintiffs*,

                   v.

THE TRUMP CORPORATION, DONALD J.
TRUMP, in his personal capacity,
DONALD TRUMP JR., ERIC TRUMP,
and IVANKA TRUMP,

                             *Defendants*.
-------------------------------------------------------------X

Case No. 18-cv-09936 (LGS) (SLC)

**STIPULATION AND [PROPOSED] ORDER ON DISMISSAL OF CERTAIN DEFENDANTS AND ADMISSABILITY OF EVIDENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersiged attorneys for the parties hereto, as follows:

1. In order to streamline and focus the issues to be adjudicated at trial, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs dismiss, with prejudice, their claims in the above-captioned action against Donald J. Trump, Jr., Eric Trump and Ivanka Trump only (the "Dismissed Defendants"), with each party to bear their own attorneys' fees and costs.

2. Notwithstanding said dismissal, pursuant to the stipulated agreement of the parties, the discovery responses and deposition testimony of the Dismissed Defendants may be used in connection with dispositive motions and at trial of this action, whether as substantive evidence or impeachment evidence, and the Dismissed Defendants' discovery responses, deposition testimony, and other statements in the record shall be deemed admissible under Federal Rule of Civil Procedure 32 and Federal Rule of Evidence 801 to the same extent that would be permitted if the Dismissed Defendants remained parties to the litigation,

without waiver of any party's right to object to the admissibility of any such discovery responses and deposition testimony on grounds other than their dismissal as defendants.

3. The caption of this action shall be amended to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CATHERINE McKOY, MARKUS FRAZIER, and
LYNN CHADWICK, individually and on behalf of
all others simiarly situated,

                            *Plaintiffs*,

       v.

THE TRUMP CORPORATION and DONALD J.
TRUMP, in his personal capacity,

                            *Defendants*.
-----------------------------------------------------------------X

Case No. 18-cv-09936 (LGS) (SLC)

**IT IS SO ORDERED.**

Date: _____May 19_____, 2023

The Clerk of Court is respectfully directed to change the caption on the docket and to terminate the Dismissed Defendants as parties, as stipulated above.

                                                               _____
                                                               LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 18, 2023

Respectfully submitted,

/s/ *John C. Quinn*
Roberta A. Kaplan
John C. Quinn
Christopher R. Le Coney
Maximillian Feldman

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
cleconey@kaplanhecker.com
mfeldman@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, New York 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dberman@ecbawm.com
nbourland@ecbawm.com

*Counsel for Plaintiffs*

/s/ *Peter T. Shapiro*
Peter T. Shapiro

LEWIS BRISBOIS BISGAARD
& SMITH LLP
77 Water Street, Suite 2100
New York, New York 10005
peter.shapiro@lewisbrisbois.com

Clifford S. Robert
Michael Farina

ROBERT & ROBERT PLLC
526 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 832-7000
crobert@robertlaw.com
mfarina@robertlaw.com

*Counsel for Defendants*

Alina Habba

HABBA MADAIO &
ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
Telephone: (909) 869-1188
ahabba@habbalaw.com

*Counsel for Defendant Donald J. Trump,
in his personal capacity*