UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CATHERINE MCKOY, MARKUS FRAZIER and
LYNN CHADWICK individually and on behalf of
all others similarly situated,

                     Plaintiffs,          Case No. 18-cv-00936(LGS)(SLC)

      - against -

THE TRUMP CORPORATION and DONALD J.
TRUMP, in his personal capacity,

                     Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Peter T. Shapiro, Esq., with accompanying exhibits, and other documents of record identified therein, the Rule 56.1 Statement of Undisputed Facts, and Memorandum of Law, the undersigned will move at the United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, before the Honorable Lorna G. Schofield, on a date to be determined by the Court, for an Order: (a) pursuant to Rule 56, F. R. Civ. P., dismissing the Second Amended Complaint and each count thereof because Plaintiffs cannot raise a genuine issue of material facts as to any of their claims for relief; and (b) granting movants costs, fees and such other and further relief as is just and proper.

Dated: New York, New York
      May 26, 2023

                                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                 By: /s/ Peter T. Shapiro
                                     Peter T. Shapiro
                                     Carrie Turner
                                     Greg Johnson
                                     77 Water Street, Suite 2100
                                     New York, New York 10005

>212-232-1300
>Peter.Shapiro@lewisbrisbois.com
>Carrie.turner@lewisbrisbois.com
>Greg.johnson@lewisbrisbois.com
>
>**ROBERT & ROBERT PLLC**
>Clifford S. Robert
>Michael Farina
>526 RXR Plaza
>Uniondale, New York 11556
>516-832-7000
>cobert@robertlaw.com
>mfarina@robertlaw.com

95227618.1

2