UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE MCKOY, et al.,

                              Plaintiffs,

        -against-

THE TRUMP CORPORATION, et al.,

                              Defendants.
------------------------------------------------------------X

18 Civ. 9936 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued May 1, 2023, set a briefing schedule for Defendants' motion for summary judgment. That Order states the parties shall comply with the Court's Individual Rules regarding motions. Individual Rule III.B.3 requires any party who submits portions of a deposition transcript or an expert report as an exhibit in support of or in opposition to a motion to provide the Court with electronic, text-searchable courtesy copies of the entire document.

      WHEREAS, on May 26, 2023, Defendants filed their motion. In connection with their motion, Defendants cited to various depositions and expert reports. In an email to Chambers dated May 23, 2023, Defendants requested an upload link to upload materials cited in connection with Defendants' opposition to Plaintiffs' class certification motion and opposition to Plaintiffs' *Daubert* motion to exclude expert testimony and in support of Defendants' motion for summary judgment. It is hereby

**ORDERED** that, following the conclusion of briefing on Defendants' motion and no later than **June 27, 2023**, the parties shall provide the Court with one joint set of electronic, text-searchable copies of all expert reports and depositions filed as exhibits in connection with Defendants' motion for summary judgment, including those submitted in connection with separate motions.  The parties shall email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload such courtesy copies.

Dated: May 30, 2023
      New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE