UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, et al.,

                Plaintiffs,

-v-

THE TRUMP CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' letter-motions at ECF Nos. 488 and 495 for leave to file documents at ECF Nos. 490 and 494 under seal and to file documents at ECF Nos. 489 and 492 publicly with redactions are GRANTED. The documents filed at ECF Nos. 490 and 494 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 488 and 495.

Dated:     New York, New York
             June 12, 2023

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**