# EXHIBIT 1

Message

**From:** Rhona Graff [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RGRAFF]
**Sent:** 1/25/2008 8:06:31 PM
**To:** Cathy Glosser [cglosser@trumporg.com]
**Subject:** FW: Anne Archer about ACN

Hi Cathy:

I thought I would send this to you for your thoughts since you worked on the initial deal.

What they are offering seems very reasonable and more palatable for DT as he would not need to do any traveling. My main concern is the reputation of ACN as I have heard mixed reports about them. That being said, everyone I have worked with there has been extremely professional and easy to deal with.

Thanks.

Rhona

---

**From:** DolphinEnt@aol.com [mailto:DolphinEnt@aol.com]
**Sent:** Thursday, January 24, 2008 7:42 PM
**To:** Rhona Graff
**Subject:** Anne Archer about ACN

Dear Rhona,

Nice speaking with you again, as always! As you asked, I am putting our notes into an email for our discussion tomorrow around 3 PM.

For the NY ACN meeting, we will follow Mr. Trump's recommendation for the charity. I believe you have a charity selected, and we are happy to do whatever we can to make it a tremendous success. Let's discuss the details when we talk.

For Meadowlands, Saturday afternoon on June 28th looks good. Everyone is looking forward to this event with Mr. Trump.

As I mentioned, Greg and Robert feel that working with Mr. Trump has been terrific. They both expressed that the time has flown by all too quickly. They would love to find a way to continue the agreement, while accommodating Mr. Trump's busy schedule as much as possible.

Greg and Robert both send their thanks to Mr. Trump and to you, Rhona, for having worked so hard to accommodate the ACN schedule for their events.

We would again like to make the offer to Mr. Trump for celebrity endorsement services—while eliminating any need for Mr. Trump to appear in person at the events. We would love to renew the agreement for three years with the same use on DVD and the Internet, and simply film with Mr. Trump and include video greetings to the ACN representatives at the specific events. Greg and Robert both agree with this offer as a way to extend the relationship and still respect the demands on Mr. Trump's time. ACN is offering $2,000,000 for this service.

**Confidential Treatment Pursuant to Protective Order**

**TTO_004386**

Like I said, Greg and Robert really want to continue the personal relationship with Mr. Trump as well, and said that playing golf with him was a highlight last year, and they would enjoy doing that again if that would fit into Mr. Trump's schedule.

They would also like to continue to work together to maximize the charitable contributions they are able to make and you and I can discuss those possibilities.

Thanks so much and all the best,

Anne

704-658-0342
704-252-4074 cell

---

Who's never won? Biggest Grammy Award surprises of all time on AOL Music.

**Confidential Treatment Pursuant to Protective Order**

TTO_004387

| | |
|---|---|
| **From:** | Sheila Marcello <Sheila.Marcello@acninc.com> |
| **Sent:** | Thursday, March 27, 2014 2:10 PM |
| **To:** | Kim Mccarthy; Dave Merriman; Katie Mapel; Alyson Tagliaferri |
| **Subject:** | FW: ACN's fraudulent pitch in Seattle, WA |

FYI – I do think we want to do some investigation.  We are not allowed to say that Donald Trump endorses, but I know that people do and in the past we have said that as well in our materials.  Our new agreement with him is not an endorsement.  I believe most of our materials now say relationship.

---

**From:** Anne Archer <dolphinent@aol.com>
**Date:** Thursday, March 27, 2014 1:11 PM
**To:** Sheila Marcello <Sheila.Marcello@acninc.com>
**Subject:** Fwd: ACN's fraudulent pitch in Seattle, WA

FYI: I am sending this on to Robert….

All the best,

Anne Archer
843-341-6410 main  |  704-252-4074 cell  |  843-341-6418 fax
AnneArcher@DolphinMediaGroup.com  |  http://DolphinMediaGroup.com


-----Original Message-----
From: Rhona Graff <rgraff@trumporg.com>
To: '.' <dolphinent@aol.com>
Cc: Phil O'Grady <pogrady@trumporg.com>
Sent: Thu, Mar 27, 2014 11:40 am
Subject: FW: ACN's fraudulent pitch in Seattle, WA

Hi Anne:

Thankfully, letters like the one below are received very infrequently.  Nevertheless, they do concern us so I wanted to make sure you saw it.

Rhona



**Rhona Graff**
Senior Vice President – Assistant to the President
725 Fifth Avenue | New York, NY | 10022
p. 212.832.2000 | p. 212.715.7209 | f. 212.755.3230
rgraff@trumporg.com | trump.com

---

**From:** Amanda Miller
**Sent:** Thursday, March 27, 2014 10:09 AM
**To:** Rhona Graff
**Subject:** FW: ACN's fraudulent pitch in Seattle, WA

1

CONFIDENTIAL
ACN001078



**Amanda Miller**
Vice President, Marketing
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3218 | f. 212.688.8135
amiller@trumporg.com | trump.com

---

**From:** Maryann Klustner [mailto:maryann.klustner@comcast.net]
**Sent:** Wednesday, March 26, 2014 8:58 PM
**To:** Amanda Miller
**Subject:** ACN's fraudulent pitch in Seattle, WA

Hi,

My son was approached by a group of people from the following company:

ACN Opportunity, LLC
1000 Prospect Place, Concord, NC  28025-2449
Ph.  704.260.3226; www.acninc.com.

They are pitching their business with Donald Trump's endorsement.  Are you aware of this scam?  They are giving presentations in and around Bellevue, WA, specifically at the Hyatt.  It's a classic pyramid scheme and I'm guessing Donald Trump isn't part of it.

Anyway, I thought you would like to know about this.

Regards,

Maryann Klustner

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

CONFIDENTIAL                                                                                                                          ACN001079