# EXHIBIT 2

| Message | |
|---|---|
| **From:** | Rhona Graff [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RGRAFF] |
| **Sent:** | 9/8/2010 4:16:12 PM |
| **To:** | Anne Archer Butcher [dolphinent@aol.com] |
| **Subject:** | FW: Reporter inquiry - Mr. Trump and A C N |

## Anne:
## Please call me about this.

## Thank you.

## Rhona

Rhona Graff
Vice President
Assistant to the President
The Trump Organization
725 Fifth Avenue
New York, NY 10022
**212-832-2000**
**212-715-7209**

---

**From:** Watson, Stuart [mailto:swatson@wcnc.com]
**Sent:** Wednesday, September 08, 2010 12:05 PM
**To:** Rhona Graff
**Subject:** Reporter inquiry - Mr. Trump and A C N

Mr. Trump will be in Charlotte this weekend to give a speech to A C N sales reps.

I'd like to talk to him BEFORE that time to get his reaction to allegations by the state of Montana that A C N is a "pyramid promotional scheme."

Thank you for your prompt response.

Stuart Watson
Investigative Reporter
WCNC-TV
1001 Wood Ridge Center Drive
Charlotte, NC 28217-1901

(704) 329-3619
swatson@wcnc.com