# EXHIBIT 3

| | |
|---|---|
| **From:** | Anne [dolphinent@aol.com] on behalf of Anne <dolphinent@aol.com> |
| **Sent:** | Tuesday, October 26, 2010 10:57 AM |
| **To:** | Sheila Marcello |
| **Cc:** | Katie |
| **Subject:** | Re: Note from Anne about meeting |

I am meeting with Rhona next.
Tag lines would be good.

All the best,

Anne Archer
W: 704-658-0342
M: 704-252-4074
Sent from my iPhone

On Oct 26, 2010, at 8:43 AM, Sheila Marcello <smarcell@acninc.com> wrote:

> Sounds like we need trump to end this for us. I think they are really stretching w the implied financial claim. As long as we don't talk about income and recruiting it seems like it could work. Any product they have on there is implied it is a good product right?
>
> Katie can come up provide you with some of our taglines that we could use. The idea is to convey this is a company u want to be part of not necessarily explain how.
>
> **From:** Anne [mailto:dolphinent@aol.com]
> **Sent:** Tuesday, October 26, 2010 08:35 AM
> **To:** Katie Mapel
> **Cc:** Sheila Marcello
> **Subject:** Re: Note from Anne about meeting
>
> Maybe we could come up with a new tag line that includes home-based business and insist in the war rooms that it be included -- if NBC will agree.
>
> Like:
>
> ACN.
>
> Technology
>
> > Home services
>
> Home-based business . . .
>
> > Wherever you call home
>
> (that last line was to evoke images if fun places people call home...beach, mountains, NY skyline)

1

But I am grasping here. Ha!  I do not want to give up. Want to find out how far NBC will really go -- all the way through to final edits and broadcasting.

Any ideas--pease share. I am trying to channel the ACN marketing team!  But texts and emails are even better.
All the best,
A

Anne Archer
W: 704-658-0342
M: 704-252-4074
Sent from my iPhone

On Oct 26, 2010, at 7:38 AM, Katie Mapel <kmapel@acninc.com> wrote:

> Greg is fine with changing his...he wanted to look at it again one more time anyway so I think he would be ok changing it. Our concern was that the script would be too long and portions would be cut out...so we kept it as brief as possible. Everything you are saying makes sense to me but I don't think the guys will be happy. They thought when they agreed to be on the show that it could be more about our opportunity. But I will work with you to explain it to them. Travel safe and we can touch base later.
>
> **From**: Anne Archer Butcher [mailto:dolphinent@aol.com]
> **Sent**: Tuesday, October 26, 2010 12:49 AM
> **To**: dolphinent@aol.com <dolphinent@aol.com>; Katie Mapel; Sheila Marcello
> **Subject**: Note from Sadoux about Greg's intro
>
> Dear Sheila and Katie,
>
> Gosh, still working on this with Sadoux--and want to keep you both informed. I took notes and will share below. Sadoux is being very helpful and understands our frustration. He finally had to hang up as it is his fiance's birthday--but we will talk and work on this as soon as I get to NY.
>
> It is a little tricky but I am learning more that may help us work around certain things and achieve others.
>
> Sadoux says that it may truly be best if NBC does not look any further at this segment. He feels we will all get more of what ACN wants in if they take a low profile with NBC. NBC has very, very strict mandates for "standards and practices" as well as the laws I mentioned earlier today. However, they have approved ACN and this show.
>
> Here's an overview of what Sadoux is saying: ACN walks a fine line because it is not retail. It offers an implied financial benefit that could be disputed or not -- a benefit that can effect people in a substantial way [far more than aspirin in many ways!]. That means that the benefit can be questioned and NBC then is supporting the implied claim that those who participate will receive the benefit. Therefore: this commercial cannot be a "recruiting tool." It should help the reps by building the image of the company, showcasing a cool product [video phone], and letting people know it is a home-based business.

2

CONFIDENTIAL                                                                                                                                                     AAB00002896

And Mark Burnett's team do not want the same show as last time, all about the phone, either. They are willing to have "home-based business" in Trump's opening lines which Sadoux says is a coup. He says they will keep that line, for sure.

The issue we are having with Mike's intro is that NBC cares a lot about the <u>tasking paragraph</u>...Mike's words, which have to be in the dossier.

So, Sadoux is wondering if we can put words into Greg's script, rather than Mike's script. <u>Mike is charged with dispensing the task,</u> and NBC cares mostly about anything around that language. Sadoux feels Greg may get away with more liberal company images and description.

Greg is greeting and introducing...and I will brainstorm this with Sadoux tomorrow, but maybe I could suggest something like:

**Greg:** Hello. We're happy to be here with all of you on the Celebrity Apprentice. ACN is a home based business with independent representatives in 21 countries. We're very excited to see what you come up with for ACN.

OR maybe...

**Greg:** Hello. We're happy to be here with all of you on the Celebrity Apprentice. ACN is a home based business and it is also the world's largest direct seller of telecommunications and home services, with independent representatives in 21 countries. We're very excited to see what you come up with for ACN.

Don't know if we can get that...just wondering if Greg would mind if his script is a little longer?

Sadoux says that this commercial should imply that ACN offers emotions like: Freedom, family, connecting [face to face], communicating, joy...etc.

More tomorrow and please offer any feedback to help me in the morning. I arrive at 8AM...

All the best,

Anne

704-252-4074 cell

=

CONFIDENTIAL                                                                                                    AAB00002897