# EXHIBIT 4

Message

| | |
|---|---|
| **From:** | Rhona Graff [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RGRAFF] |
| **Sent:** | 3/7/2016 8:32:46 PM |
| **To:** | 'Hope Hicks' [hhicks@donaldtrump.com] |
| **Subject:** | RE: Reuters / Donald Trump speech transcripts |

Spoke with them and we are all on the same page.



**Rhona Graff**
Senior Vice President – Assistant to the President
725 Fifth Avenue | New York, NY | 10022
p. 212.832.2000 | p. 212.715.7209 | f. 212.755.3230
rgraff@trumporg.com | trump.com

---

**From:** Hope Hicks [mailto:hhicks@donaldtrump.com]
**Sent:** Monday, March 07, 2016 3:23 PM
**To:** Rhona Graff <rgraff@trumporg.com>
**Subject:** Fw: Reuters / Donald Trump speech transcripts

Rhona,
Per DJT can you quietly check in with the folks at ACN to ensure nothing gets released?
We are all confident nothing has been said we wouldn't want out there, but I think it's better to be safe than sorry.
Thanks!
Hope

HOPE HICKS

COMMUNICATIONS
Donald J. Trump for President, Inc.
W 212.715.6785
C 203.273.0226

---

**From:** jonathan.allen@thomsonreuters.com <jonathan.allen@thomsonreuters.com>
**Sent:** Monday, March 7, 2016 3:02 PM
**To:** Hope Hicks
**Subject:** RE: Reuters / Donald Trump speech transcripts

Hello Hope – I hoped I might check in with you again on the speech front now I've done a little more research. If/when Mr. Kasich drops out of the race, Mr. Trump may actually end up the one and only person, believe it or not, who can help those of us curious to see what Mrs. Clinton said in private speeches to Goldman Sachs

**Confidential Treatment Pursuant to Protective Order**

and other such organizations. Might he be willing to help this cause? As you know, Mrs. Clinton has made it a precondition of releasing her transcripts that her Republican opponents first "do the same." (Messrs. Cruz, Rubio and Sanders have not given paid speeches since joining the Senate, per their disclosures; Mr. Kasich does speeches from time to time but does not have transcripts made.)

I have looked into the seven "speaking engagements" for which Mr. Trump disclosed payment in his financial disclosure forms. And there's some good news – most of these events were public or open to the press, and videos appear online!

There are three events with ACN where he was either a guest speaker or did a Q&A: A June 2014 training event in Toronto, a similar event later that month in Barcelona, and a third in February 2014. All three events were open to anyone who paid a registration fee, were seemingly attended by thousands, and Mr. Trump's appearances appear on YouTube either in their entirety or in excerpts. If you have your own recordings or transcripts of these events I'd be glad to have them, but it seems to me these basically count as public events.

In December 2014, he gave the keynote speech at the International Council of Shopping Centers expo at the Javits Center. This event was open to the press/public. (And the NYPost covered it, for one.) So again this seems not to count as a private event.

In January 20-15 he gave the keynote speech at the Land Investment Expo in Iowa (and was paid by the expo's organizer, Peoples Realty.) Again this was open to the press, and covered by Dallas Morning News.

The last two are slightly trickier:

In March 2015 he gave the keynote address at the 2015 Samsung National Dealer Summit event. There are brief excerpts online (https://ql.mediasilo.com/#ql/55031dfce4b0cda75c640f83/77040d64-3e64-4936-b31f-c16c02c185d2 ) but no full video, nor does this seem to have been open to the public. Does Mr. Trump have a recording/transcript of what he said here? Would he object if Samsung or the events media organizer released their own recording, if any exists?

Lastly, he did a Q&A at the National Multifamily Housing Council's Spring Board of Directors meeting at the Waldorf Astoria last year. This was entirely closed to press/public. Again, might Mr. Trump have a transcript or a recording to share? Or would he object to the group releasing one? (Mrs. Clinton filled a similar spot a couple of years earlier – perhaps they can both agree to make an exception on this one and keep those remarks private!)

Also, what does Mr. Trump make of Mrs. Clinton's stated position on her Goldman speech transcripts? Does he also think she should release them?

If you have a moment to let me know if you have any more to share in the coming day or two I'd be most grateful. I hope you guys can help. Happy to talk: 646 223 5371.

Thanks
Jonathan.


Jonathan Allen
Correspondent

Confidential Treatment Pursuant to Protective Order                                                      TTO_001114

Reuters
Thomson Reuters

Office: 646-223-5371
Mobile/Signal: 646-369-0432
PGP fingerprint: D0A0 7AA5 15BF 2043 5A06 E4AD 4BDC 3D32 A147 913D
Full key: https://tr.im/jgS9h

jonathan.allen@reuters.com

---

**From:** Allen, Jonathan (Reuters News)
**Sent:** Tuesday, February 23, 2016 9:10 PM
**To:** hhicks@donaldtrump.com
**Subject:** RE: Reuters / Donald Trump speech transcripts

Hello Hope
I just wanted to follow up on my query below after Mrs. Clinton doubled down tonight that she wouldn't release transcripts of her paid speeches until her Republican opponents did so first. Do you think you can help? I don't know if Mr. Trump is even in the habit of giving paid speeches but it'd be good to know either way. Happy to check in with you on Wednesday - I know it's a busy night!
Thanks
J

---

**From:** Allen, Jonathan (Reuters News)
**Sent:** Friday, February 19, 2016 1:36 PM
**To:** hhicks@donaldtrump.com
**Subject:** Reuters / Donald Trump speech transcripts

Hello Hope
I think you'll have seen that Mrs. Clinton has made it a prerequisite that other candidates release their speech transcripts before she will reveal what she said to Goldman Sachs et al. Is Mr. Trump willing to oblige here? And what does he make of the idea of her making it contingent on what Republican candidates do? Is it possible to get a list of all the paid speeches he's made to private groups since, say, 2009?

I hope you can help. Happy to talk on either number below.
Thanks
J.

Jonathan Allen
Correspondent
Reuters
Thomson Reuters

Office: 646-223-5371
Mobile/Signal: 646-369-0432
PGP fingerprint: D0A0 7AA5 15BF 2043 5A06 E4AD 4BDC 3D32 A147 913D
Full key: https://tr.im/jgS9h

jonathan.allen@reuters.com

Confidential Treatment Pursuant to Protective Order                    TTO_001115