# EXHIBIT 6

FREE
DualDisc™
[DVD & CD in one]
**Inside**

# SUCCESS

What *Achievers* Read

**Kathy Ireland**
Model, Mother
& Mogul

Legendary Coach
**John Wooden**
Mentoring Greatness

HOW
TRUMP
Does It

**America's
Greatest Threat**
Solving the
Dropout Crisis

The Tremendous Life of
**Charlie "T." Jones**



**+27** Resources
for Your
Success

Look
Inside for
Special
*ACN*
Feature

*SUCCESS.com*
*August/September 2008*

Confidential Treatment Pursuant to Protective Order

TTO_007616

SUCCESS

# CONTENTS

*August/September 2006*



**On The Cover**

## 58

## TRUMP POWER

How has Donald Trump succeeded
in building a real estate dynasty,
global brand and hit TV show?
In a word: Focus.
*by Mike Seemuth*

## 51

Discover Resources
for Your Success
27 Must-have tools to gain the competitive edge.
*by Darren Hardy*

Confidential Treatment Pursuant to Protective Order



# A Common Bond:
# ACN and Donald Trump



ACN set an industry first in 2006 when it announced its personal endorsement from multibillionaire and entrepreneurial icon Donald J. Trump. To ACN, it was the announcement that rocked the network marketing world. "Never before had a network marketing company received this type of endorsement," ACN President and Co-Founder Greg Provenzano says. "Mr. Trump is second to none when it comes to knowing what it takes to be a success, and we believe it says a lot about our business model that he chose to put his stamp of approval on ACN."

In reality, this endorsement couldn't make more sense. ACN was built for the entrepreneur. The company strives to help others achieve their dreams, and if anyone knows what it takes to be a successful entrepreneur, it's Donald Trump.

"The beauty of ACN is that you're in business for yourself, but not by yourself," Trump says. "With ACN you have all of the rewards without any of the risks most entrepreneurs have to take."

In addition to ACN's support system and focus on personal development, what grabbed Donald Trump's attention was the ACN Video Phone.

"No matter who you are, no matter what you do, everyone can find value in this technology," Trump says. "With my busy schedule, the ACN Video Phone keeps me personally connected to my contacts around the world—without ever leaving my office."

Donald Trump's endorsement of ACN and praise for its video phone has brought even more energy to the already pumped-up company, and it's standing room only when Mr. Trump is the guest speaker at ACN events.

"I had one of the people on my team do research on the company, and he brought me reports that were unbelievable. I said to myself, I want a piece of that company. ACN is a great company," Trump says.

Confidential Treatment Pursuant to Protective Order



Confidential Treatment Pursuant to Protective Order



FORTUNE
THROUGH
FOCUS
*by* **Mike Seemuth**

Confidential Treatment Pursuant to Protective Order

TTO_007620

# TRUMP POWER

Donald J. Trump—billionaire real estate developer, television celebrity, author and icon—may be the best-known businessman in America. He built his powerful personal brand in real estate and successfully exported it to a broad range of products and services. The Trump name is used to market everything from hotels, casinos and condos to clothing and furniture.

Less obvious is Trump's knack for finding a happy balance between working hard and enjoying life with his family. How does he balance the demands of his professional life, especially when big challenges loom, so they don't compromise his family life? In a word, focus.

"I've learned to balance it by focusing on what I'm doing at that moment. When I'm with my family, they have quality time with me. When I'm working, I'm working," Trump says in a wide-ranging, question-and-answer exchange with *SUCCESS* magazine. "I also love what I'm doing, so I'm an easy person to be around. People who aren't doing what they love can be unhappy or depressed. That is a problem I don't have to worry about. I consider myself very fortunate."

Focus is a poorly appreciated quality yet ranks among the most critical factors in professional success and personal satisfaction, Trump says. He prides himself on his own powers of concentration and insists that anyone he hires show evidence of the same. "I work efficiently, and so must they, which requires focus," he says. "Many people underestimate the importance of focus, but it's something I observe, and I can tell who has it and who doesn't."

Trump says the essence of leadership is setting an example, and in a business setting, the best way for leaders to ensure a positive response is recruiting like-minded employees. "Your people should be a reflection of aspects of yourself. I work fast, I'm disciplined, I'm a positive person and I expect those around me to be that way, too,"

Trump says. "I also look for the hidden talents in people—never label someone by his or her job title. People very often have abilities beyond their positions, and a good leader will recognize that and give them a chance. It serves everyone well."



**Bright Future**
Donald Trump, above, and, opposite, with his father Fred C. Trump

## Mogul in the Making

As a young boy, Donald John Trump showed early signs of real estate mogul in the making. "When I was a child I liked to build skyscrapers with my building blocks. I think that was prescient," Trump says. "I also loved accompanying my father to construction sites. I found it very exciting."

In his teenage years, Trump began to grasp the importance of focusing on the needs of others, the first lesson of negotiation. When he was 13 and a bit of a troublemaker, his parents sent him to a military academy, hoping the experience would direct his energies more productively. It did. "The military academy was terrific for me," Trump says. "I had my first lessons in negotiating because of a very tough drill sergeant. I had to get around him, because I knew I couldn't beat him.... I had to think about what would be good for him, what would make him look good, which is a good approach in negotiating. You have to know where the other side is coming from to be effective."

After Trump graduated from the University of Pennsylvania, his father Fred C. Trump taught him about the real estate business and much more. His father also exemplified how to persevere in the face of formidable distractions. "My father was a great example. He had endured a lot himself, and his fortitude was something I probably inherited," Trump says. "He was always confident in my abilities, and that was a great feeling. It was also something to live up to."

## The Big Apple and Beyond

After a five-year apprenticeship in his father's real estate business in Brooklyn, New York, he went on to reshape the Manhattan skyline and expand far beyond the Big Apple. Today, as chairman and president of The Trump Organization, he oversees a portfolio of residential and commercial properties in Chicago, Las Vegas and Los Angeles, among other U.S. markets, and in foreign markets such as

Confidential Treatment Pursuant to Protective Order                    TTO_007621



Courtesy of Trump Organization

# KEEPING THE MOMENTUM
# THE TRUMP ROUTINE

Rising early, reading voraciously and avoiding staff meetings are some of the habits that Donald Trump has adopted to minimize downtime and maximize his productivity.

"I get up around 5:30 a.m., read a variety of papers and watch the news," Trump says. "Lack of information can be a disaster, and there's no excuse for it, considering the many options we have today of accessing that information.... You have to learn every day."

Trump says he conducts a lot of meetings in a typical workday—one-on-one discussions with staffers and large group get-togethers: "I don't have time-consuming 'staff meetings' because I deal with everyone myself."

Long lunches away from his office are another no-no: "I have lunch at my desk, which takes from 5 to 10 minutes. I dislike going out because it interrupts the momentum.... I keep my momentum going."

Trump relies on a large circle of advisers to guide his decision-making, but he relies even more on his own instincts and information.

"Asking is a way to find out, and an easy one. I listen, but I also do my own research," he says. "Secondhand information is OK but shouldn't be relied on.... I listen to my advisers, but the decision is always mine. So is the responsibility. That's part of being an entrepreneur."

Toronto, Seoul and Panama City. The Trump Organization has more than 30 real estate projects in development worldwide.

Trump and his co-investors own a slew of landmarks in New York City that bear his name. One of the best known is The Trump Building at 40 Wall St., a 1.3 million square-foot office building that stands 72 stories tall, directly across the street from the New York Stock Exchange. His portfolio of residential high-rises in New York includes the 90-story Trump World Tower—one of the tallest apartment buildings in the world—adjacent to the headquarters of the United Nations. His redevelopment success stories in New York City include renovating the former Mayfair Regent Hotel, now a luxury condo apartment building called 610 Park Avenue, and turning the old Hotel Delmonico into a condo called Trump Park Avenue.

Trump is also a major investor in gaming. He is chairman of the board of Trump Entertainment Resorts Inc., which owns and operates three casino-hotels in Atlantic City, New Jersey: the Trump Taj Mahal, Trump Plaza Hotel and Casino and Trump Marina Hotel and Casino.

Trump is most proud of what he calls "the Trump legacy. My father started a business, and I've brought it forward in a way he probably couldn't have imagined, but I think he'd be proud."

Confidential Treatment Pursuant to Protective Order

TTO_007622

# TRUMP POWER

## Unscripted Success

Television exposure has helped Trump achieve national and international recognition. While his success in real estate has made him a wealthy man, Trump's hit TV show *The Apprentice* made him an icon of corporate culture. Contestants in the unscripted NBC game show compete for a full-time job working for Trump, based on how well they perform tasks he assigns them. Trump trims the number of contestants by telling each unlucky one, with a dismissive wave of his hand, "You're fired." The punch line in the ritual termination scene, which has resonated with millions of viewers, began as an ad-lib. "That was spontaneous, it wasn't scripted," Trump says. "I was surprised that it caught on like it did. I would suppose because it is a powerful and final sentence. What's the comeback? There really isn't one."

Critics wrongly predicted that *The Apprentice* would be canceled shortly after the show made its debut on the NBC television network

*Continued on page 65*

# FAMILY BUSINESS
# THE TRUMP LEGACY

Donald Trump's professional life and family life intersect at the company that manages many of his business interests. The Trump Organization employs his three adult children, Donald Jr., Ivanka and Eric.

"I wanted my children to do what they wanted to do—whether it had anything to do with my interests or not. It would be pointless to coerce them, and I didn't," Trump says. "I'm pleased they made their choice to work with me, but I wasn't counting on it."



Don Jr., Ivanka and Eric say they've learned a lot from their father, but possibly the most important lesson is that loving their work is essential for success. Regardless of family ties, if they were not passionate about what they were doing, "we would be weeded out very quickly," says Don Jr., 30.

**Real-Life Apprentices**
Donald J. Trump Jr., from left, Donald Trump, and Ivanka Trump

"There is no question that all of us share my father's passion for the business," stresses Eric, 24. "Hard work and the love of real estate is simply part of the Trump genetic code."

The senior Trump continues to urge his kids to pursue their passions, and over time, their business interests may broaden, just as his have. "For example, Ivanka has her own jewelry collection and shop on Madison

Avenue in addition to her work at The Trump Organization," he says. "She loves jewels, she knows a lot about them, and she's been very successful."

Don, Ivanka and Eric say they admire their father's business acumen, drive and focus. "Hard work is undoubtedly one of the primary attributes that has led to my father's astonishing success," Eric says. Don Jr. says he also looks up to his father for "his ability to see and create value where others do not, and the fact that he always speaks his mind without catering to populist sentiment."

Unlike the sons and daughters of wealthy families who take their money and privilege for granted, Trump says his children have proven themselves as enterprising employees. "They are hard workers, they do well, and the rest follows," he says. "Easy success can be hollow. That will never be the case with them."

Trump says he and his first wife, Ivana, were both strict with their three children, but not unduly so. Don Jr. and Eric say they're grateful for their upbringing.

"My parents raised us with a work ethic and an understanding of the value of a dollar by making us work for it," Don says. "Learning how hard it is to earn at a young age creates a great sense of satisfaction later in life when you are successful. That in turn creates more desire, and continued success usually follows."

Eric says his father was extremely careful "never to hand us anything, other than our educations, on the proverbial silver platter. There is no question that these values have carried over into both our personal and professional lives."

Ivanka, 26, says her father encouraged her and her brothers to take risks, explore and to learn by doing, which helped them all gain self-confidence and independence.

Trump agrees that his children have had the advantage of great educations and travel, but says they were anything but spoiled. "They knew what the expectations were, and they've done exceedingly well. Navigating the business world and society today isn't easy. I'm very proud."

His two youngest children are a big source of pride as well. His wife Melania Trump gave birth to their son, Barron, in 2006; and he has a teenage daughter, Tiffany, from his second marriage to Marla Maples.

Trump is also a grandfather to 1-year-old Kai Madison, daughter of Don Jr. and wife Vanessa. As important as work is for Don, especially at this stage of life, "I do try to be an active force in her life," he says, admitting he's still working on balance. "I just sleep a lot less to come up with the time."

Confidential Treatment Pursuant to Protective Order

TTO_007623



"I WORK FAST, I'M DISCIPLINED, I'M A POSITIVE PERSON AND I EXPECT THOSE AROUND ME TO BE THAT WAY, TOO."

Confidential Treatment Pursuant to Protective Order

# TRUMP POWER



Courtesy of Trump Organization

# BUILDING BLOCKS TO ACHIEVEMENT

## TRUMP'S STRATEGIES

**Management style:** "Leadership is about setting an example," Donald Trump says. "Your people should be a reflection of aspects of yourself."

**Keeping a creative edge:** "I'm interested in many things and that keeps me engaged."

**Perspective:** "Life is fragile. Success is great but that doesn't change the deal. We're here for awhile—that's all."

**Learning from experience:** "I'm honest with myself. You learn the most when you can scrutinize your mistakes, as well as your successes."

**Keeping pace:** "You have to learn every day. The world moves at an incredibly fast pace these days, and if you want to succeed, you will have to keep up. I always ask questions. I don't know everything; no one does. Asking is one way to find out, and an easy one."

**Staying positive:** "Sometimes you're fighting a lonely battle," he writes in *Trump: Never Give Up*. "Keeping yourself company with positive reinforcement and faith in yourself can be the invisible power that separates the winners from the losers. Losers give up."

**Building the brand:** "My buildings often sell out before they are built. My tower on Waikiki sold out in 5 hours, which is a record," he says. "Building a brand takes a long time and I was aware of the importance of that long ago. It has paid off to be so demanding, because when people see the name Trump, they know the standard will be very high."

**Sky High**
Trump International Hotel and Tower in Las Vegas and, opposite, in New York

Confidential Treatment Pursuant to Protective Order

TTO_007625

Continued from page 62

in 2004. Trump initially found few advisers who believed his investment in the show would pay off. "I took a risk when I decided to do *The Apprentice*. Almost everyone advised me not to do it," he says. "I hadn't planned on doing a television show, but I was open to it. When it was a big hit, everyone said it would be a one-season wonder. We're going into our eighth season." The latest incarnation of the show, titled *The Celebrity Apprentice*, pits TV stars, recording artists and other famous contestants against each other.

## Following His Instincts

Trump's successful decision to launch *The Apprentice* despite all the initial doubt is a rich reminder of the potential rewards for daring to stand apart from the herd. Even if it means making mistakes, staying true to one's conviction is important because "you... learn the most when you can scrutinize your mistakes as well as your successes," Trump says.

Embracing ideas contrary to common wisdom is the essence of Trump's entrepreneurial mindset. "The first thing to realize is that being an entrepreneur is not a group effort—you must become your own support team," he says. "You also have to be very determined, and above all, tenacious."

Trump tenaciously pursues a packed schedule. Somehow, between taping episodes of *The Apprentice* and tending to his real estate development business, Trump also makes time for his many other professional pursuits. Among other items on his to-do list are tending to his casino business, writing books and exploring new product endorsement opportunities. His fame as host of *The Apprentice* has helped Trump win endorsement deals for a shelf-full of products: the Donald J. Trump Signature Collection of men's business attire, Trump Home furnishings, Trump Ice bottled water, home-delivered Trump Steaks and Trump Vodka, to name a few.



Over the years, he has also published 14 books. His first book, the seminal best seller *Trump: The Art of the Deal*, was published in 1987. Other best sellers include *Surviving at the Top*, *The Art of the Comeback* and *Why We Want You to be Rich: Two Men, One Message*, co-authored with Robert Kiyosaki.

## Crash and Comeback

Not everything has gone his way, of course. In the early 1990s, for example, Trump struggled to stay in business during a deep slump in the commercial real estate market. Unable to make payments on $9.2 billion in debt, he writes in *Trump: How to Get Rich* that a low point came when he passed a beggar on the street and realized the beggar "was worth $9.2 billion more than I was."

Trump says he recovered by concentrating on how to revive his business, and not panicking over its problems. "I focused on the solution, not the problems. I was steadfast in my positive approach. Sure, I had a lot of big problems, but I regained my focus and just kept working at it, knowing it would work out," he says. "I kept my equilibrium by being positive and circumspect at the same time, so I could be objective. It's hard to function when you are worked up."

Maintaining an even disposition may be easier said than done, especially for people who face withering volatility in their professional or personal lives. But while a positive outlook can be helpful, Trump says neither unbounded pessimism nor blind optimism is a suitable substitute for careful consideration.

"I often ask myself, 'What am I pretending not to see?' It's a good way to troubleshoot and to discover possible blind spots," he says. "Positive thinking must be tempered with that, but without positive thinking, a lot of great things would not have been achieved. Striking a balance is a pragmatic and effective way to go." **S**

Confidential Treatment Pursuant to Protective Order

TTO_007626

# Trump *Timeline*

JUNE 14, 1946
BORN IN QUEENS, NEW YORK.

**FUTURE PLANS**

- Trump SoHo Hotel Condominium in New York
- Trump Towers in Atlanta
- Trump International Hotel & Tower in New Orleans
- Trump International Hotel & Tower in Palm Jumeirah, Dubai
- Trump Ocean Club, International Hotel & Tower, Panama City to open 2010
  —*Brandy Jules*

**1959** Enters New York Military Academy at 13.

**1964** Graduates with honors. While working during the summer with his father, purchases the Swifton Village Apartments in Cincinnati for less than $6 million—and sells for $12 million in a year and a half.

**1968** Graduates from the Wharton School of Finance at the University of Pennsylvania with bachelor's degree in economics; moves to New York to work for his father.

**1974** Becomes president of Trump Organization. Acquires option on Penn Central's Commodore Hotel adjacent to Grand Central Station; partnering with Hyatt Hotel Corp., renovates and opens as 1,400-room Grand Hyatt Hotel in 1980.

**1979** Leases a site on Fifth Avenue to build $200 million apartment-retail complex, Trump Tower, finished in 1982.

**1980s** Focuses on Atlantic City gaming opportunities, developing properties that later would become Trump Plaza, Trump Marina Hotel Casino and the Trump Taj Majal.

**1987** Publishes best seller, *The Art of the Deal.*

**1988** Buys the Plaza hotel on Central Park for a record $407 million.

**1989** Purchases Eastern Airlines Shuttle for $365 million, renaming it Trump Shuttle.

**1990** With recession, Trump faces bankruptcy when unable to make massive loan payments; bailout pact allows Trump to defer some debt, but forces him to give up ownership of Trump Shuttle, most of his interest in the Plaza and other assets. He loses control of some of his real estate to creditor banks and is forced to trade part of his empire to restructure debts. His net worth plummets.

**1994-1997** Starts regaining control of many properties. Sale of his share of Grand Hyatt Hotel in 1996 allows him to extinguish remainder of his personal debt.

**1995** Trump casino business goes public.

**1997** Publishes *The Art of the Comeback.* Reported net worth of $2 billion. Trump International Hotel & Tower opens.

**1998** Starts $5 billion Trump Place at former Penn Central railroad yards, with 5,700 residential units, more than 5 million square feet of commercial space.

**1999** Trump begins developing golf courses.

**2001** Completes Trump World Tower, a 90-story luxury residential building.

**2004** Launches the NBC reality show, *The Apprentice* and becomes executive producer and host. Trump's radio program on Clear Channel Radio premieres.

**2006** Trump Vodka is launched.

**2007** Trump honored with a star on the Hollywood Walk of Fame.

**2008** Trump International Hotel & Tower opens in Chicago. Trump International Hotel & Tower set to open in Las Vegas.



See Trump and Robert Kiyosaki
"Why We Want You to be Rich"
@
success.com/TrumpKiyoVideo

Confidential Treatment Pursuant to Protective Order

TTO_007627