# EXHIBIT 12



Now is the
**TIME.**

You've found the
**PLACE.**

ACN023052



The key to your success as a new

Independent Business Owner (IBO)

is getting off to a fast start in the right

direction.

This welcome booklet gives you all the

information you need to get started right

away and unlock your future!

# Your new life begins today.

Fill in the details below so that you will be able to get the most out of getting started and this booklet.

Business ID: _____

Password: _____

Upline Name: _____

Upline Contact Number: _____

ACN Direct Online Store Address: _____
*See page 16 for details*

2

**ACN023053**

# Table of Contents

Company Overview ..................................................................... 4

ACN's Commitment to Integrity ................................................. 6

ACN & Donald J. Trump: Partners in Success ......................... 7

Important Things to Remember as You Build Your ACN Business........... 8

ACN's 24 Hour Support System ............................................. 10

ACN's Social Networking Sites ............................................... 11

IBO Back Office ....................................................................... 12

Getting Started Tip 1 - ACN's Events ...................................... 13

Getting Started Tip 2 - Understanding the Compensation Plan........... 14

ACN Direct Online Store .......................................................... 16

Getting Started Tip 3 - ACN's Products and Services .............. 18

Getting Started Tip 4 - ACN's Tools ........................................ 21

Getting Started Tip 5 - Launching Your Business ..................... 24

My Personal Commitments ....................................................... 25

Warm Market Memory Jogger .................................................. 26

Personal Warm Market List ...................................................... 28

Getting Started Tip 6 - Presenting the opportunity .................. 30

Where to Get More Training ..................................................... 32

Tips for Building Your Business ............................................... 33

Notes ........................................................................................ 34

10 Point Quick Start Checklist ................................................. 36





ACN023054

# "Trust Me, You Are With The Right Company..."

In 2006, ACN made network marketing history when it received the personal endorsement of Donald J. Trump. Since then, Mr. Trump has continued to praise ACN's Co-Founders and extensive product portfolio.

In July 2008, ACN was featured in SUCCESS Magazine alongside Mr. Trump in a special section on ACN and network marketing. In 2009 and again in 2011, ACN accepted Mr. Trump's invitations to be featured on The Celebrity Apprentice, making network marketing history. Beyond that, Mr. Trump has become a fixture at ACN International Training Events, setting the record for the most appearances from the ACN stage by any ACN special guest speaker.

This billionaire endorsement is powerful, and it's available to you through ACN's Opportunity Disc or on your personal Distributor Website through Your Business Assistant.

> "Welcome to ACN. I've worked with a lot of companies over the years, and I can say with 100% confidence that you've made the right decision choosing ACN. While this experience may be new for you, don't worry. ACN provides you with everything you need to be successful – all the training, support and tools.
>
> Unlike many other network marketing companies, ACN provides products and services people already need and use. So you don't have to convince anyone to use your product – they already do. The beauty of ACN is that you are in business for yourself but not by yourself. You have a great partner by your side, with you every step of the way. You're entrepreneurs, yes...but being an entrepreneur is even better when you have the support of a great company behind you...and ACN is a great company."
>
> **– Donald J. Trump**

"I know what it takes to be a
**SUCCESS**
– and ACN has a
**WINNING BUSINESS MODEL.**"
*– Donald J. Trump*



*Donald J. Trump speaks from the ACN stage in Charlotte, North Carolina.*

*ACN Co-Founders Mike Cupisz and Greg Provenzano joined the cast on ACN's 2011 episode of The Celebrity Apprentice.*

**THE CELEBRITY APPRENTICE**
featured on...
in 2009 and 2011

7

ACN023058

# Presenting the Opportunity

When you first get started, you should work closely with your upline and mentor and make use of all the tools that ACN provides to effectively present the ACN Opportunity to others. For all Independent Business Owners, it is extremely satisfying and exciting to share a life-changing opportunity with others and to watch them grasp the significance of the opportunity that they now have in their hands. Introducing others to the opportunity is important for your business as every customer your downline brings in becomes your customer as well!

Use your Warm Market List, located on pages 28 and 29 to invite 20 to 40 people to your first PBR!

And where's the best place to host your first home meeting? **Your HOME!**

Remember, the key is to expose as many people as possible to the ACN Opportunity, but you do not need to "sell" it to them...we don't need to convince anyone that this is the best opportunity available today. Just let the tools, Donald J. Trump and the opportunity speak for themselves!

## PBRs – Private Business Receptions

PBRs, or home meetings, are the foundation of recruiting, where you invite people to preview the opportunity and see what ACN is all about. Using the 24 Hour Game Plan, you should schedule your first presentation within your first 24 hours. Your upline coach may want to take the lead in your initial presentations until you have the skills and experience in presenting the opportunity yourself.

## During the Presentation:

- Remove all distractions before the presentation, such as phones, children, etc.

- Provide beverages (no alcohol) or light snacks. Ensure that you also provide notepads , writing materials, 1-10 Business Opportunity Presentation Overview Flyers, Home Services Surveys and IBO Agreements for your guests.

- Welcome people as they arrive and introduce guests to each other. Once the presentation is about to begin, make sure all guests are seated.

- Make sure you start on time. Begin by welcoming everyone and thanking them for attending. Tell them a bit about yourself and share a brief testimonial of your ACN journey. Let them know how you feel about what they are about to be introduced to.

- Play the Opportunity Video on the DVD (optional).

- Your upline can either give the business presentation or you can using the 1-10 Business Opportunity Presentation Video, available on the Opportunity DVD.

- Ask guests to hold all questions until the end of the presentation, encouraging them to hear all of the information first. Following the presentation, encourage guests to mingle while you and your upline answer individual questions.

- Focus your attention on those guests who are interested, and sign up those who are ready to get started.

- Get everyone involved in the next Training Event!

30

CONFIDENTIAL                                                                                      ACN023081

# Following the Presentation:

- Get your **Red apples** signed up as an Independent Business Owner and on ACN services, and launch them with the 24 Hour Game Plan. Be sure to promote the next Training Event.

- Get the **Green apples** signed up on ACN services, and be sure to promote the next Training Event so they can find out more about the ACN Opportunity.

- Ask **Brown apples** to sign up for ACN services, and ask for any referrals to take a look at the business opportunity.

- Make sure every guest leaves with the Opportunity Disc and Success from Home magazine in hand. Be sure your guests have your contact information, including your ACN Direct Online Store and Distributor Website URLs, so they can learn more about ACN's products and services and home-based business opportunity.



*As you go about your day to reach your ACN goals, you have to have faith! Faith that you already have the strength to do all that you need to do to be a success in ACN.*

**Debbie Davis**
ACN Senior Vice President and
Circle of Champions Member

31

ACN023082