# EXHIBIT 13

| | |
|---|---|
| **From:** | Anne Archer <dolphinent@aol.com> |
| **Sent:** | Friday, May 4, 2012 10:56 PM |
| **To:** | Katie Mapel |
| **Subject:** | Re: Mr. Trump and Success at Home Magazine request |

Monday he is back. Rhona already has the article and my request. Maybe she will check it this weekend. But we will talk Monday morning and hopefully we can get an approval! Sorry and keeping fingers and toes crossed!

All the best,

Anne Archer
Executive Vice President  |  Dolphin Media Group
704-658-0342  |  704-252-4074 cell  |  704-658-0354 fax
AnneArcher@DolphinMediaGroup.com  |  http://DolphinMediaGroup.com


-----Original Message-----
From: Katie Mapel <kmapel@acninc.com>
To: Anne Archer <dolphinent@aol.com>
Sent: Fri, May 4, 2012 10:47 pm
Subject: Re: Mr. Trump and Success at Home Magazine request

Ok understood. When is he back?

Sent from my iPhone

On May 4, 2012, at 10:36 PM, "Anne Archer" <dolphinent@aol.com> wrote:

> Sending my email again so you can see I responded on Wednesday...
> I contacted Rhona and she said just make sure it is in a final form and she would ask him when he returns.
>
> So I reviewed and made these requests. Based on your urgency, I will send to her this weekend, but she will still have to ask Mr. T. He alone makes those decisions and he was not there this week, Katie, so it is just too short notice for them.
>
> All the best,
>
> Anne Archer
> Executive Vice President  |  Dolphin Media Group
> 704-658-0342  |  704-252-4074 cell  |  704-658-0354 fax
> AnneArcher@DolphinMediaGroup.com  |  http://DolphinMediaGroup.com
>
>
> -----Original Message-----
> From: Anne Archer <dolphinent@aol.com>
> To: kmapel <kmapel@acninc.com>
> Cc: smarcell <smarcell@acninc.com>
> Sent: Wed, May 2, 2012 3:33 pm
> Subject: Mr. Trump and Success at Home Magazine request

1

Katie, hi there! I am reviewing the article you sent last night with Mr. Trump for Success at Home. I know you would like to submit this immediately and get approval to use it, but several things would help.

- If you can replace one of the small DT pics with a copy of his new book cover, that might be good. That will help, I am sure...


- When you said you would like to run this by Thursday, do you mean *tomorrow*?


- The word "partner" is being used, and that might be a bit premature. Is there something else you can say?


"Why Trump Chose ACN
With such an incredible brand, Trump could have partnered with any of the hundreds of direct selling companies around the world. But after doing a great deal of research on the company, he chose to partner with ACN...

"Perhaps the true reason ACN and Trump have partnered in success for six years and counting is the leadership Trump identified right from the beginning. In his own words, 'You won't meet four better guys than the ACN co-founders.'"

- When would this *Success at Home* be released
- How would it be used/distributed/sold?

Any information you can give me will be helpful! Thanks so much.

All the best,

Anne Archer
Executive Vice President  |  Dolphin Media Group
704-658-0342  |  704-252-4074 cell  |  704-658-0354 fax
AnneArcher@DolphinMediaGroup.com  |  http://DolphinMediaGroup.com

2