# EXHIBIT 14

| | |
|---|---|
| **From:** | ACN News <acnnews@acninc.com> |
| **Sent:** | Tuesday, October 31, 2006 4:24 PM |
| **To:** | ACN In Action |
| **Subject:** | Video: Opportunity Disc - So Easy, a Child Could Use It |



This message was sent by ACN Corporate Headquarters using the MyACN Message Center. Message Ref: 578562.175816248

**CONFIDENTIAL**                                                                                                                                       ACN015382

| | |
|---|---|
| **From:** | ACN News <acnnews@acninc.com> |
| **Sent:** | Wednesday, March 12, 2008 6:59 PM |
| **To:** | ACN In Action |
| **Subject:** | SVP: 'Auto-Shipping Makes You Accountable' |



**ACN in Action** — north america — representatives news

3-12-2008

- English
- Español
- Français

'Auto-Shipping Makes You Accountable'
# Don't Miss Out on a Program Making a Huge Impact for ACN's Leaders

ACN's Opportunity Disc featuring none other than Donald J. Trump has proven to be one of the most powerful piquing interest tools the direct selling industry has witnessed in ages. How else can you explain a disc that features a world renowned, multi-billionaire, business mogul ready to impress any prospect while adding instant credibility to your business? ACN's leaders have witnessed the impact of this resource in building their organizations.



"A representative needs to question whether they are serious or not about real growth in their business if they are not on auto-shipping. Auto-Shipping makes you accountable every month to take action in your business." - **Shane Douglas, Circle of Champions member & Senior Vice President**

**Auto-Shipping: How to Sign Up**
The best way to keep the momentum going in your business is by subscribing to **ACN Auto-Shipping** – which delivers a quantity of discs right to your door month after month. Discs ship around the 15th day of each month. Sign up by going online to MyACN for Representatives and selecting the Auto-Shipping icon on the right side of the home page.

Service of ACN, Inc.
We practice permission marketing. If you do not wish to receive these e-mail notices please go to the "My Preferences" page in MyACN, remove your address from the email address field and then click submit. This will remove you from our list of recipients.

To prevent this and other important ACN e-mails you have requested from being rejected by your SPAM filter or routed to your "junk mail" folder, simply add our "From" address (acnnews@acninc.com) to your address book.

© 2008, ACN Inc

This message was sent by ACN Corporate Headquarters using the MyACN Message Center. Message Ref: 1198112.281877767

CONFIDENTIAL                                                                                                                ACN021232