# EXHIBIT 15

*Uploaded to Court*