UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all other similarly situated,

                      Plaintiffs,

-v-

THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, June 22, 2023 at 10:00 am** on the Court's conference line to discuss Plaintiffs' request for "leave to depose, and to seek targeted document discovery related to, four improperly disclosed non-party witnesses whom Defendants rely on extensively in support of their motion for summary judgment." (ECF No. 600 at 1). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
             June 21, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge