UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all other similarly situated,

        Plaintiffs,

-v-

THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 620) for an extension of time to complete the depositions of non-party witnesses Al Plumb, Devonne Richardson, John Barringer, and Angelique Davis (the "Depositions") is GRANTED and the Court orders as follows:

1. The Depositions shall be completed by **August 10, 2023**.

2. By **August 11, 2023**, Plaintiffs shall file a letter certifying the completion of the Depositions.

3. All other terms of the Court's Order at ECF No. 614 remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 620.

Dated:     New York, New York
             July 19, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**