# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br> v.<br><br>THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,<br><br>    *Defendants.* | No. 1:18-cv-09936-LGS-SLC |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Katherine H. Epstein, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter her appearance on behalf of Plaintiffs in the above-captioned action.

Dated: August 4, 2023
    New York, New York

                     Respectfully submitted,

                     /s/ Katherine H. Epstein
                     Katherine H. Epstein
                     KAPLAN HECKER & FINK LLP
                     1050 K Street NW, Suite 1040
                     Washington, DC 20001
                     Telephone: (212) 763-0883
                     kepstein@kaplanhecker.com

                     *Counsel for Plaintiffs*