UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs,*<br><br> v.<br><br>THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,<br><br>     *Defendants.* | No. 1:18-cv-09936-LGS-SLC |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Maximilian T. Crema, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter his appearance on behalf of Plaintiffs in the above-captioned action.

Dated: August 4, 2023
    New York, New York

                   Respectfully submitted,

                   /s/ Maximilian T. Crema
                   Maximilian T. Crema
                   KAPLAN HECKER & FINK LLP
                   350 Fifth Avenue, 63rd Floor
                   New York, New York 10118
                   Telephone: (212) 763-0883
                   mcrema@kaplanhecker.com

                   *Counsel for Plaintiffs*