# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

> Plaintiffs' request at ECF No. 628 is GRANTED. By **September 8, 2023**, Plaintiffs shall file a letter reporting on the status of their follow-up requests regarding non-party witnesses Al Plumb, Devonne Richardson, John Barringer, and Angelique Davis.
>
> SO ORDERED    8/25/2023
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *McKoy, et al. v. The Trump Corporation, et al.*, No. 18 Civ. 09936 (LGS) (SLC)

Dear Judge Cave:

      We write on behalf of Plaintiffs with reference to the Court's June 22, 2023 Order granting Plaintiffs' motion for leave to depose four non-party witnesses disclosed by Defendants ("Defense Witnesses") and permitting Plaintiffs to renew their request for further discovery "on a showing of good cause following the Witnesses' depositions," ECF 614, and pursuant to the Court's August 14, 2023 Order directing Plaintiffs to submit a report on the status of their follow-up discovery requests in light of testimony at the depositions, ECF 627.

      Counsel for Plaintiffs reached out to counsel for both ACN Opportunity, LLC ("ACN") and the Defense Witnesses on August 14, 2023, and met and conferred on August 17, 2023, regarding Plaintiffs' request for discovery relating to the Defense Witnesses' claims of "success" with ACN. Earlier today, ACN proposed that it would produce certain records, but has not yet produced the records or provided information about their contents beyond a high-level description. Three of the four Defense Witnesses have preliminarily declined to produce any records, but discussions are ongoing, and counsel for the Defense Witnesses has stated that the fourth Defense Witness has not yet been reached on this issue. Counsel intend to continue conferring on these issues and Plaintiffs respectfully request leave to submit another status report to the Court two weeks from today on September 8, 2023.

Respectfully submitted,

John C. Quinn

cc:   *All Counsel of Record (via ECF)*