UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all other similarly situated,

                Plaintiffs,

-v-

THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request for a discovery conference (ECF No. 633) is GRANTED, and a telephone conference is scheduled for **Wednesday, September 20, 2023 at 1:00 pm** on the Court's conference line to discuss Plaintiffs' request (the "Request") for an order compelling non-party ACN Opportunity, LLC ("ACN") to produce certain documents and ACN's opposition to the Request (ECF No. 632). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 633.

Dated:    New York, New York
            September 18, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
SARAH L. CAVE
**United States Magistrate Judge**