UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all other similarly situated,

                   Plaintiffs,

-v-

THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,

                   Defendants.

CIVIL ACTION NO.: 18 Civ. 9936 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

For the reasons stated on the record at the discovery conference held today, September 20, 2023 (the "Conference"), Plaintiffs' request (ECF No. 633) for an order compelling non-party ACN Opportunity, LLC ("ACN") to produce the VIP Portal records (the "Records") for Al Plumb, Angelique Davis, John Barringer, and Devonne Richardson (the "Witnesses") is GRANTED, and the Court orders as follows:

1. ACN shall produce the Records by **October 6, 2023**.

2. ACN may redact from the Records the Witnesses' social-security numbers, taxpayer-identification numbers, birth dates, financial-account numbers, and other personal identifiable information ("PII"), and the names and PII of any upline or downline contacts or customers.

3. The parties shall promptly order a transcript of the Conference.

Dated:    New York, New York
            September 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**