UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, et al.,      ) | |
| ) | |
| Plaintiffs,      ) | No. 18-cv-9936-LGS-SLC |
| ) | |
| v.      ) | **NOTICE OF APPEARANCE** |
| ) | |
| TRUMP CORP., *et al.*,      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

PLEASE TAKE NOTICE that Deana Davidian, a member of this Court in good standing, hereby appears in this action as co-counsel of record for Non-Party ACN Opportunity, LLC, and requests that all pleadings and papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: October 30, 2023
      New York, New York          Respectfully submitted,

           ARKIN SOLBAKKEN LLP

           By: */s/ Deana Davidian*
           Deana Davidian (DD 0804)
           900 Third Avenue, 18th Floor
           New York, NY 10022
           Telephone: (212) 333-0200
           Facsimile: (212) 333-2350
           ddavidian@arkin-law.com

           *Co-Counsel for Non-Party ACN Opportunity, LLC*