**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

CATHERINE MCKOY, et al.,

          Plaintiffs,

       v.

TRUMP CORP., *et al.*,

          Defendants.

---------------------------------------------------------------

No. 18-cv-9936 (LGS)

NOTICE OF MOTION TO WITHDRAW
APPEARANCE OF STEPHANIE E.
NIEHAUS

PLEASE TAKE NOTICE that, upon the accompanying declaration of Stephanie E. Niehaus dated October 30, 2023, and pursuant to Local Civil Rule 1.4, Non-Party ACN Opportunity, LLC ("ACN") respectfully requests the withdrawal of the appearance of Stephanie E. Niehaus, Esq. as counsel on ACN's behalf. ACN further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that the email address stephanie.niehaus@nelson.legal be removed from the ECF service notification list for this case.

Deana Davidian of Arkin Solbakken LLP and David G. Redding and Ryan Bennet Simpson of TLG Law will remain as counsel of record for ACN.

Dated: October 30, 2023

Respectfully submitted,

NELSON NIEHAUS LLC

*s/Stephanie E. Niehaus*
Stephanie E. Niehaus
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:    (212) 457-1668
Facsimile:    (646) 766-9945
stephanie.niehaus@nelson.legal

*Withdrawing Counsel for Non-Party ACN Opportunity, LLC*