UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, et al., | ) ) ) |
| Plaintiffs, | ) )  No. 18-cv-9936 (LGS) |
| v. | ) ) )  DECLARTION OF STEPHANIE E. |
| TRUMP CORP., *et al.*, | ) )  NIEHAUS IN SUPPORT OF NOTICE OF ) WITHDRAWAL |
| Defendants. | ) ) ) |

I, Stephanie E. Niehaus, declare and state as follows:

1. I appeared as counsel to Non-Party ACN Opportunity, LLC ("ACN") in this matter on or about February 14, 2020 [ECF No. 168].

2. On May 12, 2022, the Court granted the applications of David G. Redding and Ryan Bennet Simpson to appear *pro hac vice* in this matter as co-counsel to ACN [ECF Nos. 421, 422].

3. On October 30, 2023, Deana Davidian of Arkin Solbakken LLP appeared as counsel to ACN in this matter [ECF No. 643].

4. Due to a change in employment effective November 1, 2023, I will no longer be able to appear on behalf of ACN in this matter. Accordingly, with ACN's knowledge and approval, I request leave of this Court to withdraw my appearance as counsel for ACN pursuant to Local Civil Rule 1.4.

5. ACN will continue to be represented jointly by Ms. Davidian and Messrs. Redding and Simpson.

6. This withdrawal will not affect this action in any way, including the posture of the case and the calendar. Nor will this withdrawal prejudice any party in this matter.

7. I am not asserting a charging or retaining lien against ACN.

8. I am causing this motion, including all papers submitted with the motion, to be served on all parties.

Dated: October 30, 2023
      New York, New York

                                                  Respectfully submitted,

                                                  *s/Stephanie E. Niehaus*
                                                  Stephanie E. Niehaus
                                                  NELSON NIEHAUS LLC
                                                  745 Fifth Avenue, Suite 500
                                                  New York, NY 10151
                                                  Telephone:    (212) 457-1668
                                                  Facsimile:     (646) 766-9945
                                                  stephanie.niehaus@nelson.legal

                                                  *Withdrawing Counsel for Non-Party ACN Opportunity, LLC*