UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRUMP CORP., *et al.*,<br><br>　　　　　　Defendants. | No. 18-cv-9936 (LGS)<br><br>NOTICE OF MOTION TO WITHDRAW APPEARANCE OF STEPHANIE E. NIEHAUS |

　　　PLEASE TAKE NOTICE that, upon the accompanying declaration of Stephanie E. Niehaus dated October 30, 2023, and pursuant to Local Civil Rule 1.4, Non-Party ACN Opportunity, LLC ("ACN") respectfully requests the withdrawal of the appearance of Stephanie E. Niehaus, Esq. as counsel on ACN's behalf. ACN further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules & Instructions, that the email address stephanie.niehaus@nelson.legal be removed from the ECF service notification list for this case.

　　　Deana Davidian of Arkin Solbakken LLP and David G. Redding and Ryan Bennet Simpson of TLG Law will remain as counsel of record for ACN.

Dated: October 30, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　NELSON NIEHAUS LLC

　　　　　　　　　　　　　　　　　　　　　　　*s/Stephanie E. Niehaus*
　　　　　　　　　　　　　　　　　　　　　　　Stephanie E. Niehaus
　　　　　　　　　　　　　　　　　　　　　　　745 Fifth Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10151
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 457-1668
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(646) 766-9945
　　　	　　　　　　　　　　　　　　　　　　　stephanie.niehaus@nelson.legal

　　　　　　　　　　　　　　　　　　　　　　　*Withdrawing Counsel for Non-Party ACN Opportunity, LLC*

---

Attorney Stephanie Niehaus' motion (ECF No. 644) to withdraw as counsel for interested party ACN Opportunity, LLC ("ACN") is GRANTED. The Clerk of Court is respectfully directed to terminate Ms. Niehaus as counsel for ACN, and to close ECF No. 644.

SO ORDERED　　　　10/31/2023

*[signature]*
SARAH L. CAVE
United States Magistrate Judge