**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0883
DIRECT EMAIL      rkaplan@kaplanhecker.com

November 6, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Catherine McKoy, et al. v. The Trump Corporation, et al.*, 18-cv-9936 (LGS) (SLC)

Dear Judge Schofield,

  We write on behalf of Plaintiffs in the above-referenced action with respect to Your Honor's November 1, 2023 Order (ECF 647) scheduling a telephonic conference for November 8, 2023. That conference will relate to Defendants' motion for an order dismissing Plaintiffs' claims without prejudice or severing and transferring Plaintiffs' claims to federal district courts in California, Maryland, and Pennsylvania, ECF 642, as well as our letter proposing that the Court proceed to trial on the current schedule. ECF 641.

  Given the importance of these issues to our clients and the very real possibility that as a practical matter they will lose any opportunity for a merits trial of their fraud claims against Defendant Donald J. Trump, we respectfully request the opportunity to appear in court in person to discuss these issues with Your Honor on November 8. We obviously have no objection should counsel for Defendants wish to appear telephonically.

                 Respectfully submitted,

                 Roberta A. Kaplan

cc: Counsel of Record (via ECF)