

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

November 7, 2023     File No. 40982.40

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Catherine McKoy, et al. v. Trump Corp., et al.*
              Case No. 1:18-cv-9936(LGS)(SLC)

Dear Judge Schofield:

    As you are aware, this firm along with Robert & Robert PLLC represents the Defendants in the above-referenced action. In response to the Court's November 7, 2023 order (ECF no. 653), I am available to appear in Court on November 8, 2023.

    Thank you for your attention to this matter.

                                                     Respectfully,

                                                     /s/ Peter T. Shapiro

                                                     Peter T. Shapiro of
                                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc:     All Counsel of Record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

131676652.1