

Peter T. Shapiro<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Peter.Shapiro@lewisbrisbois.com<br>
Direct: 212.232.1322

November 7, 2023   File No. 40982.40

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *Catherine McKoy, et al. v. Trump Corp., et al.*
             Case No. 1:18-cv-9936(LGS)(SLC)

Dear Judge Schofield:

    As you are aware, this firm along with Robert & Robert PLLC represents the Defendants in the above-referenced action. In response to the Court's November 7, 2023 order (ECF no. 653), I am available to appear in Court on November 8, 2023.

    Thank you for your attention to this matter.

Respectfully,<br><br>
/s/ Peter T. Shapiro<br><br>
Peter T. Shapiro of<br>
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc:    All Counsel of Record (via ECF)

---

*Judge's endorsement:*

The hearing scheduled for November 8, 2023, at 4:30 P.M. will be held in person in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 651.

Dated: November 7, 2023
New York, New York

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
131676652.1