**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCKOY et al.,<br><br>*Plaintiff*<br><br>v.<br><br>THE TRUMP CORP. et al.,<br><br>*Defendants* | No. 1:18-cv-09936-LGS |

**PROPOSED ORDER**

The Court having reviewed the T.E.,E. Mr. Raj K. Patel's Motion to Intervene filed on November 8, 2023, and it appears that good cause exists for the granting of such Motion. Fed. R. Civ. P. 24.

**IT IS THEREFORE ORDERED** that the Mr. Patel's Motion to Intervene is hereby **GRANTED.**

Mr. Patel also asks for regular gatekeeping functions to be performed to terminate his stress and other deprivation of his own ordered civil liberties so that he can ore adequately defend this complaint. 28 U.S.C. §§ 1361 & 1651.

**IT IS THEREFORE FURTHER ORDERED** that the United States Attorney's Office for this Federal district **SHALL IMMEDIATELY** perform the ordered regular gatekeeping functions to T.E.,E. Mr. Patel.

SO ORDERED, THIS _____ DAY OF NOVEMBER 2023.

_____
THE HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing *Pro Se* Motion to File Redacted Complaint on 11/8/2023 to below individuals e-mail and via the Clerk of Court:

Peter T. Shapiro     Peter.Shapiro@lewisbrisbois.com, Michelle.Falconer@lewisbrisbois.com

Roberta Ann Kaplan     rkaplan@kaplanhecker.com, docketing@kaplanhecker.com

Clifford S. Robert     crobert@robertlaw.com

Ogilvie Andrew Fraser Wilson     awilson@ecbawm.com, aberdon@ecbawm.com, docketing@ecbawm.com, dwells@ecbawm.com, kmcdevitt@ecbawm.com

Katherine R. Rosenfeld     krosenfeld@ecbawm.com, aberdon@ecbawm.com, docketing@ecbawm.com, gmejia@ecbawm.com

Jonathan S. Abady     jabady@ecbawm.com, docketing@ecbawm.com, echicas@ecbawm.com, gmejia@ecbawm.com

Matthew D. Brinckerhoff     mbrinckerhoff@ecbawm.com, docketing@ecbawm.com, ijohnson@ecbawm.com

Andrew G. Celli     acelli@ecbawm.com, docketing@ecbawm.com, eamare@ecbawm.com

Deana Davidian     ddavidian@arkin-law.com

Samuel Shapiro     sshapiro@ecbawm.com, asharda@ecbawm.com, docketing@ecbawm.com, mvelez@ecbawm.com

Michael Farina     mfarina@robertlaw.com

Vasudha Talla     vtalla@ecbawm.com, docketing@ecbawm.com, jxu@ecbawm.com

Alina Habba     ahabba@habbalaw.com, mmadaio@habbalaw.com, ringram@habbalaw.com

Carrie Cheryl Turner     carrie.turner@lewisbrisbois.com

John Charles Quinn     jquinn@kaplanhecker.com, docketing@kaplanhecker.com

Matthew J. Craig     mcraig@kaplanhecker.com

Jessica Stebbins Bina     jessica.stebbinsbina@lw.com, NY-CourtMail@lw.com, jessica-stebbins-bina-9091@ecf.pacerpro.com, robert-ellison-6864@ecf.pacerpro.com

David Benjamin Berman	dberman@ecbawm.com, docketing@ecbawm.com, eamare@ecbawm.com

Nicholas Bourland	nbourland@ecbawm.com, aberdon@ECBAWM.com, docketing@ecbawm.com

David G. Redding	everes@tlg-law.com

Maximillian Feldman	mfeldman@kaplanhecker.com

Christopher Ratcliffe Le Coney	cleconey@kaplanhecker.com

Maximilian Crema	mcrema@kaplanhecker.com

Katherine Epstein	kepstein@kaplanhecker.com

Raj K. Patel	rajp2010@gmail.com


Respectfully submitted,



/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live


Dated: November 8, 2023