UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    CATHERINE MCKOY, et al.,

                             Plaintiffs,

                -against-

    THE TRUMP CORPORATION, et al.,

                             Defendants.
------------------------------------------------------------- X

18 Civ. 9936 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a hearing was held on November 8, 2023. It is hereby

    **ORDERED** that the parties each shall submit a letter by **November 15, 2023,** limited to the issue of appeal upon transfer and its effect on the analysis of whether to keep, dismiss or transfer this action. Each letter shall be no longer than three pages.

Dated: November 9, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**