# EXHIBIT 1

1            David Merriman

2        UNITED STATES DISTRICT COURT

3      FOR THE SOUTHERN DISTRICT OF NEW YORK

4    CATHERINE MCKOY, MILLARD

5    WILLIAMS, MARKUS FRAZIER, and

6    LYNN CHADWICK individually and

7    on behalf of all others

8    similarly situated,              Index No.
                                      1:18-cv-09936-LGS
9                 Plaintiff

10   Vs.

11   THE TRUMP CORPORATION, DONALD J.

12   TRUMP, in his personal capacity,

13   DONALD TRUMP JR., ERIC TRUMP,

14   and IVANKA TRUMP,

15                 Defendants.

16

17            Videotape Deposition of
                   David Merriman
18         Thursday August 18, 2022
                  At 9:48 a.m.
19

20

21

      Reported by LeShaunda Cass-Byrd, CSR, RPR
22

23

24

25   JOB NO. 215262

1                    David Merriman

2    3.

3              I just want to ask you a couple of

4    questions about some key terms in this agreement.

5              First, on the first page about maybe

6    two-thirds of the way down the page, you can see a box

7    under the heading "Acceptance and Payment."  And that

8    indicates that the initial fee a person must pay ACN

9    in order to sign this agreement and become an IBO is

10   $499; is that right?

11       A.    Yes.

12       Q.    To your understanding, from the period 2012

13   to 2016, was that the standard IBO enrollment fee?

14       A.    Yes.

15       Q.    If you turn to the second page, and

16   apologies, the font gets a little small, but if you

17   kind of squint at page 3, I think this reflects some

18   testimony you gave earlier, beginning on the third

19   line there's a sentence that says, "I acknowledge that

20   my IBO relationship is with ACN Opportunity, LLC, and

21   not with any ACN provider."

22              Do you see that?

23       A.    Yes.

24       Q.    And is that your understanding that

25   throughout that period, again, let's say 2012 to 2016,

1                    David Merriman

2    purchase themselves or market and sell as they pursue

3    the business opportunity?

4         A.    Yes.

5         Q.    Paragraph 2, just above that, references a

6    compensation plan, and refers to commissions, bonuses,

7    or other compensation earned through the ACN

8    compensation plan.

9              Do you see that?

10        A.    Yes.

11        Q.    And we will come back to this, too.  But at

12   a high level, is that -- are those, basically, the

13   ways in ACN and IBO can earn payments from ACN?

14        A.    Yes.  Commission or bonuses, and there are

15   other types of compensation as well.

16        Q.    Great.  Okay.  We'll go through commissions

17   and bonuses and the others in just a minute.

18              If you look down at paragraph 7, this

19   speaks to the term of the agreement and the

20   possibility of extension.

21              Do you see that?

22        A.    Yes.

23        Q.    Around the 4th or 5th line there, refers to

24   payment of an annual renewal fee in order to extend.

25   So the agreement -- let me back up.  The agreement is

1                     David Merriman

2    for an initial term of one year, right?

3         A.     Correct.

4         Q.     And it can be extended with payment of

5    a renewal fee?

6         A.     And agreeing to the terms and the

7    conditions as of the renewal date.

8         Q.     Okay.  And it specifically here doesn't

9    give an amount for the renewal fee.  It says payment

10   of ACN's annual renewal fee sort of according to the

11   terms and conditions, right?

12        A.     Yes.

13        Q.     If you go back to the first page, the third

14   box down says "U.S. Terms and Conditions," right, and

15   begins a series of numbered paragraphs stating terms

16   and conditions, right?

17        A.     Yes.

18        Q.     And, in fact, at the bottom of that section

19   on the first page it says, "Please see page 2 for

20   additional terms and conditions," right?

21        A.     Yes.

22        Q.     So these that we are looking at here, these

23   numbered paragraphs, these are the terms and

24   conditions; is that right?

25        A.     That is correct.

```
1                      David Merriman

2       A.      Yes.  Different plans, yes.

3       Q.      Okay.  And if you flip -- flip to the next

4  page, kind of in the middle of the page, you can see,

5  again, the AT&T U-verse DSL, right?

6       A.      Uh-huh.  Yes.

7       Q.      But slightly different services.  Here,

8  it's TV only, or different versions of a TV and

9  internet plan; is that right?

10      A.      That's right.

11      Q.      So that's what you're describing, right,

12  some services are classified as preferred, and others

13  are classified nonpreferred?

14      A.      That is correct.

15      Q.      Okay.  Let's -- let's go back to that first

16  page ending in Bates number 018, and stay with the

17  qualification process for a minute.

18              ACN IBOs can be customers themselves,

19  right, they can just enroll in certain services?

20      A.      They can, yes.

21      Q.      And they can enroll family members or

22  people in their household?

23      A.      Sure.  Yes.

24      Q.      And so one way to earn customer points is

25  no just enroll in services oneself, or for members of
```

1                    David Merriman

2   one's household?

3        A.        Yes.

4        Q.        But as we see here, in order to qualify as

5   a qualified team trainer, and ultimately to reach

6   other levels as well, some of the points must be

7   coming from outside of the household, right?

8        A.        That's correct.

9        Q.        Okay.  Above the levels of TT and QTT,

10  there are six more levels, right?

11       A.        Yes.

12       Q.        And they're -- they're referred to as

13  earned positions?

14       A.        Correct.

15       Q.        And to qualify for any of those, an IBO

16  must recruit new team trainers, right?

17       A.        They -- they have to have customers in

18  order to qualify.  Each of those people, so...

19  Recruiting somebody won't get you qualified.

20       Q.        Understanding that there may be customer

21  requirements, too, in order to reach, let's say, the

22  next -- the first earned position, executive team

23  trainer, you must -- and we can see this in the

24  diagram -- you must also, in addition to accumulating

25  customer points, recruit team trainers who then

```
 1                   David Merriman

 2      Q.     Yes.

 3      A.     Yes.  Yes.

 4      Q.     Okay.  All right.  Let's go back to page 2.

 5  I want to ask some more detailed questions about a

 6  couple of the services.

 7             Let me ask you, first, a general question:

 8  Were these services offered by ACN itself or by

 9  separate companies that ACN contracted with?

10      A.     I'm not sure what you mean "offered by."

11      Q.     Well, let's take -- I mean, Verizon

12  Wireless is listed here, right?  Someone can enroll in

13  a Verizon Wireless plan as -- through an ACN IBO?

14      A.     Right.

15      Q.     And so ACN has a contract in place then

16  with Verizon where if somebody comes into Verizon

17  through this channel, ACN gets some benefit, pursuant

18  to its contract with Verizon, right?

19      A.     That is correct.  Yes.

20      Q.     And is that basic structure true for all of

21  these services, or was there variation in how that

22  structure worked?

23      A.     Well, that was similar, except for the ones

24  you see where there's ACN services.  So Flash

25  Wireless, for example -- and the S means Sprint, and
```

David Merriman

```
 1                       David Merriman
 2   the V means Verizon.
 3               In that case, ACN was, they were signing up
 4   through Flash Wireless services, so...
 5               And going back to 2013, I'm not exactly --
 6   I don't exactly remember the sign off process, but
 7   I'll use today, for example, and I think it was the
 8   same, which is the IBOs can go through what we call
 9   their store front, their personal website.  They can
10   direct a customer then to choose the service, that
11   customer then gets redirected to a page that shows the
12   different plans that are available, and then the
13   customer can enroll in that way.  The IBO gets credit
14   for that enrollment based on -- based on all of that.
15   They can either do that -- because going through their
16   website, or they can put the IBO's ID number in there.
17   That's how the IBO gets credit for that service.
18       Q.     But Flash Wireless is a -- I mean, ACN
19   itself doesn't put up the antennas or own the
20   satellites and actually provide the infrastructure for
21   that wireless service, right?
22       A.     Correct.  Correct.  So that's why you
23   got -- the S was Sprint, so those are customers around
24   the Sprint network, but the service is being provided.
25   No different than you see with companies like Cricket
```

1                    David Merriman

2  and TracFone, and the one offered through Wal-Mart

3  services.  Those types of services.  Yeah.

4      Q.    Okay.  And what was the nature of ACN's

5  relationship with Flash Wireless?  Was that a

6  contractual relationship, or a more formal

7  affiliation?

8      A.    Oh, Flash Wireless was a subsidiary of ACN.

9      Q.    Okay.

10     A.    Okay.  And that company contracted with

11  Verizon.

12     Q.    Got it.

13           So ACN owned Flash Wireless?

14     A.    Correct.

15     Q.    Got it.

16           Just starting at the top there's a

17  reference to digital phone service.

18     A.    Yes.

19     Q.    And it -- the first -- the first line there

20  says "residential digital phone service."  You know,

21  again, did -- did -- ACN itself didn't provide the

22  technical infrastructure to support that digital phone

23  service, right?

24     A.    Well, actually, we did.  So we had our own

25  VoIP network.

1               David Merriman

2   there was, sort of, a blast e-mail account that ACN

3   use to communicate with IBO, sometimes posting

4   advisories or additional requirements, right?

5       A.      Yes.

6       Q.      Is that also a way that the documents might

7   get incorporated into the overall agreement between an

8   IBO and ACN Opportunity, LLC?

9       A.      Yeah, if a change was made to the policies

10  or we felt like something needed to be kind of

11  reinforced, we would send out what's called ACN action

12  document to all active IBOs.

13      Q.      By e-mail?

14      A.      By e-mail, yes.

15      Q.      Okay.  So let's focus on this marketing and

16  advertising policy for a minute.  Let me ask you to

17  turn to the first page of it, the first page after the

18  cover which bears the Bates number ACN 000583.  The

19  first section there is called "General Marketing and

20  Advertising Policy."

21              Do you see that?

22      A.      Yes.

23      Q.      And it just want to read the first

24  paragraph, and then I'm going to ask you a couple of

25  questions about it.  That paragraph says, "ACN has

```
 1                    David Merriman
 2   developed a SUCCESS system, based on solid experience
 3   and knowledge.  As such, we have created marketing
 4   materials, business tools, and activities to fully
 5   support this model.  No other marketing materials or
 6   activities are necessary to become successful as ACN
 7   independent representative.
 8             Therefore, ACN strongly discourages our
 9   independent representatives from creating and/or
10   distributing any marketing materials.  Marketing
11   materials for the purpose of this policy is not
12   limited to printed material, but also includes website
13   and online content, appearances and media
14   representation."
15             Do you see that?
16        A.    Yes.
17        Q.    Understanding, again, that there may be
18   changes to verbiage overtime, is the substance of that
19   policy, was that consistent from 2012 to 2016?
20        A.    I believe it was.
21        Q.    And, you know, to make sure I understand
22   it, ACN created it's own marketing materials that it
23   encouraged IBOs to use and strongly discouraged IBOs
24   from creating or using their own marketing materials,
25   right?
```

1                    David Merriman

2        A.     That is correct.  You need to make sure

3    that they are accurate and legal disclaimers, and that

4    sort of things.

5        Q.     Right.  And consistent across IBOs?

6        A.     Correct.  Correct.

7        Q.     And as a practical matter, is it your

8    understanding that as a matter of practice, IBOs

9    overwhelmingly did use ACN's marketing materials?

10       A.     I believe it did, yes.

11       Q.     If you look at Section 3, the heading

12   refers to Cold Marketing.  And it -- the paragraph,

13   and I will read apportion of the paragraph, says, "ACN

14   is a network marketing company that is focussed solely

15   on relationship or, quote, unquote, warm marketing

16   techniques.  ACN strictly prohibits independent

17   representatives from engaging in any, quote, unquote,

18   cold marketing techniques for purposes of customer

19   acquisition at any time.

20              Code marketing is defined as any

21   promotional activity that is geared toward random

22   individuals who have no personal business, social or

23   acquaintance relationship with the promoter."

24              Do you see that?

25       A.     Yes.

1                    David Merriman

2       Q.      And then insofar as they were successful at

3   those meetings and or in follow-up, you know,

4   gatherings like we've talked about, in recruiting

5   people as IBOs, those IBOs then, among themselves,

6   might also have training sessions or other sorts of

7   meetings, and at those as well, ACN created materials

8   were -- were what was used, as opposed to IBO created

9   materials?

10      A.      Correct.  Yeah.  Now, some of those could

11  be just reused, right, so they use them in one meeting

12  and use them the next.  Some of it was online, so they

13  could just bring up -- you know, they could bring up a

14  website on their TV screen and that sort of thing.

15  That's usually what they did.

16      Q.      Okay.  And there was also something, a

17  physical item called the Opportunity Disc, right?

18      A.      Yes.

19      Q.      And that was a significant source of these

20  materials, or instance of these promotional materials

21  created by ACN?

22      A.      It was one of the materials that IBOs could

23  use.  Yes.

24      Q.      And it was -- it was a CD, or a disk of

25  some kind, maybe a DVD, but a disk that IBOs could use

1                        David Merriman

2    at these private business receptions or other similar

3    events, right?

4         A.     They could.  Yes.

5         Q.     And it was sold by ACN to IBOs, right?

6         A.     That is correct.  Yeah.

7         Q.     And there were -- were there other -- were

8    there print materials, as well, brochures, fliers?

9         A.      There were some.  I mean, some of them they

10   got when they first signed up, and then there is other

11   information that they can either download and print

12   themselves, or they could purchase it.  But, you know,

13   most of it -- most of it was online, especially in

14   this time frame.

15            Early -- in the early days, it was more

16   printed and videos and that sort of thing.  As, you

17   know, you get into the more recent times, it was --

18   everything was pretty much online for people to be

19   able to download or -- to either print, or just show

20   on -- to show to other people.

21        Q.     And that -- all of that material -- well,

22   let me just tease apart two different kinds of online

23   content.

24            IBOs, once enrolled, had access to ACN

25   websites, right, where they could pull down, or

1                      David Merriman

2       A.      Well, that was more content that just

3    talked about what was going on in the ACN.  So there

4    was maybe articles about a new plan that maybe one of

5    the company -- carriers was offering.  We may have --

6    and there was a lot of recognition, so we would have

7    recognition for people that earned certain levels and

8    that sort of thing.  That was in the news magazine.

9       Q.      Got it.

10      A.      And, you know, if we were talking about

11   international expansion, that may have been referenced

12   in the news magazine, as well, in terms of which

13   country we are going to launch and what services we

14   offered in -- in those countries.

15      Q.      Is it fair to say then that that magazine

16   primarily was for keeping current IBOs informed and

17   maybe excited and -- and growing their business, but

18   it was directed at the current IBOs for those purpose?

19      A.      That's correct.  Yeah.

20      Q.      As opposed to promotional materials

21   available to IBOs for their use in attracting new IBOs

22   or new customers?

23      A.      Correct.  Yes.

24      Q.      The materials in that later category would

25   include the opportunity disc, and maybe some of these

1                        David Merriman

2    other print or video materials created by ACN?

3        A.       Correct.

4        Q.       Okay.  I want to touch on SUCCESS magazine

5    and Success from Home magazine.

6                 Are you familiar with those publications?

7        A.       Yes, I am.

8        Q.       Can you just generally describe for us what

9    they are and how they relate to ACN?

10       A.       Well, SUCCESS magazine has been around for

11   decades, and that is more of personal development

12   magazine.  It doesn't have anything to do with direct

13   selling, network marketing.  It's more just general

14   business and entre -- more entrepreneurship, I guess I

15   would say, or that personal development side of

16   business.  Completely separate magazine.

17                And then there is also -- there is also

18   Success from Home, which was geared more towards the

19   direct selling business, but also adds some personal

20   development in that as well.  Both of those were

21   available at newsstand, such as Barnes & Noble, those

22   sort of places.

23       Q.       All right.  I want to talk more in detail,

24   but let me mark the next document.

25                (Plaintiff Exhibit 10 was marked for

1                         David Merriman

2    in this e-mail she writes that -- kind of look at the

3    second line, maybe half way over, she refers to

4    Success from Home magazine as, quote, more inhouse

5    than news stand use, as this is a promotional arm of

6    SUCCESS magazine that the network marketing companies

7    use to highlight their companies if invited by SUCCESS

8    magazine.

9              Do you see that?

10       A.    I see what is written here, yes.

11       Q.    Is that a fair description, in your view,

12   of what Success from Home magazine was?

13       A.    I don't know how many of the magazines, for

14   example, were distributed through news stands versus

15   what were distributed, you know, through the companies

16   themselves.  So I can't really comment on that.

17       Q.    So let me break that down a little bit.

18              The Success from Home magazine, as you

19   said, was distributed both through news stands, like

20   Barnes & Noble, but also by network marketing

21   companies who were featured in it, right?

22       A.    And I believe there were also other people

23   in the industry that would just get a subscription to

24   it.  So they -- yeah, they definitely -- because I got

25   a subscription to it, so I would get a copy of that

1                    David Merriman

2    month's Success from Home.  Every month it would

3    come --

4        Q.     Got it.

5        A.     -- regardless as to which company was

6    featured.

7        Q.     So three channels of distribution, as you

8    understand it then, news stand, subscription, and kind

9    of bulk purchase and resell by network marketing

10   companies themselves?

11       A.     That's what I'm aware of.  Yes.

12       Q.     Okay.  Does ACN itself have -- or did it

13   ever have a -- any kind of ownership interest in the

14   SUCCESS entities?

15       A.     No.  Not to my knowledge.

16       Q.     So insofar as ACN had a relationship with

17   SUCCESS, it was a just contractual relationship for

18   bulk purchase and resell of these magazines?

19       A.     They were a vendor of ours for the

20   magazines and some other things, too.

21       Q.     Okay.  There is an entity called SUCCESS

22   Partners.  Do you understand that to be the kind of

23   umbrella entity behind the various SUCCESS

24   publications and other things that you've referenced?

25       A.     Yes.  And it -- it originally was Video



1                              David Merriman



1                    David Merriman



12     Q.     Got it.

13            The magazines were kind of designed though

14   so that IBOs could use to -- to pique interest, right,

15   and they were encouraged to do that?

16     A.     Yes.  They were -- no requirement, but some

17   people did.  Some people used it.

18     Q.     Okay.

19            (Plaintiff Exhibit 12 was marked for

20       identification.)

21   BY MR. QUINN:

22     Q.     So now we have handed you a copy of what we

23   marked as Exhibit 12.  This is an e-mail and

24   attachment produced to us by ACN with the Bates number

25   ACN004835, and this is an e-mail about an auto

1                    David Merriman

2              And we will come to that in a minute.

3              That structure was the same, right, that

4    was a tool available for purchase from ACN by IBOs?

5    A.      Yes.

6    Q.      And at some point, ACN kind of fazed out

7    the physical opportunity disc, but took that same

8    ACN-created consistent content and just made it

9    available online rather than through hey physical CD

10   or DVD?

11   A.      Correct.  Again, it was a matter of giving

12   IBO a tool to be able to use.

13   Q.      Okay.  And still that was a tool that

14   contained set of promotional materials and a tools for

15   which IBO was paying ACN?

16   A.      Which --

17   Q.      In other words, the ACN, once the

18   opportunity disc content moved to an online medium,

19   IBO still had to pay ACN to access it?

20   A.      No.  Most of that was available to them.

21   Just by being in IBO, they can log in.  Difference is,

22   that way we could post it on there, there was no cost

23   to ACN, so therefore, you know, they could access it,

24   you know, just by going by logging in as an IBO.  It

25   wasn't on the public side.  It was on what we call the

1               David Merriman

2     A.    Sure.

3     Q.    That was -- that was designed or the

4  purpose of that was for the IBO's own development,

5  right?

6     A.    Yes.

7     Q.    For their personal use?

8     A.    Success On Demand was marketed to many,

9  many different people, not just indirect -- so it

10 would have been something similar to SUCCESS magazine,

11 which wasn't a direct selling publication, but more of

12 a general business personal development.

13    Q.    Got it.  So then if we look at number 2,

14 that is where we get to piquing tools.

15          Do you see that, P-I-Q-U-I-N-G, piquing?

16    A.    Yes.

17    Q.    It's a term I've used a couple of times

18 today.  I don't know if you've noticed?

19    A.    Okay.

20    Q.    That's a term that we've seen is in a

21 number of ACN documents.  Can you just tell us what

22 ACN means in that term?

23    A.    Well, that's -- it's a tool for an IBO to

24 use to talk to somebody else about potentially being

25 an IBO.  So it's -- the reason why I call it a piquing

1                    David Merriman

2    tool is, it sometimes people that just get involved in

3    a business like this, and if they want to talk to

4    people, they need something to help them, right?  What

5    is that -- what's the kind of icebreaker, right?  What

6    do I say?  What should I do?  So these are tools that

7    they could use to walk people through what the

8    businesses is all about.

9         Q.    Got it.  And the tools referenced here,

10   specifically, are the Success from Home magazine and

11   opportunity discs?

12        A.    Yes.  And called piquing, because it's

13   really to pique their interest to see if they are

14   interested at all.

15        Q.    Got it.  And as we have seen, I mean,

16   dating back to 2006, those are the same two tools that

17   ACN is making available to IBOs for this purpose,

18   right, Success from Home magazines and opportunity

19   disc?

20        A.    Yes.  Again, I don't remember when they

21   started an ended.

22        Q.    Okay.  But they started it at least as

23   early as 2006 and continued at least to mid-2014,

24   correct?

25        A.    Right.

1              David Merriman

2      Q.     And then at some point, the opportunity

3  disc portion was moved online, but the substantial

4  content of it was basically the same, just presented

5  through a non-physical medium?

6      A.     Correct.

7      Q.     Okay.  If you turn one more page to the

8  page that ends in 917, there is a reference to a

9  Cleveland International Training Event.

10             Do you see that?

11     A.     Yes.

12     Q.     And these training events, these were held

13  regularly by ACN, right, throughout the period we have

14  been discussing?

15     A.     Yes.

16     Q.     And IBO is paid to attend those as well,

17  right?

18     A.     Yes.

19     Q.     We can look at a document on this, but can

20  you give us an estimate of what the cost is for an IBO

21  to attend an international training even like this?

22     A.     It was for a full weekend, like mid -- or

23  like Friday afternoon through Sunday afternoon.  And

24  it was about -- depending on, you know,

25  preregistration pricing and at-the-door pricing, it

1                    David Merriman

2   was generally around $129 to $189.

3        Q.    Okay.  Yeah, we've seen one from 2013 that

4   referenced a preregistration price of 160 dollars and,

5   you know, a day-of price of 190 dollars.

6              That sound about representative to you?

7        A.    That could be, yes.

8        Q.    Okay.  Were these events open only to

9   current IBOs or perspective IBOs invited to attend?

10  What was the attendance?

11       A.    They were primarily, like the vast, vast

12  majority, probably 90 percent, if not higher for IBOs

13  because they were training events.  Now, if somebody

14  was from the area, like originally from Cleveland, if

15  I was an IBO -- or if I was an IBO and I knew

16  something in Cleveland, I would want them to stop by

17  and check it out.  You know, they could attend as

18  well.

19       Q.    Okay.  There was no prohibition or barrier

20  on that?

21       A.    No, because we offered guests to register.

22  They could register a guest if they wanted to.

23       Q.    I see.  So an IBO can bring a guest?

24       A.    Now, sometimes a guest maybe their spouse,

25  you know, maybe their business partner, you know, that

1                   David Merriman

2  BY MR. QUINN:

3      Q.     I guess just while we are pulling up the

4  Excel spreadsheet, Mr. Merriman, we've handed you as

5  Exhibit 16, an e-mail bearing the Bates number

6  ACN013646, which is an e-mail chain from February of

7  2010, also referring to and attaching a monthly top

8  300 earners report, right?

9      A.     That is what it says, yes.

10     Q.     And is that consistent with your memory and

11 knowledge from your preparation for today's deposition

12 that, you know, at least up through 2010, ACN was

13 still creating these top 300 earner reports every

14 month?

15     A.     Yes.

16     Q.     All right.  So now we've put up on the

17 screen the attachment, which we'll mark as 16A, and

18 we'll -- this one is even larger, but we'll hand some

19 copies out in the room.  Catherine is going to walk

20 around with this one.

21            But let me ask you -- all right.  Just

22 looking through this, again, Mr. Merriman, this is the

23 same format that we have seen, right?  A series of

24 tabs, top earners ranked by total compensation,

25 country codes, IBOs name and ID, right?  This is the

1                     David Merriman

2   same format as the document that we looked at last?

3       A.      Yeah.  The same format as the previous one.

4       Q.      Okay.  And again, let's go to the reps by

5   earnings tab.

6               Here, again, we see the same sort of

7   summary information providing total numbers of IBOs in

8   a series of earning bands, right?

9       A.      Yes.

10      Q.      And here the numbers are significantly

11  higher, this is January 2010.

22      A.      Okay.

23      Q.      You can scroll down to the bottom.

24      A.      Okay.

25      Q.      Okay.  Do you see here there are a

1                    David Merriman



15     Q.     Well, let me breakdown a few piece of that.

16            When you say "inactive IBO," what do you

17   mean by that?

18     A.     People that are no longer -- their IBOs are

19   no longer active today.

20     Q.     Does that mean the termination of their IBO

21   agreement has passed, they have not renewed, and they

22   are no longer are an IBO?

23     A.     That's what an inactive IBO would be, yes.

24   They are terminated for the cancelled, they are

25   terminated.  He's terminated for compliance reasons.

```
1                    David Merriman
2   on his role as director of marketing?
3       A.      That is correct.
4       Q.      Okay.  All right.  Let's look at the first
5   contract.
6       A.      Okay.
7               (Plaintiff Exhibit 21 was marked for
8         identification.)
9   BY MR. QUINN:
10      Q.      Okay.  So Exhibit 21 that we've handed you
11  is a document produced to us by The Trump
12  Organization, with the Bates numbers TTO000616.  As
13  you can see, it's an internal Trump Organization
14  memorandum, but the memorandum contains, on the second
15  page, a one-page endorsement agreement between Donald
16  Trump and ACN, Inc., right?
17      A.      Yes.
18      Q.      And that's an executed agreement, right,
19  signed by both Donald Trump and Robert Stevanovski?
20      A.      That's what it says, correct.
21      Q.      Okay.  As ACN's corporate representative,
22  can you testify that this was -- this is an
23  endorsed -- I mean, this is an actual contract, it was
24  executed and is binding on these parties?
25      A.      Yes.  This was an executed contract.
```

1                     David Merriman

2        Q.     Okay.  You can see that the title of the

3   contract is entitled, "Endorsement Agreement," right?

4        A.     That is what it says.  Yeah.

5        Q.     And per paragraph 1, "ACN agrees to pay" --

6   maybe four lines down -- "agrees to pay Mr. Trump

7   $1 million to record a video," right?  To record video

8   content.

9        A.     Yes.

10       Q.     And in paragraph 5, "ACN also agrees to pay

11  Mr. Trump a million dollars to speak at a total of

12  three ACN live events, right?

13       A.     That is correct.

14       Q.     You can see in the third line there's a

15  reference to ACN's international events, right?

16       A.     Yes.

17       Q.     And as you said a moment ago, we looked at

18  some documents about those kinds of events earlier,

19  and I just want to clarify, an international event

20  doesn't mean it actually took place outside the

21  United States, right?  Many of them took place

22  domestically in the U.S.?

23       A.     Yes.  They -- these probably all occurred

24  in the U.S.

25       Q.     Although, you --

```
 1                      David Merriman
 2      A.      But they were inviting -- they were open to
 3  all IBOs if they chose to -- to come.
 4      Q.      Got it.
 5              And that was the name we saw in like the
 6  Detroit flier, for example, or some of the other
 7  documents, right, international event?
 8      A.      Yes.
 9      Q.      Okay.  In paragraph 6, you can see that
10  Mr. Trump grants ACN a royalty free license to use the
11  video, as well as recordings of the speeches, but
12  solely for purposes of promoting ACN to current or
13  perspective IBOs; is that right?
14      A.      Yes.  That is what it says.
15      Q.      And ACN did, in fact, use that content in
16  the opportunity disc and another ACN created
17  promotional materials we've talked about this morning?
18      A.      Yes.
19      Q.      Okay.  You can put that to the side for a
20  moment.  I would ask you, this is one of those I will
21  ask you to keep handy, because we may look back at it.
22      A.      Okay.
23              (Plaintiff Exhibit 22 was marked for
24        identification.)
25              MR. QUINN:  Give us just a moment.
```

1                      David Merriman

2       A.      I'm not aware of anything to the contrary.

3  BY MR. QUINN:

4       Q.      Okay.  So trying to put these pieces

5  together, then, looking at Exhibits 25 and 26, and

6  even 24, again, it's indicating that in the same

7  series of a few days in February of 2006, Mr. Trump

8  films the video content in his office in New York with

9  some of the ACN founders present.  And there's also,

10 at the same time, an event in Fort Worth, Texas, at

11 which the Trump endorsement is announced but Mr. Trump

12 doesn't appear personally.

13              Is that your best understanding?

14      A.      Yes.  Mr. Trump did not appear at the Fort

15 Worth convention.  And I see the other documentation,

16 they are all about the same.  Like you said, based on

17 the e-mails, it's approximately the same time.

18      Q.      Right.  Okay.  And so in the first line of

19 Exhibit 25, when Mr. Stevanovski says "It went great.

20 He said some perfect things that we can use for our

21 reps."

22              Do you see that?

23      A.      Yes.

24      Q.      He would appear there to be referring to

25 the video filming, right?

1                      David Merriman

2      A.      Well, not all of them, but some of them

3  would.  And I don't believe there ever would have been

4  a magazine that did not feature ACN that included the

5  Trumps.

6      Q.      I see.  If the Trumps were in, it was

7  because of ACN?

8      A.      Correct.  Correct.

9      Q.      But perhaps there were features about ACN

10 that didn't reference the Trumps in that period?

11     A.      That is possible, yes.

12     Q.      Okay.  Are you aware of any that didn't?

13     A.      I'm not, but --

14              (Reporter Clarification.)

15     A.      I did not go through them.  I did not

16 review all of those as -- either.

17     Q.      Did you review any Success from Home

18 features from that time period?

19     A.      Yes.

20     Q.      And the ones that you reviewed all featured

21 Mr. Trump?

22     A.      Yes.

23     Q.      Is that true of the opportunity discs as

24 well, all the versions of the opportunity disc from

25 2006, up until it was rolled into the website, which I

1                          David Merriman

2      think we established was after mid-2014, all of those

3      also featured Mr. Trump?

4           A.      All of the versions that I reviewed from

5      the first one that included Mr. Trump until, I

6      believe, the last one or 2015, whatever time frame

7      that was, included -- featured President Trump as

8      well.

9           Q.      And in the context of Success from Home,

10     you know, was there sort of a similar process, as with

11     the live events where ACN would draft and create --

12     create the material and then send it to The Trump

13     Organization for collaboration, review and approval?

14          A.      I don't recall whether that was done by ACN

15     to The Trump Organization or if Success from Home and

16     their writers reached out directly to The Trump

17     Organization.

18          Q.      Okay.  Well, let's look through a few

19     documents about this.

20                  (Plaintiff Exhibit 28 was marked for

21        identification.)

22     BY MR. QUINN:

23          Q.      Okay.  So this is an e-mail exchange from

24     October 2006 between Allan Van Buhler at ACN and Rhona

25     Graff at The Trump Organization, right?

```
 1                    David Merriman
 2       A.      I think it was.
 3       Q.      Okay.  And were recordings of Mr. Trump's
 4  live appearances that are also woven into the
 5  opportunity disc or other promotional materials?
 6       A.      I don't remember if there were or if there
 7  weren't, so I just don't remember, you know, to what
 8  degree we used those and if they were allowed to be
 9  used.
10       Q.      Okay.
11               (Reporter clarification.)
12       A.      Allowed to be used.  To the extent we were
13  allowed to use them.
14       Q.      All right.  So just putting those two
15  things together then, so perhaps some of these shorter
16  clips might have been woven into the opportunity disc,
17  and likewise, for clips of event appearance?  But the,
18  kind of, heart of the Trump portions of the
19  opportunity disc was from the 2006 filming?
20       A.      Based on the information we reviewed, that
21  makes sense to me.
22       Q.      Okay.  And that was true from 2006 through
23  2015, or at least up until whatever time in 2014 or
24  2015 the opportunity disc was no longer used?
25       A.      Yes.  I don't recall exactly, you know,
```

1                    David Merriman

2    agreement.

3              (Plaintiff Exhibit 32 was marked for

4    identification.)

5    BY MR. QUINN:

6        Q.    Okay.  Exhibit 32 is a document produced by

7    The Trump Organization with a Bates TTO-000597, and

8    again, this appears to be a hard copy file with some

9    writing on it, but the document itself is a final

10   executed agreement dated January 28th, 2009; is that

11   right?

12       A.    Yes.

13       Q.    And you can see in that first paragraph, it

14   references the prior agreements dated February 6th,

15   2006 and February 8th, 2008, right?

16       A.    Yes.

17       Q.    Those are the ones that we looked at

18   earlier today?

19       A.    Yes.

20       Q.    All right.  And you can see, you know, here

21   again, in the first paragraph, there's discussion of

22   appearances at live events, right, this time four

23   distinct ACN events?

24       A.    Yes.

25       Q.    This time they are actually called national

1                      David Merriman

2    events, right, so even clearer, these are taking place

3    in the U.S.?

4        A.     I believe all of them did, yes.

5        Q.     Okay.  And again, this contract doesn't

6    speak to any separate filming or video content other

7    than the live appearances, right?

8        A.     It does not.

9        Q.     It does in paragraph 1, though, say ACN can

10   record the live appearances?

11       A.     That's correct.

12       Q.     With certain limitations on how those can

13   be used, right?

14       A.     Yes.

15       Q.     This also doesn't include any reference

16   still to Success from Home magazine, right?

17       A.     That is correct.

18       Q.     And yet, members of -- Mr. Trump

19   and members of his family or organization did continue

20   to appear in Success from Home magazine features that

21   featured ACN, right?

22       A.     I'm not sure about this time period, but

23   it's possible.

24       Q.     Okay.  Well, let's put that to the side

25   then, and mark the next document.

1                     David Merriman

2   that SUCCESS, paren, (and he is the publisher), close

3   paren, are an unfair, unbalanced and biased

4   publication and, dash, all they want to probe him

5   about are his successes, his victories and all he does

6   to achieve.  They have no interest in controversy or,

7   quote, 'the other side of the story,' close quote.

8   Darren said he wants Mr. Trump to feel like he is

9   sitting down with a friend who wants to make him and

10  ACN look good, not an adversary.  Darren has a very

11  close relationship with ACN as well, so there would be

12  no surprises," right?

13      A.      That's what it says, yes.

14      Q.      Do you have any reason or basis to dispute

15  that characterization of Darren Hardy and Success that

16  Ms. Marcello wrote?

17      A.      No, I don't.  I don't -- I don't have any

18  opinion either way on this paragraph.

19      Q.      Okay.  You can put that to the side.

20              (Plaintiff Exhibit 36 was marked for

21       identification.)

22  BY MR. QUINN:

23      Q.      All right.  Let's look at the next

24  agreement.

25              All right.  Exhibit 36 is a document

```
1                     David Merriman

2    produced to us by The Trump Organization, with the

3    Bates TTO-000615, and this is a January 14th, 2011,

4    appearance and endorsement agreement, right?

5        A.      Yes.

6        Q.      And this, too, is a final binding agreement

7    executed by both Mr. Stevanovski and Donald Trump,

8    right?

9        A.      Yes.

10       Q.      And you can see, again, in the first

11   paragraph, there is -- there are terms about

12   appearance at 4 ACN Events, right?

13       A.      Yes.

14       Q.      But otherwise, there is no -- no term or

15   discussion about some separate video filming, nor is

16   there any reference to Success from Home, right?

17       A.      Correct.

18       Q.      Okay.  So let's shift gears a little bit.

19   I want to talk about the ACN appearances on the

20   Celebrity Apprentice.

21               As I think we mentioned this morning, ACN

22   was featured on two episodes of the Celebrity

23   Apprentice, right?

24       A.      Yes.

25       Q.      They aired in March of 2009 and March of
```

1                       David Merriman

2   cofounders who participated and appeared, and then the

3   producers had ultimate editorial control over, you

4   know, scripts and content as well as the final

5   editing?

6        A.     Yes.

7        Q.     And did ACN, similar to the first episode,

8   make efforts to promote the episode with its IBOs and

9   make reference to the appearance in various

10  ACN-created promotional materials?

11       A.     Yes.

12       Q.     All right.  Following the 2011 episode,

13  Mr. Trump and ACN continued working together under the

14  2011 endorsement agreement we looked at earlier?

15       A.     Yes.

16       Q.     And then in 2013, in early 2013, they

17  entered into another agreement to -- as you read --

18  clarified, not extends, but continue their contractual

19  relationship?

20       A.     Correct.

21       Q.     Let's take a look at that.

22              (Plaintiff Exhibit 52 was marked for

23  identification.).

24  BY MR. QUINN:

25       Q.     This agreement was actually produced to us

1                    David Merriman

2    as an attachment to an e-mail rather than as either a

3    standalone or part of a memo.  But if you turn to the

4    Bates number page with the Bates number TTO 000478 in

5    Exhibit 52.  You can see at that page, there begins a

6    longer formed document which is referred to in the

7    first line as an "Appearance Agreement."

8            Do you see that?

9    A.      Yes.

10   Q.      And it says, "The appearance agreement is

11   entered into, as of February 13th, 2013"?

12   A.      Yes.

13   Q.      And if you flip to the Bates -- the page

14   with the Bates number ending in 486, you can see that

15   it's a final executed agreement signed by both Robert

16   Stevanovski and Donald Trump, right?

17   A.      Yes.

18   Q.      Now, as we put it out a moment ago, this

19   one's entitled appearance agreement rather than

20   endorsement agreement or appearance and endorsement

21   agreement.  Do you know why that is?

22   A.      No, I think this is primarily focussed on

23   his appearing at ACN events.

24   Q.      Well, that was true also of the January '09

25   agreement and the 2011 agreement, right, in the sense

1                    David Merriman

2    that they were just for event appearances and not the

3    kinds of video filming that we saw in earlier

4    agreements, right?

5        A.    Yes.  So I -- yes.  There is an agreement,

6    right?  The title wasn't as important to us as the

7    content.

8        Q.    Let me try to ask it this way.  Are you

9    aware of discussion with The Trump Organization,

10   specifically focussed on no longer using the term

11   endorsement to describe the nature of that

12   relationship?

13       A.    I am not, no.

14       Q.    And what we've seen now, which by this

15   point ACN had used the word "endorsed," you know,

16   endorsed by Donald Trump in any number of promotional

17   materials and, you know, including magazines and discs

18   and that sort of thing, right?

19       A.    Yes.

20       Q.    Okay.  Now, in paragraph 1, you can see the

21   agreement is also much longer, right?  Most of the

22   others have been a page or page and a half.  This is

23   quite a few pages.

24       A.    Yes.

25       Q.    And in paragraph 1, there is also, you

David Merriman

1
2  know, again, explicit language -- let me just find
3  that.  Yes, starting about four lines down where there
4  are -- there is a discussion of the events that
5  Mr. Trump has agreed to appear at.  And it says, "Each
6  event should promote ACN's network business to ACN's
7  sales force and shall promote nothing else."
8            Do you see that?
9      A.     Where are you looking?
10     Q.     Starting about four lines down in paragraph
11  1 on the first page.
12     A.     Oh, okay.
13     Q.     So that text appears there, right?  "Each
14  event shall promote ACN's network marketing business
15  to ACN's sales force and shall promote nothing else,"
16  right?
17     A.     Yes.
18     Q.     It also comits to 10 events, right, as
19  opposed to in some of the others we saw three or four,
20  right?
21     A.     Yes.
22     Q.     And then again, in paragraph 3, you know,
23  just at a high level, it, again, acknowledges that ACN
24  is going to record these events, and that it may make
25  use of some of that footage for certain purposes?

1               David Merriman

2       A.      Yes.

3       Q.      And goes on to say, as we've also seen in

4   some of the prior agreements, that Mr. Trump will make

5   himself available to film short little video clips for

6   use at events or for what's called pick up here,

7   right?

8       A.      Yes.

9       Q.      And that's different than the 2006 video

10  filming, that was a much longer form of filming that

11  was then used in the opportunity disc, right?

12      A.      I'm not sure that -- I don't see those.  I

13  don't see any limitation in terms of -- it says, "No

14  such taping shall take more than one hour."  I might

15  be missing it, but I don't see anything that says how

16  long each video could be.

17      Q.      Like on the fourth line on the second page,

18  there is a reference that shall not exceed 10 minutes?

19      A.      10 minutes, right.

20      Q.      Okay.  So these are those shorter clips,

21  not the bigger --

22      A.      The shorter clips we are looking at would

23  have been more like 30 second clips, so, you know, 10

24  minutes is obviously much longer than that.

25      Q.      Uh-huh (affirmative).

```
 1                    David Merriman

 2              MR. QUINN:  Do we need to go off the

 3       record?

 4              THE VIDEOGRAPHER:  No.

 5  BY MR. QUINN:

 6       Q.    I want to confirm we are still recording

 7  the Zoom, correct?  Okay.

 8              Well, in all events, at this time, ACN

 9  still had the video recordings from the 2006

10  agreement, the 2008, the other agreements, right?

11       A.    Yes.

12       Q.    Okay.  And there is also a new component

13  here that we see for the first time in this agreement

14  in paragraph 4, which refers to, among other things, a

15  weekly inspirational note, as well as, finally now in

16  black and white, appearances in SUCCESS magazine or

17  Success from Home, right?

18       A.    Yes.

19       Q.    And again, just so the record is clear,

20  this is the first time that a reference to a success

21  publication has been included in -- in an agreement

22  between Mr. Trump and ACN, right?

23       A.    Yes.

24       Q.    But Mr. Trump and his adult children and

25  members of the organization had been featured in
```