# EXHIBIT 5



| Business Unit | Voucher ID | Invoice Number | Gross Invoice Amount | Payment Amount | Invoice Date | Short Supplier Name | Supplier ID | Supplier Name |
|---|---|---|---|---|---|---|---|---|
| USACN | 84711 | SPEAKER FEES | 250,000.00 | 250,000.00 | 2/3/2006 | TRUMP, DONALD J | 30017 | TRUMP, DONALD J |
| USACN | 84802 | PAYMENT 2/06 | 500,000.00 | 500,000.00 | 2/8/2006 | TRUMP, DONALD J | 30017 | TRUMP, DONALD J |
| USACN | 86510 | CONTRACT PMT | 250,000.00 | 250,000.00 | 3/22/2006 | TRUMP, DONALD J | 30017 | TRUMP, DONALD J |
| USACN | 93024 | SPEAKING  09/06 | 333,333.00 | 333,333.00 | 9/7/2006 | TRUMP, DONALD J | 30017 | TRUMP, DONALD J |
| USACN | 99419 | WIRE 02/07 | 333,333.33 | 333,333.33 | 2/21/2007 | TRUMP, DONALD J | 30017 | TRUMP, DONALD J |
| USCSM | 2301 | TRUM 3/08 | 875,000.00 | 875,000.00 | 3/3/2008 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 5064 | TRUM 5/08 | 750,000.00 | 750,000.00 | 5/15/2008 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 6859 | TRUMP 6/08 | 333,333.33 | 333,333.33 | 6/26/2008 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 19703 | TRUM 05/09 | 625,000.00 | 625,000.00 | 5/18/2009 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 20781 | TRUM 06/09 | 333,333.33 | 333,333.33 | 6/12/2009 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 21256 | TRUM 7/09 | 41,667.67 | 41,667.67 | 7/2/2009 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 29362 | TRUM 1/10 | 375,000.00 | 375,000.00 | 1/25/2010 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 38040 | TRUM 09/10 | 375,000.00 | 375,000.00 | 8/31/2010 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 44712 | TRUM 03/11 | 7,000.00 | 7,000.00 | 2/25/2011 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 44708 | TRUM 03/11 | 375,000.00 | 375,000.00 | 2/25/2011 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 44976 | 892696 | 1,960.00 | 1,960.00 | 3/3/2011 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 48114 | TRUM 06/11 | 400,000.00 | 400,000.00 | 6/3/2011 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 57309 | TRUM 02/12 | 400,000.00 | 400,000.00 | 2/8/2012 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 69384 | TRUMP 1/13 | 400,000.00 | 400,000.00 | 2/1/2013 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 79945 | TRUMP 11/13 | 450,000.00 | 450,000.00 | 11/20/2013 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 85967 | TRUM042314 | 9,370.40 | 9,370.40 | 4/23/2014 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 85758 | TRUM042514 | 450,000.00 | 450,000.00 | 4/25/2014 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 86186 | TRUM050714 | 450,000.00 | 450,000.00 | 5/7/2014 | TRUMP-001 | 30017 | TRUMP, DONALD J |
| USCSM | 1002 | TRUM011915 | 450,000.00 | 450,000.00 | 1/19/2015 | TRUMP-001 | 571 | TRUMP, DONALD J |
| | | | **8,768,331.06** | | | | | *TRUMP, DONALD J Total* |
| | | | 8,768,331.06 | | | | | **Grand Total** |

ACN000686
CONFIDENTIAL