Application **GRANTED**.  The parties shall file their supplemental letter briefs by **December 29, 2023.**

Dated: November 22, 2023
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

November 21, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *McKoy, et al. v. The Trump Corporation, et al.*, No. 18-cv-09936 (LGS) (SLC)

Dear Judge Schofield,

The parties in the above-referenced action write jointly pursuant to Rule I.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases to respectfully request an additional 30-day extension of the November 29, 2023 deadline for the parties to submit three-page letters on "the issue of appeal upon transfer and its effect on the analysis of whether to keep, dismiss or transfer this action." ECF 661 at 1; ECF 671.  This is the parties' second joint request for an extension.

As previously reported, following the November 8, 2023 conference, the parties are actively discussing a possible agreement with respect to how to move forward in this litigation in light of the Court's guidance and the current procedural posture.  The discussions remain productive, and the parties continue to work together in good faith.  If granted, the deadline for the parties' submission of their supplemental letter briefs would be December 29, 2023.

                                Respectfully submitted,

*/s/ John C. Quinn*
Roberta A. Kaplan
John C. Quinn
David E. Patton
Christopher R. Le Coney
Maximillian Feldman
Katherine H. Epstein
Maximilian T. Crema

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
dpatton@kaplanhecker.com
cleconey@kaplanhecker.com
mfeldman@kaplanhecker.com
kepstein@kaplanhecker.com
mcrema@kaplanhecker.com

*/s/ Peter T. Shapiro*
Peter T. Shapiro
Eric Kizirian
Greg Johnson
Carrie C. Turner

LEWIS BRISBOIS BISGAARD
& SMITH LLP
77 Water Street, Suite 2100
New York, New York 10005
peter.shapiro@lewisbrisbois.com
eric.kizirian@lewisbrisbois.com
greg.johnson@lewisbrisbois.com
carrie.turner@lewisbrisbois.com

| | |
|---|---|
| Andrew G. Celli, Jr.<br>Matthew D. Brinckerhoff<br>O. Andrew F. Wilson<br>David Berman<br>Nick Bourland<br><br>EMERY CELLI BRINCKERHOFF<br>ABADY WARD & MAAZEL LLP<br>600 Fifth Avenue at Rockefeller Center<br>New York, New York 10020<br>Telephone: (212) 763-5000<br>acelli@ecbawm.com<br>mbrinckerhoff@ecbawm.com<br>awilson@ecbawm.com<br>dberman@ecbawm.com<br>nbourland@ecbawm.com<br><br>*Counsel for Plaintiffs* | Clifford S. Robert<br>Michael Farina<br><br>ROBERT & ROBERT PLLC<br>526 RXR Plaza<br>Uniondale, New York 11556<br>Telephone: (516) 832-7000<br>crobert@robertlaw.com<br>mfarina@robertlaw.com<br><br>*Counsel for Defendants*<br><br><br>Alina Habba<br><br>HABBA MADAIO & ASSOCIATES LLP<br>1430 U.S. Highway 206, Suite 240<br>Bedminster, New Jersey 07921<br>Telephone: (909) 869-1188<br>ahabba@habbalaw.com<br><br>*Counsel for Defendant Donald J. Trump, in his personal capacity* |