UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE TRUMP CORPORATION, and DONALD J. TRUMP, in his personal capacity,<br><br>      Defendants. | No. 1:18-cv-09936 (LGS) |

### MOTION TO WITHDRAW APPEARANCE BY DAVID BERMAN

Upon the accompanying affirmation of David Berman, the undersigned respectfully moves this Court to withdraw the appearance of David Berman on behalf of Plaintiffs.

Dated: January 11, 2024
   New York, New York

                 EMERY CELLI BRINCKERHOFF
                 ABADY WARD & MAAZEL LLP

                 By: _____/s/_____
                 David Berman
                 600 Fifth Avenue, 10th Floor
                 New York, NY 10020
                 (212) 763-5000

                 *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE TRUMP CORPORATION, and DONALD J. TRUMP, in his personal capacity,<br><br>　　　　　　　　Defendants. | No. 1:18-cv-09936 (LGS) |

### AFFIRMATION OF DAVID BERMAN
### IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

DAVID BERMAN, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate with the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Plaintiffs.

2. I am one of the attorneys of record for Plaintiffs in this action.

3. As of January 12, 2024, I am leaving my employment with ECBAWM.

4. Plaintiffs shall continue to be represented by the remaining counsel of record from ECBAWM.

5. I am not asserting a retaining or charging lien.

6. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in this action.

Dated: January 11, 2024
      New York, New York

                                                    /s/
                                    David Berman