UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>THE TRUMP CORPORATION, and DONALD J. TRUMP, in his personal capacity,<br><br>              Defendants. | No. 1:18-cv-09936 (LGS) |

## MOTION TO WITHDRAW APPEARANCE BY DAVID BERMAN

Upon the accompanying affirmation of David Berman, the undersigned respectfully moves this Court to withdraw the appearance of David Berman on behalf of Plaintiffs.

Dated: January 11, 2024
       New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____/s/_____
David Berman
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorney for Plaintiffs*

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF notifications for Mr. Berman.

Dated: January 12, 2024
      New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE