UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUMP CORPORATION and DONALD J. TRUMP, in his personal capacity,<br><br>*Defendants*. | No. 1:18-cv-09936 (LGS) (SLC) |

**NOTICE OF APPEAL**

Plaintiffs Catherine McKoy, Markus Frazier, and Lynn Chadwick, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order, dated January 11, 2024, and entered in this action on January 12, 2024, dismissing Plaintiffs' state-law claims without prejudice (Dkt. No. 682), and all prior orders, including but not limited to: (i) the October 17, 2023 Order denying Plaintiffs' motion for class certification (Dkt. No. 640); and (ii) the July 24, 2019 Order dismissing Plaintiffs' racketeering and conspiracy claims against Defendants The Trump Corporation and Donald J. Trump under the Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. §§ 1961 *et seq*. (Dkt. No. 97).

1

Dated:  January 17, 2024
        New York, New York

/s/ Roberta A. Kaplan

Roberta A. Kaplan
John C. Quinn
David E. Patton
Christopher R. Le Coney
Maximillian L. Feldman
Katherine H. Epstein
Maximilian T. Crema

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
dpatton@kaplanhecker.com
cleconey@kaplanhecker.com
mfeldman@kaplanhecker.com
kepstein@kaplanhecker.com
mcrema@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
Vasudha Talla
Nick Bourland

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, New York 10020
Tel: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
vtalla@ecbawm.com
nbourland@ecbawm.com

*Attorneys for Plaintiffs*