IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKOY et al., | |
| *Plaintiff* | No. 1:18-cv-09936-LGS |
| v. | |
| | Dated: January 19, 2024 |
| THE TRUMP CORP. et al., | |
| *Defendants* | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 19 2024

**NOTICE OF APPEAL**

Notice if hereby given that Raj K. Patel, the plaintiff-intervenor, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit, from the final judgement and orders at Dkt. 682, 683, and 685.

Respectfully submitted, from the Basis of the United States,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel, AA, BA*, JD Candidate** (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

*Political Science and Religion (cum laude), Emory University Class of 2014

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Notice of Appeal on 1/19/2024 to below individuals via the Clerk of Court:

Peter T. Shapiro        Peter.Shapiro@lewisbrisbois.com, Michelle.Falconer@lewisbrisbois.com

Roberta Ann Kaplan        rkaplan@kaplanhecker.com, docketing@kaplanhecker.com

Clifford S. Robert        crobert@robertlaw.com

Ogilvie Andrew Fraser Wilson        awilson@ecbawm.com, aberdon@ecbawm.com, docketing@ecbawm.com, dwells@ecbawm.com, kmcdevitt@ecbawm.com

Katherine R. Rosenfeld        krosenfeld@ecbawm.com, aberdon@ecbawm.com, docketing@ecbawm.com, gmejia@ecbawm.com

Jonathan S. Abady        jabady@ecbawm.com, docketing@ecbawm.com, echicas@ecbawm.com, gmejia@ecbawm.com

Matthew D. Brinckerhoff        mbrinckerhoff@ecbawm.com, docketing@ecbawm.com, ijohnson@ecbawm.com

Andrew G. Celli        acelli@ecbawm.com, docketing@ecbawm.com, eamare@ecbawm.com

Deana Davidian        ddavidian@arkin-law.com

Samuel Shapiro        sshapiro@ecbawm.com, asharda@ecbawm.com, docketing@ecbawm.com, mvelez@ecbawm.com

Michael Farina        mfarina@robertlaw.com

Vasudha Talla        vtalla@ecbawm.com, docketing@ecbawm.com, jxu@ecbawm.com

Alina Habba        ahabba@habbalaw.com, mmadaio@habbalaw.com, ringram@habbalaw.com

Carrie Cheryl Turner        carrie.turner@lewisbrisbois.com

John Charles Quinn        jquinn@kaplanhecker.com, docketing@kaplanhecker.com

Matthew J. Craig        mcraig@kaplanhecker.com

Jessica Stebbins Bina        jessica.stebbinsbina@lw.com, NY-CourtMail@lw.com, jessica-stebbins-bina-9091@ecf.pacerpro.com, robert-ellison-6864@ecf.pacerpro.com

Nicholas Bourland     nbourland@ecbawm.com, aberdon@ECBAWM.com, docketing@ec-bawm.com

David G. Redding     everes@tlg-law.com

Maximillian Feldman     mfeldman@kaplanhecker.com

Christopher Ratcliffe Le Coney     cleconey@kaplanhecker.com

Maximilian Crema     mcrema@kaplanhecker.com

Katherine Epstein     kepstein@kaplanhecker.com

Raj K. Patel     rajp2010@gmail.com


Respectfully submitted,



/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live


Dated: January 19, 2024