IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKOY et al., *Plaintiff* | No. 1:18-cv-09936-LGS |
| v. | Dated: January 19, 2024 |
| THE TRUMP CORP. et al., *Defendants* | |

**NOTICE OF APPEAL**

Notice is hereby given that Raj K. Patel, the plaintiff-intervenor, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit, from the final judgement and orders at Dkts. 682, 683, 685, and 686.

Respectfully submitted, from the Basis of the United States,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel, AA, BA*, JD Candidate** (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

1

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

*Political Science and Religion (cum laude), Emory University Class of 2014

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Notice of Appeal on 1/19/2024 to below individuals via the Clerk of Court:

Peter T. Shapiro     Peter.Shapiro@lewisbrisbois.com, Michelle.Falconer@lewisbrisbois.com

Roberta Ann Kaplan     rkaplan@kaplanhecker.com, docketing@kaplanhecker.com

Clifford S. Robert     crobert@robertlaw.com

Ogilvie Andrew Fraser Wilson     awilson@ecbawm.com, aberdon@ecbawm.com, docketing@ecbawm.com, dwells@ecbawm.com, kmcdevitt@ecbawm.com

Katherine R. Rosenfeld     krosenfeld@ecbawm.com, aberdon@ecbawm.com, docketing@ecbawm.com, gmejia@ecbawm.com

Jonathan S. Abady     jabady@ecbawm.com, docketing@ecbawm.com, echicas@ecbawm.com, gmejia@ecbawm.com

Matthew D. Brinckerhoff     mbrinckerhoff@ecbawm.com, docketing@ecbawm.com, ijohnson@ecbawm.com

Andrew G. Celli     acelli@ecbawm.com, docketing@ecbawm.com, eamare@ecbawm.com

Deana Davidian     ddavidian@arkin-law.com

Samuel Shapiro     sshapiro@ecbawm.com, asharda@ecbawm.com, docketing@ecbawm.com, mvelez@ecbawm.com

Michael Farina     mfarina@robertlaw.com

Vasudha Talla     vtalla@ecbawm.com, docketing@ecbawm.com, jxu@ecbawm.com

Alina Habba     ahabba@habbalaw.com, mmadaio@habbalaw.com, ringram@habbalaw.com

Carrie Cheryl Turner     carrie.turner@lewisbrisbois.com

John Charles Quinn     jquinn@kaplanhecker.com, docketing@kaplanhecker.com

Matthew J. Craig     mcraig@kaplanhecker.com

Jessica Stebbins Bina     jessica.stebbinsbina@lw.com, NY-CourtMail@lw.com, jessica-stebbins-bina-9091@ecf.pacerpro.com, robert-ellison-6864@ecf.pacerpro.com

Nicholas Bourland   nbourland@ecbawm.com, aberdon@ECBAWM.com, docketing@ecbawm.com

David G. Redding   everes@tlg-law.com

Maximillian Feldman   mfeldman@kaplanhecker.com

Christopher Ratcliffe Le Coney   cleconey@kaplanhecker.com

Maximilian Crema   mcrema@kaplanhecker.com

Katherine Epstein   kepstein@kaplanhecker.com

Raj K. Patel   rajp2010@gmail.com


Respectfully submitted,



/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live


Dated: January 19, 2024