

February 19, 2024

**<u>By ECF</u>**
The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re:   McKoy, et al. v. The Trump Corp., et al., No. 18 Civ. 9936–ACN's Motion for Extension of Time to File Unredacted Documents in its Renewed Request to Seal**

Dear Judge Schofield,

    ACN writes pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases to respectfully request an order permitting modest extensions to the February 20, 2024 deadline ordered in your February 6, 2024 Order regarding Plaintiffs' motion for class certification, Defendant's Motion for summary judgment and a non-party's motion to intervene (ECF 691).

    On November 29, 2023, ACN Opportunity, LLC ("ACN") filed its Letter Motion to Request Seal of certain documents in the matter on the grounds that the public access of sensitive information would be significantly harmful to ACN and its employees. ECF 676. Furthermore, the information sought to be sealed contains confidential financial data, financial and marketing strategies, certain IBOs personal information, employee compensation, agreements with specific vendors, and confidential research and development information. ECF 676 at 4 and 6.

    In This Court's February 6, 2024 Order, it was specified that documents and information sought for sealing should be redacted into categories based on the justification for the redaction, provide annotation for each highlight as appropriate, and that ACN should file under seal the copies of the unredacted documents. ECF 691 at 4 and 6.

    Mr. Ryan Simpson was previous counsel on this matter and Mr. Sean McLeod has now taken on the role of managing the remainder of this matter on behalf of ACN. In preparation for a response as requested by February 20, 2024, on February 16, 2024, Mr. McLeod received the documents enumerated as the "Brinckerhoff Exhibits" in ECF 676. These Exhibits in ECF 533 were originally filed under seal and not accessible to counsel for ACN. On February 16, 2024, Mr. McLeod convened with Defendants' counsel requesting the unredacted versions of the documents sought for sealing. These Brinckerhoff Exhibits that are to be reviewed comprises of over 210 pages long and does not include the additional documents from the Merriman Deposition.

This motion for extension of time is not sought for the purposes of delay or frustration of the Court's time. Further, this is the first and only anticipated request for an extension of time to file these documents. It is also anticipated that ACN will complete review and submit the documents prior to the deadline. The parties to this matter discussed, and consent and agree to the changes enumerated below.

As such, ACN proposes the following timeline for producing the documents for this Court's consideration:

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| ACN's Renewed Motion to Seal | February 20, 2024 | March 1, 2024 |
| ACN's deadline to file specific unredacted documents under seal | February 20, 2024 | March 1, 2024 |
| ACN's deadline to file proposed redactions and annotations | February 20, 2024 | March 1, 2024 |

Respectfully submitted,

/s/ David G. Redding
_____
David G. Redding

Application **GRANTED**. Any renewed motions to seal and supporting documents shall be filed by **March 1, 2024.**

Dated: February 20, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Roberta A. Kaplan
John C. Quinn
Maximillian Feldman
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mfeldman@kaplanhecker.com

Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
O. Andrew F. Wilson
David Berman
Nick Bourland
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
Telephone: (212) 763-5000
acelli@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dberman@ecbawm.com
nbourland@ecbawm.com
*Attorneys for Plaintiffs*

Peter T. Shapiro
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street
Suite 2100
New York, NY 10005
peter.shapiro@lewisbrisbois.com

Clifford S. Robert
Michael Farina
ROBERT & ROBERT PLLC
526 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 832-7000
crobert@robertlaw.com
mfarina@robertlaw.com
*Attorneys for Defendants*

Alina Habba
HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
Telephone: (909) 869-1188
ahabba@habbalaw.com
*Attorneys for Defendant Donald J. Trump, in his personal capacity*