# Produced in Native Format



CONFIDENTIAL

ACN015005

# Success From Home

**Results YTD April 2006**
**North America 2006 Plan**

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quantity Sold | | 5,000 | 40,000 | 5,000 | 5,000 | 5,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | - | 100,000 |
| Revenue | $3.75 | $18,750 | $150,000 | $18,750 | $18,750 | $18,750 | $75,000 | $18,750 | $18,750 | $- | $18,750 | $18,750 | $- | $375,000 |
| Cost | $3.50 | $(17,500) | $(140,000) | $(17,500) | $(17,500) | $(17,500) | $(70,000) | $(17,500) | $(17,500) | $- | $(17,500) | $(17,500) | $- | $(350,000) |
| Gross Margin | | $1,250 | $10,000 | $1,250 | $1,250 | $1,250 | $5,000 | $1,250 | $1,250 | $- | $1,250 | $1,250 | $- | $25,000 |
| | | | | | | | | | | | | | | |
| Current Inventory | 130,000 | 130,000 | | | | | | | | | | | | |
| Quantity Sold | | 57,730 | 72,270 | 47,950 | 25,093 | 23,593 | | 23,593 | | | | | | |
| | | | 24,320 | 22,857 | 1,500 | | | 106,407 | | | | | | |
| Revenue | | $245,353 | $107,707 | $120,559 | $10,069 | $- | | $483,687 | | | | | | |
| Magazine Costs | | $(199,746) | $(84,147) | $(79,085) | $(5,190) | $- | | $(368,168) | | | | | | |
| Shipping/Handling Costs | | $(14,592) | $(16,203) | $(11,820) | $(2,491) | $- | | $(45,107) | | | | | | |
| Gross Margin | | $31,014 | $7,357 | $29,654 | $2,388 | $- | | $70,412 | | | | | | |
| Cost of remaining Inventory | | | | | | $25,385 | | $81,632 | | | | | | |

## U.S.

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | 107,200 | 107,200 | 49,470 | 29,450 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 |
| Quantity Sold | | 57,730 | 20,020 | 10,520 | | | | | | | | | | 88,270 |
| Revenue | 4.25 | $245,353 | $85,085 | $44,710 | | | | | | | | | | $375,148 |
| Magazine Costs | 3.46 | $(199,746) | $(69,269) | $(36,399) | | | | | | | | | | $(305,414) |
| Shipping/Handling Costs | | $(14,592) | $(11,426) | $2,271 | | | | | | | | | | $(23,748) |
| Inventory Margin | 0.79 | $31,014 | $15,816 | $8,311 | | $14,955 | | | | | | | | $55,141 |

## Canada

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | 4,000 | 4,000 | 4,000 | 1,700 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 |
| Quantity Sold | | | 2,300 | 550 | | | | | | | | | | 2,850 |
| Revenue | 4.87 CAD / 4.00 USD | | $10,820 | $2,773 | | | | | | | | | | $11,554 |
| | 3.46 USD | | $9,197 | $2,357 | | | | | | | | | | |
| Magazine Costs | | | $(7,948) | $(1,903) | | | | | | | | | | $(9,861) |
| Shipping/Handling Costs | | | $(2,285) | $(900) | | | | | | | | | | $(3,186) |
| Inventory Margin | 0.54 | | $(1,047) | $(446) | | $621 | | | | | | | | $(1,493) |

## Europe

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | 12,800 | 12,800 | 12,800 | 12,800 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 |
| Quantity Sold | | | | 9,893 | | | | | | | | | | 9,893 |
| Revenue | 6.00 / 5 Euro | | | $59,358 | | | | | | | | | | $59,358 |
| Magazine Costs | 3.46 | | | $(34,230) | | | | | | | | | | $(34,230) |
| Shipping/Handling Costs | | | | $(10,700) | | | | | | | | | | $(10,700) |
| Inventory Margin | 2.54 | | | $14,428 | | $7,384 | | | | | | | | $14,428 |

## Australia

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | 6,000 | 6,000 | 6,000 | 4,000 | 2,106 | 606 | 606 | 606 | 606 | 606 | 606 | 606 | 606 | 606 |
| Quantity Sold | 9.95 AUD Retail (8.95 RVP QTY) | | 2,000 | 1,894 | 1,500 | | | | | | | | | 5,384 |
| Revenue | 7.46 $6.71 | | $17,900 | $18,845 | $10,069 | | | | | | | | | $37,628 |
| | 3.46 | | $13,425 | $14,134 | | | | | | | | | | |
| Magazine Costs | | | $(6,830) | $(6,353) | $(5,190) | | | | | | | | | $(18,663) |
| Shipping/Handling Costs | | | $(2,491) | $(2,491) | $(2,491) | | | | | | | | | $(7,473) |
| Inventory Margin | 4.00 | | $4,014 | $5,090 | $2,388 | $2,426 | | | | | | | | $11,491 |
| Maximum cost without any additional Sales | | | | | | | | $(11,219) | | | | | | |

ATTACHMENT D

Cell: E18
Note: ACN User:
NO CHARGE TO REPS FOR SHIPPING - ALL PAID BY ACN

Cell: F18
Note: ACN User:
INCLUDES $13,000 EXTRA FEE TO LOAD & UNLOAD MAGS AT FT. WORTH CONVENTION

Cell: E29
Note: ACN User:
NO CHARGE TO REPS FOR SHIPPING - ALL PAID BY ACN

Cell: F29
Note: ACN User:
INCLUDES $13,000 EXTRA FEE TO LOAD & UNLOAD MAGS AT FT. WORTH CONVENTION

Cell: G54
Note: chelsey.johanson:
we ordered 2000 to sell on webshop at AUD 9.95 and on 12 April we have 106 remaining

Cell: H54
Note: chelsey.johanson:
chelsey.johanson:
we ordered 2000. 1500 will be sold to Brian forAUD8.95 each. The remaining 500 will be sold on webshop for AUD9.95

Cell: F56
Note: chelsey.johanson:
we sold all 2000 to Mati Rasmussen for AUD8.95 each