| A | B | C | D | E | ... | Q | R | S | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|
| | SMALL, JIM G | US | USD | 15.78 | | 15.03 | 15.03 | 13.55 | 13.55 | 13.55 |
| | CHRISTENSON, ANETTE | DK | DKK | 15.78 | | | | 23.35 | 130.92 | 22.35 |
| | THOMAS EL, FREDRICK L | US | USD | 15.77 | | | | 18.73 | 18.73 | 18.73 |
| | SILVERS, DON R | US | USD | 15.77 | | | | | | |
| | SCHLOFF, MICHAEL A | US | USD | 15.77 | | | | | | |
| | OPTICHROM, AREF OLIVER | US | USD | 15.77 | | | | | | |
| | LOPEZ, DOMICIO L | US | USD | 15.77 | | | | | | |
| | WOOTMAN, KRISTIN L | NL | EUR | 15.77 | | | | | | |
| | CRUZ, ROSA | US | USD | 15.77 | | | | | | |
| | MCDADE, CHRISTIAN F | US | USD | 15.76 | | 16.82 | 16.82 | 21.93 | 21.93 | 21.93 |
| | SMITH, WAYNE | US | USD | 15.76 | | | | | | |
| | PHILLIPS, AMBER | US | USD | 15.75 | | | | | | |
| | KIRAN, ETHAN, HOLLY L | US | USD | 15.75 | | | | | | |
| | MANRIQUE, MICHAEL W | GB | GBP | 15.75 | | | | 612.76 | 612.76 | 12.76 |
| | REED, RACHEL A | US | USD | 15.75 | | | | | | |
| | BAZILE, GREGORY | US | USD | 15.75 | | | | | | |
| | RODRIGUEZ, LUIS | CA | CAD | 15.74 | | | | | | |
| | COURTNEY, KATHLEEN D | US | CAD | 15.74 | | | | | | |
| | MONTU, KELLY M | CA | CAD | 15.74 | | | | | | |
| | URENA, PAUL F | US | USD | 15.74 | | 15.04 | 15.04 | 15.37 | 15.37 | 15.37 |
| | PENA, CRISTIAN A | US | USD | 15.73 | | 15.15 | 15.15 | 13.05 | 13.05 | 13.05 |
| | SIMS, VAN DOH JOY BEVEL | US | USD | 15.73 | | | | | | |
| | DOUGLAS, JOHN | US | USD | 15.73 | | | | | | |
| | DOUGLAS, SOPH | US | USD | 15.73 | | | | | | |
| | SMITH, ROBERT | US | USD | 15.72 | | | | | | |
| | ZEFRY, KEN | NL | EUR | 15.72 | | | | | | |
| | RICHARDSON, LISA | US | USD | 15.72 | | | | | | |
| | POLIVKA, MARTINA | DK | DKK | 15.72 | | | | | | |
| | REDMAN, SUSIE, KRISTINA EGIL | US | USD | 15.72 | | 17.04 | 17.04 | 16.57 | 16.75 | 16.57 |
| | LEVASSEUR, DIANE | CA | CAD | 15.72 | | | | | | |
| | KIM, OLLIE M | US | USD | 15.72 | | | | | | |
| | ROONE, NANCY A | US | USD | 15.71 | | 18.85 | 18.85 | 18.85 | | |
| | MOOSE, LENA C | US | USD | 15.68 | | | | | | |
| | LAPLI, TINA | US | USD | 15.71 | | | | | | |
| | GAINES, MELISSA & TONI R | US | USD | 15.71 | | 90.93 | 95.93 | 44.68 | 205.35 | 44.68 |
| | HIDDEN, TRACY | US | USD | 15.70 | | 19.47 | 19.47 | 19.16 | 19.16 | 19.16 |
| | CHAPPELL, ANGUS | CA | CAD | 15.70 | | | | | | |
| | MACKENZIE, ... | US | USD | 15.70 | | | | | | |
| | PRESLEY, TRACY | US | USD | 15.70 | | | | | | |
| | SMITH, JOYCE R | US | USD | 15.71 | | | | | | |
| | ROSSELL, JAMES | US | USD | 15.70 | | | | | | |
| | CHRISTENSON MORGEN | DK | DKK | 15.69 | | 13.96 | 13.96 | 12.29 | 62.23 | 12.29 |
| | DE CASTRO, ALTON C | US | USD | 15.69 | | | | 10.59 | 10.59 | 10.59 |
| | CROSS, GAROLD | US | USD | 15.69 | | | | | | |
| | ... | US | USD | 15.69 | | | | | | |
| | WILLIAMS, JANETTE | US | USD | 15.69 | | | | | | |
| | VILLANI, JOSE R | US | USD | 15.68 | | 15.27 | 15.27 | 17.63 | 17.63 | 17.63 |
| | SCHROLLA, MARTIN | US | USD | 15.68 | | | | 15.34 | 15.34 | 15.34 |
| | BENOIT, HUGUETTE | CA | CAD | 15.68 | | | | | | |
| | SCHMIDT, ANGELA | US | USD | 15.68 | | | | | | |
| | REDFOND, GEMMA R | US | USD | 15.68 | | | | | | |
| | GREENE, CAREN R | US | USD | 15.68 | | | | | | |
| | KARPINSKE, THOMAS OTTE | DK | DKK | 15.68 | | | | | | |
| | HUEMBO, GINES | US | USD | 15.67 | | 13.90 | 13.90 | 21.24 | 14.63 | 21.24 |
| | CHRISTENSEN, CARSTEN | DK | DKK | 15.67 | | 24.47 | 24.47 | 24.63 | 24.63 | 24.63 |
| | WAJO, C | US | USD | 15.67 | | | | | | |
| | OEREN, MARIANNE | DK | DKK | 15.67 | | | | | | |
| | HUNT, BLAKE C | US | USD | 15.67 | | | | | | |
| | EXECS MARKETING CONSULTANTS LT | GB | GBP | 15.67 | | 83.02 | 83.02 | 15.69 | 15.69 | 15.69 |
| | GANNETT, DOUG L | US | USD | 15.66 | | 15.69 | 16.79 | 73.32 | 73.32 | 15.46 |
| | BOUFFARD, KIRK | US | USD | 15.66 | | | | 13.94 | 13.94 | 13.94 |
| | CRESS, MARIANNE | US | USD | 15.66 | | | | | | |
| | GALLANO, KAREN A | US | USD | 15.66 | | | | | | |
| | PLUND, BRIAN | US | USD | 15.65 | | 13.90 | 13.90 | 15.80 | 15.97 | 15.80 |
| | ANDER, SAM | US | USD | 15.64 | | | | 10.27 | 10.27 | 10.27 |
| | LILLY, MADALYN L | US | USD | 15.64 | | | | | | |
| | GISHOU, FLORENCE | US | USD | 15.64 | | | | | | |
| | GARDENAS, MELISSA ... | US | USD | 15.63 | | 15.62 | 15.62 | 13.59 | 13.59 | 13.59 |
| | JORDAN, CAROL A | US | USD | 15.62 | | | | 14.08 | 14.08 | 14.08 |
| | TERRELL, LINDSEY | GB | GBP | 15.62 | | | | | | |
| | SANDAHL, SUNSET L | US | USD | 15.62 | | | | | | |
| | MUNN, BACKOS | NZ | USD | 15.62 | | | | | | |
| | JONES, PAMELA M | US | USD | 15.62 | | | | | | |
| | JONES, ANGELA K | US | USD | 15.62 | | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 |
| | MENTZGEN, HETTY & MAYXOOL, BEN | NL | EUR | 15.62 | | | | | | |
| | SCHOFIELD, ALEXANDER | DK | DKK | 15.62 | | 15.14 | | 15.55 | 15.55 | 15.55 |
| | OBEN ... | CA | CAD | 15.62 | | | | 15.56 | 15.56 | 15.56 |
| | CHURCHILL, ALEX | US | USD | 15.62 | | 16.37 | | 16.37 | | |
| | COLL, AMELIA | GB | GBP | 15.72 | | | | | | |
| | BENS'LILLIAN K CONCERN | US | USD | 15.61 | | | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|