# Produced in Native Format

ACN 17

**CONFIDENTIAL**

**ACN022916**

**ACN GLOBAL COMMISSIONS ANALYSIS**
**TOP 300 EARNERS (CAB & COM)**
**JANUARY 2012**
**(INCLUDES SPECIAL BONUSES & ADJUSTMENTS / STATED IN USD)**
***Previous month's may have adjusted based on the current Market Rate Conversion***

| TEAMID | RANK | POSITION NAME | PRIMARY CONTACT | CO | PSTN | January-12 CAB | BNS & ADJ | COM. | TOTAL | December-11 CAB | BNS & ADJ | COM. | TOTAL | November-11 CAB | BNS & ADJ | COM. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0318197 | 1 | UN INTERNATIONAL 1 LLC | GEORGE ZALUCKI | US | SVP | $48,465.33 | $21,092.97 | $160,829.07 | $230,387.37 | $55,245.86 | $26,918.01 | $156,523.28 | $238,687.15 | $40,386.82 | $5,410.76 | $152,750.06 | $198,547.64 |
| 0240042 | 2 | MASER, PATRICK | PATRICK MASER | US | SVP | $34,994.57 | $15,000.00 | $75,533.18 | $115,477.75 | $30,216.08 | $26,935.35 | $73,975.59 | $131,127.02 | $30,910.37 | $14,500.89 | $75,070.12 | $120,481.38 |
| 0153 | 3 | CHOICES, INC. | DEBBIE DAVIS | US | RVP | $14,242.88 | $68,648.36 | $82,537.08 | $165,428.32 | $14,392.93 | $9,954.37 | $59,954.59 | $84,403.71 | $16,819.88 | $12,342.71 | $88,566.29 | $117,728.88 |
| 0030648 | 4 | MOMENTUM GROUP INC. | SHANE DOUGLAS | US | RVP | $30,131.84 | $25,000.00 | $69,356.53 | $124,488.31 | $10,648.51 | ($1,278.32) | $69,510.60 | $78,880.79 | $13,003.13 | $2,000.00 | $71,627.02 | $86,630.12 |
| 0123422 | 5 | DEEBLE, JEREMY L | JEREMY DEEBLE | US | SVP | $12,576.67 | $5,500.00 | $80,564.02 | $103,640.69 | $26,073.85 | $7,497.83 | $50,605.53 | $81,597.93 | $23,115.09 | $12,000.00 | $78,970.76 | $114,085.85 |
| 0174253 | 6 | DOWD, JENNIFER E & DARIN | JENNIFER E DOWD | US | SVP | $20,177.22 | $5,000.00 | $76,129.62 | $101,306.84 | $24,820.18 | $5,162.14 | $51,648.01 | $81,981.77 | $12,155.38 | $12,500.00 | $74,723.40 | $99,798.83 |
| 0304105 | 7 | 9090-1646 QUEBEC INC. | SIMON ABBOUD | CA | SVP | $14,762.80 | $5,514.75 | $69,174.81 | $89,452.36 | $70,468.35 | $5,514.37 | $59,953.66 | $93,666.33 | $17,695.24 | $0.00 | $74,723.40 | $82,103.07 |
| 028368 | 8 | DANNI VEE INC. | DANIEL VOLONINO | US | SVP | $4,998.00 | $5,514.75 | $64,136.66 | $81,031.08 | $55,514.07 | $13,767.37 | $18,690.10 | $80,549.95 | $5,000.00 | $0.00 | $74,723.40 | $99,798.83 |
| 0560772 | 9 | SYSTEMS INC - SPENCER HUNN | SPENCER HUNN | US | SVP | $12,114.64 | $9,925.09 | $55,974.42 | $78,014.15 | $15,339.50 | $15,339.50 | $56,483.48 | $87,162.48 | $5,099.50 | $0.00 | $82,090.10 | $59,056.10 |
| 0120406 | 10 | 7000961 CANADA INC. | FRANCO LOFRANCO | CA | SVP | $21,465.59 | $4,861.48 | $49,509.74 | $75,886.81 | $16,869.41 | $1,300.00 | $59,963.99 | $73,736.26 | $17,202.76 | $16,827.57 | $58,672.88 | $92,703.21 |
| 0127398 | 11 | SAX AND ASSOCIATES INC | BRIAN SAX | US | SVP | $7,249.75 | $500.00 | $56,244.32 | $63,994.07 | $8,873.87 | $1,500.00 | $68,644.64 | $79,018.51 | $31,411.40 | $11,141.02 | $60,415.89 | $102,880.11 |
| 0158664 | 12 | GLOBAL EMPIRE INTERNATIONAL INC | JEFF WEBER | US | SVP | $20,575.10 | $13,145.42 | $22,321.16 | $63,653.60 | $13,238.64 | $50,408.40 | $63,647.04 | $23,726.74 | $13,312.20 | $2,000.00 | $69,866.28 | $82,297.03 |
| 93358 | 13 | ANIACOR MARKETING INC | ORIN SOLOMON | ES | SVP | $20,832.55 | $2,000.00 | $41,570.49 | $48,761.55 | $13,177.41 | $5,000.00 | $58,972.57 | $52,612.34 | $5,609.54 | $0.00 | $51,155.94 | $65,814.77 |
| 00132840 | 14 | MYRIAM DE LA SIERRA SL | URQUIJO | ES | SVP | $10,520.00 | $8,500.00 | $32,638.01 | $56,041.68 | $11,201.22 | $49,469.48 | $40,794.93 | $58,972.57 | $12,155.38 | $12,500.00 | $41,293.17 | $49,134.88 |
| 0037304 | 15 | AT COMMUNICATIONS, LLC | AL THOMAS | US | SVP | $2,000.00 | $0.00 | $41,570.49 | $51,648.01 | $5,000.00 | $5,354.20 | $28,930.31 | $51,074.86 | $12,500.00 | $0.00 | $29,369.26 | $65,848.25 |
| 8870154696 | 16 | SAC GLOBAL FOUNDERS, LLC | LYND EMHEL | US | SVP | $5,267.49 | $7,500.00 | $37,550.61 | $48,784.73 | $7,502.03 | $18,690.10 | $18,690.10 | $80,549.95 | $1,348.89 | $2,800.00 | $29,369.26 | $24,079.88 |
| 0356204 | 17 | TECHNOLOGY CANO-FLORES LTD | DOMINIQUE CANO-FLORES | GB | SVP | $5,267.49 | $15,589.55 | $16,851.00 | $48,296.89 | $3,590.72 | $7,502.03 | $36,695.82 | $45,358.56 | $5,000.00 | $0.00 | $21,224.79 | $27,062.35 |
| 7800004019 | 18 | EVENTS INC | MIKE BISUTTI | GB | SVP | $3,246.28 | $15,589.55 | $25,289.96 | $42,121.90 | $13,767.37 | $13,767.37 | $46,145.08 | $59,912.45 | $7,480.22 | $0.00 | $24,900.84 | $28,780.55 |
| 7270074841 | 19 | TEAM CAV 2004 S.R.L. FILIPPO SILVI | FILIPPO SILVI | IT | SVP | $12,873.02 | $10,076.33 | $13,870.03 | $36,819.38 | $4,477.11 | $10,012.07 | $24,091.57 | $41,990.08 | $16,947.05 | $17,738.80 | $22,844.09 | $57,529.94 |
| 0694457 | 20 | XS INTERNATIONAL | DANNY RAE | US | SVP | $9,681.35 | $10,076.33 | $13,870.03 | $32,134.23 | $7,862.89 | $5,520.91 | $22,257.52 | $37,298.92 | $11,048.66 | $14,685.33 | $22,511.76 | $47,645.75 |
| 0141303 | 21 | MARCELO Y LILIANA SL | LEVIS MARCELINO CASSINO | ES | SVP | $12,517.82 | $0.00 | $19,439.33 | $31,957.15 | $9,105.23 | $5,019.74 | $25,377.78 | $37,298.92 | $25,250.93 | $5,259.39 | $24,801.53 | $32,500.56 |
| 0375431 | 22 | EMPIRE LAMONTAGNE INC | MATHIEU LAMONTAGNE | CA | SVP | $5,795.31 | $0.00 | $26,338.92 | $32,134.23 | $5,073.74 | $24,947.74 | $24,947.74 | $39,888.86 | $5,019.39 | $2,800.00 | $17,133.41 | $34,680.99 |
| 04724 | 23 | RASMUSSEN | MATT RASMUSSEN | US | SVP | $4,768.59 | $2,000.00 | $25,168.56 | $30,624.70 | $6,470.72 | $10,000.00 | $25,307.78 | $37,798.92 | $9,830.93 | $10,000.00 | $57,173.41 | $37,573.41 |
| 0569889 | 24 | ADVANTAGE GLOBAL PARTNERS, LLC | CHARLES SPEAR | US | SVP | $3,454.24 | $2,053.47 | $25,116.99 | $26,041.96 | $10,045.95 | $45,007.52 | $32,708.59 | $89,427.16 | $5,557.01 | $0.00 | $24,881.53 | $27,724.14 |
| 5800094641 | 25 | BRYANT, AARON | AARON BURT | US | SVP | $3,060.97 | $0.00 | $22,395.66 | $25,493.49 | $5,941.25 | $5,943.47 | $24,744.31 | $33,035.27 | $32,980.82 | $32,980.82 | $18,899.67 | $25,424.68 |
| 00132840 | 26 | WOO, WONGYUN | WONGYUN WOO | KR | RVP | $5,405.09 | $1,350.86 | $23,802.54 | $24,820.18 | $4,904.31 | $18,722.39 | $56,628.61 | $33,715.83 | $88,383.06 | $9,453.15 | $6,518.61 | $47,882.49 |
| 0154076 | 27 | MARKETING GOLD STANDARD INC. | NATHAN GOLDBERG | CA | RVP | $6,020.91 | $1,509.74 | $21,991.79 | $24,266.99 | $1,162.67 | $16,376.57 | $56,090.56 | $33,678.25 | $32,980.82 | $24,270.91 | $24,270.91 | $25,424.68 |
| 8402181400 | 28 | MH AB | MONIKA MATTSSON | SE | SVP | $2,902.05 | $21,081.78 | $289.16 | $24,266.99 | $2,734.38 | $2,603.00 | $25,288.24 | $28,484.32 | $34,966.25 | $32,980.82 | $22,811.14 | $23,743.04 |
| 1240513 | 29 | 1240513 ONTARIO LTD | HENK DIEPBRINK | GB | RVP | $3,093.55 | $17,542.12 | $289.16 | $23,930.17 | $4,492.13 | $2,003.00 | $22,402.25 | $29,729.95 | $9,453.15 | $2,954.95 | $268.59 | $5,615.22 |
| 8880003983 | 30 | QUANTIUS INTERNATIONAL LTD | JONAS RAMPE | SE | SVP | $5,950.34 | $12,125.61 | $12,125.61 | $23,788.63 | $8,715.58 | $10,948.07 | $22,065.90 | $22,065.90 | $6,771.77 | $6,771.77 | $18,273.63 | $22,031.62 |
| 8402180730 | 31 | JFRAPP AB | DANIELE MAURELLI | IT | RD | $2,347.15 | $20,260.63 | $137.65 | $22,745.43 | $880.95 | $10,223.33 | $133.37 | $11,237.65 | $9,127.28 | $0.00 | $18,404.11 | $26,444.72 |
| 7800276050 | 32 | MAURELLI, DANIELE | EUGENE PICCINOTTI | IT | RD | $2,999.68 | $0.00 | $19,719.27 | $22,718.95 | $3,969.70 | $20,079.77 | $20,079.77 | $28,484.32 | $4,547.65 | $0.00 | $20,939.70 | $26,866.75 |
| 7250004146 | 33 | PICCINOTTI, EUGENE | RICHARD REW | US | RD | $4,130.00 | $10,500.00 | $7,889.73 | $22,519.73 | $2,750.00 | $5,000.00 | $7,661.74 | $15,411.74 | $19,936.37 | $19,936.37 | $7,803.50 | $23,706.12 |
| 7300045082 | 34 | MERLIN GLOBAL MARKETING, SL | JEVARAIAN THIRUMARAN | GB | RVP | $3,002.65 | $2,465.05 | $16,226.34 | $21,694.04 | $3,781.95 | $9,280.89 | $5,265.21 | $22,191.86 | $8,413.37 | $11,979.12 | $16,140.73 | $24,866.75 |
| 0122402 | 35 | 2072956 ONTARIO INC | AMAR SINGH | CA | RVP | $3,851.52 | $9,957.47 | $6,280.53 | $21,661.02 | $3,815.93 | $7,470.53 | $4,290.91 | $16,376.37 | $9,826.05 | $19,381.89 | $16,012.74 | $24,866.75 |
| 0250513 | 36 | TEAM REVOLUTION LLC | JAMES ADLAM | US | RVP | $5,499.70 | $16,500.00 | $291.27 | $21,081.78 | $1,490.00 | $13,500.00 | $2,720.40 | $17,710.40 | $4,825.53 | $11,500.00 | $2,741.80 | $23,895.00 |
| 01041294 | 37 | 9135-0827 QUEBEC INC. | MAXIME BUTERA | CA | RVP | $3,905.94 | $0.00 | $16,313.84 | $19,183.61 | $3,781.95 | $3,815.95 | $6,990.56 | $17,882.63 | $4,473.91 | $0.00 | $12,087.48 | $22,479.97 |
| 01767664 | 38 | BYRON NELSON | BYRON NELSON | US | RD | $5,522.48 | $0.00 | $16,444.87 | $18,841.28 | $2,533.59 | $9,280.89 | $16,231.08 | $16,231.08 | $1,515.58 | $6,182.44 | $6,140.73 | $18,404.11 |
| 01040410 | 39 | B & B GROUP, LLC | GABOR BUDAHAZI | US | RD | $3,720.00 | $0.00 | $15,287.98 | $18,085.33 | $7,645.76 | $0.00 | $16,231.08 | $18,754.87 | $5,454.67 | $0.00 | $16,888.53 | $13,084.58 |
| 01146975 | 40 | MELTON ENTERPRISES, LLC | NADYA MELTON | US | RD | $3,851.95 | $0.00 | $16,280.65 | $18,031.12 | $5,672.89 | $13,448.25 | $3,035.77 | $19,955.54 | $7,790.00 | $15,000.00 | $4,400.17 | $22,600.17 |
| 00132840 | 41 | GROUP INC | DANA DOUGLAS | US | TC | $3,544.38 | $10,314.59 | $10,314.59 | $18,107.98 | $5,070.00 | $13,500.00 | $3,678.25 | $13,678.25 | $5,598.14 | $15,000.00 | $3,479.71 | $15,901.80 |
| 00203855 | 42 | AIG INC | IGOR NIKITSKIY | GB | TC | $4,010.00 | $8,000.00 | $5,787.76 | $17,867.04 | $4,490.00 | $7,500.00 | $5,691.83 | $17,681.83 | $4,230.00 | $10,000.00 | $5,750.43 | $12,588.45 |
| 8887753710 | 43 | GRANDIOSA LIMITED | FRANCOISE MONFRAY | GB | SVP | $4,010.00 | $8,000.00 | $5,787.76 | $17,797.76 | $4,490.00 | $7,500.00 | $5,691.83 | $17,681.83 | $4,230.00 | $10,000.00 | $5,750.43 | $19,980.43 |
| 88701137486 | 44 | LTD | SEBASTIEN MERLO | GB | RVP | | | | | | | | | | | | |
| 00155970 | 45 | MARKETING GROUP | MAX KNIGHTS | GB | RVP | | | | | | | | | | | | |
| 7370108225 | 46 | URSO WORLD NETWORK SL | TORRES | ES | RVP | | | | | | | | | | | | |
| 07013 | 47 | LASER INV INC | LEANNE GABRIEL | US | RVP | | | | | | | | | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65510 | 1691924 UYEMATSU, SACHIKO | US | | | | | | | | | | | | |
| 65511 | 760060443 CROS, CEDRIC | FR | o | | | | | | | | | | | |
| 65512 | 1884078 SHULTZ, LAURIE | US | o | | | | | | | | | | | |
| 65513 | 117+628 BROOK, TYLER | CA | | | | | | | | | | | | |
| 65514 | 8702137464 HANSSEN, KEN A | NO | | | | | | | | | | | | |
| 65515 | 7001517727 GOMES, SANDRA MANUELA MARTINS FAFFT | NO | | | | | | | | | | | | |
| 65516 | 8702316682 SPERSTAD, AUD R | NO | | | | | | | | | | | | |
| 65517 | 11742725 SRIVASTAVA, AMIT | US | | | | | | | | | | | | |
| 65518 | 7950012059 EXCELL | NZ | | | | | | | | | | | | |
| 65519 | 8906444179 BUEGE, ANDREAS | DE | | | | | | | | | | | | |
| 65520 | 8904624367 RICHTER, ANDREAS | DE | | | | | | | | | | | | |
| 65521 | 7405254071 BRUGGEER, WERNER | CH | | | | | | | | | | | | |
| 65522 | 1174133 HOSKIN, TERESIA K | US | | | | | | | | | | | | |
| 65523 | 1669647 MYERS, DENNIS | US | | | | | | | | | | | | |
| 65524 | 7870401626 LEFORT, JEAN | FR | | | | | | | | | | | | |
| 65525 | 1174385 DURST, MICHAEL W | US | | | | | | | | | | | | |
| 65526 | 8906555274 LERCHE, ALOIS | DE | | | | | | | | | | | | |
| 65527 | 1174405 MAGUIRE, FREDERICK J | US | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65426 | 1170219 | RAY, DAVID W | US | | | | | | | | | | | | |
| 65425 | 170659 | JOHNSON SR, MARK L | US | | | | | | | | | | | | |
| 65424 | 760049 | MACHADO, NUNO MARCO DE CRUZ | PT | | | | | | | | | | | | |
| 65423 | 740060 | EGGMANN, LORY | CH | | | | | | | | | | | | |
| 65422 | 1703199 | LEMBRIK, SID EL MEHDI | CA | | | | | | | | | | | | |
| 65421 | 90037216 | KESTER, BRIAN W | US | | | | | | | | | | | | |
| 65420 | 8103484101 | JOENSEN, EINAR A | DK | | | | | | | | | | | | |
| 65419 | 760060896 | BUONOMANO, CHRISTEL | CA | | | | | | | | | | | | |
| 65418 | 1702193 | BURROWS, HALMA | CA | | | | | | | | | | | | |
| 65417 | 1702160 | BLANTHRAN, NIMOSH T | CA | | | | | | | | | | | | |
| 65416 | 8103437076 | BRAHIMI | CA | | | | | | | | | | | | |
| 65415 | 8103437317 | JAGIELLO, ZUZANNA | FR | | | | | | | | | | | | |
| 65414 | 1162671 | ROY, VLADI | CA | | | | | | | | | | | | |
| 65413 | 1697743 | TAYAZ, VLADI | DK | | | | | | | | | | | | |
| 65412 | 1697743 | HOLMES, DAVID | FR | | | | | | | | | | | | |
| 65411 | 760058037 | ALONSO, JULIEN | FR | | | | | | | | | | | | |
| 65410 | 1697820 | ATRIUM RENASCEPP B | DK | | | | | | | | | | | | |
| 65409 | 740063 | VNTREE TRUST CENTER | DK | | | | | | | | | | | | |
| 65408 | 1704161 | HOOVE, LYNKA | CH | | | | | | | | | | | | |
| 65407 | 1170810 | THOMAS, EUFEMIA G | US | | | | | | | | | | | | |
| 65406 | 1701048 | HOKAGE, GERMAIN | CA | | | | | | | | | | | | |
| 65405 | 710011654 | BARROS RIBEIRO, MARINA ISABEL | PT | | | | | | | | | | | | |
| 65404 | 700030779 | HOLZINGER, DANIELA | AT | | | | | | | | | | | | |
| 65403 | 700029910 | HOLZINGER, ANDREAS | AT | | | | | | | | | | | | |
| 65402 | 700029879 | NYDEGGER, VALERIE | CH | | | | | | | | | | | | |
| 65401 | 740053413 | HERMANN, ROLAND | CH | | | | | | | | | | | | |
| 65400 | 8103437287 | KOCKERSKOV, EVA-LERNE | DK | | | | | | | | | | | | |
| 65399 | 760053413 | DUARTE PEREIRA DE M FERREIRA, ANGELPT | PT | | | | | | | | | | | | |
| 65398 | 760054294 | PIZA, CEDRIC | FR | | | | | | | | | | | | |
| 65397 | 760052594 | LEFORESTIER, MICHEL | FR | | | | | | | | | | | | |
| 65396 | 1697831 | SABOTH, GLADYS | FR | | | | | | | | | | | | |
| 65395 | 1701338 | BARNES, ARTHUR L | US | | | | | | | | | | | | |
| 65394 | 700017882 | SANTOS, SOFIA | DE | | | | | | | | | | | | |
| 65393 | 700100609 | PIRES, MARIA IVONE | PT | | | | | | | | | | | | |
| 65392 | 1180031 | TUFADA, WES | AU | | | | | | | | | | | | |
| 65391 | 1180031 | TUFADA, IVONE | PT | | | | | | | | | | | | |
| 65390 | 1171729 | WOLF, DAVID | DE | | | | | | | | | | | | |
| 65389 | 700200079 | CARTA, ALESSA | IT | | | | | | | | | | | | |
| 65388 | 628235007 | ROWAN | BV | | | | | | | | | | | | |
| 65387 | 118479 | STRONGO, JOSEPH M | IT | | | | | | | | | | | | |
| 65386 | 1164777 | ANTHONY, JOYCE L | US | | | | | | | | | | | | |
| 65385 | 700012705 | LUFAU, SUNI TAGALOA | NZ | | | | | | | | | | | | |
| 65384 | 700062255 | ANDERSON, ANNE | DK | | | | | | | | | | | | |
| 65383 | 118504 | WUEST, GEORGE M | US | | | | | | | | | | | | |
| 65382 | 1181904 | ANDERSEN, ANNEL | DK | | | | | | | | | | | | |
| 65381 | 8103424010 | JØRGENSEN, MAHEN J | DK | | | | | | | | | | | | |
| 65380 | 1190193 | BROWN, CHANEL M | US | | | | | | | | | | | | |
| 65379 | 1162697 | ANGELIC, BRIGITTE | FR | | | | | | | | | | | | |
| 65378 | 760073294 | LAVILLE, BRIGITTE | FR | | | | | | | | | | | | |
| 65377 | 1700752 | LANGERTH, SØREN | DK | 45.77 | | | | | | 45.77 | | | | | | |
| 65376 | 899011537 | ENDRABRINNIZEN, LISBETH | DE | | | | | | | | | | | | |
| 65375 | 899020752 | SCHOTT, ARTUR | DE | | | | | | | | | | | | |
| 65374 | 810243846 | SAMEUS, CLAUDE | FR | | | | | | | | | | | | |
| 65373 | 700010166 | CORREIA PEDERSEN, ALEKS | DK | | | | | | | | | | | | |
| 65372 | 710011878 | SILVA, ANDRE EMANUEL DA COSTA | PT | | | | | | | | | | | | |
| 65371 | 899002711 | CHAGAS, NORBERT | DE | | | | | | | | | | | | |
| 65370 | 890072984 | BROCKMANN, THOMAS | DE | | | | | | | | | | | | |
| 65369 | 1104965 | WASHINGTON, MELBA SMOES | US | | | | | | | | | | | | |
| 65368 | 1188202 | VANDENBRUGT, TONY M | US | | | | | | | | | | | | |
| 65367 | 787047005 | DIANTE, DJOGUI | FR | | | | | | | | | | | | |
| 65366 | 840471075 | HAMILTON, KENNETH | US | | | | | | | | | | | | |
| 65365 | 720022283 | HANSON, JHAN JANINE | AU | | | | | | | | | | | | |
| 65364 | 1184989 | HASTINGS, MANDI K | US | | | | | | | | | | | | |
| 65363 | 1184989 | SICKLER, CHARLES T | US | | | | | | | | | | | | |
| 65362 | 700015512 | MERLE, CHRISTOPHE | FR | | | | | | | | | | | | |
| 65361 | 688128 | ESEGUIEL, ROMAN | FR | | | | | | | | | | | | |
| 65360 | 710031469 | JOERGENSON | IT | | | | | | | | | | | | |
| 65359 | 1693446 | MARCHALEWICZ, KAROL | DK | | | | | | | | | | | | |
| 65358 | 1185375 | EMMANUEL, PIERRE-PAUL | FR | | | | | | | | | | | | |
| 65357 | 1916225 | DAVIS, GEORGE ALAN | US | | | | | | | | | | | | |
| 65356 | 810347263 | HOFFBECK, PIA BRYLLE | DK | | | | | | | | | | | | |
| 65355 | 1680119 | GAGNON, GABRIEL | FR | | | | | | | | | | | | |
| 65354 | 1680118 | HILSEN, JAN PEDER | NO | | | | | | | | | | | | |
| 65353 | 1183699 | HENDERSON, STEVEN B | US | | | | | | | | | | | | |
| 65352 | 8703364630 | HILSEN, JAN PEDER | NO | | | | | | | | | | | | |
| 65351 | 787033486 | LECLERE, CARINE | FR | | | | | | | | | | | | |
| 65350 | 1189119 | HENDERSON, STEVEN B | US | | | | | | | | | | | | |
| 65349 | 787035486 | LECLERE, CARINE | FR | | | | | | | | | | | | |
| 65348 | 1185022 | VETTOR, MARY ELLEN | US | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1644192 | JORDAN, GREGORY M | US | | | | | | | | | | | | |
| | 1644031 | LIMA, CESAR | US | | | | | | | | | | | | |
| | 1195938 | ALLEN, BRENDA | US | | | | | | | | | | | | |
| | 1195508 | MESA, JOSE J | US | | | | | | | | | | | | |
| | 1199808 | | US | | | | | | | | | | | | |
| | 1549687 | MACDONALD, RODRIGO RUDY S | US | | | | | | | | | | | | |
| | 180466 | MERCIER, SERGIO | US | | | | | | | | | | | | |
| | 1640144 | KIDNEY, ERIC | US | | | | | | | | | | | | |
| | 7800037 | WEISS, MADISON | DE | | | | | | | | | | | | |
| | 780003177 | SEFIUL O ELLA | US | | | | | | | | | | | | |
| | 1640169 | MORRELL, LOUIS P | FR | | | | | | | | | | | | |
| | 7670080829 | VALVERDE, CHRYSLAINE | FR | | | | | | | | | | | | |
| | 7000059872 | PILATE, MARTINE | FR | | | | | | | | | | | | |
| | 7800037 | PICKERING SR, LESLIE J | US | | | | | | | | | | | | |
| | 720012543 | LITTLE, JOY | US | | | | | | | | | | | | |
| | 720010418 | BONDO, CARMINE J | AU | | | | | | | | | | | | |
| | 158040 | DRAGOVICH, NICK A | US | | | | | | | | | | | | |
| | 183200 | ZULU, M | US | | | | | | | | | | | | |
| | 1834005 | TIMS, TONY L | US | | | | | | | | | | | | |
| | 1935254 | AYALA, GARY J | US | | | | | | | | | | | | |
| | 1935272 | WALLACE, AMY A | US | | | | | | | | | | | | |
| | 810045821 | HANSEN, PAULA M | DK | | | | | | | | | | | | |
| | 147800 | CARDONA, JOSE L | US | | | | | | | | | | | | |
| | 1194837 | PICKERING, BRENDA K | US | | | | | | | | | | | | |
| | 1647794 | CARBONELL, MEL | US | | | | | | | | | | | | |
| | 1647834 | HAREL, MARY G | US | | | | | | | | | | | | |
| | 1192978 | TONKINS, BRENDA K | US | | | | | | | | | | | | |
| | 7250124451 | REID, MURRAY | NZ | | | | | | | | | | | | |
| | 7250114153 | WILLS, WINNA | NZ | | | | | | | | | | | | |
| | 1835374 | BELL, THOMAS D | US | | | | | | | | | | | | |
| | 7000052957 | BOUVIER, JEAN CLAUDE | FR | | | | | | | | | | | | |
| | 189394 | THOROGOOD, WREN | US | | | | | | | | | | | 12.32 | |
| | 1044582 | MEDICAL TECHNOLOGY MGT, INC | US | | | | | | | | | | | | |
| | 1199842 | KURCEBA, CATHERINE M | CA | | | | | | | | 16.5 | 16.5 | | | | |
| | 151114 | BACK, GREGORY | US | | | | | | | | | | | | |
| | 1195331 | MOLYKP, JOLYNN A | US | | | | | | | 15.24 | 15.24 | | | | | |
| | 7000597131 | ANDRE, REMI | FR | | | | | | | | | | | | |
| | 780040847 | TILLEGE, CARMONA, JOSE | FR | | | | | | | | | | | | |
| | 7000522046 | TESSIER, MARION | FR | | | | | | | | | | | | |
| | 1191171 | MILLER, REGINA F | US | | | | | | | | | | | | |
| | 780001191 | VENEANT | NZ | | | | | | | | | | | | |
| | 1198102 | BARUFFI, DANIEL | IT | | | | | | | | | | | | |
| | 1192429 | MILLARIE, JEAN | FR | | | | | | | | | | | | |
| | 118869 | VARELA, CRYSTAL | ES | | | | | | | | | | | | |
| | 1193950 | PICHLER, JOHANN | AT | | | | | | | | | | | | |
| | 200032806 | MARTENS, ROBIN S | NL | | | | | | | | | | | | |
| | 800379864 | FITZGERALD, METI | AU | | | | | | | | | | | | |
| | 170001786 | WIHONG, TED T | NZ | | | | | | | | | | | | |
| | 7000017131 | MAHARE, NENESI | NZ | | | | | | | | | | | | |
| | 7260019679 | TE WHITI, GEORGYN | NZ | | | | | | | | | | | | |
| | 1038760 | DUMITZ, NICOLAS | CA | | | | | | | | | | | | |
| | 118701 | UHAL, NICOLE F | FR | | | | | | | | | | | | |
| | 7000061227 | PANNICITTO, JEROME | FR | | | | | | | | | | | | |
| | 870169227 | GUILLEMET, NELLY | FR | | | | | | | | | | | | |
| | 162665 | MERRANT, BEVERLY | FR | | | | | | | | | | | | |
| | 7000072176 | BALANDRAT, JEAN FRANCOIS | FR | | | | | | | | | | | | |
| | 7100111403 | SALVADOR, MANUEL DA SILVA | PT | | | | | | | | | | | | |
| | 1640151 | GOERG, JACQUELINE | CH | | | | | | | | | | | | |
| | 1638417 | CAMPBELL, KEVIN | DE | | | | | | | | | | | | |
| | 1595589 | OTERO, STEPHANIE | PT | | | | | | | | | | | | |
| | 1192226 | MARCELO, CAMILLE E | CA | | | | | | | | | | | | |
| | 144975 | ORTEGA, RODRIGO A | FR | | | | | | | | | | | | |
| | 7000572805 | CESTO, JOEL | FR | | | | | | | | | | | | |
| | 1854875 | LARREYNAGA, JOSE R | CA | | | | | | | | | | | | |
| | 72501487 | LANGTON, GARY D | NZ | | | | | | | | | | | | |
| | 1201603 | MASTERO, RODRIGUES, SARA M | FR | | | | | | | | | | | | |
| | 71001118521 | WALES, NATASHA D | FR | | | | | | | | | | | | |
| | 7100112521 | PRICE, KYLE A | FR | | | | | | | | | | | | |
| | 1201914 | MANSON, YVONNE M | NZ | | | | | | | | | | | | |
| | 780075618 | CHRISTENSEN, BOLETTE MOLTER | DK | | | | | | | | | | | | |
| | 7800160727 | HULR, WANMAROH H | NZ | | | | | | | | | | | | |
| | 795001378 | AUKI | AU | | | | | | | | | | | | |
| | 81204586 | CAPDEVILLE, SARAH | FR | | | | | | | | | | | | |
| | 780001143 | JOLLY, PHITEORA E | NZ | | | | | | | | | | | | |
| | 1220288 | GRANT, LORI | US | | | | | | | | | | | | |
| | 102153 | CHAPOT, DENIS | US | | | | | | | | | | | | |
| | 7600073102 | LOUCOURT-BRETON, DOLORES | US | | | | | | | | | | | | |
| | 760026859981 | LOFREDO, GAETANA | IT | | | | | | | | | | | | |
| | 66730 | MARTINEZ, PRISCILLA N | FR | | | | | | | | | | | | |
| | 101619465 | PASTRE, GREGORY | FR | | | | | | | | | | | | |
| | 1031589 | MORK, LUIS R | FR | | | | | | | | | | | | |
| | 1204498 | LEE, TEAME | AU | | | | | | | | | | | | |
| | 1202287 | BROWER, JYLENE T | US | | | | | | | | | | | | |
| | 1202059 | WALSH, MERNIE A | US | | | | | | | | | | | 257.12 | | |
| | 1200073 | HANN, SABRINA K | US | | | | | | | | | | | | 19.17 | 19.17 |
| | | | | | | | | | | | | | | | 13.03 | 13.03 |

| A | B | C |
|---|---|---|
| 84027713275 | JOHANSSON, HENRIK | SE |
| 8402724380 | LUNDH, MIKAEL | SE |
| 780055823 | TURCAN-AGAU, CHRISTOPHE | FR |
| 1199878 | SACKETT, CHANTELL | US |
| 780007064 | HACKETT, PHILIPPE | FR |
| 780007067 | LYNCH, ANTHONY | US |
| 780007063 | GLADYS, GAERLAN | DE |
| 810473943 | HELWEG, LISE | DK |
| 1196303 | DEUSSER, MARIANE | AT |
| 720022187 | KOSINKA, THELMA | AU |
| 720014526 | CAETANO, ALEXANDRA | PT |
| 720227 | RINALDI, ANTHONY | AU |
| 191113 | SWIFT, IVANA | DE |
| 780007084 | SIMONS, MIRIAM | DE |
| 720023921 | TOLHURST, ANTHONY | AU |
| 720023922 | TOLHURST, ANTHONY | AU |
| 700300983 | STAHN, GREGOR | DK |
| 700300980 | STAHN, GREGOR | DK |
| 720023972 | DERKLEY, RODNEY | AT |
| 700310327 | PHELGUM, KHEM KHAM | AU |
| 163023 | ARRIOL, ROBERT | NZ |
| 1699458 | HOMELAND MARKETING INC | US |
| 2001788 | GEBAUDAS, GEORGETTE | FR |
| 780007441 | NICOL, KYLE | NZ |
| 1204957 | RAAB, PATTY C | US |
| 1204967 | BARREDO, PAUL J | US |
| 1199038 | THE AGOLD LLC | US |
| 707037615 | PASCALET, CEDRIC | FR |
| 1653042 | SOMEZ, DAVID | US |
| 1657840 | SHAW, ELAINE B | US |
| 1653048 | ASCENCIO, MIGUEL L | US |
| 1196345 | LAFOUNTE, ERIC | US |
| 1202315 | ROMERO, NORMA | US |
| 1196045 | ROMERO, NORMA | US |
| 780007301 | TAHITI, TRITI | NZ |
| 1202049 | PENTAVALLI, GUY J | US |
| 700304887 | MORF, SONJA | AT |
| 1699863 | POLLIN, TERRIL | US |
| 161168 | CORTESE, JOSEPHINE P | US |
| 1204008 | SOROME, CHRISTINE | NO |
| 1204505 | SONHOMME, MARC JUNIOR | CA |
| 180494 | EVANS, JASON E | US |
| 1654698 | EVANS, JASON E | US |
| 707004307 | ANDERSEN, ELVA | DK |
| 700301493 | LE COMTE EDWARD J | US |
| 198778 | EBEJER, PAUL T | US |
| 700302662 | HAZEL, FINLAY | GB |
| 1500515 | PLANTE, GILLES P | CA |
| 1202214 | PHIKANH, MHY L | US |
| 1197832 | PHARAND, MARTIN | CA |
| 888300126 | MACMILLAN, ALISTAIR H | US |
| 1204303 | ALVAREZ, DONALD A | US |
| 1654069 | ALVAREZ, DAISY L | US |
| 1654068 | ALVAREZ, DAISY L | US |
| 720014665 | PETER R | ES |
| 730008521 | GOLBINDEZ RUBIO, LUISA | US |
| 160083 | LOPEZ, ROSELIA | US |
| 1654010 | CEJA | US |
| 1669698 | HERNAN, PHYLLIS | US |
| 1196709 | RUSSELL, RICHARD B | US |
| 700014693 | RUSSELL, SUE | US |
| 1197351 | AVERY, SHAYLYN | US |
| 720001169 | THE BURKE FAMILY TRUST | CA |
| 1202033 | RAMIREZ, JANN | CA |
| 1204303 | RAMIREZ, FRANCISCO J | US |
| 1202029 | TREMBLAY, MARIE | CA |
| 780001100 | DEWES, IAN | NZ |
| 1164044 | HYSKOK, STEPHANIE G D | US |
| 1197006 | BOREAU, ALYSSA S | US |
| 720001708 | DRAKE, ALYSSA S | US |
| 790001007 | DRAKE, ALYSSA S | US |
| 1164044 | RAYMON, ALYSSA S | US |
| 1199987 | ALEXANDRE, JEAN | US |
| 1198810 | RUSSELL, RICHARD B | US |
| 1662533 | TALEB, HEDY | US |
| 1199493 | SHERRELL L | US |
| 720016995 | THE BURKE FAMILY TRUST | US |
| 1664498 | CHAVEZ, GUADALUPE A | US |
| 1204214 | AINNES, JESSICA | US |
| 1199673 | SCHLICHT, MICHAEL A | US |
| 730009832 | AMPIERE ARI SURASSRA | NZ |
| 890006652 | OLSCHLAGER, INGRID | DE |
| 1848898 | FITCH, CLYDE J | US |
| 1204056 | HANSEN, JON | US |
| 1204056 | SHAFLUJANNER D | US |
| 1693033 | SMITH, CHANNA M | US |
| 1693033 | LAROCHELLE, PAUL R | US |
| 1692033 | LAROCHELLE, PAUL R | US |
| 760071525 | PONTOUX, YANNICK | FR |
| 1197226 | MCCARTHY, ELAINE H | US |
| 730014515 | SVENSSON, CARSTEN | US |

| Code | Name | Country |
|---|---|---|
| 840262660 | WINKLER, JONAS | SE |
| 840317300 | ELOEGHWA, CAMILLA | SE |
| 840314460 | MAANSSON, MAGNUS | SE |
| | DE LA DOUCEUR, GISELE MC | |
| 439701 | THOMAS, RON | US |
| | BENFDAG, NDRO | US |
| 810254950 | ANDERSEN, SUSANNE | DK |
| 840210210 | MEIJER, LEIA | |
| 42904 | PIERCE, EILEEN | US |
| 39490 | CASH, DONNA L. | US |
| 890001774 | HELMUT | |
| 870007760 | WADE, ALOUNE | |
| 449021 | SPENCER, DOUGLA | |
| | QUIXOTE | |
| 840319260 | JANSSON, LARS | |
| | STUART JR, JOHN | |
| 192078 | WILLIAMS JR, LORENZA | US |
| 43217 | MAXWELL, ANGELA K | |
| 840317390 | JANSSON, LARS | |
| 840185680 | BRINSON, QUIXOLA | |
| | SMITHWAITE, JANETTA | GB |
| 449071 | ROSSBACH, FRED | |
| 890569770 | ROSSBACH, FRED | DE |
| | BOURREN, HELENE | FR |
| 440002 | HYLTOK, KENT | |
| 441262 | MCGHEE, LINDA L | |
| | GARROD, SAMUEL K | |
| 840097930 | AMOT, CHRISTIAN | |
| | BRUNS, MJOTE | |
| | MCARDLE, LARRY D | |
| 441597 | SRIVASTAVA, ANJALI | |
| 44282A | NIELSEN, BRIT | |
| | BIGG, MICHELLE | |
| 44402 | BALDO, RICHARD M | |
| 44409 | MERIEAN B | |
| | DE CAMP, LISA | |
| | BRITT, SCOTT | |
| | VAN OPHOVEN, MAURICE | |
| 840269880 | FLOW, JORGEN | |
| 840034070 | ROSDAHL, JORGEN | |
| | BURKE, JEANETTE | |
| 840161010 | JOHANSSON, ROBERT | SE |
| 840274370 | LINDQUIST, INGRID | |
| | ROSENBERG, MIRIAM | |
| 191273 | ROSENBERG, MIRIAM | |
| | KONINGS, LINDA | NL |
| | TALIAFERRO, JAI U | |

| Name | Country |
|---|---|
| 1831514 MARTINEZ, JORGE D | US |
| 6402862090 ERIKSSON, PER-HENRIK | SE |
| 8909272210 SCHNEIDER, KLEMENS | DE |
| 8909797105 ENGDAHL, MAKAN | SE |
| 1841714 BILLARD, KELLI | US |
| 1841915 BILLARD, KELITH | US |
| 1841764 LABONTE, SEBASTIEN | CA |
| 7250180310 BENKO, CLINT WADE | US |
| 7300081333 IRUSON, JEFFREY T | AU |
| 41903 BLANE, KRIS ANN | ES |
| 415899 JUNG, SAMUEL & LAUREL | CA |
| 415872 BLANE, KRIS ANN | US |
| 41734 RAMOZER, STEVE | US |
| 6402852103 OLSSON, MARIA | US |
| 700730042 BAJA, CHARLOTTE | FR |
| 421104 KHACHANIAN, KEITH | SE |
| 8909272390 AGORASTOS, SPIROS | DE |
| 8909880270 CRAZY LAZER BASIC | US |
| 165043 MALLARI, NICHOLAS R | SE |
| 8902862000 ENGMAN, MONA | SE |
| 8402872440 NAESSERT, INGER | CA |
| 8909517680 FLACH, STEFAN | SE |
| 8909775250 HENRIKSSON, ROGER | DE |
| 1979430 BROWN, PATRICK A | SE |
| 8402872430 MAESSEN I VAEKADE AB | SE |
| 89048912290 DOEHR LER, KERSTIN | SE |
| 1841498 HEATON, RYAN P | US |
| 8402808075 SELLDGM, MARTIN | SE |
| 1841401 LINDE, CLEVEN, DANA | DE |
| 8402847060 TORESSON, JOHAN | US |
| 431766 WINTTEN, VALERIE | SE |
| 8402891070 EKENBERG, ANNETTE | US |
| 8402891510 EKENBERG, ANNETTE | SE |
| 1835490 HANNETT, LARRY | DE |
| 1835843 DAHLBERG, HELSINGBORG | CA |
| 416944 PETRAK, SCOTT | SE |
| 1835289 PEREZ, MARIE M | SE |
| 422015 LOCANTI, HENRY | US |
| 426415 HENSON, TREVOR | SE |
| 8402875115 HALLBERG, RIKARD | US |
| 8402860610 FRANSSON, JAN-EVERT | US |
| 8402876000 WENZEL, HEIDEROSE | US |
| 1835597 MONSON, DAMON | US |
| 415651 WKDE, DAMEON | US |
| 1831790 METZGER, ROBERT L | US |
| 8402723198 XOLENT LD | DE |
| 8402723198 XOLENT LD | US |
| 1834716 CUMMINS, ROYALE | SE |
| 419323 LOVE, SAMUEL T | US |
| 165029 STOWMAN, PAUL | CA |
| 8402256900 LINDE, TORE | US |
| 81035386601 TCA MARKETING INVEST | US |
| 8402786060 FOTOGRAF RUNE SVENSSON AB | US |
| 84029 WATT'S, CARTIER L & SHAWN | SE |
| 8402487019 AUGREEN, LARS | SE |
| 417971 SPALDING, VINCENT P | SE |
| 4202910 WALKER, SEAN PETER | SE |
| 459508 BURRELL, RAIN | NL |
| 459508 BURRELL, RAIN | SE |
| 439884 SCHELI, CURTIS | SE |
| 8002412200 HAGENARS, BRIGITTE MA | DK |
| 8402681580 LARSSON, KURTH-OLOF | US |
| 8402784120 BERGSTROEM, JOHAN | SE |
| 8102494015 AUGREEN, LARS | SE |
| 166480 JULIAN, JORDAN | NL |
| 8402465050 MARS, FRED | US |
| 1850888 PAYER, LUC | US |
| 7830033508 TARNI, SCOMWA | FR |
| 8402334690 INTERPOOL MARKETING | NL |
| 8402565060 ISN INTERNATIONAL SERVICE MARKETING | SE |
| 8402432070 HALLE, CHRINA | SE |
| 1908224 DAVIEB, LILLY | US |
| 1928020 CLEVENGER, GLEN | US |
| 441047 NEFF, KIMBERLY | US |
| 441040 SEBASTIYN, CYNTHIA G | US |
| 8401147070 LARSON, HELEN, KARIN | US |
| 439330 PARENT, CLAUDE E | US |
| 43840 POWELL, MARLON S | US |

| ID | Name | Country | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| C4490 | 84025/6250 KREFORE, KJELL | US | | | | | | | |
| C4489 | 451900 BELL, ANDREA Y | US | | | | | | | |
| C4488 | 45203 SOMMERS, MARK | US | | | | | | | |
| C4487 | 467930 WILLIAMS, LORENZO | US | | | | | | | |
| C4486 | 84028330 MARTIN, KIMBERLY A | SE | | | | | | | |
| C4485 | 84030310 LAMP, LEAH | US | | | | | | | |
| C4484 | 840153160 ACHBERGER, MATS | SE | | | | | | | |
| C4483 | 817014708 MARIUSZ PRICZ | PL | | | | | | | |
| C4482 | 47KR14 SULAYMAN, MARGARET D | US | | | | | | | |
| C4481 | 452690 RANGER, LESLIE R | CA | | | | | | | |
| C4480 | 45471 RIVERA, EUGENIO | US | | | | | | | |
| C4479 | 452159 ZABISKI, DAVID | US | | | | | | | |
| C4478 | 88065740 SCHWARK, HANS-PETER | DE | | | | | | | |
| C4477 | 88010860 ELLERBECK, MICHAEL | DE | | | | | | | |
| C4476 | 467730 GHAMPA, LINA | SE | | | | | | | |
| C4475 | 84028940 REICHLER, ALEXANDRA | DE | | | | | | | |
| C4474 | 452660 GEIGER, THEODORA | SE | | | | | | | |
| C4473 | 452840 CONSUMER OPTIONS SERVICES | US | | | | | | | |
| C4472 | 45839 CUMMINS II, JACK E | US | | | | | | | |
| C4471 | 45048 KLUMP, ROBERT P | SE | | | | | | | |
| C4470 | 840381810 JOHNSSON, ANDREAS | SE | | | | | | | |
| C4469 | 840394191 JOHNSSON, SIGRID | DE | | | | | | | |
| C4468 | 454626 DUFNER, HENRY | US | | | | | | | |
| C4467 | 45318 NOEBEL, HENRY | DE | | | | | | | |
| C4466 | 45045 NYE, JOHN G | US | | | | | | | |
| C4465 | 45334 USHER, SEAN | DK | | | | | | | |
| C4464 | 45048 DUFNER, HENRY | US | | | | | | | |
| C4463 | 84026200 CHRISTIAN, ALLEN | CA | | | | | | | |
| C4462 | 469200 MARKUSSON, OVE | SE | | | | | | | |
| C4461 | 46200 JONES, OLIVIA | US | | | | | | | |
| C4460 | 461390 GONZALEZ, NICK | US | | | | | | | |
| C4459 | 45749 MORRAINE, TERRANCE J | US | | | | | | | |
| C4458 | 842111 LEWIS, GLORIA | CA | | | | | | | |
| C4457 | 84035370 RAMUSSON, KENNY | SE | | | | | | | |
| C4456 | 767045911 MAUREL, YANNICK J | FR | | | | | | | |
| C4455 | 470168940 KOHLI, BERNIE JAN | DE | | | | | | | |
| C4454 | 840317890 ODEGAARD, JAN | US | | | | | | | |
| C4453 | 840327890 ODEGRAN, ALEXANDER | SE | | | | | | | |
| C4452 | 810247690 LUCERO, JOSHUA | SE | | | | | | | |
| C4451 | 45300 ERICSSON, ERIK | FR | | | | | | | |
| C4450 | 840360200 AK KONSULT ALLAN ASSARLIND | DE | | | | | | | |
| C4449 | 840373800 DALLMANN LARS-GOEDAN | SE | | | | | | | |
| C4448 | 84025060 ANDERSSON, INGVAR | SE | | | | | | | |
| C4447 | 840357200 ANDERSSON, ANDREAS | SE | | | | | | | |
| C4446 | 45534 USHER, SEAN | US | | | | | | | |
| C4445 | 451201 STEPHENS, NELSON L | US | | | | | | | |
| C4444 | 461301 STEPHENS, NELSON | US | | | | | | | |
| C4443 | 45322 KOENIG, ROBIN | US | | | | | | | |
| C4442 | 461460 KOZZI, PETRA | SE | | | | | | | |
| C4441 | 141827 ANDERSEN, ROBERT L | DE | | | | | | | |
| C4440 | 1400122 SCHAFER, MATT | DE | | | | | | | |
| C4439 | 700407000 GOURHILA, ROSS | CA | | | | | | | |
| C4438 | 461507 MATTRICK, TERRY | FR | | | | | | | |
| C4437 | 45306 HARSO, LOU-ANNE M | CA | | | | | | | |
| C4436 | 1956072 BELL, KELLY J | CA | | | | | | | |
| C4435 | 1428978 HAARD, ABDELJALIL | US | | | | | | | |
| C4434 | 800520100 METZGER, PETRA | DE | | | | | | | |
| C4433 | 840333070 CARLSON, MIKAEL | SE | | | | | | | |
| C4432 | 840278020 NOONEN, RYAN | US | | | | | | | |
| C4431 | 1541248 STREW, NILES M | US | | | | | | | |
| C4430 | 880550100 JOENN, RANIER - JOACHIM | DE | | | | | | | |
| C4429 | 840245690 GUSTAVSSON, DAN | SE | | | | | | | |
| C4428 | 840845980 GIPPS, HENNING | US | | | | | | | |
| C4427 | 1425169 ROENSBERG, ALEKSANDER | CA | | | | | | | |
| C4426 | 461336 D & R BOOKKEEPING | US | | | | | | | |
| C4425 | 460235 ARMSTRONG, BRIAN A | CA | | | | | | | |
| C4424 | 454115 STETSON, SCOTT | CA | | | | | | | |
| C4423 | 466538 BYE, RICHARD | US | | | | | | | |
| C4422 | 464932 SVEL, RAMSHO | SE | | | | | | | |
| C4421 | 1484865 MALMGREN EDDIE | CA | | | | | | | |
| C4420 | 462075 MORGAN, STEPHEN E | CA | | | | | | | |
| C4419 | 462076 LEMAY, JOPHANIE | US | | | | | | | |
| C4418 | 462782 SVARDLE, THOMAS | CA | | | | | | | |
| C4417 | 1737071 DADGOSTAR, DANIEL | CA | | | | | | | |
| C4416 | 707062227 BUCHER, SEBASTIEN | FR | | | | | | | |
| C4415 | 470297 WHEELER, TRACY L | US | | | | | | | |
| C4414 | 461194 WHEELER, BENOIT | FR | | | | | | | |
| C4413 | 707064145 GANDOLFI, PIERRE | FR | | | | | | | |
| C4412 | 470146 MARTINEZ, PIERRE | FR | | | | | | | |
| C4411 | 800591940 DEICHSEL, JUTTA | DE | | | | | | | |
| C4410 | 800930960 MADSHUSFOTL, B.C. | DE | | | | | | | |
| C4409 | 800668040 HAHLAND PROJEKT | DE | | | | | | | |
| C4408 | 84030/3000 BRYNTESSON, TOBIAS | SE | | | | | | | |
| | 472X18 LIPSCOMB, PHILIP | US | | | | | | | |

Numeric column values (approximate positions):
- 42.85 (row region near C4475)
- 13.09, 14
- 13.09, 14, 42.85
- 95.64
- 95.64

| | A | B | C | ... | H | I | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6420 | | 8002199010 RIETVELD, REMY M M | SE | | | | | | | | |
| 6421 | | 8402777800 HULTGREN, PATRIK | SE | | | | | | | | |
| 6422 | | TEODOROVIC, PAVEL | SE | | | | | | | | |
| 6423 | | 8401217820 FJELLMAN, MATS | SE | | | | | | | | |
| 6424 | | COALE, RONALD W | US | | | | | | | | |
| 6425 | | 7309191931 MARDIKIAN, JOAN GABRIEL | ES | | | | | | | | |
| 6426 | | 446724 SEVER, NOAH | CA | | | | | | | | |
| 6427 | | 445155 FRIEDMAN, BEZAEL | US | | | | | | | | |
| 6428 | | 447227 PRICE, CHRIS J | US | | | | | | | | |
| 6429 | | SASAKI-CHEWAN LTD | CA | | | | | | | | |
| 6430 | | 7870642638 LINGSEL, MARLENE IVA | US | | | | | | | | |
| 6431 | | 8401190220 ROSENBERG, SVEN ERIC | US | | | | | | | | |
| 6432 | | JOSHUE | FR | | | | | | | | |
| 6433 | | 480525 CHURCH ON THE HILL A M E ZION | US | | | | | | | | |
| 6434 | | MANEBERGER, ANNELIE | SE | | | | | | | | |
| 6435 | | 8402319430 MEIJERINK, NICOLE A | NL | | | | | | | | |
| 6436 | | DOCKX, DANA | SE | | | | | | | | |
| 6437 | | 445564 LAANSTRA, CAROLINE DIANE | CA | | | | | | | | |
| 6438 | | BEAUDET, THOMAS K | US | | | | | | | | |
| 6439 | | 8002184980 SCHOOT-KRAMER, MARJAN H | NL | | | | | | | | |
| 6440 | | WIEBES, FREDRIK | NL | | | | | | | | |
| 6441 | | 8002086900 DUIN VAN, IVOR | NL | | | | | | | | |
| 6442 | | 8002190400 FUHREN M | CA | | | | | | | | |
| 6443 | | 8402186570 SELANDER, ALF | SE | | | | | | | | |
| 6444 | | 8402186900 SVENSSON, SVEN AKE | SE | | | | | | | | |
| 6445 | | 44798 OVERTON, PAUL | US | | | | | | | | |
| 6446 | | 447881 ANTHONOU, CHRIS | SE | | | | | | | | |
| 6447 | | 448519 PARDO, YVETTE J | US | | | | | | | | |
| 6448 | | 449204 PARKER, PAMELA | US | | | | | | | | |
| 6449 | | 447679 BOAUPNAN | US | | | | | | | | |
| 6450 | | 447679 GARRETT, CLARENCE | US | | | | | | | | |
| 6451 | | SERENY, JAMES | CA | | | | | | | | |
| 6452 | | ROMPAL, HELEN | CA | | | | | | | | |
| 6453 | | 454476 MCLEAN, LYNN | CA | | | | | | | | |
| 6454 | | 8402470820 LUNDGREN, OTTO | SE | | | | | | | | |
| 6455 | | COWAN, BEVERLY J | US | | | | | | | | |
| 6456 | | 450500 ACKMAN, ALBERT | US | | | | | | | | |
| 6457 | | 8402001640 RAMBUS, JORGEN | DK | | | | | | | | |
| 6458 | | 449825 GALCHINKO, NATHAN | US | | | | | | | | |
| 6459 | | 8402021940 JAROBUS, CARSTEN | DK | | | | | | | | |
| 6460 | | 707003065 GARCIA, PIERRETTE | FR | | | | | | | | |
| 6461 | | 433284 LEWIS, LES L | US | | | | | | | | |
| 6462 | | 8002082840 VAN EBBEN, STEPHEN | NL | | | | | | | | |
| 6463 | | 889187600 BUTLER, STEPHEN | GB | | | | | | | | |
| 6464 | | 707003070 BANSFIELD, ROB | GB | | | | | | | | |
| 6465 | | 840142620 DOEGERBACK, LEIF | SE | | | | | | | | |
| 6466 | | 446842 THOMPSON, JOAN | CA | | | | | | | | |
| 6467 | | 7870551821 AKRASS, MOUNIR | US | | | | | | | | |
| 6468 | | 720010114 DIAZ-PARRENO-HELLADO, CLAYA | FR | | | | | | | | |
| 6469 | | 889487720 STEINEN, HELENE | DE | | | | | | | | |
| 6470 | | 447905 POGHACA, ORLANDO M | US | | | | | | | | |
| 6471 | | 448900 TAYLOR, DIANE | US | | | | | | | | |
| 6472 | | 8402091940 RAMBUS, JORGEN S | DK | | | | | | | | |
| 6473 | | 449992 VO, HUU D | US | | | | | | | | |
| 6474 | | 887011760 NGONA, JEAN | GB | | | | | | | | |
| 6475 | | 720012144 VINCENT, JEROME | FR | | | | | | | | |
| 6476 | | 43028 ERIC, TELE | DK | | | | | | | | |
| 6477 | | 42000 JONES, HUBERT R | US | | | | | | | | |
| 6478 | | 42003 SPROULL, RUSSELL L | US | | | | | | | | |
| 6479 | | 843017060 SOUVIA T | CA | | | | | | | | |
| 6480 | | 78260612444 VINCENT, JEROME | CA | | | | | | | | |
| 6481 | | 433055 STANSBERRY, THOMAS D | US | | | | | | | | |
| 6482 | | 53067 DAVIS, BOLIVIA T | US | | | | | | | | |
| 6483 | | 843217650 LAGERSTROEM, ULF | SE | | | | | | | | |
| 6484 | | 843219340 EKLUND SVEN-ERIK | SE | | | | | | | | |
| 6485 | | 193529 MUSTANG RESCUE & RESTORATION INC | US | | | | | | | | |
| 6486 | | 43356 MATTHEW JR, MARVIN A | US | | | | | | | | |
| 6487 | | 43356 SMITH, SHERRY T | US | | | | | | | | |
| 6488 | | 843221730 HJUUNGBET & CO | SE | | | | | | | | |
| 6489 | | 72050 MERCER, HELVSSA TAYLOR | US | | | | | | | | |
| 6490 | | 840319340 BODY CENTER | SE | | | | | | | | |
| 6491 | | 840317290 HALLANDS ENERGI | SE | | | | | | | | |
| 6492 | | 446003 SEINE-ROCKA, DAN | SE | | | | | | | | |
| 6493 | | 443054 JAVA | DE | | | | | | | | |
| 6494 | | 787064420 DI APOLONIA, MARC | FR | | | | | | | | |
| 6495 | | 843119930 LARSSON, KRISTER | SE | | | | | | | | |
| 6496 | | 443004 SPIVACK, STEPHEN E | US | | | | | | | | |
| 6497 | | 840206000 KELLOGG/JILL SAM | US | | | | | | | | |
| 6498 | | 840206000 HJBERTSTROEM, LENNART | SE | | | | | | | | |
| 6499 | | 428248 HICKNY, TAILIANIA | US | | | | | | | | |

| | A | B | C | ... | J | K | ... | N | O |
|---|---|---|---|---|---|---|---|---|---|
| 64018 | | 1509514 DE VRIES, ALEXANDER S | US | | 13.57 | 13.57 | | | |
| 64017 | | 1460547 WILSON, BARBARA K | US | | | | | | |
| 64016 | | 710001795 CERTO INTELLIGENTE TECN DE | PT | | | | | | |
| 64015 | | 1441959 BENNAZOUZ, ABDELLATIF | NL | | | | | | |
| 64014 | | 900214010 FREDRIKSZ, DAVID | NL | | | | | | |
| 64013 | | 900213010 TANAKA, FEDERICO | IT | | | | | | |
| 64012 | | 1439379 CUMMINGS, LAUREL | US | | | | | | |
| 64011 | | 900455000 EM TEAM | DE | | | | | | |
| 64010 | | 750001759 HALBERG, LARS RONNY CHRISTER | SE | | | | | | |
| 64009 | | 1432169 MACAILOVIC, JOHN | US | | | | | | |
| 64008 | | 384698 LYONS, RICHEY U | US | | | | | | |
| 64007 | | 384719 COLIGNI, CHRISTOPHER C | US | | | | | | |
| 64006 | | 1427515 APPEL, JEAL | US | | | | | | |
| 64005 | | 750001758 LE CRAL, FLORENCE | FR | | | | | | |
| 64004 | | 1440161 UZ18 INC | US | | | | | | |
| 64003 | | 138854 PATRICE HARDY, ADORA BROUSSEAU | CA | | | | | | |
| 64002 | | 1466439 BORDEN, MIKE | CA | | | | | | |
| 64001 | | 152844 COTY, GIT | US | | | | | | |
| 64000 | | 1427803 WESTLAND, JOHN D | US | | 14.9 | 14.9 | | | |
| 63999 | | 720055090 HAMSTEAD, SIMON | AU | | | | | | |
| 63998 | | 1449314 HAPPY, REBECCA H | US | | | | | | |
| 63997 | | 384722 FEDERICK, LAURA J | US | | | | | | |
| 63996 | | 1431426 FREDERIC, KARL MICHAEL | US | | | | | | |
| 63995 | | 382147 HAZZARD, GENE L | US | | | | | | |
| 63994 | | 1439367 BARKER, WILLIAM M | US | | | | | | |
| 63993 | | 1420002 HERRERA, CELIA L | US | | | | | | |
| 63992 | | 1431778 ROS, TREVOR | SE | | | | | | |
| 63991 | | 890432039 SCHMIDT, HELGE | DE | | | | | | |
| 63990 | | 890074140 IPNETWORK | DE | | | | | | |
| 63989 | | 890074140 IPNETWORK | DE | | | | | | |
| 63988 | | 890074140 IPNETWORK | DE | | | | | | |
| 63987 | | 1431778 KAMBOUYANN, STEPHANE G | FR | | | | | | |
| 63986 | | 1420052 HERNANDEZ, CHRIS A | US | | | | | | |
| 63985 | | 1110053 HERNANDEZ, CHRIS A | US | | | | | | |
| 63984 | | 1110254 PIRAS, CZARINA L | US | | | | | | |
| 63983 | | 382301 HANNEMANN, M | DE | | | | | | |
| 63982 | | 383975 RANDOLPH HOLDINGS, INC | US | | | | | | |
| 63981 | | 8904155740 M & M GIBR M MECKMANN & A MESSING | DE | | | | | | |
| 63980 | | 384700 PACE, PAUL A | US | | | | | | |
| 63979 | | 382054 ROSS, MANJUNA Z | US | | | | | | |
| 63978 | | 840209500 OTTOSSON, TORGNY | SE | | | | | | |
| 63977 | | 720023320 SE JE M JOHNSON, DAVI | IT | | | | | | |
| 63976 | | 1407326 MATTOS, MARIO D | IT | | | | | | |
| 63975 | | 1431313 JOHNSTON, GLEN | US | | | | | | |
| 63974 | | 840243910 GUSTAVSSON, FREDRIK | SE | | | | | | |
| 63973 | | 383084 RO0, TREVOR | SE | | | | | | |
| 63972 | | 8904156090 RIETKERK, MARGIT | SE | | | | | | |
| 63971 | | 840202060 HORNER, RONNIE | US | | | | | | |
| 63970 | | 1433313 RENAUD, SANTIAGON | US | | | | | | |
| 63969 | | 1435869 ETTLIN, JOSEPH S | CA | | | | | | |
| 63968 | | 8403077940 MILLBROOKS SPORT EQ HB | SE | | | | | | |
| 63967 | | 1442744 MUNGRO, DILLON T | US | | | | | | |
| 63966 | | 1438137 ARMANTE, CARLO | US | | | | | | |
| 63965 | | 1441727 WILLIAMSON JR, ROBERT J | US | | | | | | |
| 63964 | | 7870142025 LAURENT, PASCALE | FR | | | | | | |
| 63963 | | 1462450 NAPOLITAN, JAMIL | US | | | | | | |
| 63962 | | 391725 SERNOLA, PAULA A | US | | | | | | |
| 63961 | | 1402696 MORNITY, JOYCE M | US | | | | | | |
| 63960 | | 7870147165 DESNOLINS, HELENE M | FR | | 13.27 | 13.27 | | | |
| 63959 | | 14100010 MOUSE, ALAN | US | | | | | | |
| 63958 | | 720098470 RUGGLI, TONY | CA | | | | | | |
| 63957 | | 391996 LIVINGSTON, LYNNE K | US | | | | | | |
| 63956 | | 370590 CLARKE-MAGLOIRE, ANDREW & DORIS | US | | | | | | |
| 63955 | | 890457930 BIRGITS SCHRIEBSTUEBERL, DORN BRIGIT | DE | | | | | | |
| 63954 | | 840202010 WASLAND, MIKAEL | SE | | | | | | |
| 63953 | | 840203670 WASLAND, MIKAEL | SE | | | | | | |
| 63952 | | 1428057 FLORES, JOSE C | US | | | | | | |
| 63951 | | 7970125864 VASSEUR, ALEXANDRE | FR | | | | | | |
| 63950 | | 1428725 LAMPERT, GREGORY M | US | | | | | | |
| 63949 | | 1425720 TARP, WALTHER | DK | | | | | | |
| 63948 | | 142455 HARPER, RASHIDA D | US | | | | | | |
| 63947 | | 1428425 HARPER, RASHIDA D | US | | | | | | |
| 63946 | | 382037 WILLIAMS, VERGEL E | US | | | | | | |
| 63945 | | 162534 GUTIERREZ, VERGEL E | CA | | | | | | |
| 63944 | | 438710 EDWARDS, RALPH G | US | | | | | | |
| 63943 | | 438745 WOODS, DINAH L | US | | | | | | |
| 63942 | | 436692 WHITE, EARL | US | | | | | | |
| 63941 | | 437330 OVENS, MARGIE A | US | | | | | | |
| 63940 | | 437769 DOUGLAS, GEORGE | US | | | | | | |
| 63939 | | 438778 MARCH, WILLIAM | US | | | | | | |
| 63938 | | 434881 WELL, ROBIN V | US | | | | | | |
| 63937 | | 435695 NEILL, MICHAEL | US | | | | | | |
| 63936 | | 43684 ALTMAN, ANDREW S | US | | | | 15.64 | 15.64 |
| 63935 | | 8102539760 PETERSEN, ASGER & LYTTE | DK | | | | 13.64 | 13.64 |