| ID | Name | Country |
|---|---|---|
| 8909522613 | KASPERBAUER, ELKE | DE |
| 1059174 | INGOLD, DAVID M | US |
| 180031 | JETER, CHRISTOPHER | US |
| 100049 | SHEARER, JUSTIN G | US |
| 8904138330 | LOCCO, ANTONIO | IT |
| 8904616085 | FLEISCHHAUER, DORIS | DE |
| 180016 | WALZ, RITA | DE |
| 8904272177 | DIECKMANN, ANDREA | DE |
| 8904272177 | DIECKMANN, ANDREAS | DE |
| 1039749 | BELANGER, FERNANDE | CA |
| 8904539316 | GUIDI, ERIC | IT |
| 7700033027 | WILLIAMSON, KEVIN | IE |
| 170003 | CRUTCHFIELD SR, THOMAS W | US |
| 1091632 | BLOUNT, DANIEL | US |
| 100036958 | PINTO DA PINHA, GABRIEL ANTONIO MAC | PT |
| 1059556 | MACIER, CHASEN J | US |
| 1039998 | GRANITE, ALBA | CH |
| 1039998 | GRANITE, TAMMY M | US |
| 8904252217 | BEGUER, WOLFRAM | DE |
| 1062207 | BROWN, SCOTT | US |
| 8904442717 | AMBER, SUSANNE | DE |
| 7400054222 | PRAZ, JOEL | CH |
| 8904442717 | AMBER, DANI | IT |
| 7200005900 | TIA, LILI | AU |
| 7700028377 | BAZIN, GERARD | FR |
| 7200005900 | LOPEZ, SILVIA | AU |
| 8904488777 | LOPEZ, JENNY | DE |
| 7200006698 | MILLER, SHARON L | US |
| 7000013302 | DELPORTE, HENRY | DE |
| 7200070260 | RODRIGUES, JONI MANUEL VIEIRA | PT |
| 7000012360 | CARDILLO, ALESSANDRO | IT |
| 1040448 | DEMAN, BRIAN A | FR |
| 1040414 | KENDALL, DANNY L | US |
| 1096916 | KURD, MICHAEL A | US |
| 8904113539 | HEITZER, VIOLETTA | DE |
| 1059924 | CONTRERAS, GUIDO | IT |
| 8904425970 | VOSHAAR, VINCENT | DE |
| 8904425970 | SENGUL, ALI | NL |
| 8904467707 | SCHULTE, ANDREA | DE |
| 8904467707 | KESSLER, CHRISTOF | DK |
| 1030192 | MAGARELLI, MARIA A | US |
| 8904067692 | STIELER, LUTZ | DE |
| 1030198 | STEEGEN, REMI | FR |
| 7600036043 | VIDMAR, FRANCOIS | FR |
| 7600050094 | VINCENT, FRANCOIS | FR |
| 1090822 | SPANN, OTTO | DE |
| 1081104 | PANZ-KOREA, NELLET | NL |
| 800372931 | JAGROOP, TRIBHWANDATTA | US |
| 8904543405 | LUDWIG, HORST | DE |
| 8904483400 | DINGEBUS | DE |
| 1039894 | MATTHEW J | US |
| 1059999 | RANDALL, KAREN S | US |
| 1059886 | RANDALL, SHERRIE A | US |
| 1081231 | BURTON, NATHAN D | US |
| 1081231 | BURTON, ANNE | AU |
| 7200006373 | KNEZEVIC, TINA | AU |
| 100277 | CAMPBELL, CHENETA L | CA |
| 1910060 | SCARCHILLI, MARCELLO | IT |
| 1909840 | ROUSSIN, LAURENT J | IT |
| 1092928 | FUNK, SUSAN M | US |
| 100177 | FINK, SUSAN M | US |
| 100977 | STANEK, PETER | US |
| 1059913 | SIMARD, ANNE | CA |
| 8904054553 | ROTHE, RASMUS | DK |
| 8904045061 | SCHMIDT-CHRISTENSEN, RASMUS | DK |
| 8904045061 | TSW GMBH WITTENBERG | DE |
| 1063281 | HVE, HAROLD AND VERA | AU |
| 1062299 | BAUER, ERWIN | DE |
| 7800015604 | BRUGRAFREDDO, MAURIZIO | IT |
| 1061033 | FERRARI, JOSEPH | IT |
| 1081153 | GOURLEY, MIRIAM O | US |
| 1081153 | LEAVITT, SHALESA | US |
| 1091654 | IANNI, LAURA | US |
| 7200007448 | NOEUX, MANUELA | DE |
| 1040448 | EZEOLIFE | US |
| 1063518 | FRANCIS, STEVEN G | AU |
| 800272541 | SCHAAP, FABIAN | NL |

| | A | B | C |
|---|---|---|---|
| 01266 | 7100008741 | ROBERTUS JOSEF MARIA, RAAM | PT |
| 01265 | 7080008528 | PUMA, MIKE | |
| 01264 | 8003740643 | VALENTI | DE |
| 01263 | 8003740043 | NOWAK, ROBERT | |
| 01262 | 7050003600 | EAST, DIANE | AU |
| 01261 | 7080003190 | TOM, HKA | |
| 01260 | 7080003196 | DE LOS ANGELES, MERCEDES | IT |
| 01259 | 10267 | BRIBEL, SANA | |
| 01258 | 7400002608 | DANNY, SHELLY | CH |
| 01257 | 7400102694 | MHOF, HEIDI | |
| 01256 | 7080008034 | GRANT, QUANTESA | AT |
| 01255 | 1024460 | SHETLER, LEROY | AT |
| 01254 | 7250003357 | LESDEN PTY LTD | AU |
| 01253 | 1026268 | SHETLER, LEROY | US |
| 01252 | 6170138072 | JAN STACHURSKI | IT |
| 01251 | 1022219 | PACALDO, EDIE | PL |
| 01250 | 7080108031 | SORENSEN, BO | DE |
| 01249 | 1026268 | SORENSEN, BO | DE |
| 01248 | 7250002469 | BROUG, ROBERT | AU |
| 01247 | 7250003864 | RIDIGER, RALF | US |
| 01246 | 8905135008 | ANDRENNI, GUIDO | DE |
| 01245 | 8002153115 | ISBERGHI, CLAUDIA | IT |
| 01244 | 8004042601 | ANDREWS, MONICA | DE |
| 01243 | 8904067494 | BICKER, DIETER | DE |
| 01242 | 1026644 | JONES, DERRICK | DE |
| 01241 | 7171119108 | LOPES, LUIS | IT |
| 01240 | 8904066563 | OSWALD D.C. | DE |
| 01239 | 8004024680 | WANNE, JOACHIM | DE |
| 01238 | 1026939 | BRIEY, KELLY | NL |
| 01237 | 1028192 | PURSLEY, JENNIFER | US |
| 01236 | 8904173294 | MAURER, STEFAN | DK |
| 01235 | 7600002661 | BRUNO, MICHELE S | FR |
| 01234 | 1032515 | MEDESLEY | US |
| 01233 | 7600042263 | GUITTARD, AUDE | FR |
| 01232 | 1024407 | VICKERS, PAUL | US |
| 01231 | 1025303 | LORELLI, CAITLIN | US |
| 01230 | 1046006 | RAYMER, MARIA | US |
| 01229 | 1026605 | SPRING, LAURIE | US |
| 01228 | 8102431431 | NIELSEN, DORTE | DK |
| 01227 | 8904123938 | LINGAR, DORIS | DE |
| 01226 | 8904044485 | DORTE KARLSSON | DE |
| 01225 | 8904069809 | GROTE, WALDEMAR | DE |
| 01224 | 7250003415 | BUTLER, AMANDA | US |
| 01223 | 8101039959 | SPIELER, THOMAS | DE |
| 01222 | 7100008192 | BALEMA, MARIA | AT |
| 01221 | 8904428974 | STENWALTER, AUGUST | DE |
| 01220 | 8900316142 | ZANKENBERG, ERIC | NL |
| 01219 | 7250000122 | DONALDSON-HOLLIS, ANDREW | US |
| 01218 | 1037269 | NEWREN, LOEY | US |
| 01217 | 1037003 | ZARR, PETER | US |
| 01216 | 7080012503 | PAHRBERG, JACEY | DE |
| 01215 | 7000041924 | MELKK, MARCEL | DE |
| 01214 | 8003740125 | AGUILERA, JOSE ANTONIO | US |
| 01213 | 1043169 | BELL, SCOTT | US |
| 01212 | 8002730675 | SVPJ, BERND | DK |
| 01211 | 1041001 | STACHNIAK, MATTHIAS | IT |
| 01210 | 7250000204 | NOLL, GERHARD | DE |
| 01209 | 8004454049 | RICHTER, ANDREAS | DK |
| 01208 | 8004464005 | XALAFATIS, ALEX | DE |
| 01207 | 7250000023 | KAUTER ELSAYED, FAYE | US |
| 01206 | 8002734021 | BROWN, ALTHEA | US |
| 01205 | 1038291 | PATHNARAYAN, VIJAYAMOHAN | US |
| 01204 | 8004481480 | ROOGENSTEIN, FRIDA | US |
| 01203 | 7000052577 | PATWAN, ALTHEA | US |
| 01202 | 1091877 | COOPAL, CAPHAN | CA |
| 01201 | 1037212 | HODGE, JULIE | NL |
| 01200 | 7800210702 | MAZZULLA, EMILIO | IT |

| | A | B | C |
|---|---|---|---|
| 01100 | MERRILL, LOREN L | US |
| 01099 | NIETZSCHE, ANDRE | DE |
| 77000229 | CORREOS, ANGELITO N | IE |
| 1089531 | MCLAWS, WALTER | US |
| 8995620 | SANDOVAL, HELMUT DR | DE |
| 89055971 | LEH, ALEXANDER | DE |
| 89040949 | LOPES, AMANDA C | DE |
| 1082485 | LOPES, AMANDA C | US |
| 78002439 | SCIUOTTO, MARIA ROSARIA | IT |
| 72500143 | UEBEL, INGRID | DE |
| 89051763 | STILLICH, MICHAEL | DE |
| 72500030 | NEW HORIZONS TRUST | US |
| 3000087X | DAUPHIN, KEITH A | CA |
| 1082240 | WADE, CELLUM C | US |
| 1082243 | RICKS, TONY H | US |
| 89055771 | LAU, THORSTEN | DE |
| 1083393 | SCHULING, DANIEL | DE |
| 1070978 | EGBERT, MARGARET E | US |
| 1070970 | HUET, MARIE-FRANCE | FR |
| 89050684 | MOHR, KERSTIN | DE |
| 89055993 | SCHLICHTHOLZ, SANDRA | DE |
| 1071364 | PARKER, BUDDY | US |
| 1071272 | JORGENSEN, SHAUNA B | US |
| 71000XXX | BATTISTA-GOMES, MARIA L | IN |
| 00373702 | ABBAS, MARIETTE | CA |
| 1070900 | BUTTARS, JAMES D | US |
| 89044207 | PEPE, ANIELLO | IT |
| 71000906 | PORTO, FILIPE | PT |
| 81034821 | HORTH, FRANTS OTTO O | DK |
| 1070744 | GONZALEZ, ISABEL E | US |
| 81034841 | PEDERSEN, JESPER H | DK |
| 89055312 | WASSERBERG, HANS ULRICH | DE |
| 81019918 | BE RIBEIRO DOS SANTOS, MARIA | DE |
| 89055751 | DIENSTLEISTUNGEN BEHRENS | DE |
| 1070811 | PARKER, THOMAS | US |
| 1070809 | VOLLANDT, HANS WALTER | DE |
| 1070608 | FUROKA, PHIL J | US |
| 1070528 | BINDRUP, TAMARA C | US |
| 1070512 | GREVERS, MARION | DE |
| 89055221 | ZIMMER, THOMAS | DE |
| 89055151 | VOLLANDT, HANS WALTER | DE |
| 89046951 | ERICHSEN, OLAF | DE |
| 89046785 | ZIEGENBALK, HOLGER | DE |
| 89047229 | MOLLER, JENS | DE |
| 89055310 | MOLLER, JENS | DE |
| 1070533 | LANFRIC, LARRY L | US |
| 89047825 | STOLT, BLANKA | DE |
| 1070282 | TORRES, DIANA M | US |
| 78002X208 | SCHUDOWE, PIETRO | IT |
| 78002X206 | DE RE OLIVEIRA, LUCIANO | IT |
| 1070830 | LAGNA, KERRY L | US |
| 1070930 | CHAFFIN, BRAD J | US |
| 10045XX05 | CARTESSE, VERONIQUE | FR |
| 10045X13 | JURISCHAT KULMAC, ANJA | DE |
| 80054196 | PEDERSEN, MAJ B | DK |
| 80054750 | SCHWARZENBERGER, JOHANN | DE |
| 1072629 | CUMMINGS, TRACY C | US |
| 80046087 | SUMMANT, MICHEL | DE |
| 1070829 | MANUEL, DOROTHEA M | US |
| 1077270 | STRICKER, ADELHEID | DE |
| 80042735 | KOCH, JORN | DE |
| 80042750 | BRUNO, LUIGI | IT |
| 80004425 | STRICKER, ADELHEID | DE |
| 1076604 | EVANS, MATTHEW | US |
| 1076504 | BOBER, RAIK | DE |
| 80054914 | TRADE COMPANY EUROPE LTD | GB |
| 1076870 | BECKER, CHRISTINA | DE |
| 1076814 | LESPERANCE, LUCAS A | US |
| 80042731 | WINTER, CLAUDE | DE |
| 89042731 | LECHNER, MARKUS | DE |
| 78027480 | HINCKLEFFE, SIMON J | GB |
| 1077463 | HOWELL, MARKUS V | US |
| 1077465 | HOWELL, ASHLEE V | US |
| 1076655 | MITCHELL, MARK | AU |
| 1250007321 | CASTELL, CONRAD | IT |
| 80302006 | PAQUIN, JULIE | CA |
| 1076097 | HOWE, ROBERT R | US |
| 1074833 | XAPEL, DAYNA R | US |
| 7000803339 | BEITSCHEN, PATRICIA | US |
| 100028011 | BRANDSCHEN, MANUELA | US |

| | A | B | C |
|---|---|---|---|
| 60919 | 760307731 | DAKOUR, MABELLE | IT |
| 60918 | 780213907 | DEL PEZZO, EMANUELE | IT |
| 60917 | 6906 | DIAMONDS CONCEPTS | US |
| 60916 | 104323 | WHITEHORN, JARROD | US |
| 60915 | 6905 | BROWN, JENNIFER | US |
| 60914 | 104872 | STOLZE, KAROLINA | DE |
| 60913 | 8904882 | STEWART, PAT R | US |
| 60912 | 190220 | RERENDS, CHAD STEPHEN | US |
| 60911 | 6904 | BLAISE, JOEL | CH |
| 60910 | 89045405 | BUSSE, JOERG | US |
| 60909 | 104534 | HENNE, KIMBERLY | US |
| 60908 | 70006 | WINKENBACH, BERNHARD | US |
| 60907 | 4129 | HYATT, AARON | US |
| 60906 | 81034373712 | VINGE-MARKETING | DK |
| 60905 | 810345844 | SERVICE, JENSEN | DK |
| 60904 | 104757 | DORNICK, EVELYN | US |
| 60903 | 04749 | HERNAL, PETER | AT |
| 60902 | 04754 | THEISSEN, BERNHARD | DE |
| 60901 | 104757 | DANDREA, LUCIO | IT |
| 60900 | 104773 | TURK, JUAN | CH |
| 60899 | 82702 | MARTEL, YAN-CHING | IT |
| 60898 | 780210323 | DANDREA, LUCIO | IT |
| 60897 | 1405873 | HYATT, AARON COMPANY | US |
| 60896 | 104249 | LEU, YAN-CHING | US |
| 60895 | 104298 | AGUILAR, STEPHANIE | US |
| 60894 | 780030769 | GARDELLE, MICHELE | FR |
| 60893 | 807003839 | ANDREA, LUDWIN | FR |
| 60892 | 890640492 | GALLEGOS, JEFFER, MARIA | US |
| 60891 | 07003839 | DURAY, PHILIPPE | FR |
| 60890 | 870250351 | DURAY, PHILIPPE | FR |
| 60889 | 870262051 | SKEVIK, TORILD | NO |
| 60888 | 104353 | TRAHAN, ANGEL | US |
| 60887 | 725000674 | INVESTMENT ORACLES | US |
| 60886 | 104958 | MARTEL, YAN-DAVID | CA |
| 60885 | 1041685 | R. GARDIN INC | CA |
| 60884 | 89046941 | KRAUSE, ALEXANDER | DE |
| 60883 | 780215572 | LUSK, BILLIE | US |
| 60882 | 1704381 | XXXX_2605-10-13-22-21-07-0732 | IT |
| 60881 | 780211772 | FUBCI, SERGIO | NO |
| 60880 | 104643 | COLLINS, JOE | IT |
| 60879 | 104547 | PREN, GUSTAVO | US |
| 60878 | 104571 | BULL, JASON | US |
| 60877 | 104638 | AGHNA, MARIE | FR |
| 60876 | 104632 | CHAUVET, JEAN-MARC | US |
| 60875 | 104709 | WESTENDENDORE, DENISE | US |
| 60874 | 700151 | RILEY, BRANDON | US |
| 60873 | 70021 0276 | DAMIANI, TIZIANA | US |
| 60872 | 700210278 | PARIS, IMOCO | IT |
| 60871 | 104709 | DINNEMANN, BRIAN | US |
| 60870 | 104006 | WRIGHT, MELODY | US |
| 60869 | 89046542 | SEIGNEURIAL, DANIEL | DE |
| 60868 | 89069333 | EGGENMULLER, HELMUT | DE |
| 60867 | 725000177 | DINNEMANN, BRIAN | US |
| 60866 | 104447 | PORTER, CHAVISE | US |
| 60865 | 89046272 | RITTER, FRANK | DE |
| 60864 | 104757 | HATTON, GREGORY | US |
| 60863 | 105029 | BUTLER, FLORASTINE | US |
| 60862 | 104355 | ROWE, ADAM | US |
| 60861 | 104771 | JOHNSON, NATALIE | US |
| 60860 | 105083 | NORTH, JANET | US |
| 60859 | 104519 | GREEN, DANIEL | CA |
| 60858 | 104518 | WARDELL, LYNNDEL | US |
| 60857 | 8905339 | HILLER, JAMES | DE |
| 60856 | 8904519 | MARKETING AGENTUR HIERORT | DE |
| 60855 | 8904350 | SCHIBBY, NADINE | DE |
| 60854 | 04520 | HILLER, JAMES | DE |
| 60853 | 1047240 | DIVINGHACA, GLORIA | CA |
| 60852 | 720037070 | REITNER, ERIC R | AU |
| 60851 | 104550 | GATE, MICHAEL | US |
| 60850 | 104609 | GRAY, JOSEPH | AU |
| 60849 | 104585 | HANSE, ABE | NO |
| 60848 | 104535 | JARDUNE, MARIA | US |
| 60847 | 104900 | MYLES, DETTE | US |
| 60846 | 104340042 | LEMKEN, WILFRIED | DE |
| 60845 | 870233012 | HANSEN, ABE | NO |
| 60844 | 1047282 | JOHNSON, ERIK | US |
| 60843 | 89046165299 | ANTON, GREENBERGER | DE |
| 60842 | 104804 | THE ALVIAS ORGANIZATION, LLC | US |
| 60841 | 700203853 | HIGLER, ROBERTO | US |
| 60840 | 780037549 | HENDRIK, ROBERTO | US |
| 60839 | 800374783 | DUVAEL, MARCEL | CH |
| 60838 | 1050160 | STUTZMAN, JON | NL |

| ID | Name | Country |
|---|---|---|
| 840722688 | TYRELL, ANNA | SE |
| 870234161 | UNNI TOMTER, JOHANSEN | SE |
| 8487... | OLOFSSON, DANIEL | SE |
| 100844 | JOHNSON, ROBERT | US |
| 100143 | WARNE, TREVOR | US |
| 100154 | STREETER, LAUREL | US |
| 100174... | GREENE, LINDA | US |
| 100174... | GREENE, LINDA | US |
| 780006920 | LUKOWSKI, RENATO | IT |
| 780006802 | LIMONE, RENATO | IT |
| 870112822 | SRIRANGAM, CATHERINE | GB |
| 100178... | ANDERSON, OLIVER CELESTIAL | GB |
| 100261 | DAVIS, MONIQUE | US |
| 100250 | MHOUH, JEANNETTE | US |
| 100746... | ANGELES, JULIE | US |
| 100462 | ZELLER, TAMI | US |
| 100466... | HANN, JOSEPH | US |
| 100781 | NSIMA, ANTOINE | FR |
| 192280 | BROOKS, ZULEMA | FR |
| 100531 | TENNAN | US |
| 100538 | TRUMBULL, MYRA | US |
| 100839 | WILLIAMS, RHONDA | US |
| 100754 | JAROS, BRETT | US |
| 100624 | NIZZOLI, FABRIZIO | IT |
| 100614 | HITE, MARVIN & CYNTHIA | US |
| 100611 | SHIPTON, LONGANY | US |
| 100650 | VELOSO, TANGY/LAMBA | US |
| 100671 | NICHOLS, KEARSTIN J | US |
| 100979 | MORAN, CODY | US |
| 780006924 | MINNELLA, CARMINE | IT |
| 100867 | CHAMBERLAIN, GINA | US |
| 100807 | CHAMBERLAIN, GINA | US |
| 100421 | SMITH, DIANE | US |
| 100465 | GARCIA, ERICA | US |
| 100624 | LINEHAN, KIM | US |
| 100223 | MYRIE #MOOBETO, MAKEDA | US |
| 100104 | BUCKNOR, DOREEN | US |
| 100715 | SANTOS, TRACY | US |
| 740011943 | RUDIN, PETER | CH |
| 100742 | GRUYS, BRUCE | US |
| 770022781 | FENAS, HEIDDA KAREN | CH |
| 100622 | DIXUN, STEPHEN | CH |
| 100000 | RODRIGUEZ, EPRIAM | CH |
| 100... | TRABANT, PODDOZ7/DIADE | CH |
| 100648 | WARWICK, JERRY | IE |
| 100531 | WHITAKER, CORTESS | US |
| 100839 | AUTZ, BERNARD & LISA | US |
| 100730 | HANLEY, CHRISTIAN | US |
| 100731 | WILSON, AMY | US |
| 100641 | ROCHEFORT, MARYLINE P | FR |
| 100679 | HOLT, TRACY | US |
| 100680 | MCCRANIE, DAYNA | US |
| 100552 | BROWN, LISA | US |
| 100348 | MCCRANIE, DAYNA | US |
| 700053263 | MONGILLO, EMILIO | IT |
| 100709 | BRENNAN, SANDRA | AU |
| 700018900 | CUCINELLI, HASSAN | IT |
| 700053722 | BRENNAN, SANDRA | AU |
| 700053721 | SEBROWER, MONIQUE/LARRY | CA |
| 100075 | NUOVITY SYSTEMS, INC. | IT |
| 100076 | MARNUS DREYFUSS | CA |
| 102073 | STEVE NUMATU/IS TERNI TRADING | AU |
| 100397 | HAAS, BLOND | AU |
| 100373 | FELLIN, GLEN | AU |
| 100622 | WRITH, ANDREW | US |
| 100... | VOLLCOTT, JAMES | CH |
| 102... | HEDGER, TODD | CH |
| 600632154 | FABIO/OBENFM | DE |
| 1038... | MINO'S FASHION FUN | DE |
| 102431 | DIXON, RHONDA | DE |
| 100408 | KORUNEN, JAMES | US |
| 102431 | DIXON, GREG | US |
| 1047926 | BOSWELL, BROOKE | IT |
| 1048336 | HACK, WILLIAM | AU |
| 722000631 | PIERO, GLEN | US |
| 760000202 | CORNOUEIL, MARINE | FR |
| 1047908 | BOSWELL, BROOKE | US |
| 1046952 | BROWN, CODY | CA |
| 7878256 | PRESSLY, PHILIPPE | CA |
| 1043902 | BROWN, CODY | US |
| 1043865 | JOHNSON, JOSHUA | US |
| 100633287 | LOREEN, JOSE | CA |
| 1046928 | LEE, CHONG | DE |
| 760010907 | CORNOUEIL, MARINE | FR |
| 1046891 | ESARY, RICHARD | FR |
| 722000844 | DRAKE, DENIS | AU |

| ID | Name | Country |
|---|---|---|
| 100449 | STORTZ, TRACY | US |
| 100446 | LANE, JEWELL | US |
| 100558 | BOWER, RICKY | US |
| 1009177 | ARAGON, BOBBY | US |
| 100646 | JONES, JERRY | US |
| 100330 | ARCARO, CHERYL | US |
| 100256 | MILLER, MELISSA | US |
| 102869 | MILANI, JAMES | US |
| 7600511499 | PELISSON, YVES | FR |
| 8604330051 | FIGIEL, ANDREAS | DE |
| 8100437595 | NIELSEN, VIOLA LINDA | DE |
| 8100437595 | MORROW-CHRISTIAN, JACQUELINE | US |
| 8003734127 | NUHOF, W | NL |
| 7800215361 | BENSA, GIOVANNI | IT |
| 8900432272 | DESREUMAUX, JACQUES | FR |
| 8900451703 | DESSERICH, ALAN | US |
| 7000512104 | LEFFLOT, HEIKE | DE |
| 7000472197 | ALTMANN, KORNELIA | DE |
| 8900467711 | SPERBER, RALF | DE |
| 7200460200 | BRADSHAW, NEIL | GB |
| 8820820050 | BRADSHAW, NEIL | PT |
| 1823649 | D & H HOME IMPROVEMENT, LLC | US |
| 102898 | DWYER, RICKY | US |
| 7200042700 | BLOMHAI, BEVERLEY | AU |
| 8904426841 | KOIRA, GAUDIN | FR |
| 102859 | WEISSBERG, BLAKE | US |
| 7200042501 | SORENSEN, SVEN | DE |
| 102659 | NICHOLSON, ARLENE | AU |
| 8904672197 | ALTMANN, KORNELIA | DE |
| 102892 | HOTTA, ANNA | US |
| 1027498 | ANDERSON, RORY | DE |
| 8103408111 | RASMUSSEN, KIRSTEN | DE |
| 1021511 | WILLIAMS, BESSIE | US |
| 1024921 | HORRA CARRASCO, MARIA | ES |
| 1026564 | CHONG, ANDREW | US |
| 102673 | VAN SWEDEN, KIMBERLY | US |
| 1026075 | DE LOS REYES, RONNIE | AU |
| 102567 | FRANCHI, DR ROBERT | PT |
| 1021873 | FRANCA, VITOR | AT |
| 1922567 | TOUTANT, YANNICK | CA |
| 7200038767 | TOUTANT, YANNICK | CA |
| 7200040408 | VOOGD, ELIZA | CA |
| 8904425916 | MIKOLAJCZAK, DIETMAR | DE |
| 1005533 | HEINAO, JOAQUIN | FR |
| 8900070343 | DINNENDAHL | DE |
| 7200452044 | SMITH, COLIN | FR |
| 8900038550 | TAMAYO TURNAOU, PEDRO LUIS | ES |
| 102573 | CORONA, TEODAI | IT |
| 1026517 | ESCARCEGA, JODE | US |
| 7100006060 | ESCARCEGA, JODE | US |
| 7100002662 | GERULLO, GENNARO | US |
| 7800024711 | GERULLO, GENNARO | US |
| 8904425200 | HANSEN, INGER MAY | DE |
| 8702131920 | HANSEN, INGER MAY | DE |
| 104161 | HUDSON, NAPOLEAN | CH |
| 104163 | HANSEN, CHANTAL | NO |
| 1040111175 | SIBILA, PIETRO | CH |
| 102894 | HILL, JACOB | IT |
| 1040699 | MEREDITH, MAY | AT |
| 1002019 | ZIMMER, MAGDALENA | DE |
| 7800031172 | ALESSANDRI, ANDREINA | IT |
| 1027739 | THIBAULT, MICHAEL | DE |
| 1029062 | WEBEL, ANDREW | CH |
| 725020758 | WAYNE LENORES SYSTEMS | AU |
| 7200237756 | WAYNE NATTI ENTERPRISES PTY LTD | AU |
| 1004949 | CROSBY, JODY | AU |
| 800201699 | REMILLAT BOITEUX, MATHIEU J | FR |
| 8700330206 | PERILLAT BOITEUX, MATHIEU J | FR |
| 1005669 | MULLER, ANN MARIE | CH |
| 1002649 | ORTIZ, JENNIFER | US |
| 1003310 | HANRAHAN, EILEEN | US |
| 7400111532 | AEIGLBACH, WILFRIED | AT |
| 7870333902 | RAIL, FRANCK | FR |
| 1006705 | PETERSON, CANDACE | US |
| 1005898 | ANDERSON, SARA | US |
| 1005720 | ROLLEY, THOMAS | US |
| 1006068 | SIPP, ROSITA | US |
| 1002281 | CARSON, ARTHUR | US |
| 1000281 | LEVERBERG, MARTIN | CH |
| 7800043981 | DE PROPRIS, BIANCO | IT |
| 8900243703 | GRIMMER, BERND | DE |
| 8900297423 | MEREZ, MANUELA | DE |
| 8404043363 | MAS AGENCIA | SE |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6043 | 1001158 | CASAS, JORGE | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6044 | 740011116 | VENIN, LEO | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6045 | 1001787 | KONRAD, SCOTT | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6046 | 1002065 | LYTLE, LINDA | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6047 | 890654228 | BREUEL, MANIA | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6048 | 890654373 | GOCKNER, JOACHIM | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6049 | 1010787 | MACULA, STEPHANIE | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6050 | 737101522 | ALVAREZ CASTANO, FCO. JAVIER | ES | o | o | o | o | o | o | o | o | o | o | o | o |
| 6051 | 1001365 | TOMAS | CN | o | o | o | o | o | o | o | o | o | o | o | o |
| 6052 | 1002666 | ALTOPFER, ROLF | CH | o | o | o | o | o | o | o | o | o | o | o | o |
| 6053 | 1002117 | SIN, CHANG YONG | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6054 | 740018781 | ANDERSEN, TORFINN | NO | o | o | o | o | o | o | o | o | o | o | o | o |
| 6055 | 1001110 | BURR, KAREN | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6056 | 1001795 | MILLIE, JULIE | FR | o | o | o | o | o | o | o | o | o | o | o | o |
| 6057 | 1003652 | ALTOPFER, ? | FR | o | o | o | o | o | o | o | o | o | o | o | o |
| 6058 | 890530287 | LETZOW, HEINZ | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6059 | 890424804 | DOMKE, ? | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6060 | 760024692 | KRONAS, FRANCIS | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6061 | 1000985 | CANNELLA, RONALD | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6062 | 890620000 | GEBEL, RICO | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6063 | 890633000 | BAMLER, MARKUS | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6064 | 890535111 | GREENSHIELDS, DAVID | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6065 | 720000803 | SARAVECI PTY LTD | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6066 | 720010802 | RIDDELL, CARA | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6067 | 1010413 | SCHLAEFFER, MELISSA | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6068 | 1011139 | MARTINEZ, RODOLFO | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6069 | 1011957 | KNOX, J. WILLIAM | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6070 | 1011948 | SMEDLEY, DAVID | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6071 | 720000881 | JONES, PETER | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6072 | 720000864 | SHEAFE, EDWARD | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6073 | 720000001 | BERGMAN, BARRY | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6074 | 1011783 | SELBY, DONNA | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6075 | 890617208 | KRAMER, ANNE | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6076 | 1011441 | MCNAIR, JILL | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6077 | 720002021 | SULLIVAN, FRANK | CA | o | o | o | o | o | o | o | o | o | o | o | o |
| 6078 | 720002373 | DIMITRIOS, TSEROS | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6079 | 1011747 | SMITH, ROBERT | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6080 | 720000119 | GILROY, NEIL | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6081 | 720000789 | HOAKES, JOHN | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6082 | 720000739 | SHOPE, JOHN | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6083 | 720000723 | GHEA, DENISE | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6084 | 720000383 | SKALER INTERNATIONAL PTY LTD | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6085 | 720001346 | WALLIS, OLIVE | AU | o | o | o | o | o | o | o | o | o | 428.6 | 428.6 | 428.6 | 42.86 |
| 6086 | 1027102 | RUIZ, ? | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6087 | 1031119 | PHINNEY, MAURICE | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6088 | 1032131 | CISNEROS, AURELIO | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6089 | 720004659 | NGUYEN, KHOI | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6090 | 720004616 | GADHER, MICHAEL | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6091 | 105596 | MAURER, BERNADETTE | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6092 | 888275780 | BOUCHER, VIVIENNE | FR | o | o | o | o | o | o | o | o | o | o | o | o |
| 6093 | 890361912 | KRAUSE, OLGA | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6094 | 720000729 | HOLM, KIM | DK | o | o | o | o | o | o | o | o | o | o | o | o |
| 6095 | 1027977 | GIBSON, KIMBERLY | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6096 | 1025808 | SINGLETARY, DIAMOND | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6097 | 1003517 | BRADLEY, TREVA | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6098 | 720004205 | HANSEN, MARGIE | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6099 | 720004445 | CHIREE, MARCO | IT | o | o | o | o | o | o | o | o | o | o | o | o |
| 6100 | 720024127 | COSTANTINI, TAMARA | IT | o | o | o | o | o | o | o | o | o | o | o | o |
| 6101 | 720024080 | GIORDANO, CHRISTIAN | FR | o | o | o | o | o | o | o | o | o | o | o | o |
| 6102 | 1028572 | ROHDER, CHERYL | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6103 | 1028573 | OLARTE, DUVAN | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6104 | 1002201 | LOZANO, FERNANDO | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6105 | 1028480 | SALDANA, SIMON | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6106 | 786005707 | FANNER, DENNIS | GB | o | o | o | o | o | o | o | o | o | o | o | o |
| 6107 | 1023303 | HARRIS, DAVID | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6108 | 1023498 | JONER, ALBERT | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6109 | 1003303 | ALLEN, ROBERT | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6110 | 720004089 | COOPER, JAMES | AU | o | o | o | o | o | o | o | o | o | o | o | o |
| 6111 | 100603 | ZINGER, CHARLES | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6112 | 1002037 | WALKER, TRACY | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6113 | 1023458 | REED, JEREMY | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6114 | 890652599 | RITTER, GUERIN, BETTINA | DE | o | o | o | o | o | o | o | o | o | o | o | o |
| 6115 | 1002369 | MAGEE, CHARLES | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6116 | 100554 | REID, KELRICK | US | o | o | o | o | o | o | o | o | o | 214.27 | 214.27 | 100 | 77.48 |
| 6117 | 1006124 | LARA, MELINDA | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6118 | 1002311 | AYARBE, CANDICE | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6119 | 1008707 | RICO, ROSANNE | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6120 | 1002228 | RITCHIE, CHRISTOPHER | CA | o | o | o | o | o | o | o | o | o | o | o | o |
| 6121 | 1004719 | BROCKMAN, CHRIS | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6122 | 1003765 | TICCI, BRETT | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6123 | 1002689 | REES, MOLLY | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6124 | 1008192 | KUNZ, MICHAEL | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6125 | 1009194 | MENDEZ, JOSH | US | o | o | o | o | o | o | o | o | o | o | o | o |
| 6126 | 1024175 | ROY, DENIS | CA | o | o | o | o | o | o | o | o | o | o | o | o |
| 6127 | 1004102 | ROTT, MICHAEL | US | o | o | o | o | o | o | o | o | o | o | o | o |

| | Name | Country |
|---|---|---|
| 800383400 | STRIDER, L J | NL |
| 1000363 | WILLIAMS, DELORIA | US |
| 1000310 | TOWNSEND, VICTORIA | US |
| 1000329 | CHRISTIANSEN, MATTHEW | US |
| 1000307 | WEBER, HOLLY | US |
| 1000200 | JOHNSON, MARKUS | DK |
| 8103432782 | JURGEN | DE |
| 780040670 | JACKSON, GUNTHER | IT |
| 1001632 | JONES, DUSTIN | US |
| 1001652 | ALEXANDER, DELORIS | US |
| 1001808 | BREWER | US |
| 1001828 | BREWER, DANIEL AND ANGELA | US |
| 1001925 | DE SANTI, EUNICE | US |
| 8000369876 | BOLLMEIER, BEATE | DE |
| 8000369898 | HUPPMANN | DE |
| 8000379918 | ZOEHLER, GABRIELE | DE |
| 800379918 | MOELLER, ROLAND | DE |
| 100423 | SALTZMAN, ALICE | DK |
| 100423 | KASEMEIER, ELIZABETH | US |
| 1001745 | KASEMEIER, ELIZABETH | US |
| 1001881 | HEWITT, CAROL | GB |
| 1001735 | SAMOEIL, HALVOR | NO |
| 700021892 | GASSNER, ROBERT | DE |
| 7002019925 | GASSNER, ROBERT | AT |
| 100134 | SMITH, BETHANY | US |
| 100407 | RATLIFF, WANDA | US |
| 100466 | JOSEPH, FRANK | US |
| 100189 | XXXX_2009-08-31-12-31-13-0375 | US |
| 1001684 | XXXX, HEIDI | US |
| 8002423043 | LANE, BERND | DE |
| 780023202 | SEROUSSI, ... | FR |
| 780023202 | CHEROUK, AUDREY | FR |
| 10010989 | SHAW, SHANNAH | US |
| 780001960 | KEN FALLS | US |
| 720000064 | KEARNEY | US |
| 720000056 | SEE, DAVID | AU |
| 101632 | DWYER, CECIL | US |
| 101632 | MARR, L. C. | US |
| 1016148 | HALFE, KYLE | US |
| 720001797 | GREZADA, NIDA | AU |
| 720000572 | GREZADA, NIDA | AU |
| 100909 | LUCKETT, FAUNTA | SE |
| 101517 | WHITE, MICHAEL | US |
| 101318 | SANDQUIST, BENNY | US |
| 101407 | PERALTA, MARICO | US |
| 101240 | GREENBERG, SANDY | US |
| 720000063 | DELAMARE & ASSOCIATES | US |
| 720000079 | OWOSHI, TERRY | US |
| 720000118 | DWEHI, JANE | AU |
| 100296 | OWENS, TERRY | US |
| 720001110 | STEWART, ANDREW | US |
| 720000111 | FAST LANE IRVING SCHOOL | US |
| 720000020 | SYLVIA MARINA FAMILY TRUST | DE |
| 101985 | MILLER, VICKIE | US |
| 101916 | BRAD, MARSHA | US |
| 101822 | KING, TINA | US |
| 899836079 | STILLENMUNKES, HEIKO | DE |
| 720000009 | WALTERS FAMILY TRUST | AU |
| 720000313 | JINHAI PACIFIC | AU |
| 101653 | GADSON, CARL | US |
| 720000277 | SHADE ENTERPRISE | AU |
| 101184 | PIERCE, STEPHANIE | US |
| 101026 | EDUNO, LISA | US |
| 720000961 | THE S.R SHARMA FAMILY TRUST | AU |
| 720001788 | BROWN, SIMON | CH |
| 720001778 | PNU (AUSTRALIA) PTY LTD | AU |
| 100523 | RINALDO, JUDY | CA |
| 101405 | DUROCHER, CHANTAL | CA |
| 100052 | AUSTIN, RICK | US |
| 720000319 | SMITH, RJ | US |
| 100089 | MONTGOMERY, MICHAEL | DE |
| 8204303202 | WEHNER, MARTINA | IT |
| 780025112 | PAGODA, CARMINE | IT |
| 8103248642 | JOCHIMSEN, SØREN | DK |

| A | B | C |
|---|---|---|
| | 1021624 OLSON, JORDAN | US |
| | 1021624 SANTOS, MANUEL | US |
| | 731010965 SANCHEZ-ARNO, EDUARDO | ES |
| | 800028261 WASEM, PHILEMON | CH |
| | 800028964 BERSTECHER, ANDREAS | DE |
| | 800038914 HOCH-ELSCHAFER ELKE | DE |
| | 800010599 BUSSE, HELMUT | DE |
| | 760031272 CHABERT, LIONEL & ANNE NOELLE CHABERT | FR |
| | 720000242 REITINGER, JOSEF | AT |
| | 720000242 RIZZO, PHILIP | CH |
| | 800040244 STOCKER, MARTEN | CH |
| | 1017420 PROVOST, MICHELE | |
| | 800050964 FRENZEL, MADLEN | DE |
| | 800060869 MUELLER, MICHAEL | DE |
| | 800070821 VAN DER KNOT, PETER | NL |
| | 800080281 POTGIESER BOSMAN, JEANNETTE | NL |
| | ROEDER, DIRK | DE |
| | 760002429 CHAVEROT, ALAIN | FR |
| | DOUG & JEAN POWELL | GB |
| | 1000389 HERIDKER, AMANDA | |
| | 781010081 RISBANK, GIUSEPPE | IT |
| | 1001008 VANG, KINA | US |
| | 800050740 NOTHEIN, SASCHA | DE |
| | 760050094 ERMIN, NORBERT | DE |
| | 1000373 SCHAEFER, SUZANNE | US |
| | 1000361 BELLEY, DAVID | US |
| | 800030883 NELJAHR, ANJA | DE |
| | 1000092 VANDENBIEL, JOHN | US |
| | 800050694 GORRODMANSON, NICOLE | US |
| | 1000008 SCHIFFERLI, DANIEL | CH |
| | 740019761 BILLANT, RUSSELL | FR |
| | 101205 GRAN, ALEXANDER | DK |
| | 101206 GRAN, ZACHARY | DK |
| | 101287 REAMS, MICHAEL | US |
| | 101308 ALVARADO, HELICOORD | DK |
| | 800060668 HOPPS, DINA | DE |
| | 1001943 SUMMER, BARBARA | US |
| | 101211 ISRAKET, THOMAS | DE |
| | 800039853 PRILESCHBERG, ARMIN | DE |
| | 101310333575 LINIA, PETER | DE |
| | 760031260 PRIECHT, PHILIPPE | FR |
| | 101039240 LODAHL, TUE | DK |
| | 101039240 SCARDINO, FRANCESCO | IT |
| | 800035170 SCHIAVINA, SARKIS | DK |
| | 800056565 NIKCHMADV, STACEY | US |
| | 102635 MIRNOVA, JACOB | US |
| | 1001801 SPURLOCK, MICHAEL | NL |
| | 1000104 HANCOCK, DENNIS | US |
| | 101355 STEINHOFF, KAREN | US |
| | 760062403 STEFAN, GABRIELA LUCRETIA | IT |
| | 800039884 ELM PRODUCTIONS | US |
| | 1000398 GREEN, MICHAEL | DK |
| | 800040604 CONSOLIDATED COMMUNICATIONS & ENE | NO |
| | 87010164 JACOBSEN, BJORN, ARVID | NO |
| | 101255 PARKER, KIMBERLY | SE |
| | 800020668 STIRLENHOR, SIEGFRIED | NL |
| | 800039804 ELIASSEN, ZOFIA J | SE |
| | 1928677 CREATIVE INNOVATIONS GROUP, INC | US |
| | 444391906 LLUL, VICTORIA | ES |
| | h404267469 MARQUES-VAZ, ELENA | DE |
| | 100327 DI MARCO, ANTONIO | NL |
| | 100328 MESSERLY, CAROL | SE |
| | 100305 NOMURA, HAROLD | SE |
| | 800034934 MICHEL, RUDOLF | DE |
| | 800049801 ACOSTA, MANUEL | GB |
| | 1001697 ADAMS, WENDY | US |
| | 100305 SCHREIT, MARTIN | US |
| | 800030000 BEER, GERHARD | DE |
| | 800020770 BORCK, VOLKER | DE |
| | 800057859 PILKES, MARTIN | GB |
| | 800003719 PANDOO, ONZIA | NL |
| | 797042059 AABO, MOGENS | DK |
| | 1001068 SHARMA, RAHUL | US |
| | 1000416 WESTRUP, NICOLE | US |
| | 1000416 DRISKELL, JENNIFER | US |
| | 870110849 CORDIBA, RAQUEL | IT |
| | 1001082 JACKSON, GLEN | US |
| | 100065 GREENE, MICHAEL | US |
| | 870112529 OLESEN, LONA | US |
| | 810042825 MUIDOLE, JOSHNIL | US |
| | 888214795 MUIDLE, CHRIS | GB |
| | 800093600 BIGHT, DIETER | DE |
| | 831011871 CHRISTEN, PAUL HENNIE | IT |
| | 7700062260 NOTA, GIUSEPPE | IT |
| | 7700031990 LITTLE, CARMEL E | IE |

| ID | Name | Country |
|---|---|---|
| 60464 | HEIJENS, JOHANNES | DE |
| 8103437101 | RASMUSSEN, HENRIK | DK |
| 8103383518 | ANTOLLI | AU |
| 8103384101 | MR CONNECTION | DK |
| 8103358641 | MR CONNECTION | DK |
| 10324784 | SWARTLING, EMILY | AU |
| 10326024 | LAGUITAN-DOUGHTY | US |
| 1029374 | LAGUITAN-DOUGHTY, BELINDA | US |
| 1016373 | SIGSMATH, KENNY | US |
| 1015171 | PALMER, LORI | US |
| 1034908 | HIMMEL, PAUL | US |
| 7200015098 | LAUGHTON-DON, SANDRA | AU |
| 1035520 | MORIN | US |
| 1017909 | WILLIAMSON, SUSAN | US |
| 7200021779 | PAULEY, TAMMY | US |
| 7200039292 | PAYNE | FR |
| 700023292 | SAUREL, BEATRICE | FR |
| 700026622 | RACINE | FR |
| 700023292 | ROCHENCHAUB-DONEUIL, SUSANNE | FR |
| 7200016937 | NATHAN & GAVIN SCHULTZ | AT |
| 7200015991 | MCKINNEY, WENDELL | US |
| 1021243 | HAUSER, LAUREN | DE |
| 1035301 | HAUSER, OLIVER | AT |
| 7000323272 | SPENDELHOFER, PETER | AT |
| 7000211338 | BERGBAUER, KURT | DE |
| 700042370 | PAUTRAT, THIERRY | FR |
| 191677 | POELING, HEATHER J | US |
| 1027585 | WHITE, TAMMY | US |
| 10314005 | ZARADA, ERIC | US |
| 191000 | WYBLE, BRIAN | US |
| 1018042 | BUCK, SER | DE |
| 8004000203 | SEIBERT, MELANIE | DE |
| 8004325803 | ETHWALD, BILDENT | DE |
| 8002960015 | FRANCK, TORBEN | DE |
| 7000082055 | KRAFT, MICHAEL | DE |
| 8004098901 | WULFEN, HEINZ | DE |
| 8004096597 | DINNELLA, BARBARA | CA |
| 8004095843 | CONRAD, ANGELA | DE |
| 1035481 | EASTMAN, JUDITH | DE |
| 10181133 | DIAG, HASAN | DE |
| 1026647 | THOMAS, MARY | DE |
| 7250005519 | ALBAY, RUTH | IT |
| 700022338 | VINCENZO | DE |
| 7250003560 | GELTINGER, ALBERT | FR |
| 700035094 | DEGERING, JOCHEN | DE |
| 8004010325 | SORDINHOS-DOMINGOS | FR |
| 700004092 | RECRUITMENT & SERVICES | FR |
| 7000100619 | RECRUITMENT & SERVICES | FR |
| 7100500718 | BIRKLE, MARGA | FR |
| 7100050174 | AFONSO PASSINHAS, SAMUEL-ANTONIO | PT |
| 7000029174 | BERN, STEPHAN | PT |
| 700029174 | GRUNWALD, FRIEDRICH | DE |
| 101905 | WRIGHT, JEREMY | DE |
| 10181130 | LE VAY, JERRY | AT |
| 1019970 | FIRESTAD, KELLI | US |
| 1019922 | REAGLE, DOUGLAS | US |
| 1019894 | YOUNG, NOEL | US |
| 101959 | MORROW, FRANCES | US |
| 1019872 | WALTER & LESLIE | US |
| 10315057 | PEDERSEN, HENRIK | DK |
| 8103350034 | PADDINGTON MEDICAL CENTRE (GLID PLAU | DK |
| 7250000094 | SCHNEIDER, BASTIAN | US |
| 8103255317 | HEBRARD, ANNE | FR |
| 7250002383 | SAÏB, SAMBO | FR |
| 1016110 | JØRGENSEN, MARTIN | DK |
| 8069323669 | SCHNEIDER, BASTIAN | US |
| 8069342806 | KARIN KLAPPERT | US |
| 8069353260 | SCHERRLE, ANGELA | DE |
| 8069372774 | DORR, MAX | DE |
| 8073119585 | SASSEESTHARDAN, PARARASASINGHAM | DE |
| 7200019110 | PARNIS, JOE | GB |
| 7200019110 | FREMLIN, GAVEN | AU |
| 102004 | JOHNSON, DARREN | AU |
| 1018349 | SCHLUETER, JENS | DE |
| 1018240 | PYKE, SALLY | DE |
| 1019802 | AKKILA, SONY | US |
| 8093617731 | PERNERSTORFER, ANDREAS | DE |
| 102131 | JEPPESEN, MARGARETA | US |

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | A | B | C | D–O | J | K | M | O |
|---|---|---|---|---|---|---|---|---|
| | 55990 | JACKSON, DAVID K | US | | | | | |
| | 55991 | POULOS, LEANN G | | | | | | |
| | 760530021 ROUVEAU, JOEL | FR | | | | | | |
| | 55992 | CAROL, THOMAS | DE | | | | | |
| | 770200677 FINLAY, ANN | IE | | | | | |
| | 800960767 HOFFMANN, MARKUS | DE | | | | | |
| | 55993 | MATA, LIZBETH M. | PT | | | | | |
| | 710040510 MOTA, CAPIT'ÃO, MANUEL | NO | | | | | |
| | 55994 | MUKAND, WALTHER | PT | | | | | |
| | 800960452 BECKER, JOST | SE | | | | | |
| | 870251941 MULAND, WALTHER | IT | | | | | |
| | 780021630 TRAPPA, IVAN | IT | | | | | |
| | 55995 | JEROME, JACQUELINE M | | | | | | |
| | 55996 | DIXON, COLIN N | | | | | |
| | 1091385 DIXON, COLIN N | US | | | | | |
| | 1091941 PICO, CHRISTINE V | DE | | | | | |
| | 1091937 PLETSCH, NINA L | DE | | | | | |
| | 1026446 BLINIK, JOSEF | DE | | | | | |
| | 1084810 NICHOLSON, LEONARD | DE | | | | | |
| | 1072710 CAMPAGNOLI RAFFAELE, DANIELA DE TORTI | US | | | | | |
| | 1097352 JEFFESEN, CHRISTIAN R | DK | | | | | |
| | 810440915 ANDREEN GRANBERG | DK | | | | | |
| | 900453031 US-COMPANY | DE | | | | | |
| | 1057187 FRIEBEL, KIMBERLY L. | US | | | | |
| | 1091797 BELIZ'H, TRACY L. | US | | | | |
| | 1089790 SANDLIN, JESSICA A | US | | | | |
| | 1048770 DANTE, LISA A. | US | | | | |
| | 1088266 SHIRK, DOUGLAS K | US | | | | |
| | 1084408 MIGLIORINO, DEBBIE M | US | | | | |
| | 890642409 BOHBE, MANFRED | FR | | | | |
| | 1091797 THOENNES, SANDI M | US | | | | |
| | 1086586 HUFFMAN, SANDI M | US | | | | |
| | 787061414 RICHARD, ISABELLE | FR | | | | |
| | N.C.C.V. LIMITED PARTNERSHIP | US | | | | |
| | 1090273 REYNOLDS, CAROL | US | | | | |
| | 1090233 LIPPARELLI, ANGELA | IT | | | | |
| | 1088106 JESUS THE GOOD SHEPHERD CHURCH | US | | | | |
| | 1086486 EASDALE, ELAINE M | CA | | | | |
| | 1084422 DAGOSTINO, LAURA A | US | | | | |
| | 105356 NOERRING, RUSSELL R | DK | | | | |
| | 108637 HARECHTE, CANDY M | DE | | | | |
| | 1086101 ROMERO, CARMELA A | US | | | | |
| | 1088123 WOODS, ANGELO P | US | | | | |
| | 806062785 SCHMID, FRANK | DE | | | 13.67 | 13.67 | | |
| | 1088577 BISHOP, CHRIS | US | | | | |
| | 78277 TORGERSON, JOEL L | US | | | | |
| | 740053099 BACCHETTA, MARY | IT | | | | |
| | 700520688 SCHRADER, SONJA | DE | | | | |
| | 108478 MANDJINI, IMANE | FR | | | | |
| | 108525 FLORIAN, MATTHIEW H | DE | | | | |
| | 108535 VOILLETTE, TAMI M | US | | | | |
| | 1085855 CICCHETTI, GABRIELE M | IT | | | 14.89 | 14.89 | | |
| | 108535 THOMPSON, MARY R | US | | | | |
| | 800650205 ESPOSITO, FERDINAND | DE | | | | |
| | 660060885 BORDONOVO, SONIA IVANA MARIA | IT | | | | |
| | 108537 SPAIN JR, DAVID W | US | | | | |
| | 810450228 SIM, NICHOLAS | US | | | | |
| | 800290721 FERN, DANA | NO | | | | |
| | 880160521 BONDURANT, MONIKA | DE | | | | |
| | 800100724 WIEGEL, MONIKA | DE | | | | |
| | 108487 EON, RAMESH K | PT | | | | |
| | 108177 MASSON, MICHELE | FR | | | | |
| | 108154 MASSON, MICHELE | US | | | 16.22 | 16.22 | | |
| | 108554 KAWAYE, MICHELE | US | | | | |
| | 72 CELLETTI, CARMELA | US | | | | |
| | 108190 STEINER, ULRIKE | DE | | | | |
| | 1835855 CICCHETTI, GABRIELE M | IT | | | | |
| | 78002478 DELL'ANNA, FABRIZIO | IT | | | | |
| | 18035044 HOEBEL, EMILY C | US | | | | |
| | 108677 SMITH, EMILY C | US | | | | |
| | 1084772 MEIER, TERALL | US | | | | |
| | 1085627 STOTT, RYAN | US | | | | |
| | 710010292 PRINZ, DANIEL | DE | | | | |
| | 108485 VILLAGRAN, DEBRA | US | | | | |
| | 108798 BENAVIN, GLORIA A | PT | | | | |
| | 108944126 FERIL, WOLFGANG | DE | | | | |
| | 1085901 MATHIS, SUSAN A | US | | | | |
| | 890944436 ANDERS, RYAN | DE | | | | |
| | 1085390 RODGE, ROBERT M | US | | | | |
| | 710010298 PRINZ, CELSO MIGUEL | BR | | | | |
| | 108938 HORNER, SHEILA M | US | | | | |
| | 108938 BURNS, MARGARETH | US | | | | |
| | 890940409 FERNANDEZ, DISSOLADO A | DE | | | | |
| | 108626 FERNANDEZ, LAURA | US | | | | |
| | 108240 COLLIER, ANDREW J | US | | | | |
| | 1847822 ALLIED, ANDY D | US | | | | |
| | 1967253 COX, ENRIQUE | US | | | 325.4 | 325.4 | |
| | 1083960 GORDON, SEYMOUR | US | | | | |
| | 1847128 LIVINGSTON, JIM O | US | | | | |
| | 1847607 LIVINGSTON, JIM O | US | | | | |
| | 1847409 NILU, MOHAMMED A | US | | | | |