**US IBO Data**

| 2012 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New IBOs | 6,568 | 6,984 | 7,988 | 6,455 | 5,872 | 6,790 | 6,206 | 5,375 | 3,929 | 6,832 | 4,987 | 4,910 |
| Renewals | 2,651 | 2,682 | 2,931 | 2,180 | 1,926 | 1,806 | 2,104 | 1,928 | 1,907 | 2,006 | 1,600 | 1,661 |
| Drops | 6,141 | 5,371 | 8,254 | 4,999 | 4,162 | 3,672 | 5,690 | 5,904 | 6,218 | 5,982 | 6,382 | 6,371 |
| Ending Count | 96,427 | 97,613 | 95,734 | 97,456 | 97,710 | 99,118 | 96,516 | 95,471 | 93,711 | 96,850 | 94,605 | 94,539 |

| 2013 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New IBOs | 6,696 | 6,450 | 7,945 | 6,328 | 5,966 | 5,459 | 6,920 | 6,323 | 6,547 | 6,598 | 5,297 | 4,961 |
| Renewals | 2,548 | 2,425 | 2,729 | 2,149 | 2,020 | 2,320 | 2,329 | 2,014 | 1,889 | 2,064 | 1,560 | 1,733 |
| Drops | 6,365 | 6,796 | 8,374 | 6,627 | 5,849 | 6,320 | 6,345 | 5,503 | 4,414 | 6,778 | 5,306 | 4,876 |
| Ending Count | 94,870 | 94,524 | 94,095 | 93,796 | 93,913 | 93,052 | 93,627 | 94,447 | 96,580 | 96,400 | 96,391 | 96,476 |

| 2014 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New IBOs | 6,958 | 6,467 | 8,019 | 6,259 | 5,706 | 4,737 | 5,328 | 4,640 | 5,432 | 4,923 | 3,293 | 3,916 |
| Renewals | 2,429 | 2,378 | 2,609 | 2,179 | 1,813 | 1,883 | 2,085 | 1,848 | 1,979 | 1,939 | 1,595 | 1,825 |
| Drops | 7,010 | 6,499 | 8,215 | 6,548 | 6,201 | 5,667 | 7,310 | 6,551 | 6,619 | 6,594 | 5,694 | 5,158 |
| Ending Count | 96,424 | 96,392 | 96,196 | 95,907 | 95,412 | 94,482 | 92,500 | 90,589 | 89,402 | 87,731 | 85,330 | 84,088 |

| 2015 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New IBOs | 4,013 | 4,358 | 4,962 | 4,281 | 3,074 | 3,243 | 4,581 | 3,708 | 2,885 | 2,869 | 2,041 | 2,363 |
| Renewals | 2,456 | 2,371 | 2,577 | 2,086 | 1,696 | 1,872 | 2,016 | 1,863 | 1,851 | 1,983 | 1,376 | 1,517 |
| Drops | 6,867 | 6,387 | 8,078 | 6,341 | 5,599 | 5,143 | 5,372 | 4,781 | 5,819 | 5,037 | 3,739 | 4,429 |
| Ending Count | 90,058 | 88,029 | 84,913 | 82,853 | 80,328 | 78,428 | 77,637 | 76,564 | 73,630 | 71,462 | 69,764 | 67,698 |

| 2016 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New IBOs | 2,250 | 2,877 | 3,126 | 1,836 | 1,764 | 1,518 | 2,229 | 2,211 | 2,414 | 1,820 | 1,224 | 1,938 |
| Renewals | 2,010 | 2,141 | 2,183 | 1,614 | 1,421 | 1,464 | 1,729 | 1,485 | 1,486 | 1,389 | 1,127 | 1,235 |
| Drops | 4,522 | 4,536 | 5,589 | 4,965 | 3,447 | 3,762 | 4,893 | 4,053 | 3,691 | 3,453 | 2,492 | 2,884 |
| Ending Count | 67,259 | 65,600 | 63,137 | 60,008 | 58,325 | 56,081 | 53,417 | 51,575 | 50,298 | 48,665 | 47,397 | 46,451 |

ACN000685
CONFIDENTIAL