**From:** Robert Stevanovski <rstevano@acninc.com>
**Sent:** Wednesday, October 25, 2006 1:35 PM
**To:** Sheila Marcello
**Subject:** RE: Trump Discs surpass 1/2 million mark

Sounds good ☺

---

**From:** Sheila Marcello
**Sent:** Wednesday, October 25, 2006 1:01 PM
**To:** Robert Stevanovski; Greg Provenzano; Tony Cupisz; Mike Cupisz; Allan van Buhler; Dave Stevanovski
**Subject:** RE: Trump Discs surpass 1/2 million mark

Will do. Will share some thoughts as we meet on the convention on how to increase promotion at these events.

If we keep on our current run rate for autoship and convention sales, we would be at about 1.5 million by the end of next year for North America so we will put some plans together to continue to promote outside of the convention as well to drive to 2 million.

thanks

*Sheila Marcello*
Director, Marketing
ACN Inc.
704-632-3683
smarcell@acninc.com

---

**From:** Robert Stevanovski
**Sent:** Wednesday, October 25, 2006 9:21 AM
**To:** Sheila Marcello; Greg Provenzano; Tony Cupisz; Mike Cupisz; Allan van Buhler; Dave Stevanovski
**Subject:** RE: Trump Discs surpass 1/2 million mark

Nice start, lets really promote in Anaheim and Dallas. Lets shoot for 2mil by the end of 2007

---

**From:** Sheila Marcello
**Sent:** Tuesday, October 24, 2006 4:24 PM
**To:** Robert Stevanovski; Greg Provenzano; Tony Cupisz; Mike Cupisz; Allan van Buhler; Dave Stevanovski
**Subject:** Trump Discs surpass 1/2 million mark

Detail below--we are at 525,280 total discs sold to date, including October's autoship.

The Spanish Disc is going to duplication tomorrow and will be available next week. Our plans are to introduce the Spanish Disc as well as the ability to sign up for Autoshipping at Anaheim, with a Spanish Auto-Ship website.

Autoship numbers are holding steady for the US with some decrease with Canadian Discs.

Please let me know if you have any questions.

**Opportunity Discs**

| US | Canada | Total |
|---|---|---|

1

CONFIDENTIAL

ACN23
ACN008438

| | | English | French | |
|---|---:|---:|---:|---:|
| Detroit Event Sales - June 06 | 46,080 | 12,800 | 10,200 | 69,080 |
| Baltimore Event Sales - Sep 06 | 31,670 | 1,740 | 1,420 | 34,830 |
| Anaheim Event Sales – Dec 06 | | | | |
| Success Store | 154,610 | 8,410 | 2,510 | 165,530 |
| | | | | |
| Total | 232,360 | 22,950 | 14,130 | 269,440 |
| | | | | |
| **Autoshipping** | | | | |
| July | 58,800 | 2,820 | 1,800 | 63,420 |
| August | 57,890 | 2,580 | 1,680 | 62,150 |
| September | 61,000 | 2,320 | 1,270 | 64,590 |
| October | 62,240 | 2,290 | 1,150 | 65,680 |
| November | | | | |
| December | | | | |
| | | | | |
| Total Autoshipping | 239,930 | 10,010 | 5,900 | 255,840 |
| | | | | |
| TOTAL DISCS SOLD | 472,290 | 32,960 | 20,030 | 525,280 |

updated October 24, 2006

**Sheila Marcello**
Director, Marketing
ACN Inc.
704-632-3683
smarcell@acninc.com

**CONFIDENTIAL**

ACN008439