| | |
|---|---|
| **From:** | Donna Morris <donna.morris@acninc.com> on behalf of Donna Morris <donna.morris@acninc.com> |
| **Sent:** | Friday, February 10, 2012 9:44 AM |
| **To:** | Robert Stevanovski <RStevano@acninc.com>; Chip Barker <CBarker@ACNINC.COM>; Dave Merriman <DMerrima@acninc.com>; Greg Provenzano <GProvenz@ACNINC.COM>; Mike Cupisz <MCupisz@acninc.com>; Tony Cupisz <TCupisz@ACNINC.COM>; Dave Stevanovski <david@acninc.com>; Wayne Holbrook <WHolbroo@acneuro.com> |
| **Cc:** | Kim Johnson <KJohnson@ACNINC.COM>; Tina Wehner <TWehner@acninc.com>; Clare Holbrook <CHolbroo@acneuro.com> |
| **Subject:** | Top 300 Earners 0112.xls |
| **Attach:** | Top 300 Earners 0112.xls |

ACN 60
↳ 2012 Top 300