**From:** Robert Stevanovski <rstevano@acninc.com>
**Sent:** Wednesday, October 25, 2006 1:35 PM
**To:** Sheila Marcello
**Subject:** RE: Trump Discs surpass 1/2 million mark

Sounds good ☺

---

**From:** Sheila Marcello
**Sent:** Wednesday, October 25, 2006 1:01 PM
**To:** Robert Stevanovski; Greg Provenzano; Tony Cupisz; Mike Cupisz; Allan van Buhler; Dave Stevanovski
**Subject:** RE: Trump Discs surpass 1/2 million mark

Will do. Will share some thoughts as we meet on the convention on how to increase promotion at these events.

If we keep on our current run rate for autoship and convention sales, we would be at about 1.5 million by the end of next year for North America so we will put some plans together to continue to promote outside of the convention as well to drive to 2 million.

thanks

***Sheila Marcello***
Director, Marketing
ACN Inc.
704-632-3683
smarcell@acninc.com

---

**From:** Robert Stevanovski
**Sent:** Wednesday, October 25, 2006 9:21 AM
**To:** Sheila Marcello; Greg Provenzano; Tony Cupisz; Mike Cupisz; Allan van Buhler; Dave Stevanovski
**Subject:** RE: Trump Discs surpass 1/2 million mark

Nice start, lets really promote in Anaheim and Dallas. Lets shoot for 2mil by the end of 2007

---

**From:** Sheila Marcello
**Sent:** Tuesday, October 24, 2006 4:24 PM
**To:** Robert Stevanovski; Greg Provenzano; Tony Cupisz; Mike Cupisz; Allan van Buhler; Dave Stevanovski
**Subject:** Trump Discs surpass 1/2 million mark

Detail below--we are at 525,280 total discs sold to date, including October's autoship.

The Spanish Disc is going to duplication tomorrow and will be available next week. Our plans are to introduce the Spanish Disc as well as the ability to sign up for Autoshipping at Anaheim, with a Spanish Auto-Ship website.

Autoship numbers are holding steady for the US with some decrease with Canadian Discs.

Please let me know if you have any questions.

**Opportunity Discs**

| US | Canada | Total |
|---|---|---|

| | | English | French | |
|---|---|---|---|---|
| Detroit Event Sales - June 06 | 46,080 | 12,800 | 10,200 | 69,080 |
| Baltimore Event Sales - Sep 06 | 31,670 | 1,740 | 1,420 | 34,830 |
| Anaheim Event Sales – Dec 06 | | | | |
| Success Store | 154,610 | 8,410 | 2,510 | 165,530 |
| | | | | |
| Total | 232,360 | 22,950 | 14,130 | 269,440 |
| | | | | |
| **Autoshipping** | | | | |
| July | 58,800 | 2,820 | 1,800 | 63,420 |
| August | 57,890 | 2,580 | 1,680 | 62,150 |
| September | 61,000 | 2,320 | 1,270 | 64,590 |
| October | 62,240 | 2,290 | 1,150 | 65,680 |
| November | | | | |
| December | | | | |
| | | | | |
| Total Autoshipping | 239,930 | 10,010 | 5,900 | 255,840 |
| | | | | |
| TOTAL DISCS SOLD | 472,290 | 32,960 | 20,030 | 525,280 |

updated October 24, 2006

***Sheila Marcello***
Director, Marketing
ACN Inc.
704-632-3683
smarcell@acninc.com

# EXHIBIT 30

Complicate Success
SUCCESS FROM HOME
MAGAZINE
ESCAPE THE ORDINARY WITH ACN
will play for food
Foundation.org
Helping end childhood hunger right here at home.
VOLUME 10 • ISSUE 9 • SEPTEMBER
Co-Founders photographed at Donald J. Trump's Mar-a-Lago Club

Contents

*ACN's Co-Founders were special guests of Donald Trump at his exclusive Mar-a-Lago Club in pristine Palm Beach, Florida. As one of the most highly regarded private clubs in the world, Mar-a-Lago is the crown jewel of Palm Beach and a perfect backdrop for ACN's Co-Founders to spend time with Mr. Trump discussing the next phase of their relationship.*

24 Cover Story

## Going Above and Beyond

Already offering a life-changing business opportunity for IBOs and great services for customers, direct selling powerhouse ACN has figured out a simple yet powerful way to multiply its impact by joining the fight to end childhood hunger every time a bill is paid.

ACN000550
CONFIDENTIAL

## FEATURE

**58** **Pay Your ACN Bill. Pay It Forward.**
Every time customers choose ACN, not only will they receive an outstanding service at a great value, but they are helping feed children right here at home.

**64** **Thinking Big with Donald Trump and ACN**
Donald Trump's messages to ACN's independent business owners hit the mark time and time again—messages of success, determination, integrity, balance, vision—and yes, teamwork.

**90** **Tools to Inspire, Motivate and Inform**
ACN provides its IBOs with all the tools they need to succeed, from the basics for a brand-new person to ongoing training and inspiration for even the most seasoned leaders.

**100** **A Culture of Giving Back**
At ACN, making a real difference in the lives of others starts locally and extends around the world.







90

100

## ADVISOR

**16** **Simple Disciplines. Simple Principles.**
Success is finding the simple way to do things and then just doing them.
*by Darren Hardy*

**20** **A Decided Heart**
The life you choose will be yours—when your heart decides to make it so.
*by Andy Andrews*

**34** **Prepare Yourself Now**
How to lead with strength and confidence in times of difficulty
*by John C. Maxwell*

**96** **Ivanka's Trump Card**
Q&A with *Ivanka Trump*

## DEPARTMENTS

**6** Editor's Note
**9** News & Notes
**23** Bookshelf
**105** Office Space
**128** Going Forward






ACN000551
CONFIDENTIAL

# THINKING BIG with Donald Trump and ACN

by Anne Archer

ACN000552
CONFIDENTIAL

layar
SCAN THIS PAGE
to access exclusive
video content
VOLUME 10 NUMBER

THINKING **BIG**

What is the best possible advice for entrepreneurs and independent business owners involved in network marketing? It's perhaps something Donald J. Trump wrote in *Never Give Up*: "Don't think you're so smart that you can go it alone. I surround myself with good people, and then I give myself the luxury of trusting them." Could there ever be better advice for anyone who wants to get ahead in life, especially in network marketing?

That same wisdom is consistent with all of the messages that Trump offers when speaking to ACN audiences of tens of thousands at the international training events. Donald Trump's messages to ACN's independent business owners across the country and around the world hit the mark time and time again—messages of success, determination, integrity, balance, vision—and yes, teamwork.

Donald Trump is counted among the 100 richest people in the world, is the most recognizable businessperson ever, and his brand is readily acknowledged for setting the highest standards for everything he does. Donald Trump is a true American success story—and many in the ACN audiences are hoping a little of his magic will rub off on them. And he is very happy to share his Midas touch with the ACN IBOs: "I do this," he says, "because I love it, because I think this is a great company and I love these ACN audiences!"

Though his real estate holdings include some of the most prestigious addresses nationally and internationally, Trump's name is synonymous with success far beyond the extraordinary real estate career that helped make him a billionaire. His golf courses are legendary, he is an Emmy-nominated star and co-producer of the reality television hits *The Apprentice* and *Celebrity Apprentice*, and the author of multiple best-sellers, yet he is still happy to be there for the throngs of ACN entrepreneurs who flock to hear him speak.

"I've known the ACN co-founders now for years and I must tell you, I've really gotten to know them very well. And the level of integrity there is amazing."

—Donald Trump

## Trump's Relationship with ACN

As he has expanded his interests nationally and internationally, Donald Trump remains personally involved in everything that his name represents. And that includes his relationship with ACN. He personally knows the four co-founders of the 20-year-old company—Greg Provenzano, Robert Stevanovski, Mike Cupisz and Tony Cupisz—and believes in them and their integrity. Donald Trump does not just vet a company before making a decision to develop a relationship; he makes sure the corporate leadership passes the test of his legendary instincts. "You've got to listen to your gut, no matter how good something sounds on paper. Instincts play a special role in any kind of business you engage in. They are your guide in the decision-making process."

The ACN co-founders passed all Trump's tests. They are noted for representing the interests of their ACN independent business owners with unshakable integrity and also for standing as a beacon for the entire industry of direct selling. Donald Trump insists that the *real* success stories of life all have great integrity and he is confident about ACN and the four men at the top. "I've known the ACN co-founders now for years

ACN000554
CONFIDENTIAL



ACN's Co-Founders were special guests of Donald Trump at his exclusive Mar-a-Lago Club in pristine Palm Beach, Florida. As one of the most highly regarded private clubs in the world, Mar-a-Lago is the crown jewel of Palm Beach and a perfect backdrop for ACN's Co-Founders to spend time with Mr. Trump discussing the next phase of their relationship.

and I must tell you, I've really gotten to know them very well. And the level of integrity there is amazing. They love the people involved in ACN. They want to do well for the company *and* for the people at ACN—far beyond themselves."

Donald Trump began his connection with ACN eight years ago on Valentine's Day. This auspicious meeting would initiate Trump's relationship with ACN and its co-founders and would also include a video shoot to announce Trump's upcoming appearances at ACN's training events. But New York City had a record-setting blizzard just before Valentine's, the day of their appointment. Almost 27 inches of snow had dropped on Manhattan. It was eerily quiet all weekend as airports and businesses shut down, blanketed by towering drifts.

Fort Worth, Texas, is where all four ACN co-founders were when they heard about the blizzard. They had just completed a large ACN training event and had planned to fly directly to New York City. The travel agent insisted that no planes were flying into the area and commitments in New York would have to be canceled.

The ACN founders did not cancel or reschedule with Trump. They assessed their options and chose to fly to a neighboring state and then drive a heavy-duty SUV into the Big Apple. At 9 a.m. on February 14, 2006, Donald Trump arrived in his office on the 26th floor of the world-famous Trump Tower on Fifth Avenue. He smiled and raised an eyebrow when he saw that the four ACN co-founders had also arrived.

"You made it!" were Donald Trump's first words, spoken with clear admiration. Trump puts a lot of stock into keeping commitments and going the extra mile—and so do the ACN founders. That was just one of many things that Trump and the founders of ACN had in common, and it was a good foundation for a relationship. That day eight years ago marked the beginning of a great connection between Donald Trump and ACN.

Donald Trump has spoken at ACN's international events in front of tens of thousands of independent business owners and plans to speak at many more. He holds a record for appearing on the ACN stage more often than any other outside speaker. The company has also been featured twice on his NBC hit show *The Celebrity Apprentice*. The four ACN founders also just recently returned from Mar-a-Lago in Palm Beach, Florida, where they met with Donald Trump at his exclusive private club and spa. Trump has restored the Mar-a-Lago estate to a level of extraordinary splendor, and so it was a perfect setting for the ACN co-founders to meet with Trump, have a photo session in the magnificent surroundings, play golf at Trump's clubs, and further their long-standing relationship with the famous billionaire.

## What's Love Got to Do With It?

The relationship between ACN and Donald Trump is based on mutual admiration and respect, and perhaps a little something more. You can feel the love between the ACN audience and the tenacious billionaire, as he shares his personal stories, triumphs and wisdom gained along the way to extraordinary success.

As Donald Trump left the stage recently to the applause of over 20,000 ACN independent business owners and their guests in Charlotte, North Carolina, he grinned his thousand-watt smile and was clearly pleased. As he descended the stairs and was greeted by Greg Provenzano, president and co-founder of ACN, he acknowledged, "These people are not just here to see me—they are here because of what ACN is all about. That, to me, is very important."

After over 20 years of outstanding success with ACN, the founders are still involved in every detail, day in and day out, just like Donald Trump is with his world-famous Trump brand. And like Trump, it's obviously a commitment beyond the money. As Trump sees it, it all comes back to love: "The ACN co-founders love this company and all those years of success that they have already had are going to build a strong future of success."

ACN has continued to thrive with the hands-on leadership of its four co-founders even during a recession, nationally and internationally. They have

ACN000555

CONFIDENTIAL

THINKING
# BIG

been recognized in *USA Today*, *SUCCESS* magazine, *U.S. Business Review*, *Fortune* and *Inc.* magazine—and the latest news seems to further demonstrate their continuing success and influence. And that news? Donald Trump will be greeting ACN audiences for some time to come, and will remain a featured keynote speaker for multiple ACN events in the U.S., Canada and Europe. "I've watched this company grow," he explains. "I've been a fan of the company. I think it's terrific and the ACN leadership is terrific."

ACN has established a measure of success in network marketing that has become a gold standard. Founded in 1993, ACN is now in 24 countries. They were deemed one of the fastest-growing companies in the U.S. by *Inc.* magazine just five years out of the gate, and they've continually set new standards for the industry. In 2009, ACN was featured on the hit reality TV show *The Celebrity Apprentice*, alongside Mr. Trump and the cast of celebrities. In 2011, ACN returned to prime-time television, making an encore appearance on the show.

"I love the leadership at ACN. A company is only as good as the people at the top, and ACN has good people behind it."

—Donald Trump

It was Donald Trump's belief in the corporate leadership of ACN that sealed the deal to have an exclusive relationship with the company. Of course, ACN's vision for the future and its history and reputation in the network marketing industry were important, but it was the character and integrity of its corporate leadership that made it not just a business deal between ACN and Donald Trump, but also a long-term personal connection. And personal relationships really matter to Trump.

"I love the leadership at ACN. These co-founders know what they are doing. They know where they are going. I've always had a good feeling about ACN; I just feel good about it. A company is only as good as the people at the top, and ACN has good people behind it. It's not my place to say to an individual you should or shouldn't do this or that, but I think ACN has a whole lot going for it."

ACN audiences say that being around Donald Trump can make you stand a little taller and think a whole lot bigger, not just about business but about everything. Trump, it has been said, personifies the ability to achieve, the will to win. He is a business and entrepreneurial icon. He moves quickly, outworks almost anyone, and is a fan of network marketing. "The industry is growing when many others are suffering massive losses. Direct selling puts the people element back into business. And for thousands and thousands of people, that means good business and a solid opportunity."

ACN and its four co-founders consider themselves fortunate to have caught the eye and attention of one of the biggest dreamers and most successful billionaires in business. A relationship of this level is unparalleled in the direct sales industry. Since they first connected eight years ago, Donald Trump has continued to praise the company, its co-founders, services portfolio, and the winning home-based business model. As Donald Trump recently stood on stage with Greg Provenzano and acknowledged ACN's 20 years of success, the audience's thunderous applause showed they were deeply moved and appreciative.

And somehow it seemed they left that ACN event standing a little taller—recognizing more than ever that it is possible to "live fully and to truly dream big," as Donald Trump had just described. ■

ACN000556
CONFIDENTIAL

# EXHIBIT 31

Case 1:18-cv-09936-LGS-SLC Document 694-82 Filed 03/10/24 Page 13 of 20

John C. Maxwell Finding Your Purpose    Pete Carroll Winning for Life

FREE DualDisc™ (DVD & CD in one) Inside

# SUCCESS

What *Achievers* Read

**Kathy Ireland**
Model, Mother & Mogul

Legendary Coach
**John Wooden**
Mentoring Greatness

# How TRUMP Does It

**America's Greatest Threat**
Solving the Dropout Crisis

The Tremendous Life of
**Charlie "T." Jones**

+27 Resources for Your Success

Look Inside for Special ACN Feature

*SUCCESS.com*
*August/September 2008*

ACN000557
CONFIDENTIAL

# CONTENTS

August/September 2008

## On The Cover

8

TRUMP

How has Donald Trump succeeded in building a real estate dynasty, global brand and hit TV show? In a word: Focus.

by Mike Seemuth

TRU
POW

IMP

# FORTUNE THROUGH FOCUS

*by* **Mike Seemuth**

VER

ACN000560

CONFIDENTIAL

Case 1:18-cv-09936-LGS-SLC Document 694-82 Filed 03/01/24 Page 17 of 20

Donald J. Trump—billionaire real estate developer, television celebrity, author and icon—may be the best-known businessman in America. He built his powerful personal brand in real estate and successfully exported it to a broad range of products and services. The Trump name is used to market everything from hotels, casinos and condos to clothing and furniture.

Less obvious is Trump's knack for finding a happy balance between working hard and enjoying life with his family. How does he balance the demands of his professional life, especially when big challenges loom, so they don't compromise his family life? In a word, focus.

"I've learned to balance it by focusing on what I'm doing at that moment. When I'm with my family, they have quality time with me. When I'm working, I'm working," Trump says in a wide-ranging, question-and-answer exchange with *SUCCESS* magazine. "I also love what I'm doing, so I'm an easy person to be around. People who aren't doing what they love can be unhappy or depressed. That is a problem I don't have to worry about. I consider myself very fortunate."

Focus is a poorly appreciated quality yet ranks among the most critical factors in professional success and personal satisfaction, Trump says. He prides himself on his own powers of concentration and insists that anyone he hires show evidence of the same. "I work efficiently, and so must they, which requires focus," he says. "Many people underestimate the importance of focus, but it's something I observe, and I can tell who has it and who doesn't."

Trump says the essence of leadership is setting an example, and in a business setting, the best way for leaders to ensure a positive response is recruiting like-minded employees. "Your people should be a reflection of aspects of yourself. I work fast, I'm disciplined, I'm a positive person and I expect those around me to be that way, too," Trump says. "I also look for the hidden talents in people—never label someone by his or her job title. People very often have abilities beyond their positions, and a good leader will recognize that and give them a chance. It serves everyone well."

Courtesy of Trump Organization

**Bright Future**
Donald Trump, above, and, opposite, with his father Fred C. Trump

## Mogul in the Making

As a young boy, Donald John Trump showed early signs of real estate mogul in the making. "When I was a child I liked to build skyscrapers with my building blocks. I think that was prescient," Trump says. "I also loved accompanying my father to construction sites. I found it very exciting."

In his teenage years, Trump began to grasp the importance of focusing on the needs of others, the first lesson of negotiation. When he was 13 and a bit of a troublemaker, his parents sent him to a military academy, hoping the experience would direct his energies more productively. It did. "The military academy was terrific for me," Trump says. "I had my first lessons in negotiating because of a very tough drill sergeant. I had to get around him, because I knew I couldn't beat him.... I had to think about what would be good for him, what would make him look good, which is a good approach in negotiating. You have to know where the other side is coming from to be effective."

After Trump graduated from the University of Pennsylvania, his father Fred C. Trump taught him about the real estate business and much more. His father also exemplified how to persevere in the face of formidable distractions. "My father was a great example. He had endured a lot himself, and his fortitude was something I probably inherited," Trump says. "He was always confident in my abilities, and that was a great feeling. It was also something to live up to."

## The Big Apple and Beyond

After a five-year apprenticeship in his father's real estate business in Brooklyn, New York, he went on to reshape the Manhattan skyline and expand far beyond the Big Apple. Today, as chairman and president of The Trump Organization, he oversees a portfolio of residential and commercial properties in Chicago, Las Vegas and Los Angeles, among other U.S. markets, and in foreign markets such as

ACN000561

CONFIDENTIAL



Courtesy of Trump Organization

# Keeping the Momentum The Trump Routine

Rising early, reading voraciously and avoiding staff meetings are some of the habits that Donald Trump has adopted to minimize downtime and maximize his productivity.

"I get up around 5:30 a.m., read a variety of papers and watch the news," Trump says. "Lack of information can be a disaster, and there's no excuse for it, considering the many options we have today of accessing that information. ... You have to learn every day."

Trump says he conducts a lot of meetings in a typical workday—one-on-one discussions with staffers and large group get-togethers: "I don't have time-consuming 'staff meetings' because I deal with everyone myself."

Long lunches away from his office are another no-no: "I have lunch at my desk, which takes from 5 to 10 minutes. I dislike going out because it interrupts the momentum. ... I keep my momentum going."

Trump relies on a large circle of advisers to guide his decision-making, but he relies even more on his own instincts and information.

"Asking is a way to find out, and an easy one. I listen, but I also do my own research," he says. "Secondhand information is OK but shouldn't be relied on. ... I listen to my advisers, but the decision is always mine. So is the responsibility. That's part of being an entrepreneur."

Toronto, Seoul and Panama City. The Trump Organization has more than 30 real estate projects in development worldwide.

Trump and his co-investors own a slew of landmarks in New York City that bear his name. One of the best known is The Trump Building at 40 Wall St., a 1.3 million square-foot office building that stands 72 stories tall, directly across the street from the New York Stock Exchange. His portfolio of residential high-rises in New York includes the 90-story Trump World Tower—one of the tallest apartment buildings in the world—adjacent to the headquarters of the United Nations. His redevelopment success stories in New York City include renovating the former Mayfair Regent Hotel, now a luxury condo apartment building called 610 Park Avenue, and turning the old Hotel Delmonico into a condo called Trump Park Avenue.

Trump is also a major investor in gaming. He is chairman of the board of Trump Entertainment Resorts Inc., which owns and operates three casino-hotels in Atlantic City, New Jersey: the Trump Taj Mahal, Trump Plaza Hotel and Casino and Trump Marina Hotel and Casino.

Trump is most proud of what he calls "the Trump legacy. My father started a business, and I've brought it forward in a way he probably couldn't have imagined, but I think he'd be proud."

ACN000562

CONFIDENTIAL

Case 1:18-cv-09936-LGS-SLC Document 694-82 Filed 03/01/24 Page 19 of 20

## Unscripted Success

Television exposure has helped Trump achieve national and international recognition. While his success in real estate has made him a wealthy man, Trump's hit TV show *The Apprentice* made him an icon of corporate culture. Contestants in the unscripted NBC game show compete for a full-time job working for Trump, based on how well they perform tasks he assigns them. Trump trims the number of contestants by telling each unlucky one, with a dismissive wave of his hand, "You're fired." The punch line in the ritual termination scene, which has resonated with millions of viewers, began as an ad-lib. "That was spontaneous, it wasn't scripted," Trump says. "I was surprised that it caught on like it did. I would suppose because it is a powerful and final sentence. What's the comeback? There really isn't one."

Critics wrongly predicted that *The Apprentice* would be canceled shortly after the show made its debut on the NBC television network

*Continued on page 65*

# Family Business The Trump Legacy

Donald Trump's professional life and family life intersect at the company that manages many of his business interests. The Trump Organization employs his three adult children, Donald Jr., Ivanka and Eric.

"I wanted my children to do what they wanted to do—whether it had anything to do with my interests or not. It would be pointless to coerce them, and I didn't," Trump says. "I'm pleased they made their choice to work with me, but I wasn't counting on it."

NBC: Virginia Sherwood

**Real-Life Apprentices**
Donald J. Trump Jr., from left, Donald Trump, and Ivanka Trump

Don Jr., Ivanka and Eric say they've learned a lot from their father, but possibly the most important lesson is that loving their work is essential for success. Regardless of family ties, if they were not passionate about what they were doing, "we would be weeded out very quickly," says Don Jr., 30.

"There is no question that all of us share my father's passion for the business," stresses Eric, 24. "Hard work and the love of real estate is simply part of the Trump genetic code."

The senior Trump continues to urge his kids to pursue their passions, and over time, their business interests may broaden, just as his have. "For example, Ivanka has her own jewelry collection and shop on Madison Avenue in addition to her work at The Trump Organization," he says. "She loves jewels, she knows a lot about them, and she's been very successful."

Don, Ivanka and Eric say they admire their father's business acumen, drive and focus. "Hard work is undoubtedly one of the primary attributes that has led to my father's astonishing success," Eric says. Don Jr. says he also looks up to his father for "his ability to see and create value where others do not, and the fact that he always speaks his mind without catering to populist sentiment."

Unlike the sons and daughters of wealthy families who take their money and privilege for granted, Trump says his children have proven themselves as enterprising employees. "They are hard workers, they do well, and the rest follows," he says. "Easy success can be hollow. That will never be the case with them."

Trump says he and his first wife, Ivana, were both strict with their three children, but not unduly so. Don Jr. and Eric say they're grateful for their upbringing.

"My parents raised us with a work ethic and an understanding of the value of a dollar by making us work for it," Don says. "Learning how hard it is to earn at a young age creates a great sense of satisfaction later in life when you are successful. That in turn creates more desire, and continued success usually follows."

Eric says his father was extremely careful "never to hand us anything, other than our educations, on the proverbial silver platter. There is no question that these values have carried over into both our personal and professional lives."

Ivanka, 26, says her father encouraged her and her brothers to take risks, explore and to learn by doing, which helped them all gain self-confidence and independence.

Trump agrees that his children have had the advantage of great educations and travel, but says they were anything but spoiled. "They knew what the expectations were, and they've done exceedingly well. Navigating the business world and society today isn't easy. I'm very proud."

His two youngest children are a big source of pride as well. His wife Melania Trump gave birth to their son, Barron, in 2006; and he has a teenage daughter, Tiffany, from his second marriage to Marla Maples.

Trump is also a grandfather to 1-year-old Kai Madison, daughter of Don Jr. and wife Vanessa. As important as work is for Don, especially at this stage of life, "I do try to be an active force in her life," he says, admitting he's still working on balance. "I just sleep a lot less to come up with the time."

ACN000563

CONFIDENTIAL



ACN000564
CONFIDENTIAL