# TRUMP POWER



Courtesy of Trump Organization

## BUILDING BLOCKS TO ACHIEVEMENT TRUMP'S STRATEGIES

**Management style:** "Leadership is about setting an example," Donald Trump says. "Your people should be a reflection of aspects of yourself."

**Keeping a creative edge:** "I'm interested in many things and that keeps me engaged."

**Perspective:** "Life is fragile. Success is great but that doesn't change the deal. We're here for awhile—that's all."

**Learning from experience:** "I'm honest with myself. You learn the most when you can scrutinize your mistakes, as well as your successes."

**Keeping pace:** "You have to learn every day. The world moves at an incredibly fast pace these days, and if you want to succeed, you will have to keep up. I always ask questions. I don't know everything; no one does. Asking is one way to find out, and an easy one."

**Staying positive:** "Sometimes you're fighting a lonely battle," he writes in *Trump: Never Give Up.* "Keeping yourself company with positive reinforcement and faith in yourself can be the invisible power that separates the winners from the losers. Losers give up."

**Building the brand:** "My buildings often sell out before they are built. My tower on Waikiki sold out in 5 hours, which is a record," he says. "Building a brand takes a long time and I was aware of the importance of that long ago. It has paid off to be so demanding, because when people see the name Trump, they know the standard will be very high."

**Sky High**
Trump International Hotel and Tower in Las Vegas and, opposite, in New York

ACN000565

CONFIDENTIAL

Continued from page 62

in 2004. Trump initially found few advisers who believed his investment in the show would pay off. "I took a risk when I decided to do *The Apprentice*. Almost everyone advised me not to do it," he says. "I hadn't planned on doing a television show, but I was open to it. When it was a big hit, everyone said it would be a one-season wonder. We're going into our eighth season." The latest incarnation of the show, titled *The Celebrity Apprentice*, pits TV stars, recording artists and other famous contestants against each other.

## Following His Instincts

Trump's successful decision to launch *The Apprentice* despite all the initial doubt is a rich reminder of the potential rewards for daring to stand apart from the herd. Even if it means making mistakes, staying true to one's conviction is important because "you... learn the most when you can scrutinize your mistakes as well as your successes," Trump says.

Embracing ideas contrary to common wisdom is the essence of Trump's entrepreneurial mindset. "The first thing to realize is that being an entrepreneur is not a group effort—you must become your own support team," he says. "You also have to be very determined, and above all, tenacious."

Trump tenaciously pursues a packed schedule. Somehow, between taping episodes of *The Apprentice* and tending to his real estate development business, Trump also makes time for his many other professional pursuits. Among other items on his to-do list are tending to his casino business, writing books and exploring new product endorsement opportunities. His fame as host of *The Apprentice* has helped Trump win endorsement deals for a shelf-full of products: the Donald J. Trump Signature Collection of men's business attire, Trump Home furnishings, Trump Ice bottled water, home-delivered Trump Steaks and Trump Vodka, to name a few.

Over the years, he has also published 14 books. His first book, the seminal best seller *Trump: The Art of the Deal*, was published in 1987. Other best sellers include *Surviving at the Top*, *The Art of the Comeback* and *Why We Want You to be Rich: Two Men, One Message*, co-authored with Robert Kiyosaki.



*Courtesy of Trump Organization*

## Crash and Comeback

Not everything has gone his way, of course. In the early 1990s, for example, Trump struggled to stay in business during a deep slump in the commercial real estate market. Unable to make payments on $9.2 billion in debt, he writes in *Trump: How to Get Rich* that a low point came when he passed a beggar on the street and realized the beggar "was worth $9.2 billion more than I was."

Trump says he recovered by concentrating on how to revive his business, and not panicking over its problems. "I focused on the solution, not the problems. I was steadfast in my positive approach. Sure, I had a lot of big problems, but I regained my focus and just kept working at it, knowing it would work out," he says. "I kept my equilibrium by being positive and circumspect at the same time, so I could be objective. It's hard to function when you are worked up."

Maintaining an even disposition may be easier said than done, especially for people who face withering volatility in their professional or personal lives. But while a positive outlook can be helpful, Trump says neither unbounded pessimism nor blind optimism is a suitable substitute for careful consideration.

"I often ask myself, 'What am I pretending not to see?' It's a good way to troubleshoot and to discover possible blind spots," he says. "Positive thinking must be tempered with that, but without positive thinking, a lot of great things would not have been achieved. Striking a balance is a pragmatic and effective way to go." **S**

ACN000566

CONFIDENTIAL

# Trump *Timeline*

JUNE 14, 1946
BORN IN QUEENS, NEW YORK.

## FUTURE PLANS

- **Trump SoHo Hotel Condominium in New York**
- **Trump Towers in Atlanta**
- **Trump International Hotel & Tower in New Orleans**
- **Trump International Hotel & Tower in Palm Jumeirah, Dubai**
- **Trump Ocean Club, International Hotel & Tower, Panama City to open 2010**
  —Brandy Jules

**1959** Enters New York Military Academy at 13.

**1964** Graduates with honors. While working during the summer with his father, purchases the Swifton Village Apartments in Cincinnati for less than $6 million—and sells for $12 million in a year and a half.

**1968** Graduates from the Wharton School of Finance at the University of Pennsylvania with bachelor's degree in economics; moves to New York to work for his father.

**1974** Becomes president of Trump Organization. Acquires option on Penn Central's Commodore Hotel adjacent to Grand Central Station; partnering with Hyatt Hotel Corp., renovates and opens as 1,400-room Grand Hyatt Hotel in 1980.

**1979** Leases a site on Fifth Avenue to build $200 million apartment-retail complex, Trump Tower, finished in 1982.

**1980s** Focuses on Atlantic City gaming opportunities, developing properties that later would become Trump Plaza, Trump Marina Hotel Casino and the Trump Taj Majal.

**1987** Publishes best seller, *The Art of the Deal.*

**1988** Buys the Plaza hotel on Central Park for a record $407 million.

**1989** Purchases Eastern Airlines Shuttle for $365 million, renaming it Trump Shuttle.

**1990** With recession, Trump faces bankruptcy when unable to make massive loan payments; bailout pact allows Trump to defer some debt, but forces him to give up ownership of Trump Shuttle, most of his interest in the Plaza and other assets. He loses control of some of his real estate to creditor banks and is forced to trade part of his empire to restructure debts. His net worth plummets.

**1994-1997** Starts regaining control of many properties. Sale of his share of Grand Hyatt Hotel in 1996 allows him to extinguish remainder of his personal debt.

**1995** Trump casino business goes public.

**1997** Publishes *The Art of the Comeback.* Reported net worth of $2 billion. Trump International Hotel & Tower opens.

**1998** Starts $5 billion Trump Place at former Penn Central railroad yards, with 5,700 residential units, more than 5 million square feet of commercial space.

**1999** Trump begins developing golf courses.

**2001** Completes Trump World Tower, a 90-story luxury residential building.

**2004** Launches the NBC reality show, *The Apprentice* and becomes executive producer and host. Trump's radio program on Clear Channel Radio premieres.

**2006** Trump Vodka is launched.

**2007** Trump honored with a star on the Hollywood Walk of Fame.

**2008** Trump International Hotel & Tower opens in Chicago. Trump International Hotel & Tower set to open in Las Vegas.





See Trump and Robert Kiyosaki "Why We Want You to be Rich" @ success.com/ TrumpKiyoVideo

ACN000567

CONFIDENTIAL

# EXHIBIT 32

# SUCCESS
## FROM HOME

**Residual Income:**
The Better Way
to Earn

*The Art of
Developing People*
**Why It's Essential for
Growing Business**

# THE
# REINVENTION
## *of* ACN
### Meet the Men Behind the Vision



**ACN Featured on**
*The Celebrity Apprentice*

$5.95 US
VOLUME 6 • ISSUE 8 • AUGUST 2010

CONFIDENTIAL

SPHC 000536

# Direct Selling
## in the Age of
## Donald J.
# Trump

Entrepreneur and multi-billionaire

by Anne Archer

CONFIDENTIAL

SPHC 000556

Donald J. Trump has reached tremendous success in many different fields, not to mention he is an admired and respected individual. He has become an icon of our culture, and Trump is an extraordinary brand recognized the world over.

But there is also a side of Donald J. Trump that many people may not get the pleasure of seeing—a warm and generous person who truly cares about the people around him. "You have to be tough in business to really make it," he says. "People will try to eat you alive if you aren't careful." So he has a reputation for being tough, careful, strong and successful, and surely he is all that. Yet, he is someone who didn't hesitate to have his limousine driver pull over so that he could sign autographs for a group of kids who waited outside the airport to wave at him. He got out of the car, let the kids take pictures, signed everything they gave him, and took time to give them a few words

## "ACN appeared on *The Celebrity Apprentice* and the ratings were sky-high for that episode! The ACN Video Phone is revolutionary!" —Donald J. Trump

of encouragement. Simply put, Donald J. Trump is a man who believes in giving back.

When Trump was negotiating with ACN, Inc. to represent the company and speak at their events, he made it clear that he would not be doing it "for the money." He has plenty of money, so something else had to be the deciding factor. For him, it came down to the four ACN co-founders.

"ACN's four owners—they are some of the most selfless, dedicated businessmen I've met," he says. "They truly put the needs of their representatives above all else. They care about their people and they run ACN hands-on."



They also give back to life—they support causes they believe in and they give back both as individuals and as a company. It's something they believe in passionately. And so does Trump—he gives more than most people will ever know. He often gives and never says a word about it, and he likes it that way. That is something that Trump and the ACN co-founders have in common, and it is a very good place to begin.

When speaking onstage to an ACN audience of thousands, his message never waivers. "You have to love what you do! If you love what you do, you'll try harder, work harder, and you'll get better at it. And you'll enjoy your life more," Trump says.

When he shows up to speak at an ACN event, everyone around can feel the pleasure this gives him. Here's why, in his own words, "I speak to packed houses at the ACN events. Talk about energy and excitement! There is so much light and love in the room and such a positive response. How could I not enjoy it?"

He may tease about having to give up a golf game for the event and get in his private jet to be there, but he is there, and it's not about the money. It is about something else entirely. Light? Love? Yes, indeed, and perhaps we now are learning more about the real Donald J. Trump, and about ACN, too.

When asked how he has created so much success in a life that has had its share of challenges, Trump makes comments onstage and in personal conversations that resonate like lines



SPHC 000557



from his books *Think Big—In Business and in Life* and *Think Like a Billionaire*.

Yet, even these statements clearly come from the heart—with gusto and zeal:

"The true principles of success never change. You have to be passionate about what you do. You should love what you do! And you have to think big—think like a champion. Champions think big. They are focused. They are disciplined. Those are important elements of success."

Spend any amount of time with Trump and his staff, and it's immediately apparent that those who work for him truly admire this man. They readily confirm that they respect him and are delighted to be working with "the Boss," as one can affectionately hear him called. He seems to bring out the best in the people around him and his company looks like

> "Spend a portion of every day working on your personal development. It's just as important as the time you spend building your business."
> —Donald J. Trump

an amazingly well-run organization. Trump commented on how he chooses the people who work for him, and the wisdom he shared clearly applies equally to business and life in general.

"You should surround yourself with the best people you can," he says. "Work with the best people who are positive and have enthusiasm and it will help you stay on your course of success."

### Catching the Eye of a Billionaire

When Trump was initially deciding to work with ACN, his organization did a great deal of research on the company and took a hard look before deciding to endorse ACN and its products. In addition, Trump took time to meet the

## Phoning Donald J. Trump



One of the products Trump has endorsed is the ACN Video Phone. ACN likes to say that a face-to-face conversation is never more than a phone call away. This product is impacting the communications industry as a whole, and to Trump, it just makes sense.

"ACN appeared on *The Celebrity Apprentice* and the ratings were sky-high for that episode! The ACN Video Phone is revolutionary!" Trump says. "It's changing communications as we know it. People want to stay connected. The ACN Video Phone can lessen the distance between people, especially during the important moments in their lives. It's a product that practically sells itself."

CONFIDENTIAL

Case 1:18-cv-09936-LGS-SLC Document 634-32 Filed 08/10/23 Page 10 of 26

ACN co-founders and to get to know them—and to know what motivates them.

"A company is only as good as the people at the top, and ACN had good people behind it," Trump says. "I met the four co-founders and discovered for myself that these guys are great and dedicated to building this company and supporting their people."

And then, of course, Trump came to know more about the company itself and what it offers. ACN offers services people already use and will continue to use—no matter what is going on in the economy. As Trump says, "That makes for good business."

Onstage at ACN, Trump acknowledged, "Breakthrough products like the ACN Video Phone reveal ACN's commitment to pioneering technologies of the future. With the ACN Video Phone, they are leading the way in a communication revolution. Staying at the forefront of innovation is key to long-term business success, and ACN is doing just that."

His relationship with ACN began with talks at their events and as an endorser of the company. But over time, Trump says he has built a relationship with ACN and its owners. "We've spent time together on the golf course and I have really gotten to know these men running the company—and what kind of men they are. The ACN co-founders are men of integrity who put the needs of their people above their own needs. They define success by how many people they can help become successful right along with them, which is not a characteristic often seen typically in business."

### An Inviting Business Opportunity

The direct selling industry is definitely a viable business option for someone looking for a new opportunity. For a very small startup cost, average individuals can build a business of their very own. They don't need experience, education or the considerable resources most traditional businesses require. In fact, anyone can take advantage of this opportunity: from a retired executive to a young, ambitious kid, to a mom who wants to help her family. This is all about providing a level playing field for anyone who wants to take advantage of the opportunity presented.

Trump really appreciates that aspect of direct sales and is a firm believer in people making it because of their spirit, natural intelligence, determination and commitment. Direct sales gives people from all walks of life an opportunity to be successful in business and have a successful life.

> ## "The ACN co-founders are men of integrity who put the needs of their people above their own needs."
>
> ## —Donald J. Trump

"Direct selling is a business whose time has truly come," Trump says. "That is why the industry is growing when many others are suffering massive losses. What most people don't realize is that direct selling is actually one of the oldest, most respected business practices in the world. Long before there was mass advertising, people were using direct selling to move products. Direct selling puts the people element back into business—and

for thousands and thousands of people, that means good business and a solid opportunity."

Yet, like any business, there are those who make it and those who don't. When asked what advice he would give to someone who has been working on their business for a few months, but isn't seeing a lot of success yet, Trump's response was no surprise—and it is also sage advice: "Anything worth doing takes commitment and hard work. Do what you are passionate about and stay committed, and you can't help but see success. My businesses weren't built in a day, so don't think success is going to happen overnight. As you build your business, there are also a lot of opportunities to learn and grow along the way."

### Commit to Success

Success is all about our commitment to it. It's about taking any opportunity and making the most of it. So how does someone like Trump stay tuned in and ready to go day after day, regardless of the circumstances in the moment? "To be successful, you have to change from the inside out," he says. "Spend a portion of every day working on your personal development. It's just as important as the time you spend building your business."

And to the ACN representatives he spoke to recently in California, he reminded them, "Confidence is key. If you speak with confidence, people will want to follow your lead. No one wants to follow someone who isn't steadfast in their beliefs."

And what breeds confidence more than a passionate belief in the company with which you choose to work and build your future? ACN has been acknowledged within the industry for a product line that is leading a technological revolution, an outstanding compensation plan and great leadership. One thing perhaps stands out above all the rest, and Trump said it best: "You won't meet four better guys than the ACN co-founders." **SFN**

CONFIDENTIAL

SPHC 000559

# EXHIBIT 33

## ACN Consolidated Summary
## February 2006 Actual vs. Plan

### North America

**P&L Results**

- Total Revenue of $18,144K was better the Plan by $2,072K. This was driven substantially by $2,975K favorable variance from Distributor revenue. Product revenue of $12,828K was $345K below the Plan, with LD and Local being major contributors. LD was $335K less than plan and Local was $269K less than Plan, both driven by lower than expected customer counts and seasonality. Local counts were 7,705 under plan and LD was 4,584 under plan. These declines were partially offset by VOIP being above plan by $261K and 3,116 in customer counts. In addition, other revenues contributed $563K to the shortfall due to the shortfall in convention-related revenues.
- Actual customer orders for the month were 21,038 compared to the Plan of 26,515. Rep production for the month was 8,939 compared to a forecast of 2,500.
- The overall gross margin of $5,612K was $1,052K or 16% less than the Plan. Product gross margin of $5,875K was under plan by $404K, due to lower LD volume ($210k), lower bundled volume of ($87K), and higher Voip sales ($104K). In addition distributor margin missed budget by $304K due to the new comp plan changes and special bonuses. Gross margin on all other revenue missed budget by $347K due to lower Ft. Worth convention attendance.
- At $4,365K, SG&A was better than the Plan by $220K or 5% and bad debt expense at $451K was also $70K or 13% better than the Plan.
- EBITDA, at $796K, is $763K or 49% below the Plan. This was driven by the gross margin performance, offset by the SG&A and bad debt favorable results.
.

**Significant Events**

- A contract was signed with Donald Trump for both speaking engagements and promotional videos. The agreement provides for a payment of $1Million of which $500K is reflected in cost of revenue in North America's February results. The remaining $500K in Europe is expected in April.
- The success in recruiting was driven primarily by three items. These items were the comp plan changes combined with the $1,000 ETT bonus for February, the Success at Home publication and the Donald Trump announcement. The lower than expected distributor margin was driven by the ETT bonus which was accrued at approximately $500K. If qualifications exceed the current estimate of 10% for that bonus, added accruals will be required.
- During March, the company secured approximately $735K of lease financing- $185K for the new Avaya switch in Montreal from Avaya Financial Services and a $550K facility from First American Equipment Finance that will cover the furniture and IT expenditures for the build-out of the new NC facility, as well as approximately $140K of IT equipment and software in FH.
- Negotiations are in process with Rogers to obtain Canadian LD cost reductions that should maintain the gross margin at the current run rate, after the Roger's credits which are set to expire in April. This will be favorable to budget since the budget anticipated the credits expiring in April with no further cost reductions.
- The US Bank credit committee has approved in principle an asset based loan for Canada that is expected to raise approximately $2.5 million. The loan is expected to close in late April if all documentation requirements can be successfully completed.

### Europe (In Euros)

**P&L Results**

- Revenue of 15,303K euros was below the Plan by 1,110K euros. The main shortfall is in Fixed revenues which (including subscriptions) are down approximately 1,365K euros from the Plan. Fixed revenue continues to be a concern and the February results are being evaluated by Product Management. Mobile revenues, however, were favorable by 147K euros or 10% and Distributor revenue was 97K euros or 12% above the Plan.
- Rep production for the month was 1,571 compared to a forecast of 1,820.
- The gross margin of 5,535K euros was 314K or 5% below the Plan. Fixed margins, while below the Plan, are slightly better than the Plan on a percentage basis (41% vs. a Plan of 39.0%), but Mobile, at 33.0%, is a less than the 34.6% in the Plan.
- SG&A of 4,860K euros was 485K or 9% below the anticipated 5,345K in the Plan. Bad debt of 270K euros is better than the Plan by 26K. Expenses are lower due to timing impacts and to lower headcounts than planned as result of activity in anticipation of the restructuring plan.
- Total EBITDA for Europe at 405K euros was above the Plan by 197K

**Significant Events**

- The European Restructuring Plan was approved in Amal and Amsterdam by the works council and unions.
- The ABN Ambro bank agreement is expected to be executed in March with a mid April transfer of cash of approximately $2,800,000.

## Australia (Australian Dollars)

**P&L Results**

- Revenue of A$2,804K was below the Plan by A$566K or 17% due to lower than expected customer counts which are 4,335 below the Plan and a prior period true up of A$103. Distributor revenue is below the Plan by A$223K due to lower than budgeted rep renewals caused by reps renewing early in January, partly offset by a better than expected rep sign-on rate.
- Gross Margin of A$593K or 21% is below the Plan by A$593K. Distributor margin was below plan by A$242 due to reps renewing in January rather than as budgeted in February. Fixed line product margin missed plan by A$295 due to a prior period adjustment (A$103K), lower gross margin % (A$100K), and lower customer counts (A$100K)
- EBITDA of A$(816K), was unfavorable to the Plan by A$330K. A favorable SG&A result of A$179K helped offset the unfavorable performance. However, bad debt of A$135K was unfavorable to the Plan by A$18K. SG&A included about A$67K for New Zealand compared to a budget of A$103K which contributed to the favorable expense performance.

**Significant Events**

- Fixed gross margin % run rate is currently at 22% vs. a plan of 27%. This is due to a wholesale line rental increase by Telstra of A$3.00 per line, a shift in call mix away from higher margin fixed to mobile calls, offset by wholesale business discounts. An evaluation of the fixed line gross margin will be completed in the next 30 days.
- The New Zealand rep launch is occurring in March. The first launch event was attended by over 1,500 prospective reps.
- Active Reps increased by 417 to 10,852 at the end of February and to 10,269 in the Plan. The rep count in March will drop by approximately 5,000 due to non renewals.
- Active Local customers are 36,145 at the end of February compared to 35,564 at the end of January and to the 40,480 in the Plan.

ACN004471

CONFIDENTIAL

ACN004472

# EXHIBIT 34

March 26, 2010

Mr. Robert Stevanovski
Chairman
ACN, Inc.
1000 Progress Place
Concord, NC  28025

Dear Robert:

I have enclosed the final draft of the Confidential Information Memorandum for ACN, Inc., which we are prepared to send to prospective investors/acquirors.  I ask that you and the appropriate executives of ACN review this document carefully to determine if it contains any false or misleading statements or omits any information that might be material to a prospective investor.

Once you have completed this review, I ask that you inform me promptly of any revisions that are necessary to correct any such statements or omissions; and if the information contained therein is true and not false or misleading and there are no omissions of material fact, I ask that you or an appropriate officer of ACN approve this draft on the attached copy of this letter and return it to me.  Once we receive your approval, we will be in a position to send the Confidential Information Memorandum to prospective investors and begin our marketing efforts.

Sincerely,

Brian L. Davis

We approve:

_____

Robert Stevanovski

Enclosures

ACN013994



# CONFIDENTIAL INFORMATION MEMORANDUM

**Confidential**

MCCOLL | PARTNERS
INVESTMENT BANKERS

**ACN013995**

# AMERICAN COMMUNICATIONS NETWORK, INC.

## CONFIDENTIAL INFORMATION
## MEMORANDUM

McColl Partners, LLC ("McColl Partners") has been engaged by American Communications Network, Inc. ("ACN" or the "Company") as its exclusive agent and investment banker to assist in the proposed transaction.

By acceptance hereof, each recipient agrees that it will not copy, reproduce, or distribute to others this confidential information memorandum (the "Memorandum") in whole or in part, at any time, without the prior written consent of ACN except as expressly permitted in the confidentiality agreement delivered by the recipient to McColl Partners and that it will keep permanently confidential all information contained herein not already public and will use the Memorandum only for the purpose set forth below.

The Memorandum has been prepared for the purpose of providing prospective partners with general financial and other information concerning ACN. The Memorandum is being furnished to gauge the recipient's interest in partnering with ACN and does not constitute an offer to sell or a solicitation of offers to buy securities of the Company. All information presented in the Memorandum with respect to the existing business and historical operating results of ACN and estimates and projections as to future operations is based on material prepared by ACN and its management. Although the information contained herein is believed to be complete and accurate, ACN and McColl Partners expressly disclaim any and all liability for representations, express or implied, contained in, or for omissions from, the Memorandum. If and when authorized by ACN, prospective partners will be allowed to conduct a comprehensive due diligence review of ACN's operations and financial condition, including discussions with senior management of ACN. Prospective partners will be required to rely only upon such review in making an investment decision regarding ACN.

ACN reserves the right to require the return of the Memorandum at any time. All inquiries and requests for additional information concerning ACN should be directed to:

| **Lorin J. DeMordaunt** | **Jamie A. Lewin** | **Brian L. Davis** |
|:---:|:---:|:---:|
| Phone: 704-333-0591 | Phone: 214-451-5202 | Phone: 704-333-0136 |
| ldemordaunt@mccollpartners.com | jlewin@mccollpartners.com | bdavis@mccollpartners.com |

| **Matthew P. Preece** | **Jeremy A. Somers** |
|:---:|:---:|
| Phone: 704-731-7186 | Phone: 704-731-8239 |
| mpreece@mccollpartners.com | jasomers@mccollpartners.com |

| **Brian M. Kohn** | **Chris S. McCrory** |
|:---:|:---:|
| Phone: 704-731-8247 | Phone: 704-731-7204 |
| bkohn@mccollpartners.com | cmccrory@mccollpartners.com |

McColl Partners, LLC
100 North Tryon Street, 54th Floor
Charlotte, North Carolina 28202
Telephone: (704) 333-0525
Fax: (704) 333-0118

**McCOLL | PARTNERS**
INVESTMENT BANKERS



ACN intends to re-launch the Company's full service portfolio in Finland, including local and long distance telephony, mobile services, and agency products. As ACN continues to sign additional agency contracts in Europe, Management anticipates strong penetration into existing European markets.

- ***Expand Representative Base.*** Management aggressively focuses on growing the Company's Representative base in an effort to drive revenue and remains committed to providing new incentives and initiatives to improve recruitment levels. As a result, ACN has grown its average recruiting level from approximately 20,000 new Representatives per quarter in 2007 to approximately 46,000 Representatives per quarter in 2009. Management attributes the Company's strong recruiting trends to (i) offering innovative, and desirable products and services, (ii) motivating an enthusiastic Representative base working to build downline networks, (iii) structuring a generous compensation plan, (iv) placing local executives to provide local training sessions, (v) offering international conventions, and (vi) incentivizing Representatives through monthly bonus programs and promotions. ACN has hired local sales executives to facilitate local training sessions with key Representatives and their respective downlines. The sales executives assist local Representatives in targeting potential customers in creditworthy areas and in educating Representatives on product functionality. Local sales executives have historically played a significant role in driving Representative growth. The Company also continually demonstrates a dedication to implementing strategic marketing initiatives. Most recently, ACN was featured on the television show "The Apprentice," hosted by Donald Trump, in March 2009. As a result, the Company realized its most successful recruiting month of 2009 in March, recruiting 15,384 new Representatives, or 16.4% of total new Representatives for the year. ACN also views further penetration of international markets as a key growth opportunity associated with expanding the Representative base. Specifically, Management intends to aggressively pursue further penetration in Asian and European markets.

- ***Augment Product and Service Offering.*** ACN remains committed to providing the highest-quality product and service offering in the industry, and the introduction of new products and services represents a significant growth opportunity for the Company. Management recognizes that new product launches are essential to energizing the Company's existing Representative base, attracting new recruits, and maintaining a fresh offering for customers. ACN maintains its focus on offering cutting-edge technologies in the video phone market. Accordingly, the Company will launch its next generation IRIS 4000 Video Phone, developed in collaboration with WorldGate Communications, Inc. (OTCBB:WGAT) ("WorldGate"), a pioneer in video phone technology, in July 2010. The IRIS 4000 Video Phone will provide customers with an even more advanced, dynamic product with significantly enhanced quality. Additionally, the Company consistently evaluates potential new products and services, and Management recently launched energy products on an agency basis in Europe. The Company is currently contemplating the addition of: (i) DSL

**McCOLL | PARTNERS**
INVESTMENT BANKERS

**CONFIDENTIAL**                                                    **ACN014008**

# EXHIBIT 35

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4    ---------------------------------------X

 5   CATHERINE MCKOY, MILLARD WILLIAMS,

 6   MARKUS FRAZIER, and LYNN CHADWICK

 7   individually and on behalf of all

 8   others similarly situated,         Index No.

 9            Plaintiffs,               1:18-cv-09936-

10            v.                        LGS

11   THE TRUMP CORPORATION, DONALD J. TRUMP,

12   in his personal capacity, DONALD TRUMP

13   JR., ERIC TRUMP, and IVANKA TRUMP,

14            Defendants.

15   ---------------------------------------X

16

17              ***CONFIDENTIAL***

18       DEPOSITION OF ANNE ARCHER BUTCHER

19              AUGUST 23, 2022

20

21   REPORTED BY:  PATRICIA Y. SCHULER, CSR NO. 11949

22

23

24

25   JOB NO. 215263
```

1      Q.   I just want to sort of compare a couple

2   pieces of the 2006 and 2008 scripts.  And if you

3   can see you can find Exhibit 18 in there.

4      A.   Tell me what you're trying to compare,

5   and I'll do my best.

6      Q.   Sure.  It's a -- it says Rhona Graff at

7   the top.  It should have a sticker for Exhibit 18.

8   It's -- the subject line is "Bullet points for ACN

9   celebrity endorsement video shoot."

10      A.   Exhibit what?

11      Q.   Exhibit 18.

12      A.   I have it.

13      Q.   I guess first let me ask the general

14   question, at these two video shoots, do you recall

15   whether a lot of the same language or sound bites

16   were used in each of the two shoots?

17          MS. DAVIDIAN:  Object to form.

18          THE WITNESS:  I have no idea.  I mean, I

19   would have to look.  I'm not responsible for

20   creating these questions, so...

21   BY MR. QUINN:

22      Q.   I understand, but you were at both

23   shoots, right?

24      A.   Yes.  But do I remember them?  No.

25      Q.   So let's just look at the documents,

Page 182

1    then.  So if you look at Exhibit 18 and turn to the

2    second page of the talking points?

3          A.    Um-hmm.

4          Q.    That's the page with the Bates No. 73155

5    at the bottom, right?

6          A.    Yes.

7          Q.    So, like, up at the top, there's a

8    bullet, "In all my years in the business world,

9    I've come to know many things."  And the first

10   subbullet there says, "I had experienced the

11   excitement that exists when there's an opportunity

12   to jump in ahead of the curve," right?

13          Do you see that?

14          A.    Yes.

15          Q.    And I'll just do two examples.  A couple

16   bullets below that you see a bullet that says, "You

17   have a great opportunity before you with ACN

18   without any of the risks most entrepreneurs have to

19   take," right?

20          A.    Yes.

21          Q.    And then if you look back at Exhibit 28,

22   the 2008 script, specifically the page -- the

23   second page right at the front of the attachment,

24   3064.

25          A.    Um-hmm.

1      Q.    You can see the second bullet from the

2  bottom says, "You have a great opportunity before

3  you at ACN without any of the risks most

4  entrepreneurs have to take," right?

5      A.    Yes.

6      Q.    And that's the same language from the

7  2006 script?

8      A.    Yes.

9      Q.    And then the next paragraph says, "I've

10  experienced the opportunity that exists when you're

11  able to jump ahead of the curve, and ACN gives you

12  that opportunity," right?

13      A.    Yes.

14      Q.    So does that refresh your recollection

15  that across the two shoots there were some sound

16  bites and there was language that was used in both

17  of them.  This is sort of a standard --

18      A.    There obviously was.

19      Q.    I think you can put those to the side.

20          I guess before we move on from the 2008

21  shoot, was that also considered a success from the

22  ACN perspective, did ACN get what it was looking

23  for at the 2008 video shoot?

24          MS. DAVIDIAN:  Object to form.

25          THE WITNESS:  I mean, I don't know.

# EXHIBIT 36

*Provided to Court on DVD*

# EXHIBIT 37

*Provided to Court on DVD*