# Produced in Native Format



CONFIDENTIAL

ACN015005

## Success From Home

**Results YTD April 2006**
**North America 2006 Plan**

| | Rate | Start | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quantity Sold | | | 5,000 | 40,000 | 5,000 | 5,000 | 5,000 | 20,000 | 5,000 | 5,000 | | 5,000 | 5,000 | | 100,000 |
| Revenue | $ 3.75 | | $ 18,750 | $ 150,000 | $ 18,750 | $ 18,750 | $ 18,750 | $ 75,000 | $ 18,750 | $ 18,750 | $ - | $ 18,750 | $ 18,750 | $ - | $ 375,000 |
| Cost | $ 3.50 | | $ (17,500) | $(140,000) | $(17,500) | $(17,500) | $(17,500) | $(70,000) | $(17,500) | $(17,500) | $ - | $(17,500) | $(17,500) | $ - | $ (350,000) |
| Gross Margin | | | $ 1,250 | $ 10,000 | $ 1,250 | $ 1,250 | $ 1,250 | $ 5,000 | $ 1,250 | $ 1,250 | $ - | $ 1,250 | $ 1,250 | $ - | $ 25,000 |
| | | | | | | | | | | | | | | | |
| Current Inventory | | 130,000 | 130,000 | 72,270 | 47,950 | 25,093 | 23,593 | | 23,593 | | | | | | |
| Quantity Inventory | | | 57,730 | 24,320 | 22,857 | 1,500 | - | | 106,407 | | | | | | |
| Revenue | | | $ 245,353 | $ 107,707 | $120,559 | $ 10,069 | $ - | | $ 483,687 | | | | | | |
| Magazine Costs | | | $(199,746) | $ (84,147) | $(79,085) | $ (5,190) | $ - | | $(368,168) | | | | | | |
| Shipping/Handling Costs | | | $ (14,592) | $ (16,203) | $(11,820) | $ (2,491) | $ - | | $ (45,107) | | | | | | |
| Gross Margin | | | $ 31,014 | $ 7,357 | $ 29,654 | $ 2,388 | $ - | | $ 70,412 | | | | | | |
| *Cost of remaining Inventory* | | | | | | | $ 25,385 | | $ 81,632 | | | | | | |

### U.S.

| | Rate | Start | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | | 107,200 | 107,200 | 49,470 | 29,450 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 | 18,930 |
| Quantity Sold | | | 57,730 | 20,020 | 10,520 | | | | | | | | | | 88,270 |
| Revenue | $ 4.25 | | $ 245,353 | $ 85,085 | $ 44,710 | | | | | | | | | | $ 375,148 |
| Magazine Costs | $ 3.46 | | $(199,746) | $ (69,269) | $ (36,399) | | | | | | | | | | $ (305,414) |
| Shipping/Handling Costs | | | $ (14,592) | $ (11,426) | $ 2,271 | | | | | | | | | | $ (23,748) |
| Gross Margin | | | $ 31,014 | $ 15,816 | $ 8,311 | | | | | | | | | | $ 55,141 |
| *Inventory Margin* | $ 0.79 | | | | | | $ 14,955 | | | | | | | | |

### Canada

| | Rate | Start | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | | 4,000 | 4,000 | 4,000 | 1,700 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | |
| Quantity Sold | | | | 2,300 | 550 | | | | | | | | | | 2,850 |
| Revenue | 4.87 CAD / 4.00 USD | | | $ 10,820 | $ 2,773 | | | | | | | | | | $ 11,554 |
| Magazine Costs | 3.46 USD | | | $ 9,197 | $ 2,357 | | | | | | | | | | $ (9,861) |
| Shipping/Handling Costs | | | | $ (7,958) | $ (1,903) | | | | | | | | | | $ (3,186) |
| Gross Margin | | | | (1,047) | (446) | | | | | | | | | | (1,493) |
| *Inventory Margin* | $ 0.54 | | | | | | $ 621 | | | | | | | | |

### Europe

| | Rate | Start | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | | 12,800 | 12,800 | 12,800 | 12,800 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | 2,907 | |
| Quantity Sold | | | | | 9,893 | | | | | | | | | | 9,893 |
| Revenue | 5 Euro / 6.00 | | | | $ 59,358 | | | | | | | | | | $ 59,358 |
| Magazine Costs | 3.46 | | | | $ (34,230) | | | | | | | | | | $ (34,230) |
| Shipping/Handling Costs | | | | | $ (10,700) | | | | | | | | | | $ (10,700) |
| Gross Margin | | | | | $ 14,428 | | | | | | | | | | $ 14,428 |
| *Inventory Margin* | $ 2.54 | | | | | | $ 7,384 | | | | | | | | |

### Australia

| | Rate | Start | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Inventory | | 6,000 | 6,000 | 6,000 | 6,000 | 4,000 | 2,106 | 606 | 606 | 606 | 606 | 606 | 606 | 606 | |
| Quantity Sold | | | | 2,000 | 1,894 | 1,500 | | | | | | | | | 5,394 |
| Revenue | 9.95 AUD Retail (8.95 RVP QTY) / 7.46  $6.71 | | | $ 17,900 | $ 18,845 | $ 13,425 | | | | | | | | | $ 37,628 |
| Magazine Costs | 3.46 | | | $ 13,425 | $ 14,134 | $ 10,069 | | | | | | | | | $ (18,663) |
| Shipping/Handling Costs | | | | $ (6,920) | $ (6,553) | $ (5,190) | | | | | | | | | $ (7,473) |
| Gross Margin | | | | $ 4,014 | $ 5,090 | $ 2,388 | | | | | | | | | $ 11,491 |
| *Inventory Margin* | $ 4.00 | | | | | | $ 2,426 | | | | | | | | |
| *Maximum cost without any additional Sales* | | | | | | | | $ (11,219) | | | | | | | |

Cell: E18
Note: ACN User:
        NO CHARGE TO REPS FOR SHIPPING - ALL PAID BY ACN

Cell: F18
Note: ACN User:
        INCLUDES $13,000 EXTRA FEE TO LOAD & UNLOAD MAGS AT FT. WORTH CONVENTION

Cell: E29
Note: ACN User:
        NO CHARGE TO REPS FOR SHIPPING - ALL PAID BY ACN

Cell: F29
Note: ACN User:
        INCLUDES $13,000 EXTRA FEE TO LOAD & UNLOAD MAGS AT FT. WORTH CONVENTION

Cell: G54
Note: chelsey.johanson:
        we ordered 2000 to sell on webshop at AUD 9.95 and on 12 April we have 106 remaining

Cell: H54
Note: chelsey.johanson:
        chelsey.johanson:
        we ordered 2000. 1500 will be sold to Brian forAUD8.95 each. The remaining 500 will be sold on webshop for AUD9.95

Cell: F56
Note: chelsey.johanson:
        we sold all 2000 to Matt Rasmussen for AUD8.95 each