| | |
|---|---|
| **From:** | Heidi Landers |
| **Sent:** | Tuesday, February 19, 2008 3:29 PM |
| **To:** | Robert Stevanovski |
| **Cc:** | Chip Barker; Dave Stevanovski; Dave Merriman; Greg Provenzano; Jim Mulcahy; Mike Cupisz; Tony Cupisz; Sergio Navarrette; Donna Morris; Heidi Landers; Nancy Fousnought |
| **Subject:** | Top 300 Earners Report |
| **Attachments:** | Top 300 Earners 0108.xls |

Robert, Attached are the January 2008 Top 300 Earners reports for your review. The overall Top 300 Earners payments increased approx. $148 k (USD) or 6.8% in January 2008 compared to December 2007. This was primarily driven by:   1. $27.7k increase in CABs. The main reason for this decrease is 5 weeks of CAB payments in January versus 4 in December.   Reps of note: WEBER, JEFF S        payment increased $ 7.1k due to being promoted to an SVP level in January, MOMENTUM GROUP INC. (Shane Douglas) payment increased $6.2k, and UN  International (George and Eloise Zalucki, Jennifer and Arthur Napolitano) payment increased $7.9k.     2. A $132.6k increase in Bonus & Adjustments is also due to 5 weeks of payments in January versus 4 in December.  Reps of note: Choices Inc. (Debbie Davis) bonuses increased $32.4k, GRANDIOSA LIMITED (Francoise Monfray) bonuses increased $49.5k, and ALAIN GOMIS Bonuses increased $11.0k. 3. A ($11.1) decrease in Commissions.  Reps of note: Sax and Associates, Inc. (Brian and Andrea Sax) payment decreased ($30.4K), and Choices Inc. (Debbie     Davis) payment decreased (31.4K), and SCHENK, JANET  decreased (11.9K).   *Heidi Landers* Financial Audit Analyst Global Commissions

ACN, Inc.            phone:  (248) 699-3452
32991 Hamilton Court   e-mail: hlanders@ACNINC.com
Farmington Hills, MI 48334

1

ACN 15