| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 | 01042155 | AMBROISE, MATHIEU | CA | 1,518.09 | 494.56 | | 2,012.65 | 1,198.58 | 3,588.82 | 13.79 | 4,801.19 | 3,667.70 | 9,369.03 | | 13,036.73 |
| 246 | 7670020832 | NOEL, NICOLAS | FR | | 1,984.33 | | 1,984.33 | | 264.58 | 40.82 | 305.40 | | 859.88 | | 859.88 |
| 247 | 01401008 | QUEK, BOON | CA | | 1,978.25 | | 1,978.25 | | 296.74 | | 296.74 | | 3,006.95 | | 3,006.95 |
| 248 | 01277978 | AHMAD, QUDDOOS | CA | 474.79 | 1,483.69 | 14.80 | 1,973.28 | 712.19 | 989.12 | | 1,701.31 | 237.39 | | | 237.39 |
| 249 | 8402801290 | MÖLLER, SÖREN | SE | | 978.55 | 982.63 | 1,961.18 | | | 20.60 | 20.60 | | | 973.34 | 973.34 |
| 250 | 01404435 | ARTADI, TERRI | US | | 1,950.00 | | 1,950.00 | | 1,750.00 | | 1,750.00 | | 3,460.00 | | 3,460.00 |
| 251 | 0450815 | FOR JUSTICE,FREEDOM, AND THE RIGHT | US | | | | 1,944.04 | | | | | | | 2,373.68 | 2,533.68 |
| 252 | 01150927 | DEITA, EROLANDO | CA | 1,120.00 | 494.56 | 824.04 | 1,923.96 | 2,133.56 | 7,418.46 | 575.79 | 10,127.81 | 160.00 | 2,939.68 | 15.46 | 4,525.89 |
| 253 | 8001148980 | SYLMOR ENTERPRISE | NL | 910.01 | | 519.39 | 1,865.09 | 102.89 | | 1,970.69 | 2,073.58 | 1,570.75 | | 1,748.34 | 1,748.34 |
| 254 | 7600508024 | COUDER, PIERRE | FR | 845.18 | 367.47 | 1,865.09 | 1,856.57 | 330.73 | | 609.04 | 939.77 | 874.57 | 367.47 | 588.92 | 1,830.96 |
| 255 | 7670117578 | VEDRENNE, CHRISTIANE | FR | | 1,852.05 | 643.92 | 1,852.05 | | | | | | 1,102.41 | | 1,102.41 |
| 256 | 7600614740 | BEOLETTO, FABRIZIO | FR | | 1,852.05 | | 1,852.05 | | 926.02 | | 926.02 | | | | |
| 257 | 7600650938 | AOUAT, TARECK | FR | | 1,852.05 | | 1,852.05 | | 463.01 | | 463.01 | | | | |
| 258 | 7600689405 | CHALLADI, MABYL | FR | | 1,852.04 | | 1,852.04 | | 198.43 | | 198.43 | | 1,102.41 | | 1,102.41 |
| 259 | 0124234S | BLOOMING HILLS REALTY | US | 1,080.00 | 500.00 | 269.42 | 1,849.42 | 40.00 | 750.00 | 205.47 | 995.47 | | 950.00 | 16.26 | 966.26 |
| 260 | 7800069841 | BIG HUNTER JACK S.R.L. | IT | | | 1,845.44 | 1,845.44 | 411.56 | | 1,742.60 | 2,154.16 | 1,721.22 | 4,275.87 | 1,599.08 | 7,596.17 |
| 261 | 7250001480 | FISHER, SIMON | AU | | | 1,820.18 | 1,820.18 | | | 1,663.37 | 1,663.37 | | | 1,543.48 | 1,543.48 |
| 262 | 0145095 | ENTOURAGE | US | 881.99 | 498.01 | 432.54 | 1,812.54 | 72.53 | | 486.35 | 558.88 | 739.57 | 475.94 | 375.86 | 1,591.37 |
| 263 | 01040718 | GRIMARD, GAETAN | CA | 791.31 | 989.13 | 16.56 | 1,797.00 | 1,305.66 | 3,461.95 | 16.88 | 4,784.49 | 1,424.35 | 4,451.08 | 839.09 | 6,714.52 |
| 264 | 8103413926 | C.J. HANDEL | DK | | 1,776.72 | 16.11 | 1,792.83 | | 296.12 | | 296.12 | | 1,036.42 | 24.48 | 1,060.90 |
| 265 | 7670006755 | ROMOLI, BRIGITTE | FR | 1,050.96 | 734.94 | | 1,785.90 | | | | | | 1,455.18 | | 1,455.18 |
| 266 | 01424534 | KUBO, ANNA | US | | | 1,781.30 | 1,781.30 | | | 1,799.43 | 1,799.43 | | | | |
| 267 | 0243826 | FOSTER, BARRY I | CA | 79.14 | | 1,702.14 | 1,781.28 | 79.13 | 1,744.07 | 1,779.27 | 3,602.47 | 79.13 | | 50.41 | 129.54 |
| 268 | 7600578284 | CUESTA, OLIVIER | FR | 2,146.03 | (367.47) | | 1,778.56 | 2,212.16 | 5,512.04 | | 7,724.20 | 3,791.53 | 7,710.24 | | 11,501.77 |
| 269 | 8881118370 | WALTER, VINCENT | GB | | | 1,762.18 | 1,762.18 | | | 1,904.98 | 1,904.98 | | | 1,938.23 | 1,938.23 |
| 270 | 0484481 | ORDWAY, JOSHUA | US | 160.00 | | 1,599.11 | 1,759.11 | 40.00 | | 1,688.16 | 1,728.16 | 600.86 | 500.00 | 33.26 | 1,134.12 |
| 271 | 8700855440 | BREJE DA | NO | | | 1,758.48 | 1,758.48 | | | 1,763.64 | 1,763.64 | | | 1,924.49 | 1,924.49 |
| 272 | 7600532148 | DIBLASI, CHARLES | FR | 756.99 | | 1,001.29 | 1,758.28 | 1,466.47 | 360.86 | | 1,827.33 | 2,491.43 | 2,939.75 | 280.01 | 5,711.19 |
| 273 | 01156382 | AISSI , EUGENE | CA | 1,337.95 | 392.59 | 19.81 | 1,750.35 | | | | | 1,937.37 | 2,530.66 | 18.33 | 4,486.36 |
| 274 | 7800007551 | RIZZUTO, DAVIDE | IT | | | 1,749.05 | 1,749.05 | | | 1,710.33 | 1,710.33 | | | 1,586.72 | 1,586.72 |
| 275 | 01046385 | SHANNON, JASON | US | | | 1,741.00 | 1,741.00 | | | 1,793.29 | 1,793.29 | 472.91 | 3,540.54 | 1,695.18 | 5,708.63 |
| 276 | 01184734 | EGGLESTON, DIANE L | US | 840.00 | | 894.65 | 1,734.65 | 640.00 | 1,500.00 | 825.94 | 2,965.94 | 2,080.00 | 6,500.00 | 792.85 | 9,372.85 |
| 277 | 7600506951 | MENA, FLORIAN | FR | 1,734.45 | | | 1,734.45 | 1,102.40 | | | 1,102.40 | 1,014.22 | | | 1,014.22 |
| 278 | 7600212921 | LABORDE, GUY | FR | | | 1,725.55 | 1,725.55 | | | 1,614.67 | 1,614.67 | | | | |
| 279 | 8103537201 | ELAMIN, FOWZI OMER | DK | | 1,702.69 | | 1,702.69 | | | | | | | 453.25 | 453.25 |
| 280 | 7600520708 | FREDERIC REYMOND | FR | 308.67 | | 1,388.47 | 1,697.14 | 1,013.09 | (226.70) | 1,251.28 | 2,037.67 | 1,021.55 | 2,939.76 | 1,310.60 | 5,271.91 |
| 281 | 8103154000 | NIELSEN, KENT | DK | 296.12 | | 1,399.04 | 1,695.16 | 49.35 | | 1,460.60 | 1,509.95 | 148.06 | | 1,422.41 | 1,570.47 |
| 282 | 8905552590 | SCHREIBER, MARTIN | DE | | | 1,691.75 | 1,691.75 | | | 1,790.91 | 1,790.91 | | | 1,879.63 | 1,879.63 |
| 283 | 7170035336 | SANTOS, VICTOR MENDES DOS | PT | | 1,690.36 | | 1,690.36 | | | | | | | | |
| 284 | 01034107 | ABBOUD, ELIAS | CA | | | 1,678.19 | 1,678.19 | | | 1,666.25 | 1,666.25 | | | 1,496.89 | 1,496.89 |
| 285 | 0385544 | RENATA FERRARE | US | | | 1,677.77 | 1,677.77 | | | 1,767.61 | 1,767.61 | | | 1,790.51 | 1,790.51 |
| 286 | 7600461639 | BLANCHET, BERNARD | FR | 382.16 | 367.47 | 917.89 | 1,667.52 | 573.25 | | 840.31 | 1,413.56 | 1,175.89 | 367.47 | 723.38 | 2,266.74 |
| 287 | 0174759 | RAW TEAM POWER | US | 240.00 | | 1,414.81 | 1,654.81 | 320.00 | | 1,338.81 | 1,658.81 | 440.00 | 2,000.00 | 1,201.72 | 3,641.72 |
| 288 | 7950026654 | EDWARDS, ANETA M | NZ | 342.33 | 1,309.65 | | 1,651.98 | | 154.08 | 135.34 | 289.42 | | | 117.35 | 656.62 |
| 289 | 7250002684 | PANIZZA, ANTHONY | AU | | | 1,651.51 | 1,651.51 | | | 1,542.99 | 1,542.99 | | 539.27 | 1,416.75 | 1,416.75 |
| 290 | 8404722414 | JA PERSSON HANDELSBOLAG | SE | 267.37 | | 1,377.42 | 1,644.79 | 354.82 | | 1,456.20 | 1,811.02 | 61.64 | | 1,541.75 | 1,603.39 |
| 291 | 8003220500 | HANJOS PROMOTION INTERNATIONAL | NL | | 748.75 | 892.60 | 1,641.35 | | | 130.86 | 130.86 | | | 346.96 | 346.96 |
| 292 | 7600631771 | FOURCADE, ROSINE | FR | | 1,631.57 | | 1,631.57 | | | | | | | | |
| 293 | 0360904 | WILLIAMS, JOHNNIE B | US | 1,160.00 | | 466.90 | 1,626.90 | 600.00 | | 483.76 | 1,083.76 | 840.00 | | 401.14 | 1,241.14 |
| 294 | 01213068 | HOLDEMAN , LYNDON | US | 1,080.00 | 500.00 | 25.59 | 1,605.59 | 640.00 | 500.00 | 25.50 | 1,165.50 | 1,040.00 | | 22.94 | 1,062.94 |
| 295 | 01095132 | DUPONT-HEBERT , SACHA | CA | 1,107.83 | 494.56 | | 1,602.39 | 1,107.83 | 2,967.38 | 15.15 | 4,090.36 | 791.32 | 493.24 | | 1,284.56 |
| 296 | 01428267 | MADRIGAL, YSELA | US | | 1,600.00 | | 1,600.00 | | 150.00 | | 150.00 | | | | |
| 297 | 01186563 | NUCCIO , LAURIE M | US | 560.00 | 1,000.00 | 23.88 | 1,583.88 | 560.00 | | 26.51 | 586.51 | 560.00 | 3,000.00 | 20.93 | 3,580.93 |
| 298 | 7100052000 | GUARDA DUQUE, VALDEMAR | PT | 1,220.38 | 361.57 | | 1,581.95 | 1,543.36 | 4,409.63 | | 5,952.99 | 1,234.69 | 734.94 | 66.03 | 2,035.66 |
| 299 | 01290598 | ROE, ANDY J | US | 800.00 | 500.00 | 281.08 | 1,581.08 | 80.00 | | 244.10 | 324.10 | 160.00 | 1,050.00 | 179.11 | 1,389.11 |
| 300 | 0107043 | PROGRESSIVE SYSTEMS, INC. | US | 80.00 | | 1,497.38 | 1,577.38 | 40.00 | | 1,535.51 | 1,575.51 | 160.00 | | 1,448.81 | 1,608.81 |
| 301 | 01215221 | CAPRIOTTI, PATRICK | US | 720.00 | | 343.82 | 1,563.82 | 880.00 | 1,500.00 | 368.25 | 2,748.25 | 400.00 | | 296.55 | 696.55 |
| 302 | 8906476668 | WECZERA, SILVIO | DE | | 1,491.56 | 60.53 | 1,552.09 | | | 1,609.94 | 1,609.94 | | | 1,744.62 | 1,744.62 |
| 303 | 01402268 | CORNWELL, MELINDA M | US | | 1,550.00 | | 1,550.00 | | | | | | 1,120.00 | | 1,120.00 |
| 304 | 8103378609 | LINGUA - KARIN JACOBSEN | DK | 797.02 | 710.27 | 40.85 | 1,548.14 | 517.66 | | 37.91 | 555.57 | 849.90 | 290.03 | 298.02 | 1,437.95 |
| 305 | 8103257830 | TELEFONI V/ BJARNE STEEN LARSEN | DK | | | 1,544.52 | 1,544.52 | | | 1,717.52 | 1,717.52 | | | 1,592.12 | 1,592.12 |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 306 8103245230 | PEDERSEN, FINN | DK | - | - | 1,542.60 | 1,542.60 | - | - | 1,585.36 | 1,585.36 | - | - | 1,522.79 | 1,522.79 |
| 307 097013 | LASER RVP, INC | US | 40.00 | - | 1,499.89 | 1,539.89 | 40.00 | - | 1,571.79 | 1,611.79 | 640.00 | 500.00 | 1,435.91 | 2,575.91 |
| 308 7100109407 | DA SILVA, LUCIANO DUARTE | PT | 1,131.80 | 367.47 | 40.02 | 1,539.29 | 411.56 | - | 45.36 | 456.92 | 205.78 | - | 314.79 | 520.57 |
| 309 0335183 | VONG, LAM | CA | 633.99 | 495.32 | 409.84 | 1,539.15 | 456.98 | 476.02 | 437.59 | 1,370.59 | 309.16 | - | 394.13 | 703.29 |
| 310 7800049523 | MANGANELLO, FABIO | IT | - | - | 1,530.83 | 1,530.83 | - | - | 1,458.85 | 1,458.85 | - | - | 1,446.49 | 1,446.49 |
| 311 7100042506 | RIBEIRO, JOSE MARIA DE SOUSA | PT | 1,131.80 | 367.47 | 26.68 | 1,525.95 | - | - | 30.06 | 30.06 | - | - | 81.40 | 81.40 |
| 312 01286925 | BLANCHARD, MARIE-JOSEE | CA | 1,028.70 | 494.56 | - | 1,523.26 | 712.17 | 2,472.82 | - | 3,184.99 | 1,107.83 | 1,730.97 | - | 2,838.80 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | ACN GLOBAL COMMISSIONS ANALYSIS | | | | |
| 2 | TOTAL REPS BY EARNINGS LEVEL | | | | |
| 3 | Jan-08 | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | Earnings | # of Reps | | | |
| 7 | $0 to $100 | 19,491 | | | |
| 8 | $101 to $500 | 1,448 | | | |
| 9 | $501 to $1000 | 653 | | | |
| 10 | $1,001 to $1,500 | 272 | | | |
| 11 | $1,501 to $2,000 | 73 | | | |
| 12 | $2,001 to $5,000 | 133 | | | |
| 13 | $5,001 + | 114 | | | |