# Produced in Native Format

ACN 17

**CONFIDENTIAL**

**ACN022916**

**ACN GLOBAL COMMISSIONS ANALYSIS**
**TOP 300 EARNERS (CAB & COM)**
**JANUARY 2012**
(INCLUDES SPECIAL BONUSES & ADJUSTMENTS / STATED IN USD)
\*\*\*Previous month's may have adjusted based on the current Market Rate Conversion\*\*\*

| TEAMID | RANK | POSITION NAME | PRIMARY CONTACT | CO | PSTN | January-12 CAB | BNS & ADJ | COM. | TOTAL | December-11 CAB | BNS & ADJ | COM. | TOTAL | November-11 CAB | BNS & ADJ | COM. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0318197 | 1 | UN INTERNATIONAL 1 LLC | GEORGE ZALUCKI | US | SVP | $48,465.33 | $21,092.97 | $160,829.07 | $230,387.37 | $55,245.86 | $26,918.01 | $156,523.28 | $238,687.15 | $40,386.82 | $5,410.76 | $152,750.06 | $198,547.64 |
| 0207428 | 2 | MASER, PATRICK | PATRICK MASER | US | SVP | $24,944.57 | $15,000.00 | $75,533.18 | $115,477.75 | $30,216.08 | $26,935.35 | $73,975.59 | $131,127.02 | $30,910.37 | $14,500.89 | $75,070.12 | $120,481.38 |
| 0153 | 3 | CHOICES, INC. | DEBBIE DAVIS | US | RVP | $14,242.88 | $8,648.36 | $82,537.08 | $105,428.32 | $14,392.93 | $9,954.37 | $86,403.71 | $110,751.01 | $16,819.88 | $12,342.71 | $88,566.29 | $117,728.88 |
| 01030648 | 4 | MOMENTUM GROUP INC. | SHANE DOUGLAS | US | SVP | $10,131.34 | $25,000.00 | $69,356.53 | $104,488.37 | $10,648.51 | ($1,278.32) | $69,510.60 | $78,880.79 | $13,003.13 | $2,000.00 | $71,627.02 | $86,630.15 |
| 01123422 | 5 | DEEBLE, JEREMY L | JEREMY DEEBLE | US | SVP | $17,576.67 | $5,500.00 | $80,564.02 | $103,640.69 | $20,605.53 | $7,497.83 | $81,997.93 | $110,101.29 | $23,115.09 | $12,000.00 | $78,970.76 | $114,085.85 |
| 01174253 | 6 | DOWD , JENNIFER E & DARIN | JENNIFER DOWD | US | SVP | $20,177.22 | $5,000.00 | $76,129.62 | $101,306.84 | $20,761.63 | $5,162.14 | $75,053.12 | $100,976.89 | $20,842.83 | $5,000.00 | $74,723.40 | $100,566.23 |
| 01034105 | 7 | 9090-1646 QUEBEC INC. | SIMON ABBOUD | CA | SVP | $15,535.05 | $0.00 | $80,407.57 | $95,942.62 | $18,755.07 | $0.00 | $80,549.95 | $99,305.02 | $17,695.24 | $0.00 | $82,103.07 | $99,798.31 |
| 028368 | 8 | DANNY VEE INC. | DANIEL VOLONINO | US | SVP | $14,762.80 | $5,514.75 | $69,174.81 | $89,452.36 | $17,683.22 | $5,514.73 | $70,468.35 | $93,666.30 | $19,259.07 | $8,312.59 | $71,200.54 | $98,772.20 |
| 0560972 | 9 | SYSTEMS INC - SPENCER HUNN | SPENCER HUNN | US | SVP | $11,896.42 | $4,998.00 | $64,136.66 | $81,031.08 | $13,854.70 | $4,997.66 | $65,050.04 | $83,911.40 | $17,463.75 | $10,000.00 | $65,592.35 | $93,056.10 |
| 01124056 | 10 | 7000961 CANADA INC. | FRANCO LOFRANCO | CA | SVP | $12,114.64 | $9,925.09 | $55,974.42 | $78,014.15 | $15,902.28 | $15,339.50 | $56,483.48 | $87,725.26 | $17,202.76 | $16,827.57 | $58,672.88 | $92,703.21 |
| 0127398 | 11 | SAX AND ASSOCIATES INC | BRIAN SAX | US | SVP | $21,465.59 | $4,861.48 | $49,509.74 | $75,836.81 | $46,873.34 | $16,869.41 | $59,963.99 | $123,706.74 | $31,323.20 | $11,141.02 | $60,415.89 | $102,880.11 |
| 0158664 | 12 | GLOBAL EMPIRE INTERNATIONAL INC | JEFF WEBER | US | SVP | $7,249.75 | $500.00 | $56,244.32 | $63,994.07 | $8,873.87 | $1,500.00 | $68,644.64 | $79,018.51 | $10,430.73 | $20,000.00 | $69,866.28 | $82,297.01 |
| 03358 | 13 | ANJACOR MARKETING INC | ORIN SOLOMON | US | SVP | $14,892.05 | $0.00 | $48,761.55 | $63,653.60 | $13,238.64 | $0.00 | $50,408.40 | $63,647.04 | $14,658.83 | $0.00 | $55,155.94 | $69,814.77 |
| 7300045081 | 14 | MYRIAM DE LA SIERRA SL | URQUIJO | ES | SVP | $20,575.10 | $13,145.42 | $22,321.16 | $56,041.68 | $26,073.85 | $11,201.22 | $15,337.27 | $52,612.34 | $22,751.13 | $6,609.54 | $19,774.21 | $49,134.88 |
| 01032884 | 15 | AT COMMUNICATIONS, LLC | AL THOMAS | US | SVP | $10,832.55 | $2,000.00 | $41,570.49 | $54,403.04 | $13,177.41 | $5,000.23 | $40,794.93 | $58,972.57 | $15,444.48 | $7,500.00 | $44,424.10 | $67,368.58 |
| 01037304 | 16 | SAC GLOBAL FOUNDERS, LLC | LYNDI EIMERL | US | SVP | $10,520.00 | $8,500.00 | $32,628.01 | $51,648.01 | $12,070.00 | $4,469.48 | $33,166.72 | $49,706.20 | $12,155.38 | $12,500.00 | $41,293.17 | $65,948.55 |
| 8870154696 | 17 | DOMINIQUE CANO-FLORES LTD | DOMINIQUE CANO-FLORES | GB | SVP | $14,999.18 | $5,267.49 | $28,518.06 | $48,784.73 | $16,790.35 | $5,354.20 | $28,930.31 | $51,074.86 | $13,361.74 | $1,348.89 | $29,369.26 | $44,079.89 |
| 0356204 | 18 | EVENTS INC | MIKE BISUTTI | US | SVP | $3,246.28 | $7,500.00 | $37,550.61 | $48,296.89 | $3,590.72 | $7,502.03 | $18,690.10 | $29,782.85 | $2,800.00 | $5,000.00 | $19,262.54 | $27,062.54 |
| 7800004001 | 19 | TEAM CAV 2004 S.R.L.  FILIPPO SILVI | FILIPPO SILVI | IT | SVP | $9,681.35 | $15,589.55 | $16,851.00 | $42,121.90 | $15,586.82 | $13,767.37 | $16,004.37 | $45,358.56 | $10,066.88 | $3,488.92 | $15,224.79 | $28,780.59 |
| 0694457 | 20 | XS INTERNATIONAL INC | DENNY BAE | US | SVP | $12,517.82 | $500.00 | $25,289.96 | $38,307.78 | $17,576.40 | $4,477.11 | $24,091.57 | $46,145.08 | $19,092.46 | $7,480.22 | $24,900.84 | $51,473.52 |
| 7370074841 | 21 | MARCELO Y LILIANA SL | LEVIS MARCELINO CASSINO | ES | SVP | $12,873.02 | $10,076.33 | $13,870.03 | $36,819.38 | $18,559.25 | $10,012.07 | $13,418.76 | $41,990.08 | $16,947.05 | $7,738.80 | $12,844.09 | $37,529.94 |
| 01041303 | 22 | EMPIRE LAMONTAGNE INC | MATHIEU LAMONTAGNE | CA | SVP | $5,795.31 | $26,338.92 | $0.00 | $32,134.23 | $9,105.23 | $7,862.89 | $22,357.52 | $39,325.64 | $11,448.66 | $14,685.33 | $21,511.76 | $47,645.75 |
| 0375431 | 23 | RASMUSSEN | MATT RASMUSSEN | US | SVP | $4,768.59 | $2,000.00 | $25,168.56 | $31,937.15 | $6,470.23 | $5,520.91 | $25,307.78 | $37,298.92 | $5,250.23 | $2,000.00 | $25,650.35 | $32,900.58 |
| 04724 | 24 | ADVANTAGE GLOBAL PARTNERS, LLC | CHARLES SPEAR | US | SVP | $3,454.24 | $2,053.47 | $25,116.99 | $30,624.70 | $5,019.74 | ($78.62) | $24,947.74 | $29,888.86 | $7,019.39 | $2,860.05 | $24,801.53 | $34,680.97 |
| 0569889 | 25 | BURT, AARON | AARON BURT | US | SVP | $7,600.00 | $5,000.00 | $17,584.88 | $30,184.88 | $10,145.95 | $10,000.00 | $17,244.19 | $37,390.14 | $10,440.00 | $10,000.00 | $17,133.41 | $37,573.41 |
| 5800094641 | 26 | WOO, WONGYUN | WONGYUN WOO | KR | RVP | $22,550.46 | $1,431.72 | $4,706.51 | $28,688.69 | $41,148.85 | $45,007.52 | $3,270.79 | $89,427.16 | $24,781.43 | $0.00 | $2,942.69 | $27,724.12 |
| 01148725 | 27 | MARKETING GOLD STANDARD INC. | NATHAN GOLDBERG | CA | SVP | $3,060.97 | $7,391.26 | $17,396.66 | $27,848.89 | $4,920.37 | $10,348.21 | $17,440.01 | $32,708.59 | $4,539.02 | $9,830.93 | $17,888.99 | $32,258.94 |
| 8402181400 | 28 | MH AB | MONIQA MATTSSON | SE | SVP | $5,405.09 | $1,450.32 | $20,325.12 | $27,180.53 | $5,941.25 | $143.47 | $21,324.46 | $27,409.18 | $5,957.01 | $0.00 | $18,899.67 | $24,856.68 |
| 01554076 | 29 | 1240513 ONTARIO LTD. | MARK OLSHENITSKY | CA | SVP | $6,020.91 | $13,141.77 | $6,881.01 | $26,043.69 | $8,364.30 | $18,712.92 | $6,628.61 | $33,715.83 | $8,383.06 | $32,980.82 | $6,518.61 | $47,882.49 |
| 8880003983 | 30 | QUANTIUS INTERNATIONAL LTD | HENK DIEPBRINK | GB | RVP | $1,350.86 | $0.00 | $23,802.54 | $25,153.40 | $1,649.69 | $0.00 | $23,638.55 | $25,288.24 | $1,153.77 | $0.00 | $24,270.91 | $25,424.68 |
| 8402180730 | 31 | JERAPP AB | JONAS RAPPE | SE | SVP | $1,509.74 | $1,318.65 | $21,991.79 | $24,820.18 | $1,162.67 | $0.00 | $22,677.44 | $23,840.11 | $931.90 | $0.00 | $22,811.14 | $23,743.04 |
| 7800276050 | 32 | MAURELLI, DANIELE | DANIELE MAURELLI | IT | RD | $2,902.05 | $21,081.78 | $283.16 | $24,266.99 | $2,734.38 | $12,640.05 | $281.77 | $15,656.20 | $5,431.68 | $2,914.95 | $268.59 | $4,615.22 |
| 7250004716 | 33 | PICCINOTTI, EUGENE | EUGENE PICCINOTTI | AU | SVP | $3,093.55 | $3,294.50 | $17,542.12 | $23,930.17 | $4,492.13 | $2,003.00 | $17,763.66 | $24,258.79 | $2,648.26 | $1,109.77 | $18,273.63 | $22,031.66 |
| 7300045082 | 34 | MERLIN GLOBAL MARKETING ,SL | RICHARD REW | ES | RVP | $5,950.34 | $5,611.31 | $12,226.98 | $23,788.63 | $8,715.58 | $2,402.25 | $10,948.07 | $22,065.90 | $9,127.28 | $6,771.45 | $10,545.99 | $26,444.72 |
| 8870129112 | 35 | THIRUMARAN, JEYARAJAN | JEYARAJAN THIRUMARAN | GB | RD | $2,347.15 | $20,260.63 | $137.65 | $22,745.43 | $880.95 | $10,223.33 | $133.37 | $11,237.65 | $0.00 | $108.61 | $94.58 | $203.19 |
| 01122402 | 36 | 2072956 ONTARIO INC | AMAR SINGH | CA | RVP | $2,999.68 | $0.00 | $19,719.27 | $22,718.95 | $4,434.85 | $3,969.70 | $20,079.77 | $28,484.32 | $4,547.65 | $0.00 | $20,939.75 | $25,487.40 |
| 0250513 | 37 | TEAM REVOLUTION LLC | JAMES ADLAM | US | RVP | $4,130.00 | $10,500.00 | $7,889.73 | $22,519.73 | $2,750.00 | $5,000.00 | $7,661.74 | $15,411.74 | $4,966.25 | $19,936.37 | $7,803.50 | $32,706.12 |
| 01041294 | 38 | 9135-0827 QUEBEC INC. | MAXIME BUTERA | CA | RVP | $3,002.65 | $2,465.05 | $16,226.34 | $21,694.04 | $3,781.95 | $4,904.04 | $16,376.57 | $25,062.56 | $3,926.05 | $4,927.96 | $16,012.74 | $24,866.75 |
| 081951 | 39 | BYRON NELSON | BYRON NELSON | US | RVP | $5,499.70 | $0.00 | $16,161.32 | $21,661.02 | $13,725.00 | $0.00 | $16,000.99 | $29,725.99 | $9,453.15 | $0.00 | $16,088.54 | $25,541.69 |
| 01313104 | 40 | PRESANT, JANEL | JANEL PRESANT | US | RVP | $3,905.94 | $5,504.66 | $10,890.04 | $20,300.64 | $3,815.93 | $1,998.88 | $10,855.04 | $16,669.85 | $4,473.91 | $8,437.05 | $10,984.12 | $23,895.08 |
| 01767664 | 41 | B & B GROUP, LLC | GABOR BUDAHAZI | US | RVP | $5,522.48 | $10,929.24 | $3,654.50 | $20,106.22 | $7,645.76 | $9,280.89 | $5,265.21 | $22,191.86 | $8,413.37 | $11,979.12 | $2,087.48 | $22,479.97 |
| 01040410 | 42 | BRAGG | NEKODA BRAGG | US | RVP | $3,851.52 | $9,957.07 | $6,280.53 | $20,089.12 | $4,290.91 | $7,470.53 | $6,090.56 | $17,852.00 | $4,825.53 | $19,381.89 | $6,140.73 | $30,348.15 |
| 01146975 | 43 | MELTON ENTERPRISES, LLC | NADYA MELTON | US | RD | $2,480.00 | $16,500.00 | $291.27 | $19,271.27 | $1,490.00 | $13,500.00 | $2,720.40 | $17,710.40 | $1,660.00 | $11,500.00 | $2,741.80 | $15,901.80 |
| 01030647 | 44 | GROUP INC. | DANA DOUGLAS | US | TC | $100.00 | $0.00 | $19,083.61 | $19,183.61 | $0.00 | $9,585.74 | $0.00 | $9,585.74 | $0.00 | $0.00 | $10,299.25 | $10,299.25 |
| 02015855 | 45 | AIG INC | IGOR NIKITSKIY | US | RD | $1,359.08 | $16,995.44 | $486.76 | $18,841.28 | $1,190.00 | $11,000.00 | $452.33 | $12,642.33 | $980.00 | $8,000.00 | $452.22 | $9,432.22 |
| 8882753710 | 46 | GRANDIOSA LIMITED | FRANCOISE MONFRAY | GB | SVP | $1,835.46 | $0.00 | $16,249.87 | $18,085.33 | $2,523.59 | $0.00 | $16,231.28 | $18,754.87 | $1,515.58 | $0.00 | $16,888.53 | $18,404.11 |
| 8870137486 | 47 | LTD | SEBASTIEN MERLO | GB | RVP | $4,588.69 | $10,455.37 | $2,987.06 | $18,031.12 | $5,622.89 | $13,448.25 | $3,035.77 | $22,106.91 | $4,654.27 | $6,182.44 | $3,084.58 | $13,921.29 |
| 01015920 | 48 | MARKETING GROUP | MAX KNOWLES | US | RVP | $3,720.00 | $9,000.00 | $5,287.98 | $18,007.98 | $5,070.00 | $10,000.00 | $4,889.54 | $19,959.54 | $7,290.00 | $15,000.00 | $4,400.17 | $26,690.17 |
| 7370108225 | 49 | URSO WORLD NETWORK SL | TORRES | ES | RVP | $3,544.38 | $10,314.53 | $4,008.13 | $17,867.04 | $3,911.95 | $7,091.18 | $3,678.25 | $14,681.38 | $4,598.14 | $4,510.60 | $3,479.71 | $12,588.45 |
| 097013 | 50 | LASER RVP, INC | LEANNE GABRIEL | US | RVP | $4,010.00 | $8,000.00 | $5,787.76 | $17,797.76 | $4,490.00 | $7,500.00 | $5,691.83 | $17,681.83 | $4,230.00 | $10,000.00 | $5,750.43 | $19,980.43 |

| | A | B | C | D | E | F | G | H | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 271 | 7670640604 | DANETZ, AMAURY | FR | 1,207.03 | 3,142.57 | 0.00 | 4,349.60 | 92.65 | 1,292.74 | 0.00 | 1,365.59 | 0.00 | 899.92 | 0.00 | 899.92 |
| 272 | 7600561197 | CORBEAU, REGINE | FR | 1,342.73 | 2,992.58 | 0.00 | 4,335.31 | 1,207.03 | 5,028.11 | 942.41 | 7,177.55 | 2,971.15 | 7,934.99 | 932.60 | 11,838.74 |
| 273 | 01938453 | SABEY, MICHAEL T | US | 0.00 | 4,300.00 | 19.06 | 4,318.06 | 0.00 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 750.00 | 13.77 | 763.77 |
| 274 | 01409362 | NIELSON, KAYCEE AND KOLE HOGEL | US | 1,770.00 | 2,500.00 | 32.28 | 4,302.28 | 2,030.00 | 3,500.00 | 33.51 | 5,563.51 | 1,590.00 | 1,500.00 | 31.87 | 3,121.87 |
| 275 | 7670559985 | OPTINOV | FR | 1,392.74 | 2,899.73 | 0.00 | 4,292.47 | 1,949.83 | 5,756.60 | 0.00 | 7,706.43 | 1,299.88 | 3,521.10 | 0.00 | 4,820.98 |
| 276 | 01709354 | FELLER, LEE A | US | 1,250.00 | 3,000.00 | 21.14 | 4,271.14 | 1,000.00 | 4,500.00 | 368.65 | 5,868.65 | 900.00 | 4,500.00 | 22.35 | 5,422.35 |
| 277 | 31349549 | DREAMS TO REALITY INC. | US | 300.00 | 2,500.00 | 1,467.34 | 4,267.34 | 550.00 | 2,000.00 | 1,497.59 | 4,047.59 | 780.00 | 6,500.00 | 1,437.78 | 8,717.78 |
| 278 | 7000156960 | CHRISTIAN EKEGARDH | AT | 372.26 | 757.07 | 3,137.81 | 4,267.14 | 664.02 | 59.45 | 3,213.15 | 3,936.62 | 275.84 | 42.85 | 3,273.93 | 3,592.62 |
| 279 | 01940754 | MARTIN JR, JIMMY R | US | 0.00 | 4,250.00 | 13.43 | 4,263.43 | 0.00 | 2,050.00 | 0.00 | 2,050.00 | 0.00 | 400.00 | 0.00 | 400.00 |
| 280 | 7600674835 | SCAPPATICCI, MICHEL | FR | 1,137.04 | 2,871.16 | 231.65 | 4,259.85 | 871.35 | 5,385.22 | 903.93 | 7,160.56 | 2,786.94 | -1,669.55 | 0.00 | 1,117.39 |
| 281 | 7170119464 | JUNICA NETWORK, UNIPESSOAL LDA | PT | 852.06 | 2,547.63 | 858.54 | 4,258.23 | 1,604.14 | 924.20 | 0.00 | 2,528.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| 282 | 01142781 | DAVIS , MONICA D | US | 258.83 | 2,017.37 | 1,963.66 | 4,239.76 | 140.00 | 4,000.00 | 2,051.44 | 6,191.44 | 175.00 | 4,000.00 | 1,948.53 | 6,123.53 |
| 283 | 8882752626 | MAHENTHIRAN, SUBRAMANIAN | GB | 1,279.88 | 2,864.14 | 89.90 | 4,233.92 | 4,836.25 | 16,399.74 | 39.67 | 21,275.66 | 2,755.01 | 7,206.48 | 18.14 | 9,979.63 |
| 284 | 7600767908 | THSAH, KALILOU | FR | 1,021.35 | 2,878.30 | 325.28 | 4,224.93 | 1,207.03 | 1,928.39 | 0.00 | 3,135.42 | 1,392.75 | 5,428.06 | 78.61 | 6,899.42 |
| 285 | 7670556185 | DEREVIANVY, LAURENT | FR | 1,299.88 | 2,864.02 | 58.98 | 4,222.88 | 278.55 | 899.92 | 0.00 | 1,178.47 | 0.00 | 257.12 | 41.15 | 298.27 |
| 286 | 01797458 | STREETER, JULIE A | US | 700.00 | 3,500.00 | 17.04 | 4,217.04 | 1,250.00 | 3,000.00 | 16.23 | 4,266.23 | 0.00 | 1,750.00 | 40.73 | 1,790.73 |
| 287 | 7400637389 | VASILIC, ZORAN | CH | 1,655.19 | 2,995.81 | 165.65 | 4,216.65 | 480.21 | 58.29 | 168.01 | 706.51 | 1,055.12 | 4,093.38 | 164.67 | 5,313.17 |
| 288 | 0325030 | KUSAVA, BETH | US | 0.00 | 0.00 | 4,207.73 | 4,207.73 | 0.00 | 0.00 | 4,425.27 | 4,425.27 | 0.00 | 0.00 | 4,219.89 | 4,219.89 |
| 289 | 0617178 | LOBATO, ALFONSO | US | 430.00 | 2,000.00 | 1,773.84 | 4,203.84 | 200.00 | 1,995.31 | 1,862.15 | 4,057.46 | 180.00 | 1,382.19 | 1,828.45 | 3,896.64 |
| 290 | 0174759 | BAW TEAM POWER | US | 0.00 | 2,500.00 | 1,195.49 | 4,195.49 | 1,000.00 | 1,000.00 | 1,275.92 | 3,275.92 | 470.00 | 2,412.51 | 34.50 | 2,917.01 |
| 291 | 6100587568 | FHU AH-WO JERZY SZAFARZ | PL | 843.66 | 3,339.49 | 10.16 | 4,193.31 | 0.00 | 1,406.10 | 0.00 | 1,996.67 | 210.92 | 316.37 | 0.00 | 527.29 |
| 292 | 01378962 | WILLIAMS, VERNON | US | 690.00 | 3,500.00 | 0.00 | 4,190.00 | 760.00 | 0.00 | 2,661.60 | 3,421.60 | 990.00 | 3,500.00 | 2,497.23 | 6,977.23 |
| 293 | 7670026203 | KAHOUTE, DJAKKE | FR | 1,021.34 | 3,121.14 | 40.58 | 4,150.94 | 0.00 | 17.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 294 | 7600679492 | CALABRESE, JEROME | FR | 935.63 | 2,892.59 | 342.65 | 4,170.87 | 1,492.74 | 2,935.43 | 353.95 | 4,782.12 | 378.54 | 392.82 | 371.09 | 1,142.45 |
| 295 | 7670111272 | BEAUSOLEIL, JEAN-LOUIS | FR | 1,035.62 | 2,892.59 | 230.79 | 4,159.00 | 1,335.59 | 5,470.92 | 225.98 | 7,032.49 | 657.08 | 392.82 | 218.98 | 1,268.88 |
| 296 | 01377839 | RIVERA, LANCE | US | 650.00 | 3,500.94 | 0.00 | 4,150.94 | 850.00 | 3,000.00 | 17.58 | 3,867.58 | 650.00 | 1,489.16 | 0.00 | 2,139.16 |
| 297 | 8880003975 | DEEPROHK, HENK | GB | 0.00 | 0.00 | 4,150.31 | 4,150.31 | 0.00 | 4,163.47 | 0.00 | 4,163.47 | 0.00 | 0.00 | 4,106.60 | 4,106.60 |
| 298 | 01211869 | JOHN H MACDOUGALL & FLORENCE PETT | GB | 0.00 | 0.00 | 4,100.30 | 4,100.30 | 0.00 | 4,310.54 | 0.00 | 4,310.54 | 0.00 | 0.00 | 3,865.49 | 3,865.49 |
| 299 | 01447730 | WILLIAMS, MONICA H | US | 442.98 | 1,917.99 | 1,726.27 | 4,087.24 | 710.21 | 2,406.60 | 1,683.44 | 4,800.25 | 900.84 | 479.18 | 1,572.65 | 2,952.67 |
| 300 | 01430465 | SUWANHER, CHRISADA | US | 550.00 | 3,500.00 | 17.46 | 4,067.46 | 950.00 | 3,000.00 | 0.00 | 3,950.00 | 500.00 | 500.00 | 0.00 | 1,000.00 |
| 301 | 7300142604 | MONACO, ADAM & HOPE | US | 670 | 2507.45 | 884.6 | 4062.05 | 520 | 3000 | 4419.81 | 4419.81 | 500 | 500 | 834.68 | 2354.68 |
| 302 | 0543505 | ZERBINI, JULIEN | ES | 928.5 | 2864.02 | 267.96 | 4060.48 | 842.77 | 5435.21 | 949.84 | 7227.82 | 1399.86 | 42.86 | 0 | 1442.72 |
| 303 | 7670402665 | LIFE, LLC | FR | 840 | 2000 | 1214.82 | 4054.82 | 620 | 1258.49 | 0 | 1878.49 | 450 | 0 | 1222.77 | 1712.77 |
| 304 | 0318191 | LAZAR, NADIA N | US | 928.5 | 2856.88 | 244.05 | 4029.43 | 2785.46 | 8234.95 | 162.74 | 11183.15 | 2599.76 | 7156.48 | 133.89 | 9890.13 |
| 305 | | UN INTERNATIONAL PARTNERS LLC | | | | 4008.79 | 4008.79 | 0 | 0 | 4085.31 | 4085.31 | 0 | 0 | 3959.71 | 3959.71 |

| | A | B | C |
|---|---|---|---|
| 65516 | 7691924 | UYEMATSU, SACHIKO | US |
| 65517 | 7606060443 | CROZE, CEDRIC | FR |
| 65518 | 11964739 | SHULTZ, LAURIE | US |
| 65519 | 1171628 | BROOK, TYLER | US |
| 65520 | 87231 23464 | HANSEN, NEIL A | CA |
| 65521 | 87031 37464 | HANSEN, NEIL A | NO |
| 65522 | 87021 39662 | GOMES, MANUELA MARTINS FARFT | PT |
| 65523 | 70011 0727 | SPERSTAD, AUD R | NO |
| 65524 | 11714 1126 | SRIVASTAVA, AMIT | US |
| 65525 | 79001 1259 | EXELL | US |
| 65526 | 88064 44178 | BUEGE, ANDREAS | DE |
| 65527 | 89046 56367 | RICHTER, ANDREAS | DE |
| 65528 | 7400534071 | BRUGSER, WERNER | DE |
| 65529 | 11741 3313 | HORAN, TERESA K | CH |
| 65530 | 1697 | MYERS, DENNIS | US |
| 65531 | 78704 0528 | LEFORT, JEAN | FR |
| 65532 | 11741 305 | DURST, MICHAEL W | DE |
| 65533 | 89006 50274 | LERCHE, ALOIS | DE |
| 65534 | 11744 05 | MAGUIRE, FREDERICK J | US |

| | A | B | C | ... | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|
| 65428 | | 11782191 BAY, DAVID W | US | | | | | | |
| 65427 | | 170559 JOHNSON SR, MARK L | US | | | | | | |
| 65426 | | 76029046 MACHADO NUNO MARCO DE CRUZ | PT | | | | | | |
| 65425 | | 74059099 EGGMANN, LORY | CH | | | | | | |
| 65424 | | 1703148 LEMBRIK, SID EL MEHDI | CA | | | | | | |
| 65423 | | 80284971 KESTER, SEBYN L | US | | | | | | |
| 65422 | | 80284101 JOENSEN, EINVA A | CH | | | | | | |
| 65421 | | 76000593 BUONAMANO, CHRISTEL | FR | | | | | | |
| 65420 | | 1702192 BURROWS, HALIMA | CA | | | | | | |
| 65419 | | 1702193 BURROWS, HALIMA | CA | | | | | | |
| 65418 | | 81034722 BALAKRISHNAN, NIROSH T | DK | | | | | | |
| 65417 | | 1702616 BRAHIMME | CA | | | | | | |
| 65416 | | 81034721 JAGIELLO, ZUZANNA | DK | | | | | | |
| 65415 | | 78700426 CUISINIER, LOIC | FR | | | | | | |
| 65414 | | 1182447 TAFACH, VLADI | US | | | | | | |
| 65413 | | 1697741 HOLMES, DAVID | US | | | | | | |
| 65412 | | 9890724989 LINZ, MICHAEL | DE | | | | | 400 | | 400 |
| 65411 | | 1697816 ATHWAL, SANDEEP S | US | | | | | | | |
| 65410 | | 1182440 ALONSO, JULIEN | FR | | | | | | | |
| 65409 | | 80284397 DURBIN, ANTHONY C | US | | | | | | | |
| 65408 | | 1741104 VANCE, AMETHYST CENTER | CA | | | | | | | |
| 65407 | | 1704163 HOULE, LYNKA | CA | | | | | | | |
| 65406 | | 1170090 INGHAM, ELFEMAG | UK | | | | | | | |
| 65405 | | 1170094 HOKKE, GERMAN | DE | | | | | | | |
| 65404 | | 11784559 DANIELA, MARTHA ISABEL | CA | | | | | | | |
| 65403 | | 76001108 BARROS RIBEIRO, MARINA ISABEL | PT | | | | | | | |
| 65402 | | 70002033 HOLZINGER, ANDREAS | AT | | | | | | | |
| 65401 | | 80000997 SPITERI, GABRIELE | IT | | | | | | | |
| 65400 | | 70002033 HOLZINGER, ANDREAS | AT | | | | | | | |
| 65399 | | 76005431 GERMANN, ROLAND | CH | | | | | | | |
| 65398 | | 192767 KRISHNA, NIKKI M | US | 13.59 | 13.59 | | | 13.08 | 13.08 |
| 65397 | | 80009743 ESTER, PATRICK | DE | | | | | | | |
| 65396 | | 81034397 KOCKERSKOV, EVA LERNE | DK | | | | | | | |
| 65395 | | 81034397 KOCKERSKOV, EVA LERNE | DK | | | | | | | |
| 65394 | | 70013146 DUARTE PEREIRA DE M FERREIRA, ANGELA | PT | | | | | | | |
| 65393 | | 11729 WOLF, DAVID | US | | | | | | | |
| 65392 | | 1182107 GLADYS | US | | | | | | | |
| 65391 | | 1184479 LECHRESTIER, MICHEL | FR | | | | | | | |
| 65390 | | 82029707 CANTIL, ALESSIA | IT | | | | | | | |
| 65389 | | 74702022 ROY, CHRISTIAN P | US | 45.77 | 45.77 | | 20.76 | 20.76 |
| 65388 | | 118031 TUFAGA, WES | US | | | | | | | |
| 65387 | | 76005433 SANTOS, CARLOS | PT | | | | | | | |
| 65386 | | 74702040 SUNT TAGALOA | NZ | | | | | | | |
| 65385 | | 118277 CALADO DOS SANTOS, ANA ISABEL | PT | | | | | | | |
| 65384 | | 118304 ANDERSON, ANNEL | US | | | | | | | |
| 65383 | | 1195304 WILEST, GEORGE M | US | 14.51 | 14.51 | | 217.7 | 217.7 | 10.42 | 10.42 |
| 65382 | | 81034210 JØRGENSEN, MAREN J | DK | | | | | | | |
| 65381 | | 118010 BROWN, CHANEL M | US | | | | | | | |
| 65380 | | 78002794 LAVILLE, BRIGITTE | FR | | | | | | | |
| 65379 | | 81009512 LANGE, NELE | DE | | | | | | | |
| 65378 | | 89007801 ENGBENNINGEN, LISBETH | DK | | | | | | | |
| 65377 | | 89007019 SCHOLT, ARTUR | DE | | | | | | | |
| 65376 | | 81034396 CORDES PEDERSEN, ALEKS | DK | | | | | | | |
| 65375 | | 84047190 HAMILTON, KENNETH | US | | | | | | | |
| 65374 | | 72002700 MERLE, CHRISTOPHE | FR | | | 2294.09 | 8769.19 | | 1155226 |
| 65373 | | 72001283 WASHINGTON, MILENA | US | | | | | | | |
| 65372 | | 118499 BRICKMANN, THOMAS | DE | | | | | | | |
| 65371 | | 71000166 ALMEIDA SIMOES | PT | | | | | | | |
| 65370 | | 1184999 HASTINGS, MANDI K | US | | | | | | | |
| 65369 | | 118499 HICKLER, CHARLES T | SE | | | | | | | |
| 65368 | | 72002583 MANSON, LUCAS JANINE | SE | | | | | | | |
| 65367 | | 118469 MERLE, CHRISTOPHE | FR | | | | | | | |
| 65366 | | 9005155012 ESSEGUEL, ROMAN | US | | | | | | | |
| 65365 | | 1185575 EMMANUEL, PIERRE-PAUL | US | | | | | | | |
| 65364 | | 1693448 MARCHALEWICZ, KAROL | AU | | | | | | | |
| 65363 | | 81024738 HOFFBECK, PA BRYLLE | US | | | | | | | |
| 65362 | | 72001839 DUTRO, SEBALYNN | US | | | | | | | |
| 65361 | | 1918025 GAGNON, GABRIEL | NO | | | | | | | |
| 65360 | | 8702364630 NILSEN, JAN PEDER | US | | | | | | | |
| 65359 | | 8702363901 HENKEL, STEFEN B | FR | | | | | | | |
| 65358 | | 72002358460 LECLERE, CARINE | FR | | | | | | | |
| 65307 | | 1185202 VETTOR, MARY ELLEN | US | | | | | | | |

| | A | B | C | ... | J | K | ... | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|
| 65317 | | 760020687 ERIZKU, AMIEN | FR | | | | | | | |
| 65316 | | 700016612 LOPEZ, CORALIE | FR | | | | | | | |
| 65315 | | 720016666 SOLOMON, LORNA | AU | | | | | | | |
| | | 1201836 WHITE, ZANA E | AU | | | | | | | |
| | | 120180 WALTERS, LUCIO | IT | | | | | | | |
| | | 700073927 HAAS, DARRELL | US | | | | | | | |
| | | 1202249 HAAS, DARRELL | US | | | | | | | |
| | | 1203814 PRINDLE, RORI L | US | | | | | | | |
| | | 700061124 MARTIN, JOCELYNE | US | | | | | | | |
| | | 1204385 KORTHAM, MELISSA & EDWARD T | US | | | | | | | |
| | | 1204386 KORTHAM, MELISSA K | US | | | | | | | |
| | | 1641626 HARTE, DAVID W | US | | | | | | | |
| | | 700077520 HAMMOND, BRANDON R | US | | | | | | | |
| | | 1206421 WILLARD, ROGER D | US | | | | | | | |
| | | 120024 RIVAS, AMY L | US | | | | | | | |
| | | 750014692 FAVARELLE, CHRIS B | FR | | | | | | | |
| | | 1202415 GONZALEZ JR, DAVID | US | | | | | | | |
| | | 760050402 CHARBONNEAU, FREDERICK | FR | | | | | | | |
| | | 790044657 THOMAS, DARREL | US | | | | | | | |
| | | 707037996 LAUFFENBURGER, FLORIAN | FR | | | | | | | |
| | | 790008056 THOMAS, ANDREW | US | | | | | | | |
| | | 1201737 GABRIEL, KERIN S | US | | | | | | | |
| | | 1201739 GABRIEL, CAROL A | US | | | | | | | |
| | | 1206434 RAYNE, MICHAEL C | NZ | | | | | | | |
| | | 1189596 MCLEAN, VICTOR | NZ | | | | | | | |
| | | 1191123 MACPHERSON, LOGAN M | NZ | | | | | | | |
| | | 1119124 MACPHERSON, LOGAN M | NZ | | | | | | | |
| | | 1191907 KING, JACQUELINE C | US | | | | | | | |
| | | 120043313 WARREN, THOMAS | CH | | | | | | | |
| | | 760054547 MCLEAN, SYLVIAN | CH | | | | | | | |
| | | 767020292 MUNOZ, SYLVIAN | FR | | | | | | | |
| | | 760050320 DEBT LESS & CO LTD | NO | | | | | | | |
| | | 795013433 DEBT LESS & CO LTD | IT | | | | | | | |
| | | 1195704 MELLEMPAANI M | FR | | | | | | | |
| | | 1118968 CISCO, DAVID C | DK | | | | | | | |
| | | 1187918 FRANCIS, ISAAC | DK | | | | | | | |
| | | 8103218 KYONO MIN | DK | | | | | | | |
| | | 760033513 FACHE, RUEDIGER | NZ | | | | | | | |
| | | 1195974 ERICKSON, DAVID C | NL | | | | | | | |
| | | 767020287 MUNOZ, SYLVAN | FR | | | | | | | |
| | | 800231683 TAORMINA, ARGENTINA A | IT | | | | | | | |
| | | 8033739148 IT FAHS | CH | | | | | | | |
| | | 1642997 WRIGHT, MILTON A | US | | | | | | | |
| | | 800311852 MARTIN, SEBASTIANO | DE | | | | | | | |
| | | 803019096 BRAUN, RITA | DE | | | | | | | |
| | | 1187202 LOWY, LINDA M | US | | | | | | | |
| | | 1644132 PADGETT, RICK | US | | | | | | | |
| | | 790013093 BUCHANAN, TERESA H | NZ | | | 13.31 | 13.31 | | | | |
| | | 795001492 BUCHANAN, TERESA H | US | | | | | | | |
| | | 1201602 CROSLEY, KAREN | US | | | | | | | |
| | | 20030786 DA MOTTA RIBEIRO, SYLVIANE | ES | | | | | | | |
| | | 797036751 DA MOTTA RIBEIRO, SYLVIANE | ES | | | | | | | |
| | | 1640055 CROSLEY, JOSE A | US | | | | | | | |
| | | 1187277 PEREZ, MARCELO | US | | | | | | | |
| | | 795014141 POETSCH, JANE A | NZ | | 12.09 | | 12.09 | | | | |
| | | 1639063 AINSLEY, JONATHAN | NZ | | | | | | | |
| | | 1639067 ARNILLO, VANDERLEI | NZ | | | | | | | |
| | | 720022604 TSAGARIS, VICKI | AU | | | | | | | |
| | | 720010352 INNOCENTI, ENZO | NZ | | | | | | | |
| | | 720002096 LI, MING | AU | | | | | | | |
| | | 1641630 CHATTO, MELA L | AU | | | | | | | |
| | | 1639380 CRAIG, W | US | | | | | | | |
| | | 200030192 ANDERSON, ANJILHA M | US | | | | | | | |
| | | 1119500 ANDERSON, VIRGINIA | DE | | | | | | | |
| | | 1188777 BORISARRO, CAROLYN | DK | | | | | | | |
| | | 1100380 LY, JESSICA | US | | | | | | | |
| | | 1188380 CORDERO, ZIMMA C | FR | | | | | | | |
| | | 1189800 SCOTT, KENNY | US | | | | | | | |
| | | 1114663 BERRYMAN, DORA A | US | | | | | | | |
| | | 701004680 WALKER, WARTON | US | | | | | | | |
| | | 701004600 FERNANDEZ, MARIE-CLAIRE | FR | | | | | | | |
| | | 9693938 WALTERS, CHERISE K | FR | | | | | | | |
| | | 1196042 LAYNE, MELISSA A | US | | | | | | | |
| | | 1643496 WENGART, BURKARDT | DE | | | | | | | |
| | | 800014546 WENGART, BURKARDT | DE | | | | | | | |
| | | 1151500 ANDERSON, ANJLHI M | US | | | | | | | |
| | | 1639337 VIEITES-PACHECO, MARIA SOLEDAD | ES | | | | | | | |
| | | 730017880 SE SUGA | US | | | | | | | |
| | | 795011502 SE SUGA | NZ | | | | | | | |
| | | 1189607 TORRES, LINDA | NZ | | | | | | | |
| | | 720015596 OHKADA, UPOKOMA | NZ | | | | | | | |
| | | 1689255 WILLIAMS, ROSEMARIE | US | | | | | | | |
| | | 1188666 MEMMEYER, MARIO | CA | | | | | | | |
| | | 1184670 KERISSEN, KATHY L | US | | | | | | | |
| | | 1188665 SLATER, SUMMER L | US | | | | | | | |
| | | 1693889 GIBSON, STEVEN J | US | | | | | | | |
| | | 790003033 MARSH, HELENA MARIA B | US | | | | | | | |
| | | 790003541 MARSH, GAY | US | 13.2 | | | | | 200 | 43.11 | 43.11 |
| | | 1691990 ADAMS, BIANCA C | NZ | 13.2 | | 15.93 | 15.93 | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6086 | 164162 | JORDAN, GREGORY M | US | | | | | | | | | | | | |
| 6087 | 164631 | LIMA, CESAR | US | | | | | | | | | | | | |
| 6088 | 115938 | ALLEN, RUTH S | US | | | | | | | | | | | | |
| 6089 | 115938 | MESA, JOSE J | US | | | | | | | | | | | | |
| 6090 | 115938 | MCDANIEL, RUDY S | US | | | | | | | | | | | | |
| 6091 | 140667 | MERCIER, SERGIO | DE | | | | | | | | | | | | |
| 6092 | 140667 | MERCIER, SERGIO | DE | | | | | | | | | | | | |
| 6093 | 140744 | KIDNEY, ERIC | US | | | | | | | | | | | | |
| 6094 | 140744 | KIDNEY, ERIC | US | | | | | | | | | | | | |
| 6095 | 780003177 | SEPULA, G ELLA | US | | | | | | | | | | | | |
| 6096 | 780059872 | PILATE, MARTINE | FR | | | | | | | | | | | | |
| 6097 | 780080629 | VALVERDE, CHRISLAINE | FR | | | | | | | | | | | | |
| 6098 | 120028419 | LITTLE, JOY | US | | | | | | | | | | | | |
| 6099 | 720012418 | BONADIO, CARMINE J | US | | | | | | | | | | | | |
| 6100 | 109040 | DRAGOVICH, NICK A | AU | | | | | | | | | | | | |
| 6101 | 109040 | TALAVAU, TINOTEO S | NZ | | | | | | | | | | | | |
| 6102 | 184005 | TIMS, TONY L | US | | | | | | | | | | | | |
| 6103 | 183394 | AYALA, GARY J | US | | | | | | | | | | | | |
| 6104 | 183722 | WALLACE, MARY A | US | | | | | | | | | | | | |
| 6105 | 810045821 | HANSEN, PAUL A M | DK | | | | | | | | | | | | |
| 6106 | 148437 | CARDONA, JOEL | US | | | | | | | | | | | | |
| 6107 | 184837 | PICKERING SR, LESLIE J | US | | | | | | | | | | | | |
| 6108 | 642784 | CARBONELL, MEL | US | | | | | | | | | | | | |
| 6109 | 104438 | HARMAN, MARY G | US | | | | | | | | | | | | |
| 6110 | 720012431 | TOMONE, BRENDA K | AU | | | | | | | | | | | | |
| 6111 | 720012451 | REID, MURRAY | NZ | | | | | | | | | | | | |
| 6112 | 163974 | REMCO TECHNOLOGY MGT, INC | US | | | | | | | | | | | | |
| 6113 | 102478 | VARELA, CONNIE M | US | | | | | | | | | | | | |
| 6114 | 700062987 | BOUVIER, JEAN CLAUDE | FR | | | | | | | | | | | | |
| 6115 | 184682 | THORNBURG, JACOBUS | DK | | | | | | | | | | | | |
| 6116 | 1195042 | KUKCEBA, CATHERINE M | US | | | | | | | | | | | | |
| 6117 | 115174 | BACH, GREGORY P | CA | | | | | | | | | | | | |
| 6118 | 115331 | ANG-YAP, JOLYNN A | US | | | | | | | | | | | | |
| 6119 | 700059713 | ANDRE, REMI | FR | | | | | | | | | | | | |
| 6120 | 700047131 | VILLEGA-GARMONA, JOSE | US | | | | | | | | | | | | |
| 6121 | 700022040 | BARELFI, DANIEL | CA | | | | | | | | | | | | |
| 6122 | 1185102 | MILAIRE, JEAN | CA | | | | | | | | | | | | |
| 6123 | 1186860 | MULLER, CRYSTAL | ES | | | | | | | | | | | | |
| 6124 | 1181131 | PICHLER, JOHANN | AT | | | | | | | | | | | | |
| 6125 | 700035689 | MARTIN, ERIK | NL | | | | | | | | | | | | |
| 6126 | 1191177 | TESSIER, MARION | FR | | | | | | | | | | | | |
| 6127 | 1191171 | REIGNIER, RENEE TI | FR | | | | | | | | | | | | |
| 6128 | 1192131 | WINKING, TED T | NZ | | | | | | | | | | | | |
| 6129 | 700037575 | TE WHITI, GEORGE H | NZ | | | | | | | | | | | | |
| 6130 | 1038780 | DIMITZ, NICOLAS | AU | | | | | | | | | | | | |
| 6131 | 1152114 | GUILLEMET, NELLY | FR | | | | | | | | | | | | |
| 6132 | 102565 | GERBAUT, BEVERLY | FR | | | | | | | | | | | | |
| 6133 | 700076227 | PANAROTTO, JEROME | FR | | | | | | | | | | | | |
| 6134 | 1192114 | BLANDRAT, JEAN FRANCOIS | FR | | | | | | | | | | | | |
| 6135 | 700031420 | SALVADOR, MANUEL DA SILVA | PT | | | | | | | | | | | | |
| 6136 | 7100131102 | GUERIN, JACQUELINE | PT | | | | | | | | | | | | |
| 6137 | 188417 | CAMPBELL, KEVIN | US | | | | | | | | | | | | |
| 6138 | 7200037132 | MORRISSEY, JOEL | US | | | | | | | | | | | | |
| 6139 | 115228 | MARCELO C, CAMILLE E | CA | | | | | | | | | | | | |
| 6140 | 118779 | PLAYER, KRISHAN M | US | | | | | | | | | | | | |
| 6141 | 7200031941 | THOMAS, DERBORAH | US | | | | | | | | | | | | |
| 6142 | 810343916 | CHRISTENSEN, BOLETTE MOLTER | DK | | | | | | | | | | | | |
| 6143 | 720013578 | AUIR, WIMWAROD H | NZ | | | | | | | | | | | | |
| 6144 | 790001378 | JOLLY, MYRA D | NZ | | | | | | | | | | | | |
| 6145 | 102733 | GRANT, LORI | AU | | | | | | | | | | | | |
| 6146 | 780258001 | PIVOVAROVILLE, ALAIN | FR | | | | | | | | | | | | |
| 6147 | 1038186 | PRONY, CAPDEVILLE, SARAH | FR | | | | | | | | | | | | |
| 6148 | 795015066 | HOVELL, PHITEORA E | NZ | | | | | | | | | | | | |
| 6149 | 1189654 | MANSON, YVONNE M | NZ | | | | | | | | | | | | |
| 6150 | 790001571 | MANSON, YVONNE M | NZ | | | | | | | | | | | | |
| 6151 | 740002204 | DURUZ, ALAIN | FR | | | | | | | | | | | | |
| 6152 | 184975 | ORTIGOZA, RODRIGO A | CH | | | | | | | | | | | | |
| 6153 | 780057835 | CISTO, JOEL | CH | | | | | | | | | | | | |
| 6154 | 7204014197 | LARREYNAGA, JOSE R | FR | | | | | | | | | | | | |
| 6155 | 184631 | WALES, NATASHA D | US | | | | | | | | | | | | |
| 6156 | 7200014517 | PRICE, KYLE A T | NZ | | | | | | | | | | | | |
| 6157 | 1201003 | LANGTON, GARY D | US | | | | | | | | | | | | |
| 6158 | 7100117521 | MASTERO RODRIGUES, SARA M | PT | | | | | | | | | | | | |
| 6159 | 1201914 | BANNARI, LYNN | AU | | | | | | | | | | | | |
| 6160 | 1201618 | KINL, TEAME | IT | | | | | | | | | | | | |
| 6161 | 1204697 | VELLEGE, PRISCILLA N | IT | | | | | | | | | | | | |
| 6162 | 750297239 | LOFFREDO, GAETANA | US | | | | | | | | | | | | |
| 6163 | 1200895988 | LOFFREDO, DOLORES | US | | | | | | | | | | | | |
| 6164 | 1204872 | CHAPOT, DENIS | FR | | | | | | | | | | | | |

| Cell | A / Name | C | ... | Value |
|---|---|---|---|---|
| C4391 | KREFORS, KJELL | US | | |
| C4392 | BELL, ANDREA Y | | | |
| C4393 | SUWANNARAT, SOMSAK | | | |
| C4394 | WILLIAMS, LORENZO | US | | |
| C4395 | MARTIN, KIMBERLY A | US | | |
| C4396 | ACHBERGER, MATS | SE | | |
| C4397 | KRISTBERG, KRISTER L | | | |
| C4398 | SCHWARK, HANS-PETER | PL | | |
| C4399 | ZABISKI, DAVID | CA | | |
| C4400 | SILAYMAN, MARGARET D | US | | |
| C4401 | RIVERA, EUGENIO | US | | |
| C4402 | BELLE, R | US | | |
| C4403 | MICHAEL | DE | | |
| C4404 | CUMMINS, JACK P | DE | | |
| C4405 | JOHNSON, ANDREAS | SE | | |
| C4406 | ELLERBECK, MICHAEL | DE | | |
| C4407 | GIAMPA, LINA | US | | |
| C4408 | GRECO, JACK P | | | |
| C4409 | REICHLER, ALEXANDRA | | | |
| C4410 | CONSUMER OPTIONS SERVICES | | | |
| C4411 | NYE, JOHN D | DE | | |
| C4412 | MAGUE, SAMUEL | DE | | |
| C4413 | DUFNER, HENRY | DK | | |
| C4414 | USHER, SEAN | US | | |
| C4415 | BERNER, BENNY | US | | |
| C4416 | ANDERSSON, INGVAR | SE | | |
| C4417 | MARIUSSON, OVE | SE | | |
| C4418 | CHRISTIAN, ALLEN | US | | |
| C4419 | ROSEN, BRITT-MARIE | SE | | |
| C4420 | WASTVIND, IVAN | SE | | |
| C4421 | GONZALEZ, NICK J | US | | |
| C4422 | DAHL, NORETH | | | |
| C4423 | ADAMS, DAVID | | | |
| C4424 | LEWIS, GLORIA | US | | |
| C4425 | MAUREL, YANNICK J | CA | | |
| C4426 | HONDA, TERRANCE | US | | |
| C4427 | AK KONSULT ALLAN ASSARLUND | SE | | |
| C4428 | DALLE, J LASSEGDEAN | FR | | |
| C4429 | ANDERSSON, ANNETTE | SE | | |
| C4430 | NICOLSSON, FRANK | SE | | |
| C4431 | HEBERT, ANTHONY | US | | |
| C4432 | CARLSON, MIKAEL | SE | | |
| C4433 | NOONE, RYAN | US | | |
| C4434 | JOHN, RAINER - JOACHIM | DE | | |
| C4435 | DIPPOLD, MANS-JURGEN | DE | | |
| C4436 | GUSTAFSSON, DAN | SE | | |
| C4437 | STEPHENS, NELSON L | US | | |
| C4438 | KOENIG, ROBIN | US | | |
| C4439 | LHENAFF, MARIE | FR | | |
| C4440 | ANDERSEN, ROBERT L | DE | | |
| C4441 | STREXK, NILES M | US | | |
| C4442 | LARSSON, THOMAS | SE | | |
| C4443 | NOHRSTEDT, MARIANNE | SE | | |
| C4444 | ROZENBERG, DANIEL | CA | | |
| C4445 | ROSENBERG, ALEKSANDER | CA | | |
| C4446 | D A R BOOKKEEPING | US | | |
| C4447 | CLEMENT, PIERRE | FR | | |
| C4448 | PATTRICK, TERRY | US | | |
| C4449 | HAUG, LOTTE-ANNE M | CA | | |
| C4450 | BELL, KELLY J | US | | |
| C4451 | HARDJ, ABDELALIL | CA | | |
| C4452 | OSHADE, METZAL PETRA | DE | | |
| C4453 | ANDERSSON, THOMAS | | | |
| C4454 | SHANDLE, THOMAS | US | | |
| C4455 | JOHNSON, STEPHEN E | US | | |
| C4456 | MALMGREN EDDIE | SE | | |
| C4457 | GARCIA, MARTIN | US | | |
| C4458 | HAMBEL, CHARL | DE | | |
| C4459 | BUTCHER, SEBASTIEN | US | | |
| C4460 | WHEELER, TRACY L | US | | |
| C4461 | MARTINEZ, PIERRE | FR | | |
| C4462 | DEICHSEL, JUTTA | DE | | |
| C4463 | HANTLAND PROJEKTENTWICKLUNGS GM DE | DE | | |
| C4464 | BRYNTESSON, TOBIAS | SE | | |
| C4465 | OPSCHMID, PHILIP | US | | |

| Cell | Value (I) | Value (J) | Value (K) | Value (M/O) |
|---|---|---|---|---|
| (row I) | 4285 | | | |
| (row J) | | 13.09 / 14 | | |
| (row K) | | | 4285 / 13.09 / 14 | |
| (row M) | | | | 95.64 |
| (row O) | | | | 95.64 |

| | A | B | C | | | | | | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G4306 | 759469701 | MANUGAS NICANOR | US | | | | | | | | | | | | |
| G4305 | 840259700 | CHRICHI HANDEL | | | | | | | | | | | | | |
| G4304 | | BERDICHEVSKY BRITT | SE | | | | | | | | | | | | |
| G4303 | 431557 | MORTON KAREN L | SE | | | | | | | | | | | | |
| G4302 | | MELEVMESEN, GERRIE F.A.C. | NL | | | | | | | | | | | | |
| G4301 | | DESTMAN, MARIE | SE | | | | | | | | | | | | |
| G4300 | | CARLSSON, CHRISTINA | SE | | | | | | | | | | | | |
| G4299 | | CARLSSON, JOHN | SE | | | | | | | | | | | | |
| G4298 | | ABNIESZKA CISEK | PL | | | | | | | | | | | | |
| G4297 | 619013154 | NORDSTROEM, INGER | SE | | | | | | | | | | | | |
| G4296 | | NACKE, BEATE | DE | | | | | | | | | | | | |
| G4295 | 890549010 | VEENAN, ROCHELLE A. | US | | | | | | | | | | | | |
| G4294 | | MURDER-RUSSELL, JUANITA | US | | | | | | | | | | | | |
| G4293 | | BUETI, FRANCESCO | | | | | | | | | | | | | |
| G4292 | | CLARK, CHARLES & TAMECA | US | | | | | | | | | | | | |
| | | EISENHOWER M.B.C. | | | | | | | | | | | | | |
| | | LINSBERG, SHERT | SE | | | | | | | | | | | | |
| | | NILSSON, RONNY | SE | | | | | | | | | | | | |
| | | KOZER, ROBERT | US | | | | | | | | | | | | |
| | | MALTELLO, MATTIAS | SE | | | | | | | | | | | | |
| | | MOKETTE, MARCEL | SE | | | | | | | | | | | | |
| | | EVANS, MARIE L | CA | | | | | | | | | | | | |
| | | GAMBINA | DE | | | | | | | | | | | | |
| | | METER, STEPHAN | SE | | | | | | | | | | | | |
| | | CANNON, OWROCKVI D | | | | | | | | | | | | | |
| | | CUMMING, CRYSTAL | CA | | | | | | | | | | | | |
| | | FAB | SE | | | | | | | | | | | | |
| | | RANDELL, BRUNO | SE | | | | | | | | | | | | |
| | | ROSSI, HENRIQUE JOSE | PT | | | | | | | | | | | | |
| | | PISONEN, ERLA | FI | | | | | | | | | | | | |
| | | PIERRE, SAMUEL | | | | | | | | | | | | | | |
| | | MCINTURN, PIERRE | CA | | | | | | | | | | | | |
| | | CLARK, MONICA R & JAMES | DE | | | 500 | | | | | | | | | | |
| | | FATZ, MANDY | US | | | | | | | | | | | | | |
| | | PENNY, GRETA E | | | | | | | | | | | | | | |
| | | REED, HENRIK | SE | | | | | | | | | | | | |
| | | BRASERUD, JAN | NZ | | | | | | | | | | | | |
| | | VIGKARL, PAUL | GB | | | 142 | | | | | | | | | | |
| | | ANDERSON, LENA | SE | | | | | | | | | | | | | |
| | | BRUNSAU, VALENTIN | FR | | | | | | | | | | | | | |
| | | WURM, MANFRED | DE | | | | | | | | | | | | | |
| | | JERRI, AHMED | SE | | | | | | | | | | | | | |
| | | SCHWERAL, DYANA | FR | | | | | 142 | | | | | | | | | |
| | | NEWOCOB, EDMUND | US | | | | 500 | | | | | | | | | | |
| | | SVAVA KROFRAKTORKLINK | DK | | | | | | | | | | | | | |
| | | BERBER, ANNE-MARIE | CA | | | | | | | 192.94 | | | | | | |
| | | GREEN, DARRYL | US | | | | | | | | | | | | | |
| | | LINDELL, LEIF | SE | | | | | | | | | | | | | |
| | | BAYTON, CARLA E | US | | | | | | | | | | | 13.73 | | 13.73 |
| G4392 | 45330 | MILLSON, KELLY | US | | | | | | | | | 192.94 | | 192.94 |

| A | B | C | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|
| 6206 | REIVELD, REIN H M | US | | | | | | | | |
| 6207 | HULTGREN, PATRIK | SE | | | | | | | | |
| 6208 | TOCCO, PAUL | US | | | | | | | | |
| 6209 | FELLMAN, MATS | SE | | | | | | | | |
| 6210 | RONALD W | US | | | | | | | | |
| 6211 | COLE, RONALD W | US | | | | | | | | |
| 6212 | MCDONALD, JUAN GABRIEL | US | | | | | | | | |
| 6213 | PRICE, CHRIS J | US | | | | | | | | |
| 6214 | CHEWAN LTD | CA | | | | | | | | |
| 6215 | SEVER, NOAH | US | | | | | | | | |
| 6216 | FREEDMAN, BEZALEL | US | | | | | | | | |
| 6217 | PENHOEL, BERZ | US | | | | | | | | |
| 6218 | ROSENBERG, SVEN | US | | | | | | | | |
| 6219 | LINGSEL, MARLENE WA | US | | | | | | | | |
| 6220 | MARTINEZ-GUTIERREZ, LUIS | ES | | | | | | | | |
| 6221 | CHURCH ON THE HILL A M E, ZION | US | | | | | | | | |
| 6222 | MANBERGER, ANNELIE | SE | | | | | | | | |
| 6223 | MEJERINK, NICOLE A | US | | | | | | | | |
| 6224 | GIPPON, THOMAS K | US | | | | | | | | |
| 6225 | DURN VAN, IVOR | NL | | | | | | | | |
| 6226 | SCHOOT-KRAMER, MARJAN H | NL | | | | | | | | |
| 6227 | WISTRAND, FREDRIK | SE | | | | | | | | |
| 6228 | LANNSTRA, CAROLINE DIANE | CA | | | | | | | | |
| 6229 | SVENSSON, SVEN-AKE | SE | | | | | | | | |
| 6230 | SELANDER, ALF | SE | | | | | | | | |
| 6231 | ROMPAL, HELEN | US | | | | | | | | |
| 6232 | ANTONIU, CHRIS | US | | | | | | | | |
| 6233 | PARKER, PAMELA | US | | | | | | | | |
| 6234 | GARNETT, CLARENCE | US | | | | | | | | |
| 6235 | SERGI, MATTHE | US | | | | | | | | |
| 6236 | MCLEAN, LYNN | US | | | | | | | | |
| 6237 | COWAN, BEVERLY J | CA | | | | | | | | |
| 6238 | JACKSON, ALBERT & WILLA | US | | | | | | | | |
| 6239 | RAMIREZ, JOERGEN | US | | | | | | | | |
| 6240 | GALDINAO, NATHAN | US | | 1.99 | | | | | | |
| 6241 | GARCIA, PIERRETTE | FR | | | | | | | | |
| 6242 | DIAZ-PARRENO HELLADO, CLAYA | US | | 998.01 | | | 95.84 | | | |
| 6243 | INMANES DANA E | US | | | | | | | | |
| 6244 | DODERBACK, LEIF | US | | | | | | | | |
| 6245 | STEINER, HELENE | US | | | | | | | | |
| 6246 | HOAGLAND, ORLANDO M | US | | | | | | | | |
| 6247 | ZACCARO, LOUL ROB | US | | | | | | | | |
| 6248 | WALDEN, CECIL & MONICA | US | | | | 1000 | | 95.84 | | |
| 6249 | MOHAIR, CHRISTINA | US | | | | | | | | |
| 6250 | ARRASS, MOUNIR | FR | | | | | | 2.14 | | |
| 6251 | BUTLER, STEPHEN | US | | | | | | | 321.4 | 40.71 |
| 6252 | NORKA, JEAN | NZ | | | | | | | | |
| 6253 | DAVIS, SOLIVIA T | US | | | | | | | | |
| 6254 | STANSBERRY, THOMAS D | US | | | | | | | | |
| 6255 | MUSTANG RESCUE & RESTORATION INC | US | | | | | | | | |
| 6256 | MATTHEW JR, MARVIN A | US | | | | | | | | |
| 6257 | EKLUND SVEN-ERIK | SE | | | | | | | | |
| 6258 | STEINE-ROCKA, DAN | SE | | | | | | | | |
| 6259 | LARSSON, KRISTER | SE | | | | | | | | |
| 6260 | HJERTSTROEM, LENNART | SE | | | | | | | | |
| 6261 | MCCRAY, TIAJUANA | US | | | | | | | 321.4 | 42.85 |