## ACN - US Operations

United States Dollars

|  | 2012 Q1 |
|---|---:|
| Long Distance | $ 1,219,382 |
| Local | 9,217,806 |
| Commercial Wireline | - |
| Mobile Reseller | 3,865,365 |
| Internet | 787,734 |
| VoIP | 10,328,231 |
| Commercial VoIP | 1,217,526 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 802,989 |
| Satellite TV Agency | 2,160,344 |
| Internet Agency | 941,626 |
| Energy Agency | 1,294,942 |
| Premium Tech Support Agency | 538,531 |
| Merchant Services Agency | - |
| Other Product | - |
| **Product Revenue** | **$ 32,438,278** |
| IBO Fees | 9,788,944 → Total $ from IBOs |
| Marketing | 6,775,844 → Total $ Success + Discs + Events |
| Other | 33,462 → Interest, Credits, |
| **Net Revenue** | **$ 49,036,529** |
| **IBO Compensation** | **$ 14,288,000** → Total paid to IBOs |

ACN 20

ACN000665
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2012 Q2 |
|---|---:|
| Long Distance | $ 1,111,068 |
| Local | 8,963,764 |
| Commercial Wireline | - |
| Mobile Reseller | 4,667,293 |
| Internet | 715,098 |
| VoIP | 10,236,133 |
| Commercial VoIP | 1,294,921 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 773,835 |
| Satellite TV Agency | 2,018,557 |
| Internet Agency | 873,662 |
| Energy Agency | 1,874,697 |
| Premium Tech Support Agency | 537,331 |
| Merchant Services Agency | - |
| Other Product | - |
| **Product Revenue** | **$ 33,131,322** |
| IBO Fees | 9,998,268 |
| Marketing | 8,629,558 |
| Other | 30,164 |
| **Net Revenue** | **$ 51,789,312** |
| | |
| **IBO Compensation** | **$ 15,966,750** |

ACN000666
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2012 Q3 |
|---|---:|
| Long Distance | $ 1,065,621 |
| Local | 8,622,581 |
| Commercial Wireline | - |
| Mobile Reseller | 4,956,409 |
| Internet | 645,966 |
| VoIP | 10,453,187 |
| Commercial VoIP | 1,379,175 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 669,284 |
| Satellite TV Agency | 2,060,142 |
| Internet Agency | 805,017 |
| Energy Agency | 2,288,972 |
| Premium Tech Support Agency | 585,621 |
| Merchant Services Agency | - |
| Other Product | - |
| **Product Revenue** | **$ 33,589,305** |
| IBO Fees | 10,411,331 |
| Marketing | 8,065,345 |
| Other | 24,567 |
| **Net Revenue** | **$ 52,090,547** |
| | |
| **IBO Compensation** | **$ 14,341,184** |

ACN000667
CONFIDENTIAL

## ACN - US Operations

United States Dollars

| | 2012 Q4 |
|---|---:|
| Long Distance | $ 950,105 |
| Local | 8,211,150 |
| Commercial Wireline | - |
| Mobile Reseller | 4,677,883 |
| Internet | 583,838 |
| VoIP | 10,067,077 |
| Commercial VoIP | 1,385,165 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 608,585 |
| Satellite TV Agency | 2,024,094 |
| Internet Agency | 822,043 |
| Energy Agency | 1,427,669 |
| Premium Tech Support Agency | 572,762 |
| Merchant Services Agency | - |
| Other Product | - |
| **Product Revenue** | **$ 31,379,997** |
| IBO Fees | 10,219,718 |
| Marketing | 6,632,163 |
| Other | 21,462 |
| **Net Revenue** | **$ 48,253,340** |
| | |
| **IBO Compensation** | **$ 13,674,737** |

ACN000668
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2013 Q1 |
|---|---:|
| Long Distance | $ 894,436 |
| Local | 7,789,120 |
| Commercial Wireline | 103,303 |
| Mobile Reseller | 5,350,107 |
| Internet | 511,329 |
| VoIP | 9,898,922 |
| Commercial VoIP | 1,436,314 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 910,347 |
| Satellite TV Agency | 1,944,337 |
| Internet Agency | 860,897 |
| Energy Agency | 2,819,095 |
| Premium Tech Support Agency | 609,569 |
| Merchant Services Agency | - |
| Other Product | 53,732 |
| **Product Revenue** | **$ 33,181,509** |
| IBO Fees | 10,202,087 |
| Marketing | 7,459,488 |
| Other | 20,880 |
| **Net Revenue** | **$ 50,863,964** |
| | |
| **IBO Compensation** | **$ 14,223,990** |

ACN000669
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2013 Q2 |
|---|---:|
| Long Distance | $ 846,572 |
| Local | 7,587,546 |
| Commercial Wireline | 155,221 |
| Mobile Reseller | 5,782,212 |
| Internet | 461,705 |
| VoIP | 9,727,526 |
| Commercial VoIP | 1,459,887 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 866,100 |
| Satellite TV Agency | 1,781,984 |
| Internet Agency | 872,300 |
| Energy Agency | 3,027,454 |
| Premium Tech Support Agency | 609,299 |
| Merchant Services Agency | - |
| Other Product | 41,475 |
| **Product Revenue** | **$ 33,219,281** |
| IBO Fees | 10,023,767 |
| Marketing | 8,143,548 |
| Other | 24,766 |
| **Net Revenue** | **$ 51,411,362** |
| | |
| **IBO Compensation** | **$ 15,259,104** |

ACN000670
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2013 Q3 |
|---|---:|
| Long Distance | $ 781,882 |
| Local | 7,329,923 |
| Commercial Wireline | 230,335 |
| Mobile Reseller | 5,822,828 |
| Internet | 399,227 |
| VoIP | 9,883,528 |
| Commercial VoIP | 1,459,630 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 820,679 |
| Satellite TV Agency | 2,113,585 |
| Internet Agency | 958,380 |
| Energy Agency | 3,323,595 |
| Premium Tech Support Agency | 569,261 |
| Merchant Services Agency | 5,883 |
| Other Product | - |
| **Product Revenue** | **$ 33,698,737** |
| IBO Fees | 10,046,105 |
| Marketing | 6,846,283 |
| Other | 33,100 |
| **Net Revenue** | **$ 50,624,225** |
| | |
| **IBO Compensation** | **$ 13,371,476** |

## ACN - US Operations

United States Dollars

|  | 2013 Q4 |
|---|---:|
| Long Distance | $ 732,594 |
| Local | 7,038,052 |
| Commercial Wireline | 384,720 |
| Mobile Reseller | 6,538,136 |
| Internet | 351,176 |
| VoIP | 9,372,615 |
| Commercial VoIP | 1,166,590 |
| Multiplay | - |
| Mobile Agency | - |
| Home Security Agency | 804,219 |
| Satellite TV Agency | 2,042,203 |
| Internet Agency | 858,093 |
| Energy Agency | 3,299,048 |
| Premium Tech Support Agency | 556,468 |
| Merchant Services Agency | 39,064 |
| Other Product | - |
| **Product Revenue** | **$ 33,182,981** |
| IBO Fees | 10,354,121 |
| Marketing | 6,637,938 |
| Other | 25,909 |
| **Net Revenue** | **$ 50,200,948** |
| | |
| **IBO Compensation** | **$ 15,055,981** |

ACN000672
CONFIDENTIAL

## ACN - US Operations

United States Dollars

| | 2014 Q1 |
|---|---:|
| Long Distance | $ 699,530 |
| Local | 6,572,769 |
| Commercial Wireline | 539,801 |
| Mobile Reseller | 8,647,739 |
| Internet | 223,894 |
| VoIP | 8,632,971 |
| Commercial VoIP | 1,419,454 |
| Multiplay | 286,329 |
| Mobile Agency | - |
| Home Security Agency | 830,033 |
| Satellite TV Agency | 1,887,907 |
| Internet Agency | 700,892 |
| Energy Agency | 6,108,695 |
| Premium Tech Support Agency | 528,394 |
| Merchant Services Agency | 117,742 |
| Other Product | - |
| **Product Revenue** | **$ 37,196,149** |
| IBO Fees | 10,385,463 |
| Marketing | 6,476,191 |
| Other | 21,803 |
| **Net Revenue** | **$ 54,079,605** |
| | |
| **IBO Compensation** | **$ 15,313,546** |

## ACN - US Operations

United States Dollars

|  | 2014 Q2 |
|---|---:|
| Long Distance | $ 636,974 |
| Local | 6,061,409 |
| Commercial Wireline | 641,580 |
| Mobile Reseller | 10,690,586 |
| Internet | 34,081 |
| VoIP | 8,270,551 |
| Commercial VoIP | 1,403,797 |
| Multiplay | 772,971 |
| Mobile Agency | - |
| Home Security Agency | 787,866 |
| Satellite TV Agency | 1,865,125 |
| Internet Agency | 647,994 |
| Energy Agency | 3,923,463 |
| Premium Tech Support Agency | 495,837 |
| Merchant Services Agency | 114,833 |
| Other Product | - |
| **Product Revenue** | **$ 36,347,067** |
| IBO Fees | 10,383,844 |
| Marketing | 6,190,332 |
| Other | 30,529 |
| **Net Revenue** | **$ 52,951,771** |
| | |
| **IBO Compensation** | **$ 17,495,460** |

## ACN - US Operations

United States Dollars

| | 2014 Q3 |
|---|---:|
| Long Distance | $ 612,553 |
| Local | 5,857,128 |
| Commercial Wireline | 717,343 |
| Mobile Reseller | 12,440,058 |
| Internet | 29,451 |
| VoIP | 7,449,645 |
| Commercial VoIP | 1,350,853 |
| Multiplay | 717,563 |
| Mobile Agency | - |
| Home Security Agency | 1,005,148 |
| Satellite TV Agency | 2,017,563 |
| Internet Agency | 601,511 |
| Energy Agency | 2,962,442 |
| Premium Tech Support Agency | 461,768 |
| Merchant Services Agency | 137,157 |
| Other Product | - |
| **Product Revenue** | **$ 36,360,183** |
| IBO Fees | 9,972,859 |
| Marketing | 6,094,058 |
| Other | 24,539 |
| **Net Revenue** | **$ 52,451,639** |
| | |
| **IBO Compensation** | **$ 12,466,132** |

## ACN - US Operations

United States Dollars

|  | 2014 Q4 |
|---|---:|
| Long Distance | $ 571,816 |
| Local | 5,630,153 |
| Commercial Wireline | 778,297 |
| Mobile Reseller | 12,566,690 |
| Internet | 28,128 |
| VoIP | 6,692,030 |
| Commercial VoIP | 1,310,327 |
| Multiplay | 776,737 |
| Mobile Agency | - |
| Home Security Agency | 1,151,698 |
| Satellite TV Agency | 2,411,876 |
| Internet Agency | 195,130 |
| Energy Agency | 3,545,438 |
| Premium Tech Support Agency | 443,891 |
| Merchant Services Agency | 162,197 |
| Other Product | - |
| **Product Revenue** | **$ 36,264,408** |
| IBO Fees | 9,361,280 |
| Marketing | 5,766,741 |
| Other | 35,027 |
| **Net Revenue** | **$ 51,427,456** |
|  |  |
| **IBO Compensation** | **$ 13,446,645** |

ACN000676
CONFIDENTIAL

## ACN - US Operations

United States Dollars

| | 2015 Q1 |
|---|---:|
| Long Distance | $ 552,001 |
| Local | 5,323,122 |
| Commercial Wireline | 860,448 |
| Mobile Reseller | 14,458,286 |
| Internet | 35,847 |
| VoIP | 5,974,279 |
| Commercial VoIP | 1,291,060 |
| Multiplay | 946,889 |
| Mobile Agency | - |
| Home Security Agency | 1,110,359 |
| Satellite TV Agency | 2,357,715 |
| Internet Agency | 156,843 |
| Energy Agency | 6,745,490 |
| Premium Tech Support Agency | 417,843 |
| Merchant Services Agency | 163,746 |
| Other Product | - |
| **Product Revenue** | **$ 40,393,928** |
| IBO Fees | 8,580,519 |
| Marketing | 5,496,831 |
| Other | 27,293 |
| **Net Revenue** | **$ 54,498,571** |
| | |
| **IBO Compensation** | **$ 12,466,778** |

## ACN - US Operations

United States Dollars

|  | 2015 Q2 |
|---|---:|
| Long Distance | $ 434,221 |
| Local | 5,109,584 |
| Commercial Wireline | 949,671 |
| Mobile Reseller | 14,384,830 |
| Internet | 88,535 |
| VoIP | 5,539,890 |
| Commercial VoIP | 1,211,530 |
| Multiplay | 1,262,146 |
| Mobile Agency | - |
| Home Security Agency | 1,110,627 |
| Satellite TV Agency | 2,380,919 |
| Internet Agency | 121,253 |
| Energy Agency | 4,037,439 |
| Premium Tech Support Agency | 403,370 |
| Merchant Services Agency | 216,124 |
| Other Product | - |
| **Product Revenue** | **$ 37,250,138** |
| IBO Fees | 7,685,119 |
| Marketing | 5,066,166 |
| Other | 55,612 |
| **Net Revenue** | **$ 50,057,035** |
|  |  |
| **IBO Compensation** | **$ 13,699,645** |

ACN000678
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2015 Q3 |
|---|---:|
| Long Distance | $ 415,234 |
| Local | 4,891,456 |
| Commercial Wireline | 984,240 |
| Mobile Reseller | 14,196,339 |
| Internet | 202,057 |
| VoIP | 5,006,348 |
| Commercial VoIP | 1,234,655 |
| Multiplay | 1,638,187 |
| Mobile Agency | 2,233 |
| Home Security Agency | 1,571,964 |
| Satellite TV Agency | 2,498,850 |
| Internet Agency | 90,546 |
| Energy Agency | 4,713,142 |
| Premium Tech Support Agency | 393,577 |
| Merchant Services Agency | 246,912 |
| Other Product | - |
| **Product Revenue** | **$ 38,085,740** |
| IBO Fees | 7,110,442 |
| Marketing | 4,567,142 |
| Other | 52,586 |
| **Net Revenue** | **$ 49,815,910** |
| | |
| **IBO Compensation** | **$ 11,998,682** |

ACN000679
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2015 Q4 |
|---|---:|
| Long Distance | $ 390,178 |
| Local | 4,751,477 |
| Commercial Wireline | 953,964 |
| Mobile Reseller | 13,519,402 |
| Internet | 302,819 |
| VoIP | 4,448,606 |
| Commercial VoIP | 1,206,092 |
| Multiplay | 1,918,474 |
| Mobile Agency | 8,123 |
| Home Security Agency | 2,002,507 |
| Satellite TV Agency | 2,114,445 |
| Internet Agency | (9,989) |
| Energy Agency | 3,511,728 |
| Premium Tech Support Agency | 360,582 |
| Merchant Services Agency | 259,786 |
| Other Product | - |
| **Product Revenue** | **$ 35,738,194** |
| IBO Fees | 6,319,488 |
| Marketing | 3,624,650 |
| Other | 60,344 |
| **Net Revenue** | **$ 45,742,677** |
| | |
| **IBO Compensation** | **$ 9,560,774** |

ACN000680
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2016 Q1 |
|---|---:|
| Long Distance | $ 363,763 |
| Local | 4,528,333 |
| Commercial Wireline | 941,843 |
| Mobile Reseller | 13,475,993 |
| Internet | 434,666 |
| VoIP | 4,063,938 |
| Commercial VoIP | 1,176,993 |
| Multiplay | 2,103,007 |
| Mobile Agency | 5,102 |
| Home Security Agency | 2,052,454 |
| Satellite TV Agency | 1,753,754 |
| Internet Agency | 14,415 |
| Energy Agency | 5,134,254 |
| Premium Tech Support Agency | 333,615 |
| Merchant Services Agency | 291,614 |
| Other Product | - |
| **Product Revenue** | **$ 36,673,744** |
| IBO Fees | 5,506,376 |
| Marketing | 3,502,650 |
| Other | 58,807 |
| **Net Revenue** | **$ 45,741,577** |
| | |
| **IBO Compensation** | **$ 9,951,910** |

ACN000681
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2016 Q2 |
|---|---:|
| Long Distance | $ 346,481 |
| Local | 4,361,185 |
| Commercial Wireline | 925,001 |
| Mobile Reseller | 13,488,604 |
| Internet | 677,103 |
| VoIP | 3,685,134 |
| Commercial VoIP | 1,126,275 |
| Multiplay | 2,281,440 |
| Mobile Agency | 4,301 |
| Home Security Agency | 1,865,540 |
| Satellite TV Agency | 1,432,126 |
| Internet Agency | 915 |
| Energy Agency | 8,186,432 |
| Premium Tech Support Agency | 305,677 |
| Merchant Services Agency | 341,840 |
| Other Product | - |
| **Product Revenue** | **$ 39,028,053** |
| IBO Fees | 4,572,866 |
| Marketing | 3,065,577 |
| Other | 67,852 |
| **Net Revenue** | **$ 46,734,349** |
| | |
| **IBO Compensation** | **$ 11,332,014** |

ACN000682
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | | 2016 Q3 |
|---|---|---:|
| Long Distance | $ | 327,790 |
| Local | | 4,175,510 |
| Commercial Wireline | | 906,204 |
| Mobile Reseller | | 13,419,502 |
| Internet | | 897,449 |
| VoIP | | 3,317,940 |
| Commercial VoIP | | 1,108,368 |
| Multiplay | | 2,441,904 |
| Mobile Agency | | 3,698 |
| Home Security Agency | | 2,171,907 |
| Satellite TV Agency | | 1,500,188 |
| Internet Agency | | - |
| Energy Agency | | 4,548,607 |
| Premium Tech Support Agency | | 289,483 |
| Merchant Services Agency | | 340,053 |
| Other Product | | - |
| **Product Revenue** | $ | **35,448,602** |
| IBO Fees | | 3,845,173 |
| Marketing | | 3,139,885 |
| Other | | 51,673 |
| **Net Revenue** | $ | **42,485,333** |
| | | |
| **IBO Compensation** | $ | **10,519,755** |

ACN000683
CONFIDENTIAL

## ACN - US Operations

United States Dollars

|  | 2016 Q4 |
|---|---:|
| Long Distance | $ 310,059 |
| Local | 4,023,663 |
| Commercial Wireline | 861,457 |
| Mobile Reseller | 13,117,290 |
| Internet | 1,145,906 |
| VoIP | 2,987,810 |
| Commercial VoIP | 1,080,520 |
| Multiplay | 2,532,853 |
| Mobile Agency | 3,241 |
| Home Security Agency | 2,225,413 |
| Satellite TV Agency | 1,246,711 |
| Internet Agency | - |
| Energy Agency | 4,103,177 |
| Premium Tech Support Agency | 141,027 |
| Merchant Services Agency | 325,139 |
| Other Product | (63,543) |
| **Product Revenue** | **$ 34,040,724** |
| IBO Fees | 3,523,593 |
| Marketing | 2,545,623 |
| Other | 45,398 |
| **Net Revenue** | **$ 40,155,338** |
| | |
| **IBO Compensation** | **$ 11,647,110** |

ACN000684
CONFIDENTIAL