| | |
|---|---|
| **From:** | Allan van Buhler |
| **Sent:** | Thursday, February 2, 2006 7:55 PM |
| **To:** | Chip Barker; Jim Mulcahy |
| **Cc:** | Greg Provenzano; Robert Stevanovski |
| **Subject:** | Trump Cash Flow Forecast |
| **Attachments:** | Trump CD DVD Sales.xls |

Jim,

I met with the founders late this afternoon and we agreed on the attached plan. Please let me know if you have any questions.

Also, are you going to work this into Sergio or should I forward?

Allan

22.

**CONFIDENTIAL**

**ACN004196**

## Produced in Native Format

**CONFIDENTIAL**

**ACN004197**

## Payments to Trump

| | | | |
|---|---|---|---|
| Contract/Taping | February | $ | 1,000,000 |
| Event Speaking 1 | June | $ | 333,333 |
| Event Speaking 2 | September | $ | 333,333 |
| Event Speaking 3 | December | $ | 333,333 |
| **Total Payments** | | **$** | **2,000,000** |

## Incremental Trump CD/DVD Sales

| | | | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 85,000 | 85,000 | 85,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 405,000 |
| **Unit Sales** | | | | | | | | | | | | |
| Singles | 20% | | 17,000 | 17,000 | 17,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 81,000 |
| Multiples | 80% | | 68,000 | 68,000 | 68,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 324,000 |
| Total | | | 85,000 | 85,000 | 85,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 405,000 |
| **Revenue** | | | | | | | | | | | | |
| Singles | $ 6.99 | $ | 118,830 | 118,830 | 118,830 | 34,950 | 34,950 | 34,950 | 34,950 | 34,950 | 34,950 | 566,190 |
| Multiples | $ 5.99 | $ | 407,320 | 407,320 | 407,320 | 119,800 | 119,800 | 119,800 | 119,800 | 119,800 | 119,800 | 1,940,760 |
| Total | | | 526,150 | 526,150 | 526,150 | 154,750 | 154,750 | 154,750 | 154,750 | 154,750 | 154,750 | 2,506,950 |
| **Costs** | | | | | | | | | | | | |
| Singles | $ (1.25) | $ | (21,250) | (21,250) | (21,250) | (6,250) | (6,250) | (6,250) | (6,250) | (6,250) | (6,250) | (101,250) |
| Multiples | $ (1.25) | $ | (85,000) | (85,000) | (85,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (405,000) |
| Total | | | (106,250) | (106,250) | (106,250) | (31,250) | (31,250) | (31,250) | (31,250) | (31,250) | (31,250) | (506,250) |
| **Gross Margin** | $ 5.74 | $ | 419,900 | 419,900 | 419,900 | 123,500 | 123,500 | 123,500 | 123,500 | 123,500 | 123,500 | 2,000,700 |
| | $ 4.74 | | | | | | | | | | | |
| | $ 4.94 | | | | | | | | | | | |