UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP, JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>Defendants. | No. 1:18-cv-09936-LGS-SLC |

**DECLARATION OF MATTHEW D. BRINCKERHOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

MATTHEW D. BRINCKERHOFF, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Matthew D. Brinckerhoff. I am a partner in the firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs Catherine McKoy, Markus Frazier, and Lynn Chadwick ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. Annexed as **Exhibit 1** is a true and accurate copy of excerpts from the transcript of the August 18, 2022 deposition of David Merriman, who testified on behalf of non-party ACN Opportunity, LLC ("ACN") as its designee pursuant to Fed. R. Civ. P. 30(b)(6).

3. Annexed as **Exhibit 2** is a true and accurate copy of a spreadsheet documenting ACN Independent Business Owner ("IBO") sign-ups from 2012 to 2016.

4. Annexed as **Exhibit 3** is a true and accurate copy of excerpts of the November 18, 2022 Expert Report of Michael Gartenberg.

5. Annexed as **Exhibit 4** [reserved].

6. Annexed as **Exhibit 5** is a true and accurate copy of a February 6, 2006 Trump Organization memorandum from Cathy Glosser enclosing the February 6, 2006 Endorsement Agreement between Donald Trump and ACN.

7. Annexed as **Exhibit 6** is a true and accurate copy of a February 15, 2006 email from Robert Stevanovski at ACN.

8. Annexed as **Exhibit 7** is a true and accurate copy of the February 2008 Endorsement Agreement between Donald Trump and ACN.

9. Annexed as **Exhibit 8** is a true and accurate copy of the January 28, 2009 Appearance and Endorsement Agreement between Donald Trump and ACN.

10. Annexed as **Exhibit 9** is a true and accurate copy of the January 14, 2011 Appearance and Endorsement Agreement between Donald Trump and ACN.

11. Annexed as **Exhibit 10** is a true and accurate copy of the February 13, 2013 Appearance Agreement between Donald Trump and ACN.

12. Annexed as **Exhibit 11** is a true and accurate copy of an October 30, 2015 email from Rhona Graff at The Trump Organization attaching the Mutual Termination of Appearance Agreement executed by Donald Trump and ACN on June 20, 2015.

13. Annexed as **Exhibit 12** is a true and accurate copy of a November 17, 2008 email from Sheila Marcello at ACN attaching an ACN document titled, "24 HOUR GAME PLAN."

14. Annexed as **Exhibit 13** is a true and accurate copy of excerpts of the November 18, 2022 Expert Report of Stacie Bosley.

15. Annexed as **Exhibit 14** is a true and accurate copy of a December 11, 2012 email from Sheila Marcello at ACN and accompanying attachments, including ACN documents titled: "Road Map to LEXUS," "IBO Getting Started Process," and "Presenting the Opportunuity."

16. Annexed as **Exhibit 15** is a true and accurate copy of ACN Opportunity Disc, Version 4.0, June 2010.

17. Annexed as **Exhibit 16** is a true and accurate copy of excerpts of the August 2011 issue of *Success from Home* magazine.

18. Annexed as **Exhibit 17** is a true and accurate copy of ACN Opportunity Disc Version 5.3, December 2011.

19. Annexed as **Exhibit 18** is a true and accurate copy of ACN Opportunity Disc Version 5.5, May 2012.

20. Annexed as **Exhibit 19** is a true and accurate copy of ACN Opportunity Disc Version 5.6, June 2012.

21. Annexed as **Exhibit 20** is a true and accurate copy of ACN Opportunity Disc Version 6.1, September 2012.

22. Annexed as **Exhibit 21** is a true and accurate copy of ACN Opportunity Disc Version 7.0, January 2013.

23. Annexed as **Exhibit 22** is a true and accurate copy of ACN Opportunity Disc Version 9.2, June 2015.

24. Annexed as **Exhibit 23** is a true and accurate copy of excerpts of the November 18, 2022 Expert Report of Kevin Lane Keller.

25. Annexed as **Exhibit 24** is a true and accurate copy of an ACN promotional video featuring Donald Trump.

26. Annexed as **Exhibit 25** is [reserved].

27. Annexed as **Exhibit 26** is a true and accurate copy of an ACN promotional video featuring Donald Trump.

28. Annexed as **Exhibit 27** is a true and accurate copy of excerpts from the transcript of the October 11, 2022 deposition of Donald J. Trump.

29. Annexed as **Exhibit 28** is a true and accurate copy of ACN's 2012 Policies and Procedures.

30. Annexed as **Exhibit 29** is a true and accurate copy of an October 25, 2006 email from Robert Stevanovski at ACN.

31. Annexed as **Exhibit 30** is a true and accurate copy of excerpts of the September 2014 issue of *Success from Home* magazine.

32. Annexed as **Exhibit 31** is a true and accurate copy of excerpts of the August/September 2008 issue of *Success* magazine.

33. Annexed as **Exhibit 32** is a true and accurate copy of excerpts of the August 2010 issue of *Success from Home* magazine.

34. Annexed as **Exhibit 33** is a true and accurate copy of an internal ACN financial analysis titled "ACN Consolidated Summary."

35. Annexed as **Exhibit 34** is a true and accurate copy of a March 26, 2010 letter from Brian L. Davis of McColl Partners to ACN Chairman Robert Stevanovski enclosing a document titled "Confidential Information Memorandum," and excerpts of the same memorandum.

36. Annexed as **Exhibit 35** is a true and accurate copy of excerpts from the transcript of the August 23, 2022 deposition of Anne Archer Butcher.

37. Annexed as **Exhibit 36** is a true and accurate copy of the March 2009 episode of *The Celebrity Apprentice* featuring ACN.

38. Annexed as **Exhibit 37** is a true and accurate copy of the March 2011 episode of *The Celebrity Apprentice* featuring ACN

39. Documents produced by non-party ACN in this case include lengthy spreadsheets listing thousands of ACN Independent Business Owners ("IBOs) at particular points in time and their ACN earnings, if any. One such spreadsheet is over 700 pages long and lists 65,535 IBOs and "raw data" detailing their earnings, if any. Given the length of the spreadsheet, it is not attached as an exhibit here. Plaintiffs can supplement the record and provide a copy of the complete spreadsheet containing the raw IBO enrollment data to the Court, if needed.

Dated: March 10, 2023

_____
MATTHEW D. BRINCKERHOFF

# EXHIBIT 13

*McKoy, et al., v. The Trump Corporation, et al.,* Case No. 1:18-cv-09936 (S.D.N.Y)
Expert Report of Stacie Bosley
November 18, 2022
Confidential – Subject to Protective Order

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE MCKOY, MARKUS FRAZIER, and LYNN CHADWICK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TRUMP CORPORATION, DONALD J. TRUMP, in his personal capacity, DONALD TRUMP JR., ERIC TRUMP, and IVANKA TRUMP,<br><br>*Defendants*. | No. 1:18-cv-09936-LGS |

**EXPERT REPORT OF STACIE BOSLEY**

**November 18, 2022**

*McKoy, et al., v. The Trump Corporation, et al.,* Case No. 1:18-cv-09936 (S.D.N.Y)
Expert Report of Stacie Bosley
November 18, 2022
Confidential – Subject to Protective Order

### E. Summary of Opinions

12.     The Compensation Plans do not describe a business opportunity with a reasonable prospect of economic success with low risk because they do not provide meaningful opportunities to earn money through either of their primary mechanisms of retail activity or recruiting. Commission percentages on retail activity are so low that at average levels of monthly ACN product or service purchases per IBO, the typical IBO would earn commissions of less than $3 per month. Similarly, bonuses and commissions for recruitment are also either low or zero at low levels of recruitment. Although recruitment rewards are higher at higher levels of recruitment, these bonus and commission amounts are not relevant for most IBOs because on average, it takes 20 months to recruit one additional person; therefore, the typical IBO will never reach these higher levels of recruitment, nor the rewards associated with them.

13.     In addition to the Compensation Plans not providing opportunities for typical IBOs to earn money, ACN also implicitly encourages IBOs to spend money. IBOs must spend hundreds of dollars on membership and renewal fees in order to participate in ACN. They are also encouraged to purchase ACN products, to purchase ACN marketing materials, and to attend ACN events. Incurring such expenses in pursuit of retail activity and recruitment further erodes any opportunity to profit through ACN. As I discuss in subsequent sections of this report, most IBOs lose money in ACN.

14.     The lack of opportunity to profit through ACN is obscured by the complexity and articulation of the Compensation Plans. The Compensation Plans contain a large amount of detail, where the details are described using confusing terminology. The specifics governing the mechanisms for earning money vary by title, product type, and points accumulation, and change

*McKoy, et al., v. The Trump Corporation, et al.,* Case No. 1:18-cv-09936 (S.D.N.Y)
Expert Report of Stacie Bosley
November 18, 2022
Confidential – Subject to Protective Order

2010. As shown in Exhibit III.B.11, of the 29,097 U.S. IBOs in January 2010, 22,671 (77.9%) earned exactly $0 in revenues.[118]

### iii) IBO Net Revenue

87. As shown in Exhibit III.B.12, based on the average monthly revenues for U.S. IBOs outside of the Top Bin and deducting the ACN membership fees and personal product/service expenses, I estimate that the typical U.S. IBO lost $51 on average in each month over the period January 2012 through August 2016. Exhibit III.B.12 also shows that when further deducting the average amount paid to ACN for marketing expenses per U.S. IBO, I estimate that the typical U.S. IBO lost $73 on average in each month over the same period. These results are consistent with Figure III.B.1 above, which shows the number of IBOs per net revenue bin. In the figure, each net revenue bin is calculated as the actual revenue earned by each IBO for the month of January 2010 less the $107 in monthly expenses that I estimate above.[119] The figure shows that nearly all IBOs lost money in January 2010.

88. These estimates likely understate the typical U.S. IBO monthly loss because, as discussed above, (1) the monthly expected revenue estimate is above the median global IBO monthly revenue and (2) the monthly expected expenses estimate above likely understates the typical monthly expenses incurred by U.S. IBOs.

---

[118] As discussed in Section II.A above, ACN did not issue payments to IBOs unless their total commission after subtracting the processing fee was greater than $10. For this reason, the $0 revenue bin may include IBOs who earned between $0 and $10 but were not paid.

[119] Calculated as $43.20 + $40 + $22.41 = $106.62. I use the Amortized Membership Fees and Average Marketing Spend per IBO from January 2012, as it is the closest month to January 2010 in which expense data are available.

### C. Conclusion Regarding Historical IBO Compensation Outcomes

89. To summarize, over the typical IBO's 15-month ACN lifespan from 2012 through 2016, they spent on average between $548 ($399 + $149) and $648 ($499 + $149) on ACN membership and renewal fees, $600 ($40 × 15) on ACN product and service purchases, and $330 ($22×15) on ACN marketing expenses, for a total average expenditure of between $1,478 and $1,578. To offset this expenditure, the typical ACN U.S. IBO made only about $32 per month on average in revenue, or $480 over their ACN lifespan. Thus, the typical U.S. IBO lost between $998 and $1,098 on average throughout their ACN lifespan, which is consistent with my conclusion above that the Compensation Plans do not describe a business opportunity with a reasonable prospect of economic success with low risk.[120]

_____

Stacie Bosley
November 18, 2022

---

[120] Additionally, if I consider the median earnings to be representative of the typical IBO, I would expect these losses to be even greater, as the expected median revenues are less than the expected average revenues, as discussed above.

McKoy, et al., v. The Trump Corporation, et al., Case No. 1:18-cv-09936 (S.D.N.Y)
Expert Report of Stacie Bosley
November 18, 2022
Confidential – Subject to Protective Order

**Exhibit II.A.2**
**New IBOs per Existing IBO**
**January 2012 - December 2016**

| Date [A] | New IBOs [B] | Renewals [C] | Drops [D] | Starting Count [E] | Ending Count [F] | New IBOs per Existing IBO [G] = [B] / [E] |
|---|---|---|---|---|---|---|
| January 2012 | 6,568 | 2,651 | 6,141 | - | 96,427 | - |
| February 2012 | 6,984 | 2,682 | 5,371 | 96,427 | 97,613 | 0.07 |
| March 2012 | 7,988 | 2,931 | 8,254 | 97,613 | 95,734 | 0.08 |
| April 2012 | 6,455 | 2,180 | 4,999 | 95,734 | 97,456 | 0.07 |
| May 2012 | 5,872 | 1,926 | 4,162 | 97,456 | 97,710 | 0.06 |
| June 2012 | 6,790 | 1,806 | 3,672 | 97,710 | 99,118 | 0.07 |
| July 2012 | 6,206 | 2,104 | 5,690 | 99,118 | 96,516 | 0.06 |
| August 2012 | 5,375 | 1,928 | 5,904 | 96,516 | 95,471 | 0.06 |
| September 2012 | 3,929 | 1,907 | 6,218 | 95,471 | 93,711 | 0.04 |
| October 2012 | 6,832 | 2,006 | 5,982 | 93,711 | 96,850 | 0.07 |
| November 2012 | 4,987 | 1,600 | 6,382 | 96,850 | 94,605 | 0.05 |
| December 2012 | 4,910 | 1,661 | 6,371 | 94,605 | 94,539 | 0.05 |
| January 2013 | 6,696 | 2,548 | 6,365 | 94,539 | 94,870 | 0.07 |
| February 2013 | 6,450 | 2,425 | 6,796 | 94,870 | 94,524 | 0.07 |
| March 2013 | 7,945 | 2,729 | 8,374 | 94,524 | 94,095 | 0.08 |
| April 2013 | 6,328 | 2,149 | 6,627 | 94,095 | 93,796 | 0.07 |
| May 2013 | 5,966 | 2,020 | 5,849 | 93,796 | 93,913 | 0.06 |
| June 2013 | 5,459 | 2,320 | 6,320 | 93,913 | 93,052 | 0.06 |
| July 2013 | 6,920 | 2,329 | 6,345 | 93,052 | 93,627 | 0.07 |
| August 2013 | 6,323 | 2,014 | 5,503 | 93,627 | 94,447 | 0.07 |
| September 2013 | 6,547 | 1,889 | 4,414 | 94,447 | 96,580 | 0.07 |
| October 2013 | 6,598 | 2,064 | 6,778 | 96,580 | 96,400 | 0.07 |
| November 2013 | 5,297 | 1,560 | 5,306 | 96,400 | 96,391 | 0.05 |
| December 2013 | 4,961 | 1,733 | 4,876 | 96,391 | 96,476 | 0.05 |
| January 2014 | 6,958 | 2,429 | 7,010 | 96,476 | 96,424 | 0.07 |
| February 2014 | 6,467 | 2,378 | 6,499 | 96,424 | 96,392 | 0.07 |
| March 2014 | 8,019 | 2,609 | 8,215 | 96,392 | 96,196 | 0.08 |
| April 2014 | 6,259 | 2,179 | 6,548 | 96,196 | 95,907 | 0.07 |
| May 2014 | 5,706 | 1,813 | 6,201 | 95,907 | 95,412 | 0.06 |
| June 2014 | 4,737 | 1,883 | 5,667 | 95,412 | 94,482 | 0.05 |
| July 2014 | 5,328 | 2,085 | 7,310 | 94,482 | 92,500 | 0.06 |
| August 2014 | 4,640 | 1,848 | 6,551 | 92,500 | 90,589 | 0.05 |
| September 2014 | 5,432 | 1,979 | 6,619 | 90,589 | 89,402 | 0.06 |
| October 2014 | 4,923 | 1,939 | 6,594 | 89,402 | 87,731 | 0.06 |
| November 2014 | 3,293 | 1,595 | 5,694 | 87,731 | 85,330 | 0.04 |

McKoy, et al., v. The Trump Corporation, et al., Case No. 1:18-cv-09936 (S.D.N.Y)
Expert Report of Stacie Bosley
November 18, 2022
Confidential – Subject to Protective Order

**Exhibit II.A.2**
**New IBOs per Existing IBO**
**January 2012 - December 2016**

| Date [A] | New IBOs [B] | Renewals [C] | Drops [D] | Starting Count [E] | Ending Count [F] | New IBOs per Existing IBO [G] = [B] / [E] |
|---|---|---|---|---|---|---|
| December 2014 | 3,916 | 1,825 | 5,158 | 85,330 | 84,088 | 0.05 |
| January 2015 | 4,013 | 2,456 | 6,867 | 84,088 | 90,058 | 0.05 |
| February 2015 | 4,358 | 2,371 | 6,387 | 90,058 | 88,029 | 0.05 |
| March 2015 | 4,962 | 2,577 | 8,078 | 88,029 | 84,913 | 0.06 |
| April 2015 | 4,281 | 2,086 | 6,341 | 84,913 | 82,853 | 0.05 |
| May 2015 | 3,074 | 1,696 | 5,599 | 82,853 | 80,328 | 0.04 |
| June 2015 | 3,243 | 1,872 | 5,143 | 80,328 | 78,428 | 0.04 |
| July 2015 | 4,581 | 2,016 | 5,372 | 78,428 | 77,637 | 0.06 |
| August 2015 | 3,708 | 1,863 | 4,781 | 77,637 | 76,564 | 0.05 |
| September 2015 | 2,885 | 1,851 | 5,819 | 76,564 | 73,630 | 0.04 |
| October 2015 | 2,869 | 1,983 | 5,037 | 73,630 | 71,462 | 0.04 |
| November 2015 | 2,041 | 1,376 | 3,739 | 71,462 | 69,764 | 0.03 |
| December 2015 | 2,363 | 1,517 | 4,429 | 69,764 | 67,698 | 0.03 |
| January 2016 | 2,250 | 2,010 | 4,522 | 67,698 | 67,259 | 0.03 |
| February 2016 | 2,877 | 2,141 | 4,536 | 67,259 | 65,600 | 0.04 |
| March 2016 | 3,126 | 2,183 | 5,589 | 65,600 | 63,137 | 0.05 |
| April 2016 | 1,836 | 1,614 | 4,965 | 63,137 | 60,008 | 0.03 |
| May 2016 | 1,764 | 1,421 | 3,447 | 60,008 | 58,325 | 0.03 |
| June 2016 | 1,518 | 1,464 | 3,762 | 58,325 | 56,081 | 0.03 |
| July 2016 | 2,229 | 1,729 | 4,893 | 56,081 | 53,417 | 0.04 |
| August 2016 | 2,211 | 1,485 | 4,053 | 53,417 | 51,575 | 0.04 |
| September 2016 | 2,414 | 1,486 | 3,691 | 51,575 | 50,298 | 0.05 |
| October 2016 | 1,820 | 1,389 | 3,453 | 50,298 | 48,665 | 0.04 |
| November 2016 | 1,224 | 1,127 | 2,492 | 48,665 | 47,397 | 0.03 |
| December 2016 | 1,938 | 1,235 | 2,884 | 47,397 | 46,451 | 0.04 |

**Notes:**
[1] The "Starting Count" in each month is assumed to be the "Ending Count" from the previous month.
[2] "New IBOs per Existing IBO" is calculated as the number of new IBOs in a month divided by the starting number of IBOs in that month. The average number of new IBOs per IBO is 0.05.
[3] There were 267,685 new U.S. IBOs over the period February 2012 to August 2016. Combined with the 96,427 U.S. IBOs in January 2012, this results in 364,112 total U.S. IBOs over the period.

**Source:**
[1] ACN000685.