ACN Letter Motion to Seal Appendix
ACN's Proposed Redactions

| Exhibit Identification | Color Redaction |
| --- | --- |
| Brinckerhoff Exhibt 1 | Blue, green |
| Brinckerhoff Exhibt 2 | Pink |
| Brinckerhoff Exhibt 13 | Blue, pink |
| Brinckerhoff Exhibt 33 | Blue, pink |
| Brinckerhoff Exhibt 34 | Pink |
| David Merriman Deposition Exhibit 2 *(0) | Blue, pink |
| David Merriman Deposition Exhibit 13 | Blue |
| David Merriman Deposition Exhibit 15 | Green, yellow |
| David Merriman Deposition Exhibit 15A | Yellow, blue |
| David Merriman Deposition Exhibit 16 | Yellow, blue |
| David Merriman Deposition Exhibit 17 | Yellow, Blue |
| David Merriman Deposition Exhibit 19 | Pink |
| David Merriman Deposition Exhibit 20 | Blue |
| David Merriman Deposition Exhibit 22 | Blue |

*(0) ACN reserves the right to redact the entirety of the native documents in Exhibit 2 of the Merriman Deposition

| Color Coding | Redaction cateogry |
| --- | --- |
| Blue | Confidential financial data of ACN or IBOs (including financial reporting data for ACN) |
| Yellow | Confidential personal information of IBOs |
| Pink | Sensitive or confidential corporate information (including meeting minutes and agendas) |
| Green | Competitive or marketing information (including marketing strategies) |