

David Redding
T: (704) 900-2215
E: dredding@tlg-law.com

July 16, 2024

**By ECF**
The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Mashall Courthouse
40 Foley Square
New York, NY 10007

    Re: *McKoy, et al. v. The Trump Corp., et al.*, No. 18 Civ. 9936 – *ACN's Redacted Exhibits*

Dear Judge Schofield:

Pursuant to the order entered on July 2, 2024, ACN respectfully submits the exhibits reflected in Dkt. No. 696 with redactions.

                                Sincerely,

                                /s/ David G. Redding
                                _____
                                David G. Redding

Cc: All Counsel via ECF