| | |
|---|---|
| From: | Kim Johnson <kim.johnson@acninc.com> |
| Sent: | Thursday, May 28, 2009 9:50 AM |
| To: | Mike Cupisz; Tony Cupisz |
| Subject: | Doc's for Board Meeting |
| Attachments: | Board Agenda-May 2009.doc; Board MinutesJan2009.doc; Proposed addition to ACN GH August 8 BoD Minutes.doc; BoDMinutesSpclMtgSept2008ProjectTroy.doc; April 2009 Financials - Board.xls; 2009 3+9 PL.xls |

Here are the documents for the board call.

Kim

ACN 2

CONFIDENTIAL

ACN030036

Board of Directors Meeting Agenda
May 28, 2009
Concord, North Carolina

1. Approval of Prior Meeting Minutes
    a. January 8, 2009
    b. Amendment to August 8, 2009
    c. Minutes of Special Meeting - September 4, 2008

2. Ratification of Past Actions

3. April Financials

4. 2009 3+9 Forecast
    a. P&L
    b. Balance Sheet & Cash Flow

5. Other

**CONFIDENTIAL**

ACN030037



Attachment 1a
The Board of Directors

# MINUTES OF A MEETING OF THE BOARD OF DIRECTORS OF ACN GLOBAL HOLDINGS, INC.
## A Delaware Corporation

A scheduled meeting of the Board of Directors of ACN GLOBAL HOLDINGS, INC., a Delaware corporation, was held at the Company's headquarters in Concord, North Carolina on January 8, 2009. Notice of the meeting was duly sent.

Robert Stevanovski presided over the meeting as Chairman. The following directors were present in person, and constituted a quorum for the conducting of business:

    Robert Stevanovski
    Gregory Provenzano
    Dave Stevanovski
    Charles Barker
    Anthony J. Cassara
    John W. Barnett

Tony Cupisz was absent from the meeting. Also present at the Board's invitation were Mike Cupisz, and Kim Johnson, as well as Rich Boughrum and Colleen Jones, in their capacities as Treasurer and Secretary, respectively. The meeting was called to order by the Chairman.

The purpose of the meeting was to review and discuss the following agenda items:

1. Review of August 6, 2008 Annual Meeting Minutes;
2. Ratification of Certain Past Actions;
3. 2009 Plan Review
4. Video Phone Inventory Strategy
5. 2009 Cash Bonus Plan Discussion; and
6. Other Business.

### Approval of Minutes from August 6, 2008 Meeting of the Board of Directors

The Board discussed the draft set of Minutes from its August 6, 2008 Annual Meeting of the Board of Directors of ACN Global Holdings, Inc. that had been circulated for review. The Board desired to amend the August 6, 2008 minutes to certain portions of the board's discussion, and directed that the minutes reflect those changes. Thereafter, upon motion duly made and seconded, it was:

    **RESOLVED:** That the Minutes of the August 6, 2008 Annual Meeting of the Directors of ACN Global Holdings, Inc. are unanimously

CONFIDENTIAL

ACN030038

Attachment 1a

approved, with the changes as directed. The Secretary is directed to maintain a copy of these Minutes in the Company's Minute Books.

**Ratification of Past Actions**

Colleen Jones presented to the Board a number of actions that had been taken based on either phone or e-mail approval by the Directors at the time that still required formal approval. She gave a brief discussion of each item in turn, and the following resolutions were upon motion made and duly seconded, unanimously approved:

**RESOLVED:** The Board ratifies the placement by the Company of its order for 30,000 videophone units on October 3, 2008 (#53794), and 30,000 videophone units on October 29, 2008 (#53849) from its manufacturer, UMEC, pursuant to the master supply agreement with UMEC, in the aggregate mount of ▇▇▇▇▇.

**RESOLVED:** The Board ratifies the Company's entering into that certain Task Agreement, and related agreements, dated September 11, 2008 with Reilly Worldwide, in the aggregate amount of $2.1 million, in connection with the Company's participation in an episode of 'The Celebrity Apprentice' produced by Donald Trump.

**Financial Review**

Rich Boughrum reviewed current November monthly results for the board.

Robert Lennon presented ACN Europe's 2008 anticipated results and 2009 plan. The board discussed additional resources needed to handle the planned VoIP launch.

Chip Barker and Tony Cassara spoke to ACN Australia's 2008 anticipated results and 2009 plan.

Dave Stevanovski presented ACN North America's 2008 anticipated results and 2009 plan, with some specific discussion on ACN Canada. Dave noted that North America's first focus was readiness for the Company's appearance on The Celebrity Apprentice, and following that, ▇▇▇▇▇▇▇ ▇▇▇▇▇▇ The board discussed the North America Agency unit's anticipated results and plan, and suggested some ideas ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Finally, Rich Boughrum presented the Company's consolidated anticipated results and 2009 plan, including its balance sheet, cash flow and operating plan. The board recommended that a certain level of contingency be built into the Company's 2009 plan. Rich reviewed for the board the Company's current level of covenant compliance and discussions with the bank regarding the same; ▇▇▇▇▇ ▇▇▇▇▇▇▇.

Attachment 1a

### Videophone Inventory Strategy

Chip presented the Company's proposed strategy on inventory purchase and maintenance based on the manufacturer's current capabilities and cash needs. The board recommended that additional phones be purchased to enable the Company to respond to additional demand anticipated to be generated by The Celebrity Apprentice episode's airing in March, 2009.

### 2009 Cash Bonus Plan

Chip presented a newly revised proposed 2009 Cash Bonus Plan for company-wide employees. ███████████████████████████████████████████████████ The board directed that Chip continue to work with the Compensation Committee and circulate a final document shortly.

**There being no further business to come before the Board, upon motion made, duly seconded, and unanimously carried, the meeting was adjourned.**

_____
Colleen Jones, Secretary

Page 3 of 3
BoD Mins January 2009
Draft #1

Attachment 1b

Proposed addition to ACN GH August 8, 2008 Board Meeting Minutes:

Current:

**"6+6 Review**

Rich Boughrum presented the 6+6 plan and the targets contained in it. The Board discussed the plan and various components of it."

Proposed:

**"6+6 Review**

Rich Boughrum presented the 6+6 plan and the targets contained in it. The Board discussed the plan and various components of it. [redacted]



Attachment 1c
The Board of Directors

# MINUTES
## OF A
## SPECIAL MEETING OF
## THE BOARD OF DIRECTORS
## OF
## ACN GLOBAL HOLDINGS, INC.
### A Delaware Corporation

A specially scheduled meeting of the Board of Directors of ACN GLOBAL HOLDINGS, INC., a Delaware corporation, was held at the ACN offices located at 13620 Reese Blvd., Suite 400, Huntersville, NC 28078, at 2:00 p.m. on the 4th day of September 2008. Notice of the meeting was duly sent.

Robert Stevanovski presided over the meeting as Chairman. The following directors were present in person or by telephone, and constituted a quorum for the conducting of business:

>   Robert Stevanovski
>   Gregory Provenzano
>   Dave Stevanovski
>   Charles Barker
>   Anthony J. Cassara

Not in attendance were Anthony Cupisz and John Barnett. Also present was Tom Ulry. The meeting was called to order by the Chairman.

The purpose of the meeting was to review and discuss the plan, ▮▮▮▮▮▮▮▮▮▮ that the Board had directed management to prepare and present at the Board's August 8, 2008 meeting. ▮



Page 1 of 2
BoDMins Project Troy

**CONFIDENTIAL**

ACN030042

Attachment 1c

There being no further business to come before the Board, upon motion made by Robert Stevanovski, seconded by Chip Barker and unanimously carried, the meeting was adjourned at 2:30pm.

_____
Chip Barker, acting as Secretary for the meeting

**CONFIDENTIAL**                                                                                                      ACN030043

**Produced in Native Format**

**CONFIDENTIAL**                                                                                                           **ACN030044**

**Produced in Native Format**

**CONFIDENTIAL**

**ACN030045**