Case: 24-180, 08/07/2024, DktEntry: 23.1, Page 1 of 2
Case 1:18-cv-09936-LGS-SLC    Document 702    Filed 08/07/24    Page 1 of 2

1:18-cv-9936(LGS)

# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-four,

_____

Jane Doe, individually and on behalf of all others similarly situated, Luke Loe, individually and on behalf of all others similarly situated, Richard Roe, individually and on behalf of all others similarly situated, Mary Moe, individually and on behalf of all others similarly situated, Millard Williams, individually and on behalf of all others similarly situated,,

      Plaintiff - Plaintiffs,

Lynn Chadwick, individually and on behalf of all others similarly situated,, Markus Frazier, individually and on behalf of all others similarly situated,, Catherine McKoy, Individually,

      Plaintiff - Appellants,

Raj K. Patel,

      Intervenor-Plaintiff - Appellant,

v.

The Trump Corporation, Donald Trump, in his personal capacity,

      Defendants - Appellees,

v.

Donald Trump, Jr., Eric Trump, Ivanka Trump,

      Defendants.

_____

**ORDER**
Docket No. 24-180

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 07 2024

**MANDATE ISSUED ON 08/07/2024**

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit